COPY

1  Robert A. S. Bleicher (Bar No. 111334)
   Shelley G. Hurwitz (Bar No. 217566)
2  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
3  San Francisco, California 94111
   Telephone: (415) 743-6900
4  Facsimile: (415) 743-6910

5  Attorneys for Defendant
   DR. ANTHONY ROTHSCHILD
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11    C07   03795   RS

12  CORCEPT THERAPEUTICS, INC.,
    Corporation, JOSEPH K. BELANOFF, an
13  individual, ALAN F. SCHATZBERG, an
    individual
14                                          Case No.
              Plaintiffs,
15                                          NOTICE OF REMOVAL OF CIVIL
                                            ACTION FROM THE SUPERIOR
16      vs.                                 COURT OF THE STATE OF
                                            CALIFORNIA FOR THE COUNTY OF
17  ANTHONY ROTHSCHILD, DOE 1, an           SANTA CLARA UNDER 28 U.S.C. §
    individual, DOE 2, an individual, and DOES 3   1441(b) (DIVERSITY)
18  through 20, inclusive,

19              Defendants.

20

21      **TO THE HONORABLE JUDGES AND CLERK OF THE COURT:**

22      PLEASE TAKE NOTICE that defendant, ANTHONY ROTHSCHILD (hereinafter

23  "Rothschild"), pursuant to 28 U.S.C. § 1441(b), hereby seeks removal to this Court of the state

24  court action described below.  The Court may and should take jurisdiction over this action for all

25  purposes for the following reasons:

26      1.      **JURISDICTION (DIVERSITY)**

27      On October 25, 2005, an action was commenced in the Superior Court of the State of

28  California for the County of Santa Clara entitled Corcept Therapeutics, Inc., Corporation, Joseph K.

    Belanoff, an individual, Alan P. Schatzberg, an individual vs. Doe 1, an individual, Doe 2, an

_Holland & Knight LLP_
_50 California Street, 28th Floor_
_San Francisco, CA 94111_
_Tel: (415) 743-6900_
_Fax: (415) 743-6910_

- 1 -
NOTICE OF REMOVAL

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

1    individual, and DOES 3 through 20, inclusive, as Case No. 1-05-CV-051322. Rothschild was

2    served with the Summons and First Amended Complaint, naming him as DOES 1 and 2, on June

3    25, 2007. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §

4    1332 (diversity jurisdiction), and is one which may be removed to this Court by Defendant Anthony

5    Rothschild pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between

6    citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and

7    costs.

   **a.    Complete Diversity Exists**

9        Plaintiff Corcept Therapeutics, Inc. ("Corcept") is a Delaware corporation that has its

10   principal place of business in Menlo Park, California.  FAC, ¶2. Plaintiff Joseph K. Belanoff

11   ("Belanoff") is an individual who works and resides in San Mateo County, California. FAC, ¶3.

12   Plaintiff Alan F. Schatzberg ("Schatzberg") is an individual who works and resides in Santa Clara

13   County, California.  Defendant Rothschild lives and resides in the State of Massachusetts. FAC, ¶4.

14       Thus the citizenship of each plaintiff is diverse from the citizenship of each defendant.

   **b.    The Amount  In Controversy Exceeds $75,000**

16       In this action, plaintiffs allege that Rothschild posted defamatory comments on a Yahoo

17   internet message board regarding the use and efficacy of a drug marketed by Corcept, and also that

18   Corcept insiders Belanoff and Schatzberg were selling their Corcept stock as a result of their

19   knowledge that Corcept's drug is ineffective. FAC, ¶9-28. Plaintiffs further allege that Rothschild

20   "pursued a calculated strategy to inflict emotional distress on Belanof and Schatzberg." FAC, ¶30.

21   The First Amended Complaint states causes of action for Defamation, Infliction of Emotional

22   Distress, and Interference with Prospective Economic Relations.

23       The First Amended Complaint is silent as to the amount of damages sought by plaintiffs.

24   However, it is "facially apparent" from the First Amended Complaint that plaintiffs' claims are in

25   excess of $75,000, and thus removal is proper.  Schwarzer, Tashima & Wagstaffe, *Federal Civil*

26   *Procedure Before Trial*, §2:664a [Rutter Group]; *Luckett v. Delta Airlines, Inc.,* 171 F.3d 295, 298

27   (5th Cir. 1999); *White v. FCI USA, Inc.,* 319 F.3d 672, 674 (5th Cir. 2003)(it was facially apparent

28   that plaintiff's wrongful termination claim exceeded $75,000 based on her "lengthy list of

NOTICE OF REMOVAL

1  compensatory and punitive damages," including loss of pay, fringe benefits, impaired earning

2  capacity, harm to credit, emotional distress, and attorneys fees).

3      Here, plaintiffs claim that Rothschild's alleged conduct injured Corcept's business

4  reputation, disrupted Corcept's relationship with its shareholders, disrupted Corcept's relationship

5  with prospective future shareholders, and disrupted Corcept's relationships with certain universities,

6  professional societies, and other entities. FAC, ¶¶ 26&37. Plaintiffs further allege that Rothchild's

7  alleged conduct caused Belanoff and Schatzberg anxiety, emotional distress, insecurity, worry,

8  humiliation, and mental anguish. FAC, ¶31. Plaintiffs seek to recover compensatory damages,

9  damages for emotional distress, and damages for the alleged interference with their prospective

10  business prospects. FAC, page 10. Plaintiffs also seek to recover punitive damages on each of their

11  causes of action. *Id.* Therefore, it is "facially apparent" from the First Amended Complaint that

12  plaintiffs' claims are in excess of $75,000, and thus the amount in controversy requirement is

13  satisfied. *White, supra,* 310 F.3d at 674.

14      This Court therefore has original jurisdiction over this action under 28 U.S.C. §1332

15  because each plaintiff and each defendant are citizens of different states and the amount in

16  controversy exceeds $75,000, exclusive of interest and costs. Accordingly, this case is properly

17  removed pursuant to 28 U.S.C. §1441.

18      2.    **TIMELINESS:** This petition for removal is timely because it is filed within thirty

19  (30) days of service of the Summons and First Amended Complaint upon Rothschild. The

20  Summons and First Amended Complaint, naming Rothschild as DOES 1 and 2, were personally

21  served on Rothschild on June 25, 2007. Thirty (30) days have not yet elapsed since the action

22  became removable to this Court, and this Notice is therefore timely. A copy of Plaintiffs'

23  Memorandum Showing Cause Why Action Should Not Be Dismissed is included in Exhibit A

24  attached hereto, in which plaintiffs confirm that service was effectuated on Rothschild on June 25,

25  2007.

26      3.    **JOINDER OF ALL SERVED DEFENDANTS:** Anthony Rothschild is informed

27  and believes that he is the only defendant that has been served in this action. For purposes of

28

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 3 -

1  removal, the citizenship of the "Doe" Defendants are to be disregarded, pursuant to 28 U.S.C. §

2  1441(a).  Therefore, all defendants to this action join in this Notice of Removal.

3      4.  **STATE COURT PLEADINGS:** Attached hereto as Exhibit A are copies of all of

4  the process, pleadings and orders in the state court action.

5      5.  **NOTICE TO STATE COURT AND PLAINTIFFS OF REMOVAL:** Rothschild

6  has served a copy of this Notice of Removal on plaintiffs and will file a Notice of Removal with the

7  Clerk of the Court of Santa Clara County, California.

8      Respectfully Submitted,

9  Dated: July 23, 2007     HOLLAND & KNIGHT LLP

10

11

12  Robert A. S. Bleicher
     Shelley G. Hurwitz
13  HOLLAND & KNIGHT LLP
     50 California Street, 28th Floor
14  San Francisco, California  94111
     Telephone: (415) 743-6900
15  Facsimile: (415) 743-6910

16  Attorneys for Defendant
     ANTHONY ROTHSCHILD

17

18

19  # 4655007_v1

20

21

22

23

24

25

26

27

28

*Holland & Knight LLP*
*50 California Street, 28th Floor*
*San Francisco, CA  94111*
*Tel: (415) 743-6900*
*Fax: (415) 743-6910*

- 4 -

**EXHIBIT A**

1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiffs
   CORCEPT THERAPEUTICS, INC., JOSEPH
7  K. BELANOFF, and ALAN F. SCHATZBERG

**FILED**

2007 APR 11  A 8: 56

KIRI TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA, CALIFORNIA
BY: _____
DEPUTY CLERK

9        SUPERIOR COURT OF THE STATE OF CALIFORNIA

10         FOR THE COUNTY OF SANTA CLARA

12  CORCEPT THERAPEUTICS, INC.,
   Corporation, JOSEPH K. BELANOFF,
13  an individual, ALAN F. SCHATZBERG,
   an individual,

15           Plaintiffs,

       v.

16  DOE 1, an individual, DOE 2, an individual,
17  and DOES 3 through 20, inclusive,

18          Defendants.

CASE NO. 1-05-CV-051322

ORDER AUTHORIZING
COMMISSION FOR
DEPOSITION SUBPOENA IN
THE STATE OF VIRGINIA

20     This matter came on for hearing April 11, 2007, on the ex parte application of Corcept

21  Therapeutics, Inc. ("Corcept") for an order under Code of Civil Procedure section 2026.010

22  authorizing a commission for deposition, in the State of Virginia, of the American Psychiatric

23  Association in Arlington, Virginia.

24     Christine S. Watson appeared for Corcept.  There was no appearance for any other party.

25     Having considered the moving papers, and being satisfied that good cause exists to grant the

26  requested relief:

27     IT IS ORDERED THAT the application is GRANTED, and that Commission shall issue

28  authorizing the deposition subpoena, and related production of documents and things, in the State

{00230448v1}

1  of Virginia, of the American Psychiatric Association, in Arlington, Virginia.

2

3

4  Dated: April _11_, 2007                    _____

                                             JUDGE OF THE SUPERIOR COURT

5

6                                            KEVIN J. MURPHY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STUART C. CLARK (#124152)
CHRISTINE S. WATSON (# 218006)
CARR & FERRELL LLP
2200 Geng Road
PALO ALTO CA 94303
Telephone: (650) 812-3400

Attorneys for Corcept Therapeutics, Inc.,
Joseph Belanoff, and Alan Schatzberg

FILED  Santa Clara Co
02/21/07   8:25am
Kiri Torre
Chief Executive Offic
By: judithc discala
R#200700017282
CK            $40.00
            $40.00
Case: 1-05-CV-051322

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | | |
|---|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual, | ) ) ) ) ) ) | CASE NO.  105CV051322 |
| | ) ) | NOTICE OF EX PARTE APPLICATION AND |
| Plaintiffs, | ) ) ) ) | APPLICATION FOR COMMISSIONS TO TAKE DEPOSITIONS |
| v. | ) ) ) | OF HYATT HOTELS AND ONE VOICE COMMUNICATIONS |
| DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive, | ) ) ) ) | Date:  February 21, 2007 Time:  8.30 a.m. Dept:  7 |
| Defendants. | ) ) ) | Judge:  Hon. Socrates P. Manoukian |

PLEASE TAKE NOTICE that on February 21, 2007, at 8:30 a.m. or as soon

thereafter as the matter may be heard, and in Department 7 of the above-mentioned

Court, Corcept Therapeutics, Inc. ("Corcept") will, and hereby does, move for an

order under Code of Civil Procedure section 2026.010 for the issuance of

commissions authorizing the depositions in the state of Virginia of : (1) the Hyatt

Regency Hotel in Arlington, Virginia; and (2) One Voice Communications of

Arlington, Virginia.

{00221589v1}                                                                                              1.

Notice Of Ex Parte Application For Commissions Authorizing Depositions In Virginia

1
2      This motion is made on the grounds that evidence that is needed by Corcept to
3  identify certain Doe defendants in this action is believed to be available from the
4  Hyatt Regency Hotel and One Voice Communications in Arlington, Virginia, but
5  since those entities are located in Virginia such evidence can only be obtained by
6  issuance of a deposition subpoena or subpoenas in that state.  Under the
7  circumstances, good cause exists for the granting of commissions authorizing the
8  issuance of the necessary subpoenas.
9
10     This motion is supported by the accompanying Memorandum of Points and
11 Authorities, the declaration Stuart C. Clark, on the pleadings and other documents
12 on file in the action, and on such further evidence and argument as may be
13 permitted at the hearing.
14
15 DATE: February  21  , 2007.                    CARR & FERRELL LLP

16

17                                               By:  _____

18                                                    Stuart C. Clark

19                                               Attorneys for Corcept Therapeutics,
                                                 Inc., Joseph Belanoff and Alan
20                                               Schatzberg

21

22

23

24

25

26

27

28

Notice Of Ex Parte Application For Commissions Authorizing Depositions In Virginia



1

2  STUART C. CLARK (SBN124152)
   CHRISTINE S. WATSON (SBN 218006)
3  CARR & FERRELL LLP
   2200 Geng Road
4  PALO ALTO CA 94303
   Telephone: (650) 812-3400
5

6  Attorneys for Corcept Therapeutics, Inc.,
   Joseph Belanoff, and Alan Schatzberg
7

8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            IN AND FOR THE COUNTY OF SANTA CLARA

10

11  CORCEPT THERAPEUTICS,        )    CASE NO. 105CV051322
    INC., Corporation, JOSEPH K. )
12  BELANOFF, an individual,     )    MEMORANDUM OF POINTS
    ALAN F. SCHATZBERG, an       )    AND AUTHORITIES IN SUPPORT
13  individual,                  )    OF EX PARTE APPLICATION
                                 )    FOR COMMISSIONS TO
14                               )    TAKE DEPOSITIONS OF
                                 )    HYATT HOTELS AND ONE
15          v.                   )    VOICE COMMUNICATIONS
                                 )
16  DOE 1, an individual, DOE 2, )
    an individual, and DOES 3    )    Date:  February 21, 2007
17  through 20, inclusive,       )    Time:  8.30 a.m.
                                 )    Dept:  7
18          Defendants.          )    Judge:  Hon. Socrates P. Manoukian
                                 )
19  _____)

20              I.    INTRODUCTION

21      By this motion plaintiffs Corcept Therapeutics, Inc. ("Corcept"), Joe Belanoff and Alan

22  Schatzberg ("plaintiffs") seek an order under Code of Civil Procedure section 2026.010 for the

23  issuance of commissions authorizing the depositions in the state of Virginia of : (1) the Hyatt

24  Regency Hotel in Arlington; and (2) One Voice Communications of Arlington.

25      This motion is made on the grounds that evidence that is needed by plaintiffs to identify

26  certain Doe defendants in this action is believed to be available from the Hyatt Regency Hotel

27  and One Voice Communications in Arlington, Virginia, but since those entities are located in

28

{00221594v1}                                                          1.
Memorandum In Support Of Ex Parte Application For Commissions Authorizing Depositions in
Virginia

Virginia such evidence can only be obtained by issuance of commissions authorizing deposition subpoenas in that state. Specifically, plaintiffs have obtained information that a person suspected of posting one of the defamatory Yahoo Message Board postings which form the basis of this action was a guest of the Hyatt Regency Hotel in Arlington, Virginia and used hotel-provided Internet access on the day the message was posted. Plaintiffs seek to determine from hotel records whether that person was a guest of the hotel at that time. Plaintiffs have also determined that the posting in question was made using an Internet Protocol Address ("IPA") controlled by One Voice Communications, based in Arlington, and it appears that such IPA was at the time assigned to the American Psychiatric Association, with whom the suspected Doe defendant was affiliated at the time the IPA was used. Plaintiffs also seek to confirm the assignment of the IPA.

