**Thompson, Melissa (Lisa)**

| | |
|---|---|
| **From:** | ACNP [ACNP@ACNP.ORG] |
| **Sent:** | Tuesday, July 26, 2005 6:04 PM |
| **Subject:** | Committee Membership, 2006-2008 |
| **Importance:** | High |

6/16/2006

## MEMORANDUM

**Date:**    July 2005

**To:**    Membership

**From:**    Kenneth L. Davis, M.D.
President-Elect

**Subject:**    Committee Membership, 2006-2008

I am writing to inquire about your interest in serving on an ACNP committee. As you know, one of the key tasks of the President-Elect of the ACNP is to appoint members to its Constitutional Committees, whose activities are a cornerstone of what makes the College what it is today. A limited number of positions become available each year and there are some formal "constitutional" restrictions on who can be appointed to specific committees (see attached). We also try to pay attention to such issues as balance and diversity. Some committees, such as Credentials and Program, require major time commitments. (The Credentials Committee meets all day on Saturday of the Annual Meeting—the day before Teaching Day. The Program Committee meets in the summer; next year's meeting is June 2-4, 2006.)

The majority of committee appointments are for three-year terms and, except as noted on the attachment, a member cannot be reappointed to consecutive terms on the same committee. All members of the College should remember that committee membership is one of the factors the Credentials Committee takes into account when considering promoting a Member to Fellow status.

I hope you will volunteer to serve. If you are interested in being appointed to a committee, please send me a brief letter before August 26, 2005, indicating your clinical, research, teaching/training interests and activities, as well as your committee preference, if you have one. We will notify you of the decisions on committee membership in September. All letters should be sent to:

Kenneth L. Davis, M.D.
ACNP Committee Membership
545 Mainstream Drive, Suite 110
Nashville, Tennessee 37228-1201

Fax:   615-324-2361
Email: acnp@acnp.org

Again, I appreciate your participation in this most important aspect of our College.

**Attachment:**   ACNP Committee Membership Requirements

**ACNP COMMITTEE MEMBERSHIP REQUIREMENTS**

Article VII of the By-Laws (Constitutional Committee Rules and Regulations) stipulate the following conditions for each committee:

1.  "ACNP Fellows, Life Fellows, Members, and Emeritus Status Members shall be eligible to vote and serve as official members of Constitutional Committees, except that the Constitution and Rules Committee and the Nominating Committee shall be restricted to Fellows, Life Fellows, or Emeritus Status Fellows. All Constitutional Committees shall have a minimum of five committee members.. . . ."

2.  **Credentials Committee:** "This committee shall consist of at least five Fellows. . . ."

3.  **Nominating Committee:** No appointments--this committee is elected.

4.  **Program and Scientific Communications Committee:** "This committee shall consist of at least five Fellows and Members. . . ."

5.  **Finance Committee:** "This committee shall consist of at least five Fellows and Members.... " Members of this committee are appointed for a four-year term.

6.  **Liaison Committee with Governmental Agencies and the Pharmaceutical Industry:** "This committee shall consist of at least nine College members..."

7.  **Ethics Committee:** "This committee shall consist of at least five Fellows and Members. . . ."

8.  **Education and Training Committee:** "This committee shall consist of at least five Fellows and Members. . . ."

9.  **Constitution and Rules Committee:** "This committee shall consist of at least five Fellows. . . "

10. **The Honorific Awards Committee:** This committee consists mainly of Past Presidents; the President-Elect selects the other members.

11. **Committee on Relationships with Advocacy Groups:** "This committee shall consist of at least five Fellows and Members. . .The members shall be appointed for three-year terms, and should usually be reappointed for a second three-year term."

12. **Committee on the Use of Animals in Neuropsychopharmacology:** "This committee shall consist of at least five Fellows and Members. . . ."

13. **History Committee:** "This committee shall consist of at least five Fellows and Members. The duty of this committee is the construction of the history of American neuropsychopharmacology and the American College of Neuropsychopharmacology. The committee will obtain information about early developments in the field from the individuals working in neuropsychopharmacology or from written records."

**The ACNP has three new committees that are not yet listed in the By-Laws. The committee descriptions are listed below:**

**Publications Committee.** This committee will serve as an advisory body on management issues pertaining to College publications including, but not limited to, contracts, subscription fees, budgets, legal matters, and editorial policies. Members of this committee shall consist of seven members, three representing the preclinical sciences, three the clinical sciences, and a chair and have staggered three year terms.

**Public Information Committee:** This committee shall consist of at least five Fellows and Members. It shall be the duty of this committee to provide educational information relevant to the field of neuropsychopharmacology and to the educational mission of the College to the public through the print and broadcast media.

**Human Research Committee:** This committee shall consist of at least five Fellows and Members. It shall be the duty of this committee to monitor legislative and regulatory issues relating to the use of human subjects in clinical research, and to advise Council regarding any actions that ACNP or its members should take regarding such issues.

**Thompson, Melissa (Lisa)**

**From:**    ACNP [ACNP@ACNP.ORG]
**Sent:**    Tuesday, July 26, 2005 6:04 PM
**Subject:** 2005 Travel Awardee Mentorship

MEMORANDUM

**Date:**      July 2005

**To:**        Membership

**From:**      Executive Office

**Subj:**      2005 Travel Awardee Mentorship

The Education and Training Committee is developing a list of potential mentors for the six groups of travel award recipients who will attend our 2005 Annual Meeting.

In 2004, The ACNP Young Investigator Travel Awards replaced the Bristol-Myers Squibb Travel Awards and the ACNP Memorial Awards. These awards continue the same criteria for acceptance and the same tradition of excellence for which the former BMS/ACNP program was noted.

In 1990 the College developed a travel fellowship award to support the attendance of minority postdoctoral individuals at the Annual Meeting. That program has been primarily supported by a grant from NIMH since 1991.

In 1990 the American Psychiatric Association (APA) started a collaborative program with the ACNP. The APA identifies and supports the attendance of research-oriented, beginning psychiatrists at the ACNP Annual Meeting.

In 1991 a program was started and funded by Sanofi-Aventis Pharmaceuticals that supports the Annual Meeting attendance of minority beginning scientists-- researchers or clinicians—who might be graduate students, residents, fellows, or new/young faculty members.

In 1999 the Anxiety Disorders Association of America (ADAA) started a collaborative program with the ACNP. The ADAA identifies (through competition) and supports the attendance of young professionals to our Meeting.

The ECNP has created a young scientist exchange program. Young scientists (under age 35) are selected on the basis of outstanding posters to attend the Annual Meeting of the other College.

Many of these young investigators will be attending their first ACNP meeting, and as many as forty of these talented researchers and clinicians will need mentors. The mentor's role is that of guide and friend--a familiar face at receptions, poster sessions, and coffee breaks. Mentors act as a guide to the scientific program and a person with whom to touch base as the meeting progresses. **Because of this, it is important to be available for all or most of**

the Annual Meeting. *Mentors must attend the Travel Awardee Breakfast which is scheduled for Sunday, December 11th, at 7:00 a.m. (prior to the start of Teaching Day and we hope they will also attend the Wednesday luncheon for the Travel Awardees).*

If you volunteer to be a mentor we hope you will take the responsibility seriously. Your degree of enthusiasm for this task will set the tone for the mentoring relationship, and your guidance may determine to a large degree the value your travel awardee will receive from the meeting.

If you would be interested in serving as a mentor for the 2005 Meeting, please complete the attached ACNP Mentor Interest Form before Wednesday, August 31st, and return it to the ACNP. Be sure to indicate your general area(s) of interest to aid the Committee in making a match.

Encl:  Mentor Interest Form

## 2005 ACNP MENTOR INTEREST FORM

A mentor's role is that of guide and friend--a familiar face at receptions, poster sessions, and coffee breaks. Mentors act as a guide to the scientific program and a person with whom to touch base as the meeting progresses.

*I would like to be a Travel Awardee Mentor at the 2005 Annual Meeting. I understand that I will need to be available for all or most of the Annual Meeting <u>and must attend the Travel Awardee Breakfast which is scheduled for Sunday, December 11th, at 7:00 a.m.</u> (prior to the start of Teaching Day).*

Name: _____       Degree: _____

Phone: _____       Fax: _____

E-Mail: _____

Please circle the topic(s) which best indicate your areas of interest and expertise.

