**COPY**  ORIGINAL FILED

07 JUL 24 PM 2:51

RICHARD W. WIEKING
U.S. DISTRICT COURT

Robert A. S. Bleicher (Bar No. 111334)
Shelley G. Hurwitz (Bar No. 217566)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
DR. ANTHONY ROTHSCHILD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No. C07 03795<br><br>**PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

- 1 -

PROOF OF SERVICE

**TO THE HONORABLE JUDGES AND CLERK OF THE COURT:**

PLEASE TAKE NOTICE that pursuant to the attached Proof of Service, removing defendant Anthony Rothschild served the attached NOTICE TO PLAINTIFFS OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION on all parties to this action.

Dated: July 23, 2007

Respectfully Submitted,
HOLLAND & KNIGHT LLP

_____
Robert A. S. Bleicher
Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
ANTHONY ROTHSCHILD

# 4685794_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

Robert A. S. Bleicher (Bar No. 111334)
Shelley G. Hurwitz (Bar No. 217566)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
DR. ANTHONY ROTHSCHILD

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SANTA CLARA

## CIVIL UNLIMITED JURISDICTION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | No. 1-05-CV-051322<br><br>**NOTICE TO PLAINTIFFS OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION** |

TO PLAINTIFFS CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 24, 2007, Defendant ANTHONY ROTHSCHILD filed in the United States District Court in and for the Northern District of California, San Jose Division, a Notice of Removal of Civil Action from the Superior Court of the State of California, County of Santa Clara, to remove this action to said United States District Court pursuant to 28 U.S.C. Section 1441(b), and on July 24, 2007, filed in said Superior Court a Notice to State Court

– 1 –

Notice to Adverse Party of Filing
Notice of Removal of Civil Action
To Federal Court

Case No. 1-05-CV-051322

Holland & Knight LLP
44 Montgomery Street, Suite 4050
San Francisco, CA 94104
Tel: (415) 743-6900

of Removal of Civil Action to Federal Court together with a copy of the Notice of Removal filed with the United States District Court for the Northern District of California.

Dated: July 23, 2007

HOLLAND & KNIGHT LLP

*Robert A. Bleicher (SGH)*

Robert A. S. Bleicher
Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
ANTHONY ROTHSCHILD

# 4655072_v1

- 2 -

Notice to Adverse Party of Filing
Notice of Removal of Civil Action
To Federal Court

Case No. 1-05-CV-051322

Corcept Therapeutics, Inc., et al. v. Doe 1, et al.
Santa Clara Superior Court (San Jose), Case No. 1-05-CV-051322

## PROOF OF SERVICE

State of California  )
                     )  ss.
County of Los Angeles )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

On **July 23, 2007**, I served the documents described as **NOTICE TO PLAINTIFFS OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

    **Stuart C. Clark**
    **Christine S. Watson**
    **Carr & Ferrell LLP**
    **2200 Geng Road**
    **Palo Alto, CA 94303**
    **clark@carrferrell.com**
    **cwatson@carrferrell.com**
    **(650) 812-3400**
    **(650) 812-3444 - Fax**

**X     BY MAIL**

Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

State     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 23, 2007, at Los Angeles, California.

                                            _____
                                            Gloria Hoshiko

<u>Corcept Therapeutics, Inc., et al. v. Doe 1, et al.</u>
USDC, Northern District of California, County of Santa Clara (San Jose)
Case No. _____

PROOF OF SERVICE

State of California    )
                       ) ss.
County of Los Angeles  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 W. 5th St., Suite 2100, Los Angeles, California 90071.

On **July 23, 2007**, I served the document described as **PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

>   **Stuart C. Clark**
>   **Christine S. Watson**
>   **Carr & Ferrell LLP**
>   **2200 Geng Road**
>   **Palo Alto, CA  94303**
>   clark@carrferrell.com
>   cwatson@carrferrell.com
>   **(650) 812-3400**
>   **(650) 812-3444 - Fax**

**X**     **By Mail**

  Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

(Federal)   I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **July 23, 2007**, at Los Angeles, California.

_____
Gloria Hoshiko