Robert A. Bleicher (Bar No. 111334)
Shelley G. Hurwitz (Bar No. 217566)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
DR. ANTHONY ROTHSCHILD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No. C 07-03795 RS<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 1 -
CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE JUDGES AND CLERK OF THE COURT:**

Pursuant to Local Rule 3-16, Defendant Anthony Rothschild certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Anthony Rothschild
2. Corcept Therapeutics, Inc.
3. Joseph K. Belanoff
4. Alan F. Schatzberg

Dated: July 24, 2007

Respectfully Submitted,
HOLLAND & KNIGHT LLP

Robert A. Bleicher (SG-H)
Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
ANTHONY ROTHSCHILD

# 4689279_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 2 -
CERTIFICATE OF INTERESTED PARTIES

<u>**Corcept Therapeutics, Inc., et al. v. Doe 1, et al.**</u>
USDC, Northern District of California, County of Santa Clara (San Jose)
Case No. C 07-03795 RS

PROOF OF SERVICE

State of California      )
                         ) ss.
County of Los Angeles    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 W. 5th St., Suite 2100, Los Angeles, California 90071.

On **July 25, 2007**, I served the document described as **CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

> **Stuart C. Clark**
> **Christine S. Watson**
> **Carr & Ferrell LLP**
> **2200 Geng Road**
> **Palo Alto, CA 94303**
> clark@carrferrell.com
> cwatson@carrferrell.com
> (650) 812-3400
> (650) 812-3444 - Fax

**X**   **By Mail**

Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

(Federal)   I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **July 25, 2007**, at Los Angeles, California.

_____
Gloria Hoshiko