Robert A. Bleicher (Bar No. 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
Anthony Rothschild

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No.: C 07-03795 JW<br><br>**DEFENDANT ANTHONY ROTHSCHILD'S ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant Anthony Rothschild (hereinafter "Defendant") for himself and no others, hereby answers Plaintiffs' First Amended Complaint (hereinafter the "First Amended Complaint") as follows:

1. In response to paragraph 1, Defendant admits that plaintiff Corcept Therapeutics, Inc. ("Corcept") is a Menlo Park company, and that plaintiffs Joseph K. Belanoff ("Belanoff") and Alan F. Schatzberg ("Schatzberg") are co-founders of Corcept. Defendant further admits that Belanoff is

the CEO of Corcept. Except as expressly admitted herein, Defendant denies each and every remaining allegation of paragraph 1.

2. In response to paragraph 2, Defendant admits that Corcept is a Delaware corporation that has its principal place of business in Menlo Park, California. Except as expressly admitted herein, Defendant denies each and every remaining allegation of paragraph 2.

3. In response to paragraph 3, Defendant admits the allegations contained in that paragraph.

4. In response to paragraph 4, Defendant admits the allegations contained in that paragraph.

5. In response to paragraph 5, Defendant admits the allegations contained in that paragraph.

6. In response to paragraph 6, Defendant admits that plaintiffs amended the original complaint to substitute him as Doe 1. Except as expressly admitted herein, Defendant denies each and every remaining allegation of paragraph 6.

7. In response to paragraph 7, Defendant admits that plaintiffs amended the original complaint to substitute him as Doe 2. Except as expressly admitted herein, Defendant denies each and every remaining allegation of paragraph 7.

8. In response to paragraph 8, nothing contained in that paragraph constitutes a factual matter to which a response by Defendant must be pled; however, if it be deemed that the paragraph constitutes factual allegations, then Defendant denies, generally and specifically, each and every allegation contained therein.

9. In response to paragraph 9, Defendant lacks sufficient information to admit or deny the allegations of paragraph 9, and on that basis, denies each and every allegation of paragraph 9.

10. In response to paragraph 10, Defendant denies that the price of Corcept's shares, and therefore Corcept's market capitalization, has from time to time been depressed by the alleged publication of defamatory statements by defendants. Defendant lacks sufficient information to admit or deny the remaining allegations of paragraph 10, and on that basis, denies each and every remaining allegation of paragraph 10.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

11. In response to paragraph 11, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

12. In response to paragraph 12, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

13. In response to paragraph 13, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

14. In response to paragraph 14, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

15. In response to paragraph 15, Defendant incorporates by reference and realleges its responses to paragraphs 1 through 14 above.

16. In response to paragraph 16, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

17. In response to paragraph 17, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

18. In response to paragraph 18, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

19. In response to paragraph 19, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

20. In response to paragraph 20, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

21. In response to paragraph 21, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

22. In response to paragraph 22, Defendant incorporates by reference and realleges its responses to paragraphs 1 through 21 above.

23. In response to paragraph 23, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

24. In response to paragraph 24, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 3 -

Defendant Anthony Rothschild's Answer
To First Amended Complaint

Case No.: C 07-03795 JW

25. In response to paragraph 25, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

26. In response to paragraph 26, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

27. In response to paragraph 27, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

28. In response to paragraph 28, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

29. In response to paragraph 29, Defendant incorporates by reference and realleges its responses to paragraphs 1 through 28 above.

30. In response to paragraph 30, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

31. In response to paragraph 31, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

32. In response to paragraph 32, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

33. In response to paragraph 33, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

34. In response to paragraph 34, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

35. In response to paragraph 35, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

36. In response to paragraph 36, Defendant incorporates by reference and realleges its responses to paragraphs 1 through 35 above.

37. In response to paragraph 37, Defendant lacks sufficient information to admit or deny the allegations contained therein, and on that basis, denies, generally and specifically, each and every allegation of paragraph 37.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

1  38. In response to paragraph 38, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

3  39. In response to paragraph 39, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

5  40. In response to paragraph 40, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

7  41. In response to paragraph 41, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

9  42. In response to paragraph 42, Defendant denies, generally and specifically, each and every allegation contained in that paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The causes of action set forth in the First Amended Complaint, and each of them, are barred because the First Amended Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The causes of action set forth in the First Amended Complaint, and each of them, are barred because any recovery by plaintiffs would constitute unjust enrichment.

### THIRD AFFIRMATIVE DEFENSE

The causes of action set forth in the First Amended Complaint, and each of them, are barred by the doctrine of latches.

