1  Robert A. Bleicher (Bar No. 111334)
   HOLLAND & KNIGHT LLP
2  50 California Street, 28th Floor
   San Francisco, California 94111
3  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
4
5  Shelley G. Hurwitz (SBN 217566)
   HOLLAND & KNIGHT LLP
6  633 W. Fifth Street, 21st Floor
   Los Angeles, California 90071
7  Telephone: (213) 896-2400
   Facsimile: (213) 896-2450
8
9  Attorneys for Defendant
   Anthony Rothschild
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No.: C 07-03795 JW<br><br>**DEFENDANT ANTHONY ROTHSCHILD'S DEMAND FOR JURY** |

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Defendant Anthony Rothschild (hereinafter "Defendant") hereby demands a jury in the above-referenced action

Dated: July 27, 2007

HOLLAND & KNIGHT LLP

Robert A. Bleicher (SGH)
Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
ANTHONY ROTHSCHILD

# 4670530_v1