Robert A. Bleicher (SBN 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
Anthony Rothschild

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No.: C 07-03795 JW<br><br>**DEFENDANT DR. ANTHONY ROTHSCHILD'S NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER FOR IMPROPER VENUE (28 U.S.C. §1406(a)); OR IN THE ALTERNATIVE TO TRANSFER FOR CONVENIENCE (28 U.S.C. §1404(a))**<br><br>[Filed concurrently with Memorandum of Points and Authorities, Declaration of Dr. Anthony Rothschild, MD., Notice Of Motion And Motion To Dismiss For Lack of Personal Jurisdiction, Non-Federal Authorities]<br><br>**Date:** September 17, 2007<br>**Time:** 9:00 am<br>**Courtroom:** 8<br>**Judge:** Hon. James Ware |

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, on September 17, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 8 before the Hon. James Ware located at the United States District Court, 280 South 1st Street, San Jose, CA 95113, Defendant Dr. Anthony Rothschild ("Dr. Rothschild") will, and hereby does, move pursuant to *Federal Rules of Civil Procedure* 12(b)(3) and 12(d) for an order dismissing this action on the ground that venue in this Court is improper; or in the alternative, to transfer this action to the District of Massachusetts pursuant to 28 U.S.C. §1406(a); or in the alternative, to transfer to the District of Massachusetts for convenience and in the interests of justice under 28 U.S.C. §1404(a).

On July 24, 2007, Dr. Rothschild timely objected to venue by filing his Answer to the First Amended Complaint, including improper venue as his Eighteenth Affirmative Defense. FRCP 12(b), (h).

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Dr. Anthony Rothschild, MD, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: August 8, 2007

HOLLAND & KNIGHT LLP

Robert A. Bleicher
Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
ANTHONY ROTHSCHILD

# 4714943_v1