```
 1  Robert A. Bleicher (Bar No. 111334)
    HOLLAND & KNIGHT LLP
 2  50 California Street, 28th Floor
    San Francisco, California 94111
 3  Telephone: (415) 743-6900
    Facsimile: (415) 743-6910
 4
    Shelley G. Hurwitz (SBN 217566)
 5  HOLLAND & KNIGHT LLP
    633 W. Fifth Street, 21st Floor
 6  Los Angeles, California 90071
    Telephone: (213) 896-2400
 7  Facsimile: (213) 896-2450

 8  Attorneys for Defendant
    Anthony Rothschild
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No.: C 07-03795 JW<br><br>**DEFENDANT DR. ANTHONY ROTHSCHILD'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>[Filed concurrently with Memorandum of Points and Authorities, Declaration of Dr. Anthony Rothschild, MD, Notice Of Motion And Motion To Dismiss For Improper Venue, and Non-Federal Authorities]<br><br>Date:        September 17, 2007<br>Time:       9:00 am<br>Courtroom: 8<br>Judge:      Hon. James Ware |

Defendant Anthony Rothschild's Notice of Motion & Motion To Dismiss for Lack of Personal Jurisdiction | Case No.: C 07-03795 JW

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, on September 17, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 8 before the Hon. James Ware, located at the United States District Court, 280 South 1st Street, San Jose, CA 95113 defendant Dr. Anthony Rothschild ("Rothschild") will and hereby does move pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(d) for an order dismissing this action on the ground that the Court lacks personal jurisdiction over this defendant.

On July 24, 2007, Dr. Rothschild timely objected to personal jurisdiction by filing his Answer to the First Amended Complaint, including personal jurisdiction as his Ninth Affirmative Defense. FRCP 12(b), (h).

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Dr. Anthony Rothschild, MD, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: August 8, 2007

HOLLAND & KNIGHT LLP

*/s/ Robert A. Bleicher*
Robert A. Bleicher
Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
ANTHONY ROTHSCHILD

# 4715367_v1