```
 1  Robert A. Bleicher (SBN 111334)
    HOLLAND & KNIGHT LLP
 2  50 California Street, 28th Floor
    San Francisco, California 94111
 3  Telephone: (415) 743-6900
    Facsimile: (415) 743-6910
 4

    Shelley G. Hurwitz (SBN 217566)
 5  HOLLAND & KNIGHT LLP
    633 W. Fifth Street, 21st Floor
 6  Los Angeles, California 90071
    Telephone: (213) 896-2400
 7  Facsimile: (213) 896-2450

 8  Attorneys for Defendant
    Anthony Rothschild
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual,<br><br>            Plaintiffs,<br><br>   v.<br><br>DOE 1, an individual, DOE 2, an individual, and DOES 3 though 20, inclusive,<br><br>            Defendants. | Case No.: C 07-03795 JW<br><br>DECLARATION OF DR. ANTHONY ROTHSCHILD, MD IN SUPPORT OF:<br><br>1. DEFENDANT DR. ANTHONY ROTHSCHILD'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION<br><br>2. DEFENDANT DR. ANTHONY ROTHSCHILD'S MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER FOR IMPROPER VENUE (28 U.S.C. §1406(a)); OR IN THE ALTERNATIVE TO TRANSFER FOR CONVENIENCE (28 U.S.C. §1404(a))<br><br>[Filed concurrently with Motion To Dismiss For Lack of Jurisdiction and Motion to Dismiss or Transfer for Improper Venue. Memorandums of Points and Authorities, Non-Federal Authorities]<br><br>Date:       September 17, 2007<br>Time:       9:00 am<br>Courtroom: 8<br>Judge:      Hon. James Ware |

# DECLARATION OF DR. ANTHONY ROTHSCHILD, MD

I, Anthony Rothschild, declare as follows:

1. I have personal knowledge of the facts stated herein, except for those stated on information and belief, which I am informed and believe are true. I could and would testify to these facts under oath if called upon to do so.

2. I am a Professor and Vice-Chair for Research in the Department of Psychiatry at the University of Massachusetts Medical School. I live in the State of Massachusetts, and have lived in Massachusetts for 28 years. I have never lived in the State of California.

3. I have never owned nor rented real property in the State of California. I have never had any ownership interest in a California entity. I have never owned any personal property in California. I have never maintained any bank accounts in the State of California, nor paid taxes in California. I do not now, nor have I ever, maintained a mailing address or telephone number in California. Other than the attorneys I have engaged to represent me in this lawsuit, I do not have any representatives in the State California, nor have I designated an agent for the service of process in California.

4. In addition to my academic practice, I am a practicing psychiatrist in the Commonwealth of Massachusetts. I have only one office, located in Worcester, Massachusetts. All of my current patients reside in the State of Massachusetts.

5. I was not in the State of California on August 23, 2005, October 17, 2005, October 28, 2005, or March 17, 2005. In the last ten years, I have traveled to California on three occasions, never staying in California for more than three days. In March, I attended a meeting in California regarding a new drug (unconnected to CORLUX) for approximately 1 day. In May, I attended the American Psychiatric Association's Annual Meeting for 3 days in San Diego. Approximately 8 years ago, I acted as a consultant for plaintiff Corcept Therapeutics, Inc. ("Corcept"), advising Corcept on the best method of conducting clinical trials of CORLUX. From my experience, I know that CORLUX is a brand name for mifepristone, a potent antagonist of the body's cortisol and progesterone receptors, commonly known as RU-486. In connection with that consultation, I traveled to California for one day in approximately 1999 or

-2-

Declaration of Anthony Rothschild    Case No.: C 07-03795 JW

2000. Having known Dr. Alan Schatzberg since I was a resident at Mclean Hospital in Boston, he and I stayed in contact after he moved to California sometime in 1990 or 1991. Until approximately 2002, I spoke to him several times a month.

6. I was personally served with the First Amended Complaint, attached hereto as Exhibit 1, in the State of Massachusetts. I understand that plaintiffs contend that I posted messages on a Yahoo message board utilizing the screen names "corceptisafraud" and "standfordinsider." I have never registered, nor utilized these screen names. I have never attended school at Stanford University, nor have I ever been employed by Stanford University. I did not post the statements on the Yahoo message board alleged in the First Amended Complaint.

