Robert A. Bleicher (Bar No. 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
Anthony Rothschild

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No.: C 07-03795 JW<br><br>**[PROPOSED] ORDER ON DEFENDANT DR. ANTHONY ROTHSCHILD'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:        September 17, 2007<br>Time:       9:00 am<br>Courtroom: 8<br>Judge:       Honorable James Ware |

- 1 -

## ORDER

The motion of Defendant Anthony Rothschild to Dismiss for Lack of Personal Jurisdiction (the "Motion") came on regularly for hearing before this Court on September 17, 2007. The appearances of counsel were noted on the record.

After full consideration of the supporting papers, together with references to supporting evidence and the argument of counsel, the Court finds that there are no grounds for the State of California to exercise personal jurisdiction over defendant Anthony Rothschild, and that the Motion should be granted:

IT IS THEREFORE ORDERED as follows:

1. The Motion is granted.
2. This matter is dismissed without prejudiced.

IT IS SO ORDERED

Dated:_____

_____
UNITED STATES DISTRICT COURT JUDGE

# 4715832_v1