**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., ET AL, | No. C 07-03795 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| ANTHONY ROTHSCHILD, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motions to Dismiss and Motion to Transfer Venue have before Judge James Ware previously noticed for September 17, 2007 at 9:00 AM, have been reset to **November 19, 2007 at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: August 10, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy