# Holland Knight

Tel 213 896 2400
Fax 213 896 2450

Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071-2040
www.hklaw.com

August 23, 2007

**SHELLEY G. HURWITZ**
213-896-2476

Internet Address:
sghurwitz@hklaw.com

Elizabeth Garcia, Clerk to Hon. James Ware
United States District Court
Department 8
280 South 1st Street
San Jose, California 95113

      Re: *Corcept Therapeutics, et. al. v. Anthony Rothschild*
        *Case No. C 07-03795 JW*

Dear Ms. Garcia:

  Filed herewith is Dr. Anthony Rothschild's Special Motion to Strike Pursuant to California's Strategic Lawsuit Against Public Participation (Anti-SLAPP) statute (the "SLAPP Motion"). While the Court has continued the hearing on Dr. Rothschild's previously filed Motion to Dismiss for Lack of Personal Jurisdiction, and Motion to Change Venue to November 19, 2007 to be heard at the Initial Case Management Conference, we have noticed the SLAPP Motion for October 22, 2007 pursuant to California Code of Civil Procedure Section 425.16(f), which provides that:

> The motion shall be scheduled by the clerk of the court for a hearing not more than 30 days after the service of the motion unless the docket conditions of the court require a later hearing.

  We have cleared the October 22, 2007 date with plaintiffs' counsel. While we prefer to have this motion heard as soon as possible, we understand that the court may wish to consolidate the various pending motions. We have scheduled the hearing on the SLAPP Motion for October 22, 2007 to ensure that we are making every effort to comply with C.C.P. §425.16(f). Thank you for your consideration.

              Very truly yours,
              HOLLAND & KNIGHT LLP
              By: _____
                SHELLEY G. HURWITZ

cc. Stuart Clark, counsel for plaintiffs