1  Robert A. Bleicher (Bar No. 111334)
   HOLLAND & KNIGHT LLP
2  50 California Street, 28th Floor
   San Francisco, California 94111
3  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
4
   Shelley G. Hurwitz (SBN 217566)
5  HOLLAND & KNIGHT LLP
   633 W. Fifth Street, 21st Floor
6  Los Angeles, California 90071
   Telephone: (213) 896-2400
7  Facsimile: (213) 896-2450

8  Attorneys for Defendant
   Anthony Rothschild
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No.: C 07-03795 JW<br><br>**DR. ANTHONY ROTHSCHILD'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA'S STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION (ANTI-SLAPP) STATUTE**<br><br>**Date:** October 22, 2007<br>**Time:** 9:00 am<br>**Courtroom:** 8<br>**Judge:** Hon. James Ware<br><br>[Filed concurrently with Memo of Points & Authorities, Declarations of Shelley Hurwitz and Dr. Anthony Rothschild, and Non-Federal Authorities] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, on October 22, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 8 before the Hon. James Ware, located at the United States District Court, 280 South 1st Street, San Jose, CA 95113 defendant Dr. Anthony Rothschild ("Dr. Rothschild") will and hereby does move this Court, pursuant to California Code of Civil Procedure § 425.16, for an order striking the First Amended Complaint in its entirety.

Because plaintiffs' First Amended Complaint arises from Dr. Rothschild's alleged exercise of his free speech rights in connection with a public issue within the protections of § 425.16, the burden shifts to plaintiffs to establish a probability that they will prevail on their claims. §425.15(b)(1). Plaintiffs cannot meet this burden because the First Amended Complaint is barred by the First Amendment and California law for the following reasons:

- Dr. Rothschild did not post the subject Yahoo messages;
- The allegedly defamatory or disparaging statements are constitutionally protected expressions of subjective opinion;
- Plaintiffs will be unable to show that the allegedly defamatory statements are not substantially true; and
- In the alternative, and additionally, under the First Amendment, Plaintiffs are public figures, and they cannot adduce sufficient evidence by which a jury could find, under the applicable clear and convincing standard, that Dr. Rothschild acted with the requisite actual malice.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Dr. Anthony Rothschild, the accompanying Declaration of Shelley Hurwitz with attached exhibits, Non-Federal Authorities, on all matters which this Court may take judicial notice, on all pleadings, files and records in this action, and on such other argument as may be received by the Court at the hearing on this Motion.

For the reasons set forth in the Memorandum of Points and Authorities, Dr. Rothschild respectfully requests that the Court grant this Motion and enter judgment in his favor against

1  Plaintiffs. Dr. Rothschild further requests that this Court award his attorneys' fees and costs
2  incurred in defending this action pursuant to California Civil Code § 425.16(c), which mandates
3  that a prevailing defendant "shall be entitled to recover his or her attorney's fees and costs."[1]
4
5  DATED: August 23, 2007                     Respectfully submitted,
6                                             HOLLAND & KNIGHT LLP
7
8                                             By: _____
9                                                  Robert A. Bleicher
                                                   Shelley G. Hurwitz
10                                            Attorneys for Defendant Anthony Rothschild
11
12
13
14  # 4747458_v1

---

[1] Dr. Rothschild will file an appropriate enumeration of recoverable legal expenses following entry of an order granting this motion and awarding entitlement to fees.