Robert A. Bleicher (SBN 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
Anthony Rothschild

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual,

Plaintiffs,

v.

DOE 1, an individual, DOE 2, an individual, and DOES 3 though 20, inclusive,

Defendants.

Case No.: C 07-03795 JW

**DECLARATION OF DR. ANTHONY ROTHSCHILD, MD IN SUPPORT OF SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA'S STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION (ANTI-SLAPP) STATUTE**

**Date:** October 22, 2007
**Time:** 9:00 am
**Courtroom:** 8
**Judge:** Hon. James Ware

**DECLARATION OF DR. ANTHONY ROTHSCHILD, MD**

I, Anthony Rothschild, declare as follows:

1. I have personal knowledge of the facts stated herein, except for those stated on information and belief, which I am informed and believe are true. I could and would testify to these facts under oath if called upon to do so.

2. I am a Professor and Vice-Chair for Research in the Department of Psychiatry at the University of Massachusetts Medical School. In my position as a professor at the University of Massachusetts Medical School, I teach medical students and psychiatry residents. In addition, I have a clinical practice where I treat severely ill inpatient and outpatient psychiatric patients. I also am the Principal Investigator on a number of research studies at the medical school involving severely ill psychiatric patients for whom I am responsible.

3. I understand that plaintiffs contend in this matter that I posted messages on a Yahoo message board utilizing the screen names "corceptisafraud" and "standfordinsider." I have never registered, nor utilized these screen names. I have never attended school at Stanford University, nor have I ever been employed by Stanford University, nor have I ever had any professional affiliation with Stanford University. I did not post the statements on the Yahoo message board alleged in the First Amended Complaint.

4. From my reading of the First Amended Complaint, I understand that plaintiffs contend that I made, essentially, prank telephone calls to various people, including people in New York, Florida, Texas, Washington DC, and Massachusetts. I was not the person who made any of these alleged telephone calls.

5. I am aware that plaintiffs have engaged in years of investigation and discovery, seeking to identify the individual or individuals who posted the allegedly defamatory statements identified in the First Amended Complaint. I have been served with notices and subpoenas in connection with the discovery conducted by plaintiffs. The discovery that plaintiffs have conducted that I am aware of include taking my deposition on February 13, 2006, searching my

work computer, searching my laptop computer, searching my telephone records at work, hiring technology experts to examine my cell phone and pager, subpoenaing documents from Yahoo and other internet providers, subpoenaing records from hotels, and subpoenaing records from the American Psychiatric Association. Yet, plaintiffs still do not have any reasonable basis to contend that I authored the allegedly defamatory postings or made the alleged prank telephone calls, because I did not.

6. I am aware that Corcept's lead product is a drug named CORLUX, targeted for the treatment of the psychotic features of Psychotic Major Depression. ("PMD"). CORLUX is a brand name for mifepristone, a potent antagonist of the body's cortisol and progesterone receptors, commonly known as RU-486 or the "abortion pill".

7. I am acquainted with the plaintiffs Dr. Joseph Belanoff and Dr. Alan Schatzberg. From my acquaintance with them, I am aware that Dr. Belanoff is a clinical faculty member in the Department of Psychiatry at Stanford University and that Dr. Schatzberg is the Chair of the Department of Psychiatry at Stanford. I am also aware that Dr. Schatzberg developed the patent for CORLUX, and that he assigned that patent to Stanford University.

8. In the 1980s, Dr. Schatzberg and I were both researchers at McLean Hospital in Belmont, Massachusetts. Together, we formed a theory to explain the underlying cause of PMD. We opined that high levels of cortisol might play a key role in PMD. While we hypothesized that RU-486 might effectively treat PMD, restrictions on the "abortion pill" prevented any research. I am aware that after the drug became available under President Clinton, Drs. Schatzberg and Belanoff, then at Stanford, began to test mifepristone on severely depressed patients. A patent dispute then ensued between Stanford and McLean Hospital – Stanford ultimately prevailed.

