Robert A. Bleicher (Bar No. 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
Anthony Rothschild

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No.: C 07-03795 JW<br><br>**DECLARATION OF SHELLEY HURWITZ IN SUPPORT OF DEFENDANT DR. ANTHONY ROTHSCHILD'S SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA'S STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION (ANTI-SLAPP) STATUTE**<br><br>**Date:** October 22, 2007<br>**Time:** 9:00 am<br>**Courtroom:** 8<br>**Judge:** Hon. James Ware<br><br>[Filed concurrently with Notice of Motion, Memo of Points & Authorities, Declaration of Dr. Anthony Rothschild, and Non-Federal Authorities] |

## DECLARATION OF SHELLEY HURWITZ

I, Shelley G. Hurwitz, declare as follows:

1. I am an associate attorney with Holland & Knight LLP and one of the attorneys currently responsible for the representation of Defendant Dr. Anthony Rothschild ("Dr. Rothschild") in this matter. I am licensed to practice law in the State of California and before this Court. I have personal knowledge of the facts stated herein, except for those stated on information and belief, which I am informed and believe are true. I could and would testify to these facts under oath if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of the First Amended Complaint filed by plaintiffs in this matter.

3. Attached hereto as Exhibit 2 are various press releases issued by plaintiff Corcept Pharmaceuticals, Inc. ("Corcept"). These press releases are available on Corcept's website www.corcept.com. I printed the press releases included in Exhibit 2 from www.corcept.com. Also included in Exhibit 2 is an index of the press releases issued by Corcept. This index is also available on www.corcept.com.

4. Attached hereto as Exhibit 3 is a true and correct copy of the article by Nihalani & Schwartz, entitled Drug evaluation: Mifepristone, a glucocorticoid antagonist for the potential treatment of psychotic major depression, published in Current Opinion in Investigational Drugs, 8(7):563-569 (2007).

5. Attached hereto as Exhibit 4 is a true and correct copy of the article by Carroll & Rubin, entitled Is Mifepristone Useful in Psychotic Depression?, published in Neuropsychopharmacology, 31, 2793-2794 (2006).

6. Attached hereto as Exhibit 5 are true and correct copies of various underwriting and brokerage analyst reports regarding Corcept.

7. Attached hereto as Exhibit 6 is a true and correct copy of the article by Paul Jacobs, entitled Science critics make issue of financial ties, published in The San Jose Mercury News, July 10, 2006.

Declaration of Shelley Hurwitz in Support of
Defendant Anthony Rothschild's Special Motion to Strike

Case No.: C 07-03795 JW

8. Attached hereto as Exhibit 7 is a true and correct copy of the "Events Calendar" that appears on Corcept's website www.corcept.com. I printed out this "Events Calendar" from www.corcept.com.

9. Attached hereto as Exhibit 8 is a true and correct copy of The Wall Street Transcript Questioning Market Leaders For Long Term Investors, Company Interview, Corcept Therapeutics Incorporated, Rodman & Renshaw Techvest Healthcare Conference, October 2004.

10. Attached hereto as Exhibit 9 is true and correct copy of Drs. Bernard Carroll and Robert Rubin's poster presentation presented at the American College of Neuropsychopharmocology Conference entitled "Mifepristone (RU 486) in the Treatment of Psychotic Depression: Re-Evaluation of Published Data."

11. Attached hereto as Exhibit 10 are true and correct copies of the following Yahoo message boards postings that plaintiffs allege to be defamatory in this matter: August 23, 2005, October 17, 2005, and October 28, 2005. These postings were attached as exhibits to the deposition of Dr. Anthony Rothschild taken by plaintiffs in this matter.

12. Attached hereto as Exhibit 11 are true and correct copies of print outs from the Yahoo message board demonstrating the titles of various messages posted on the Yahoo message board regarding Corcept and CORLUX, and various postings regarding Corcept and CORLUX. These postings are available on, and were printed from, www.yahoo.com.

13. Attached hereto as Exhibit 12 are true and correct copies of messages posted on http://clinpsyc.blogspot.com, an internet message board entitled "Clinical Psychology and Psychiatry: A Closer Look" which explains that it is dedicated to the discussion of psychotherapy and psychiatry. These messages were printed by accessing http://clinpsyc.blogspot.com.

14. Attached hereto as Exhibit 13 is a true and correct copy of a message posted on http://hcrenewal.blogspot.com, an internet message board entitled "Health Care Renewal" which explains that it addresses "threats to health care's core values, especially those stemming from concentration and abuse of power." This message was printed by accessing http://hcrenewal.blogspot.com.

- 3 -
Declaration of Shelley Hurwitz in Support of
Defendant Anthony Rothschild's Special Motion to Strike
Case No.: C 07-03795 JW

15. Attached hereto as Exhibit 14 is a true and correct copy of a message posted on www.siliconbeat.com. This message was printed by accessing www.siliconbeat.com.

16. Attached hereto as Exhibit 15 is a true and correct copy of the article by Debattista & Belanoff, entitled <u>The use mifepristone in the treatment of neuropsychiatric disorders</u> published in <u>Trends in Endocrinology and Metabolism</u>, Vol. 17, No. 3 April 2006.

17. Attached hereto as Exhibit 16 is a true and correct copy of pertinent excerpts from the article by Dr. Anthony Rothschild entitled <u>Challenges in the Treatment of Depression with Psychotic Features,</u> published in <u>Biological Psychiatry</u>, 2003; 53:680-690 (accepted September 17, 2002).

