# EXHIBIT 1

STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF and ALAN F. SCHATZBERG

ENDORSED
2007 JUN 21 P 12: 37
A. FLORESCA

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SANTA CLARA

CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual,

Plaintiffs,

v.

DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,

Defendants.

CASE NO. 1-05-CV-051322

FIRST AMENDED COMPLAINT FOR DEFAMATION, INFLICTION OF EMOTIONAL DISTRESS, AND INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS

## I. INTRODUCTION

1. Plaintiff Corcept Therapeutics, Inc. ("Corcept") is a Menlo Park company that develops drugs for the treatment of severe psychiatric and metabolic diseases. Plaintiffs Belanoff and Schatzberg are co-founders of Corcept, and Belanoff is also the CEO of Corcept. Defendant Anthony Rothschild and DOES 3 through 20, inclusive, are persons and/or business entities who have published defamatory statements concerning plaintiffs on the Internet, and/or have engaged in other conduct harmful to plaintiffs. As a result of such defamatory publications, and the other conduct harmful to plaintiffs that is alleged below, plaintiffs have been damaged. By this action, plaintiffs seek relief in the form of compensation for the injury and damage caused by defendants'

conduct, and punitive damages, as well as interest and costs and such other relief as may be appropriate.

## II. PARTIES

2. Corcept is a Delaware corporation that has its principal place of business in Menlo Park, California. Corcept develops drugs for the treatment of severe psychiatric and metabolic diseases.

3. Plaintiff Joseph K. Belanoff ("Belanoff") is an individual who is a co-founder, Director and the CEO of Corcept. Belanoff lives and works in San Mateo County.

4. Plaintiff Alan F. Schatzberg ("Schatzberg") is an individual who is a co-founder of Corcept. Schatzberg lives and works in Santa Clara County.

5. Plaintiffs are informed and believe, and thereon allege, that defendant Anthony Rothschild ("Rothschild") is an individual who is a professor of psychiatry at the University of Massachusetts Medical School. Rothschild lives and works in Massachusetts.

6. Rothschild is the person previously named in this action as defendant Doe 1, namely the individual who posts messages on the Internet under the name of "corceptisafraud." Plaintiffs by this amended complaint substitute Rothschild for Doe 1.

7. Rothschild is also the person previously named in this action as defendant Doe 2, namely the individual who posts messages on the Internet under the name of "stanfordinsider." Plaintiffs by this amended complaint substitute Rothschild for Doe 2.

8. Plaintiffs are ignorant of the true names or capacities of Does 3 through 20 inclusive, individual and business entity defendants sued herein under fictitious names. Plaintiffs will amend this complaint to allege the true names and capacities of the Does 3 through 20 when ascertained. Each of such defendants is in some way responsible for the wrongful acts complained of below.

## III. GENERAL ALLEGATIONS

9. Corcept is an early stage company. Its primary activities since incorporating include conducting research and development, business and financial planning, raising capital, and overseeing clinical trials. The company's lead product is CORLUX®, targeted for the treatment of the psychotic features of psychotic major depression. The United States Food and Drug

Administration has granted "fast track" status to the development program which is evaluating the safety and efficacy of CORLUX for the treatment of psychotic features of psychotic major depression because of the severity of the illness and because no other drugs have been approved for it.

10. Corcept's shares are actively traded, and the average daily number of shares traded has historically been in the region of 50,000. The price of Corcept's shares, and therefore Corcept's market capitalization, has from time to time been depressed by the publication of defamatory statements by defendants.

11. On information and belief, Rothschild registered the log in name "corceptisafraud" with Yahoo!, Inc. on or about March 17, 2005, at which time he falsely represented to Yahoo!, Inc. that his full name was "Mr. Alan Schatzberg" of Los Angeles, and that his alternate email address was "corcept@hotmail.com."

12. On information and belief, Rothschild registered the log in name "stanfordinsider" with Yahoo!, Inc. on or about August 23, 2005, at which time he falsely represented to Yahoo!, Inc. that his full name was "Ms. Melissa Schatzberg" of New York (which is the name of Schatzberg's daughter), and that his alternate email address was corcepttherapeautics@hotmail.com.

13. On information and belief, Rothschild registered the email address "corcept@hotmail.com" with Microsoft/Hotmail on or about March 17, 2005, at which time he falsely represented to Microsoft/Hotmail that his name was "Alan Schatzberg" of California.

14. On information and belief, Rothschild registered the email address "corcepttherapeutics@hotmail.com" with Microsoft/Hotmail on or about August 24, 2005, at which time he falsely represented to Microsoft/Hotmail that his name was "Joe Belanoff" of New York.

## IV. FIRST CAUSE OF ACTION
(Defamation - Rothschild)

15. Plaintiffs repeat the allegations of paragraphs 1 through 14, above, as if specifically set out herein.

16. On a number of occasions, including but not limited to March 17, 2005, March 18, 2005 and July 24, 2005, Rothschild published messages on the Yahoo Message Board portion of

the Internet under the Yahoo ID name "corceptisafraud." These statements include the following:

(a) On March 17, 2005, Defendant Rothschild published the statement that "there is no scientific evidence that [Corcept's] drug, RU-486, works for psychotic depression or anything else for that matter;"

(b) On March 17, 2005, Defendant Rothschild also stated that "Corcept knows all of this," namely that "there is no scientific evidence that [Corcept's] drug, RU-486, works for psychotic depression or anything else for that matter;" and,

(c) On March 17, 2005, Defendant Rothschild further stated that "Belanoff [and] Schatzberg . . . and other insiders are selling despite the stock selling at record lows. They know the drug does not work and will never be proven to work."

17. The statements described in the preceding paragraph are false, and were false when made.

18. The statements described in paragraph 16, above, were known by Rothschild to be false when made.

19. The statements described in paragraph 16, above, constitute libel per se, because those statements accuse Corcept and Belanoff and Schatzberg of the crime of fraud and impute conduct with reference to Corcept's business which has a natural tendency to injure its business reputation.

20. As a result of the publication of the statements referred to in paragraph 16 above, Corcept and Belanoff and Schatzberg have sustained injury and damage, in California, in an amount according to proof at trial.

21. In publishing the statements described in paragraph 16, above, Rothschild acted willfully, maliciously, oppressively, despicably, and in callous disregard of the rights and interests of Corcept and Belanoff and Schatzberg, thereby entitling Corcept and Belanoff and Schatzberg to exemplary and punitive damages in amounts according to proof at trial.

WHEREFORE, Corcept and Belanoff and Schatzberg pray for judgment as set out in the Prayer, below.

V. SECOND CAUSE OF ACTION
(Defamation – Rothschild)

22. Plaintiffs repeat the allegations of paragraphs 1 through 14, above, as if specifically set out herein.

23. Rothschild has also published further statements on the Yahoo Message Board portion of the Internet, under the Yahoo ID name "stanfordinsider," including but not limited to the following:

(a) On August 23, 2005, Rothschild published the following statement on the Yahoo Message Board portion of the Internet:

> I agree with Shockman. The insiders in Corcept know the data, have seen the data. The CEO is a psychiatrist. He has been selling shares as fast as he can. The CEO and the company create press releases to raise the price of the stock and then sell on the news. It strikes me as fraudulent.

(b) On October 17, 2005, Rothschild published a further statement on the Yahoo Message Board portion of the Internet, parts of which read as follows:

> . . . The word here at Stanford in that the Dean of the medical school has hired an outside expert panel to review Schatzberg's use of his Psychiatry Chair position to promote Corcept's drug. My guess is the SEC will son follow. Most of the Psychiatric community believes the drug doesn't work and is not practical; it is unlikely the FDA will ever approve it. The Corcept founders realize this and . . . have been selling since the IPO (or having their proxy friends and family selling).

(c) October 28, 2005, Rothschild published yet another statement on the Yahoo Message Board portion of the Internet with regard to clinical trials being conducted by Corcept, parts of which read as follows:

> . . . 4 cardiac related deaths in trial. Believed to be secondary to rise in cortisol in periphery after blockade of central cortisol receptor. . . .

24. The statements in the preceding paragraph are false in all of the following respects:

(a) Corcept's CEO, Belanoff, was not "selling his shares as fast as he can;"

(b) Belanoff and Corcept did not "create press releases to raise the price of the

stock and then sell on the news;"

(c) Belanoff and Corcept were not and are not guilty of engaging in fraudulent conduct;

(d) Schatzberg did not "use his Psychiatry Chair position to promote Corcept's drug," and there is no review directed specifically at such non existent activity;

(e) An outside expert panel was not hired specifically to review Schatzberg's use of his Psychiatry Chair position to promote Corcept's drug;

(f) it is not true that RU-486 doesn't work and is not practical; and that it is unlikely the FDA will ever approve it, and it is further not true that Belanoff and Schatzberg as founders of Corcept ever "realized" or believed such allegations to be true;

(g) there were not four cardiac related deaths related to the study drug in the "06" clinical trial conducted by Corcept with regard to the CORLUX product.

25. All of the false statements described in paragraph 24, above, were known by Rothschild to be false when made.

26. All of the false statements described in paragraph 24, above, constitute libel per se, because they accuse plaintiffs of a crime, and/or other immoral and improper conduct, and/or impute conduct with reference to Corcept's business which has a natural tendency to injure its business reputation.

27. As a result of the publication of the statements referred to in paragraph 24, above, Corcept and Belanoff and Schatzberg have sustained injury and damage, in California, in an amount according to proof at trial.

28. In publishing the statements described in paragraph 24, above, Rothschild acted willfully, maliciously, oppressively, despicably, and in callous disregard of the rights and interests of Corcept and Belanoff and Schatzberg, thereby entitling Corcept and Belanoff and Schatzberg to exemplary and punitive damages in an amount according to proof at trial.

WHEREFORE, Corcept and Belanoff and Schatzberg pray for judgment as set out in the Prayer, below.

VI. THIRD CAUSE OF ACTION
(Intentional Infliction Of Emotional Distress - Rothschild)

29. Plaintiffs repeat the allegations of paragraphs 1 through 14, 16, 17, 23, and 24, above, as if specifically set out herein.

30. Rothschild has since during or about November, 2002 pursued a calculated strategy to inflict emotional distress on Belanoff and Schatzberg by, among other things, engaging in the following conduct:

(a) On or about November 15, 2002, Rothschild called the Hilton Hotel in New York City (where Schatzberg was registered as a guest), claiming to be Dean Pizzo, Dean of the Stanford Medical School, and left a message asking Schatzberg to call Pizzo to discuss conflict of interest allegations with respect to Corcept. Schatzberg called Pizzo only to find that the message was a hoax.

(b) At approximately 11.45 p.m. on May 27, 2003, on arrival at his hotel in Boca Raton, Belanoff was given a message by the hotel staff to call his wife (a Dr. Blenko) at the hospital in connection with an emergency. On calling his wife Belanoff discovered that the message, which on information and belief was left by Rothschild, was a hoax.

