# EXHIBIT  11

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

Message Boards Settings

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

**FDA HATES CORLUX AND CORCEPT** (Not rated)

IMOOOOO

26-Jun-07 01:29 pm

flooridian

View Messages

Ignore User

Report Abuse

Sentiment : Strong Sell

Rate it:

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| FDA HATES CORLUX AND CORCEPT | flooridian | Not rated | 26-Jun-07 01:29 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1 First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:04pm (C)Yahoo!

2.65
2.60
2.55
2.50
2.45
10am 12pm 2pm 4pm

At 2:04PM ET: **2.52** ↓ 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

**CORCEPT BEING RUN BY CROOKS** (Not rated)

IMO0000000000

26-Jun-07 01:27 pm

floooridian

Sentiment : Strong Sell

Rate It:

☆☆☆☆☆

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

Get Message Board for: GO

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: : 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORCEPT BEING RUN BY CROOKS | floooridian | Not rated | 26-Jun-07 01:27 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

< Newer Topic | Older Topic >

### Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:04PM ET: **2.52** ↓ 0.09 (3.46%)

Enter Symbol(s):
e.g. YHOO, ^DJI
Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search: in Corcept Therapeutics Inco (C( Search

Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

**View all Topics** | **View all Messages** < Newer Topic | Older Topic >

**Get Message Board for:** GO

ADVERTISEMENT

**This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL**

**CORLUX MAKES U GAIN WEIGHT** (Not rated)

26-Jun-07 01:25 pm

IMOO0000000

**Rate It:**

☆☆☆☆☆

floooridian

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: 2 stars + unrated · What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORLUX MAKES U GAIN WEIGHT | floooridian | Not rated | 26-Jun-07 01:25 pm |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

### Corcept Therapeutics Inc. (CORT)

**New!** Try our new Charts in Beta

At 2:04PM ET: **2.52** ↓ 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : In Corcept Therapeutics Inco (C( Search ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

**INSIDERS R ITCHING TO SELL ON THIS** (Not rated)

26-Jun-07 01:22 pm

PUMP AND DUMP BOUGUS WEIGHT LOSSS BULL CRAP

flooridian

Sentiment : Strong Sell

Rate it:

☆☆☆☆☆

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| INSIDERS R ITCHING TO SELL ON THIS | flooridian | Not rated | 26-Jun-07 01:22 pm |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:04pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:04PM ET: **2.52** ⬇ 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Investools - Investing basics from Investools. Sign up for a class near you.
www.Investools.com

Stocks Ready To Soar - Hot News Alerts, Huge Profits 1000%+, Stock Near Explosive Breakout.

www.otcstockexchange.com

Online Trading Investment - Make your own

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search: In Corcept Therapeutics Inco (C( Search

Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

**WHEN IS NEXT PRIVATE PLACEMENT?** (Not rated)

26-Jun-07 12:43 pm

MANAGEMENT NEED TO GET PAID BIG BONUSES

flooridian

View Messages

Ignore User

Report Abuse

**Sentiment:** Strong Sell

**Rate It:**

☆☆☆☆☆

< Previous Message | Next Message >

Get Message Board for: GO

ADVERTISEMENT

This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

View: Simple | Summary | Expanded
As: Threaded | Msg List Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| WHEN IS NEXT PRIVATE PLACEMENT? | flooridian | Not rated | 26-Jun-07 12:43 pm |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:04pm (C)Yahoo!

2.65 2.60 2.55 2.50 2.45

10am 12pm 2pm 4pm

At 2:04PM ET: **2.52** ↓ 0.09 (3.45%)

Enter Symbol(s): e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : In Corcept Therapeutics Inco (C( Search

Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT

This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

### NEWS NEWS NEWS - LINK BELOW (Not rated)

26-Jun-07 12:39 pm

Corcept Therapeutics Announces Phase 3 Study Evaluating CORLUX(R) for Psychotic Major Depression Misses Primary Endpoint



floooridian

Sentiment : Strong Sell

Rate it:

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1 First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| NEWS NEWS NEWS - LINK BELOW | floooridian | Not rated | 26-Jun-07 12:39 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1 First | < Prev | Next > | Last

< Newer Topic | Older Topic >

### Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta




At 2:04PM ET: **2.52** ↓ 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Investools - Investing basics from Investools. Sign up for a class near you.
www.investools.com

Stocks Ready To Soar - Hot News Alerts, Huge Profits 1000%+, Stock Near Explosive Breakout

www.otcstockexchange.com

Online Trading Investment - Make your own

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C... Search

Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

**View all Topics** | **View all Messages** < Newer Topic | Older Topic >

**Get Message Board for:** GO

**CORT WILL FILE FOR BANKRUPTCY** (Not rated)

26-Jun-07 12:27 pm

SOON. IMOOOOOOOOO

flooridian

View Messages

Ignore User

Report Abuse

**Sentiment :** Strong Sell

**Rate it:**

< Previous Message | Next Message >

ADVERTISEMENT

Do you think NRI Banking is complex?