Under the circumstances, good cause exists for the granting of the requested commissions authorizing subpoenas to the Hyatt Regency Hotel and One Voice Communications.

## II.    FACTS

Corcept is a Menlo Park company that develops drugs for the treatment of severe psychiatric and neurological diseases. Complaint, ¶¶ 1, 2. Plaintiffs Belanoff and Schatzberg are co-founders of Corcept, and Belanoff is also its CEO. Defendants Doe 1 and Doe 2 are persons who have published anonymous defamatory statements concerning plaintiffs on a Yahoo message board on the Internet, respectively using the Yahoo ID names "corceptisafraud" and "stanfordinsider." Id., ¶¶10-21, 22-30.

Since the filing of the action, plaintiffs have engaged in extensive discovery and investigation aimed at locating the persons named as Does 1 and 2. Among the efforts of plaintiffs in attempting to identify the Doe defendants were deposition subpoenas addressed to Yahoo, Hotmail (Microsoft), various Internet Service Providers, the University of Massachusetts

and its Medical School, etc. [1]  Most of this discovery occurred outside of California, necessitating

the issuance of a number of commissions by this Court for depositions to be taken in other states.

Many of these discovery efforts have led to dead ends,  but some have borne fruit, and plaintiffs

are optimistic that they will soon be able to name the person(s) tentatively designated in this

action as Doe 1 and/or Doe 2.

> A.    The Hyatt Regency Hotel And One Voice Communications Are
>       Likely To Have Information Relevant To The Claims In This Action

Based on the subject matter of the postings, interest, access to information, and other

factors, plaintiffs have for some time suspected that the postings under the names

"stanfordinsider" and/or "corceptisafraud" were made by Anthony J. Rothschild, MD, a faculty

member in the Department of Psychiatry and Behavioral Sciences at the University of

Massachusetts Medical School in Worcester, Massachusetts.  Plaintiffs accordingly obtained a

commission from this Court on December 22, 2005 to take the deposition of Dr. Rothschild.  That

deposition was taken on February 13, 2006.

At his deposition Dr. Rothschild denied any knowledge of the anonymous Internet

postings.   However, based on the IPAs used in transmitting the postings at issue in this case,

plaintiffs have determined that on October 17, 2005 – the date on which one of the postings was

made – a person using the name "stanfordinsider" logged into the Internet on multiple occasions

from two locations in Arlington, Virginia.  These two locations are the Hyatt Regency Hotel in

Arlington and the 18th Floor of 1000 Wilson Boulevard, Arlington.  That floor apparently houses

the  offices of One Voice Communications, and the American Psychiatric Association ("APA").

On information and belief, Dr. Rothschild attended a meeting or meetings at the APA offices on

---

1.    Declaration of Stuart Clark dated February 20, 2007, ¶2.  Unless otherwise indicated, all
      other facts in this Part II are also based on that declaration, and the allegations of the
      complaint.

Memorandum In Support Of Ex Parte Application For Commissions Authorizing Depositions in
Virginia

October 17, 2005, and the APA uses the Hyatt Regency to accommodate its affiliates when traveling to its meetings from out of town.

Plaintiffs seek by the commissions and the consequent depositions to ascertain from the Hyatt Regency whether Dr. Rothschild was a guest at the hotel on October 16-17, 2005. Plaintiffs seek to ascertain from One Voice Communications whether the 18th Floor IPA address used to access the Internet on October 17, 2005 was assigned to the APA. If so, these facts will support the inference that Dr. Rothschild was responsible for the October 17, 2005 posting which is the subject of this action.

B.    The Underlying Action Is Based On Defamatory
      Postings On Yahoo Message Boards On The Internet

The statements of Doe 1 which plaintiffs allege to be defamatory include postings on March 17, 2005, March 18, 2005 and July 24, 2005 on the Yahoo Message Board portion of the Internet under the Yahoo ID name "corceptisafraud." The false and defamatory statements published on the Yahoo Message Board on March 17, 2005 by Doe 1, under the same Yahoo ID name, including the following:

(a)    that "there is no scientific evidence that [Corcept's] drug, RU-486, works for psychotic depression or anything else for that matter;"

(b)    that "Corcept knows all of this," including that "there is no scientific evidence that [Corcept's] drug, RU-486, works for psychotic depression or anything else for that matter;" and,

(c)    that "Belanoff [and] Schatzberg . . . and other insiders are selling despite the stock selling at record lows. They know the drug does not work and will never be proven to work."

Doe 2 has similarly published statements on the Internet, using the name "stanfordinsider," which plaintiffs allege to be defamatory. On or about August 23, 2005, Doe 2 published the following statement on a Yahoo Message Board:

{00221594v1}                                                                4.

Memorandum In Support Of Ex Parte Application For Commissions Authorizing Depositions in Virginia

I agree with Shockman. The insiders in Corcept know the data, have seen the data. The CEO is a psychiatrist. He has been selling shares as fast as he can. The CEO and the company create press releases to raise the price of the stock and then sell on the news. It strikes me as fraudulent.

And on October 17, 2005 "stanfordinsider" published the following message:

I worry about my position here at Stanford since it is becoming clear to me that Charlie Robb is within Corcept (most likely Schatzberg or Belanoff). The word here at Stanford is that the Dean of the Medical school has hired an outside expert panel to review Schatzberg's use of his Psychiatry Chair to promote Corcept's drug. My guess is that the SEC will soon follow. Most of the Psychiatric community believes the drug doesn't work and is not practical; it is unlikely the FDA will ever approve it. The Corcept founders realize this and despite their public endorsements regarding the wonders of RU-486 have been selling the IPO or have been having their proxy friends and family selling).

Plaintiffs allege that the above described statements are false, that the statements constitute libel per se, and that they have been damaged as a result of the publication thereof.

III.    ARGUMENT

Code of Civil Procedure section 2026.010(f) requires the Clerk of the Court to "issue a commission authorizing the deposition in another state or place . . . without a noticed motion or court order." That section also authorizes the Court to issue a commission by ex parte application, where this is required by the foreign jurisdiction. Authorization of a commission should be granted "when necessary or convenient." Weil & Brown, California Civil Procedure Before Trial, §8:640 (TRG 2005). "Such appointment effectively authorizes [the person named in the order] to take testimony for use in the California action." Id.

Here Corcept cannot ascertain the identity of the Doe defendants without initiating further discovery by deposition subpoena to parties that are likely to have information with regard to the identity and location of the person who made the October 17, 2005 posting. The planned discovery from the Hyatt Regency and One Voice Communications is likely to provide additional information to assist in this identification process.

Under the circumstances, good cause exists to authorize commissions in Virginia to take

{00221594v1}                                                                                      5.

the depositions of the Hyatt Regency Hotel in Arlington, and One Voice Communications, also in

Arlington. Plaintiffs respectfully request that such commissions should be authorized.

IV. CONCLUSION

For the above reasons, good cause exists to issue commissions authorizing the taking of

the depositions in Virginia of the Hyatt Regency Hotel and One Voice Communications.

DATE: February ℃0 , 2007.

CARR & FERRELL LLP

By: _____
Stuart C. Clark

Attorneys for Corcept Therapeutics, Inc.,
Joseph Belanoff and Alan Schatzberg

STUART C. CLARK (SBN124152)
CHRISTINE S. WATSON (SBN 218006)
CARR & FERRELL LLP
2200 Geng Road
PALO ALTO CA 94303
Telephone: (650) 812-3400

Attorneys for Corcept Therapeutics, Inc.,
Joseph Belanoff, and Alan Schatzberg



FILED
2007 FEB 21   AM 8: 24

KIRI TORRE, CEO
SUPERIOR COURT OF CA.
CL OF SANTA CLARA
BY _____ DEPUTY
JUDITH CASTILLO

UCS

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | | |
|---|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual, | ) ) ) ) ) ) | CASE NO.  105CV051322 |
| Plaintiffs, | ) ) ) ) | DECLARATION OF STUART CLARK IN SUPPORT OF EX PARTE APPLICATION FOR COMMISSIONS TO TAKE DEPOSITIONS OF HYATT HOTELS AND ONE VOICE COMMUNICATIONS |
| v. | ) ) ) | |
| DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive, | ) ) ) | Date: February 21, 2007 Time:  8.30 a.m. |
| Defendants. | ) ) ) | Dept: 7 Judge:  Hon. Socrates P. Manoukian |

I, the undersigned, STUART CLARK, declare as follows:

1.     I am an attorney admitted to practice before all of the courts of the State of California.  I am a member of the firm of Carr & Ferrell LLP, the attorneys of record for plaintiffs Corcept Therapeutics, Inc.,  Joseph Belanoff and Alan Schatzberg.   The facts set out herein are within my personal knowledge, or are based on documents in my possession and other information to which I have access in the course of my duties.  If called upon to do so I could and would testify to the truth thereof.

2.    Since the filing of the action, plaintiffs have engaged in extensive discovery and investigation aimed at locating the persons named as Does 1 and 2. Among the efforts of plaintiffs in attempting to identify the Doe defendants were deposition subpoenas addressed to Yahoo, Hotmail (Microsoft), various Internet Service Providers, the University of Massachusetts and its Medical School, etc. Most of this discovery occurred outside of California, necessitating the issuance of a number of commissions by this Court for depositions to be taken in other states. Many of these discovery efforts have led to dead ends, but some have borne fruit, and plaintiffs are optimistic that they will soon be able to name the person(s) tentatively designated in this action as Doe 1 and/or Doe 2.

3.    Based on the subject matter of the postings, interest, access to information, and other factors, plaintiffs have for some time suspected that the postings under the names "stanfordinsider" and/or "corceptisafraud" were made by Anthony J. Rothschild, MD, a faculty member in the Department of Psychiatry and Behavioral Sciences at the University of Massachusetts Medical School in Worcester, Massachusetts. Plaintiffs accordingly obtained a commission from this Court on December 22, 2005 to take the deposition of Dr. Rothschild. That deposition was taken on February 13, 2006.

4.    At his deposition Dr. Rothschild denied any knowledge of the anonymous Internet postings. However, based on the IPAs used in transmitting the postings at issue in this case, plaintiffs have determined that on October 17, 2005 – the date on which one of the postings was made – a person using the name "stanfordinsider" logged into the Internet on multiple occasions from two locations in Arlington, Virginia: These two locations are the Hyatt Regency Hotel in Arlington and the 18th Floor of 1000 Wilson Boulevard, Arlington. That floor apparently houses the offices of One Voice Communications, and the American Psychiatric Association ("APA"). On information and belief, Dr. Rothschild attended a meeting or meetings at the APA offices on

Declaration Of Stuart Clark In Support Of Motion For Commissions Authorizing Depositions in Virginia

October 17, 2005, and the APA uses the Hyatt Regency to accommodate its affiliates when traveling to its meetings from out of town.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Palo Alto, California, this February 20, 2007.

_____
STUART CLARK

Declaration Of Stuart Clark In Support Of Motion For Commissions Authorizing Depositions in Virginia

STUART C. CLARK (#124152)
CHRISTINE S. WATSON (#218006)
CARR & FERRELL LLP
2200 Geng Road
PALO ALTO CA 94303
Telephone: (650) 812-3400

Attorneys for Corcept Therapeutics, Inc.,
Joseph Belanoff, and Alan Schatzberg



C. FUJIHARA

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.  105CV051322<br><br>ORDER AUTHORIZING COMMISSIONS FOR DEPOSITIONS IN THE STATE OF VIRGINIA |

This matter came on for hearing on February 21, 2007, on the *ex parte* application of Corcept Therapeutics, Inc. ("Corcept") for an order under Code of Civil Procedure section 2026.010 authorizing commissions for depositions, in the state of Virginia, of the Hyatt Regency Hotel in Arlington and One Voice Communications, also in Arlington.

Stuart C. Clark appeared for Corcept.  There was no appearance for any other party.

Having considered the moving papers, and being satisfied that good cause exists to grant the requested relief:

IT IS ORDERED THAT the application is GRANTED, and that Commissions

1  shall issue authorizing the depositions, and related production of documents and

2  things, in the State of Virginia, of the Hyatt Regency Hotel in Arlington and One

3  Voice Communications of Arlington.

4  Date: February  21 , 2007

5

6  _____

7  JUDGE OF THE SUPERIOR COURT

8  James Emerson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER AUTHORIZING COMMISSIONS FOR DEPOSITIONS IN THE STATE OF VIRGINIA

1  STUART C. CLARK (SBN 124152)
    CARR & FERRELL LLP
2  2200 Geng Road
    Palo Alto, California 94303
3  Telephone:  (650) 812-3400
    Facsimile:  (650) 812-3444
4  Email:  clark@carrferrell.com

5  Attorneys for plaintiffs
    Corcept Therapeutics, Inc., Joseph
6  Belanoff, and Alan Schatzberg

7

8        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          IN AND FOR THE COUNTY OF SANTA CLARA

10  CORCEPT THERAPEUTICS, INC.,       CASE NO. 105CV051322
     Corporation, JOSEPH K. BELANOFF, an
11  individual, ALAN F. SCHATZBERG, an     AFFIDAVIT OF CAROLINE BROOKS
12  individual,

13              Plaintiffs,

14      v.