Aging                              Signal Transduction
Alcohol/Drug Abuse                 Schizophrenia/Psychosis
Development                        Other_____
Imaging                            Other_____
Mood/Anxiety Disorders

Preclinical _____    Clinical _____

**Please complete and fax (615-523-1707) or email (kwhite@acnp.org) this form no later than Wednesday, August 31st**

**Thompson, Melissa (Lisa)**

| | |
|---|---|
| **From:** | Bartram, Patricia [Patricia.Bartram@umassmed.edu] |
| **Sent:** | Monday, July 25, 2005 10:30 AM |
| **To:** | bbrudnick@aol.com |
| **Subject:** | Emailing: 06_27_05 |


06_27_05.htm

<<06_27_05.htm>>
Hi Betty:  I missed seeing the attached press release, which accounts
for my tardiness in getting it to you in a timely fashion.  You may this
news already.  I hope you are well and that you are getting some time in
Magnolia this summer.  With all best regards,
Pat
Patricia Kelleher Bartram
Assistant Vice Chancellor for Development
UMass Memorial Foundation
One Biotech, 365 Plantation Street, Suite 100
Worcester, MA 01605-2395
Phone: (508) 856-6515
Fax: (508) 856-8508
E-mail: patricia.bartram@umassmed.edu

1



# University of Massachusetts Medical School
## News Releases

Worcester

directory|contacts|inde

☑ this section only

**Home**

**News Bureau**

**News Makers**

**Publications**

**Community Relations**

public affairs and publications : news : 2005

### ANTHONY J. ROTHSCHILD, MD, NAMED VICE CHAIR OF RESEARCH IN DEPARTMENT OF PSYCHIATRY AT UMASS MEDICAL SCHOOL

## June 27, 2005

**WORCESTER**, Mass.— Anthony J. Rothschild , MD, the Irving S. and Betty Brud Professor of Psychiatry at the University of Massachusetts Medical School, has I Vice Chair for Research in the Department of Psychiatry.

"Dr. Rothschild is not only a skilled clinician and researcher, but an outstanding junior faculty, and a strong advocate for psychiatric research," said Paul S. App the Arnold F. Zeleznik Professor of Psychiatry and chair of psychiatry. "He is the person to be appointed to this newly created position."

A widely recognized expert on psychotic depression, Dr. Rothschild joined the C of Psychiatry in 1996 and was named its director of clinical research shortly aft appointment. He also founded and directs the Department's Center for Psychopharmacologic Research and Treatment.

Rothschild has been awarded many research grants and made presentations at international, national and local meetings on the use of antidepressants in treat depressed patients. He is a fellow of the American Psychiatric Association and t Psychopathological Association and a member of the American College of Neuropsychopharmacology, American Society of Clinical Psychopharmocology, · International Society of Psychoneuro-endocrinology, among other professional organizations.

Rothschild serves as a journal referee for several publications including the *Am Journal of Psychiatry, Journal of Clinical Psychiatry, Journal of Clinical Psychoph. NewEngland Journal of Medicine, Harvard Review of Psychiatry, Depression*. I also contributed a chapter to the book *The Best Medicine* regarding his professi relationship with Irving S. Brudnick of Weston, for whom his professorship is na

Rothschild is an examiner for the American Board of Psychiatry and Neurology, mentor for the Program for Minority Research Training in Psychiatry and an ad for the Department of Veterans Affairs Merit Review. In addition to the biology treatment of depression, Rothschild's other research interests include the sexua dysfunction side effects of antidepressants. His work in this area has generated media attention concerning his research study that found beneficial effects of "( holidays" (discontinuing antidepressant use for 72 hours) on the sex lives of pa depression.

In 2004, the Massachusetts Psychiatric Society awarded its prestigious Outstan Psychiatrist Award to Rothschild, one of just six professionals chosen statewide exceptional service in the areas of research, clinical psychiatry, public sector wc advancement of the profession, education and lifetime achievement.

ANTHONY J. ROTHSCHILD, MD, NAMED VICE CHAIR OF PSYCHIATRY

**A 1975** graduate of Princeton  University, Dr. Rothschild received his medical d
**the University** of Pennsylvania School of Medicine. Before coming to UMMS, he
**associate** professor of psychiatry at Harvard Medical School, clinical director of
**Services,** associate director of the Depression Research Facility, and associate d
**the** Psychopharmacology Service at McLean Hospital in Belmont, Mass.

**The** University of Massachusetts Medical School, one of the fastest growing aca
**centers** in the country, has built a reputation as a world-class research institutid
**consistently** producing noteworthy advances in clinical and basic research.   The
**School** attracts more than $173 million in research funding annually, 80% of wl
**from** federal funding sources. Research funding enables UMMS scientists to exp
**disease** from the molecular level to large-scale clinical trials. Basic and clinical r
**leads** to new approaches for diagnosis, treatment and prevention of disease. UI
**academic** partner of UMass Memorial Health Care, the largest health care syste
**Massachusetts.**  For more information go to www.umassmed.edu and
www.umassmemorial.org.

**Contact:** Public Affairs and Publications, (508) 856-2000

**INTRANET**

This is an official Page/Publication of the University of Massachusetts Worcester Campus
Administration ● 55 Lake Avenue North Worcester, MA 01655

**Thompson, Melissa (Lisa)**

**From:** ACNP [ACNP@ACNP.ORG]
**Sent:** Monday, November 07, 2005 4:15 PM
**To:** Rothschild Anthony J.
**Subject:** RE: Kay White:   2006-2008 ACNP Committee Membership

Thank you.

-----Original Message-----
From: Rothschild Anthony J.
Sent: Monday, November 07, 2005 10:29 AM
To: ACNP
Subject: Kay White: 2006-2008 ACNP Committee Membership
Importance: High


I would be delighted to serve on the Ethics Committee.

Thanks,

Anthony J. Rothschild, M.D.
Irving S. and Betty Brudnick Professor
Vice-Chairman for Research
Department of Psychiatry
Director, Senior Scholars Program
University of Massachusetts Medical School
361 Plantation Street
Worcester, Massachusetts 01605

Phone:  508-856-1027
Fax:      508-856-4854
e-mail:  rothscha@ummhc.org


>   -----Original Message-----
> From:     ACNP [mailto:ACNP@ACNP.ORG]
> Sent:     Wednesday, November 02, 2005 4:16 PM
> To: Rothschild Anthony J.
> Subject:  2006-2008 ACNP Committee Membership
> Importance:     High
>
>   <<Rothschild.doc>>

1

**Thompson, Melissa (Lisa)**

| | |
|---|---|
| **From:** | Faculty Administration [FacultyAdministration@umassmed.edu] |
| **Sent:** | Wednesday, October 26, 2005 11:53 AM |
| **To:** | Faculty List UMMS |
| **Subject:** | International research/academic activities |

> The President's Office is taking a heightened interest in the
> international context for teaching and learning at the University of
> Massachusetts. Marcellette (Marcie) Williams, our new Senior Vice
> President for Academic and Student Affairs and International
> Relations, has a particular interest in this area both personally and
> by job title. She has asked for information about campus International
> Activities in more detail than we currently know.
>
> This short questionnaire will help us learn more about the
> international involvement of our faculty, so we can organize responses
> and appropriately identify individuals who can participate in various
> discussions with UMass representatives.
>
> Please make every effort to respond if you DO have a relevant activity
> or activities to report! In a survey of this sort, no response means
> there is no activity, and we do not want to under-represent what we
> do. A too-brief answer is better than no answer; we can always follow
> up with you.
>
> Please respond to the following questions by November 1 and return the
> survey  via email to John Congdon in Faculty Administration
>
> 1.  Research. Describe concisely your ...
>
>       a.    Research collaborations involving a person or people in
> another country (give subject of the research, names, and countries of
> your international co-researchers.
>
>
>           b.    Professional activities that have a specific
> international dimension
>
>
> 2. Teaching. Describe concisely your ...
>
>           a.    Instructional collaborations involving a person
> or people in another country
>
>
>      b.    Instructional activities which ask your students to
> engage with individuals in another country
>
>
>      c.    Other instructional activities with specific
> international aspects
>
>
> 3.  Service. Describe concisely your ...
>
>           a.    Service roles that have a specific international
> dimension