### FOURTH AFFIRMATIVE DEFENSE

The causes of action set forth in the First Amended Complaint, and each of them, are barred because plaintiffs' damages, if any, were not caused by Defendant.

### FIFTH AFFIRMATIVE DEFENSE

The causes of action set forth in the First Amended Complaint, and each of them, are barred because plaintiffs cannot show actual damages as a result of any acts or omissions by Defendant.

Defendant Anthony Rothschild's Answer    Case No.: C 07-03795 JW
To First Amended Complaint

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

### SIXTH AFFIRMATIVE DEFENSE

The First Amended Complaint, and each cause of action thereof, is barred in that the action was not filed and/or served within the time prescribed by the applicable statutes of limitations.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to exercise reasonable care to mitigate the damages allegedly sustained, and plaintiffs are therefore barred from recovery or any recovery should be reduced accordingly.

### EIGHTH AFFIRMATIVE DEFENSE

The injuries, damages, losses and/or detriment of which plaintiffs complain and for which the First Amended Complaint seeks recovery, if any, were the result of causes independent of the purported acts or omissions of Defendant, which causes operated as intervening and superseding causes, thereby cutting off any liability on the part of Defendant.

### NINTH AFFIRMATIVE DEFENSE

The First Amended Complaint should be dismissed as against Defendant, as there is no factual or legal basis for a California Court to exercise personal jurisdiction over Defendant.

### TENTH AFFIRMATIVE DEFENSE

The First Amended Complaint should be dismissed as against Defendant, because the First Amended Complaint constitutes a Strategic Lawsuit Against Public Participation pursuant to California Code of Civil Procedure Section 425.16.

### ELEVENTH AFFIRMATIVE DEFENSE

The First Amended Complaint, and each cause of action thereof, is barred because the publications complained of in the First Amended Complaint concerned plaintiffs' conduct as a public figure. They were not published by Defendant, but even if published by Defendant, they were not published either with knowledge that they were false or with reckless disregard of the truth of the statements. They are thus protected by the constitutional privilege.

### TWELFTH AFFIRMATIVE DEFENSE

The First Amended Complaint, and each cause of action thereof, is barred because the allegedly defamatory statements of which plaintiffs complains related to a matter of public concern

and thus are constitutionally protected in the absence of fault. Defendant did not publish the alleged statements, but even if published by Defendant, Defendant was not negligent in publishing the statements complained of. Therefore, Defendant is protected from liability by constitutional privilege.

### THIRTEENTH AFFIRMATIVE DEFENSE

The First Amended Complaint, and each cause of action thereof, is barred because the statements complained of in the First Amended Complaint were not false. To the contrary, they were completely truthful.

### FOURTEENTH AFFIRMATIVE DEFENSE

The First Amended Complaint, and each cause of action thereof, is barred because the statements complained of were not made by Defendant, and even if made by Defendant, were made in good faith, honestly, and not maliciously.

### FIFTEENTH AFFIRMATIVE DEFENSE

The First Amended Complaint, and each cause of action thereof, is barred because the statements complained of were not made by Defendant, and even if made by Defendant, constituted constitutionally protected opinion.

### SIXTEENTH AFFIRMATIVE DEFENSE

The First Amended Complaint, and each cause of action thereof, is barred because the statements complained of were not made by Defendant, and even if made by Defendant, at all times Defendant was asserting his legal right to express his opinion.

### SEVENTEENTH AFFIRMATIVE DEFENSE

The First Amended Complaint, and each cause of action thereof, is barred because the statements complained of were not made by Defendant, and even if made by Defendant, his conduct was justified or privileged under the circumstances.

### EIGHTEENTH AFFIRMATIVE DEFENSE

The First Amended Complaint, and each cause of action thereof, is barred because this Court is not the proper venue for this action as Defendant does not reside in California, Defendant is not subject to personal jurisdiction in California, and the events giving rise to plaintiffs' claims

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

did not occur in California. This matter should also be transferred to the District of Massachusetts for the convenience of parties and witnesses and in the interest of justice.

WHEREFORE, Defendant Anthony Rothschild prays for judgment against plaintiffs as follows:

1. That plaintiffs take nothing by way of their First Amended Complaint;
2. That the First Amended Complaint be dismissed with prejudice as against Anthony Rothschild;
3. That judgment be entered in favor of Anthony Rothschild and against each and every claim asserted by plaintiffs;
4. For costs of suit herein; and
5. For such other and further relief as the Court deems just and proper.

Dated: July 27, 2007

HOLLAND & KNIGHT LLP

_____
Robert A. Bleicher
Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
ANTHONY ROTHSCHILD

# 4670530_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 8 -

Defendant Anthony Rothschild's Answer
To First Amended Complaint

Case No.: C 07-03795 JW