7. From my reading of the First Amended Complaint, I understand that plaintiffs contend that I made, essentially, prank telephone calls to persons in New York, Florida, Texas, Washington DC, and Massachusetts. The First Amended Complaint alleges that I made a prank telephone call to Amy Boyle of the SCIREX corporation. I am not aware of what state Ms. Boyle resides in. I was not the person who made any of these alleged telephone calls. I was not in California on any of the dates that the alleged phone calls were made, specifically, I was not in California on November 15, 2002, May 27, 2003, September 8, 2003, October 8, 2003, October 16, 2003, and September 6, 2005.

8. I am aware that plaintiffs have engaged in years of investigation and discovery, seeking to identify the individual or individuals who posted the allegedly defamatory statements identified in the First Amended Complaint. I have been served with notices and subpoenas in connection with the discovery conducted by plaintiffs. The discovery that plaintiffs have conducted that I am aware of include taking my deposition, searching my work computer, searching my laptop computer, searching my telephone records at work, hiring technology experts to examine my cell phone and pager, subpoenaing documents from Yahoo and other internet providers, and subpoenaing records from the American Psychiatric Association. Yet, plaintiffs still do not have any reasonable basis to contend that I authored the allegedly defamatory postings or made the alleged prank telephone calls, because I did not.

9.  The plaintiffs have provided me with the Yahoo internet postings that are at issue in this case. True and correct copies of those postings provided to me by plaintiffs are attached hereto as Exhibit 2. From my reading of the First Amended Complaint, I understand that plaintiffs allege that the Yahoo posts upon which their claims are based were posted to the internet on March 17, 2005, August 23, 2005, October 17, 2005, and October 28, 2005. I was not in the State of California on any of these dates.

10. It would be a very substantial hardship for me to litigate this matter in California. In my position as a professor at the University of Massachusetts Medical School, I teach medical students and psychiatry residents. In addition, I have a clinical practice where I treat severely ill inpatient and outpatient psychiatric patients. I also am the Principal Investigator on a number of research studies at the medical school involving severely ill psychiatric patients for whom I am responsible. It would be a burden on myself, my patients, and my students if I were forced to travel to California to attend depositions, trial, and otherwise participate in this matter. It would also be an inconvenience and financial hardship for me to repeatedly travel to California to participate in this matter.

11. Other than the instant lawsuit, I have never been sued in California, nor filed suit in California.

12. I do not maintain a website.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed the 7th day of August, 2007 at Worcester, Massachusetts

Anthony J. Rothschild, M.D.

-4-

Declaration of Anthony Rothschild                                    Case No.: C 07-03795 JW

# EXHIBIT 1

Case 5:07-cv-03795-JW   Document 17   Filed 08/08/2007   Page 5 of 20

```
 1  STUART C. CLARK (SBN 124152)
    clark@carrferrell.com
 2  CHRISTINE S. WATSON (SBN 218006)
    cwatson@carrferrell.com
 3  CARR & FERRELL LLP
    2200 Geng Road
 4  Palo Alto, California 94303
    Telephone: (650) 812-3400
 5  Facsimile:  (650) 812-3444

 6  Attorneys for Plaintiffs
    CORCEPT THERAPEUTICS, INC., JOSEPH
 7  K. BELANOFF and ALAN F. SCHATZBERG
```

ENDORSED

2007 JUN 21 P 12:37

A. FLORES

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SANTA CLARA

| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | CASE NO. 1-05-CV-051322<br><br>FIRST AMENDED COMPLAINT FOR DEFAMATION, INFLICTION OF EMOTIONAL DISTRESS, AND INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS |
|---|---|

I. **INTRODUCTION**

1. Plaintiff Corcept Therapeutics, Inc. ("Corcept") is a Menlo Park company that develops drugs for the treatment of severe psychiatric and metabolic diseases. Plaintiffs Belanoff and Schatzberg are co-founders of Corcept, and Belanoff is also the CEO of Corcept. Defendant Anthony Rothschild and DOES 3 through 20, inclusive, are persons and/or business entities who have published defamatory statements concerning plaintiffs on the Internet, and/or have engaged in other conduct harmful to plaintiffs. As a result of such defamatory publications, and the other conduct harmful to plaintiffs that is alleged below, plaintiffs have been damaged. By this action, plaintiffs seek relief in the form of compensation for the injury and damage caused by defendants'

conduct, and punitive damages, as well as interest and costs and such other relief as may be appropriate.