9. As an active researcher in the field of treatment for PMD, I am aware that the efficacy of CORLUX and the conflicts of interest presented by the financial and academic interests of Drs. Schatzberg and Belanoff have been matters of widespread public debate for many years. The debate regarding its efficacy and the conflicts of Corcept's principals who

authored "academic studies" came to a head in December 2004 when Dr. Bernard Carroll and Dr. Robert Rubin unveiled a poster presentation at the American College of Neuropsychopharmocology Conference entitled "Mifepristone (RU 486) in the Treatment of Psychotic Depression: Re-Evaluation of Published Data." A true and correct copy of Drs. Carroll and Rubin's presentation is submitted herewith as Exhibit 1.

10. I understand that plaintiffs contend that a person using the screen name "standfordinsider" logged onto the Yahoo message board on October 17, 2005 from the Hyatt Regency in Arlington, Virginia, and from a floor of a building in Arlington that houses both One Voice Communications and the offices of the American Psychiatric Association ("APA"). On October 17, 2005, I was in Arlington at a meeting for the APA. I do not know how many members of the APA were present at the APA offices on October 17, 2005. However, the APA occupies several floors of the building, and I am informed and believe that there are approximately 250 employees who work at APA headquarters, including psychiatrists. There were approximately 30 people in attendance at the meeting that I attended. I am informed and believe that at least 25 of the people in attendance were psychiatrists. I do not now, nor have I ever, had access to APA computers.

11. I understand that plaintiffs contend that on November 4, 2005, a person using the screen name "stanfordinsider" posted a message on the Yahoo message board from the Holiday Inn in Pittsburgh. I was not the person who posted this message. On November 4, 2005, I was in Pittsburgh, along with hundreds of other psychiatrists who attended the 5th Annual Meeting of the International College of Geriatric Psychoneuropharmacology. I did not stay at the Holiday Inn during that trip to Pittsburgh. I did not bring my laptop with me to Pittsburgh on that occasion.

//

//

//

//

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed the 23rd day of August, 2007 at Worcester, Massachusetts

Anthony J. Rothschild, M.D.

-5-

Declaration of Anthony Rothschild in Support of Special Motion to Strike

Case No.: C 07-03795 JW

# EXHIBIT 1

# MIFEPRISTONE (RU486) IN THE TREATMENT OF PSYCHOTIC DEPRESSION: RE-EVALUATION OF PUBLISHED DATA

Robert T. Rubin[1] and Bernard J. Carroll[2]

[1]Center for Neurosciences Research,
Allegheny-Singer Research Institute,
320 East North Ave.,
Pittsburgh, PA 15212

[2]Pacific Behavioral Research Foundation,
P.O. Box 223040, Carmel, CA 93922

Poster presented at the 43rd Annual Meeting,
American College of Neuropsychopharmacology,
San Juan, PR, 12-16 December 2004

## Abstract (revised)

Increased HPA axis activity occurs in 30-50% of patients with major depression, more often in psychotic depression. Under the hypothesis that increased HPA axis activity may underlie some of the symptoms of psychotic depression, reduction of the effects of the glucocorticoid, cortisol, have been attempted by suppression of cortisol synthesis and by glucocorticoid receptor blockade.

Mifepristone (RU486), a progesterone receptor inhibitor and glucocorticoid receptor inhibitor at higher doses, is the latest endocrine treatment to be investigated. There have been three published studies to date, all reported as positive (1-3). In the first ($N = 5$), two placebo cells were eliminated *post hoc* because they were considered a drug carryover effect. Our paired-data analysis yielded a clearly nonsignificant mifepristone effect ($p < 0.30$). In the second study ($N = 30$), most subjects did not show increased HPA axis activity, and many failed to show the expected HPA response to mifepristone. And, no statistical analysis of the outcome data was given — our analysis again yielded a clearly nonsignificant mifepristone effect ($p \sim 0.25$). In the third study, mifepristone added to standard treatment of bipolar depression ($N = 20$), significant improvement in mood occurred one week after mifepristone was stopped, but neither immediately after treatment nor two weeks later. Finally, in large, double-blind trials ($N > 200$), only a few patients became asymptomatic, with no significant drug-placebo differences (4,5).

Thus, all the published data on mifepristone to date indicate it is not significantly better than placebo for treating the primary symptoms of psychotic depression. Our re-examination of these data supports the principle that appropriate and thorough statistical analysis of outcomes is needed in all published drug studies to accurately develop a therapeutic profile of a drug, starting with its earliest clinical testing. Additionally, for a drug based on an endocrine principle, internal validation, by endo-crine measures, of the patient sample and its treatment is important.