18. Attached hereto as Exhibit 17 is a true and correct copy of pertinent excerpts from a chapter by Smith, Burke, et. al., entitled <u>Psychosis in Major Depression,</u> published in <u>The Spectrum of Psychotic Discorders: Neurobiology, Etiology and Pathogenesis</u>, 2007.

19. Attached hereto as Exhibit 18 is a true and correct copy of the article by Rubin & Carroll entitled, <u>Claims for mifepristone in neuropsychiatric disorders: commentary on DeBattista and Belanoff, and Neigh and Nemeroff,</u> published in <u>Trends in Endocrinology and Metabolism,</u> Vol. 17, No. 10, October 27, 2006.

20. Attached hereto as Exhibit 19 is a true and correct copy of a printout from www.corcept.com, describing Psychotic Depression.

21. Attached hereto as Exhibit 20 are true and correct copies of pertinent printouts from www.medtrack.com regarding Corcept. MedTrack is a comprehensive database of private and public biomedical companies. A search of the database revealed that on March 23, 2005, Corcept had 23 million shares outstanding. On October 5, 2005, it had approximately 23 million shares outstanding. On August 16, 2005, it had approximately 22 million shares outstanding. Also included in Exhibit 20 is a true and correct copy of an analyst report from Punk Ziegel & Company reporting that as of October 21, 2005, Corcept had approximately 22.7 million shares outstanding. Also included in Exhibit 20 is a true and correct copy of pertinent excerpts from a print out from the

SEC's website, www.secinfo.com of a Form 424B4 filed by Corcept with the SEC, wherein Corcept states that "[a]s of April 30, 2007, we had 34,741,766 shares of common stock outstanding . . ."

22. Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of Christine Watson in Support of Commission, filed by plaintiffs in this matter.

23. Attached hereto as Exhibit 22 is a true and correct copy of a printout from the website of the American Psychiatric Association ("APA"), www.psych.org, reporting that the APA has 35,000 members, and explaining that the APA is a medical specialty society recognized world-wide, specializing in psychiatry. I printed this exhibit by accessing www.psych.org.

24. Attached hereto as Exhibit 23 is true and correct copy of the Declaration of Stuart Clark in Support of Ex Parte Application for Commission to Take Deposition in Massachusetts, filed by plaintiffs in this matter.

25. Attached hereto as Exhibit 24 is a true and correct copy of a letter purporting to be from plaintiff Joseph Belanoff to Yahoo, dated April 1, 2005. This letter was provided to me by plaintiff's counsel, Stuart Clark. I am informed and believe that the alleged March 17, 2005 postings has been deleted from Yahoo's message board, and that it is no longer accesible.

26. Attached hereto as Exhibit 25 is a true and correct copy of a chart listing the daily closing stock price for Corcept from June 1, 2004 to August 1, 2007. This chart was prepared at my direction by compiling the data from Yahoo Finance (http://finance.yahoo.com), which maintains a database of historical stock prices for publicly traded companies like Corcept. Also included in Exhibit 25 is a chart, prepared at my direction, providing a visual presentation of Corcept's stock price from June 1, 2004 to August 1, 2007.

27. Attached hereto as Exhibit 26 are various Statement of Changes in Beneficial Owners Form 4's filed by Joseph Belanoff with the SEC evidencing his sale of Corcept stock. The Form 4's included in Exhibit 26 relate to transactions that occurred on January 19, 2005, February 15, 2005, February 18, 2005, March 22, 2005, May 12, 2005, June 17, 2005, July 25, 2005, August 15, 2005, August 25, 2005, September 13, 2005, March 28, 2005, and September 30, 2005.

28. Attached hereto as Exhibit 27 is a true and correct copy of a printout from Corcept's website, www.corcept.com, wherein Corcept discusses the fact that CORLUX has been granted fast track status by the FDA. I printed out Exhibit 27 by accessing Corcept's website at www.corcept.com.

29. Attached hereto as Exhibit 28 are true and correct copies of pertinent excerpts from the prospectus filed by Corcept on May 15, 2007, evidencing that Dr. Belanoff owns or has control of approximately 2.8 million shares of Corcept (8.1%), while Dr. Schatzberg owns or controls about 2.7 million shares (7.9%).

30. Attached hereto as Exhibit 29 is a true and correct copy of an article by DeBattista & Belanoff entitled Response to Rubin and Carroll, published in Trends in Endocrinology and Metabolism, Vol 17, No. 10, October 31, 2006

31. Attached hereto as Exhibit 30 is a true and correct copy of an article by Nemeroff & Neigh, entitled Response to Rubin and Carroll and Van Den Eede et al., published in Trends in Endocrinology and Metabolism, Vol 17, No. 10, October 30, 2006

32. Attached hereto as Exhibit 31 is a true and correct copy of an article by Erica Goode published in The New York Times on October 22, 2002 entitled Abortion Pill May Help Treat Severe Form of Depression.

33. Attached hereto as Exhibit 32 is a true and correct copy of an article by Alan Schatzberg entitled New Approaches to Managing Psychotic Depression, published in J Clin Psychiatry 2003; 64.

34. Attached hereto as Exhibit 33 is a true and correct copy of an article by Alan Schatzberg, Joseph Belanoff and others entitled Cognitive Changes in Psychotic Major Depression, published in Am J. Psychiatry 2001; 158:1612-1616.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed the 23 day of August, 2007 at Los Angeles, California.

Shelley G. Hurwitz

- 6 -