(c) On or about September 8, 2003 Rothschild called the office of Dr. Bruce McEwen of Rockefeller University in New York City (where Schatzberg was scheduled to participate in the International Society of Psychoneuroendocrinology meeting), claiming to be Mel Peterson of the New York Times, and left a message asking Schatzberg to call Peterson to discuss conflict of interest allegations with respect to Corcept. Schatzberg called Peterson only to find that there was no such person as Mel Peterson at the New York Times, and that the message was a hoax;

(d) On or about October 8, 2003 Rothschild called the Psychiatry Department of the University of Texas Southwestern Medical Center and, pretending to be Schatzberg, informed the department that Schatzberg was cancelling the

presentation of a paper that he was due to deliver the following day. As a result, when Schatzberg arrived to deliver the paper he discovered that his presentation had been cancelled, as well as his airport pickup and his hotel reservation;

(e) On October 16, 2003 Rothschild called the Grand Hyatt Hotel in Washington, DC and cancelled the hotel reservation of Corcept employee Chuck DeBattista;

(f) Also on October 16, 2003 a person claiming to be "Dr. Patel" called Amy Boyle of the SCIREX Corporation, a clinical research organization utilized by Corcept, and inquired about aspects of FDA testing of a Corcept drug, and about alleged conflicts between SCIREX and Corcept. Later that day the actual Dr. Patel called Boyle, expressing surprise that someone had called pretending to be him, and inquiring whether it was perhaps Rothschild who had called earlier using his name. On information and belief, it was Rothschild who initially called Boyle pretending to be Dr. Patel; and,

(g) On September 6, 2005, Rothschild called the Four Seasons Hotel in Boston, Massachusetts and canceled the hotel reservation of Belanoff. Belanoff was scheduled to give a talk at the Four Seasons Hotel, and that talk had been advertised on Corcept's website; and,

(h) Publishing the statements described in paragraphs 16 and 23, above.

31. The conduct described in the preceding paragraph was outrageous, in that it was deliberately calculated to cause, and did in fact cause, anxiety and/or emotional distress and/or insecurity and/or worry and/or humiliation and/or mental anguish to Schatzberg and Belanoff.

32. In conducting himself in the manner alleged in paragraph 30, above, Rothschild intended to cause emotional distress to Schatzberg and Belanoff, or alternatively Rothschild acted with reckless disregard for the probability that Schatzberg and Belanoff would suffer emotional distress.

33. As a result of Rothschild's conduct alleged in paragraph 30, above, Schatzberg and Belanoff sustained severe emotional distress.

34. As a result of the conduct of Rothschild alleged in paragraph 30, above, Schatzberg and Belanoff have been damaged in an amount according to proof at trial.

35. In conducting himself in the manner described in the allegations supporting this cause of action, Rothschild acted willfully, maliciously, oppressively, despicably, and in callous disregard of the rights and interests of Belanoff and Schatzberg, thereby entitling Belanoff and Schatzberg to exemplary and punitive damages in an amount according to proof at trial.

WHEREFORE, Schatzberg and Belanoff pray for judgment as set out in the Prayer, below.

VII. FOURTH CAUSE OF ACTION
(Interference With Prospective Economic Relations - Rothschild)

36. Plaintiffs repeat the allegations of paragraphs 1 through 14, 16, 17, 23, 24, and 30, above, as if specifically set out herein.

37. At all material times, and specifically during the period 2003 through 2005, Corcept:

(a) was in an economic relationship with its shareholders through their shareholdings in Corcept;

(b) was the potential beneficiary of an economic relationship with prospective future shareholders; and,

(c) was in relationships with certain universities, professional societies, and other entities that constituted actual or prospective economic relationships that were advantageous to Corcept.

38. Rothschild knew of the actual and prospective relationships referred to in the preceding paragraph.

39. Rothschild conducted himself in the manner described in paragraphs 16, 23, and 30, above, with the intention of disrupting the relationships described in paragraph 37, above.

40. As a result of Rothschild's conduct alleged in the preceding paragraph, the relationships referred to in paragraph 37, above, have been disrupted.

41. As a further result of the disruption of the relations referred to in the preceding paragraph, Corcept has sustained damages, in California, in an amount according to proof at trial.

42. In conducting himself in the manner described in the allegations supporting this

cause of action, Rothschild acted willfully, maliciously, oppressively, despicably, and in callous disregard of the rights and interests of Corcept, thereby entitling Corcept to exemplary and punitive damages in an amount according to proof at trial.

WHEREFORE, Corcept prays for judgment as set out in the Prayer, below.

## VIII. PRAYER

WHEREFORE, Corcept and Belanoff and Schatzberg pray for judgment as follows:

1. On the First Cause of Action, for defamation, for damages according to proof at trial;

2. On the First Cause of Action, for defamation, for punitive damages according to proof at trial;

3. On the Second Cause of Action, for defamation, for damages according to proof at trial;

4. On the Second Cause of Action, for defamation, for punitive damages according to proof at trial;

5. On the Third Cause of Action, for infliction of emotional distress, for damages according to proof at trial;

6. On the Third Cause of Action, for infliction of emotional distress, for punitive damages according to proof at trial;

7. On the Fourth Cause of Action, for interference with prospective economic relations, for damages according to proof at trial;

8. On the Fourth Cause of Action, for interference with prospective economic relations, for punitive damages according to proof at trial;

9. On all claims for damages, for interest at the rate of 10% per year;

10. For costs of suit; and,

11. For such further or alternative relief as may be appropriate.

////

////

////

Dated: June 20, 2007

CARR & FERRELL *LLP*

By: [signature]
STUART C. CLARK
CHRISTINE S. WATSON

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF and ALAN F. SCHATZBERG

# EXHIBIT 2

## Corcept Therapeutics

### Press Releases

| Date | Title |
|---|---|
| 07/25/07 | Corcept Therapeutics and Xceleron Sign Agreement for Microdosing Study Using Accelerator Mass Spectrometry |
| 07/09/07 | Corcept Therapeutics Receives Orphan Drug Designation for Corlux® Treatment of Cushing's Syndrome |
| 06/21/07 | Corcept Therapeutics Announces Positive Results from its Proof of Concept Study Evaluating the Ability of CORLUX® to Mitigate Weight Gain Associated With Olanzapine |
| 05/14/07 | Corcept Therapeutics Announces First Quarter 2007 Results |
| 04/04/07 | Nasdaq Panel Grants Corcept Therapeutics' Request for Listing on the Nasdaq Capital Market |
| 03/30/07 | Corcept Therapeutics Announces $9 Million Private Equity Financing |
| 03/28/07 | Corcept Therapeutics Announces Chief Financial Officer Resignation |
| 03/28/07 | Corcept Therapeutics Announces Fourth Quarter 2006 Results |
| 03/19/07 | Corcept Therapeutics Announces Phase 3 Study Evaluating Corlux for Psychotic Major Depression Misses Primary Endpoint |
| 01/16/07 | Corcept Therapeutics Regains Compliance with Nasdaq Minimum Bid Price Rule |
| 12/27/06 | Corcept Therapeutics Receives Nasdaq Notice of Non-Compliance. Company Appeals to Nasdaq Listing Qualifications Panel |
| 12/15/06 | Corcept Therapeutics Completes $3 Million Private Equiity Financing |
| 11/17/06 | Corcept Therapeutics Receives Nasdaq Delisting Notification |
| 11/15/06 | Corcept Therapeutics Announces $3 Million Private Equity Financing |
| 11/13/06 | Corcept Therapeutics Completes Enrollment in Third Phase 3 Study for Treating Psychotic Major Depression |
| 11/8/06 | Corcept Therapeutics Announces Third |

| | |
|---|---|
| | Quarter 2006 Results |
| 9/29/06 | Corcept Therapeutics Announces Negative Results from the Second of Three Phase 3 Studies Evaluating Corlux® for Treating the Psychotic Features of Psychotic Major Depression |
| 9/11/06 | Corcept Therapeutics to present at Merriman Curhan Ford 3rd Annual Investor Summit on September 18, 2006 |
| 9/05/06 | Corcept Therapeutics to present at Bear Stearns 19th Annual Healthcare Conference on September 12, 2006 |
| 8/30/06 | Corcept Therapeutics to present at Thomas Weisel Partners Healthcare Conference on September 7, 2006 |
| 8/25/06 | Corcept Therapeutics Announces Negative Results from the First of Three Phase 3 Studies Evaluating Corlux® for Treating the Psychotic Features of Psychotic Major Depression |
| 8/10/06 | Corcept Therapeutics Announces Second Quarter 2006 Results |
| 8/7/06 | Corcept Therapeutics Announces Publication of Phase 2 Clinical Study Results in the Journal of Biological Psychiatry |
| 7/7/06 | Corcept Therapeutics to Present at C.E. Unterberg, Towbin Emerging Growth Conference on July 11, 2006 |
| 5/22/06 | Corcept Therapeutics Completes Enrollment in Second Phase 3 Study for Treating Psychotic Major Depression |
| 5/09/06 | Corcept Therapeutics Announces First Quarter 2006 Results |
| 5/01/06 | Corcept Therapeutics Completes Enrollment in Phase 3 Study for Treating Psychotic Major Depression |
| 3/08/06 | Corcept Therapeutics Announces Fourth Quarter 2005 Results |
| 2/06/06 | Corcept Therapeutics Announces Allowance of European Patent Covering Use of GR-II Antagonists to Treat the Psychotic Features of Psychotic Major Depression |
| 11/08/05 | Corcept Therapeutics Announces Third Quarter 2005 Results |
| 11/02/05 | Corcept Therapeutics to Present at Rodman & Renshaw Techvest 7th Annual Healthcare Conference on November 9, 2005 |
| 10/21/05 | Lilly to Support Corcept's Clinical Study Evaluating the Ability of a GR-II Antagonist to |

| | |
|---|---|
| | Mitigate the Weight Gain Associated with Use of Atypical Antipsychotic Medications |
| 10/19/05 | Corcept Therapeutics to Present at C.E. Unterberg, Towbin Emerging Growth Life Sciences Conference on October 26, 2005 |
| 09/26/05 | Corcept Announces Revised Reporting Dates for One of Its Three Phase III Clinical Trials |
| 09/26/05 | Corcept Closes Enrollment of Proof of Concept Clinical Study Evaluating Corlux® in Alzheimer's Disease |
| 08/31/05 | Corcept Therapeutics to Present at Thomas Weisel Partners Healthcare Conference on September 7, 2005 |
| 08/9/05 | Corcept Therapeutics Announces Second Quarter 2005 Results |
| 06/8/05 | Corcept Therapeutics to Present at Thomas Weisel Partners Growth Forum on June 13, 2005 |
| 05/11/05 | Corcept Therapeutics Announces First Quarter 2005 Results |
| 05/04/05 | Corcept Therapeutics Initiates Third Phase III Trial of Corlux® |
| 04/18/05 | Corcept Preclinical Trials Show Corlux® Prevents Weight Gain Associated with Use of Olanzapine, the Active Ingredient in Zyprexa® |
| 03/03/05 | Corcept Therapeutics Announces Fourth Quarter 2004 Results |
| 02/22/05 | Corcept Therapeutics to Present at Wells Fargo Securities HealthCare Forum on March 1, 2005 |
| 12/06/04 | Corcept Therapeutics to Present at Harris Nesbitt "Focus on Healthcare" Investor Conference on December 8, 2004 |
| 10/28/04 | Corcept Therapeutics announces Third Quarter 2004 results |
| 10/26/04 | Corcept Therapeutics announces resolution of patent inventorship dispute |
| 10/19/04 | Corcept Therapeutics commences second pivotal Phase III clinical trial of Corlux™ |
| 10/12/04 | Corcept Therapeutics appoints James A. Harper to Board of Directors |
| 8/30/04 | Corcept Therapeutics receives special protocol assessment from FDA for two pivotal Phase III trials of Corlux™ |
| 8/9/04 | Corcept Therapeutics announces Second Quarter Results |
| 7/26/04 | Corcept Therapeutics appoints David L. |

| | |
|---|---|
| | Mahoney to Board of Directors |
| 5/26/04 | Corcept Therapeutics announces First Quarter 2004 Results |
| 5/3/04 | Corcept Therapeutics presents results of clinical study at the 59th Annual Society of Biological Psychiatry Conference |
| 4/14/04 | Corcept Therapeutics announces Initial Public Offering |
| 2/10/04 | Corcept Therapeutics files registration statement for Initial Public Offering |