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated · What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORT WILL FILE FOR BANKRUPTCY | flooridian | Not rated | 26-Jun-07 12:27 pm |
| Re: CORT WILL FILE FOR BANKRUPTCY Do you really hope to reverse the trend with your ... | courrier_75 | Rate it | 26-Jun-07 12:32 pm |

**View:** Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:04pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:04PM ET: **2.52** ↓ 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Investools - Investing basics from Investools. Sign up for a class near you. www.investools.com

Stocks Ready To Soar - Hot News Alerts, Huge Profits 1000%+, Stock Near Explosive Breakout

www.otcstockexchange.com

Online Trading Investment - Make your own

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

**HOW IS CORT GONNA RAISE MORE CASH?** (Not rated)

26-Jun-07 12:27 pm

BANKRUPTCY

flocoridian

Sentiment : Strong Sell

Rate it:

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| HOW IS CORT GONNA RAISE MORE CASH? | flocoridian | Not rated | 26-Jun-07 12:27 pm |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:04PM ET: 2.52 ↓ 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI
Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Investools - Learn to invest from the experts. Register for a free class near you.
www.investools.com

Stocks Ready To Soar - Hot News Alerts, Huge Profits 1000%+, Stock Near Explosive Breakout.

www.otcstockexchange.com

Online Trading Investment - Make your own

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search: in Corcept Therapeutics Inco (C( Search ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

**View all Topics | View all Messages** < Newer Topic | Older Topic >

**Get Message Board for:** GO

**CORT = A SCAM OPERATION** (Not rated) 26-Jun-07 12:24 pm

IMOOOOOOOO

flooorldian

**Sentiment:** Strong Sell

**Rate It:**

☆☆☆☆☆

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

**This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL**

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORT = A SCAM OPERATION | flooorldian | Not rated | 26-Jun-07 12:24 pm |

**View:** Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:04PM ET: **2.52** ↓ 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : In Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

**CORLUX MAKES YOU DEPRESS** (Not rated) 26-Jun-07 12:21 pm

WHAT A JOKE CORT IS

flooridian

Sentiment : Strong Sell

Rate It:

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORLUX MAKES YOU DEPRESS | flooridian | Not rated | 26-Jun-07 12:21 pm |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:04pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:04PM ET: **2.52** ↓ 0.09 (3.45%)

Enter Symbol(s): e.g. YHOO, ^DJI Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search: in Corcept Therapeutics Inco (CC Search

Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT

**This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL**

**CORT RUNNING OUT OF CASH SOON** (Not rated)

26-Jun-07 11:42 am

CHECK THE BOOKS

flooridian

**Sentiment:** Strong Sell

**Rate It:**

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORT RUNNING OUT OF CASH SOON | flooridian | Not rated | 26-Jun-07 11:42 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:04PM ET: **2.52** 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search: in Corcept Therapeutics Inco (C( Search Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

**CORT WILL BE DELISTED AGIAN** (Not rated)

IMOOOOOOO

26-Jun-07 11:40 am

flooorida

Sentiment : Strong Sell

Rate It:

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

**Messages in Topic**

Minimum rating: 2 stars + unrated — What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORT WILL BE DELISTED AGIAN | flooorida | Not rated | 26-Jun-07 11:40 am |

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

**Corcept Therapeutics Inc. (CORT)**

New! Try our new Charts in Beta

CORT 12-Jul 2:04pm (C)Yahoo!

2.65
2.60
2.55
2.50
2.45
10am 12pm 2pm 4pm

At 2:04PM ET: **2.52** ↓0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search

Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

**GAIN WEIGHT IF U TAKE CORLUX** (Not rated)

26-Jun-07 11:38 am

IMO000000

floooridian

**Sentiment :** Strong Sell

**Rate it:**

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated · What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| GAIN WEIGHT IF U TAKE CORLUX | floooridian | Not rated | 26-Jun-07 11:38 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:04PM ET: **2.52** ↓ 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

**CORT HAS NO PRODUCTS** (Not rated) 26-Jun-07 11:35 am

ITS A FACT

flooridian

Sentiment : Strong Sell

Rate It:

☆☆☆☆☆

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORT HAS NO PRODUCTS | flooridian | Not rated | 26-Jun-07 11:35 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:04PM ET: **2.52** ↓ 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

**CORT = PUMP AND DUMP** (Not rated) 26-Jun-07 11:34 am

IMOOOOOOOOOOOO

Sentiment : Strong Sell

floooridian

Rate It:

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORT = PUMP AND DUMP | flooorIdian | Not rated | 26-Jun-07 11:34 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:04PM ET: **2.52** ↓ 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search: in Corcept Therapeutics Inco (CC Search ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

**corlux dont work people = scam = cort** (Not rated)

26-Jun-07 11:28 am

lmooooooooooooooo

**Sentiment:** Strong Sell

**Rate it:**

floooridian

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| corlux dont work people = scam = cort | floooridian | Not rated | 26-Jun-07 11:28 am |

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT
**This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL**

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:04pm (C)Yahoo!
2.65, 2.60, 2.55, 2.50, 2.45
10am 12pm 2pm 4pm

At 2:04PM ET: **2.52** ↓ 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI
Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search

Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

**look for share dillution soon** (Not rated) 26-Jun-07 11:06 am

imoooooo

flooorldlan

Sentiment : Strong Sell

Rate it:

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| look for share dillution soon | flooorldlan | Not rated | 26-Jun-07 11:06 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:04PM ET: 2.52 ↓ 0.09 (3.45%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

**Corcept Therapeutics Inco (CORT) - Quote Info** Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search. Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic > Get Message Board for: GO

**cort has no cash on hand** (Not rated) 26-Jun-07 11:05 am

share dillution soon

Rate It:

floooridian

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

Try Us.