15  DOE 1, an individual, DOE 2, an
16  individual, and DOES 3 through 20,
     inclusive,
17

18              Defendants.

19

20       I, Caroline Brooks, certify and declare as follows based upon my knowledge, information
     and belief:

21        1.    I am over the age of 18 years and not a party to this action.

22        2.    My business address is: UMass Memorial Medical Center, 22 Shattuck Street,
              Worcester, MA 01605.

23
        3.    My employment, business or occupation is Privacy and Information Security
24            Specialist.

25        4.    In my capacity as Privacy and Information Security Specialist, I am qualified and
26            have the authority to authenticate the attached hereto as Exhibit A.

        5.    The documents attached hereto as Exhibit A are true and correct copies of e-mails
27            retrieved by a system administrator at my direction from the email account copied
            from the organizational Exchange server designated to Dr. Anthony Rothschild ("Dr.
28            Rothschild"), a doctor in the Psychiatry Department of UMass Memorial Medical

-1-

1    Center, downloaded to a CD for review, in response to a subpoena *duces tecum*
2    served upon UMass Memorial Medical Center.  These e-mails constitute a subset of
     the e-mails retrieved.

3    6.    The organizational Exchange server from which these e-mails were generated came
4          from the electronic email account assigned to Dr. Rothschild during the period from
           March 14, 2005 through November 7, 2005.

5    7.    The name at the top of the email is not part of the original email but, rather, is the
6          name assigned to the account that printed out the emails in response to this
           subpoena.

7    I declare under penalty of perjury under the laws of the State of California that the foregoing
8    is true and correct.

9    Dated: *Aug. 31, 2006*                              *Caroline Brooks*
10                                                              Declarant

28

4098731v1

## Thompson, Melissa (Lisa)

**From:**    Lambert, Karen [Karen.Lambert@umassmed.edu]
**Sent:**    Tuesday, October 25, 2005 9:56 AM
**To:**    Akbarian, Schahram; Candilis, Philip; Davis, Maryann; Harder, Josie; King, Jean; Laforet, Genevieve; Melikian, Haley; Mitchell, Teresa; Saleh, Fabian (UMMHC); Shteinlukht, Tatyana (UMMHC); Smith, Eric (Outpatient Psychiatry) (UMMHC); Taub, Jennifer; Urv, Tiina; Vincent, Gina; Williams, Valerie; jacob.holzer@state.ma.us; mel-lowell.gross@mindspring.com
**Cc:**    Rothschild, Anthony (UMMHC)
**Subject:** JUNIOR FACULTY RESEARCH COMMITTEE

*This message is being sent on behalf of Dr. Rothschild.  Please do not RSVP to Dr. Rothschild.*

Dear Colleague:

Thank you for agreeing to be a member of this new Research Community Committee.  My hope is that this Committee will serve as a Forum to discuss Research Issues across the Department and to build on the tremendous success of the first Psychiatry Research Day. I am hoping that this Research Committee would meet on a regular basis (bi-monthly or quarterly) with me to discuss issues and concerns of Faculty as well as serving as a planning group for future events such as Psychiatry Research Day.

With a group this large, setting up the first meeting will be a challenge. I understand that not everyone will be able to attend all the meetings; that is why, by design, there is more than one representative from each program.

The meetings will be held at the Farmhouse, Basement Level, Conference Room A.

**Please** let my assistant, Karen Lambert know (Karen.Lambert@umassmed.edu) whether **you** could make one or both of the dates below.


Monday November 14th 12-1pm

Tuesday November 22nd 2-3pm

I look forward to working with you.

Tony Rothschild

Sincerely,
*Karen M. Lambert*
*Administrative Assistant for Anthony Rothschild MD*
*Center for Psychopharmacologic Research and Treatment*
*University of Massachusetts Medical School*
*361 Plantation Street*
*Worcester, MA  01605*
*phone: 508-856-5928*
*fax: 508-856-4854*
*Karen.Lambert@umassmed.edu*

6/16/2006

## Thompson, Melissa (Lisa)

**From:** Bartram, Patricia [Patricia.Bartram@umassmed.edu]
**Sent:** Monday, July 25, 2005 11:38 AM
**To:** Rothschild, Anthony (UMMHC)
**Subject:** FW: Emailing: 06_27_05

FYI...
Pat

---

**From:** bbrudnick@aol.com [mailto:bbrudnick@aol.com]
**Sent:** Monday, July 25, 2005 11:39 AM
**To:** Bartram, Patricia
**Subject:** Re: Emailing: 06_27_05

Thanks for sending the release on to me, Pat.   I knew that Tony had been named Vice Chair of
Research (I was there when Paul made the announcement) but I hadn't seen the release - Again,
thanks.   Betty

-----Original Message-----
**From:** Bartram, Patricia <Patricia.Bartram@umassmed.edu>
**To:** bbrudnick@aol.com
**Sent:** Mon, 25 Jul 2005 10:29:32 -0400
**Subject:** Emailing: 06_27_05

```
   <<06_27_05.htm>>
Hi Betty:  I missed seeing the attached press release, which accounts
for my tardiness in getting it to you in a timely fashion.  You may this
news already.  I hope you are well and that you are getting some time in
Magnolia this summer.  With all best regards,
Pat
Patricia Kelleher Bartram
Assistant Vice Chancellor for Development
UMass Memorial Foundation
One Biotech, 365 Plantation Street, Suite 100
Worcester, MA 01605-2395
Phone: (508) 856-6515
Fax: (508) 856-8508
E-mail: patricia.bartram@umassmed.edu
```

6/16/2006

**Thompson, Melissa (Lisa)**

**From:**    ScienceDirect Message Center [salert@prod.sciencedirect.com]
**Sent:**    Tuesday, October 18, 2005 1:03 PM
**To:**    rothscha@ummhc.org
**Subject:** ScienceDirect Citation Alert: Psychotic (delusional) major depression: Should it be includ

 **SCIENCE DIRECT**

## Citation Alert: 1 New article Available on ScienceDirect

**Name of Alert:**  Psychotic (delusional) major depression: Should it be includ
**Cited Article:**  **Psychotic (delusional) major depression: Should it be included as a distinct syndrome in DSM-IV?**
*American Journal of Psychiatry, Volume 149, Issue 6, June 1992, Pages 733-745*
Schatzberg, Alan F.; Rothschild, Anthony J.

1.    **Delusional versus nondelusional body dysmorphic disorder: Clinical features and course of illness**
*Journal of Psychiatric Research, In Press, Corrected Proof, Available online 17 October 2005*
K.A. Phillips, W. Menard, M.E. Pagano, C. Fay and R.L. Stout

**Access the new result** in ScienceDirect for this Citation Alert.

You have been notified of 52 articles for this Alert.

Send my e-mail in plain text format
Modify or Remove My Alerts

Access the ScienceDirect Info site if you have questions about this message or other features of this service.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This email has been sent to you by ScienceDirect, a division of Elsevier B.V., Radarweg 29, 1043 NX Amsterdam, The Netherlands, Tel.+31 20 485 391 1.

ScienceDirect respects your privacy and does not disclose, rent or sell your personal information to any non-affiliated third parties without your consent, except as may be stated in the ScienceDirect online privacy policy.

By using email or alert services, you agree to comply with the ScienceDirect Terms and Conditions.

**To unsubscribe** to alert services, please go to the Alerts page.

**Copyright © 2005 ScienceDirect.** All rights reserved. Any unauthorized use, reproduction, or transfer of this message **or its contents**, in any medium, is strictly prohibited. ScienceDirect® is a registered trademark of Elsevier B.V.

**Delivery Job ID:** 1928:001:032322221:1928:001:027976530

6/16/2006

## Thompson, Melissa (Lisa)

**From:**   Rothschild, Anthony
**Sent:**   Thursday, March 17, 2005 1:42 PM
**To:**   'roxhurley@aol.com'
**Cc:**   Lambert, Karen (UMASSMED)
**Subject:** RE: Phone interview for Pathways Magazine article on psychotic depression study

Roxanne:

Let's talk live.  How is Tuesday March 22nd at 3pm?  (noon your time).

As background I have attached an article that was published in 2003 and information regarding the current study.

Anthony J. Rothschild, M.D.
Irving S. and Betty Brudnick Professor of Psychiatry
Director of Clinical Research
Department of Psychiatry
Director, Senior Scholars Program
University of Massachusetts Medical School
361 Plantation Street
Worcester, Massachusetts 01605

Phone:  508-856-1027
Fax:    508-856-4854
e-mail:  rothscha@ummhc.org
http://www.umassmed.edu/psychopharm

-----Original Message-----
**From:** roxhurley@aol.com [mailto:roxhurley@aol.com]
**Sent:** Thursday, March 17, 2005 1:28 PM
**To:** RothschA@ummhc.org
**Subject:** Phone interview for Pathways Magazine article on psychotic depression study

Hello, Dr. Rothschild:

I'm a freelance writer working with Pathways Magazine, UMMHC's publication that goes out to the referring community and showcases the programs and services available at UMass. I've been asked to write an article about treating psychotic depression, and the research study you are leading in this area. I'd like to set up a telephone interview with you to find out more about your work -- ideally sometime next week. It would probably take no more than 30 minutes of your time. If you could let me know some times that are good for you, that would be great (keeping in mind that I'm in California, so am 3 hours earlier -- but I can be available as early as 6 a.m. my time, if that works for you).

If it's more convenient to conduct the interview via e-mail, I can e-mail you

questions and you can send me your written answers via e-mail.

**Once** the story is written, you'll have an opportunity to review it for accuracy **prior** to publication.

**Please** let me know your availability either way. Thank you...and I look **forward** to hearing from you soon and learning more about your work.

**Best** regards,
**Roxanne Jones**

**Roxanne Jones**
**Hurley Communications**
**48320** Beverly Drive
**Palm Desert,** CA 92260
**Tel:** (760) 340-2247
**Fax:** (760) 406-4209

# Challenges in the Treatment of Depression with Psychotic Features

**Anthony J. Rothschild**

*Major depression with psychotic features (MDpsy), a disorder with considerable morbidity and mortality, is more common than is generally realized and is a most difficult form of depression to treat. Patients with MDpsy exhibit more frequent relapses and recurrences and have increased use of services, greater disability, and a poorer clinical course when compared with nonpsychotically depressed patients. Patients with MDpsy demonstrate distinct biological abnormalities in studies of the hypothalamic–pituitary–adrenal (HPA) axis, dopaminergic activity, enzyme studies, brain imaging, electroencephalogram sleep profiles, and measures of serotonergic function when compared with nonpsychotic depression. The social and occupational impairment in MDpsy has been hypothesized to be secondary to subtle cognitive deficits caused by the higher cortisol levels frequently observed in MDpsy patients. Several studies support a relationship between bipolar disorder and MDpsy, particularly in young-onset MDpsy. The most efficacious treatments for MDpsy include the combination of an antidepressant and an antipsychotic, amoxapine, or electroconvulsive therapy. Atypical antipsychotic medications may have particular relevance for the treatment of MDpsy because of the potential for reduced risk of extrapyramidal side effects and tardive dyskinesia, as well as antipsychotic and possibly antidepressant qualities. Based on the observations that MDpsy patients exhibit marked dysregulation of the HPA axis and elevated cortisol levels, several antiglucocorticoid strategies have been employed to treat MDpsy patients. Many questions regarding the acute and long-term treatment of MDpsy remain for future studies to address.* **Biol Psychiatry 2003;53:680–690 © 2003 Society of Biological Psychiatry**

**Key Words:** Major depression with psychotic features, psychotic depression, delusional depression

## Introduction

Major depression with psychotic features (MDpsy), a disorder with considerable morbidity and mortality, is more common than is generally realized and is encountered frequently in clinical practice. In a study of consecutively admitted patients hospitalized for major depression, Coryell et al (1984) reported that 25% of the patients met criteria for MDpsy. In the Epidemiologic Catchment Area Study (Johnson et al 1991), 14.7% of patients who met criteria for major depression had a history of psychotic features. Although the prevalence may be as high as 45% in samples of elderly patients with major depression (Meyers and Greenberg 1986), MDpsy is not limited to older people and can occur in younger people as well. Unfortunately, MDpsy is often not diagnosed accurately because the psychosis may be subtle, intermittent, or concealed, leading to a misdiagnosis of nonpsychotic depression.

There has been a long-standing debate as to whether MDpsy is a distinct syndrome or merely represents a more severe depressive subtype (reviewed in Schatzberg and Rothschild 1996); however, in several studies, severity alone did not account for differences between MDpsy and nonpsychotic depression on measures of symptoms (Coryell et al 1984), hypothalamic–pituitary–adrenal (HPA) axis activity (Brown et al 1988), sleep (Thase et al 1986a), and treatment response (Chan et al 1987; Glassman et al 1977). Other studies that have controlled for the presence of endogenous features have also observed that the differences between MDpsy and nonpsychotic depression are not simply due to differences in endogenicity. This includes studies of differentiating symptoms (Parker et al 1991), HPA axis activity (Brown et al 1988; Evans et al 1983; Rihmer et al 1984), and treatment response (Avery and Lubrano 1979; Chan et al 1987).

The systematic study of MDpsy has been limited by several factors: 1) the fact that the disorder does not exist as a distinct diagnostic subtype in the DSM-IV (American Psychiatric Association Committee on Nomenclature and Statistics 1994; Schatzberg and Rothschild 1992); 2) very few psychiatric researchers have made the study of

From the Department of Psychiatry, University of Massachusetts Medical School, Worcester, Massachusetts.

Address reprint requests to Anthony J. Rothschild, M.D., University of Massachusetts Medical School, Department of Psychiatry, 361 Plantation Street, Worcester MA 01605.

Received June 6, 2002; revised September 11, 2002; accepted September 17, 2002.

© 2003 Society of Biological Psychiatry

0006-3223/03/$30.00
doi:10.1016/S0006-3223(03)01747-X

MDpsy a priority; 3) difficulties in enrolling patients with this disorder in research studies; and 4) the fact that the diagnosis is often missed by clinicians.

The degree of morbidity and mortality seen among patients with psychotic depression underscores the importance of intelligent and empirically guided treatment decisions, but the nature of the illness itself makes controlled treatment studies extremely difficult to execute. As a result, there have been very few controlled studies regarding the acute treatment of psychotic depression and no long-term maintenance treatment studies.