4. HIV/AIDS

Vice President Williams is taking a special interest in HIV/AIDS as an

1

> international issue. She is conducting a presentation on UM s
> involvement in HIV/AIDS research at the November Board of Trustees
> Committee on Academic and Student Affairs (CASA) meeting.
>
> Especially in your research (but also in teaching or service), are you
> involved with any International aspect of HIV/AIDS?
>
>
> Thank you very much.
>
>
> Cheryl R. Scheid, Ph.D.
> Vice Chancellor for Faculty Administration
> University of Massachusetts Medical School
> 55 Lake Avenue North Worcester MA 01655
> Phone: 508 856 1301
> Fax: 508 856 8181
>

## Thompson, Melissa (Lisa)

**From:** Roseanne Armitage [rosearmi@med.umich.edu]
**Sent:** Thursday, October 27, 2005 2:53 PM
**To:** donaldk737@aol.com; mafink@attglobal.net; jangst@bli.unizh.ch; Walter_brown@brown.edu; geb11@cam.ac.uk; healy_hergest@compuserve.com; drevetsw@intra.nimh.nih.gov; Aleksander.Mathe@knv.ki.se; fgoodwin@mfa.gwu.edu; bcarroll@redshift.com; lars.kessing@rh.dk; helen.gerdrup.nielsen@rh.hosp.dk; Crc.mh@skynet.be; bolwig@tdcspace.dk; hakiskal@ucsd.edu; william-coryell@uiowa.edu; rosearmi@umich.edu; RothschA@ummhc.org; g.malhi@unsw.edu.au; g.parker@unsw.edu.au; history.medicine@utoronto.ca; john.rush@UTSouthwestern.edu
**Subject:** Re: Melancholia, Copenhagen, May 2006

Copenhagen
onference on Melan.
                Here's my abstract.

Roseanne Armitage, Ph.D.
Professor, Department of Psychiatry
Director - Sleep and Chronophysiology Laboratory
University of Michigan
2101 Commonwealth, Suite D
Ann Arbor, MI 48105

phone: 734-615-8303
fax: 734-764-1229
email: rosearmi@med.umich.edu


>>> Helen Gerdrup Nielsen <helen.gerdrup.nielsen@rh.hosp.dk> 10/25/2005 7:19 AM >>>
RE: Copenhagen Conference on Melancholia, May 2006.

Dear participants,

Regarding abstracts for the Conference we would like to make a
clarification.

We wish each invitee to offer a discussion in one of the topics that
appear from the attached file, which represents the original thoughts of
the organizers.
Each of you will undoubtedly bring suggestions in the area of your
expertise or special interest.

We expect that all participants will discuss the presentations by all
others.

The attached file offers guidelines for abstracts and discussion. It gives
form to the Conference.

Some have already submitted, for the rest we look forward to receiving
your abstract.

On behalf of the organizers,

Tom G. Bolwig
Professor of Psychiatry
University of Copenhagen

1

*******************************************************************

Electronic Mail is not secure, may not be read every day, and should not be used for urgent or sensitive issues.

Copenhagen Conference on Melancholia

**Title:** Sleep and Circadian Rhythms in Mood Disorders

**Presenter:** Roseanne Armitage, Ph.D.

**Abstract:** This presentation will review the current findings on sleep and circadian rhythm abnormalities in mood disorders. Self-report and questionnaire-based sleep data will be included, along with actigraphy, overnight polysomnography and quantitative sleep EEG. Several key questions will be addressed including: Can we identify endophenotypes for sleep abnormalities in depression? Is there a distinct chronobiological profile in melancholia? Are sleep abnormalities in bipolar illness different from major depression? What symptoms correlate with sleep disturbances? Does age and gender have an impact?

**Thompson, Melissa (Lisa)**

| | |
|---|---|
| **From:** | Vic Olivares [sognimie@gmail.com] |
| **Sent:** | Monday, October 31, 2005 5:54 PM |
| **To:** | RothschA@ummhc.org |
| **Subject:** | reprint |

Dear-A. J. Rothschild, D. J. Williamson, M. F. Tohen, A. Schatzberg, S. W. Andersen, L. E. Van Campen, T. M. Sanger and G. D. Tollefson

Department of Psychiatry, University of Massachusetts Medical School, Worcester, MA 01605, USA. RothschA@ummhc.org

I would like to receive a copy from your paper in title

A double-blind, randomized study of olanzapine and olanzapine/fluoxetine combination for major depression with psychotic features

which appear in
J Clin Psychopharmacol;24;4;365-73;2004

with many thaks
Víctor Rafael Olivares Martínez
Universidad Autonoma de Nayarit
Cd de la cultura Amado Nervo
Adress: Justo Sierra # 49 Colonia:Magisterial
Tepic,Nayarit;México
sognimie@gmail.com

6/16/2006

**Thompson, Melissa (Lisa)**

| | |
|---|---|
| **From:** | The American Journal of Geriatric Psychiatry [mfiorini@lww.com] |
| **Sent:** | Tuesday, November 01, 2005 4:28 PM |
| **To:** | rothscha@ummhc.org |
| **Subject:** | Please Update Your Personal Classifications |

***IF YOU HAVE PREVIOUSLY UPDATED YOUR CLASSIFICTIONS FOR jgp, WE THANK YOU.  PLEASE KINDLY DISREGARD THIS MESSAGE.***

Nov 01, 2005

Dear Dr. Rothschild,

Please kindly log in to the jgp web site at http://jgp.edmgr.com/ to update your personal classifications.

This will ensure that the editors can accurately solicit new articles and reviews based on areas of expertise.

To update your classifications please take a moment to perform the following steps:

1.  Please go to http://jgp.edmgr.com/.

2.  Please click "Login" from the menu at the top of the page, and then input the following information:
Your username is: ~~████████~~    Redacted £T 6/20/06
Your password is: ~~████████~~

3.  Type in your username and password and then click "Author Login."

4.  Click on "Update My Information" from the top of the screen.

5.  Click on "Select my Personal Classification," the button directly beneath your username and password listing.

6.  Put a check by each term which you believe lies within your area of expertise.

7.  Click "Submit."

8.  Please complete the rest of your personal information, then click "Update" from the bottom of the page.

If you have any questions, please feel free to contact me.

Best Regards,

The Editors at American Journal of Geriatric Psychiatry
http://jgp.edmgr.com/.

## Thompson, Melissa (Lisa)

**From:** Sheldon Benjamin [sheldon.benjamin@umassmed.edu]
**Sent:** Thursday, October 20, 2005 10:57 AM
**To:** Balya Margaret; Lauterbach Margo; McGarry David; Randazzo-Burton Theresa; O'Garr Joseph; Hilt Robert; Somers Nathan; Kernan Henrietta; Guryanova Irene; Stanislawski Aimee; Mastis Kimberly; Schneider Daniel; Morales Nancy; Lech James; Spinner Benjamin; Galarneau Kristina; Ali Nabil; Jones Paul; Guzofski Sarah; Mathur Ajita; Byatt Nancy; Cook Richard; Meehan William; Flynn David; Eisenstock Jordan; Dvir Yael
**Cc:** Rebecca Lundquist; Caroline Fisher; Seymour Ralph; King Jeanne; Patel Jayendra; Ann Mitchell; Noroian Paul; Greene Ronald; Daniel Kirsch; Arikan Rasim; Rizos Anastasia; Rizzi Ruthann; Ferris Craig; Shteinlukht Tatyana; Brian Szetela; Paul Plasky; Patrick Smallwood; Vatel Boris; Brown Alan; Rothschild Anthony; Vemuri Meenakshi; Smith Eric; Paul Appelbaum; Pinals Debra; Iscan Cuneyt; Miozzo Ruben
**Subject:** Spam: On Line Neuroscience Site by Duke Resident