## II. PARTIES

2. Corcept is a Delaware corporation that has its principal place of business in Menlo Park, California. Corcept develops drugs for the treatment of severe psychiatric and metabolic diseases.

3. Plaintiff Joseph K. Belanoff ("Belanoff") is an individual who is a co-founder, Director and the CEO of Corcept. Belanoff lives and works in San Mateo County.

4. Plaintiff Alan F. Schatzberg ("Schatzberg") is an individual who is a co-founder of Corcept. Schatzberg lives and works in Santa Clara County.

5. Plaintiffs are informed and believe, and thereon allege, that defendant Anthony Rothschild ("Rothschild") is an individual who is a professor of psychiatry at the University of Massachusetts Medical School. Rothschild lives and works in Massachusetts.

6. Rothschild is the person previously named in this action as defendant Doe 1, namely the individual who posts messages on the Internet under the name of "corceptisafraud." Plaintiffs by this amended complaint substitute Rothschild for Doe 1.

7. Rothschild is also the person previously named in this action as defendant Doe 2, namely the individual who posts messages on the Internet under the name of "stanfordinsider." Plaintiffs by this amended complaint substitute Rothschild for Doe 2.

8. Plaintiffs are ignorant of the true names or capacities of Does 3 through 20 inclusive, individual and business entity defendants sued herein under fictitious names. Plaintiffs will amend this complaint to allege the true names and capacities of the Does 3 through 20 when ascertained. Each of such defendants is in some way responsible for the wrongful acts complained of below.

## III. GENERAL ALLEGATIONS

9. Corcept is an early stage company. Its primary activities since incorporating include conducting research and development, business and financial planning, raising capital, and overseeing clinical trials. The company's lead product is CORLUX®, targeted for the treatment of the psychotic features of psychotic major depression. The United States Food and Drug

1  Administration has granted "fast track" status to the development program which is evaluating the
2  safety and efficacy of CORLUX for the treatment of psychotic features of psychotic major
3  depression because of the severity of the illness and because no other drugs have been approved for
4  it.

10. Corcept's shares are actively traded, and the average daily number of shares traded has historically been in the region of 50,000. The price of Corcept's shares, and therefore Corcept's market capitalization, has from time to time been depressed by the publication of defamatory statements by defendants.

11. On information and belief, Rothschild registered the log in name "corceptisafraud" with Yahoo!, Inc. on or about March 17, 2005, at which time he falsely represented to Yahoo!, Inc. that his full name was "Mr. Alan Schatzberg" of Los Angeles, and that his alternate email address was "corcept@hotmail.com."

12. On information and belief, Rothschild registered the log in name "stanfordinsider" with Yahoo!, Inc. on or about August 23, 2005, at which time he falsely represented to Yahoo!, Inc. that his full name was "Ms. Melissa Schatzberg" of New York (which is the name of Schatzberg's daughter), and that his alternate email address was corcepttherapeautics@hotmail.com.

13. On information and belief, Rothschild registered the email address "corcept@hotmail.com" with Microsoft/Hotmail on or about March 17, 2005, at which time he falsely represented to Microsoft/Hotmail that his name was "Alan Schatzberg" of California.

14. On information and belief, Rothschild registered the email address "corcepttherapeutics@hotmail.com" with Microsoft/Hotmail on or about August 24, 2005, at which time he falsely represented to Microsoft/Hotmail that his name was "Joe Belanoff" of New York.

IV.  **FIRST CAUSE OF ACTION**
(Defamation - Rothschild)

15. Plaintiffs repeat the allegations of paragraphs 1 through 14, above, as if specifically set out herein.

16. On a number of occasions, including but not limited to March 17, 2005, March 18, 2005 and July 24, 2005, Rothschild published messages on the Yahoo Message Board portion of

the Internet under the Yahoo ID name "corceptisafraud." These statements include the following:

    (a) On March 17, 2005, Defendant Rothschild published the statement that "there is no scientific evidence that [Corcept's] drug, RU-486, works for psychotic depression or anything else for that matter;"

    (b) On March 17, 2005, Defendant Rothschild also stated that "Corcept knows all of this," namely that "there is no scientific evidence that [Corcept's] drug, RU-486, works for psychotic depression or anything else for that matter;" and,

    (c) On March 17, 2005, Defendant Rothschild further stated that "Belanoff [and] Schatzberg ... and other insiders are selling despite the stock selling at record lows. They know the drug does not work and will never be proven to work."