## Introduction

"Mifepristone (Mifeprex), widely known as the 'abortion pill' RU-486, was approved by the US Food and Drug Administration several years ago as an oral medication for early pregnancy termination and has been used by *millions of patients*. But in addition to its antiprogesterone activities, at higher concentrations mifepristone is a highly selective glucocorticoid receptor antagonist. For many years, the hypothalamic-pituitary-adrenal axis has figured in biological theories of depression, in which hormonal feedback loops may not be functioning properly. In 1985, Schatzberg and coauthors [6] attributed the delusions of psychotic depression to excessive glucocorticoid activity, possibly due to over-production by the adrenal cortex." (7)

**BRIEF REPORTS**

### Rapid Reversal of Psychotic Depression Using Mifepristone

Joseph K. Belanoff, MD, Benjamin H. Flores, MD, Michelle Kalezhan, PhD, Bresna Sund, BS, and Alan F. Schatzberg, MD

*Department of Psychiatry, Stanford University Medical Center, Stanford, California*

The rationale for treating psychotic major depression with glucocorticoid receptor (GR) antagonists is reviewed. Five patients with psychotic major depression were given 600 mg of mifepristone in a 4-day, double-blind, placebo-controlled crossover study. All the patients completed the protocol and adverse effects were not observed or reported. All of the five patients showed substantial improvements in their Hamilton Rating Scale for Depression scores while they were receiving mifepristone, and four of the five patients showed substantial improvement in their Brief Psychiatric Rating Scale scores. Little, if any, improvement was seen with placebo. These preliminary results suggest that short-term use of GR antagonists may be effective in the treatment of psychotic major depression and that additional study, perhaps using higher doses or more treatment days, seems warranted. (J Clin Psychopharmacol 2002;22:516-521)

TABLE 2. Individual HAM-D and BPRS scores*

| | HAM-D | | | BPRS | | |
|---|---|---|---|---|---|---|
| Subject No. | Day 1 | Day [illegible] | Day [illegible] | Day 1 | Day [illegible] | Day [illegible] |
| 1 (mifepristone first) | [illegible] | 21 | [illegible] | [illegible] | [illegible] | [illegible] |
| 2 (placebo first) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 3 (placebo first) | [illegible] | 19 | 17 | [illegible] | [illegible] | [illegible] |
| 4 (placebo first) | [illegible] | [illegible] | 21 | [illegible] | [illegible] | [illegible] |
| 5 (mifepristone first) | 46 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

*HAM-D, Hamilton Rating Scale for Depression; BPRS, Brief Psychiatric Rating Scale.



Report: Mean absolute decline in HAM-D was 8.0 on mifepristone and 1.7 on placebo; $F = 5.01$; $df = 77$ (1,6); $p < 0.07$.

Rubin: Mean absolute decline in HAM-D was 8.0 on mifepristone and 3.6 on placebo; paired $t = 1.28$; $df = 4$; $p < 0.30$

Mean % decline in HAM-D was 24.6 on mifepristone and 15.6 on placebo; paired $t = 0.76$; $df = 4$; $p < 0.50$

Report: Mean absolute decline in BPRS was 10.2 on mifepristone and −0.3 on placebo; no statistical analysis was done.

Rubin: Mean absolute decline in BPRS was 10.2 on mifepristone and 0.2 on placebo; paired $t = 1.74$; $df = 4$; $p < 0.20$

Mean % decline in BPRS was 20.0 on mifepristone and 0.2 on placebo; paired $t = 1.55$; $df = 4$; $p < 0.20$

PRIORITY COMMUNICATION

## An Open Label Trial of C-1073 (Mifepristone) for Psychotic Major Depression*

Joseph K. Belanoff, Anthony J. Rothschild, Frederick Cassidy, Charles DeBattista, Etienne-Emile Baulieu, Clifford Schold, and Alan F. Schatzberg

*Background: The rationale for treating patients with psychotic major depression (PMD) with glucocorticoid receptor (GR) antagonists is explained.*