The documents contained in this website include forward-looking statements (within the meaning of the Private Securities Litigation Reform Act of 1995) that involve substantial risks and uncertainties. All statements, other than statements of historical facts, included on this web site regarding our strategy, future operations, future financial position, future revenues, projected costs, prospects, plans and objectives of management are forward-looking statements. The words "anticipates," "believes," "estimates," "expects," "intends," "may," "plans," "projects," "will," "would" and similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain these identifying words. We may not actually achieve the plans, intentions or expectations disclosed in our forward-looking statements and you should not place undue reliance on our forward-looking statements. Actual results or events could differ materially from the plans, intentions and expectations disclosed in the forward-looking statements we make. There are a number of important factors that could cause Corcept's actual results to differ materially from those indicated by such forward-looking statements. You should consult our Registration on Form S-1 and subsequent reports filed with the SEC. We disclaim any intention or obligation to update any forward-looking statements as a result of developments occurring after the date any such statement was first made.



## Press Release

CONTACT:
Fred Kurland
Chief Financial Officer
Corcept Therapeutics
650-327-3270
IR@corcept.com
www.corcept.com

**CORCEPT THERAPEUTICS ANNOUNCES NEGATIVE RESULTS FROM THE FIRST OF THREE PHASE 3 STUDIES EVALUATING CORLUX® FOR TREATING THE PSYCHOTIC FEATURES OF PSYCHOTIC MAJOR DEPRESSION**

*Management will host a conference call and live webcast on August 25 at 9:00 a.m. EDT*

**MENLO PARK, Calif., (August 10, 2006)** – Corcept Therapeutics, Incorporated (NASDAQ: CORT), today announced that the first of its three Phase 3 trials evaluating CORLUX for treating the psychotic features of Psychotic Major Depression (PMD) was negative.

Study 07 was a randomized, double-blind, placebo-controlled study. The primary endpoint, a responder analysis, was the proportion of patients with at least a 50 percent improvement in the Brief Psychiatric Rating Scale Positive Symptom Subscale (BPRS PSS) at both Day 7 and Day 56. Specifically, the BPRS is an 18-item rating instrument used to assess psychopathology, and the PSS is a subset of four items in the BPRS that specifically measure psychosis. The study revealed that 30.5 percent of the patients receiving CORLUX and 28.6 percent of the patients receiving placebo were responders (p value = .762). The two key secondary endpoints of Study 07 were similarly negative.

"There was an unusually high placebo response rate in this trial." noted Robert L. Roe, M.D., Corcept's President and head of development, "At Day 56, for example, approximately 80 percent of the patients in both of the arms of the study were responders as measured by a 50 percent improvement in BPRS PSS score."

"While we are of course disappointed by these results, we have two other Phase 3 trials under way," said Joseph K. Belanoff, M.D., Corcept's Chief Executive Officer. "Next month, we expect to announce the results of Study 09, which completed its enrollment of 247 patients in late May. We continue to enroll patients in Study 06 and expect to announce the results of this trial by the end of this year or early next year."

Commenting on Corcept's financial guidance, Fred Kurland, Corcept's Chief Financial Officer, stated, "Based on the timeline of our clinical development program, we expect that our available cash and marketable securities, which were $17.5 million at June 30, 2006, will enable us to complete and announce the results of our two remaining Phase 3 clinical studies."

**Conference Call and Live Webcast on August 25, 2006**

Management will host a conference call on August 25, 2006 at 9:00 a.m. EDT to provide an update on its PMD clinical program. To participate, please dial 800-867-0448 for domestic calls or 303-262-2140 for international calls. A telephone replay will also be available by dialing 800-405-2236 for domestic calls or 303-590-3000 for international calls. The access code is 11069588. The replay will be available until 4:00 p.m. EDT on September 12, 2006.
A live webcast of the conference call can be accessed at www.corcept.com. The event will be archived and available for replay until 4:00 p.m. EDT on September 12, 2006.

**About Psychotic Major Depression**

PMD is a serious psychiatric disorder that affects about three million people in the United States every year. It is more prevalent than either schizophrenia or manic depression. The disorder is characterized by severe depression accompanied by delusions, hallucinations or both. People with PMD are approximately 70 times more likely to commit suicide than the general population and often require lengthy and expensive hospital stays. There is no FDA-approved treatment for PMD.

**About Corcept Therapeutics Incorporated**

Corcept Therapeutics Incorporated is a pharmaceutical company focused on developing drugs for treating severe psychiatric and neurological diseases. Corcept's lead product, CORLUX, is in Phase 3 clinical trials for treating the psychotic features of PMD. The drug is administered orally to PMD patients once per day for seven days. CORLUX, a potent GR-II antagonist, appears to reduce the effects of the elevated and abnormal release patterns of cortisol seen in PMD. The company has also initiated a proof-of-concept study to evaluate the ability of CORLUX to mitigate weight gain associated with the use of olanzapine. For more information, please visit www.corcept.com.

**Forward-looking Statements**

Statements made in this news release - other than statements of historical fact - are forward-looking statements. These include information relating to Corcept's PMD clinical development program, the timing of the completion of pivotal Phase 3 trials and projections of the availability of cash. Forward-looking statements are subject to a number of known and unknown risks and uncertainties that might cause actual results to differ materially from those expressed or implied here. For example, there can be no assurances on the efficacy, safety, enrollment completion or success of clinical trials; the regulatory process or regulatory approvals; commercial success; in addition, financial projections and trial timetables may not be accurate. Risk factors are explained in the company's SEC filings, all of which are available from its Web site (www.corcept.com) or from the SEC's Web site (www.sec.gov). The company does not have any intention or duty to update forward-looking statements made in this news release.




**Press Release**

CONTACT:
Fred Kurland
Chief Financial Officer
Corcept Therapeutics
650-327-3270
IR@corcept.com
www.corcept.com

## Corcept Therapeutics Announces Negative Results from the Second of Three Phase 3 Studies Evaluating Corlux® for Treating the Psychotic Features of Psychotic Major Depression

*Management will host a conference call and live webcast on September 29 at 9:00 a.m. EDT*

**MENLO PARK (September 29, 2006)** – Corcept Therapeutics Incorporated (NASDAQ: CORT), today announced that the second of its three Phase 3 trials evaluating CORLUX for treating the psychotic features of Psychotic Major Depression (PMD) was negative.

Study 09 was a randomized, double-blind, placebo-controlled study. The primary endpoint, a responder analysis, was the proportion of patients with at least a 50 percent improvement in the Brief Psychiatric Rating Scale Positive Symptom Subscale (BPRS PSS) at both Day 7 and Day 28. Specifically, the BPRS is an 18-item rating instrument used to assess psychopathology, and the PSS is a subset of four items in the BPRS that specifically measure psychosis. The study revealed no meaningful separation in response between patients receiving CORLUX and patients receiving placebo. The two key secondary endpoints of Study 09 were similarly negative.

"As was the case in Study 07, our previously announced Phase 3 clinical trial, there was an unusually high placebo response rate in Study 09." noted Robert L. Roe, M.D., Corcept's President and head of Development. "At Day 56, for example, approximately 95 percent of the patients in both of the arms of the study were responders as measured by a 50 percent improvement in BPRS PSS score."

"Although not the primary or a key secondary endpoint, it is interesting to note that there was a statistically significant separation between the CORLUX and placebo groups on an endpoint commonly used to measure the efficacy of antipsychotic and antidepressant medications, change from baseline to study end, in this case, Day 56," said Joseph K. Belanoff, M.D., Corcept's Chief Executive Officer. "However, because of the already high degree of response in the placebo group, it is difficult to determine how much additional clinical utility is conferred by this finding."

Corcept now has one Phase 3 study in progress. "We continue to enroll patients in Study 06 and expect to announce the results of this trial early next year." said Dr. Belanoff.

Commenting on Corcept's financial guidance, Fred Kurland, Corcept's Chief Financial Officer, stated, "Based on the timeline of our clinical development program, we expect that

our available cash and marketable securities, which were $17.5 million at June 30, 2006, will enable us to complete and announce the results of our remaining Phase 3 clinical study."

**Conference Call and Live Webcast on September 29, 2006**
Management will host a conference call on September 29, 2006 at 9:00 a.m. EDT to provide an update on its PMD clinical program. To participate, please dial 800-257-2101 for domestic calls or 303-262-2130 for international calls. A telephone replay will also be available by dialing 800-405-2236 for domestic calls or 303-590-3000 for international calls. The access code is 11072650. The replay will be available until 4:00 p.m. EDT on October 13, 2006.

A live webcast of the conference call can be accessed at www.corcept.com. The event will be archived and available for replay until 4:00 p.m. EDT on October 13, 2006.
About Psychotic Major Depression

PMD is a serious psychiatric disorder that affects about three million people in the United States every year. It is more prevalent than either schizophrenia or manic depression. The disorder is characterized by severe depression accompanied by delusions, hallucinations or both. People with PMD are approximately 70 times more likely to commit suicide than the general population and often require lengthy and expensive hospital stays. There is no FDA-approved treatment for PMD.

**About Corcept Therapeutics Incorporated**

Corcept Therapeutics Incorporated is a pharmaceutical company focused on developing drugs for treating severe psychiatric and neurological diseases. Corcept's lead product, CORLUX, is in Phase 3 clinical trials for treating the psychotic features of PMD. The drug is administered orally to PMD patients once per day for seven days. CORLUX, a potent GR-II antagonist, appears to reduce the effects of the elevated and abnormal release patterns of cortisol seen in PMD. The company has also initiated a proof-of-concept study to evaluate the ability of CORLUX to mitigate weight gain associated with the use of olanzapine. For more information, please visit www.corcept.com.

**Forward-looking Statements**

Statements made in this news release – other than statements of historical fact – are forward-looking statements. These include information relating to Corcept's PMD clinical development program, the timing of the completion of its remaining pivotal Phase 3 trial and projections of the availability of cash. Forward-looking statements are subject to a number of known and unknown risks and uncertainties that might cause actual results to differ materially from those expressed or implied here. For example, there can be no assurances on the efficacy, safety, enrollment completion or success of clinical trials; the regulatory process or regulatory approvals; or commercial success. In addition, financial projections and trial timetables may not be accurate. Risk factors are explained in the company's SEC filings, all of which are available from its Web site (www.corcept.com) or from the SEC's Web site (www.sec.gov). The company does not have any intention or duty to update forward-looking statements made in this news release.