View: Simple | Summary | Expanded
As: Threaded | Msg List Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| cort has no cash on hand | flooorldian | Not rated | 26-Jun-07 11:05 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:04PM ET: **2.52** ↓0.09 (3.45%)

Enter Symbol(s): e.g. YHOO, ^DJI Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

**LOL CORT HAS NO REVENUE LOSES MILLIONS A YEAR, DAYTRADER SCAM I PUT STOP ON SHARES** (Not rated)

25-Jun-07 11:44 am

YIKESSSSSSSSSSSSS

Rate it:

cardrascalman

34/
new york,

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

View: Simple | Summary | Expanded
As: Threaded | Msg List Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| LOL CORT HAS NO REVENUE LOSES MILLIONS A YEAR, DAYTRADE... | cardrascalman | Not rated | 25-Jun-07 11:44 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:38PM ET: **2.5075** ↓ 0.1025 (3.93%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( · Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

**DAYTRADERS PUMP ONE DAY on NO NEWS pump and dump**
(Not rated)

25-Jun-07 11:40 am

sellllllllllll

Rate it:

longandshortalso
44/
new york,

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1 First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| DAYTRADERS PUMP ONE DAY on NO NEWS pump and dump | longandshortalso | Not rated | 25-Jun-07 11:40 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:38PM ET: **2.5075** ↓0.1025 (3.93%)

Enter Symbol(s): e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search: in Corcept Therapeutics Inco (CC Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages | < Newer Topic | Older Topic >

Get Message Board for: GO

**CEO insider selling like crazy ripoff i sell also** (Not rated)

25-Jun-07 11:39 am

GARBAGEEEEEEE

Rate it:

cardrascalman

34/
new york,

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CEO insider selling like crazy ripoff i sell also | cardrascalman | Not rated | 25-Jun-07 11:39 am |

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:38PM ET: **2.5075** ↓ 0.1025 (3.93%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C... Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic > Get Message Board for: GO

### ALL THIS INSIDER SELLING REALLY BOTHERS ME (Not rated)

25-Jun-07 11:39 am

SCAMMMMMMMMMM

Rate It:

canastarascal
Male
new york, N...

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

View: Simple | Summary | Expanded
As: Threaded | Msg List Page 1 of about 1 First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: 2 stars + unrated · What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| ALL THIS INSIDER SELLING REALLY BOTHERS ME | canastarascal | Not rated | 25-Jun-07 11:39 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

### Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:38PM ET: **2.5075** ↓0.1025 (3.93%)

Enter Symbol(s):
e.g. YHOO, ^DJI
Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C(

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

**View all Topics | View all Messages** < Newer Topic | Older Topic >

**Get Message Board for:** GO

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

**CORT=SCAM** (Not rated) 25-Jun-07 10:39 am

EOMMMMMMMM

Rate It:

floooridian

View Messages
Ignore User
Report Abuse

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORT=SCAM | floooridian | Not rated | 25-Jun-07 10:39 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:38PM ET: **2.5075** ↓ 0.1025 (3.93%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

**Corcept Therapeutics Inco (CORT) - Quote Info**

Message Boards Settings

Search : In Corcept Therapeutics Inco (C( Search

Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

**View all Topics | View all Messages** < Newer Topic | Older Topic >

**Get Message Board for:** GO

**CORT = PUMP AND @#$%** (Not rated) 25-Jun-07 10:38 am

EOMMMMMMMM

Rate It:

☆☆☆☆☆

flooorldian

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

View: Simple | Summary | Expanded
As: Threaded | Msg List Page 1 of about 1 First | < Prev | Next > | Last

**Messages in Topic** Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORT = PUMP AND @#$% | flooorldian | Not rated | 25-Jun-07 10:38 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

**Corcept Therapeutics Inc. (CORT)**

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:38PM ET: **2.5075** ↓ 0.1025 (3.93%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Investools - Investing basics from Investools. Sign up for a class near you. www.investools.com

Stocks Ready To Soar - Hot News Alerts, Huge Profits 1000%+, Stock Near Explosive Breakout.

www.otcstockexchange.com

Online Trading Investment - Make your own

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

**Corcept Therapeutics Inco (CORT) - Quote Info** Message Boards Settings

Search : in Corcept Therapeutics Inco (C... Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

**View all Topics | View all Messages** < Newer Topic | Older Topic >

**CORT=SCAM** (Not rated) 25-Jun-07 10:38 am

EOMMMMMMMMMMM

flooridian

View Messages

Ignore User

Report Abuse

**Sentiment :** Strong Sell

**Rate it:**

☆☆☆☆☆

< Previous Message | Next Message >

**Get Message Board for:** GO

ADVERTISEMENT

**This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL**

View: Simple | Summary | Expanded
As: Threaded | Msg List Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORT=SCAM | flooridian | Not rated | 25-Jun-07 10:38 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:38PM ET: **2.5075** ↓ 0.1025 (3.93%)

Enter Symbol(s):
e.g. YHOO, ^DJI Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : In Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

**the operating margins are NEGATIVE 7,500% SEE YAHOO FINANCE LOL what a scam stock** (Not rated)

25-Jun-07 10:09 am

pumperssssssss

Rate It:

bridge_ruler
43/
new york,

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| the operating margins are NEGATIVE 7,500% SEE YAHOO FIN... | bridge_ruler | Not rated | 25-Jun-07 10:09 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:38PM ET: **2.5075** ↓ 0.1025 (3.93%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Jul. 12. 2007 4:28PM No. 6593 P. 30