The purpose of this article is to review our current understanding of the treatment of major depression with psychotic features. First, the difficulties in accurately diagnosing MDpsy will be discussed. Next, there will be a brief review of the studies of family history, course, and biology of MDpsy. This is followed by a discussion of the possible relationship between MDpsy and bipolar disorder. The remainder of the paper is devoted to the treatment of MDpsy and is divided into sections by treatment modality: tricyclic antidepressants (TCAs), electroconvulsive therapy (ECT), combined antidepressant/antipsychotic treatment, studies with selective serotonin reuptake inhibitors (SSRIs), lithium augmentation, the role of atypical antipsychotics, hypercortisolemia and antiglucocorticoid strategies, and treatment guidelines.

## Diagnosis

According to DSM-IV criteria (American Psychiatric Association Committee on Nomenclature and Statistics 1994), one cannot make the diagnosis of MDpsy unless one can detect the presence of delusions or hallucinations in the context of a major depressive episode; however, because the detection of delusions and hallucinations is often difficult in patients with MDpsy (Rothschild and Schatzberg 1993), a number of research groups have explored whether there are other characteristics that may help distinguish between psychotic and nonpsychotic depressed patients. Several groups have reported that patients with MDpsy demonstrate a more frequent and severe psychomotor disturbance (either retardation or agitation) than do nonpsychotic depressed patients (Charney and Nelson 1981; Coryell et al 1984; Frances et al 1981; Glassman and Roose 1981; Lykouras et al 1986; Nelson and Bowers 1978). Patients with MDpsy have also been reported to exhibit more pronounced paranoid symptoms (Frances et al 1981; Lykouras et al 1986), cognitive impairment (Basso and Bornstein 1999; Belanoff et al 2001b; Jeste et al 1996; Nelson et al 1998; Rothschild et al 1989; Schatzberg et al 2000; Simpson et al 1999), hopelessness (Frances et al 1981), hypochondriasis (Coryell et al 1984; Glassman and Roose 1981), anxiety (Charney and Nelson 1981; Glassman and Roose 1981), early insomnia (Frances et al 1981; Lykouras et al 1986), middle insomnia (Lykouras et al 1986), and constipation (Parker et al 1991) when compared with nonpsychotic depressed patients. Patients with MDpsy also do not show a diurnal variation in mood as compared with endogenously depressed, nonpsychotic patients (Parker et al 1991).

In younger adults, or when the psychotic symptoms are prominent, the differential diagnosis of MDpsy from schizoaffective disorder and schizophrenia can be difficult. The diagnosis of MDpsy requires that the psychotic symptoms are present only in the context of the episode of major depression. Several biological differences between MDpsy and schizophrenia have been observed on measures of HPA axis activity and all-night sleep electroencephalographic studies, which may occasionally be useful in the clinical setting (reviewed in Rothschild and Schatzberg 1994).

## Family History

In some studies, the first-degree relatives of patients with MDpsy exhibit higher rates of depression (Leckman et al 1984; Nelson et al 1984) and the psychotic subtype (Leckman et al 1984) than do the family members of patients with nonpsychotic depression, although not all studies are in agreement (Bond et al 1986; Coryell et al 1982, 1984; Frangos et al 1983; Maj et al 1991; Price et al 1984). In one study (Bond et al 1986), when the MDpsy group was divided by degree of HPA axis dysregulation, the familial prevalence of depression was significantly higher in the families of MDpsy patients with high post-dexamethasone cortisol levels ($>15$ $\mu$g/dL) when compared with families of probands with low or intermediate post-dexamethasone cortisol levels ($0$–$14.9$ $\mu$g/dL). In one study, the relatives of patients with MDpsy were six times more likely to have bipolar disorder than were the relatives of patients with nonpsychotic major depression (Weissman et al 1984), although this has not been observed in other studies (Coryell et al 1984; Price et al 1984).

## Course

Patients with MDpsy exhibit more frequent relapses or recurrences than patients with nonpsychotic depression (Aronson et al 1987, 1988a, 1988b; Baldwin and Jolley 1986; Coryell et al 1996; Helms and Smith 1983; Lykouras et al 1986; Murphy 1983; Nelson and Bowers 1978; Robinson and Spiker 1985a; Rothschild and Schatzberg 1993; Spiker et al 1985); although not all studies are in agreement (Coryell et al 1987; Lykouras et al 1994).

**682**    BIOL PSYCHIATRY
2003;53:680–690

Patients with MDpsy (when compared with nonpsychotically depressed patients) have increased use of services, greater disability, and poorer clinical course at both short- (Coryell et al 1986; Rothschild et al 1993b) and longer-term follow-up (Coryell et al 1996). In the Epidemiologic Catchment Area Study, patients with MDpsy had a greater number of attempted suicides and lifetime hospitalizations than nonpsychotic depressed patients (Johnson et al 1991). A 25-year retrospective analysis of suicides among patients hospitalized previously for major depression demonstrated that patients who had delusions during their index episode of depression had a five-fold increased likelihood of suicide compared with patients with nonpsychotic depression (Roose et al 1983). Several studies have demonstrated residual social and occupational impairment in MDpsy patients despite improvement in psychotic and depressive symptoms at 1-year (Rothschild et al 1993b), 5-year (Coryell et al 1990), and 10-year follow-up (Coryell et al 1996), whereas a 4-year follow-up with structured interviews found no consistent trends distinguishing MDpsy from nonpsychotic depression on marital, occupational, residential, or symptomatic outcome ratings (Coryell and Tsuang 1982). In the Depression Collaborative Study, Coryell et al (1987) reported that despite substantially greater levels of impairment during the 5 years preceding intake into the study, patients with unipolar MDpsy were as likely to recover as were patients with unipolar nonpsychotic depression during a 2-year follow-up period. Patients with MDpsy were more psychosocially impaired at 6 months, but these differences resolved during the ensuing 18 months (Coryell et al 1987). The social and occupational impairment observed in MDpsy has been hypothesized to be secondary to subtle cognitive deficits caused by the higher cortisol levels frequently observed in MDpsy patients (Rothschild et al 1993b; Schatzberg and Rothschild 1988).

## Biology

There exists considerable evidence from studies of the HPA axis, studies of dopaminergic activity, enzyme studies, brain imaging, electroencephalographic sleep profiles, and measures of serotonergic function that points to distinct biological abnormalities in MDpsy as compared with nonpsychotic depression. Details of these biological studies are summarized elsewhere (Schatzberg and Rothschild 1992). For example, several groups have reported specific abnormalities in HPA axis activity of patients with psychotic depression. Patients with MDpsy are among those with the highest rates of nonsuppression on the dexamethasone suppression test (Anton 1987; Anton and Burch 1990; Chan et al 1987; Kantor and Glassman

1977; Leckman et al 1984; Nelson and Davis 1997; Nelson et al 1984; Robinson and Spiker 1985; Rothschild 1985; Schatzberg et al 2000; Spiker et al 1985b), and many of them have markedly elevated post-dexamethasone cortisol levels. A meta-analysis of 12 different studies, with a combined sample size of approximately 1000 depressed patients, indicated that when inpatient status was controlled for, psychosis, but not melancholic symptoms, was associated with increased dexamethasone suppression test nonsuppression rates (Nelson and Davis 1997). Significant elevation in 24-hour measures of urinary free cortisol levels have also been observed in patients with MDpsy (Anton 1987).

Several studies have demonstrated that MDpsy patients have an activation of the dopaminergic system (Devanand et al 1985; Mazure et al 1987; Rothschild et al 1987) and higher levels of cerebrospinal fluid 5-hydroxyindoleacetic acid (Aberg-Wistedt et al 1985) that is not seen in patients with nonpsychotic depression. Other investigators have reported that unipolar MDpsy patients have lower serum dopamine-beta-hydroxylase (DBH) activity (the enzyme that converts dopamine to norepinephrine) (Meltzer et al 1976; Mod et al 1986), and unipolar nonpsychotic depressed patients have higher serum DBH activity (Matuzas et al 1982; Mod et al 1986) than do healthy control subjects. The low levels of DBH activity in MDpsy have been hypothesized to be a potential marker of relative risk for developing pronounced increases in dopamine levels in the face of chronic elevation of cortisol levels (Schatzberg et al 1985).

Imaging studies have also revealed distinct abnormalities in MDpsy patients. Our group observed that depressed patients with psychotic symptoms had cognitive impairment that was statistically associated with an increased ventricle-to-brain ratio (Rothschild et al 1989). Other investigators, using magnetic resonance imaging (Kim et al 1999), have reported decreased prefrontal cortex volume in MDpsy patients compared with age- and gender-matched patients with nonpsychotic depression. In studies using electroencephalographic sleep profiles that specifically controlled for the effects of age, severity, agitation, and other clinical characteristics, patients with MDpsy were found to have increased wakefulness, a higher percentage of stage one sleep, a decreased percentage of rapid eye movement (REM) sleep, and decreased REM activity compared with nonpsychotic depressed patients (Thase et al 1986b).

## Relationship to Bipolar Disorder

Several studies support a relationship between MDpsy and bipolar disorder. Strober and Carlson (1982) observed 60 adolescents hospitalized with unipolar major depression.

BIOL PSYCHIATRY
2003;53:680–690

They reported a 20% conversion rate to bipolar disorder, predicted in part by a depressive symptom cluster consisting of mood-congruent psychotic features (75% of converters vs. 6% of nonconverters, $p < .001$), psychomotor retardation, and rapid symptom onset. Similarly, Akiskal et al (1983) observed a 20% conversion rate to bipolar disorder in a follow-up of 206 unipolar depressed outpatients. Major depression with psychotic features was significantly more common ($p < .01$) in patients who converted to a bipolar diagnosis (42%) than among nonconverters (15%). Furthermore, patients who switched to bipolar illness were significantly younger at illness onset than those who did not switch ($p = .003$), with 71% of onsets in the bipolar group occurring before age 25 compared with 32% in the nonbipolar group. In another study, Aronson et al (1988b) observed that bipolar patients, at index episode of psychotic depression, presented at an earlier age than recurrent unipolar patients (29.7 years vs. 44.3 years, respectively, $p = .028$). Taken together, these data suggest that bipolar disorder may often present as MDpsy in adolescence or young adults. Whether, as Strober and Carlson (1982) suggest, young age is the critical variable accounting for the predictive relationship between psychoticism and bipolarity warrants further research.

## Treatment

### Tricyclic Antidepressants

When the TCAs were introduced for the treatment of depression, reports began to appear that they were not as effective for MDpsy as in depression in general (Angst 1961; Friedman et al 1961; Hordern et al 1963). One example of this is the landmark DeCarolis study (Avery and Lubrano 1979), which observed a 40% response rate in MDpsy patients treated with 200–350 mg/day of imipramine for at least 25 days. Those patients who did not respond to the imipramine then received ECT; for these patients the response rate was 83%. In a meta-analysis of 12 studies of 1054 depressed patients, Chan et al (1987) calculated that 127 (35%) of 363 patients with MDpsy responded to TCA therapy, in contrast to 464 (67%) of 691 patients with nonpsychotic major depression ($\chi^2 = 104.2, p < 2 \times 10^{-24}$).

### Electroconvulsive Therapy

Major depression with psychotic features responds well to ECT, to the combination of an antidepressant and an antipsychotic, and to amoxapine (Schatzberg and Rothschild 1992). In current clinical practice in the United States, the availability, cost, stigma, and side effects associated with ECT have limited its use as a first-line treatment, with many physicians and patients opting for trials of medications as first-line treatment. The demonstration that MDpsy responds better to ECT than pharmacotherapy (Pande et al 1990; Parker et al 1992) might suggest that ECT should be used as the primary treatment. Unfortunately, it is difficult to draw broad conclusions from these studies, because the ECT treatment was compared with several different combinations of medications, at varying doses and for different periods of time (Rothschild 1996).

Data demonstrating that the initiation of ECT within 5 days of admission shortens lengths of stay and reduces treatment costs are consistent with the early use of this treatment (Olfson et al 1998); however, basing a treatment standard for MDpsy on the effectiveness and cost-saving aspects of the rapid use of ECT has important public health implications: 1) ECT does not provide a treatment alternative for the large numbers of patients who prefer pharmacologic treatment. Thus, subjects with MDpsy recruited into a multicenter ECT study had failed an average of four pharmacotherapy trials before admission (Mulsant 1997), although only 4% had received intensive combination treatment; 2) hospital treatment with ECT is associated with longer lengths of stay when treatment is not instituted rapidly (Olfson et al 1998; Strotskopf and Horn 1992; Wilson et al 1991); 3) minority ethnic groups, patients with low incomes, and those residing in rural areas are less likely to receive ECT during a psychiatric hospitalization (Olfson et al 1998); 4) ECT has been associated with high rates of early relapse (Sackeim et al 1990, 2001); and 5) the demonstration that ECT is effective acutely does not address the need for an easily administered pharmacotherapy to treat early relapses and avoid subsequent hospitalizations (Spiker et al 1985b).

### Combined Antidepressant/Antipsychotic Treatment

Presently, it is the strong recommendation of the American Psychiatric Association (2000) Practice Guidelines that MDpsy should be treated pharmacologically using a neuroleptic combined with an antidepressant, although the duration of antipsychotic treatment is not discussed. This recommendation is in large part based on the landmark study of Spiker et al (1985b), who demonstrated that a combination of antipsychotic and antidepressant medications leads to improvement in 70%–80% of patients with MDpsy. They compared the combination of amitriptyline and perphenazine with amitriptyline alone and perphenazine alone in the treatment of patients with psychotic depression over a 5-week period. Using a 50% reduction in Hamilton Rating Scale for Depression (HRSD) and

684    BIOL PSYCHIATRY
2003;53:680–690    A.J. Rothschild

Brief Psychiatric Rating Scale (BPRS) total scores and a final HRSD score of less than 12 as response criteria, 14 of 18 patients (78%) treated with the combination responded, in contrast to 7 of 17 patients (41%) treated with amitriptyline alone and 3 of 16 patients (19%) treated with perphenazine alone. Seven of the 13 patients who failed to respond to perphenazine were not psychotic at the completion of the study, but were still depressed; however, recent studies of the treatment of an acute episode of MDpsy in older adults (Mulsant et al 2001) found that the addition of a moderate dose of perphenazine to nortriptyline did not improve efficacy and may indicate that the treatment of MDpsy may be different in older people.