I have just come across an interesting website in which a Duke Psychiatry resident abstracts the psychiatric neuroscience and related literature each week and creates a newsletter, often with interesting graphics, posted for download.  He reads and annotates all the papers as well as creates the website so one can imagine the labor involved in this.  Of cocurse he uses the opportunity to highlight the work of Duke researchers as well.  A very useful site to know about:

http://www.perimeterletter.org

Sheldon

1  STUART C. CLARK (SBN 124152)
   CARR & FERRELL LLP
2  2200 Geng Road
   Palo Alto, California 94303
3  Telephone: (650) 812-3400
   Facsimile:  (650) 812-3444
4  Email:  clark@carrferrell.com

5  Attorneys for plaintiffs
   Corcept Therapeutics, Inc., Joseph
6  Belanoff, and Alan Schatzberg

7

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  IN AND FOR THE COUNTY OF SANTA CLARA

10  CORCEPT THERAPEUTICS, INC.,          CASE NO. 105CV051322
    Corporation, JOSEPH K. BELANOFF, an
11  individual, ALAN F. SCHATZBERG, an   DECLARATION OF KAREN LAMBERT
12  individual,                          PURSUANT TO EVIDENCE CODE
                                         SECTION 1561(a)
13                  Plaintiffs,

14          v.

15  DOE 1, an individual, DOE 2, an
16  individual, and DOES 3 through 20,
    inclusive,
17
                    Defendants.
18

19
        Karen Lambert certifies and declares as follows, based upon my knowledge, information and
20  belief:

21      1.     I am over the age of 18 years and not a party to this action.

22      2.     My business address is Psychiatry Department, 361 Plantation St., Worcester,
               Massachusetts 01605.

23      3.     I serve as the Administrative Assistant to Dr. Anthony Rothschild ("Dr. Rothschild")
24             in the Psychiatry Department.

25      4.     I am responsible for keeping a computerized clinic schedule for Dr. Rothschild.

26      5.     True and correct copies of screen printouts of Dr. Rothschild's computerized clinic
               schedule for the following dates are attached hereto as Exhibit A:

27             A.     August 23, 2005;

28             B.     October 17, 2005;

                                    -1-
        Decl. Of _____ Pursuant To Evidence Code Section 1561(a)

1               C.      October 28, 2005; and

2               D.      November 4, 2005.

3   6.     These printouts are lists of the patients that Dr. Rothschild saw on the dates listed.

4   7.     The absence of any patient names on the printout from each of the dates listed indicates that Dr. Rothschild was not seeing patients in clinic on any of these dates.

5   8.     The computerized calendar was prepared and maintained in the ordinary course of business by me at or near the time of the events recorded.

6   9.     A subpoena *duces tecum* was served upon UMass Memorial Medical Center for production of these business records.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: _8/25/2006_

                                _Karen M Lambert_
                                       Declarant

Decl. Of _____ Pursuant To Evidence Code Section 1561(a)

539-1180
X 4 pgs
6/23/2006
EW

lqqqqqqqqqqqqqqqqqqqqqqqqqqqqwqqqqqqq^qqqqqqqqqqqqqqqk
xA R PSY 11/04/2005 FRI AM xA R PSY 1. |/2005 FRI PMx
x          KAREN TO BOOK              x
x PSY      Bk Av  x PSY       Bk Av  x
:qqqqqqqqqqq0 Bookedqqqqqqqnqqqqqqqqqq0 Bookedqqqqqqqu
x   Beginning      x   Beginning      x
x 0900A UNA 5      x 0100P UNA 5       x
xKAREN TO BOOK     x KAREN TO BOOK    x
x    End       x        End       x
                  x              x
                  x              x
                  x              x
                  x              x
                  x              x
                  x              x
                  x              x
                  x              x
lqqqqqqqqqqqqqqqqqqqqqqqqqqqqqvqqqqqqqqqqqqqqqqqqqqqqqqqqj
7Q-Quit F7P-Page F10-OK <Shift>F5-Help <Shift>F3-More keys    1SAPD.DPS
rovider:  ROTHSCHILD M.D.,ANTH      View:
epartment: AMBULATORY PSYCHIATR      Which session for detail?
ate:   11/04/2005  Day: FRIDAY

```
Display
lqqqc-qqqqqqqqqqqqqqqqqqqqqqqqwqqqqqq.  .qqqqqqqqqqqqqqqqk
xA R PSY 10/17/2005 MON AM xA R PSY   /17/2005 MON PMx
x          KAREN TO BOOK        x
x PSY      Bk Av  x PSY      Bk Av x
tqqqqqqqqqqq0 Bookedqqqqqqqqqnqqqqqqqqqq0 Bookedqqqqqqqqu
x   Beginning    x    Beginning     x
x 0900A UNA  5   x 0100P UNA  5     x
x KAREN TO BOOK    x KAREN TO BOOK     x
x    End      x    End     x
x          x        x
x          x        x
к          x        x
c          x        x
c          x        x
c          x        x
c          x        x
nqqqqqqqqqqqqqqqqqqqqqqqqqqqqvqqqqqqqqqqqqqqqqqqqqqqqqqqqj
F7Q-Quit F7P-Page F10-OK <Shift>F5-Help <Shift>F3-More keys    1SAPD.DPS
Provider:  ROTHSCHILD M.D.,ANTH     View:
Department: AMBULATORY PSYCHIATR      Which session for detail?
Date:   10/17/2005  Day: MONDAY
```

```
lqqqqqqqqqqqqqqqqqqqqqqqqqqqqqwqqqqqqq   .qqqqqqqqqqqqqqqk
xA R PSY 08/23/2005 TUE AM xA R PSY  3/2005 TUE PMx
x           KAREN TO BOOK          x
x PSY        Bk Av  x PSY      Bk Av x
lqqqqqqqqqqq0 Bookedqqqqqqqqnqqqqqqqqq0 Bookedqqqqqqqu
x   Beginning     x   Beginning     x
x  0900A UNA  5    x  0100P UNA  5     x
x KAREN TO BOOK      x KAREN TO BOOK       x
x   End           x     End         x
t              x            x
:              x            x
:              x            x
.              x            x
.              x            x
               x            x
               x            x
               x            x
lqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqvqqqqqqqqqqqqqqqqqqqqqqqqqqqj
7Q-Quit F7P-Page F10-OK <Shift>F5-Help <Shift>F3-More keys      1SAPD.DPS
rovider: ROTHSCHILD M.D.,ANTH     View:
epartment: AMBULATORY PSYCHIATR      Which session for detail?
ate:    08/23/2005  Day: TUESDAY
```

```
Display
lqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqwqqqqqqk   ,qqqqqqqqqqqqqqqk
xA R PSY 10/28/2005 FRI AM xA R PSY 1   8/2005 FRI PMx
x         KAREN TO BOOK        x
x PSY      Bk Av x PSY      Bk Av x
lqqqqqqqqqq0 Bookedqqqqqqqqnqqqqqqqqqqq0 Bookedqqqqqqqu
x   Beginning    x   Beginning    x
x 0900A UNA  5   x 0100P UNA  5   x
x KAREN TO BOOK    x KAREN TO BOOK     x
c   End        x   End        x
c              x             x
c              x             x
c              x             x
              x             x
              x             x
              x             x
              x             x
              x             x
lqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqvqqqqqqqqqqqqqqqqqqqqqqqqqqqqqqj
:7Q-Quit F7P-Page F10-OK <Shift>F5-Help <Shift>F3-More keys    1SAPD.DPS
rovider:  ROTHSCHILD M.D.,ANTH      View:
epartment: AMBULATORY PSYCHIATR.     Which session for detail?
ate:    10/28/2005  Day: FRIDAY
```

1  STUART C. CLARK (SBN 124152)
   CARR & FERRELL LLP
2  2200 Geng Road
   Palo Alto, California 94303
3  Telephone: (650) 812-3400
   Facsimile:  (650) 812-3444
4  Email: clark@carrferrell.com

5  Attorneys for plaintiffs
   Corcept Therapeutics, Inc., Joseph
6  Belanoff, and Alan Schatzberg

7

8                IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   IN AND FOR THE COUNTY OF SANTA CLARA

10 CORCEPT THERAPEUTICS, INC.,            CASE NO. 105CV051322
   Corporation, JOSEPH K. BELANOFF, an
11 individual, ALAN F. SCHATZBERG, an     DECLARATION OF DIANE GEORGE
   individual,                           PURSUANT TO EVIDENCE CODE
12                                        SECTION 1561(a)

13           Plaintiffs,

14      v.