17. The statements described in the preceding paragraph are false, and were false when made.

18. The statements described in paragraph 16, above, were known by Rothschild to be false when made.

19. The statements described in paragraph 16, above, constitute libel per se, because those statements accuse Corcept and Belanoff and Schatzberg of the crime of fraud and impute conduct with reference to Corcept's business which has a natural tendency to injure its business reputation.

20. As a result of the publication of the statements referred to in paragraph 16 above, Corcept and Belanoff and Schatzberg have sustained injury and damage, in California, in an amount according to proof at trial.

21. In publishing the statements described in paragraph 16, above, Rothschild acted willfully, maliciously, oppressively, despicably, and in callous disregard of the rights and interests of Corcept and Belanoff and Schatzberg, thereby entitling Corcept and Belanoff and Schatzberg to exemplary and punitive damages in amounts according to proof at trial.

WHEREFORE, Corcept and Belanoff and Schatzberg pray for judgment as set out in the Prayer, below.

## V.  SECOND CAUSE OF ACTION
(Defamation – Rothschild)

22.  Plaintiffs repeat the allegations of paragraphs 1 through 14, above, as if specifically set out herein.

23.  Rothschild has also published further statements on the Yahoo Message Board portion of the Internet, under the Yahoo ID name "stanfordinsider," including but not limited to the following:

(a)  On August 23, 2005, Rothschild published the following statement on the Yahoo Message Board portion of the Internet:

> I agree with Shockman. The insiders in Corcept know the data, have seen the data. The CEO is a psychiatrist. He has been selling shares as fast as he can. The CEO and the company create press releases to raise the price of the stock and then sell on the news. It strikes me as fraudulent.

(b)  On October 17, 2005, Rothschild published a further statement on the Yahoo Message Board portion of the Internet, parts of which read as follows:

> ... The word here at Stanford in that the Dean of the medical school has hired an outside expert panel to review Schatzberg's use of his Psychiatry Chair position to promote Corcept's drug. My guess is the SEC will son follow. Most of the Psychiatric community believes the drug doesn't work and is not practical; it is unlikely the FDA will ever approve it. The Corcept founders realize this and ... have been selling since the IPO (or having their proxy friends and family selling).

(c)  October 28, 2005, Rothschild published yet another statement on the Yahoo Message Board portion of the Internet with regard to clinical trials being conducted by Corcept, parts of which read as follows:

> ... 4 cardiac related deaths in trial. Believed to be secondary to rise in cortisol in periphery after blockade of central cortisol receptor. ...

24.  The statements in the preceding paragraph are false in all of the following respects:

(a)  Corcept's CEO, Belanoff, was not "selling his shares as fast as he can;"

(b)  Belanoff and Corcept did not "create press releases to raise the price of the

stock and then sell on the news;"

(c) Belanoff and Corcept were not and are not guilty of engaging in fraudulent conduct;

(d) Schatzberg did not "use his Psychiatry Chair position to promote Corcept's drug," and there is no review directed specifically at such non existent activity;

(e) An outside expert panel was not hired specifically to review Schatzberg's use of his Psychiatry Chair position to promote Corcept's drug;

(f) it is not true that RU-486 doesn't work and is not practical; and that it is unlikely the FDA will ever approve it, and it is further not true that Belanoff and Schatzberg as founders of Corcept ever "realized" or believed such allegations to be true;

(g) there were not four cardiac related deaths related to the study drug in the "06" clinical trial conducted by Corcept with regard to the CORLUX product.

25. All of the false statements described in paragraph 24, above, were known by Rothschild to be false when made.

26. All of the false statements described in paragraph 24, above, constitute libel per se, because they accuse plaintiffs of a crime, and/or other immoral and improper conduct, and/or impute conduct with reference to Corcept's business which has a natural tendency to injure its business reputation.