*Methods: Thirty patients with PMD, with Hamilton Rating Scale for Depression (HAMD-21) scores of 18 or greater, were assigned in an open label trial to receive 50 mg, 600 mg, or 1200 mg of mifepristone for 7 days.*

*Results: All the subjects completed the protocol; there were no dropouts. Side effects were mild and sporadic. Of 19 subjects in the combined 600- and 1200-mg group, 13 had a 30% or greater decline in their Brief Psychiatric Rating Scale (BPRS) scores, compared with 4 of 11 in the 50-mg group. In the 600- and 1200-mg group, 12 of 19 subjects showed a 50% decline in the BPRS positive symptom subscale, a more sensitive index for the symptoms seen in PMD, compared with 3 of 11 in the 50-mg group; 8 of 19 subjects in the 600- and 1200-mg group had a 50% decline in the HAMD-21, compared with 2 of 11 in the 50-mg group.*

*Conclusions: These results suggest that short term use of GR antagonists may be effective in the treatment of psychotic major depression and that further blinded studies are warranted. Biol Psychiatry 2002;52:386–392 © 2002 Society of Biological Psychiatry*

Table 3. Cortisol and Adrenocorticotropic Hormone (ACTH) Measures: C-1073 (Mifepristone) for Psychotic Major Depression by Dose

| | 50 mg n = 11 | 600 mg n = 10 | 1200 mg n = 9 |
|---|---|---|---|
| Baseline cortisol (SD) (µg/dL) | 11.4 (4.1) | 9.3 (4.3) | 8.3 (4.4) |
| Day 7 change from baseline cortisol (SD) | .3 (6.5) | 20.5 (16.8)* | 15.7 (13.5)* |
| Baseline ACTH (SD) (pg/mL) | 23.9 (9.3) | 16.4 (9.7) | 16.4 (7.4) |
| Day 7 change from baseline ACTH (SD) | .5 (9.5) | 19.2 (19.2)* | 15.4 (13.1)* |

*p < .05
†p < .10

Mean baseline plasma cortisol (average of 30-min sampling 1300–1600 h) was *not* elevated in any of the three subject groups.

9/30 subjects had baseline cortisol > 9.7 µg/dl (Halbreich's mean of 6.9 + 1 SD [8])
6/30 subjects had baseline cortisol > 12.5 µg/dl (Halbreich's mean of 6.9 + 2 SD [8])

Mifepristone 50 mg produced no change in cortisol or ACTH.

Mifepristone 600 mg significantly increased both cortisol and ACTH, due to blockade of cortisol receptors and interruption of negative feedback of cortisol at the hippocampus and pituitary.

Mifepristone 1200 mg also significantly increased cortisol and ACTH, to the same degree as the 600 mg dose.

Table 2. Efficacy Measures: C-1073 (Mifepristone) for Psychotic Major Depression by Dose

| | 50 mg | 600 mg | 1200 mg | 600 mg + 1200 mg |
|---|---|---|---|---|
| HAM-D responders | 2/11 (18.2%) | 5/10 (50%) | 3/9 (33%) | 8/19 (42.1%) |
| BPRS responders | 4/11 (36.4%) | 7/10 (70%) | 6/9 (66.7%) | 13/19 (68.4%) |
| BPRS Psychosis Symptom Scale | 3/11 (27.3%) | 6/10 (60%) | 6/9 (66.7%) | 12/19 (63.2%) |

HAM-D, Hamilton Rating Scale for Depression; BPRS, brief psychiatric rating scale.

Report: No statistical analyses done on psychiatric outcome measures

Rubin: Comparison of responders to 50 mg vs responders to 600 + 1200 mg:

- HAM-D (50%): 2/11 vs 8/19; $\chi^2 = 1.65$; $df = 1$; $p \sim 0.25$ (no Yates corr.)
- BPRS (30%): 4/11 vs 13/19; $\chi^2 = 2.83$; $df = 1$; $p \sim 0.08$ (no Yates corr.)
- BPRS-PSS (50%): 3/11 vs 12/19; $\chi^2 = 3.60$; $df = 1$; $p \sim 0.08$ (no Yates corr.)