**Press Release**

CONTACT:
Fred Kurland
Chief Financial Officer
Corcept Therapeutics
650-327-3270
IR@corcept.com
www.corcept.com

**CORCEPT THERAPEUTICS ANNOUNCES PHASE 3 STUDY EVALUATING CORLUX® FOR PSYCHOTIC MAJOR DEPRESSION MISSES PRIMARY ENDPOINT**

**STATISTICALLY SIGNIFICANT CORRELATION BETWEEN PLASMA LEVELS AND CLINICAL OUTCOME ACHIEVED DURING TREATMENT**

Management will host a conference call and live webcast on March 20, 2007 at 9:00 a.m. EDT

**MENLO PARK, Calif. (March 19, 2007)** – Corcept Therapeutics Incorporated (NASDAQ: CORT), today announced that Study 06, the last of three Phase 3 trials evaluating CORLUX for treating the psychotic features of Psychotic Major Depression (PMD), did not achieve statistical significance with respect to its primary endpoint. However, there was a statistically significant correlation between plasma levels and clinical outcome achieved during treatment. Further, the company reported that the incidence of serious adverse events did not differ between placebo and any of the three CORLUX dose groups.

Patients whose plasma levels rose above a predetermined threshold statistically separated from both those whose plasma levels were below the threshold and those patients who received placebo. This confirmed a similar finding in Study 07, another Phase 3 trial testing CORLUX for PMD completed in 2006.

"While we are disappointed that the trial did not meet the primary endpoint, we are particularly encouraged to have met the important predefined threshold concentration endpoint with statistical significance," said Joseph K. Belanoff, M.D., Corcept's Chief Executive Officer. "This study confirms our previous observation that at higher plasma levels the drug candidate is able to demonstrate desired clinical effects. In particular, those patients in Study 06 who achieved a predetermined level of 1661 nanograms of CORLUX per milliliter of plasma separated from the placebo group with statistical significance."

Commenting on these results, Ned H. Kalin, M.D., Hedberg Professor and Chair of the Department of Psychiatry at the University of Wisconsin, said "The correlation between plasma levels of drug and response rates found in this trial is very exciting. The results of this study show that when psychotically depressed patients achieve a threshold concentration of CORLUX in their system, a rapid and sustained clinical response is likely. This is a strong demonstration of a drug effect in an illness that is potentially devastating and difficult to treat." Dr. Kalin is a member of Corcept's Scientific Advisory Board.

**Next Phase 3 Clinical Trial Being Planned**

Robert L. Roe, M.D., Corcept's President said, "We believe that the confirmation of a drug concentration threshold for efficacy as well as other observations from Study 06 and the company's two recently completed Phase 3 clinical trials will serve as a strong basis for the company's next Phase 3 study. In the upcoming trial which is planned to commence later in 2007, we expect to use a dose level of 1200 mg once per day for seven days because, in Study 06, 80% of the patients achieved a drug plasma level sufficient for a strong clinical response at that dose. In our initial review of a summary of the safety data, we have seen no difference between any of the dose levels used in Study 06. We believe that this change in dose as well as other modifications to the protocol should allow us to definitively demonstrate the efficacy of CORLUX in the treatment of the psychotic features of PMD."

**About Study 06**

Study 06 was a randomized, double-blind, placebo-controlled study in which 443 patients were enrolled at 45 sites in the United States and Europe. The primary endpoint, a responder analysis, was the proportion of patients with at least a 50 percent improvement in the Brief Psychiatric Rating Scale Positive Symptom Subscale (BPRS PSS) at both Day 7 and Day 56. Specifically, the BPRS is an 18-item rating instrument used to assess psychopathology, and the PSS is a subset of four items in the BPRS that specifically measure psychosis. Patients were evenly distributed among three active dose groups (300 mg, 600 mg and 1200 mg) or a placebo group, with patients receiving once daily dosing for a period of seven days. All patients in the study were off any antidepressant and antipsychotic medication for at least one week before the seven day treatment period and received concomitant antidepressant therapy starting on Day 1 through Day 56. As was the case with the company's two previously completed Phase 3 studies evaluating CORLUX for PMD, treatment with antipsychotic medications or electroconvulsive therapy was not allowed at any time during this study. In Corcept's previous Phase 3 studies, as in Study 06, the response rate in patients who received CORLUX exceeded the response rate in patients who received placebo but not with statistical significance.

**Conference Call and Live Webcast on March 20, 2007**

Management will host a conference call on March 20, 2007 at 9:00 a.m. EDT to provide an update on its PMD clinical program. To participate, please dial 866-297-6394 for domestic calls or 847-944-7315 for international calls. A telephone replay will also be available by dialing 877-213-9653 for domestic calls or 630-652-3041 for international calls. The access code is 17309243#. The replay will be available until 4:00 p.m. EDT on April 3, 2007.

A live webcast of the conference call can be accessed at www.corcept.com. The event will be archived and available for replay until 4:00 p.m. EDT on April 3, 2007.

**About Psychotic Major Depression**

PMD is a serious psychiatric disorder that affects about three million people in the United States every year. It is more prevalent than either schizophrenia or manic depression. The disorder is characterized by severe depression accompanied by delusions, hallucinations or both. People with PMD are approximately 70 times more likely to commit suicide than the general population and often require lengthy and expensive hospital stays. There is no FDA-approved treatment for PMD.

**About Corcept Therapeutics Incorporated**

Corcept Therapeutics Incorporated is a pharmaceutical company focused on developing drugs for treating severe psychiatric and neurological diseases. Corcept's lead product,

CORLUX, is in Phase 3 clinical trials for treating the psychotic features of PMD. The drug is administered orally to PMD patients once per day for seven days. CORLUX, a potent GR-II antagonist, appears to reduce the effects of the elevated and abnormal release patterns of cortisol seen in PMD. The company has also initiated a proof-of-concept study to evaluate the ability of CORLUX to mitigate weight gain associated with the use of olanzapine. For more information, please visit www.corcept.com.

**Forward-looking Statements**

Statements made in this news release – other than statements of historical fact – are forward-looking statements. These include information relating to Corcept's PMD clinical development program and the timing of the completion of Phase 3 trials. Forward-looking statements are subject to a number of known and unknown risks and uncertainties that might cause actual results to differ materially from those expressed or implied here. For example, there can be no assurances on the efficacy, safety, enrollment completion or success of clinical trials; the regulatory process or regulatory approvals; commercial success; in addition, trial timetables may not be accurate. Risk factors are explained in the company's SEC filings, all of which are available from its Web site (www.corcept.com) or from the SEC's Web site (www.sec.gov). The company does not have any intention or duty to update forward-looking statements made in this news release.

# EXHIBIT 3

# Drug evaluation: Mifepristone, a glucocorticoid antagonist for the potential treatment of psychotic major depression

Nikhil D Nihalani* & Thomas L Schwartz

**Address**
State University of New York Upstate Medical University
Department of Psychiatry
Syracuse
New York
NY 13210-2375
USA
Email: nihalann@upstate.edu

*To whom correspondence should be addressed

**Current Opinion in Investigational Drugs** 2007 8(7):563-569
© The Thomson Corporation ISSN 1472-4472

**Originator** Corcept Therapeutics Inc

**Status** Phase III Clinical

**Indications** Alzheimer's disease, Psychosis, Weight gain

**Actions** Antidepressant, Antipsychotic, Glucocorticoid antagonist, Progesterone antagonist

**Synonyms and analogs** C-1073, Corlux, RU-009, RU-044, RU-39009, RU-43044

*Concept Therapeutics Inc is developing mifepristone (as C-1073, Corlux), an orally available progesterone and glucocorticoid antagonist originally launched as an abortifacient by Aventis Pharma AG, for the potential treatment of the psychotic features of psychotic major depression (PMD) and for Alzheimer's disease (AD). In August 2004, a pivotal phase III trial was initiated in the US for psychotic features of PMD, a second trial began in October 2004 and these were followed by a European phase III trial in May 2005. However, in August 2006, September 2006 and March 2007, respectively, these phase III trials failed to meet their endpoints. A further phase III trial was to commence later in 2007. By August 2006, Corcept expected to file an NDA for PMD in 2007. In addition, in March 2005 a phase II study of mifepristone as a cognitive enhancer in AD was underway, and in May 2006 a proof-of-concept study in alleviating the weight gain associated with olanzapine had begun.*

## Introduction

Approximately 25% of patients admitted to hospital for major depression also have psychotic major depression (PMD). In addition to the symptoms of depression, PMD may include hallucinations, delusions or thought disorders [799191]. The presence of these psychotic features automatically increases the seriousness of the depressive episode into the severe range according to the DSM-IV-TR (Diagnostic Statistical Manual-IV Text Revised) [799191]. The complications associated with PMD include more severe symptoms [793004], greater functional impairment [793008] and a decreased response to antidepressant treatment [793009]. The number of hospitalizations, suicide attempts and suicides are likely to be higher for patients with PMD compared with non-psychotic depression [791903]. Especially in the elderly, the presence of psychotic features impairs a patient's ability to realize and ask for the required medical treatment, which leads to an increase in the one-year mortality rate due to causes other than suicide [792922], [792926]. As it can be difficult to detect delusions and hallucinations within the pathology of depression, PMD is often left undiagnosed or poorly treated [791900].

Trials have assessed the combination of tricyclic antidepressant agents (eg, imipramine, amitriptyline or lofepramine) with older-generation antipsychotic agents (eg, perphenazine) for the treatment of PMD [791903], [792929]. These combinations were found to be more effective than single antidepressant medications. However, the tetracylic drug amoxapine was equally effective as an antipsychotic and antidepressant [792945]. Unfortunately, significant side effects such as sedation, dry mouth, constipation, confusion and hypotension are associated with these older-generation antidepressant and antipsychotic agents [791903]. Consequently, combinations of newer generation antidepressants (eg, the SSRIs, including fluvoxamine, paroxetine or sertraline) and antipsychotics (eg, olanzapine, chlorpromazine or haloperidol) are now more commonly used [791903]. Even when used effectively [798313], these newer agents can still increase the risk of side effects, including the metabolic syndrome (ie, weight gain, hyperglycemia and lipid abnormalities) [798315], [798320].

PMD has also been treated through the use of electroconvulsive therapy (ECT or electroshock therapy), where an electric current is passed through the brain until the patient has a seizure [795057]. ECT can be a highly effective treatment [798322], but it is also associated with side effects including memory loss and cognitive impairment [792966]. Moreover, administration of pharmacotherapy is usually easier and preferred by the patient [792929]; therefore, there remains an unmet need for alternative pharmaceutical approaches to the treatment of PMD.