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search :: in Corcept Therapeutics Inco (C( Search Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

**DAYTRADERS PUMP ONE DAY GAIN then they dump later today or tomorrow OUCH** (Not rated)

25-Jun-07 10:06 am

use stop losses

**Rate it:**

☆☆☆☆☆

anthony1oznet
ANTHONY, Male
NY

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

Know more

ICICI Bank NRI Services

View: Simple | Summary | Expanded
As: Threaded | Msg List Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| DAYTRADERS PUMP ONE DAY GAIN then they dump later toda... | anthony1oznet | Not rated | 25-Jun-07 10:06 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:38PM ET: **2.5075** ↓ 0.1025 (3.93%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Concept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

**USE STOP LOSSES INSTITUTIONS ARE DUMPING NOW THEY DONT WANT THIS** (Not rated)

25-Jun-07 10:00 am

**Rate it:**

☆☆☆☆☆

stocksorfishing

< Newer Topic | Older Topic >

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : In Corcept Therapeutics Inco (C( Search

Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT

This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

**LOSES MILLIONS OF DOLLARS ON HARDLY ANY REVENUE SELL LOL** (Not rated)

25-Jun-07 09:58 am

JUNKKKKKKKKKKKK

Rate it:

cardrascalman

34/

new york,

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: 2 stars + unrated - What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| LOSES MILLIONS OF DOLLARS ON HARDLY ANY REVENUE SELL LO... | cardrascalman | Not rated | 25-Jun-07 09:58 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:55PM ET: **2.50** ↓ 0.11 (4.21%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Investools - Investing basics from Investools. Sign up for a class near you. www.investools.com

Stocks Ready To Soar - Hot News Alerts, Huge Profits 1000%+, Stock Near Explosive Breakout. www.otcstockexchange.com

Online Trading Investment - Make your own

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search

Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

**back to 2 bucks or less horrible financials** (Not rated)

25-Jun-07 09:54 am

sellllllllllllll

Rate it:

☆☆☆☆☆

bridge_ruler

43/
new york,

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

Know more

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

## Messages In Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| back to 2 bucks or less horrible financials | bridge_ruler | Not rated | 25-Jun-07 09:54 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:55PM ET: **2.50** ↓0.11 (4.21%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : In Corcept Therapeutics Inco (C( Search Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

**ALL THIS INSIDER SELLING REALLY BOTHERS ME** (Not rated)

25-Jun-07 09:54 am

Rate It:

canastarascal
Male
new york, N...

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

Know more

View: Simple | Summary | Expanded
As: Threaded | Msg List Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated · What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| ALL THIS INSIDER SELLING REALLY BOTHERS ME | canastarascal | Not rated | 25-Jun-07 09:54 am |

View: Simple | Summary | Expanded Page 1 of about 1 First | < Prev | Next > | Last
As: Threaded | Msg List

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:55PM ET: **2.50** ↓0.11 (4.21%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Investools - Investing basics from Investools. Sign up for a class near you.
www.investools.com

Stocks Ready To Soar - Hot News Alerts, Huge Profits 1000%+, Stock Near Explosive Breakout.

www.otcstockexchange.com

3 Free Stock Picks - Check out this free special

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search

Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

**View all Topics** | **View all Messages** < Newer Topic | Older Topic >

**Get Message Board for:** GO

**CORT = PUMP AND @#$%** (Not rated) 21-Jun-07 02:45 pm

IMO000000000

**Sentiment :** Strong Sell

**Rate it:**

flooridian

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

**This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL**

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

1 to 1 of about 1 Newest | < Newer | Older > | Oldest

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORT = PUMP AND @#$% | flooridian | Not rated | 21-Jun-07 02:45 pm |

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

1 to 1 of about 1 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

## Yahoo! Inc. (YHOO)

YHOO 12-Jul 2:49pm (C)Yahoo!

27.0
26.8
26.6
26.4
26.2
10am 12pm 2pm 4pm

At 4:00PM ET: **32.72** ↑ 0.68 (2.12%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : In Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

**ORT = PU,MP AND DUMP** (Not rated) 21-Jun-07 02:44 pm

IMO000000000

floooridian

View Messages

Ignore User

Report Abuse

Sentiment : Strong Sell

Rate it:

☆☆☆☆☆

< Previous Message | Next Message >

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

View: Simple | Summary | Expanded
As: Threaded | Msg List
1 to 1 of about 1 Newest | < Newer | Older > | Oldest

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| ORT = PU,MP AND DUMP | floooridian | Not rated | 21-Jun-07 02:44 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List
1 to 1 of about 1 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

Corcept Therapeutics Inc. (CORT)
New! Try our new Charts in Beta
CORT 12-Jul 2:38pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm
At 2:58PM ET: 2.51 ↓ 0.10 (3.83%)
Enter Symbol(s):
e.g. YHOO, ^DJI
Get Quote
Symbol Lookup
Get streaming real-time quotes - Free Trial
Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Jul. 12. 2007 4:30PM No. 6593 P. 37

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search

Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

## DOES CORLUX CAUSE CANCER? (Not rated)

21-Jun-07 02:43 pm

BE CAREFUL

flooridian

Sentiment : Strong Sell

Rate it:

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

Know more

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 1 of about 1 Newest | < Newer | Older > | Oldest

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| DOES CORLUX CAUSE CANCER? | flooridian | Not rated | 21-Jun-07 02:43 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 1 of about 1 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!