Anton and Burch (1990) subsequently conducted a randomized, double-blind investigation that explored whether the efficacy of combination amitriptyline plus perphenazine could be matched by monotherapy with amoxapine, an antidepressant derivative of the antipsychotic medication loxapine, with dopamine antagonist activity. Previous open-label trials with amoxapine had produced response rates of 60%–80% in the treatment of psychotic depression (Anton and Sexauer 1983). Response rates defined by Clinical Global Impression improvement criteria were 82% for amoxapine and 86% for amitriptyline plus perphenazine. Using a 50% reduction in HRSD score as criteria for response yielded response rates of 71% and 81% for amoxapine and amitriptyline plus perphenazine, respectively. Extrapyramidal symptoms were significantly more frequent in the amitriptyline plus perphenazine group.

### Studies with Selective Serotonin Reuptake Inhibitors

The introduction of the SSRI antidepressants has resulted in many physicians using these new medications to treat psychotic depression; however, despite their wide use in clinical practice, patients with psychotic depression were excluded from the double-blind, controlled clinical trials of all new nontricyclic, nonmonoamine oxidase inhibitor antidepressants that have come on the market in the United States since 1988. Our group was the first to report the use of SSRIs in the treatment of psychotic depression (Rothschild et al 1993a). Thirty patients with the diagnosis of psychotic depression were treated in a nonblind study for 5 weeks with the combination of 20–40 mg/day of fluoxetine plus 32 mg/day of perphenazine. Twenty-two of the 30 patients (73%) had a 50% or greater reduction in HRSD and BPRS scores at week 5 compared with baseline scores. The combination of fluoxetine plus perphenazine was associated with fewer anticholinergic side effects than had previously been reported in studies of TCAs and

antipsychotics. The successful treatment of patients with psychotic depression with an SSRI plus antipsychotic was replicated (Wolfersdorf et al 1995) in a nonblind, clinical trial of 14 inpatients with psychotic depression treated with paroxetine (20 mg/day) in combination with zotepine (150–200 mg/day) or haloperidol (2.5–10 mg/day). Eight of 14 patients (57%) had a 50% reduction in HRSD scores by day 21 of treatment. The authors also had the overall impression that the combination of SSRIs with antipsychotic offered improved tolerability as compared with that of the TCA combination described in the literature. One group has described the successful treatment of patients with MDpsy with SSRI monotherapy (Gatti et al 1996; Zanardi et al 1996, 2000) or venlafaxine monotherapy (Zanardi et al 2000); however, the treatment of MDpsy with SSRI monotherapy has been questioned because of the use of a rating scale that lacked validity data and the absence of a placebo control in these studies (Rothschild and Phillips 1999).

### Lithium Augmentation

Lithium augmentation of antidepressants for nonpsychotic depression is a frequently used strategy, particularly for partial responders (Bauer and Dopfmer 1999). Unfortunately, this strategy has not been adequately studied for the treatment of MDpsy. In uncontrolled studies, lithium augmentation of an antipsychotic and an antidepressant has been efficacious for MDpsy (Price et al 1983). In a retrospective chart review of MDpsy patients who were refractory to treatment with desipramine plus 12–64 mg of perphenazine or 4–20 mg of haloperidol, 8 of 9 patients with bipolar MDpsy, but only 3 of 12 patients with unipolar MDpsy recovered when 600–1200 mg/day of lithium was added (Fisher's Exact Test, $p = .003$) (Nelson and Mazure 1986). Similarly, in a study from our group (Rothschild et al 1993a) of eight patients who did not respond to 5 weeks of treatment with the combination of fluoxetine and perphenazine, three of three patients with bipolar MDpsy responded to lithium augmentation, in contrast to none of five unipolar MDpsy patients ($p < .01$).

### Role of Atypical Antipsychotics

Atypical antipsychotic medications may have particular relevance for MDpsy because of the potential for reduced risk of extrapyramidal side effects and tardive dyskinesia, as well as antipsychotic and possibly antidepressant qualities. This is particularly noteworthy in light of recent observations that a significant minority of MDpsy patients still needed antipsychotic treatment even after 4 months of combined antidepressant and antipsychotic treatment

BIOL PSYCHIATRY
2003;53:680–690

685

(Rothschild and Duval, in press). The theoretical basis for the efficacy of the atypical antipsychotic agents for the treatment of psychotic depression includes their effects on serotonin type-2 receptors and the improvement in depressive symptoms seen in patients with schizophrenia (Rothschild 1996). Several case reports and retrospective chart reviews have suggested that clozapine (Banov et al 1994; Chacko et al 1993; Dassa et al 1993; Naber et al 1992; Parsa et al 1991; Ranjan and Meltzer 1995; Sajatovic et al 1991; Wood and Rubenstein 1990), risperidone (Hillert et al 1992; Jacobson 1995; Keck et al 1995), olanzapine (Adli et al 1999; DeBattista et al 1997; Malhi and Checkley 1999; Nelson et al 2001; Rothschild et al 1999), and quetiapine (Zarate et al 2000) as monotherapy or in combination with antidepressants, may be effective in patients with psychotic depression.

In one double-blind, multicenter, parallel group trial, the efficacy of risperidone monotherapy was compared with a combination of haloperidol and amitriptyline over 6 weeks in patients with psychotic depression (Muller-Siecheneder et al 1998). Although both treatments were effective in producing clinically relevant score reductions on the Positive and Negative Symptom Scale for Schizophrenia, BPRS, and Bech-Rafaelson Melancholia Scale, the reductions were significantly larger in the amitriptyline plus haloperidol group.

In a recently completed, 8-week, double-blind study, 249 patients with MDpsy were randomized to one of three treatment groups: olanzapine 5–20 mg/day plus fluoxetine 20–80 mg/day; olanzapine 5–20 mg/day plus placebo; or placebo (Dube et al 2002). The olanzapine plus fluoxetine group had statistically significantly greater HRSD-24 total score improvement compared with the placebo treated group within the first week of treatment and at every subsequent visit. The olanzapine monotherapy treated group was not statistically significantly different from the placebo or olanzapine plus fluoxetine groups. The olanzapine plus fluoxetine group also had significantly better HRSD-24 response (55.6%) than the olanzapine monotherapy (35.6%; $p = .027$) or placebo (29.8%; $p = .003$) groups.

Further study of atypical antipsychotic medications for the treatment of MDpsy is important for two reasons: first, it is conceivable that they may be more effective than traditional antipsychotic medications; and second, even if they are equally effective compared with traditional antipsychotic medications, they are less likely to cause short-term side effects, such as dysphoria and akathisia, and long-term side effects, such as tardive dyskinesia. These are important issues for patient compliance, given that a significant minority of patients with psychotic depression may need to stay on maintenance antipsychotic medication for quite some time (Rothschild and Duval, in press).

*Hypercortisolemia and Antiglucocorticoid Strategies*

Several years ago, our group hypothesized that the development of delusions in depressed patients is secondary to the effects of hypercortisolemia (Schatzberg et al 1985) and that acute improvement in psychotic symptoms in MDpsy may occur after cortisol levels are lowered or the effects of cortisol are blocked with cortisol-receptor antagonists in the brain (Schatzberg and Rothschild 1988). As discussed above, patients with MDpsy exhibit a marked dysregulation of the HPA axis in the acute episode. In longitudinal studies, many MDpsy patients continue to exhibit elevated cortisol levels despite symptomatic improvement (Rothschild 1999; Rothschild et al 1993b). Significant correlations have been observed between elevated cortisol levels and poor social and occupational functioning at 1 year (Rothschild et al 1993b) and 15 months (Rothschild, unpublished data) after the index episode. Similar observations were noted in hypercortisolemic, nonpsychotic depressed patients (Rothschild, unpublished data; Rothschild et al 1993b). The poor social and occupational functioning appears to be secondary to the deleterious effects of elevated cortisol on cognition (Rothschild, unpublished data; Rothschild et al 1993b).

Based on these observations, several antiglucocorticoid strategies have been employed to treat MDpsy patients. One strategy is to use cortisol synthesis inhibitors, such as metyrapone, aminoglutethimide, and ketoconazole. Several studies in hypercortisolemic psychotic and nonpsychotic depressed patients have had mixed results (Amsterdam et al 1994; Anand et al 1995; Ghadirian et al 1995; Murphy and Wolkowitz 1993; Ravaris et al 1988; Thakore and Dinan 1995; Wolkowitz et al 1993). A complicating factor has been that these medications have significant side effects, including the potential for adrenal insufficiency and hepatic injury.

A second approach is to use the steroid mifepristone (presently available only for patients enrolled in research protocols), which has antiprogesterone activity but is also an effective antagonist of glucocorticosteroid action in vitro and in vivo (Gaillard et al 1984; Herrmann et al 1982; Lamberts et al 1991; Proulx-Ferland et al 1982). Relatively high doses of mifepristone (400 mg to 800 mg per day) rapidly reversed psychosis and suicidal thinking in two patients with Cushing's syndrome (caused by metastatic adrenal cancer) (Van der Lely et al 1991). Mifepristone use has also been reported in a patient with Cushing's syndrome who had both depressive and psychotic symptoms that were unresponsive to antidepressants alone, and only partially responsive to an antidepressant/antipsychotic combination. Treatment with high doses of mifepristone (up to 1400 mg every day) resulted in both his physical and psychiatric symptoms resolving

quickly (Nieman et al 1985). In depression, Murphy et al (1993) administered mifepristone at 200 mg/day for 8 weeks to four patients with chronic, nonpsychotic depression with modest improvement in HDRS scores in three of the four patients. In MDpsy, Belanoff et al (2001a) reported on five patients who participated in a 4-day, double-blind, placebo-controlled, crossover study using 600 mg of mifepristone as monotherapy. All five patients showed substantial improvement in their HDRS scores, and four of the five exhibited substantial improvement in BPRS scores, with little improvement with placebo.

In a recently published, larger study (Belanoff et al 2002), 30 patients with MDpsy with HDRS scores of 18 or greater were assigned in an open-label trial to receive 50 mg, 600 mg, or 1200 mg of mifepristone for 7 days. All the subjects completed the protocol, and side effects were mild and sporadic. Thirteen of 19 subjects in the combined 600- and 1200-mg group had a 30% or greater decline in their BPRS scores, compared to 4 of 11 in the 50-mg group. Twelve of 19 subjects in the 600- and 1200-mg group showed a 50% decline in the BPRS positive symptom subscale, compared with 3 of 11 in the 50-mg group. Eight of 19 subjects in the 600- and 1200-mg group had a 50% decline in the HRSD-21, compared with 2 of 11 in the 50-mg group. The differences in improvement between the 50-mg dose and the 600-mg/1200-mg doses were not statistically significantly different; in part, this may have been because of the small sample size of the study. Furthermore, because the patients were required to be on stable doses of antidepressants and/or antipsychotics for only 1 week, it is conceivable that some of the improvement may have been due to the antidepressant and antipsychotic medication that had been started 2–3 weeks before the addition of mifepristone. Nevertheless, the improvement seen with the addition of mifepristone warrants further study using a double-blind, placebo-controlled design.

### Treatment Guidelines

In summary, the most effective treatment for an acute episode of MDpsy is either ECT or the combination of an antidepressant with an antipsychotic medication, which is the strong recommendation of the American Psychiatric Association (2000) Practice Guidelines for the treatment of MDpsy. The decision initially faced by the clinician and patient is which treatment to use. Although there has been no prospective study comparing these two very different treatment modalities, there is the suggestion in the literature that ECT may be slightly more effective (Kroessler 1985; Pande et al 1990; Parker et al 1992); however, from a practical standpoint, because MDpsy is frequently a recurrent illness and ECT has been associated with high rates of early relapse (Sackeim et al 1990, 2001), the

identification of an effective medication regimen may aid prophylaxis (Charney and Nelson 1981). In addition, a large number of patients and their relatives will prefer pharmacologic treatment, because they find both the idea and experience of ECT, and the possible side effects of confusion and memory disruption, unacceptable (American Psychiatric Association 2000; Flint and Rifat 1998; Parker et al 1992); however, in certain situations, such as life-threatening symptoms, a history of previous good response to ECT, or an older patient (Flint and Rifat 1998), ECT may be preferred over medications.

Although there have been no prospective studies comparing TCAs and SSRIs (combined with an antipsychotic) for the treatment of MDpsy, there are several studies that strongly suggest that SSRIs combined with an antipsychotic are an effective treatment for the acute episode of MDpsy (Dube et al, unpublished data; Rothschild et al 1993a; Wolfersdorf et al 1995). Given the recently completed, double-blind, placebo-controlled study of 249 patients with MDpsy that indicated that an olanzapine/fluoxetine combination was a well-tolerated treatment associated with a significant and quick (within 7 days) reduction in depressive symptoms compared with placebo (Dube et al, unpublished data), the combination of an SSRI and an atypical antipsychotic is an attractive option for the treatment of MDpsy.

### Conclusions

In summary, MDpsy is associated with significant morbidity and mortality. Currently, the most effective treatments include the combination of an antidepressant with an antipsychotic, or ECT. Recent studies suggest that atypical antipsychotic medications may be effective (when combined with an antidepressant) for the acute treatment of MDpsy; however, there remain many questions for future research. Those that seem of greatest importance include the following: 1) the efficacy and safety of atypical antipsychotic medication for maintenance treatment; 2) the efficacy and safety of glucocorticoid antagonists such as mifepristone; 3) decision trees to delineate the second and third lines of treatment when the first treatment is ineffective (Parker et al 1991); 4) the length of time patients should be maintained on medications; 5) the efficacy of bilateral versus unilateral ECT; 6) the delineation of the clinical characteristics of responders to medication treatments versus ECT treatments; 7) differences in response to medication treatments and ECT in younger versus older patients; 8) the role of maintenance ECT; and 9) optimal treatment for patients with bipolar disorder with an episode of MDpsy. The answers to these questions would be of significant practical utility to clinicians

treating patients with MDpsy, a most difficult-to-treat form of depression.

Supported in part by the Irving S. and Betty Brudnick Endowed Chair in Psychiatry, University of Massachusetts Medical School.