15 DOE 1, an individual, DOE 2, an
   individual, and DOES 3 through 20,
16 inclusive,

17           Defendants.

18

19

20         Diane George certifies and declares as follows, based upon my knowledge,
   information and belief:

21    1.    I am over the age of 18 years and not a party to this action.

22    2.    My business address is: UMass Memorial Medical Center, 55 Lake Ave. North,
            Worcester, MA  01605.

23    3.    I serve as an Administrative Assistant in the Psychiatry Department at UMass
24          Memorial Medical Center and am the keeper of the record attached hereto as Exhibit
            A.

25    4.    The Psychiatry Department's 2005 paper calendar attached hereto as Exhibit A was
26          used to record Dr. Anthony Rothschild's ("Dr. Rothschild") vacation days and sick
            days.

27    5.    Exhibit A was prepared and maintained in the ordinary course of business at or near
28          the time of the events recorded, except that a single correction was made after the

                                         -1-
   ─────────────────────────────────────────────────────
          Decl. Of _____ Pursuant To Evidence Code Section 1561(a)

1    time of the recorded events to correct an error – the entry for November 23, 2005
     originally showed an 8 hour vacation day and was revised by me to show the correct
2    entry of a working day.

3    6.    A true and correct copy of the Psychiatry Department's 2005 paper calendar for Dr.
           Rothschild is attached hereto as Exhibit A.
4
     7.    The notation "8sic" on the paper calendar indicates a "sick day" on which Dr.
5          Rothschild was recorded as not working.

6    8.    The notation "8vac" indicates a vacation day on which Dr. Rothschild was recorded
           as not working.
7
     9.    Dr. Rothschild was recorded as working on all dates that have been left unmarked.
8
     10.   A subpoena *duces tecum* was served upon UMass Memorial Medical Center for
9          production of this business record.

10
          I declare under penalty of perjury under the laws of the State of California that the
11   foregoing is true and correct.

12
     Dated:  8/29/06                          _____
13                                                              Declarant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

_____
Decl. Of _____ Pursuant To Evidence Code Section 1561(a)

FROM :

FAX NO. :5088565990    . 23 2006 08:55AM P2

**Name:** ROTHSCHILD ANTHONY    **Employee #:** 19323    **Calendar Year:** 2006

## JANUARY

| MON | TUE | WED | THU | FRI |
|-----|-----|-----|-----|-----|
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 8SIC 13 | 14 |
| Hol 17 | 18 | 19 | 8SIC 20 | 21 |
| 24 | 25 | 26 | 8SIC 27 | 28 |
| 31 | | | | |

## FEBRUARY

| MON | TUE | WED | THU | FRI |
|-----|-----|-----|-----|-----|
| | | 8SIC 1 | 2 | 3 |
| | 7 | 8SIC 8 | 9 | 10 | 11 |
| 14 | 15 | 16 | 17 | 18 |
| Hol 21 | 22 | 23 | 24 | 8SIC 25 |
| 28 | | | | |

## MARCH

| MON | TUE | WED | THU | FRI |
|-----|-----|-----|-----|-----|
| | 1 | 2 | 3 | 4 |
| 7 | 8 | 9 | 10 | 11 |
| 14 | 15 | 16 | 17 | 18 |
| 21 | 22 | 23 | 24 | 25 |
| 28 | 8VAC 29 | 8VAC 30 | 8VAC 31 | |

## APRIL

| MON | TUE | WED | THU | FRI |
|-----|-----|-----|-----|-----|
| | | | | 8VAC 1 |
| 8VAC 4 | 5 | 6 | 7 | 8 |
| 11 | 12 | 13 | 14 | 15 |
| 18 | 19 | 20 | 21 | 22 |
| 25 | 26 | 27 | 28 | 29 |

## MAY

| MON | TUE | WED | THU | FRI |
|-----|-----|-----|-----|-----|
| 2 | 3 | 4 | 5 | 6 |
| 9 | 10 | 11 | 12 | 13 |
| 16 | 17 | 18 | 8VAC 19 | 8VAC 20 |
| 23 | 24 | 25 | 26 | 27 |
| Hol 30 | 31 | | | |

## JUNE

| MON | TUE | WED | THU | FRI |
|-----|-----|-----|-----|-----|
| | | | 1 | 2 |
| 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 |
| 27 | 28 | 29 | 30 | |

## JULY

| MON | TUE | WED | THU | FRI |
|-----|-----|-----|-----|-----|
| | | | | 1 |
| Hol 4 | 5 | 6 | 7 | 8 |
| 8VAC 11 | 8VAC 12 | 8VAC 13 | 8VAC 14 | 8VAC 15 |
| 18 | 19 | 8VAC 20 | 8VAC 21 | 8VAC 22 |
| 25 | 26 | 27 | 28 | 29 |

## AUGUST

| MON | TUE | WED | THU | FRI |
|-----|-----|-----|-----|-----|
| 1 | 2 | 3 | 5VAC 4 | 8VAC 5 |
| 8 | 9 | 10 | 11 | 8VAC 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 8VAC 26 |
| 29 | 8SIC 30 | 31 | | |

## SEPTEMBER

| MON | TUE | WED | THU | FRI |
|-----|-----|-----|-----|-----|
| | | | 1 | 2 |
| Hol 5 | 6 | 4SIC 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

## OCTOBER

| MON | TUE | WED | THU | FRI |
|-----|-----|-----|-----|-----|
| 3 | 8VAC 4 | 8VAC 5 | 6 | 7 |
| Hol 10 | 11 | 12 | 8VAC 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 8VAC 28 |
| 31 | | | | |

## NOVEMBER

| MON | TUE | WED | THU | FRI |
|-----|-----|-----|-----|-----|
| | 1 | 2 | 3 | Hol 4 |
| 7 | 8 | 8VAC 9 | 10 | Hol 11 |
| 14 | 15 | 16 | Hol 17 | 8VAC 18 |
| 21 | 22 | 23 | 24 | 25 |
| 28 | 29 | 30 | | |

## DECEMBER

| MON | TUE | WED | THU | FRI |
|-----|-----|-----|-----|-----|
| | | | 1 | 2 |
| 5 | 6 | 7 | 8 | 4VAC 9 |
| 12 | 13 | 14 | 21 4VAC | 4VAC 16 |
| 19 | 20 | 4VAC 21 | 8VAC 22 | 8VAC 23 |
| Hol 26 | 8VAC 27 | 8VAC 28 | 8VAC 29 | 8VAC 30 |

1-508-856-4854

STUART C. CLARK (#124152)
JASON T. ANDERSON (#212938)
CARR & FERRELL LLP
2200 Geng Road
PALO ALTO CA 94303
Telephone: (650) 812-3400

Attorneys for Corcept Therapeutics, Inc.,
Joseph Belanoff, and Alan Schatzberg

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | | |
|---|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual, | ) ) ) ) ) ) | CASE NO. 105CV051322 |
| Plaintiffs, | ) ) ) ) | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR COMMISSION TO TAKE DEPOSITION OUT OF STATE |
| v. | ) ) ) | |
| DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive, | ) ) ) ) | Date: May 3, 2006 Time: 8.30 a.m. Dept: 7 Judge: Hon. Socrates P. Manoukian |
| Defendants. | ) ) | |

## I.   INTRODUCTION

By this motion plaintiff Corcept Therapeutics, Inc. ("Corcept") seeks an order

under Code of Civil Procedure section 2026.010 for the issuance of a commission

authorizing the deposition in the state of Massachusetts of UMass Memorial Medical

Center. This motion is made on the grounds that evidence that is needed by Corcept

to identify certain Doe defendants in this action is believed to be available from the

UMass Memorial Medical Center.  Because that entity is located in Massachusetts

1.