27. As a result of the publication of the statements referred to in paragraph 24, above, Corcept and Belanoff and Schatzberg have sustained injury and damage, in California, in an amount according to proof at trial.

28. In publishing the statements described in paragraph 24, above, Rothschild acted willfully, maliciously, oppressively, despicably, and in callous disregard of the rights and interests of Corcept and Belanoff and Schatzberg, thereby entitling Corcept and Belanoff and Schatzberg to exemplary and punitive damages in an amount according to proof at trial.

WHEREFORE, Corcept and Belanoff and Schatzberg pray for judgment as set out in the Prayer, below.

### VI. THIRD CAUSE OF ACTION
(Intentional Infliction Of Emotional Distress - Rothschild)

29. Plaintiffs repeat the allegations of paragraphs 1 through 14, 16, 17, 23, and 24, above, as if specifically set out herein.

30. Rothschild has since during or about November, 2002 pursued a calculated strategy to inflict emotional distress on Belanoff and Schatzberg by, among other things, engaging in the following conduct:

(a) On or about November 15, 2002, Rothschild called the Hilton Hotel in New York City (where Schatzberg was registered as a guest), claiming to be Dean Pizzo, Dean of the Stanford Medical School, and left a message asking Schatzberg to call Pizzo to discuss conflict of interest allegations with respect to Corcept. Schatzberg called Pizzo only to find that the message was a hoax.

(b) At approximately 11.45 p.m. on May 27, 2003, on arrival at his hotel in Boca Raton, Belanoff was given a message by the hotel staff to call his wife (a Dr. Blenko) at the hospital in connection with an emergency. On calling his wife Belanoff discovered that the message, which on information and belief was left by Rothschild, was a hoax.

(c) On or about September 8, 2003 Rothschild called the office of Dr. Bruce McEwen of Rockefeller University in New York City (where Schatzberg was scheduled to participate in the International Society of Psychoneuroendocrinology meeting), claiming to be Mel Peterson of the New York Times, and left a message asking Schatzberg to call Peterson to discuss conflict of interest allegations with respect to Corcept. Schatzberg called Peterson only to find that there was no such person as Mel Peterson at the New York Times, and that the message was a hoax;

(d) On or about October 8, 2003 Rothschild called the Psychiatry Department of the University of Texas Southwestern Medical Center and, pretending to be Schatzberg, informed the department that Schatzberg was cancelling the

presentation of a paper that he was due to deliver the following day. As a result, when Schatzberg arrived to deliver the paper he discovered that his presentation had been cancelled, as well as his airport pickup and his hotel reservation;

(e) On October 16, 2003 Rothschild called the Grand Hyatt Hotel in Washington, DC and cancelled the hotel reservation of Corcept employee Chuck DeBattista;

(f) Also on October 16, 2003 a person claiming to be "Dr. Patel" called Amy Boyle of the SCIREX Corporation, a clinical research organization utilized by Corcept, and inquired about aspects of FDA testing of a Corcept drug, and about alleged conflicts between SCIREX and Corcept. Later that day the actual Dr. Patel called Boyle, expressing surprise that someone had called pretending to be him, and inquiring whether it was perhaps Rothschild who had called earlier using his name. On information and belief, it was Rothschild who initially called Boyle pretending to be Dr. Patel; and,

(g) On September 6, 2005, Rothschild called the Four Seasons Hotel in Boston, Massachusetts and canceled the hotel reservation of Belanoff. Belanoff was scheduled to give a talk at the Four Seasons Hotel, and that talk had been advertised on Corcept's website; and,

(h) Publishing the statements described in paragraphs 16 and 23, above.

31. The conduct described in the preceding paragraph was outrageous, in that it was deliberately calculated to cause, and did in fact cause, anxiety and/or emotional distress and/or insecurity and/or worry and/or humiliation and/or mental anguish to Schatzberg and Belanoff.

32. In conducting himself in the manner alleged in paragraph 30, above, Rothschild intended to cause emotional distress to Schatzberg and Belanoff, or alternatively Rothschild acted with reckless disregard for the probability that Schatzberg and Belanoff would suffer emotional distress.

33. As a result of Rothschild's conduct alleged in paragraph 30, above, Schatzberg and Belanoff sustained severe emotional distress.

34. As a result of the conduct of Rothschild alleged in paragraph 30, above, Schatzberg and Belanoff have been damaged in an amount according to proof at trial.