Carroll: Comparison of HAM-D scores across the three doses in 15 subjects with Δ cortisol > 100% of baseline: $F = 0.142$; $df = 2, 12$; $p \sim 0.90$

Carroll: Comparison of HAM-D responders in 16 subjects with baseline cortisol < 9 and Δ cortisol < 100% vs 5 subjects with baseline cortisol > 9 and Δ cortisol > 100%: Fisher Exact Test; $p \sim 0.60$

Carroll: Comparison of baseline cortisol in 10 HAM-D responders vs 20 HAM-D nonresponders: $t = -1.29$; $df = 28$; $p \sim 0.20$

Carroll: Comparison of baseline cortisol in 17 BPRS responders vs 13 BPRS nonresponders: $t = -0.53$; $df = 28$; $p \sim 0.60$

# Improvements in Neurocognitive Function and Mood Following Adjunctive Treatment with Mifepristone (RU-486) in Bipolar Disorder

Allan H Young*,[1], Peter Gallagher[1], Stuart Watson[1], Dolores Del-Estal[1], Bruce M Owen[1] and I Nicol Ferrier[1]
[1]Stanley Research Centre, School of Neurology, Neurobiology and Psychiatry, University of Newcastle upon Tyne, UK

High cortisol levels are found in severe mood disorders, particularly bipolar disorder. Hypercortisolaemia may cause or exacerbate both neurocognitive impairment and depressive symptoms. We hypothesized that antiglucocorticoid treatments, particularly corticosteroid receptor antagonists, would improve neurocognitive functioning and alleviate depressive symptoms in this disorder. To test this hypothesis 20 bipolar patients were treated with 600 mg/day of the corticosteroid receptor antagonist mifepristone (RU-486) or placebo for 1 week in a double-blind crossover design. Over the total 6 weeks of this study, neurocognitive and neuroendocrine function were evaluated at baseline, days 21 and 42. Mood symptoms were evaluated weekly. Nineteen subjects completed the protocol; there were no drop-outs due to adverse events. Following treatment with mifepristone, selective improvement in neurocognitive functioning was observed. Spatial working memory performance was significantly improved compared to placebo ([illegible] improvement over placebo). Measures of verbal fluency and spatial recognition memory were also improved after mifepristone. Beneficial effects on mood were found: Hamilton Depression Rating Scale scores were significantly reduced compared to baseline (mean reduction of 5.1 points) as were Montgomery–Asberg Depression Rating Scale scores (mean reduction of 6.05 points). No significant change occurred after placebo. These data require replication but provide preliminary evidence that glucocorticoid receptor antagonists may have useful cognitive-enhancing and possibly antidepressant properties in bipolar disorder.

[illegible] advance online publication, 5 May 2004; doi:10.1038/sj.npp.1300471

Keywords: bipolar disorder; antiglucocorticoid; glucocorticoid receptor; cortisol; mood; memory

- 20 bipolar patients on standard pharmacotherapy
  - 17 – mood stabilizer, 13 – antidepressant, 11 – antipsychotic
- Mifepristone (600 mg/day) added for 7 days
  - Double-blind, placebo-controlled crossover design
- 12 neurocognitive measures at baseline and day 21
- 4 mood measures at baseline and days 7, 14, 21
- Significant improvement in spatial working memory (error reduction) at 21 days: Mifepristone 21%, Placebo 12%; $p < .02$
- Significant improvements in mood measures only at day 14
  - HAM-D: 5 points, $p = .02$; MADRS: 6 points, $p < .03$;
  - BPRS: 4 points, $p < .05$
  - No significant mood improvement at day 7 or 21
- No correction of the many significance levels for multiple tests
- Least conservative correction yields all nonsignificant differences

Abstracts of 42nd Annual ACNP Meeting, 2003

43. C-1073 (MIFEPRISTONE) VS. PLACEBO ADD-ON TO TREATMENT AS USUAL IN PATIENTS WITH PSYCHOTIC MAJOR DEPRESSION

Charles DeBattista*

Psychiatry, Stanford University, Stanford, CA

Sponsor: Alan Schatzberg

*[body text largely illegible/redacted]*

## Testimonials to Mifepristone – I

Considerable enthusiasm for mifepristone has been expressed by members of the academic community. Some plaudits have come from individuals with a major financial stake in Corcept Therapeutics, the company attempting to bring mifepristone to market:

Belanoff: *"Rapid reversal of psychotic depression..."* (1)
Corcept co-founder, Chief Executive Officer, and Director; at IPO (5) owned 3,000,000 shares of stock.