One different approach is based on evidence that cortisol is integral to the etiology and pathophysiology of PMD [791928], [791931]. There is a substantially higher rate of cortisol hypersecretion in patients with psychotic depression than in non-psychotic patients [791917]. Furthermore, cortisol is secreted by the adrenal glands in response to stress, which then activates the hypothalamic-pituitary-adrenal axis (HPA). Drugs that inhibit cortisol synthesis, such as ketoconazole, metyrapone and aminoglutethimide, have shown some benefit in open-label trials of non-

psychotic depression by decreasing depressive symptoms [791934], [792952], [792955], [795062]. Another effect of cortisol release is that it triggers the glucocorticoid effect which helps the body to produce blood sugar from proteins [792948]. Excess glucose is then used for lipogenesis (fat production), thus linking an over secretion of cortisol with obesity and increased fat storage.

As cortisol binds to glucocorticoid receptors in the brain [792976], glucocorticoid receptor antagonists represent an interesting approach in treating PMD [795070]. Mifepristone, an antiprogesterone, was launched by Aventis Pharma AG (now sanofi-aventis) as an abortifacient in 1989 [94640], [350762]. As mifepristone also inhibits the glucocorticoid receptor (GR-II) but not the mineralocorticosteroid receptor (GR-I) [65762], [65764], [68194], [792996], Corcept Therapeutics Inc licensed the rights to develop the drug for PMD [WO-09917779] and similar indications. Corcept's mifepristone (C-1073, Corlux) is currently undergoing phase III trials for PMD [790367] and phase II trials for the prevention of olanzapine-induced weight gain [789900]. It was also being investigated for Alzheimer's disease (AD), although this trial was prematurely terminated due to a lack of patients [625154], [789903].

## Synthesis and SAR

Corcept's mifepristone has the same formulation as the original mifepristone, which was derived from 19-nortestosterone [792996]. The addition of a 4-(dimethylamino)phenyl group at the 11β-position, as well as a $\Delta^9$-double bond and a 1-propynyl chain at the 17α-position, led to the eventual synthesis of mifepristone.

## Preclinical development

The effect of mifepristone on chronic corticosterone-induced reduction of adult neurogenesis was investigated in 28 Wistar rats divided into four groups [791989]. The rats were treated with corticosterone (10 mg/kg sc) for 21 days, corticosterone for 21 days plus mifepristone (5 mg/100 g body weight through an oral syringe into the stomach) on days 18 to 21, and mifepristone only on days 18 to 21 or daily with vehicle. Corticosterone induced a reduction in neurogenesis as measured by the incorporation of 5-bromo-2-deoxyuridine (BrdU) into approximately 39 cells (in a 1:1000 dilution) compared with approximately 75 and 62 cells for the vehicle- and mifepristone only-treated rats at day 22. This reduction was rapidly reversed by mifepristone to approximately 65 BrdU-positive cells after 4 days of treatment. Similarly, after 22 days cell numbers labeled with the neurogenesis marker doublecortin were reduced by corticosterone (~ 98 cells) compared with vehicle (~ 156 cells) and mifepristone only (~ 140 cells), and numbers were normalized by mifepristone (~ 130 cells) [791989].

Mifepristone was also evaluated in 48 Sprague-Dawley rats as a secondary treatment to combat olanzapine-induced weight gain [692362], [692363]. Following 35 days of olanzapine treatment (1.2 mg/kg by oral gavage, bid), rats had a 39.5 g mean weight change from baseline (289.0 g total body weight) compared with 22.8 g in controls (272.3 g total body weight). Co-administration of olanzapine (at the same dose) with mifepristone (10, 30 or 100 mg/kg by oral gavage, bid) from day 35 onward reversed the weight gain, and on day 42 the mean body weight was 274.7 g for the combination treatment (the average of the three dose groups) compared with 273.2 g in controls. Furthermore, the administration of mifepristone plus olanzapine from day 1 prevented weight gain in rats, and after 22 days the mean weight gain from baseline was 43.7 g for olanzapine alone compared with 24.9 g for the combination treatment [692362].

## Toxicity

Toxicity studies performed with the original mifepristone indicated a good tolerability without any severe side effects [798326].

## Metabolism and pharmacokinetics

Oral administration of the abortifacient mifepristone has a bioavailability of 70%, with peak plasma concentrations reached in 1 to 2 h following a single oral dose [78281], [151352], [791996], [792002], [793000]. It has a long half-life of 25 to 30 h, and the serum levels are in the micromolar range. At doses from 50 to 100 mg, serum drug concentrations increase progressively but no further increases occur after 100 to 800 mg. This finding is partly explained by the progressive saturation of $\alpha_1$-acid glycoprotein, the serum binding protein for mifepristone. Unbound mifepristone is metabolized in the liver by a two-step process, demethylation and hydroxylation, with metabolites detectable in plasma approximately 1 h following administration. The metabolite concentrations increase in a dose-dependent manner, and the metabolites retain considerable affinities toward the progesterone receptor (9 to 21%) and the glucocorticoid receptor (45 to 61%), thus contributing to the biological actions of mifepristone. Both mifepristone and its metabolites are excreted primarily in the feces via the biliary system with little clearance occurring in the kidneys [78281], [151352], [791996], [792002], [793000].

## Clinical development

In a double-blind, placebo-controlled, 4-day, crossover trial, five patients with PMD were administered mifepristone (600 mg/day po) [474521]. All mifepristone-treated patients displayed substantial improvements in their HamD (Hamilton Rating Scale for Depression) scores, with a mean 8-point (25.5%) decline from 31.4 at day 1 to 23.4 following 5 days of treatment compared with 1.7 points (5.8%) for placebo. In four of the five patients, mifepristone also improved the BPRS (Brief Psychiatric Rating Scale) scores, with a mean decline of 10.2 points (34%) from 48 on day 1 to 37.8 after 5 days of treatment compared with 0.3 points (1.2%) for placebo [474521].

### *Phase II*

#### *PMD*

In an open-label trial, 30 PMD patients with HamD-21 scores of ≥ 18 were randomized to receive mifepristone (50, 600 or 1200 mg/day po) for 7 days [474506]. Response criteria from baseline to day 7 included a ≥ 50% decline on HamD-21, a

≥ 30% decline on the BPRS and ≥ 50% decline on the BPRS Positive Symptom Scale (PSS). The number of patients responding to the 600- and 1200-mg doses was similar, with a combined 42.1% fulfilling the HamD criteria compared with 18.2% in the 50-mg dose group. At the combined higher doses, there were 68.4 and 63.2% of responders according to the BPRS and the BPRS PSS, respectively, compared with 36.4 and 27.3%, respectively, at 50 mg [474506].

In a multicenter, double-blind, placebo-controlled trial (trial number C-1073-002 or 002) 208 patients with PMD remained on their antipsychotic and antidepressant medications while also receiving mifepristone (600 mg/day po) or placebo for 7 days, and then followed for a further 21 days [541084], [790367]. The primary endpoint of a ≥ 30% decline in BPRS at day 7 sustained to day 28 was observed more frequently in the mifepristone combination group, although this was not statistically significant [790367]. However, compared with the mifepristone group, the placebo group required ECT or increased antipsychotic medication between days 7 and 28 ($p = 0.02$) and was less likely to be discharged from hospital ($p = 0.05$). Additionally, patients in the mifepristone group were more likely to achieve a rapid and sustained asymptomatic condition ($p = 0.01$).

A multicenter, randomized, placebo-controlled trial (trial number 003) evaluated mifepristone (600 mg/day po) administered for 7 days in 221 PMD patients with BPRS ≥ 38 and HamD-24 ≥ 20 who were not permitted to remain on their antipsychotic and antidepressant medications [779246], [790367]. Patients in the mifepristone group who completed the trial were more likely to have a ≥ 30% decline in BPRS (the primary endpoint) and a ≥ 50% reduction in BPRS PSS (the secondary endpoint) on day 7 sustained to day 28 compared with placebo ($p = 0.020$ and p 0.019, respectively). HamD-24 scores were improved in both groups ($p = 0.546$). In 159 patients who had a BPRS PSS ≥ 12, the mifepristone group had a greater mean reduction in PSS scores on day 28 (-7.2) compared with placebo (-5.2). Of these patients, 42 were followed until day 56 and 53% of these had a ≥ 50% BPRS PSS reduction following mifepristone treatment compared with 22% for placebo [779246], [790367].

### *AD*

A double-blind, placebo-controlled, randomized trial was planned to evaluate the effects of mifepristone (300 mg) on cognition for 16 weeks in 160 patients with mild to moderate AD, and who were already receiving an acetylcholinesterase inhibitor [789903]. Concurrent use of mifepristone with memantine, an NMDA receptor antagonist, was prohibited. As memantine was being widely used for the treatment of AD at this time, there was a lack of suitable patients available and thus the trial was terminated. At the time of publication, 80 patients had been enrolled but no results were available [625154].

### *Weight gain*

A double-blind, placebo-controlled, randomized trial was to determine the efficacy of oral mifepristone in the prevention of olanzapine-induced weight gain in 90 healthy male volunteers [789900]. However, no data were available at the time of publication.

### *Phase III*

In three double-blind, placebo-controlled, randomized trials, mifepristone (daily, po) was administered to patients with PMD (who had a BPRS PSS ≥ 12) for 7 days [556808], [789893], [789897], [789898], [790367]. The primary endpoint was a ≥ 50% improvement in BPRS PSS on days 7 and 56 for trials 006 and 007, and on days 7 and 28 for trial 009. In all trials, patients did not receive antidepressant or antipsychotic medications for at least 1 week prior to treatment. Following mifepristone therapy, patients received antidepressants until day 56 but no antipsychotic agents or ECT were permitted during the trial [556808], [790367].

In trial 007, 257 patients received mifepristone (600 mg) or placebo [686090], [790367]. There was no statistical difference ($p = 0.762$) between the mifepristone (30.5%) and the placebo (28.6%) group meeting the primary endpoint on day 7. There was an unusually large placebo response, and on day 56 approximately 80% of patients in both groups were deemed to be responders with a ≥ 50% improvement in BPRS PSS. However, patients with mifepristone plasma levels ≥ 1650 ng/ml had a statistically significant increased response rate compared with the placebo group [686090], [790367].

In trial 009, 247 patients received mifepristone (600 mg) or placebo [711137], [790367]. Similar to trial 007, the placebo response rate was high and the primary endpoint was not met and nor was the secondary endpoint (≥ 50% improvement in BPRS PSS on day 56), with approximately 95% of patients in both groups being responders [711137], [790367].

In trial 006, 443 patients received mifepristone (300, 600 or 1200 mg) or placebo [776086], [790367]. Again, the primary endpoint was not met. However, similar to the observation in trial 007, patients with mifepristone plasma levels ≥ 1661 ng/ml responded significantly differently than the placebo group [776086], [790367].

At the time of publication, Corcept was planning to commence another phase III trial in late 2007 with mifepristone (1200 mg/day) for 7 days, due to the finding that at higher doses more patients achieved the predetermined plasma threshold concentration [790367].

## Side effects and contraindications

In all of the trials to date, mifepristone was well tolerated at concentrations up to 1200 mg [474521], [779246], [790367]. In the double-blind, placebo-controlled, 4-day, crossover trial, none of the patients reported side effects and both the basic laboratory measures and measures of vital signs were unaffected by mifepristone [474521]. The most common adverse events in trials 002 and 003 were headache, dizziness, nausea, rash and sedation [779246], [790367]. No side effects were reported for the phase III trials. The safety of multiple doses of mifepristone is currently being

evaluated in trials 010 and 013 with 110 patients enrolled from trials 007 and 009, respectively [789888], [789892].