2.65
2.60
2.55
2.50
2.45

10am 12pm 2pm 4pm

At 2:58PM ET: **2.51** ↓0.10 (3.83%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

**GOD HATES CORLUX AND CORT** (Not rated)

21-Jun-07 02:43 pm

EOMMMMMMMMM

Sentiment : Strong Sell

floooridian

Rate it:

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 1 of about 1 Newest | < Newer | Older > | Oldest

### Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| GOD HATES CORLUX AND CORT | flooridian | Not rated | 21-Jun-07 02:43 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 1 of about 1 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

ADVERTISEMENT

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:58PM ET: **2.51** ↓0.10 (3.83%)

Enter Symbol(s): e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic > Get Message Board for: GO

**CORT=SCAM** (Not rated) 21-Jun-07 02:42 pm

SCAMMMMMMMMMMM

Sentiment : Strong Sell

Rate it:

flooridian

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 1 of about 1 Newest | < Newer | Older > | Oldest

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| CORT=SCAM | flooridian | Not rated | 21-Jun-07 02:42 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 1 of about 1 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:58PM ET: **2.51** ↓ 0.10 (3.83%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

**I RATHER GAIN WEIGHT THAN TAKE CORLUX** (Not rated)

21-Jun-07 02:42 pm

CORT = SCAMMMMMM

Sentiment : Strong Sell

Rate It:

flocoridian

View Messages

Ignore User

Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

View: Simple | Summary | Expanded
As: Threaded | Msg List
1 to 1 of about 1 Newest | < Newer | Older > | Oldest

### Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| I RATHER GAIN WEIGHT THAN TAKE CORLUX | flocoridian | Not rated | 21-Jun-07 02:42 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List
1 to 1 of about 1 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:58PM ET: **2.51** ↓ 0.10 (3.83%)

Enter Symbol(s):
e.g. YHOO, ^DJI
Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

**This stock is like a wet noodle..** (Not rated) 21-Jun-07 02:28 pm

Lilly not going to use anthing from the trial....pr

Rate it:

stapleituptwo
49/Male
CARLSBAD, C...
View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List
1 to 1 of about 1 Newest | < Newer | Older > | Oldest

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| This stock is like a wet noodle.. | stapleituptwo | Not rated | 21-Jun-07 02:28 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List
1 to 1 of about 1 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:58PM ET: **2.51** ↓ 0.10 (3.83%)

Enter Symbol(s):
e.g. YHOO, ^DJI
Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

**View all Topics | View all Messages** < Newer Topic | Older Topic >

**Get Message Board for:** GO

ADVERTISEMENT
**This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL**

**Re: fu king fraud the jacked this pos up** (Not rated)

10-Apr-07 09:40 am

not @#$%z- this aint worth the paper its written on

chinksareforyou

View Messages
Ignore User
Report Abuse

**Sentiment :** Strong Sell

**Rate it:**
☆☆☆☆☆

[redacted] < Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 2 of about 2 Newest | < Newer | Older > | Oldest

## Messages in Topic

Minimum rating: 2 stars + unrated : What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Re: fu king fraud the jacked this pos up | chinksareforyou | Not rated | 10-Apr-07 09:40 am |
| fu king fraud the jacked this pos up not good pos | dikkmlik | Rate it | 10-Apr-07 09:37 am |

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 2 of about 2 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:58PM ET: **2.51** ↓0.10 (3.83%)

Enter Symbol(s): e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT
This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL

**fu king fraud the jacked this pos up** (Not rated)

10-Apr-07 09:37 am

not good pos

Rate it:

dikkmilk

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 2 of about 2 Newest | < Newer | Older > | Oldest

### Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Re: fu king fraud the jacked this pos up<br>not @#$%z- this aint worth the paper its written on | chinksareforyou | Rate It | 10-Apr-07 09:40 am |
| fu king fraud the jacked this pos up | dikkmilk | Not rated | 10-Apr-07 09:37 am |

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 2 of about 2 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:58PM ET: **2.51** ↓ 0.10 (3.83%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

**View all Topics | View all Messages** < Newer Topic | Older Topic >

**Its all over for this POS** (Not rated) 29-Mar-07 08:23 am

turn out the lights on the way out. Sorry if you lost your money. I'm buying MVIS. I think I will make a bundle on it in the next three years. Check it out. www.getpicop.com or www.microvision.com

tanya_merriweathe...

**Rate it:**

☆☆☆☆☆

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List
1 to 1 of about 1 Newest | < Newer | Older > | Oldest

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Its all over for this POS | tanya_merriweathe... | Not rated | 29-Mar-07 08:23 am |

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List
1 to 1 of about 1 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

**Get Message Board for:** GO

ADVERTISEMENT
**This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL**

## Corcept Therapeutics Inc. (CORT)

**New!** Try our new Charts in Beta

At 2:58PM ET: **2.51** ↓0.10 (3.83%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search: In Corcept Therapeutics Inco (CC Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic > Get Message Board for: GO

**WELCOME NEW BAGHOLDERS-HEHEHE** (Not rated)

27-Dec-06 07:08 pm

HEEEEEEEEEEEEEEEEEEEE
HEEEEEEEEEEEEEEEEEEE
HEEEEEEEEEEEEEEEEEEE

mariabartobiomo
View Messages
Ignore User
Report Abuse

Sentiment : Strong Sell

Rate it:

☆☆☆☆☆

< Previous Message | Next Message >

ADVERTISEMENT

Know more

ICICI Bank NRI Services

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 4 of about 4 Newest | < Newer | Older > | Oldest

### Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Re: WELCOME NEW BAGHOLDERS-HEHEHE<br>Oh goody, the bashers are back...must mean we're going ... | phil_up2k4 | Rate it | 27-Dec-06 11:12 pm |
| Re: WELCOME NEW BAGHOLDERS-HEHEHE<br>... | acura_1990<br>Online Now | Rate it | 27-Dec-06 08:15 pm |
| Re: WELCOME NEW BAGHOLDERS-HEHEHE<br>Great buy at $1.60. This is at least a $4.00 stock. Get... | tweetakken | Rate it | 27-Dec-06 07:40 pm |
| WELCOME NEW BAGHOLDERS-HEHEHE | mariabartobiomc | Not rated | 27-Dec-06 07:08 pm |

### Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:58PM ET: **2.51** ↓0.10 (3.83%)

Enter Symbol(s):
e.g. YHOO, ^DJI
Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Jul. 12. 2007 4:32PM No. 6594 P. 9/50

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

**Corcept Therapeutics Inco (CORT) - Quote Info** Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

**View all Topics | View all Messages** < Newer Topic | Older Topic > **Get Message Board for:** 

**>>> THE REAL REASON BEHIND TODAY's ACTION! <<<**
(Not rated)

26-Dec-06 10:21 pm

stockgoodess2o

View Messages
Ignore User
Report Abuse

Listen people, this is what insiders refer to as a reaction to a "death spiral convertible", also known by the Wall Street acronym PIPEs, or private investments in public equity. These much-maligned securities, whose conversion into common shares can be triggered by precipitous drops in a company's stock, all but disappeared from the market three years ago. The near extinction occurred as investors got wise to the deleterious impact an endless flood of new shares can have on price, as well as subsequent allegations of manipulative trading by some of the hedge funds that invested in these deals.

PIPE deals, of course, come in all shapes and fashion. But almost every deal involves the sale of discounted shares to a group of hedge funds.

Death spiral PIPEs got their unsavory reputation because, unlike typical convertible bonds, which get converted into shares only when a stock rises to a fixed price, the conversion price for these notes keeps getting adjusted downward whenever the underlying stock falls. The drop in the stock price also means the buyers are entitled to receive more shares when the conversion occurs.

The floating convertible feature is intended to be an embedded hedge to protect investors (in this case hedge funds) in the event the stock doesn't rise in price after the deal. But, here's the kicker--in the past, some unscrupulous hedge funds that bought the bonds saw the floating conversion feature as an invitation to make money by literally shorting the stocks to death. In many cases, those hedge funds violated contract provisions forbidding any shorting of the company's stock. Which frankly speaking is what I suspect will soon happen here.

Oh, and please don't assume that these things never happen because they do...

http://www.beurs.nl/nieuws/artikel.php?l...

Bottom-line, from my experience and given the lack of any real "new" news to support today's action one therefore has to assume that this is nothing more then another very intricate hedge fund induced "PUMP-

ADVERTISEMENT

Know more

ICICI Bank
NRI Services

**Corcept Therapeutics Inc. (CORT)**

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:58PM ET: **2.51** ↓ 0.10 (3.83%)

Enter Symbol(s):
e.g. YHOO, ^DJI
Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

artificial pumping opportunities to convert more shares at lower prices and then sell them at higher prices to unsuspecting retail investors reaping the rewards. Furthermore, the subsequent quick drops in pps that follow as both volume and bids prices quickly dissipate following the initial run-up have another advantage for these unscrupulous hedge funds.

You see, these so-called, death spiral PIPEs, which is what CORT sold recently, and unlike typical convertible bonds, which I already explained get converted into shares only when a stock rises to a fixed price, can be converted as the conversion price for these notes keeps getting adjusted downward whenever the underlying stock falls. This of course means that the drop in the stock price also gives the buyers (in this case once again the hedge funds) the entitlement to receive even more shares when the conversion occurs. Thus causing the cycle to repeat itself over and over again. In other words, a sort of revolving ATM machine for hedge funds.

In fact, PlacementTracker says companies that sell bonds with these types of conversion provisions often see their shares plunge by 26% six months after doing a deal!

That would mean $0.74 by next July.

http://www.sagientresearch.com/pt/index....

Rate it:

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 4 of about 4 Newest | < Newer | Older > | Oldest

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Re: >>> THE REAL REASON BEHIND TODAY's ACTION! <<< Well, I bought today based on the report in Barrons say... | envoyapts | Rate it | 27-Dec-06 04:05 am |
| Re: >>> THE REAL REASON BEHIND TODAY's ACTION! <<< Envoyapts, I really don't know what your situation is c... | g_jetzon_2005 | Rate it | 27-Dec-06 02:50 am |
| Re: >>> THE REAL REASON BEHIND | envoyapts | Rate it | 26-Dec-06 11:24 pm |

<<<
I'm not sure I understand. When Barrons reports inside...

| >>> THE REAL REASON BEHIND TODAY's ACTION! <<< | stockgoodess2c | Not rated | 26-Dec-06 10:21 pm |
|---|---|---|---|

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 4 of about 4 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic >

Get Message Board for: GO

**Re: Movers and Shakers are SELLING!!!** (Not rated)

26-Dec-06 08:50 pm

I hope you covered your short position & your stinking ass!!! looks like I just took a dump on your face today :) heeehaaaaa amen!

mstrtrdr66
Male
Long Beach,...