Aspects of this work were presented at the conference, "Difficult-to-Treat Depression" held April 21–22, 2002 in San Francisco, California. The conference was sponsored by the Society of Biological Psychiatry through an unrestricted grant provided by Eli Lilly and Company.

# References

Aberg-Wistedt A, Wistedt B, Bertilsson L (1985): Higher CSF levels of HVA and 5-HIAA in delusional compared to non delusional depression. *Arch Gen Psychiatry* 42:925–926.

Adli M, Rossius W, Bauer M (1999): [Olanzapine in the treatment of depressive disorders with psychotic symptoms]. *Nervenarzt* 70:68–71.

Akiskal HS, Walker P, Puzantian VR, King D, Rosenthal TL, Franon M (1983): Bipolar outcome in the course of depressive illness: Phenomenological, familial, and pharmacologic predictors. *J Affect Disord* 5:115–128.

American Psychiatric Association (2000): Practice guideline for the treatment of major depressive disorder (revision). *Am J Psychiatry* Suppl 157:(suppl 4).

American Psychiatric Association Committee on Nomenclature and Statistics (1994): *Diagnostic and Statistical Manual of Mental Disorders*, 4th ed. Washington, DC: American Psychiatric Association.

Amsterdam J, Mosley PD, Rosenzweig M (1994): Assessment of adrenocortical activity in refractory depression: Steroid suppression with ketoconazole. In: Nolan W, Zohar J, Roose S, Amsterdam J, editors. *Refractory Depression*. Chichester, UK: John Wiley & Sons, 199–210.

Anand A, Malison R, McDougle CJ, Price LH (1995): Antiglucocorticoid treatment of refractorydepression with ketoconazole: A case report. *Biol Psychiatry* 37:338–340.

Angst J (1961): A clinical analysis of the effects of Tofranil in depression. *Psychopharmacologia* 2:381–407.

Anton RF Jr (1987): Urinary free cortisol in psychotic depression. *Biol Psychiatry* 22:24–34.

Anton RF Jr, Burch EA Jr (1990): Amoxapine versus amitriptyline combined with (208) perphenazine in the treatment of psychotic depression. *Am J Psychiatry* 147:1203–1208.

Anton RF, Sexauer JD (1983): Efficacy of amoxapine in psychotic depression. *Am J Psychiatry* 140:1344–1347.

Aronson TA, Shukla S, Gujavarty K, Hoff A, DiBuono M, Khan E (1988a): Relapse in delusional depression: A retrospective study of the course of treatment. *Comp Psychiatry* 29:12–21.

Aronson TA, Shukla S, Hoff A (1987): Continuation therapy after ECT for delusional depression: A naturalistic study of prophylactic treatments and relapse. *Convuls Ther* 3:251–259.

Aronson TA, Shukla S, Hoff A, Cook B (1988b): Proposed delusional depression subtypes: Preliminary evidence from a retrospective study of phenomenology and treatment course. *J Affect Disord* 14:69–74.

Avery D, Lubrano A (1979): Depression treated with imipramine and ECT: The DeCarolis study reconsidered. *Am J Psychiatry* 136:559–562.

Baldwin RC, Jolley DJ (1986): The prognosis of depression in old age. *Br J Psychiatry* 574–583.

Banov MD, Zarate CA Jr, Tohen M, Scialabba D, Wines JD Jr, Kolbrener M, et al (1994): Clozapine therapy in refractory affective disorders: Polarity predicts response in long-term follow-up. *J Clin Psychiatry* 55:295–300.

Basso MR, Bornstein RA (1999): Neuropsychological deficits in psychotic versus nonpsychotic unipolar depression. *Neuropsychology* 13:69–75.

Bauer M, Dopfmer S (1999): Lithium augmentation in treatment-resistant depression: Meta-analysis of placebo-controlled trials. *J Clin Psychopharmacol* 19:427–434.

Belanoff J, Flores B, Kalezhan M, Sund B, Schatzberg A (2001a): Rapid reversal of psychotic major depression using mifepristone. *J Clin Psychopharmacol* 21:516–521.

Belanoff JK, Kalehzan M, Sund B, Fleming Ficek SK, Schatzberg AF (2001b): Cortisol activity and cognitive changes in psychotic major depression. *Am J Psychiatry* 158:1612–1616.

Belanoff JK, Rothschild AJ, Cassidy F, DeBattista C, Baulieu EE, Schold C, et al (2002): An open label trial of C-1073 (mifepristone) for psychotic major depression. *Biol Psychiatry* 52:386–392.

Bond TC, Rothschild AJ, Lerbinger J, Schatzberg AF (1986): Delusional depression, family history, and DST response: A pilot study. *Biol Psychiatry* 21:1239–1246.

Brown RP, Stoll PM, Stokes PE, Frances A, Sweeney J, Kocsis JH, Mann JJ (1988): Adrenocortical hyperactivity in depression: Effects of agitation, delusions, melancholia, and other illness variables. *Psychiatry Res* 23:167–168.

Chacko RC, Hurley RA, Jankovic J (1993): Clozapine use in diffuse Lewy body disease. *J Neuropsychiatry Clin Neurosci* 5:206–208.

Chan CH, Janicak PG, Davis JM, Altman E, Andriukaitis S, Hedeker D (1987): Response of psychotic and nonpsychotic depressed patients to tricyclic antidepressants. *J Clin Psychiatry* 48:197–200.

Charney DS, Nelson J (1981): Delusional and nondelusional unipolar depression: Further evidence for distinct subtypes. *Am J Psychiatry* 138:328–333.

Coryell W, Endicott J, Keller M (1987): The importance of psychotic features to major depression: Course and outcome during a 2-year follow-up. *Acta Psychiatr Scand* 75:78–85.

Coryell W, Keller M, Lavori P, Endicott J (1990): Affective syndromes, psychotic features and prognosis I: Depression. *Arch Gen Psychiatry* 47:651–657.

Coryell W, Leon A, Winokur G, Endicott J, Keller MB, Akiskal H, Solomon D (1996): The importance of psychotic features to long term course in depressive disorders. *Am J Psychiatry* 153:483–489.

Coryell W, Pfohl B, Zimmerman M (1984): The clinical and neuroendocrine features of psychotic depression. *J Nerv Ment Dis* 172:521–528.

Coryell W, Tsuang MT (1982): Primary unipolar depression and the prognostic importance of delusions. *Arch Gen Psychiatry* 39:1181–1184.

A.J. Rothschild

Coryell W, Tsuang MT, McDaniel J (1982): Psychotic features in major depression: Is mood congruence important? *J Affect Disord* 4:227–236.

Coryell W, Zimmerman M (1986): Demographic, historical, and symptomatic features of the nonmanic psychoses. *J Nerv Ment Dis* 174:585–592.

Coryell W, Zimmerman M, Pfohl B (1986): Outcome at discharge and six months in major depression. The significance of psychotic features. *J Nerv Ment Dis* 174:92–96.

Dassa D, Kaladjian A, Azorin JM, Giudicelli S (1993): Clozapine in the treatment of psychotic refractory depression. *Br J Psychiatry* 163:822–824.

DeBattista C, Solvason HB, Belanoff J, Schatzberg AF (1997): Treatment of psychotic depression. *Am J Psychiatry* 154:1625–1626.

Devanand DP, Bowers MB, Hoffman FJ Jr, Nelson JC (1985): Elevated homovanillic acid in depressed females with melancholia and psychosis. *Psychiatry Res* 15:1–4.

Evans DL, Burnett G, Nemeroff CB (1983): The dexamethasone suppression test in the clinical setting. *Am J Psychiatry* 140:586–589.

Flint AJ, Rifat SL (1998): The treatment of psychotic depression in later life: A comparison of pharmacotherapy and ECT. *J Geriatr Psychiatry* 13:23–28.

Frances A, Brown RP, Kocsis JH, Mann JJ (1981): Psychotic depression: A separate entity? *Am J Psychiatry* 138:831–833.

Frangos E, Athanassenas G, Tsitourides S, Psilolignos P, Katsanou N (1983): Psychotic depressive disorder: A separate entity? *J Affect Dis* 5:259–265.

Friedman C, Bowbray MS, Hamilton VJ (1961): Imipramine (Tofranil) in depressive states. *J Ment Sci* 107:948–953.

Gaillard RC, Riondel A, Muller AF, Herrmann W, Baulieu EE (1984): RU 486: A steriod with antiglucocorticosteroid activity that only disinhibits the human pituitary-adrenal system at a specific time of day. *Med Sci* 81:3879–3882.

Gatti F, Eelini L, Gasperini M, Perez J, Zanardi R, Smeraldi E (1996): Fluvoxamine alone in the treatment of delusional depression. *Am J Psychiatry* 153:414–416.

Ghadirian AM, Englesmann F, Dhar V, Filipini D, Keller R, Chouinard G, Murphy BEP (1995): The psychotropic effects of inhibitors of steroid biosynthesis in depressed patients refractory to treatment. *Biol Psychiatry* 37:369–375.

Glassman AH, Perel JM, Shostak M, Kantor SJ, Fleiss JL (1977): Clinical implications of imipramine plasma levels for depressive illness. *Arch Gen Psychiatry* 34:197–204.

Glassman AH, Roose SP (1981): Delusional depression: A distinct clinical entity? *Arch Gen Psychiatry* 38:424–427.

Helms PM, Smith RE (1983): Recurrent psychotic depression: Evidence of diagnostic stability. *J Affect Disord* 5:51–54.

Hermmann W, Wyss R, Riondel A, Philibert D, Teutsch G, Sakiz E, Baulieu EE (1982): Effet d'un steroide anti-progesterone chez la femme Interuption du cycle menstrul et de la grossese au debut [The effects of an antiprogesterone steroid in women: interruption of the menstrual cycle and of early pregnancy]. *C R Seances Acad Sci III* 294:933–938.

Hillert A, Maier W, Wetzel H, Benkert O (1992): Risperidone in the treatment of disorders with a combined psychotic and depressive syndrome-a functional approach. *Pharmacopsychiatry* 25:213–217.

Hordern A, Holt NF, Burt CG, Gordon WF (1963): Amitriptyline in depressive states: Phenomenology and prognostic considerations. *Br J Psychiatry* 109:815–825.

Jacobson FM (1995): Risperidone in the treatment of affective illness and obsessive-compulsive disorder. *J Clin Psychiatry* 56:423–429.

Jeste DV, Heaton SC, Paulsen JS, Ercoli L, Harris J, Heaton RK (1996): Clinical and neuropsychological comparison of psychotic depression with nonpsychotic depression and schizophrenia. *Am J Psychiatry* 153:490–496.

Johnson J, Horwath E, Weissman MM (1991): The validity of major depression with psychotic features based on a community sample. *Arch Gen Psychiatry* 48:1075–1081.

Kantor SJ, Glassman AH (1977): Delusional depressions: Natural history and response to treatment. *Br J Psychiatry* 131:351–360.

Keck PE Jr, Wilson DR, Strakowski SM, McElroy SL, Kizer DL, Balistreri TM, et al (1995): Clinical predictors of acute risperidone response in schizophrenia, schizoaffective disorder, and psychotic mood disorders. *J Clin Psychiatry* 56:466–470.

Kim DK, Kim BL, Sohn SE, Lim SW, Na DG, Paik CH, et al (1999): Candidate neuroanatomic substrates of psychosis in old-aged depression. *Prog Neuropsychopharmacol Biol Psychiatry* 23:793–807.

Kroessler D (1985): Relative efficacy rates for therapies of delusional depression. *Convuls Ther* 1:173–182.

Lamberts SW, Koper JW, Jong FH (1991): The endocrine effects of long-term treatment with mifepristone (RU 486). *J Clin Endocrinol Metab* 73:187–191.

Leckman JF, Weisman MM, Prusoff BA, Caruso KA, Merikangas KR, Pauls DL, Kidd KK (1984): Subtypes of depression: Family study perspective. *Arch Gen Psychiatry* 41:833–838.

Lykouras E, Christodoulou GN, Malliaras D, Stefanis C (1994): The prognostic importance of delusions in depression: A 6-year prospective follow-up study. *J Affect Disord* 32:233–238.

Lykouras E, Malliaras D, Christodoulou GN, Papakostas Y, Voulgari A, Tzonou A, Stefanis C (1986): Delusional depression: Phenomenology and response to treatment, a prospective study. *Acta Psychiatric Scand* 73:324–329.

Maj M, Starace F, Pirozzi R (1991): A family study of DSM-III-R schizoaffective disorder, depressive subtype, compared with schizophrenia and psychotic and nonpsychotic major depression. *Am J Psychiatry* 148:612–616.

Malhi GS, Checkley SA (1999): Olanzapine in the treatment of psychotic depression. *Br J Psychiatry* 174:460.

Matuzas W, Meltzer HY, Uhlenhuth EH, Glass RM, Tong C (1982): Plasma dopamine-B-hydroxylase in depressed patients. *Biol Psychiatry* 17:1415–1424.

Mazure CM, Bowers MB, Hoffman F Jr, Miller KB, Nelson JC (1987): Plasma catecholamine metabolites in subtypes of major depression. *Biol Psychiatry* 22:1469–1472.

Meltzer HY, Cho HW, Carroll BJ, Russo P (1976): Serum dopamine-B-hydroxylase activity in the affective psychoses and schizophrenia. *Arch Gen Psychiatry* 33:585–591.

Meyers BS, Greenberg R (1986): Late-life delusional depression. *J Affect Disord* 11:133–137.

Mod L, Rihmer Z, Magyar I, Arato M, Alfoldi A, Bagdy G (1986): Serum DBH activity in psychotic vs. nonpsychotic unipolar and bipolar depression. *Psychiatry Res* 19:331–333.

Muller-Siecheneder F, Muller MJ, Hillert A, Szegedi A, Wetzel H, Benkert O (1998): Risperidone versus haloperidol and amitriptyline in the treatment of patients with a combined psychotic and depressive syndrome. *J Clin Psychopharmacol* 18:111–120.

Mulsant BH, Haskett RF, Prudic J, Thase ME, Malone KM, Mann JJ, et al (1997): Low use of neuroleptic drugs in the treatment of psychotic major depression. *Am J Psychiatry* 154:559–561.

Mulsant BH, Sweet BA, Rosen J, Pollack BG, Zubenko GS, Flynn T, et al (2001): A randomized double-blind comparison of nortriptyline plus perphenazine vs. nortriptyline plus placebo in the treatment of psychotic depression in late life. *J Clin Psychiatry* 62:597–604.