5-2-06

,such evidence can only be obtained by issuance of a deposition subpoena in that state.  Under the circumstances, good cause exists for the granting of the requested relief.

## II.    FACTS

Corcept is a Menlo Park company that develops drugs for the treatment of severe psychiatric and neurological diseases.  Complaint, ¶¶ 1, 2.  Plaintiffs Belanoff and Schatzberg are co-founders of Corcept, and Belanoff is also its CEO.  Defendants Doe 1 and Doe 2 are persons who have published anonymous defamatory statements concerning plaintiffs on the Internet, respectively using the Yahoo ID names "corceptisafraud" and "stanfordinsider."  Id., ¶¶ 10-21, 22-30.

A.    The UMass Memorial Medical Center Is Likely To Have
      Information Relevant To The Claims In This Action

This action is based on the anonymous publication on a Yahoo message board of allegedly defamatory statements about Corcept by a person or persons using the user names "stanfordinsider" and/or "corceptisafraud".[1]

Based on the posting subject matter, interest, access to information, and other factors, plaintiffs have for some time suspected that the postings under the names "stanfordinsider" and/or "corceptisafraud" were made by Anthony J. Rothschild, MD, a faculty member in the Department of Psychiatry and Behavioral Sciences at the University of Massachusetts Medical School in Worcester, Massachusetts.  Plaintiffs accordingly obtained a commission from this Court on December 22, 2005 to take the deposition of Dr. Rothschild.  That deposition was taken on February 13, 2006.

---

[1].    Declaration of Stuart Clark dated May 2, 2006, ¶2.  Unless otherwise indicated, all other facts in this Part II are also based on that declaration, and the allegations of the complaint.

2.

At his deposition Dr. Rothschild denied any knowledge of the anonymous Internet postings. From the deposition of Dr. Rothschild it was determined, however, among other things, that Dr. Rothschild used computers at the University of Massachusetts Medical School to obtain access to the Internet. It was also determined that the medical school has records of Dr. Rothschild's whereabouts at the times that the anonymous Internet postings at issue in this case were made. Based on those facts, on March 16, 2006, Corcept applied for and this Court granted a commission to take the depositions, in Massachusetts, of the University of Massachusetts and the University of Massachusetts Medical School. Pursuant to that commission, subpoenas were served on both of those entities.

After service of the subpoenas, Palo Alto counsel for Corcept ascertained from Corcept's Massachusetts counsel that some of the records sought by Corcept may be in the possession, custody or control of the UMass Memorial Medical Center, which is apparently an entity different from the University of Massachusetts and the University of Massachusetts Medical School. Under the circumstances, Corcept now seeks the issuance of a commission against the UMass Memorial Medical Center, to ensure that all relevant documents are obtained.

B.    The Underlying Action Is Based On Defamatory
      Postings On Yahoo Message Boards On The Internet

The statements of Doe 1 which plaintiffs allege to be defamatory include postings on March 17, 2005, March 18, 2005 and July 24, 2005 on the Yahoo Message Board portion of the Internet under the Yahoo ID name "corceptisafraud." On March 17, 2005, Doe 1 also published further false and defamatory statements on a Yahoo Message Board under the same Yahoo ID name, including the following:

_____    3.
Memorandum In Support Of Ex parte Application For Issuance of Commissions

(a)   that "there is no scientific evidence that [Corcept's] drug, RU-486,

works for psychotic depression or anything else for that matter;"

(b)   that "Corcept knows all of this," including that "there is no scientific

evidence that [Corcept's] drug, RU-486, works for psychotic depression or anything

else for that matter;" and,

(c)   that "Belanoff [and] Schatzberg . . . and other insiders are selling

despite the stock selling at record lows.  They know the drug does not work and will

never be proven to work."

Doe 2 has similarly published statements on the Internet which plaintiffs

allege to be defamatory.  On or about August 23, 2005, Doe 2 published the following

statement on a Yahoo Message Board:

> I agree with Shockman.  The insiders in Corcept know the data,
> have seen the data.  The CEO is a psychiatrist.  He has been
> selling shares as fast as he can.  The CEO and the company
> create press releases to raise the price of the stock and then sell
> on the news.  It strikes me as fraudulent.

Plaintiffs allege that the above described statements are false, that the

statements constitute libel per se, and that they have been damaged as a result of

the publication thereof.

III.   ARGUMENT

Code of Civil Procedure section 2026.010(f) requires the Clerk of the Court to

"issue a commission authorizing the deposition in another state or place . . . without

a noticed motion or court order."  That section also authorizes the Court to issue a

commission by ex parte application, where this is required by the foreign

jurisdiction.  Authorization of a commission should be granted "when necessary or

4.

Memorandum In Support Of Ex parte Application For Issuance of Commissions

convenient." Weil & Brown, <u>California Civil Procedure Before Trial</u>, §8:640 (TRG 2005). "Such appointment effectively authorizes [the person named in the order] to take testimony for use in the California action." <u>Id.</u>

Here Corcept cannot ascertain the identity of the Doe defendants without initiating discovery by deposition subpoena to parties that are likely to have information with regard to the identity and location of Does 1 and 2. Having been unsuccessful in efforts to obtain identifying information from other sources, plaintiffs seek to take the deposition of the UMass Memorial Medical Center, and to require production of documents, to obtain further information which will indicate whether or not Dr. Rothschild had any involvement in the anonymous postings on the Internet.

Under the circumstances, good cause exists to authorize a commission in Massachusetts to take the deposition of the UMass Memorial Medical Center. Corcept respectfully requests that such commission should be authorized.

IV.    <u>CONCLUSION</u>

For the above reasons, good cause exists to issue a commission authorizing the taking of the deposition in Massachusetts of the UMass Memorial Medical Center. Corcept accordingly requests that such authorization should be granted, and that a commission be issued with respect to the UMass Memorial Medical Center.

//// 

//// 

//// 

5.

Memorandum In Support Of Ex parte Application For Issuance of Commissions

1

DATE: May 2  , 2006.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARR & FERRELL LLP

By:  _____
                Stuart C. Clark

Attorneys for Corcept Therapeutics, Inc., Joseph Belanoff and Alan Schatzberg

_____    6.

Memorandum In Support Of Ex parte Application For Issuance of Commissions

STUART C. CLARK (#124152)
JASON T. ANDERSON (#212938)
CARR & FERRELL LLP
2200 Geng Road
PALO ALTO CA 94303
Telephone: (650) 812-3400                MAY 0

Attorneys for Corcept Therapeutics, Inc.,
Joseph Belanoff, and Alan Schatzberg

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

CORCEPT THERAPEUTICS,              )   CASE NO. 105CV051322
INC., Corporation, JOSEPH K.       )
BELANOFF, an individual,           )
ALAN F. SCHATZBERG, an             )   ORDER AUTHORIZING
individual,                        )   COMMISSION FOR DEPOSITION
                                   )   IN THE STATE OF MASSACHUSETTS
                Plaintiffs,        )
                                   )
          v.                       )
                                   )
DOE 1, an individual, DOE 2,       )
an individual, and DOES 3          )
through 20, inclusive,             )
                                   )
                Defendants.        )
_____    )

This matter came on for hearing on Wednesday, May 3, 2006, on the *ex parte*

application of Corcept Therapeutics, Inc. ("Corcept") for an order under Code of Civil

Procedure section 2026.010 for the issuance of a commission authorizing the

deposition in the state of Massachusetts of the UMass Memorial Medical Center .

Stuart C. Clark appeared for Corcept. There was no appearance for any other

party.

Having considered the moving papers, and being satisfied that good cause

exists to grant the requested relief:

IT IS ORDERED THAT the application is GRANTED, and that a Commission

1.

shall issue authorizing the deposition in the State of Massachusetts of the UMass

Memorial Medical Center.

Date: May ⟨3⟩ , 2006

SOCRATES P. MANOUKIAN
JUDGE OF THE SUPERIOR COURT

2.

ORDER AUTHORIZING COMMISSION FOR DEPOSITION IN THE STATE OF MASSACHUSETTS

1    truth thereof.