35. In conducting himself in the manner described in the allegations supporting this cause of action, Rothschild acted willfully, maliciously, oppressively, despicably, and in callous disregard of the rights and interests of Belanoff and Schatzberg, thereby entitling Belanoff and Schatzberg to exemplary and punitive damages in an amount according to proof at trial.

WHEREFORE, Schatzberg and Belanoff pray for judgment as set out in the Prayer, below.

## VII. FOURTH CAUSE OF ACTION
(Interference With Prospective Economic Relations - Rothschild)

36. Plaintiffs repeat the allegations of paragraphs 1 through 14, 16, 17, 23, 24, and 30, above, as if specifically set out herein.

37. At all material times, and specifically during the period 2003 through 2005, Corcept:

   (a) was in an economic relationship with its shareholders through their shareholdings in Corcept;

   (b) was the potential beneficiary of an economic relationship with prospective future shareholders; and,

   (c) was in relationships with certain universities, professional societies, and other entities that constituted actual or prospective economic relationships that were advantageous to Corcept.

38. Rothschild knew of the actual and prospective relationships referred to in the preceding paragraph.

39. Rothschild conducted himself in the manner described in paragraphs 16, 23, and 30, above, with the intention of disrupting the relationships described in paragraph 37, above.

40. As a result of Rothschild's conduct alleged in the preceding paragraph, the relationships referred to in paragraph 37, above, have been disrupted.

41. As a further result of the disruption of the relations referred to in the preceding paragraph, Corcept has sustained damages, in California, in an amount according to proof at trial.

42. In conducting himself in the manner described in the allegations supporting this

-9-
First Amended Complaint
(Case No. 1-05-CV-051322)

{00243851v1}

1 cause of action, Rothschild acted willfully, maliciously, oppressively, despicably, and in callous
2 disregard of the rights and interests of Corcept, thereby entitling Corcept to exemplary and punitive
3 damages in an amount according to proof at trial.

4    WHEREFORE, Corcept prays for judgment as set out in the Prayer, below.

## VIII. PRAYER

WHEREFORE, Corcept and Belanoff and Schatzberg pray for judgment as follows:

1. On the First Cause of Action, for defamation, for damages according to proof at trial;
2. On the First Cause of Action, for defamation, for punitive damages according to proof at trial;
3. On the Second Cause of Action, for defamation, for damages according to proof at trial;
4. On the Second Cause of Action, for defamation, for punitive damages according to proof at trial;
5. On the Third Cause of Action, for infliction of emotional distress, for damages according to proof at trial;
6. On the Third Cause of Action, for infliction of emotional distress, for punitive damages according to proof at trial;
7. On the Fourth Cause of Action, for interference with prospective economic relations, for damages according to proof at trial;
8. On the Fourth Cause of Action, for interference with prospective economic relations, for punitive damages according to proof at trial;
9. On all claims for damages, for interest at the rate of 10% per year;
10. For costs of suit; and,
11. For such further or alternative relief as may be appropriate.

////
////
////

| | | |
|---|---|---|
| 1 | Dated: June 20, 2007 | CARR & FERRELL LLP |
| 2 | | |
| 3 | | By: /s/ Stuart Clark |
| 4 | | STUART C. CLARK<br>CHRISTINE S. WATSON |
| 5 | | Attorneys for Plaintiffs<br>CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF and ALAN F. SCHATZBERG |

{00243851v1}

-11-

First Amended Complaint
(Case No. 1-05-CV-051322)

# EXHIBIT 2

Yahoo! CORT

Yahoo! My Yahoo! Mail

 Sign In  New User? Sign Up

Search the Web [search]

Message Boards Home - Help

  

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

Options - Edit Public Profile

## Yahoo! Message Boards: CORT

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #: [Go] Reply

Recommend this Post           Ignore this User | Report Abuse

**Update from Grand Rounds**   10/28/05 03:51 pm
by: stanfordinsider           Msg: 278 of 279

ADVERTISEMENT

Cameras     MP3 Players     S

Study 06 has recruited 140 patients. Target=440. Sites not recruiting have been terminated. Trying to bring new sites online.

Cardiac-related deaths in trial. Believed to be secondary to rise in cortisol in periphery after blockade of central cortisol receptor.