Schatzberg: *"...may have more rapid effects than atypical antipsychotic-antidepressant combination..."* (8)

Schatzberg: *"...the equivalent of shock treatments in a pill..."* (10)

Schatzberg: *"ECT in a bottle!"* (7)
Corcept co-founder and Director; at IPO (5) owned 3,000,000 shares of stock; is Chair of Scientific Advisory Board.

6

## Testimonials to Mifepristone – II

Nemeroff: *"...impressive studies indicating...mifepristone is very effective in...psychotic depression."* (11)

Nemeroff: *"...results particularly striking in...consistency and rapidity of response."* (12)

Corcept Scientific Advisory Board member; at IPO (5) held options on 60,000 shares of stock.

DeBattista: *"...cortisol is extremely elevated in psychotically depressed patients."* (13)

Corcept Medical Director; owns undisclosed number of shares of stock.

McEwen: *"it is a good solution and has been used in something called psychotic depression...there is no other treatment available except electroconvulsive shock therapy..."* (14)

Corcept Scientific Advisory Board member; at IPO (5) held options on 60,000 shares of stock.

## Conclusions

In contrast to the aforementioned statements about its impressive utility in rapidly reversing psychotic major depression, the available clinical trials data indicate that mifepristone is of questionable efficacy. In the three published studies to date, there was no significant drug effect when appropriate statistical analyses were applied to the data. In large double-blind trials, only a small number of patients became asymptomatic, with no significant difference between drug and placebo. Furthermore, an endocrine proof of concept (reduction of "extremely elevated" cortisol in psychotic depression) has not been established: Should mifepristone, therefore, be considered "ECT in a bottle"? (15)

## Clinical Drug Trials – Some Lessons Learned

Maintain consistent, clinically salient endpoints.

Conduct appropriate and thorough statistical analyses.

Avoid *post hoc* secondary analyses and anecdotes.

For a drug based on an endocrine principle:

1. Internally validate the patient sample with endocrine measures (e.g., elevated cortisol as a hallmark of psychotic depression).
2. Validate treatment efficacy by relevant endocrine markers (e.g., elevation of ACTH and cortisol by a cortisol receptor antagonist; suppression of cortisol by a synthesis inhibitor).

Avoid exaggerated claims of efficacy.

## References

1. Belanoff JK, Flores BH, Kalezhan M, Sund B, Schatzberg AF (2001) *J Clin Psychopharmacol* 21:516-521.
2. Belanoff JK, Rothschild AJ, Cassidy F, DeBattista C, Baulieu E-E, Schold C, Schatzberg AF (2002) *Biol Psychiatry* 52:386-392.
3. Young AH, Gallagher P, Watson S, Del-Estal D, Owen BM, Ferrier IN (2004) *Neuropsychopharmacology* 29:1538-1545.
4. DeBattista C (2003) Abstr 42nd Annu ACNP Meet, San Juan, PR.
5. Corcept Therapeutics Inc.: *SEC IPO Registration, 10 Feb 04*; Initial Prospectus, 19 Mar 04.
6. Schatzberg AF, Rothschild AJ, Langlais PG, Bird ED, Cole JO (1985) *J Psychiatr Res* 19:57-64.
7. Gelenberg AJ (2003) *Biol Ther Psychiatry* 26:1.
8. Halbreich U, Zumoff B, Kream J, Fukushima DK (1982) *J Clin Endocrinol Metab* 54:1262-1264.
9. Schatzberg AF (2003) *J Clin Psychiatry* 64(suppl 1):19-23.
10. Stanford University School of Medicine, Office of Communications & Public Affairs Press Release, 1 August 2002.
11. Nemeroff CB (2002) *Nature Neurosci* 5(suppl):1068-1070.
12. Nemeroff CB (2002) *Hum Psychopharmacol* 17:S13-S16.
13. DeBattista C quoted in Holden C (2003) *Science* 302:810-813.
14. McEwen BS (4 Dec 2002) Interview: *Fresh Air, National Public Radio.*
15. Rubin RT (2004) *Am J Psychiatry* 161;1722.