Mifepristone has been safely used as an abortifacient for many years [798326]. However, it should be noted that when used for PMD one must consider this abortifacient effect for women who are trying to conceive.

## Patent summary

Mifepristone was first disclosed in EP-00057115, assigned to Roussel Uclaf SA. This patent was the subject of many supplementary protection certificates (SPCs). The SPCs covering the UK, Netherlands, Austria and Belgium all expired in December 2003. A French extension expired in December 2005, and Swedish and Swiss extensions expired in January 2007. In 1994, Roussel Uclaf donated the US patents for mifepristone, including US-04386085 and US-04447424, to the Population Council Inc.

Corcept has exclusively licensed patents claiming the use of mifepristone for the treatment of PMD. These patents are assigned to Stanford University, and the methods for PMD treatment were first disclosed in WO-09917779 and EP-01023074. Granted US equivalents US-06150349 and US-06362173 are due to expire in October 2018.

Corcept has filed a number of applications claiming the use of mifepristone for the treatment of similar conditions to PMD, including mild cognitive impairment (WO-00137840), stress disorders (WO-2002076390), delirium (WO-2002096433), antipsychotic-induced weight gain (WO-2003009853), psychosis associated with IFN$\alpha$ therapy (WO-2004004653) and migraine (WO-2004041214) and increasing the therapeutic response to ECT (WO-2003092790).

## Current opinion

The rationale and theory for using the antiglucocorticoid mifepristone to treat PMD are reasonable in that the disorder is often associated with a hypercortisolic state in the HPA. However, research into PMD patients has had mixed results. Initial open-label and placebo-controlled trials showed a robust and acute antipsychotic effect but as trials moved to phase III and became more pivotal and stringently designed, the same separation from placebo was not observed. Thus, a majority of the larger more recent trials have failed to replicate and validate the earlier findings. However, there were some positive effects, and in several trials (not conducted by Corcept) mifepristone improved symptoms in patients with bipolar disorder [789815], Cushing's disease [474522] and psychotic depression [779249], [779251].

The only other glucocorticoid antagonists in clinical development are Org-34517 in phase II [489839] and Org-34850 in phase I trials [548359] (both NV Organon); however, no results of ongoing trials have been published since 2004 [548359], [638860]. As is often the problem with novel drugs displaying new mechanisms of action, it is difficult to determine the exact dose and duration of a trial required to show benefits. By targeting the glucocorticoid receptor, mifepristone should be particularly effective in a subset of patients with a hyperactive HPA, a fact that should be taken into consideration when enrolling patients.

As there is a correlation between cortisol hypersecretion and PMD but not non-psychotic depression, mifepristone may be an effective agent for the psychosis and not the depression *per se*. Therein lies an additional complication; the difficulty in enrolling an adequate number of psychotically depressed patients in trials with mifepristone. The most severely depressed and psychotic are likely to be excluded from the trials as their level of symptoms would have precluded them from signing a consent document. Conversely, patients with a mild to moderate level of psychosis would be included as they displayed the mental capacity to sign consent. Hence, mifepristone probably had a reduced chance to show efficacy in these trials as patients with less severe psychosis were evaluated and therefore, the ability to significantly change the rating scales was diminished.

There is now a clinical dilemma related to the further development of mifepristone, as earlier trials suggested it to be a rapid and effective medication for treating PMD but the recent trials have failed to show a clear effect. Since the 1950s, clinicians have been struggling to treat both resistant and psychotic depression with a mixture of antidepressants and antipsychotics with reasonable results. The attempt to study an HPA-relevant medication, such as mifepristone, is a valiant effort in the development of novel pharmacodynamic treatment options for the psychotically depressed. As the evidence is currently mixed, there is not enough definitive data to support widespread use of mifepristone for PMD. If more trials are conducted that can demonstrate a significant difference from placebo on a consistent basis, mifepristone may in fact become the standard treatment for patients with PMD.

## Development status

| Developer | Country | Status | Indication | Date | Reference |
|---|---|---|---|---|---|
| Corcept Therapeutics Inc | Eastern Europe | Phase III | Psychosis | 04-MAY-05 | 599518 |
| Corcept Therapeutics Inc | US | Phase III | Psychosis | 10-FEB-04 | 523015 |
| Corcept Therapeutics Inc | India | Phase II | Weight gain | 30-MAR-07 | 789900 |
| Corcept Therapeutics Inc | US | Phase II | Alzheimer's disease | 04-MAR-05 | 588236 |

## Literature classifications

### Chemistry

| Study type | Result | Reference |
|---|---|---|
| Synthesis | Mifepristone was derived from 19-nortestosterone with the addition of a 4-(dimethylamino)phenyl group at the 11β-position, a $\Delta^9$-double bond and a 1-propynyl chain at the 17α-position. | 792996 |

### Biology

| Study type | Effect studied | Model | Result | Reference |
|---|---|---|---|---|
| *In vivo* | Efficacy | Wistar rats administered with corticosterone (10 mg/kg sc) for 21 days or corticosterone plus mifepristone (5 mg/100 g body weight through a syringe into the stomach) on days 18 to 21. | Corticosterone-induced reduction in neurogenesis (39 BrdU-positive cells compared with 75 for controls) was rapidly reversed by mifepristone (65 BrdU-positive cells after 4 days). | 791989 |
| *In vivo* | Efficacy | Sprague-Dawley rats administered olanzapine (1.2 mg/kg po, bid) for 35 days followed by olanzapine and mifepristone (10, 30 or 100 mg/kg bid). | Olanzapine-induced weight gain (289.0 g total body weight compared with 272.3 g in controls after 35 days) was reversed by mifepristone (averaged 274.7 g after 42 days). | 692362 |

### Clinical

| Study type | Model used | Result | Reference |
|---|---|---|---|
| Efficacy | Double-blind, placebo-controlled, 4-day, crossover trial of mifepristone (600 mg/day po) in five PMD patients. | A mean 8-point (25.5%) decline in HamD was observed in all mifepristone-treated patients compared with 1.7 points (5.8%) in controls. In four patients, mifepristone improved BPRS scores with a mean decline of 10.2 points (34%) compared with 0.3 points (1.2%) after placebo. | 474521 |
| Efficacy | Open-label phase II trial of mifepristone (50, 600 or 1200 mg/day po) administered for 7 days to 30 PMD patients. | In the two higher dose groups 42.1% of patients had a ≥ 50% decline in HamD-21 compared with 18.2% in the 50-mg group. A ≥ 30% decline in BPRS and ≥ 50% decline in BPRS PSS was observed in 68.4 and 63.2% of patients at the combined higher doses, respectively, compared with 36.4 and 27.3%, of patients at 50 mg. | 474506 |
| Efficacy | Phase II, multicenter, randomized, placebo-controlled trial of mifepristone (600 mg/day po) administered for 7 days to 221 PMD patients. | Patients on mifepristone were more likely to have a ≥ 30% decline in BPRS and a ≥ 50% reduction in BPRS PSS on day 7 sustained to day 28 compared with placebo ($p = 0.020$ and 0.019, respectively). In 159 patients with BPRS PSS ≥ 12, mean reduction in PSS scores on day 28 were -7.2 after mifepristone treatment and -5.2 after placebo. | 779246 |
| Efficacy | Phase III, double-blind, placebo-controlled, randomized trial of mifepristone (600 mg/day po) administered for 7 days to 257 patients with PMD. | A ≥ 50% improvement in BPRS PSS was observed in 30.5% of patients receiving mifepristone and 28.6% on placebo ($p = 0.762$) on day 7, and in ~ 80% of patients in both groups on day 56. | 686090 |
| Safety | Phase II, multicenter, randomized, placebo-controlled trial of mifepristone (600 mg/day po) administered for 7 days to 221 PMD patients. | Mifepristone was well tolerated with the most common adverse events being headache, dizziness, nausea, rash and sedation. | 779246 |

## Associated patent

**Title** Methods for treating psychosis associated with glucocorticoid related dysfunction.

**Assignee** The Board of Trustees of Leland Stanford Jr University

**Publication** WO-09917779 15-APR-99

**Priority** US-1997 60973 06-OCT-97

**Inventors** Schatzberg AF, Belanoff JK.

## References


65762 **The new steroid analog RU 486 inhibits glucocorticoid action in man.** Bertagna X, Bertagna C, Luton JP, Husson JM, Girard F *J CLIN ENDOCRINOL METAB* 1984 **59** 1 25-28

65764 **RU 486: A steroid with antiglucocorticosteroid activity that only disinhibits the human pituitary-adrenal system at a specific time of day.** Gaillard RC, Riondel A, Muller AF, Herrmann W, Baulieu EE *PROC NATL ACAD SCI USA* 1984 **81** 12 3879-3882

68194 **Studies on the glucocorticoid-receptor blocking action of RU 38486 in cultured ACTH-secreting human pituitary tumour cells and normal rat pituitary cells.** Lamberts SW, Bons EG, Uitterlinden P *ACTA ENDOCRINOL* 1985 **109** 1 64-69

78281 **Pharmacokinetics and metabolism of RU 486.** Lahteenmaki P, Heikinheimo O, Croxatto H, Spitz I, Shoupe D, Birgerson L, Luukkainen T *J STEROID BIOCHEM* 1987 **27** 4-6 859-863

94640 **Procedures on handling mifepristone (RU 486) in France.** Sarrut B, Doreau C *HOSP PHARM* 1990 **25** 7 655-658

151352 **Dose-response relationship of RU 486.** Heikinheimo O, Kekkonen R *ANN MED* 1993 **25** 1 71-76

350762 **Aventis, new world leader in life sciences, launched today; Rhone-Poulenc shareholders overwhelmingly approve final steps of merger with Hoechst; Supervisory Board members appointed; full listing on world stock exchanges on December 20.** Rhone Poulenc SA *PRESS RELEASE* 1999 December 15

474506 **An open label trial of C-1073 (mifepristone) for psychotic major depression.** Belanoff JK, Rothschild AJ, Cassidy F, DeBattita C, Baulieu E-E, Schold C, Schatzberg AF *BIOL PSYCHIATRY* 2002 **52** 5 386-392

474521 **Rapid reversal of psychotic depression using mifepristone.** Belanoff JK, Flores BH, Kalezhan M, Sund B, Schatzberg AF *J CLIN PSYCHOPHARMACOL* 2001 **21** 5 516-521

474522 **Successful long-term treatment of refractory Cushing's disease with high-dose mifepristone (RU 486).** Chu JW, Matthias DF, Belanoff J, Schatzberg A, Hoffman AR, Feldman D *J CLIN ENDOCRINOL METAB* 2001 **86** 8 3568-3573

489839 **Depression & anxiety – SMI conference, shining light into dark corners, London, UK.** Durrance A *IDDB MEETING REPORT* 2003 May 12-13

523015 **Concept Therapeutics files registration statement for initial public offering.** Corcept Therapeutics Inc *PRESS RELEASE* 2004 February 11