View Messages
Ignore User
Report Abuse

**Rate it:**

☆☆☆☆☆

[redacted]

< Previous Message | Next Message >

ADVERTISEMENT

Know more

ICICI Bank NRI Services

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 9 of about 9 Newest | < Newer | Older > | Oldest

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Re: Movers and Shakers are SELLING!!! | mstrtrdr66 | Not rated | 26-Dec-06 08:50 pm |
| Re: Movers and Shakers are SELLING!!! [ "You are the POS!!!!" ] Sorry moron, but the only ... | dump_n_pump | Rate it | 22-Dec-06 08:53 pm |
| Re: Movers and Shakers are SELLING!!! You are the POS!!!! CORT is up another .05 to close at ... | mstrtrdr66 | Rate it | 22-Dec-06 08:14 pm |
| Re: Movers and Shakers are SELLING!!! Idiot, those so-call "movers & shakers" are in | dump_n_pump | Rate it | 22-Dec-06 05:31 pm |

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!
2.65
2.60
2.55
2.50
2.45
10am
12pm
2pm
4pm

At 2:58PM ET: **2.51** ↓0.10 (3.83%)

Enter Symbol(s): e.g. YHOO, ^DJI Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

| | | | |
|---|---|---|---|
| Re: Movers and Shakers are a buy'n<br>Now, why would the whole team personaly buy 2,000,000 s... | trader_ko | Rate it | 21-Dec-06 03:44 pm |
| Re: Movers and Shakers are a buy'n<br>Opps, wrong time line. ... | trader_ko | Rate it | 21-Dec-06 03:30 pm |
| Re: Movers and Shakers are a buy'n<br>Nut'n but buy'n ... | trader_ko | Rate it | 21-Dec-06 03:27 pm |
| Re: Movers and Shakers are a buy'n<br>Do these folks know something? ... | trader_ko | Rate it | 21-Dec-06 03:14 pm |
| Movers and Shakers are a buy'n<br>... | trader_ko | Rate it | 21-Dec-06 03:07 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 9 of about 9 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : In Corcept Therapeutics Inco (C( Search ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

**View all Topics | View all Messages** < Newer Topic | Older Topic >

**STUPID "PUMP & DUMP" SCAMMERS PLAYING GAMES IN AHs!!!** (Not rated)

22-Dec-06 05:22 pm

16:03..........$ 1.13.........100
16:03..........$ 1.13.........100
16:02..........$ 1.12.........100

dump_n_pump

http://quotes.nasdaq.com/aspxcontent/Ext...

View Messages
Ignore User
Report Abuse

Looks like some fool is trying to "Paint the Tape" by pumping this POS in after-hours with a $225 purchase order—@#$%, I hope he used Ameritrade or the commission must have been murder.

ROFLMAOWTIME

**Rate it:**

☆☆☆☆☆

[redacted] < Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 1 of about 1 Newest | < Newer | Older > | Oldest

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| STUPID "PUMP & DUMP" SCAMMERS PLAYING GAMES IN AHs!!! | dump_n_pump | Not rated | 22-Dec-06 05:22 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 1 of about 1 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

**Get Message Board for:** GO

ADVERTISEMENT
**This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL**

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

At 2:58PM ET: **2.51** ↓0.10 (3.83%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : In Corcept Therapeutics Inco (C( Search | Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic > Get Message Board for: GO

**Re: Movers and Shakers are SELLING!!!** (Not rated)

22-Dec-06 05:31 pm

Idiot, those so-call "movers & shakes" are in the red... they have been so for months now! Most bought into this POS around the $4 range. Face it friend, CORT is a POS! You know it, I know it, this whole F'ing bb knows it.

dump_n_pump

View Messages
Ignore User
Report Abuse

Now, just wait for next week when end of year "tax loss selling" start and this POS tanks to around $0.40 bagholder!!!!

Rate it:

< Previous Message | Next Message >

ADVERTISEMENT

YAHOO! REPLAY

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 9 of about 9 Newest | < Newer | Older > | Oldest

### Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Re: Movers and Shakers are SELLING!!! I hope you covered your short position & your stinking ... | mstrtrdr66 | Rate It | 26-Dec-06 08:50 pm |
| Re: Movers and Shakers are SELLING!!! [ "You are the POS!!!!" ] Sorry moron, but the only ... | dump_n_pump | Rate It | 22-Dec-06 08:53 pm |
| Re: Movers and Shakers are SELLING!!! You are the POS!!!! CORT is up another .05 to close at ... | mstrtrdr66 | Rate It | 22-Dec-06 08:14 pm |
| Re: Movers and Shakers are SELLING!!! | dump_n_pump | Not rated | 22-Dec-06 05:31 pm |
| [illegible] | [illegible] | [illegible] | 21 Dec 06 03:44 pm |

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 2:38pm (C)Yahoo!