Murphy BEP, Filipini D, Ghadirian AM (1993): Possible use of glucocorticoid receptor antagonists in the treatment of major depression: Preliminary results using RU 486. *J Psychiatr Neurosci* 18:209–213.

Murphy BEP, Wolkowitz OM (1993): The pathophysiologic significance of hyperadrenocorticism: Antiglucocorticoid strategies. *Psychiatr Ann* 23:682–690.

Murphy E (1983): The prognosis of depression in old age. *Br J Psychiatry* 142:111–119.

Naber D, Holzbach R, Perro C, Hippius H (1992): Clinical management of clozapine patients in relation to efficacy and side effects. *Br J Psychiatry* 160:54–59.

Nelson EB, Rielage E, Welge JA, Keck PE Jr (2001): An open trial of olanzapine in the treatment of patients with psychotic depression. *Ann Clin Psychiatry* 13:147–151.

Nelson EB, Sax KW, Strakowski SM (1998): Attentional performance in patients with with psychotic and nonpsychotic major depression and schizophrenia. *Am J Psychiatry* 155:137–139.

Nelson JC, Bowers MB (1978): Delusional versus unipolar depression: Description and drug response. *Arch Gen Psychiatry* 35:1321–1328.

Nelson JC, Davis JM (1997): DST studies in psychotic depression: A meta-analysis. *Am J Psychiatry* 154:1497–1503.

Nelson JC, Mazure CM (1986): Lithium augmentation in psychotic depression refractory to combined drug treatment. *Am J Psychiatry* 143:363–366.

Nelson WH, Khan A, Orr WW (1984): Delusional depression: Phenomenology, neuroendocrine function, and tricyclic antidepressant response. *J Affect Disord* 6:297–306.

Nieman LK, Chrousos GP, Kellner C, Spitz IM, Nisula BC, Cutler GB, et al (1985): Successful treatment of Cushing's syndrome with the glucocorticoid antagonist RU 486. *J Clin Endocrinol Metab* 61:536–540.

Olfson M, Marcus S, Sackeim HA, Thompson J, Pincus HA (1998): Use of ECT for the inpatient treatment of recurrent major depression. *Am J Psychiatry* 155:2–29.

Pande A, Grunhaus L, Hasket R, Haskett R, Greden JF (1990): Electroconvulsive therapy in delusional and nondelusional depressive disorder. *J Affect Disord* 19:215–219.

Parker G, Hadzi-Pavlovic D, Hickie I, Boyce P, Mitchell P, Wilhelm K, Brodarty H (1991): Distinguishing psychotic and non-psychotic melancholia. *J Affect Disord* 22:135–148.

Parker G, Roy K, Hadzi-Pavlovic D, Pedic F (1992): Psychotic (delusional) depression: A meta-analysis of physical treatments. *J Affect Disord* 24:17–24.

Parsa MA, Ramirez LF, Loula CE, Meltzer HY (1991): Effect of clozapine on psychotic depression and parkinsonism. *J Clin Psychopharmacol* 11:330–331.

Price LH, Conwell Y, Nelson JC (1983): Lithium augmentation of combined neuroleptic-tricyclic treatment in delusional depression. *Am J Psychiatry* 140:318–322.

Price LH, Nelson JC, Charney DS, Quinlan DM (1984): Family history in delusional depression. *J Affect Disord* 6:109–114.

Proulx-Ferland L, Cote L, Philibert D, Deraedt R (1982): Potent antiglucocorticoid activity of RU486 on ACTH secretion in vitro and in vivo in the rat. *J Steroid Biochem* 17:27.

Ranjan R, Meltzer HY (1995): Acute and long-term effectiveness of clozapine in treatment-resistant psychotic depression. *Biol Psychiatry* 40:253–258.

Ravaris CL, Sateia MJ, Beroza KW, Noordsy DL, Brinck-Johnsen T (1988): Effect of ketoconazole on a hypophysectomized, hypercortisolemic, psychotically depressed woman. *Arch Gen Psychiatry* 45:966–967.

Rihmer Z, Arato M, Szadoczky E, Revai K, Demeter E, Gyorgy S, Udvarhelyi P (1984): The dexamethasone suppression test in psychotic versus nonpsychotic depression. *Br J Psychiatry* 145:508–511.

Robinson DG, Spiker DG (1985): Delusional depression: A one year follow-up. *J Affect Disord* 9:79–83.

Roose SP, Glassman AH, Walsh BT, Woodring S, Vital-Herne J (1983): Depression, delusions, and suicide. *Am J Psychiatry* 140:1159–1162.

Rothschild AJ (1985): Delusional depression: A review of the literature and current perspectives. *McLean Hosp J* 10:68–83.

Rothschild AJ (1996): Management of psychotic, treatment-resistant depression. *Psychiatr Clin North Am* 19:237–252.

Rothschild AJ, Bates KS, Boehringer KL, Syed A (1999): Olanzapine response in psychotic depression. *J Clin Psychiatry* 60:116–118.

Rothschild AJ, Benes F, Hebben N, Woods B, Luciana M, Bakanas E, et al (1989): Relationships between brain CT scan findings and cortisol in psychotic and nonpsychotic depressed patients. *Biol Psychiatry* 26:565–575.

Rothschild AJ, Duval SE (in press): How long should patients with psychotic depression stay on the antipsychotic medication? *J Clin Psychiatry*.

Rothschild AJ, Phillips KA (1999): Selective serotonin reuptake inhibitors and delusional depression. *Am J Psychiatry* 156:977–978.

Rothschild AJ, Samson JA, Bessette MP, Carter-Campell JT (1993a): Efficacy of combination fluoxetine and perphenazine in the treatment of psychotic depression. *J Clin Psychiatry* 54:338–342.

Rothschild AJ, Samson JA, Bond TC, Luciana MM, Schildkraut JJ, Schatzberg AF (1993b): Hypothalamic-pituitary-adrenal axis activity and one-year outcome in depression. *Biol Psychiatry* 34:392–400.

**690**   BIOL PSYCHIATRY
2003;53:680–690

A.J. Rothschild

Rothschild AJ, Schatzberg AF (1993): Psychotic depression: A newly recognized subtype. *Clin Neurosci* 1:75–80.

Rothschild AJ, Schatzberg AF (1994): Diagnosis and treatment of psychotic (delusional) depression. In: Grunhaus L, Greden JF, editors. *Severe Depressive Disorders*. Washington, DC: American Psychiatric Press, 195–207.

Rothschild AJ, Schatzberg AF, Langlais PJ, Lerbinger JE, Miller MM, Cole JO (1987): Psychotic and nonpsychotic depressions: I. Comparison of plasma catecholamines and cortisol measures. *Psychiatry Res* 20:143–153.

Sackeim HA, Haskett RF, Mulsant BH, Thase ME, Mann JJ, Pettinati HM, et al (2001): Continuation pharmacotherapy in the prevention of relapse following electroconvulsive therapy. A randomized controlled trial. *JAMA* 285:1299–1307.

Sackeim HA, Prudic J, Devanand DP, Decina P, Kerr B, Malitz S (1990): The impact of medication resistance and continuation pharmacotherapy on relapse following response to electroconvulsive therapy in major depression. *J Clin Psychopharmacol* 10:96–104.

Sajatovic M, Verbanac P, Ramirez LF, Meltzer HY (1991): Clozapine treatment of psychiatric symptoms resistant to neuroleptic treatment in patients with Huntington's chorea. *Neurology* 41:156 [letter].

Schatzberg AF, Posener JA, DeBattista C, Kalehzan M, Rothschild AJ, Shear PK (2000): Neuropsychological deficits in psychotic versus nonpsychotic major depression and no mental illness. *Am J Psychiatry* 157:1095–1100.

Schatzberg AF, Rothschild AJ (1988): The roles of glucocorticoid and dopaminergic systems in delusional (psychotic) depression. *Ann N Y Acad Sci* 537:462–471.

Schatzberg AF, Rothschild AJ (1992): Psychotic (delusional) major depression: Should it be included as a distinct syndrome in DSM-IV? *Am J Psychiatry* 149:733–745.

Schatzberg AF, Rothschild AJ (1996): Psychotic (delusional) major depression: Should it be included as a distinct syndrome in DSM-IV. In: Widiger TA, Frances AJ, Pincus HA, Ross R, First MB, Davis WW, editors. *DSM-IV Source Book*, Vol. 2. Washington, DC: American Psychiatric Press, 127–180.

Simpson S, Baldwin RC, Jackson A, Burns A (1999): The differentiation of DSM-IIIR psychotic depression in later life from nonpsychotic depression: Comparisons of brain changes measured by multispectral analysis of magnetic resonance brain images, neuropsychological findings, and clinical features. *Biol Psychiatry* 45:193–204.

Spiker DG, Stein J, Rich CL (1985a): Delusional depression and electroconvulsive therapy: One year later. *Convuls Ther* 1:167–172.

Spiker DG, Weiss JC, Dealy RS, Griffin SJ, Hanin I, Neil JF, et al (1985b): The pharmacological treatment of delusional depression. *Am J Psychiatry* 142:430–436.

Strober M, Carlson G (1982): Bipolar illness in aldolescents with major depression: Clinical, genetic, and psychopharmacologic predictors in a three- to four-year prospective follow-up investigation. *Arch Gen Psychiatry* 39:549–555.

Strotskopf C, Horn SD (1992): Predicting length of stay for patients with psychosis. *Health Serv Res* 26:743–766.

Thakore JH, Dinan TG (1995): Cortisol synthesis inhibition: A new treatment strategy for the clinical and endocrine manifestations of depression. *Biol Psychiatry* 37:364–368.

Thase ME, Kupfer DJ, Ulrich RF (1986a): Current status of sleep EEG in the assessment and treatment of depression. In: Burrows GO, Werry JS, editors. *Advances in Human Psychopharmacology*, Vol. 4. Greenwich, CT: JTI Press.

Thase ME, Kupfer DJ, Ulrich RF (1986b): Electroencephalographic sleep in psychotic depression: A valid subtype? *Arch Gen Psychiatry* 43:886–893.

Van der Lely A-J, Foeken K, van der Mast RC, Lamberts SWJ (1991): Rapid reversal of acute psychosis in the Cushing syndrome with the cortisol-receptor antagonist mifepristone (RU 486). *Ann Intern Med* 114:143–144.

Weissman MM, Prusoff BA, Merikangas KR (1984): Is delusional depression related to bipolar disorder? *Am J Psychiatry* 141:892–893.

Wilson KG, Kraitberg NJ, Brown JH, Bergamn JN (1991): Electroconvulsive therapy in the treatment of depression: The impact on length of stay. *Comp Psychiatry* 32:345–354.

Wolfersdorf M, Barg R, Konig F, Leibfarth M, Grunewald I (1995): Paroxetine as antidepressant in combined antidepressant-neuroleptic therapy in delusional depression: Observation of clinical use. *Pharmacopsychiatry* 28:56–60.

Wolkowitz OM, Reus VI, Manfredi F, Ingbar J, Brizendine L, Weingartner H (1993): Ketoconazole administration in hypercortisolemic depression. *Am J Psychiatry* 150:810–812.

Wood MJ, Rubinstein M (1990): An atypical responder to clozapine. *Am J Psychiatry* 147:369 [letter].

Zanardi R, Franchini L, Gasperini M, Perez J, Smeraldi E (1996): Double-blind controlled trial of sertraline versus paroxetine in the treatment of delusional depression. *Am J Psychiatry* 153:1631–1633.

Zanardi R, Franchini L, Serretti A, Perez J, Smeraldi E (2000): Venlafaxine versus fluvoxamine in the treatment of delusional depression: A pilot double-blind controlled study. *J Clin Psychiatry* 61:26–29.

Zarate CA Jr, Rothschild AJ, Fletcher KE, Madrid A, Zapatel J (2000): Clinical predictors of acute response with quetiapine in psychotic mood disorders. *J Clin Psychiatry* 61:185–189.



G..
U..
M..
—

Header Graphic

☑ search this se
directory  contact

public affairs and publications : news : 2003

reau
ions
 unity Relations

**$1.5 MILLION AWARDED TO UMASS MEDICAL SCHOOL PSYCHIATRIST TO FIND BEST
FOR PSYCHOTIC DEPRESSION**

**Research by psychopharmacology expert Dr. Anthony Rothschild funded by National I
Mental Health**

**April 16, 2003**

**WORCESTER, Mass.** - Psychotic depression is a major mental illness characterized by delusional
behaviors accompanying severe depression. Neither depression nor psychosis alone, psychotic dep
is potentially fatal due to a high incidence of suicide amongst those who suffer from it - but is trea
right therapies. With the award of an unprecedented $1.5 million grant from the National Institute
Health (NIMH), renowned antidepressant drug expert and principal investigator Anthony Rothschil
compare two promising but unproven medication treatments for psychotic depression (PD) with a
study, the gold standard for drug trials.

Approximately 15 to 19 per cent of patients suffering severe depression experience delusions whic
less bizarre and subtler than those seen in chronic, major psychotic illnesses such as schizophreni
episode is treated, the delusions end. Despite the work of Dr. Rothschild and a handful of colleagu
however, the disorder continues to be under recognized, under diagnosed and, therefore, under tr

"Psychotic depression is an 'orphan illness' in that no medications are currently FDA-approved for
While electro convulsive shock therapy is a good treatment, it is not for everyone and is not as rea
as medications. It is therefore important for us to explore treatment with medications," explains R
Irving S. and Betty Brudnick Professor of Psychiatry and director of clinical research in the Departi
Psychiatry at the University of Massachusetts Medical School (UMMS).

The long-awaited clinical trial will compare the efficacy of the antipsychotic olanzapine (trade nam
alone and in combination with the antidepressant sertraline (trade name Zoloft), and will further c
response rates and side effects between older and younger PD patients. This collaborative four-sit
controlled trial (the other three sites are Cornell University in Westchester, New York, the Univers
Pittsburgh and the University of Toronto) is the first pharmacological treatment study of major dep
associated with delusions to be funded by NIMH in over 20 years. The study, "Acute Pharmacothe
Psychotic Depression," thus represents a major initiative for the NIMH, which several years ago ha
studying the effects of a medication class called atypical antipsychotics for three illnesses, Alzheim
schizophrenia and psychotic depression; PD was later dropped from the study.