2        2.    This action is based on the anonymous publication on a Yahoo message
3
4    board of allegedly defamatory statements about Corcept by a person or persons
5    using the user names "stanfordinsider" and/or "corceptisafraud".

6        3.    Based on the posting subject matter, interest, access to information,
7
8    and other factors, plaintiffs have for some time suspected that the postings under
9    the names "stanfordinsider" and/or "corceptisafraud" were made by Anthony J.
10   Rothschild, MD, a faculty member in the Department of Psychiatry and Behavioral
11   Sciences at the University of Massachusetts Medical School in Worcester,
12   Massachusetts.  Plaintiffs accordingly obtained a commission from this Court on
13
14   December 22, 2005 to take the deposition of Dr. Rothschild.  That deposition was
15   taken on February 13, 2006.

16       4.    At his deposition Dr. Rothschild denied any knowledge of the
17   anonymous Internet postings.  From the deposition of Dr. Rothschild it was
18
19   determined, however, among other things, that Dr. Rothschild used computers at
20   the University of Massachusetts Medical School to obtain access to the Internet.  It
21   was also determined that the medical school has records of Dr. Rothschild's
22   whereabouts at the times that the anonymous Internet postings at issue in this case
23   were made.  Based on those facts, on March 16, 2006, Corcept applied for and this
24   Court granted a commission to take the depositions, in Massachusetts, of the
25   University of Massachusetts and the University of Massachusetts Medical School.
26   Pursuant to that commission, subpoenas were served on both of those entities.
27
28       5.    After service of the subpoenas, I ascertained from Corcept's

{00178208v1}
Declaration Of Stuart Clark In Support Of Ex Parte Application For Issuance Of Commissions

1

2   Massachusetts counsel that some of the records sought by Corcept may be in the

3   possession, custody or control of the UMass Memorial Medical Center, which is

4   apparently an entity different from the University of Massachusetts and the

5   University of Massachusetts Medical School.   Under the circumstances, Corcept

6   now seeks the issuance of a commission against the UMass Memorial Medical

7   Center, to ensure that all relevant documents are obtained.

8        I declare under penalty of perjury under the laws of the State of California

9   that the foregoing is true and correct.

10

11       Executed at Palo Alto, California, this May 1 , 2006.

12

13                                                   STUART CLARK

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UCS

STUART C. CLARK (#124152)
JASON T. ANDERSON (#212938)
CARR & FERRELL LLP
2200 Geng Road
PALO ALTO CA 94303
Telephone: (650) 812-3400

L. HA

Attorneys for Corcept Therapeutics, Inc.,
Joseph Belanoff, and Alan Schatzberg

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>          Defendants. | CASE NO.  105CV051322<br><br>NOTICE OF EX PARTE APPLICATION AND APPLICATION FOR COMMISSIONS TO TAKE DEPOSITION IN MASSACHUSETTS<br><br>Date:  May 2, 2006<br>Time:  8.30 a.m.<br>Dept:  7<br>Judge:  Hon. Socrates P. Manoukian |

FILED

     PLEASE TAKE NOTICE that on May 3, 2006, at 8:30 a.m. or as soon

thereafter as the matter may be heard, and in Department 7 of the above-mentioned

Court, Corcept Therapeutics, Inc. ("Corcept") will, and hereby does, move for an

order under Code of Civil Procedure section 2026.010 for the issuance of a

commission authorizing the deposition in the state of Massachusetts of the UMass

Memorial Medical Center.

     This motion is made on the grounds that evidence that is needed by Corcept to

1.

Notice Of Ex Parte Application For Commissions Authorizing Deposition In Massachusetts

identify certain Doe defendants in this action is believed to be available from the UMass Memorial Medical center, but since that entity is located in Massachusetts such evidence can only be obtained by issuance of a deposition subpoena in that state. Under the circumstances, good cause exists for the granting of the requested relief.

This motion is supported by the accompanying Memorandum of Points and Authorities, the declaration Stuart C. Clark, on the pleadings and other documents on file in the action, and on such further evidence and argument as may be permitted at the hearing.

DATE: May 2 , 2006.

CARR & FERRELL LLP

By: _____
        Stuart C. Clark

Attorneys for Corcept Therapeutics, Inc., Joseph Belanoff and Alan Schatzberg

2.

JCS

1
2
3
4
5
6
7

STUART C. CLARK (#124152)
JASON T. ANDERSON (#212938)
CARR & FERRELL LLP
2200 Geng Road
PALO ALTO CA 94303
Telephone: (650) 812-3400

Attorneys for Corcept Therapeutics, Inc.,
Joseph Belanoff, and Alan Schatzberg

L. HA

8       IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            IN AND FOR THE COUNTY OF SANTA CLARA

10

| | | |
|---|---|---|
| 11  CORCEPT THERAPEUTICS, | ) | CASE NO.  105CV051322 |
| 12  INC., Corporation, JOSEPH K. | ) | |
|      BELANOFF, an individual, | ) | |
| 13  ALAN F. SCHATZBERG, an | ) | DECLARATION OF STUART |
|      individual, | ) | CLARK IN SUPPORT OF |
| 14  | ) | EX PARTE APPLICATION FOR |
| 15              Plaintiffs, | ) | ORDER VACATING DISMISSAL |
| 16        v. | ) | |
| 17  DOE 1, an individual, DOE 2, | ) | Date:  April 27, 2006 |
|      an individual, and DOES 3 | ) | Time:  8.30 a.m. |
| 18  through 20, inclusive, | ) | Dept:  2 |
| 19  | ) | Judge:  Hon. William Elfving |
|               Defendants. | ) | |
| 20  | ) | |

21        I, the undersigned, STUART CLARK, declare as follows:

22        1.    I am an attorney admitted to practice before all of the courts of the

23   State of California.  I am a member of the firm of Carr & Ferrell LLP, the attorneys

24
25   of record for plaintiffs Corcept Therapeutics, Inc., Joseph Belanoff and Alan

26   Schatzberg.   The facts set out herein are within my personal knowledge, or are

27   based on documents in my possession and other information to which I have access

28   in the course of my duties.  If called upon to do so I could and would testify to the

{00178241v1}                                                                      1.
Declaration Of Stuart Clark In Support Of Ex Parte Application For Order Vacating Dismissal

truth thereof.

2.    This action was "dismissed on the court's own motion on 04-13-06 for failure to appear and/or failure to show cause in writing why the dismissal should not be entered." A copy of the Notice of Dismissal is attached as Exhibit "A" According to the court's website, the grounds for dismissal were "CV OSC Sanc/Dism purs to 201.7." See print out from website attached as Exhibit "B".

3.    This action should not have even been on the dismissal calendar on April 13, 2006, however, because by order dated March 16, 2006 the OSC re. dismissal hearing was continued to September 14, 2006. A copy of that order is attached as Exhibit "C". The order postponing the OSC hearing was made at the same time that the Court, in response to plaintiffs' ex parte application, extended to August 31, 2006 the deadline for serving the complaint on the as yet unidentified Doe defendants.

4.    By letter dated April 18, 2006 I asked the Court Clerk to correct the erroneous dismissal under Code of Civil Procedure section 473(d). A copy of that letter is attached as Exhibit "D". As of the time of executing this declaration, however, the court website does not reflect the entry of any such order vacating the dismissal. Because a deposition subpoena against the University of Massachusetts is currently being enforced by plaintiffs pursuant to a Commission issued in this action by this Court on March 16, 2006, however, it has become urgent that the dismissal be promptly vacated. This is because counsel for the subpoenaed party, the University of Massachusetts, has already raised the issue of the dismissal with plaintiff's Massachusetts co-counsel, and I do not want to risk an objection to the

1  subpoena on that ground.  Accordingly, plaintiffs cannot wait any longer to

2  determine when, and whether, the Court Clerk will take steps to have the dismissal

3  set aside.

4

5      I declare under penalty of perjury under the laws of the State of California

6  that the foregoing is true and correct.