Cell Phones    Handbags    La

Trial of Organon's cortisol-recptor antagonist going better.

Message Thread [ View ]          Profanity filter is Off [ Turn On ]

< Previous | Next > [ First | Last | Msg List ] Msg #: [Go] Reply

**CORT Snapshot**
CORT 31-Oct 10:37am (C)Yahoo
5.000
4.995
4.990
4.985
  10am  12pm  2pm  4pm
CORT 4.99 +0.00 +0.00%
[Get Quotes]
Delayed data
providers - disclaimer

[Search]  ⦿ All  ◯ Subject  ◯ Message Text  ◯ Authors

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

Reminder: This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

E-11

Page 1 of 2

Yahoo!   My Yahoo!   Mail

**YAHOO! FINANCE** Message Boards   Sign In   New User? Sign Up

Search the Web 

Message Boards Home - Help

   

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

Options - Edit Public Profile

## Yahoo! Message Boards: CORT

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #[____] [Go] Reply
Recommend this Post            Ignore this User | Report Abuse

**The inside story**                10/17/05 01:22 pm
by: stanfordinsider               Msg: 271 of 283

I worry about my position here at Stanford since it is becoming clear to me that charlie robb is within Corcept (most likely Schatzberg or Belanoff). The word here at Stanford is that the Dean of the medical school has hired an outside expert panel to review Schatzberg's use of his Psychiatry Chair position at Stanford to promote Corcept's drug.
 My guess is the SEC will soon follow. Most of the Psychiatric community believes the drug doesn't work and is not practical; it is unlikely the FDA will ever approve it. The Corcept founders realize this and despite their public endorsements regarding the wonders of RU-486 have been selling since the IPO (or have been having their proxy friends and family selling).

ADVERTISEMENT

FIND THE BALL

**CORT Snapshot**
CORT 14-Nov 2:39pm (C)Yahoo
4.86
4.84
4.82
4.80
  10am   12pm   2pm   4pm
CORT  4.85  +0.03  +0.62%
[ Get Quotes ]
Delayed data
providers - disclaimer

Symbol Lookup

Message Thread [ View ]        Profanity filter is Off [ Turn On ]
< Previous | Next > [ First | Last | Msg List ] Msg #[____] [Go] Reply

[_____] [ Search ]
⦿ All   ○ Subject   ○ Message Text   ○ Authors

Chart, Financials, Historical Prices, Industry, Insider, Mes Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

E-10

http://finance.messages.yahoo.com/bbs?.mm=FN&board=1608284946&tid=cort&sid=16082849...  11/14/2005

Yahoo!  My Yahoo!  Mail

 **Sign In**  New User? Sign Up

Search the Web  Message Boards Home - Help

   

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

Options - Edit Public Profile

## Yahoo! Message Boards: CORT

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #: [    ] Go  Reply
Recommend this Post                     Ignore this User | Report Abuse

**The bottom line**                     08/23/05 10:43 pm
by: stanfordinsider                     Msg: 230 of 283

ADVERTISEMENT

F F F F F F F F F F F F F F F
F F F F F F F F F F F F F F F
F F F F F F F MONKEY F F F
F F F F F F F F F F F F F F F
F F F

I agree with Shockman. The insiders in Corcept know the data, have seen the data. The CEO is a Psychiatrist. He has been selling the shares as fast as he can. The CEO and the company create press releases to raise the price of the stock and then sell on the news. It strikes me as fraudulent.

FIND THE HIDDEN WORD.
1) MONKEY

Message Thread [ View ]        Profanity filter is Off [ Turn On ]
< Previous | Next > [ First | Last | Msg List ] Msg #: [    ] Go  Reply

YAHOO!

---

[_____] Search

⦿ All   ○ Subject   ○ Message Text   ○ Authors

**CORT Snapshot**
CORT 14-Nov 2:39pm (C)Yahoo
4.86
4.84
4.82
4.80
    10am  12pm  2pm  4pm
CORT 4.85 +0.03 +0.62%
[ Get Quotes ]
Delayed data
providers - disclaimer

Symbol Lookup

---

Chart, Financials, Historical Prices, Industry, Insider, Mes Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

E-9