541084 **Psychiatric Disorders – SMI conference, London, UK.** Kibble A *IDDB MEETING REPORT* 2004 May 24-25

548359 **Drug development pipeline: Org-34850.** NV Organon *COMPANY COMMUNICATION* 2004 June 14

556808 **FDA and Corcept agree on Corlux trial design for psychotic depression.** Corcept Therapeutics Inc *PRESS RELEASE* 2004 August 30

588236 **Corcept Therapeutics announces fourth quarter 2004 results** Corcept Therapeutics Inc *PRESS RELEASE* 2005 March 03

599518 **Corcept Therapeutics initiates third phase III trial of CORLUX®** Corcept Therapeutics Inc *PRESS RELEASE* 2005 May 04

625154 **Corcept closes Corlux AD study enrollment due to lack of suitable patients.** Corcept Therapeutics Inc *PRESS RELEASE* 2005 September 26

638860 ***In vivo* and *in vitro* characterisation of the glucocorticoid receptor antagonist 34517.** Thomson F, Broekkamp C, Craighead M, Eason S, Hillier A, Peeters B, Speake M, Watson L *J AFFECT DISORD* 2004 **78** Suppl 1 S138

686090 **Corcept's Corlux fails in phase III psychotic depression trial.** Corcept Therapeutics Inc *PRESS RELEASE* 2006 August 25

692362 **The efficacy of mifepristone in the reduction and prevention of olanzapine-induced weight gain in rats.** Beebe KL, Block T, Debattista C, Blasey C, Belanoff JK *BEHAV BRAIN RES* 2006 **171** 2 225-229

692363 **Mifepristone for the prevention of olanzapine-induced weight gain in rats.** Beebe KL, Block T, DeBattista C, Blasey C, Schatzberg AF *NEUROPSYCHOPHARMACOLOGY* 2005 **30** Suppl 1 S130

711137 **Corcept's Corlux fails second phase III psychosis study.** Corcept Therapeutics Inc *PRESS RELEASE* 2006 September 29

776086 **Corcept's Corlux fails third phase III psychosis study.** Corcept Therapeutics Inc *PRESS RELEASE* 2007 March 19

779246 **Mifepristone versus placebo in the treatment of psychosis in patients with psychotic major depression.** DeBattista C, Belanoff J, Glass S, Khan A, Horne RL, Blasey C, Carpenter LL, Alva G *BIOL PSYCHIATRY* 2006 **60** 12 1343-1349

779249 **Clinical and biological effects of mifepristone treatment for psychotic depression.** Flores BH, Kenna H, Keller J, Solvason HB, Schatzberg AF *NEUROPSYCHOPHARMACOLOGY* 2006 **31** 3 628-636

779251 **An 8-week open-label trial of a 6-day course of mifepristone for the treatment of psychotic depression.** Simpson GM, El Sheshai A, Loza N, Kingsbury SJ, Fayek M, Rady A, Fawzy W *J CLIN PSYCHIATRY* 2005 **66** 12 598-602

789815 **Improvements in neurocognitive function and mood following adjunctive treatment with mifepristone (RU-486) in bipolar disorder.** Young AH, Gallagher P, Watson S, Del-Estal D, Owen BM, Ferrier IN *NEUROPSYCHOPHARMACOLOGY* 2004 **29** 8 1538-1545

789888 **NCT00208156: A United States extension study of Corlux for recurrent psychotic symptoms in psychotic major depression.** *WWW.CLINICALTRIALS.GOV* 2007 February 22

789892 **NCT00128505: An international extension study of Corlux for recurrent psychotic symptoms in psychotic major depression.** *WWW.CLINICALTRIALS.GOV* 2007 February 22

789893 **NCT00130676: A United States study of Corlux for psychotic symptoms in psychotic major depression.** *WWW.CLINICALTRIALS.GOV* 2006 September 18

789897 **NCT00146523: An international study of the safety and tolerability of Corlux for psychotic symptoms in psychotic major depression.** *WWW.CLINICALTRIALS.GOV* 2007 February 22

789898 **NCT00128479: A United States study of the safety and tolerability of Corlux for psychotic symptoms in psychotic major depression.** *WWW.CLINICALTRIALS.GOV* 2007 February 22

789900 **NCT00455442: A two-week study of the efficacy and safety of mifepristone in the prevention of olanzapine-induced weight gain.** *WWW.CLINICALTRIALS.GOV* 2007 March 30

789903 **NCT00105105: Mifepristone as adjunctive therapy in Alzheimer's disease.** *WWW.CLINICALTRIALS.GOV* 2005 September 28

790367 **Form 10-K 2006 Corcept Therapeutics Inc.** Corcept Therapeutics Inc *FORM 10-K* 2007 April 02

791900 **Detecting psychotic major depression using psychiatric rating scales.** Keller J, Gomez RG, Kenna HA, Poesner J, DeBattista C, Flores B, Schatzberg AF *J PSYCHIATR RES* 2006 **40** 1 22–29

791903 **Pharmacotherapy for psychotic depression.** Howland RH *J PSYCHOSOC NURS MENT HEALTH SERV* 2006 **44** 12 13–17

791917 **DST studies in psychotic depression: A meta-analysis.** Nelson JC, Davis JM *AM J PSYCHIATRY* 1997 **154** 11 1497-1503

791928 **Pathophysiology of hypercortisolism in depression.** Carroll BJ, Cassidy F, Naftolowitz D, Tatham NE, Wilson WH, Iranmanesh A, Liu PY, Veldhuis JD *ACTA PSYCHIATR SCAND SUPPL* 2007 **433** 90-103

791931 **Cortisol hypersecretion in unipolar major depression with melancholic and psychotic features: Dopaminergic, noradrenergic and thyroid correlates.** Sahoo M, Subho C *PSYCHONEUROENDOCRINOLOGY* 2007 **32** 2 210-212

791934 **Therapeutic armamentarium.** In: *BIOLOGICAL PSYCHIATRY* D'haenen HAH, Den Boer JA, Willner P, den Boer JS (Eds), John Wiley & Sons, Chichester, UK. 2002 861-875

791989 **Brief treatment with the glucocorticoid receptor antagonist mifepristone normalises the corticosterone-induced reduction of adult hippocampal neurogenesis.** Mayer JL, Klumpers L, Maslam S, de Kloet ER, Joels M, Lucassen PJ *J NEUROENDOCRINOL* 2006 **18** 8 629-631

791996 **Mifepristone (RU 486): Current knowledge and future prospects.** Goldberg JR, Plescia MG, Anastasio GD *ARCH FAM MED* 1998 7 3 219-222

792002 **The pharmacokinetics of mifepristone in humans reveal insights into differential mechanisms of antiprogestin action.** Heikinheimo O, Kekkonen R, Lahteenmaki P *CONTRACEPTION* 2003 **68** 6 421-426

792922 **Psychotic depression and mortality.** Vythilingam M, Chen J, Douglas Bremner JD, Mazure CM, Maciejewski PK, Nelson JC *AM J PSYCHIATRY* 2003 **160** 3 574-576

792926 **New approaches to managing psychotic depression.** Schatzberg AF *J CLIN PSYCHIATRY* 2003 **64** Suppl 1 19-23

792929 **Psychotic major depression: A benefit-risk assessment of treatment options.** Tyrka AR, Price LH, Mello MF, Mello AF, Carpenter LL *DRUG SAF* 2006 **29** 6 491-508

792945 **Amoxapine: Neuroleptic as well as antidepressant?** Cohen BM, Harris PQ, Altesman RI, Cole JO *AM J PSYCHIATRY* 1982 **139** 9 1165-1167

792948 **Characterization of 24-h cortisol release in obese and non-obese hyperandrogenic women.** Miller JE, Bray MA, Faiman C, Reyes FI *GYNECOL ENDOCRINOL* 1994 **8** 4 247-254

792952 **Ketoconazole administration in hypercortisolemic depression.** Wolkowitz OM, Reus VI, Manfredi F, Ingbar J, Brizendine L, Weingartner H *AM J PSYCHIATRY* 1993 **150** 5 810-812

792955 **Treatment of major depression with steroid suppressive drugs.** Murphy BE *J STEROID BIOCHEM MOL BIOL* 1991 **39** 2 239-244

792966 **Subjective memory complaints: A review of patient self-assessment of memory after electroconvulsive therapy.** Prudic J, Peyser S, Sackeim HA *J ECT* 2000 **16** 2 121-132

792976 **Glucocorticoids: Exemplars of multi-tasking.** Buckingham JC *BR J PHARMACOL* 2006 **147** Suppl 1 S258-S268

792996 **Regio and stereospecific synthesis of 11 β-substituted 19-norsteroids. Influence of 11β-substitution on progesterone receptor affinity - (1).** Belanger A, Philibert D, Teutsch G *STEROIDS* 1981 **37** 4 361-382

793000 **Mifepristone: A review of its pharmacodynamic and pharmacokinetic properties, and therapeutic potential.** Brogden RN, Goa KL, Faulds D *DRUGS* 1993 **45** 3 384-409

793004 **Delusional depression: Phenomenology and response to treatment. A prospective study.** Lykouras E, Malliaras D, Christodoulou GN, Papakostas Y, Voulgari A, Tzonou A, Stefanis C *ACTA PSYCHIATR SCAND* 1986 **73** 3 324-329

793008 **Neuropsychological deficits in psychotic versus nonpsychotic major depression and no mental illness.** Schatzberg AF, Posener JA, DeBattista C, Kalehzan BM, Rothschild AJ, Shear PK *AM J PSYCHIATRY* 2000 **157** 7 1095-1100

793009 **Psychotic depression: Advances in conceptualization and treatment.** Dubovsky SL, Thomas M *HOSP COMMUNITY PSYCHIATRY* 1992 **43** 12 1189-1198

795057 **AANA Journal course: Update for nurse anesthetists-anesthetic management during electroconvulsive therapy: Effects on seizure duration and antidepressant efficacy.** Hick EM, Black JL *AANA J* 1999 **67** 1 87-92

795062 **Clinical effects of cortisol synthesis inhibition on treatment-resistant depression.** Iizuka H, Kishimoto A, Nakamura J, Mizukawa R *JPN J PSYCHOPHARMACOL* 1996 **16** 1 33-36

795070 **New directions in the development of antidepressants: The interface of neurobiology and psychiatry.** Nemeroff CB *HUM PSYCHOPHARMACOL* 2002 **17** S1 S13-S16

798313 **Evaluation of newer treatment interventions for psychotic depression.** O'Neal BL, Smith CL, Trivedi M *CURR PSYCHIATRY REP* 2000 **2** 4 305-309

798315 **Second-generation (atypical) antipsychotics and metabolic effects: A comprehensive literature review.** Newcomer JW *CNS DRUGS* 2005 **19** Suppl 1 1-93

798320 **Prevalence of the metabolic syndrome among patients receiving clozapine.** Lamberti JS, Olson D, Crilly JF, Olivares T, Williams GC, Tu X, Tang W, Wiener K, Dvorin S, Dietz MB *AM J PSYCHIATRY* 2006 **163** 7 1273-1276

798322 **Electroconvulsive therapy of depressive disorders.** Folkerts H *THER UMSCH* 2000 **57** 2 90-94

798326 **Pharmacological properties of mifepristone: Toxicology and safety in animal and human studies.** Sitruk-Ware R, Spitz IM *CONTRACEPTION* 2003 **68** 6 409-420

799191 **American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision (DSM-IV-TR).** American Psychiatric Association, Washington, DC, USA *DIAGN STATISTICAL MANUAL MENTAL DISORD* 2000 **414**

# EXHIBIT 4

Neuropsychopharmacology (2006) 31, 2793–2794
© 2006 Nature Publishing Group All rights reserved 0893-133X/06 $30.00



www.neuropsychopharmacology.org

## Letter to the Editor

# Is Mifepristone Useful in Psychotic Depression?

**Bernard J Carroll*,[1] and Robert T Rubin[2]**

[1]*Pacific Behavioral Research Foundation, Carmel, CA, USA;* [2]*Department of Psychiatry and Mental Health (116A), VA Greater Los Angeles Healthcare System, Los Angeles, CA, USA*

*Neuropsychopharmacology* (2006) **31,** 2793–2794. doi:10.1038/sj.npp.1301170

Sir

We compliment Dr Flores and colleagues for the detailed descriptions of methodology and statistical analysis in their report on mifepristone for psychotic major depression (PMD) (Flores *et al*, 2006). However, similar to our concerns about earlier trials of mifepristone for this disorder (Rubin and Carroll, 2004), we have reservations about the authors' interpretations of their data.