2.65
2.60
2.55
2.50
2.45
10am 12pm 2pm 4pm

At 2:58PM ET: **2.51** ↓ 0.10 (3.83%)

Enter Symbol(s):
e.g. YHOO, ^DJI

Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

| | | | |
|---|---|---|---|
| Now, why would the whole team personaly buy 2,000,000 s... | | | |
| Re: Movers and Shakers are a buy'n<br>Opps, wrong time line. ... | trader_ko | Rate it | 21-Dec-06 03:30 pm |
| Re: Movers and Shakers are a buy'n<br>Nut'n but buy'n ... | trader_ko | Rate it | 21-Dec-06 03:27 pm |
| Re: Movers and Shakers are a buy'n<br>Do these folks know something? ... | trader_ko | Rate it | 21-Dec-06 03:14 pm |
| Movers and Shakers are a buy'n<br>... | trader_ko | Rate it | 21-Dec-06 03:07 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 9 of about 9 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

**Corcept Therapeutics Inco (CORT) - Quote Info**

Message Boards Settings

Search : _____ In  Corcept Therapeutics Inco (C▸   [ Search ]         ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

**View all Topics | View all Messages   < Newer Topic | Older Topic >**     Get Message Board for:   [ GO ]

**Re: Time To Call The I.R. Person OR Send In Hulk Hogan To Karate Chop All of Them** (Not rated)

ADVERTISEMENT
**This ADVERTISEMENT or POPUP has been blocked by UMASSMEMORIAL**

30-Oct-06 12:16 pm



rtperch
Mike, Male

View Messages

Ignore User

Report Abuse

Three studies, all with essentially the same protocols, and the two completed studies have produced statistically significant negative results with bizarre placebo response rates. All that indicates is that the company is currently throwing millions and millions of dollars down the drain by continuing on with this third study when it should just be shut down completely.

On the plus side, if the study protocols were flawed, then perhaps a new study with non-flawed protocols might show positive results.

On the minus side, if the company's scientists put together a protocol that was side hideously flawed in the first place, it brings into question every bit of their scientific capabilities. Also, where are they going to get all the new millions and millions of dollars to fund three brand new studies with (hopefully) correct protocols. Dillution, anyone?

The reason there's no good news coming out is because there isn't likely going to be any. This company is circling the drain. The big flush ought to come shortly after the negative results from the third study sometime in January—though there will likely be a slight bump in stock price just before that based purely on hope-and-a-prayer speculation.

The investor relations rep is probably busy out job hunting.

**Rate It:**
☆☆☆☆☆

███           < Previous Message | Next Message >

**Corcept Therapeutics Inc. (CORT)**

New! Try our new Charts in Beta



At 3:12PM ET: **2.532** ↓ 0.078 (2.99%)

Enter Symbol(s):
e.g. YHOO, ^DJI          [ Get Quote ]

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

View: Simple | Summary | Expanded     1 to 3 of about 3   Newest | < Newer | Older > | Oldest
As: Threaded | Msg List

SPONSORED LINKS

**Messages In Topic**     Minimum rating: 2 stars + unrated  What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Re: Time To Call The I.R. Person OR Send In Hulk Hogan ... | camaroking10 | Rate It | 30-Oct-06 12:21 pm |
| Re: Time To Call The I.R. Person OR Send In Hulk Hogan ... | rtperch | Not rated | 30-Oct-06 12:16 pm |

Hulk Hogan To K...
Time To Call The I.R. Person OR Send In Hulk Hogan To K...

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 3 of about 3 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >

Welcome to the new Yahoo! Message Boards - Send us feedback | Product updates

## Corcept Therapeutics Inco (CORT) - Quote Info

Message Boards Settings

Search : in Corcept Therapeutics Inco (C( Search Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Corcept Therapeutics Inco (CORT)

View all Topics | View all Messages < Newer Topic | Older Topic > Get Message Board for: GO

**Re: I NEED CORLUX - IM DEPRESS** (Not rated)

3-Oct-06 05:38 am

You think thats bad. I have been in from the start at $12 / share and seen value consistently destroyed.

Forget Corlux, the Board of this company need ECT therapy preferably in an 'Old Sparky'.

kitleyboy
45/Male
London, UK

View Messages
Ignore User
Report Abuse

Rate it:
☆☆☆☆☆

< Previous Message | Next Message >

ADVERTISEMENT

Know more
ICICI Bank
NRI Services

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 5 of about 5 Newest | < Newer | Older > | Oldest

## Messages in Topic

Minimum rating: 2 stars + unrated What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Re: I NEED CORLUX - IM DEPRESS | kitleyboy | Not rated | 3-Oct-06 05:38 am |
| Re: I NEED CORLUX - IM DEPRESS<br>Take a placebo since CORT has shown it to be highly eff... | catzpaj | (1 Rating) | 2-Oct-06 05:09 pm |
| Re: I NEED CORLUX - IM DEPRESS<br>AT WHAT PRICE | mariabartoblomc | Rate it | 2-Oct-06 02:05 pm |
| Re: I NEED CORLUX - IM DEPRESS<br>Well I bought in over a month ago around 1.50- | sikonopka | Rate it | 2-Oct-06 01:59 pm |

## Corcept Therapeutics Inc. (CORT)

New! Try our new Charts in Beta

CORT 12-Jul 3:12pm (C)Yahoo!
2.65, 2.60, 2.55, 2.50, 2.45
10am 12pm 2pm 4pm

At 3:12PM ET: **2.532** ↓ 0.078 (2.99%)

Enter Symbol(s): e.g. YHOO, ^DJI Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

IM DEPRESS
HELP ME
CORT/FDA

View: Simple | Summary | Expanded
As: Threaded | Msg List

1 to 5 of about 5 Newest | < Newer | Older > | Oldest

< Newer Topic | Older Topic >