Undaunted, Rothschild and a handful of colleagues, some of whom are also principal investigators
study, continued to pursue funding and to research psychotic depression on their own. In 1992 Ro
Stanford University associate Alan F. Schatzberg, MD, published a paper in the *American Journal c
urging PD be separately identified as a distinct syndrome in the *Diagnostic and Statistical Manual c
Disorders*, the diagnostic authority for psychiatrists, to focus more attention on the disorder. Of th
NIMH funding, Rothschild says, "Persistence paid off. We're very pleased!" All longstanding expert
study's four investigators have developed a scientific protocol more rigorous than prior ones, whic
renewed interest and funding from NIMH.

The protocol calls for subjects to take olanzapine either alone or in combination with sertraline for
week acute phase. Those who respond completely with cessation of both depression and delusions



to continue their medication for another 12-week stabilization phase. Those who respond only par
another medication added in the second 12 weeks, sertraline for those on olanzapine alone, and tl
stabilizer lithium for those already on olanzapine with sertraline. Subjects must be at least 18 yea
do not need to have insurance to participate in the study. Interested patients and physicians can c
Fratoni at 508-856-1760.

"We are excited by the opportunity our new study provides to identify easily accessible, well-tolera
pharmaceuticals that will improve outcomes for the thousands afflicted by psychotic depression," :
Rothschild, who has already been awarded numerous research grants to study the use of antidepr
treating depressed patients, including the sexual dysfunction side effects of antidepressants. His v
area found beneficial effects of "drug holidays" (discontinuing antidepressant use for 72 hours) on
of patients with depression. He also studies psychoneuroendicrinology, a burgeoning area of inqui
interface of endocrinology and psychiatry, recently publishing the comprehensive reference book
*Psychoneuroendocrinology: The Scientific Basis of Clinical Practice* (American Psychiatric Press, 20

The University of Massachusetts Medical School, one of the fastest growing academic health cente
country, has built a reputation as a world-class research institution, consistently producing notewc
in clinical and basic research.  The Medical School attracts more than $143 million in research func
80 percent of which comes from federal funding sources.  Research funding enables UMMS scientis
human disease from the molecular level to large-scale clinical trials.  Basic and clinical research le
approaches for diagnosis, treatment and prevention of disease. Visit  www.umassmed.edu for add
information.

**Contact: Sandra Gray, 508-856-2000**

This is an official Page/Publication of the University of Massachusetts Worcester Campus
**Administration ☐55 Lake Avenue North Worcester, MA 01655**
Questions or Comments? Email: publicaffairs@umassmed.edu   Phone: 508-856-2000

**Thompson, Melissa (Lisa)**

| | |
|---|---|
| **From:** | postmaster [postmaster@ACNP.ORG] |
| **Sent:** | Monday, November 07, 2005 11:30 AM |
| **To:** | Rothschild Anthony J. |
| **Subject:** | Delivery Status Notification (Success) |



ATT471277.TXT    Kay White:
              :006-2008 ACNP C..
                              Your message

    **To:**     'acnp@acnp.org'
    **Subject:** Kay White:    2006-2008 ACNP Committee Membership
    **Sent:**    Mon, 7 Nov 2005 10:29:25 -0600

**was delivered to the following recipient(s):**

**ACNP** on Mon, 7 Nov 2005 10:29:37 -0600
     <acnpex.acnp.local #2.0.0>

1

ATT4712771.TXT

**Reporting**-MTA: dns; acnpex.acnp.local

**Final-Recipient**: RFC822; ACNP@ACNP.ORG
**Action**: delivered
**Status**: 2.1.5
**X-Display**-Name: ACNP





*American College of Neuropsychopharmacology*

PRESIDENT
Daniel R. Weinberger, M.D.

PRESIDENT-ELECT
Kenneth L. Davis, M.D.

PAST PRESIDENTS
Carol A. Tamminga, M.D. (2004)
Dennis S. Charney, M.D. (2003)

SECRETARY
Oakley S. Ray, Ph.D.

TREASURER
rwin J. Kopin, M.D.

COUNCIL
ric J. Nestler, M.D., Ph.D.
33-05)

illiam T. Carpenter, Jr., M.D.
4-06)

aquel E. Gur, M.D., Ph.D.
4-06)

ichael Davis, Ph.D.
5-07)

ary Jeanne Kreek, M.D.
5-07)

en Frank, Ph.D.
05)

nnie D. Wilkins, Ed.D.
ecutive Director

NP EXECUTIVE OFFICE

Mainstream Drive, Suite 110
hville, TN 37228
1-615-324-2360
: 1-615-324-2361
>@acnp.org
v.acnp.org

MEMORANDUM

Date:   November 2005

To:     Anthony Rothschild

From:   Kenneth L. Davis, M.D.
        President-Elect

Subj:   2006-2008 ACNP Committee Membership

I am writing to invite you to serve on the 2006 Ethics Committee. As you know, it is the activity of our committees that really defines the College and determines the impact that we will have on our field. At no time in our history has it been more important than it is today for us to maintain our high standards and, through the moral imperative so gained, try to influence outside forces on our field. I hope, therefore, that you will be willing to serve the College through membership on this committee. So that I may finalize membership on the committees as soon as possible, please reply to this invitation to Kay White no later than Wednesday, November 9th, at:

Fax: 615-324-2361
E-mail: acnp@acnp.org

If you have any questions, feel free to call either Ronnie Wilkins (615-324-2360) or myself (212-659-8888). I hope that you will agree to serve and look forward to working with you in the coming year.

## Thompson, Melissa (Lisa)

| | |
|---|---|
| **From:** | Rothschild, Anthony |
| **Sent:** | Monday, November 07, 2005 11:29 AM |
| **To:** | ACNP |
| **Subject:** | Kay White: 2006-2008 ACNP Committee Membership |
| **Importance:** | High |

I would be delighted to serve on the Ethics Committee.

Thanks,

Anthony J. Rothschild, M.D.
Irving S. and Betty Brudnick Professor
Vice-Chairman for Research
Department of Psychiatry
Director, Senior Scholars Program
University of Massachusetts Medical School
361 Plantation Street
Worcester, Massachusetts 01605

Phone: 508-856-1027
Fax:    508-856-4854
e-mail: rothscha@ummhc.org

> -----Original Message-----
> From:      ACNP [mailto:ACNP@ACNP.ORG]
> Sent: Wednesday, November 02, 2005 4:16 PM
> To:  Rothschild Anthony J.
> Subject:    2006-2008 ACNP Committee Membership
> Importance:  High
>
> <<Rothschild.doc>>

6/16/2006

**Thompson, Melissa (Lisa)**

| | |
|---|---|
| **From:** | ACNP [ACNP@ACNP.ORG] |
| **Sent:** | Monday, August 22, 2005 9:37 AM |
| **To:** | Rothschild Anthony J. |
| **Subject:** | RE: Committee Membership, 2006-2008 |

Thank you.

---

**From:** Rothschild Anthony J.
**Sent:** Friday, August 19, 2005 3:55 PM
**To:** ACNP
**Subject:** RE: Committee Membership, 2006-2008

August 19, 2005

Kenneth L. Davis, M.D.
ACNP Committee Membership
545 Mainstream Drive, Suite 110
Nashville, Tennessee 37228-1201

Fax:    615-324-2361
Email:  acnp@acnp.org

RE:  Committee Membership, 2006– 2008

Dear Ken:

I am writing to inform you of my interest in serving on a Committee of the ACNP.  I have previously served on the Education and  Training Committee of the ACNP from 1996 – 1998 and on the Program and Scientific Communications Committee from 2000 – 2002.  This marks **the fourth time** since my term on the Program and Scientific Communications Committee ended that I am requesting to serve on an ACNP Committee.  Unfortunately, the previous three requests were not accepted and **consequently, I have not served on any ACNP Committee since 2002.**

My choices (in order of preference) are:

1.  Liaison Committee with governmental agencies and the pharmaceutical industry.
2.  Ethics Committee
3.  Committee on Relationships With Advocacy Groups

I am currently Professor of Psychiatry and Vice-Chair for Research in the Department of Psychiatry at the University of Massachusetts Medical School.  My research interests are primarily in the areas of psychopharmacology and mood disorders with specific interest in the biology of psychotic (delusional) depression.  At the University of Massachusetts Medical School, I am actively involved in the teaching of medical students, residents and fellows, as well as the mentoring of junior faculty interested in clinical research.  Throughout my career, I have been most interested in fostering collaboration between basic scientists and clinical researchers.

Thank you in advance for considering me for membership on an ACNP Committee.

Sincerely,

Anthony J. Rothschild, M.D.
Irving S. and Betty Brudnick Professor
Vice-Chairman for Research
Department of Psychiatry
Director, Senior Scholars Program
University of Massachusetts Medical School
361 Plantation Street
Worcester, Massachusetts 01605

Phone:  508-856-1027
Fax:      508-856-4854
e-mail:  rothscha@ummhc.org
http://www.umassmed.edu/psychopharm

6/16/2006

**Thompson, Melissa (Lisa)**

| | |
|---|---|
| **From:** | ACNP [ACNP@ACNP.ORG] |
| **Sent:** | Wednesday, November 02, 2005 4:16 PM |
| **To:** | Rothschild Anthony J. |
| **Subject:** | 2006-2008 ACNP Committee Membership |

**Importance:** High



**Rothschild.doc**

1





*American College of Neuropsychopharmacology*

**PRESIDENT**
Daniel R. Weinberger, M.D.

**PRESIDENT-ELECT**
Kenneth L. Davis, M.D.

**PAST PRESIDENTS**
Carol A. Tamminga, M.D. (2004)
Dennis S. Charney, M.D. (2003)

**SECRETARY**
Oakley S. Ray, Ph.D.

**TREASURER**
Irwin J. Kopin, M.D.


**COUNCIL**
Eric J. Nestler, M.D., Ph.D.
(03-05)

William T. Carpenter, Jr., M.D.
04-06)

Raquel E. Gur, M.D., Ph.D.
04-08)

Michael Davis, Ph.D.
05-07)

Mary Jeanne Kreek, M.D.
05-07)

Ben Frank, Ph.D.
005)

Ronnie D. Wilkins, Ed.D.
ecutive Director


**NP EXECUTIVE OFFICE**
5 Mainstream Drive, Suite 110
shville, TN 37228
. 1-615-324-2360
C: 1-615-324-2361
p@acnp.org
w.acnp.org

MEMORANDUM

Date:   November 2005

To:    Anthony Rothschild

From:   Kenneth L. Davis, M.D.
        President-Elect

Subj:   2006-2008 ACNP Committee Membership

I am writing to invite you to serve on the 2006 Ethics Committee. As you know, it is the activity of our committees that really defines the College and determines the impact that we will have on our field. At no time in our history has it been more important than it is today for us to maintain our high standards and, through the moral imperative so gained, try to influence outside forces on our field. I hope, therefore, that you will be willing to serve the College through membership on this committee. So that I may finalize membership on the committees as soon as possible, please reply to this invitation to Kay White no later than Wednesday, November 9th, at:

> Fax: 615-324-2361
> E-mail: acnp@acnp.org

If you have any questions, feel free to call either Ronnie Wilkins (615-324-2360) or myself (212-659-8888). I hope that you will agree to serve and look forward to working with you in the coming year.

## Thompson, Melissa (Lisa)

| | |
|---|---|
| **From:** | Rothschild, Anthony |
| **Sent:** | Monday, November 07, 2005 11:29 AM |
| **To:** | 'acnp@acnp.org' |
| **Subject:** | Kay White:   2006-2008 ACNP Committee Membership |

**Importance:**　　　　　High

I would be delighted to serve on the Ethics Committee.

Thanks,

```
Anthony J. Rothschild, M.D.
Irving S. and Betty Brudnick Professor
Vice-Chairman for Research
Department of Psychiatry
Director, Senior Scholars Program
University of Massachusetts Medical School
361 Plantation Street
Worcester, Massachusetts 01605

Phone:  508-856-1027
Fax:    508-856-4854
e-mail: rothscha@ummhc.org
```

-----Original Message-----

| | |
|---|---|
| **From:** | ACNP [mailto:ACNP@ACNP.ORG] |
| **Sent:** | Wednesday, November 02, 2005 4:16 PM |
| **To:** | Rothschild Anthony J. |
| **Subject:** | 2006-2008 ACNP Committee Membership |
| **Importance:** | High |



Rothschild.doc

1





*American College of Neuropsychopharmacology*

**PRESIDENT**
Daniel R. Weinberger, M.D.

**PRESIDENT-ELECT**
Kenneth L. Davis, M.D.

**PAST PRESIDENTS**
Carol A. Tamminga, M.D. (2004)
Dennis S. Charney, M.D. (2003)

**SECRETARY**
Oakley S. Ray, Ph.D.

**TREASURER**
Irwin J. Kopin, M.D.

**COUNCIL**
Eric J. Nestler, M.D., Ph.D.
03-05)

William T. Carpenter, Jr., M.D.
04-06)

Raquel E. Gur, M.D., Ph.D.
04-06)

Michael Davis, Ph.D.
05-07)

Mary Jeanne Kreek, M.D.
05-07)

Jen Frank, Ph.D.
005)

Ronnie D. Wilkins, Ed.D.
ecutive Director

NP EXECUTIVE OFFICE

5 Mainstream Drive, Suite 110
shville, TN 37228
: 1-615-324-2360
t: 1-615-324-2361
p@acnp.org
w.acnp.org

MEMORANDUM

Date:   November 2005

To:     Anthony Rothschild

From:   Kenneth L. Davis, M.D.
        President-Elect

Subj:   2006-2008 ACNP Committee Membership

I am writing to invite you to serve on the 2006 Ethics Committee. As you know, it is the activity of our committees that really defines the College and determines the impact that we will have on our field. At no time in our history has it been more important than it is today for us to maintain our high standards and, through the moral imperative so gained, try to influence outside forces on our field. I hope, therefore, that you will be willing to serve the College through membership on this committee. So that I may finalize membership on the committees as soon as possible, please reply to this invitation to Kay White no later than Wednesday, November 9th, at:

Fax: 615-324-2361
E-mail: acnp@acnp.org

If you have any questions, feel free to call either Ronnie Wilkins (615-324-2360) or myself (212-659-8888). I hope that you will agree to serve and look forward to working with you in the coming year.