7      Executed at Palo Alto, California, this April 16 , 2006.

8

9                                                    _Stuart Clark_

10                                                    STUART CLARK

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPERIOR C——RT OF CALIFORNIA, COUNTY G——SANTA CLARA
191 N. First Street
San Jose, CA  95113-1090

TO:    Stuart C. Clark
       Carr & Ferrell LLP
       2200 Geng Road
       Palo Alto, CA 94303

RE:  Corcept Therapeutics, Inc., et al vs
Case Nbr: 1-05-CV-051322

### NOTICE OF DISMISSAL OF ACTION BY COURT

Notice is hereby given that the above entitled action has been dismissed on
the Court's own motion on 04-13-06 for failure to appear and/or failure
to show cause in writing why the dismissal should not be entered.

Notice of the hearing on 04-13-06 was mailed to all parties on .

Parties/Attorneys of Record:

CC:

If you, a party represented by you, or a witness to be called on behalf of that party need an accommodation under the American with
Disabilities Act, please contact the Court Administrator's office at (408)882-2700, or use the Court's TDD line, (408)882-2690 or
the Voice/TDD California Relay Service, (800)735-2922.

 DECLARATION OF SERVICE BY MAIL: I declare that I served this notice by enclosing a true copy in a sealed envelope, addressed to each
person whose name is shown above, and by depositing the envelope with postage fully prepaid, in the United States Mail at
San Jose, CA on 04-14-06 .  KIRI TORRE, Chief Executive Officer/Clerk by Loan Nguyen, Deputy

A

# Calendar Information

'1-05-CV-051322' between 04/01/2006 and 04/25/2006 entered for the search
1 Event record(s) returned

## By Case Number:

Case Number: 1-05-CV-051322
CaseTitle: **Corcept Therapeutics, Inc., Et Al Vs**
Case Category: **Defamation - Unlimited**

Note:  Scroll to the right if the 'Result' column is not visible.
If 'None' is displayed in the 'Result' column, you are required to appear on the specified date.

| Date | Time | Dept. | Event | Result | Result Date |
|------|------|-------|-------|--------|-------------|
| Thursday, April 13, 2006 | 10:02AM | S002 | CV OSC Sanc/Dism purs to 201.7 | Dismissed | 04/13/06 |

RETURN

B

1
2  STUART C. CLARK (#124152)
   JASON T. ANDERSON (#212938)
3  CARR & FERRELL LLP
   2200 Geng Road
4  PALO ALTO CA 94303
   Telephone: (650) 812-3400
5
6  Attorneys for Corcept Therapeutics, Inc.,
   Joseph Belanoff, and Alan Schatzberg
7



(ENDORSED)
**FILED**
MAR 16 2006
KIRI TORRE
Chief Executive Officer/Clerk
Superior Court W/C-A County of Santa Clara
BY_____ DEPUTY

8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
9
10          IN AND FOR THE COUNTY OF SANTA CLARA

11  CORCEPT THERAPEUTICS,              )   CASE NO.  105CV051322
    INC., Corporation. JOSEPH K.       )
12  BELANOFF, an individual,           )
    ALAN F. SCHATZBERG, an             )
13  individual,                        )
14                                     )   ORDER EXTENDING TIME TO
                                       )   SERVE COMPLAINT, VACATING
15          Plaintiffs,                )   HEARING ON ORDER TO SHOW
                                       )   CAUSE, AND SETTING CASE
16      v.                             )   MANAGEMENT CONFERENCE
                                       )
17  DOE 1, an individual. DOE 2,       )
    an individual, and DOES 3          )
18  through 20, inclusive.             )
                                       )
19          Defendants.                )
20  _____)

21      This matter came on for hearing before the Hon. William Elfving on March

22  16, 2006, on the motion of Corcept Therapeutics, Inc. ("Corcept"). Joseph Belanoff,

23
24  and Alan Schatzberg ("plaintiffs") under Government Code section 68616(a) for an

25  exception to the requirement that the complaint be served within 60 days after

26  filing, based on plaintiffs' inability to date to ascertain the identity of Does 1 and 2.

27      Stuart Clark appeared for Corcept.  There was no appearance for any of the

28  Doe defendants.
    _____
    [00174017v1]
    Order Granting Extension Of Time To Serve Complaint. And Granting Related relief          1.

1       Having considered the moving papers and the arguments of counsel for

2 Corcept, and having found that service could not reasonably be achieved within the

3 time required with the exercise of due diligence, and that good cause exists to

4 extend the time for service:

5       IT IS ORDERED THAT the motion is GRANTED, and that:

6       1.    plaintiffs are granted an extension of time until August 31, 2006 within

7 which to serve the complaint;

8       2.    the April 13, 2006 hearing on the order to show cause re sanctions/

9 dismissal, for failure to serve the complaint within 60 days, is ~~moot and is taken off~~

10 ~~calendar; and.~~ *Continued to 9/14/06 at 10⁰² am;*

11 ~~3.    a Case Management Conference is scheduled on September , 2006, at~~

12 ~~9.00 a.m., in Department 2.~~ *[signature]*

DATED: March *16*, 2006

*[signature]*

WILLIAM J. ELFVING
JUDGE OF THE SUPERIOR COURT

ARR & FERRELL LLP
**ATTORNEYS AT LAW**

April 18, 2006

WRITER'S DIRECT DIAL NUMBER

(650) 812-3415

The Clerk of the Court
Santa Clara Superior Court
191 North First Street
San Jose, CA 95113

<u>Corcept v. Does: Case No. 104CV 032802</u>

Dear Clerk:

Yesterday I received Notice of Dismissal of this action by the Court "for failure to appear [on 4/13/06] and/or failure to show cause." A copy of the notice is enclosed.

It appears that this mater remained on the dismissal calendar for April 13, 2006 notwithstanding Judge Elfving's order continuing the hearing until September 14, 2006. A copy of that order is also enclosed.

I do not understand how this matter remained on the April 13, 2006 calendar. When I filed the ex parte order continuing the hearing, the clerk in the general office walked the order through to the Law and Motion Clerks – while I waited – and returned to confirm that the April 14, 2006 hearing was off calendar. Thus, the dismissal was clearly ordered in error, as the result of a clerical mistake.

It is unfair to expect my client, the plaintiff, to incur the expense of filing a motion to correct the consequences of the clerical error which led to the entry of the dismissal order. Accordingly, I respectfully request that the Court should exercise its power under CCP section 473(d) to correct its order, by vacating that order. A proposed form of order is attached, together with a self addressed, postage prepaid return envelope.

Sincerely,

Stuart C. Clark

100177445v1;

1200 GENG ROAD, PALO ALTO, CALIFORNIA 94303
TELEPHONE (650) 812-3400, FACSIMILE (650) 812-3444

STUART C. CLARK (#124152)
JASON T. ANDERSON (#212938)
CARR & FERRELL LLP
2200 Geng Road
PALO ALTO CA 94303
Telephone: (650) 812-3400

Attorneys for Corcept Therapeutics, Inc.,
Joseph Belanoff, and Alan Schatzberg

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | CASE NO. 105CV051322<br><br>ORDER VACATING ORDER DISMISSING ACTION |

This matter came on for hearing before the Hon. William Elfving on the date reflected below, on the Court's own motion under Code of Civil Procedure section 473(d). There was no appearance for any party.

Having considered the facts that:

(1)    by order dated March 16, 2006, the Court continued the April 14, 2006 hearing on the order to show cause re sanctions/dismissal until September 14, 2006;

(2)    due to a clerical mistake, the hearing remained on calendar on April

{00177446v1}
Order Vacating Dismissal of Action

1.

14, 2006; and

     (3)    even though counsel for plaintiff was not required to appear on the postponed April 14, 2006 hearing date, the action was dismissed by mistake for failure to appear on that date;

and having found that the action was improperly dismissed due to a clerical mistake, and that good cause exists to correct that mistake by vacating the dismissal order;

     IT IS ORDERED THAT the dismissal order granted on April 14, 2006 is hereby VACATED.

DATED:  April    , 2006

 

                                               _____

                                              WILLIAM J. ELFVING
                                      JUDGE OF THE SUPERIOR COURT

900177446v1

Order Vacating Dismissal of Action