First, we question the analysis of mifepristone's efficacy. Only the number of individuals meeting a 50% reduction in the Brief Psychiatric Rating Scale's Positive Symptom Subscale (BPRS PSS) was reported as significantly different between drug and placebo (reported $\chi^2 = 3.968$, 1 df, $p = 0.046$). The authors used an uncorrected $\chi^2$ test to obtain this result, even though the frequency is less than five in one of the cells of the $2 \times 2$ distribution. When the more appropriate $\chi^2$ test with Yates' correction is applied, the result is not significant ($\chi^2 = 2.539$, 1 df, $p = 0.111$). An alternative statistical test is Fisher's exact probability, which, with a two-tailed test, also is nonsignificant ($p = 0.109$). Thus, there is not even a nominally significant difference in the BPRS PSS between drug and placebo. In addition, by ANOVA, the authors found no main effect of medication on BPRS PSS scores (Flores *et al*, 2006). This negative finding casts further doubt on the validity of the authors' claim of efficacy using the categorical criterion of 50% reduction of BPRS PSS scores. The conclusion that '…mifepristone was found to be significantly more effective than placebo in reducing psychotic symptoms' therefore is not supported.

The second problem is that three outcome measures (the BPRS PSS, the full BPRS, and the Hamilton Depression Scale) were each analyzed by two different statistical methods, $\chi^2$ for numbers of subjects achieving a certain percentage reduction on each scale, and repeated measures ANOVA on the raw scale scores at Day 0 and Day 8. None of the other five statistical tests yielded a significant result. The aforementioned reported significance level of 0.046, even if it were valid, would represent a true significance for only one test and would become clearly nonsignificant when corrected for the actual number of statistical tests performed. Thus, by conventional statistical standards, the authors failed to demonstrate efficacy of mifepristone in reducing psychotic symptoms.

Third, there is reason to question the generalizability of these less than robust clinical trial results to clinical practice. The prevailing construct of PMD describes a severe illness (American Psychiatric Association, 2000) with significant suicide risk and functional incapacity that requires close clinical monitoring. Indeed, the company that aims to bring mifepristone to market for treatment of PMD (Corcept Therapeutics Inc.) has stated its intention to target in-patient psychiatric services that offer electro-convulsive therapy (ECT) as the company's primary market (Corcept Therapeutics Inc., 2004). In the present study, however, an unstated number of subjects was recruited by advertisement rather than through clinical pathways; subjects waited up to 4 weeks between screening and study participation; and, when the study treatment was finally scheduled, 16% of the enrolled sample (one in six cases) no longer met diagnostic criteria for major depressive disorder with psychotic features. These characteristics suggest that many patients had relatively mild or transient symptoms, and that they were generally not in clinical crisis. As well, the authors failed to demonstrate baseline overactivity or dysregulation of the hypothalamo-pituitary-adrenal (HPA) axis, a salient feature of PMD that provides the rationale for trials of a glucocorticoid receptor blocker like mifepristone.

Fourth, in their analyses of efficacy, the authors erroneously claimed that they performed an '(e)xamination of the clinical utility of mifepristone in the treatment of psychotic symptoms…' They did not examine clinical utility. Rather, they examined a surrogate psychometric measure of psychotic symptom severity (BPRS PSS). This instrument is an ordinal subscale that lacks proven ratio properties, so the clinical utility of a 50% reduction of symptoms is uncertain. It is clear that the patients still had a notable mean psychotic symptom load at the end of 8 days

*Correspondence: Dr BJ Carroll, Pacific Behavioral Research Foundation, 100 Del Mesa Carmel, PO Box 223040, Carmel, CA 93922-3040, USA, Tel: +1 831 626 1467, Fax: +1 831 626 6963, E-mail: bcarroll@redshift.com
Received 1 March 2006; accepted 9 June 2006
Online publication: 21 June 2006 at http://www.acnp.org/citations/Npp062106060143/default.pdf

treatment with mifepristone. We also call attention to the invalid PSS content used by the authors: one of the four items included in their PSS is termed 'delusions,' which is not an item in the full BPRS. Straightforward and easily understood measures of clinical utility would include: How many patients achieved remission of depression with mifepristone compared to placebo? How many in each group achieved full resolution of psychotic symptoms? How many in each group achieved remission of functional incapacity? What were the Global Assessment of Functioning (GAF) Scale scores (American Psychiatric Association, 2000) before and after treatment with mifepristone compared to placebo? In how many cases did addition of mifepristone or placebo render planned change of ineffective ongoing standard drug treatments unnecessary? In how many cases did addition of mifepristone or placebo render planned use of ECT unnecessary? These are the outcomes clinicians need to know. Other pertinent measures of clinical utility not reported are number needed to treat to remission, number needed to harm (four of 15 developed a skin rash), risk–benefit ratio, and cost-effectiveness (Laupacis *et al*, 1988; Feinstein, 1987).

Demonstration of clinical utility also will require comparison of mifepristone with standard treatments for psychotic depression, such as antidepressant–antipsychotic drug combinations and ECT. Recent research has highlighted how unreliable are claims of clinical utility for new drugs when comparison is made only with placebo, rather than with established treatments (Freedman, 2005; Lieberman *et al*, 2005). To date, there have been no head-to-head comparisons of mifepristone with standard treatments of psychotic depression. It is clear from the full BPRS and Hamilton Depression Scale data (Flores *et al*, 2006) that mifepristone had no significant advantage over placebo on overall clinical status or depression severity. The mean Hamilton score dropped eight points on mifepristone and seven points on placebo.

Fifth, the authors erroneously concluded from their endocrine data that 'short-term use of mifepristone…may re-regulate the HPA axis (in psychotic depression).' The only inference supported by the data is that mifepristone elevated plasma ACTH and cortisol levels, especially during the morning surge in circadian HPA axis activity, which is the expected effect of a glucocorticoid receptor blocker, even in control subjects. As the repeat testing in this study was conducted with the drug still present, the claim of HPA axis 're-regulation' by reference to 'steepened ascending slopes' of cortisol and ACTH reflects nothing more than the drug confound. This claim of 're-regulation' is misleading because it implies that the brief period of treatment with mifepristone led to an ongoing, therapeutically beneficial re-regulation of previously dysregulated HPA axis activity. The authors presented no data to support this suggestion, no data indicating pretreatment HPA axis dysregulation, no data indicating persistence of the claimed 're-regulation' beyond the period of exposure to the drug, and no data from control subjects as a necessary comparison. As clinical use of mifepristone is projected for only 7–8 days in treating psychotic depression (Belanoff *et al*, 2002), the authors may not claim 're-regulation' of the HPA axis in the absence of data beyond the immediate treatment period. A further problem is that the authors' claimed 're-regulation of the HPA axis' by mifepristone, with elevation of plasma ACTH and cortisol above pretreatment levels, does not mitigate the baseline HPA axis overactivity of patients with PMD but rather adds to it.

In summary, the authors have made an invalid claim of efficacy for mifepristone in PMD, based on inadequate statistical analyses. The authors have made an invalid claim of clinical utility based on an inadequate measure of that construct. The population studied has dubious generalizability to clinical practice. And the authors have made an unjustified claim of beneficial neuroendocrine change based on weak experimental design and on a fundamental confusion about re-regulation of the HPA axis in PMD.

## ACKNOWLEDGEMENTS

Over 30 years Dr Carroll has given consultations to Astra Zeneca, Becton Dickinson, Bristol Myers Squibb, Cato Research, Cyberonics, Dupont, GlaxoSmithKline, Ives Laboratories, Janssen, Lilly, National Medical Laboratories, Novartis, Pfizer, Roche, Servier, Shire, Skila, and Wyeth. He has received research support from Janssen, Pfizer, and Wyeth. He has received speaker honoraria from Abbott, Janssen, Lilly, Pfizer, and Wyeth. He has been a consultant to NIH Grant MH 50604 HPA axis/dopamine interactions in psychotic depression (Alan F Schatzberg, Principal Investigator) from 1999 to 2004. Dr Rubin has no conflicts to declare.

## REFERENCES

American Psychiatric Association (2000). *Diagnostic and Statistical Manual of Mental Disorders*, Fourth Edition Text Revision. American Psychiatric Association Press: Washington, DC.

Belanoff JK, Rothschild AJ, Cassidy F, DeBattista C, Baulieu EE, Schold C *et al* (2002). An open label trial of C-1073 (mifepristone) for psychotic major depression. *Biol Psychiatry* 52: 386–392.

Corcept Therapeutics Inc (2004). Amendment No_ 1 to S-1 SEC filing 3-19-2004. http://sec.gov/Archives/edgar/data/1088856/000119312504045249/ds1a.htm.

Feinstein AR (1987). *Clinimetrics*. Yale University Press: New Haven, CT.

Flores BH, Kenna H, Keller J, Solvason HB, Schatzberg AF (2006). Clinical and biological effects of mifepristone treatment for psychotic depression. *Neuropsychopharmacology* 31: 628–636.

Freedman R (2005). The choice of antipsychotic drugs for schizophrenia. *N Engl J Med* **353**: 1286–1288.

Laupacis A, Sackett DL, Roberts RS (1988). An assessment of clinically useful measures of the consequences of treatment. *N Engl J Med* **318**: 1728–1733.

Lieberman JA, Stroup TS, McEvoy JP, Swartz MS, Rosenheck RA, Perkins DO *et al*, The Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE) Investigators (2005). Effectiveness of antipsychotic drugs in patients with chronic schizophrenia. *N Engl J Med* **353**: 1209–1223.

Rubin RT, Carroll BJ (2004). Mifepristone (RU486) in the treatment of psychotic depression: re-evaluation of published data. *Neuropsychopharmacology* **29**(Suppl 1): S203–S204.