# EXHIBIT 12

|SEARCH BLOG| | FLAG BLOG| Next Blog»                    Create Blog | Sign In

# CLINICAL PSYCHOLOGY AND PSYCHIATRY: A CLOSER LOOK

DEDICATED TO THE DISCUSSION OF PSYCHOTHERAPY AND PSYCHIATRY. CLAIMS MADE IN BOTH CLINICAL PSYCHOLOGY AND PSYCHIATRY WILL BE EXAMINED MORE CLOSELY THAN IN MANY OUTLETS.

THURSDAY, APRIL 05, 2007

## 4.83 Million Reasons to Be Conflicted

Corcept Therapeutics just got an infusion of cash. From the press release:

> Corcept Therapeutics Incorporated (NASDAQ: CORT) today announced the completion of a private placement of 9,000,000 shares of its common stock at a price of $1.00 per share, pursuant to a definitive agreement entered into today with accredited investors. The investors are led by Paperboy Ventures LLC, who is currently a significant shareholder of Corcept. Sutter Hill Ventures, Alta Partners, LLP, venture capital firms that are currently significant shareholders in Corcept, and members of the Corcept Board of Directors, Joseph C. Cook, Jr., James A. Harper, David L. Mahoney, Alan F Schatzberg, M.D. and James N. Wilson, are also investors. In addition, investors in this financing round included Black Point Group, LLP, Vaughn Bryson and Daniel Bradbury.

Already a good short-term investment, as the stock is now at $1.21 a share. If you've read any prior writings about Corcept, you can see that I'm highly skeptical about it's main product, Corlux (mifepristone/RU-486), which is aiming to treat psychotic depression. Although the company has tried to spin negative findings as actually being positive, it's hard to see how a series of studies showing poor efficacy will lead to helping patients in any meaningful fashion. Might the latest influx of cash help out the Corcept insiders who hold a major stake in the company? Sure.

Conflicts of Interest: It appears that Dr. Alan Schatzberg bought 50,000 shares in the latest round of funding. It has been reported previously that Schatzberg has written quite positive comments about Corlux in journals and some have questioned whether his financial stake in the company has skewed his judgment on the topic. I want everyone to consider the following conundrum...

Schatzberg holds about 4.83 million shares of Corcept currently. So, if Corlux bombs a clinical trial, is he going to:
. Immediately report the negative results in a press release
. Move publishing the negative results in a scientific journal to the top of his to-do list
. Spin the results in a very favorable fashion (or make sure that someone who writes the

ABOUT ME

CL PSYCH
US

I'm an academic with a respectable amount of clinical experience and no drug industry funding. Given my lack of time, don't expect multiple daily updates. Certain things about clinical psychology, the drug industry, psychiatry, and academics drive me nuts, and you'll probably pick up on these pet peeves before long...

VIEW MY COMPLETE PROFILE

...

• Email me

PHARMA: GENERAL

   BrandweekNRX

   eDrugSearch

   GoozNews

   Health Care Renewal

   Pharma Blogosphere

   Pharma Giles

   PharmaGossip

   Pharmalot

   Pharma Marketing Blog

   Dr. Peter Rost

. . . . .

PSYCHIATRY AND PSYCHOLOGY

   Ben Hansen

   David Healy's Adventures

   Furious Seasons

D. Just bury it entirely (probably not an option with such a small company that likely announces most if not all of its trials beforehand)

If I was in a position where I had such a large financial stake, I'd have a hell of a time doing A. or B. When large dollar amounts are at stake, it's not easy to say; "Hey, this product doesn't seem to work" and watch your stock holdings evaporate. This is why conflicts of interest are a problem.

Some academic researchers really are just in it for the money. I think they are a very small minority. I bet that most researchers who end up with big-time conflicts of interest start off thinking, "Hey, this could be a great new form of treatment for condition X." Then, hey, why not make some money while you're doing God's work, helping to heal people. We're an entrepreneurial society, so we tend to believe that people should be rewarded for having an enterprising spirit. Now, if the product turns out to not be so effective and/or to have some unpleasant side effects, then look at the predicament... Here's the conflict — help people with condition X or help my own cash flow?

Or say I'm a doctor who makes some good money on the side giving "educational" speeches to fellow physicians about a drug, say, Zyprexa. When I find out that said drug is linked to numerous health problems, do I bring that up in my speeches, knowing fully that such discussion is likely going to get me canned from the speaking circuit?

The list of potential examples could go on for days.

Labels: conflict of interest, Corcept, Corlux

POSTED BY CL PSYCH AT 4/05/2007 07:45:00 AM   1 COMMENTS  LINKS TO THIS POST

Tag it:

del.icio.us | Digg it | reddit | Yahoo MyWeb |

SATURDAY, MARCH 03, 2007

## Pepsi: Good for What Ails You

Roy Poses, as usual, has a great take on a story that you just could not have made up, even if you tried your hardest.

Deborah Powell, the Dean of the University of Minnesota Medical School, has taken a board of directors position for PepsiAmerica, which is interesting considering that Pepsi consumption promotes both tooth rot and obesity. Don't get me wrong, there is such a thing as responsible Pepsi consumption, but should a Med School Dean be in the position of helping to maximize Pepsi sales? Perhaps she can also be on the Board of Philip Morris or Coors?

Read the whole story, then roll your eyes and/or bang your head, as you deem

The Last Psychiatrist

Mind Hacks

PsychSplash

PsychCentral

Seroxat Secrets

ShrinkRap

Treatments Online

...

SCIENTIFIC MISCONDUCT

Alliance for Human Research Protection

Scientific Misconduct Blog

ACADEMIA

Bitch Ph.D.

Crooked Timber

Inside Higher Ed

ORGANIZATIONS

Center for Science in the Public Interest

Healthy Skepticism

PharmedOut

Social Audit

. .

RECENT COMMENTS

Dr. BK // Thursday, April 05, 2007 3:52:00 PM

Marissa Miller // Friday, January 26, 2007 7:35:00 PM

. .

Subscribe to my RSS Feed

PREVIOUS POSTS

Imus and His Ilk

Lexapro is Waaaaaay Better than Celexa (?)

[SEARCH BLOG] FLAG BLOG] Next Blog»                    Create Blog | Sign In

# CLINICAL PSYCHOLOGY AND PSYCHIATRY: A CLOSER LOOK

### DEDICATED TO THE DISCUSSION OF PSYCHOTHERAPY AND PSYCHIATRY. CLAIMS MADE IN BOTH CLINICAL PSYCHOLOGY AND PSYCHIATRY WILL BE EXAMINED MORE CLOSELY THAN IN MANY OUTLETS.

TUESDAY, MARCH 20, 2007

## Corcept Spins Out



**BERT BLYLEVEN**

ABOUT ME

**CL PSYCH**
US

I'm an academic with a respectable amount of clinical experience and no drug industry funding. Given my lack of time, don't expect multiple daily updates. Certain things about clinical psychology, the drug industry, psychiatry, and academics drive me nuts, and you'll probably pick up on these pet peeves before long...

VIEW MY COMPLETE PROFILE

. .  ... .. ..

• **Email me**



The interesting thing about Corlux (mifepristone/RU-486) is that no matter how it fares in clinical trials, **it is always a winner.** In the latest trial, Corlux was again not effective on the primary outcome measure, which assessed the psychotic symptoms of psychotic depression. This is not surprising, since it has generally shown mediocre results, which are then spun by the company executives/academics as evidence of treatment effectiveness. Oh, and despite this being pushed as a treatment for psychotic depression, the treatment has never yielded anything resembling efficacy for depression, which strikes me as pretty odd.

Dr. Joseph Belanoff, Corcept CEO, had the following to say about the latest trial results:

While we are disappointed that the trial did not meet the primary endpoint, we are particularly encouraged to have met the important predefined threshold concentration endpoint with statistical significance," said Joseph K. Belanoff, M.D., Corcept's Chief Executive Officer. "This study confirms our previous

observation that at higher plasma levels the drug candidate is able to demonstrate desired clinical effects. In particular, those patients in Study 06 who achieved a predetermined level of 1661 nanograms of CORLUX per milliliter of plasma separated from the placebo group with statistical significance.

n other words, there was no difference between any of the three groups taking Corlux and placebo. None. So it appears that they started data dredging (e.g., running a bunch of tatistical tests until they found one that yielded positive results) and found that there was correlation between plasma concentration of drug and clinical response. What the uthors fail to note is that does not prove anything -- one must find results from experimental studies (i.e., people on drug do better than people on placebo), not from orrelational studies, in order to have a solid scientific foothold.

An academic, who serves on Corcept's scientific advisory board, was also willing to make a anny statement about the findings:

> Ned H. Kalin, M.D., Hedberg Professor and Chair of the Department of Psychiatry at the University of Wisconsin, said, "The correlation between plasma levels of drug and response rates found in this trial is very exciting. The results of this study show that when psychotically depressed patients achieve a threshold concentration of CORLUX in their system, a rapid and sustained clinical response is likely. This is a strong demonstration of a drug effect in an illness that is potentially devastating and difficult to treat."

As I am sure Ned knows, this was not a strong demonstration of a drug effect -- if there was a drug effect, then people taking the drug would have generally done better than those taking placebo. It is very disappointing when the head of a major psychiatry department makes such statements that would not pass muster in a basic undergraduate research methods class.

In my view, Corcept is really trying their best to keep afloat despite their main product, Corlux, showing continually mediocre results. Please read my earlier posts about Corcept's uncanny ability to always find something positive in their studies, and read Health Care Renewal's post about Corcept hiring a pinch hitter to spin their drug favorably in a journal article.

Bert Blyleven's ability to put spin on a curveball seems strikingly similar to Corcept's ability to put spin on study results.

Labels: Corcept, Corlux, mifepristone

POSTED BY CL PSYCH AT 3/20/2007 06:29:00 AM

Tag it:

deLicio.us | Digg it | reddit | Yahoo MyWeb |

Diesel10 said...

agree that Corcept, like most pharmaceutical companies, spins lackluster "findings" to make their drug look effective.

But, just to play devil's advocate, if they did unexpectedly find in this study that Corlux had a clinical effect that was related to the drug's blood level (akin to lithium, for example), it doesn't seem unreasonable to mention this. I would assume the next step would be to do a study where they titrated patients to what they consider to be the effective blood level (1661ng) and then compare the results in these patients to those on placebo.

TUESDAY, MARCH 20, 2007 8:07:00 AM

CL Psych said...

If this was the first study they had done on the topic, then I could see doing a little digging to examine correlations. However, when trial after trial fails to yield any notable improvement relative to a placebo, that's when I become highly cynical about this supposedly important correlation between plasma level and outcome.

They're going to do yet another study and we'll wait and see if higher doses lead to improvement.

TUESDAY, MARCH 20, 2007 8:50:00 AM

Stephany said...

Off label use for mifepristone/RU-486 is going to keep this alive and well on the market.

I've written a bit about it in my series questioning 'hormones or mental illness' -- a endo doc needed or psych needed, on my blog.

TUESDAY, MARCH 20, 2007 10:51:00 AM

Pharma Giles said...

I think the drug must work. A set of results like these should normally leave a company and its researchers thoroughly depressed, and yet their disposition is sunny and optimistic.

What more proof do you need of efficacy?

TUESDAY, MARCH 20, 2007 12:27:00 PM

michael said...

Agree with cl psych about the data dredging.

If you do a enough correlations you're bound to come up with a few significant looking ones by chance.

And if you've got a trial that generates, say, twenty measurable outputs, there's 200

TUESDAY, MARCH 20, 2007 6:09:00 PM

CL Psych said...

Good point Giles!

WEDNESDAY, MARCH 21, 2007 3:14:00 AM

POST A COMMENT

LINKS TO THIS POST:

CREATE A LINK

:< Home

Enter your Email



Powered by FeedBlitz

Search this blog:             Search

» Blogs that link here
» View my profile

Technorati

TRANSLATE THIS PAGE

Select a language

Blogger    BlogThis!

# CLINICAL PSYCHOLOGY AND PSYCHIATRY: A CLOSER LOOK

**DEDICATED TO THE DISCUSSION OF PSYCHOTHERAPY AND PSYCHIATRY. CLAIMS MADE IN BOTH CLINICAL PSYCHOLOGY AND PSYCHIATRY WILL BE EXAMINED MORE CLOSELY THAN IN MANY OUTLETS.**

FRIDAY, NOVEMBER 10, 2006

## Mifepristone (RU-486): Move The Goalposts Wider

Note: Some articles I mention below are without an abstract, so they received no link. The latest drama on mifepristone (RU-486, Corcept Therapeutics) continues to play out. DeBattista and Belanoff published a review (Trends in Endocrinology and Metabolism) discussing the great potential (in their eyes) for mifepristone in treating depression and possibly other conditions. Of course, let's keep in mind that DeBattista owns shares in Corcept and is a consultant for them as well while Belanoff is the CEO of Corcept, so of course the review was park marketing, part science.

Robert Rubin and Bernard Carroll in a letter to the editor pointed out aptly that DeBattista and Belanoff's review "makes exaggerated claims of efficacy." They added that among the studies cited as proving evidence for mifepristone's efficacy:
*One did not report a statistically significant benefit on any outcome measure
*Another "contained no statistical analyses of drug benefit whatsoever. The weak trend toward efficacy was created by alteration of the scoring method of a key rating scale (the Brief Psychiatric Rating Scale or BPRS). Had this scale been scored in accordance with its original psychometric validation, the results would have been even weaker than they were portrayed: only five, rather than 12, of 19 subjects who received high-dosage mifepristone would have shown a 50% reduction in the Positive Symptom Subscale (PSS) of the BPRS.
*The third study claimed a marginal benefit of mifepristone over placebo in producing a 50% reduction of scores on the PSS (p = 0.046). However, the statistical analysis failed to use Yates' correction in computing the chi-square result. When the proper statistical test is used, or when the alternative Fisher exact test is used, then the result is clearly nonsignificant (p = 0.10). In addition,

ABOUT ME

CL PSYCH
UNITED STATES

I'm an academic with a respectable amount of clinical experience and no drug industry funding. Given my lack of time, don't expect multiple daily updates. Certain things about clinical psychology, the drug industry, psychiatry, and academics drive me nuts, and you'll probably pick up on these pet peeves before long...

VIEW MY COMPLETE PROFILE

Nominee: Best New Medical Blog

Vote for Medical Blog Awards!

Voting Starts in Jan 2007

• Email me



007526
Bravenet Free Counter
VIEW SITE STATS

effect of mifepristone on any outcome measure of psychotic
symptoms (with respect to the PSS) or general psychopathology (with
respect to the BPRS) or depressive symptoms. The other two cited
studies have appeared only in abstract form.

DeBattista and Belanoff, in their rather weak response, point out that
one of the studies published only in abstract form is now in press and
that it found significant results on the BPRS (as measured by a 30%
reduction in scores) and several secondary measures. More on that
study in a minute. They then point out that two small studies
examining mifepristone which were criticized for failing to achieve
statistically significant results by Carroll and Rubin yielded large
effect sizes. I assume they mean pre-post effect sizes, meaning effect
sizes that were not compared to placebo, as one of the studies did not
use a placebo control. I'm not generally impressed when two small
studies find large effects (not in comparison to a placebo) which do
not carry over to larger studies. Note that DeBattista and Belanoff did
not refute the points made about manipulating a rating scale to find a
significant result or failing to use the proper correction for a
statistical test, which also then pushed nonsignificant results to
becoming significant. However, DeBattista and Belanoff make an
excellent point when they state that "The first step with mifepristone
is to demonstrate with greater confidence that the drug has a clinical
effect." Great point! That particular sentence sounds like a retreat
from their earlier statements about mifepristone's efficacy.

Now, as for that larger study on mifepristone for psychotic
depression, which is now in press in Biological Psychiatry. DeBattista
and Belanoff are the first two of eight total authors. The standard
used to define response was a 30% reduction in BPRS scores. With a
sample of 105 taking mifepristone and 116 taking placebo, the
categorical analysis using Cochran-Mantel-Haenszel tests was barely
significant (p = .041). Means and standard deviations were not
reported for the BPRS, so who knows what happened in terms of
effect size, but I'd bet it was not impressive. The results were more
impressive for the Positive Symptom Subscale of the BPRS (p
= .006), but it is again hard to calculate effect size without means and
standard deviations.

The authors move on to reporting scores on a subgroup who had
somewhat elevated Positive Symptom Scale Scores, and in this case
means and SD's are reported and it looks like about a .50 effect size
favoring medication. How did this subgroup do on their overall BPRS
score? Good question, because for this subgroup, only one measure
(the aforementioned PSS) was reported. Apparently the patients with
lower Positive Symptom Scores are not worthy of a subgroup

analysis, likely because such an analysis would have shown unimpressive results.

The authors then move to another subgroup, 42 patients selected because they were "chronologically, the patients enrolled in the latter part of the study" and were being examined as part of an FDA analysis. This group showed the largest effects, according to my rudimentary analysis. It seems a little ridiculous to just report on the last 42 patients enrolled in the study. Why not report on the first 42? Oh, right, because when a group of 221 patients is enrolled, one draws a more valid conclusion from looking at the overall group rather than reporting on a random subset. Hello?? Maybe this is an attempt to send a message to the FDA – I'm not sure.

Now let's move to the two biggest catches. One, there was no significant effect on depression (as measured by the Hamilton Depression Rating Scale). Let's keep in mind that the patients had psychotic **depression**, which means treating the depressive symptoms might be nice.

The biggest catch was that everyone was allowed to take concomitant medication as their physician deemed appropriate. So the study really compared a mishmash of drugs plus mifepristone to a mishmash of drugs plus placebo. Not exactly the type of tightly controlled efficacy trial upon which one can make many conclusions. Especially considering that the authors reported little about which drugs were prescribed to which patients and how this may have influenced outcomes.

So, in the end, the study showed very little. More points to Rubin and Carroll. Methinks we need more people in psychiatry who are willing to throw the BS flag when they see products being overhyped.

I will say one good thing about the DeBattista et al study. The following quote was great: "The discovery of psychotropics to date has rested on serendipity and repetition of drugs with similar pharmacological profiles." Unfortunately for them (as Corcept shareholders), the data do not support that their unique drug works any better than a me-too drug, and it is still unclear if mifepristone is much better than a sugar pill.

Link to an earlier post involving Carroll and Rubin here. Keep up the good work fellas.

POSTED BY CL PSYCH AT 4:55 PM

0 COMMENTS:

POST A COMMENT

LINKS TO THIS POST:

A VNS Debate

Corcept: Get Rich QUICK!

Required Reading on Mifepristone (RU-486)

Corcept: What Did I Tell You?

Someone's Betting on Corcept

CREATE A LINK

<< Home

Enter your Email

Subscribe to CRP via email!
Powered by FeedBlitz

Search this blog:          Search

» Blogs that link here
» View my profile

**Technorati**

Blogger                                        BlogThis!

# CLINICAL PSYCHOLOGY AND PSYCHIATRY: A CLOSER LOOK

### DEDICATED TO THE DISCUSSION OF PSYCHOTHERAPY AND PSYCHIATRY. CLAIMS MADE IN BOTH CLINICAL PSYCHOLOGY AND PSYCHIATRY WILL BE EXAMINED MORE CLOSELY THAN IN MANY OUTLETS.

**MONDAY, NOVEMBER 20, 2006**

## Required Reading on Mifepristone (RU-486)

Health Care Renewal has a supremely excellent tale in the mifepristone saga that you simply must read.

Teaser...

..."Looking at the new report, one sees in the Acknowledgements that the first author was supported by Corcept. One also sees that a co-author, E. Ronald de Kloet, failed to disclose his relationship to the company: he is a member of Corcept's scientific advisory board and, unless he has sold any, the owner of 60,000 shares of Corcept stock. One also sees that this basic science article is careful to follow the company's marketing message and branding language on the putative efficacy of mifepristone for PMD. For instance, it states, "The glucocorticoid receptor antagonist mifepristone has been shown to rapidly and effectively ameliorate symptoms of psychotic major depression." These basic scientists also stated, "recent clinical studies have shown that the glucocorticoid-receptor (GR) antagonist mifepristone relieves symptoms of psychotic depression after a remarkably brief treatment period of 4 or 8 days." None of the cited studies shows anything of the sort. We then read, "... similarly to its clinical efficacy, mifepristone's effects on adult neurogenesis are rapid and positive, and may therefore be important for its mechanism of action."

What is the deal with "similarly to its clinical efficacy" -- there is no proven clinical efficacy. The post goes on to discuss how the article makes for great marketing copy (which was likely its intent all along). A basic scientist can play marketing waterboy as well as the clinical trials folks!

Link to the excellent HC Renewal post here. More on mifepristone

**ABOUT ME**

**CL PSYCH**
**UNITED STATES**

I'm an academic with a respectable amount of clinical experience and no drug industry funding. Given my lack of time, don't expect multiple daily updates. Certain things about clinical psychology, the drug industry, psychiatry, and academics drive me nuts, and you'll probably pick up on these pet peeves before long...

VIEW MY COMPLETE PROFILE

**Nominee: Best New Medical Blog**

Vote for Medical Blog Awards!

Voting Starts in Jan 2007

- Email me



POSTED BY CL PSYCH AT 5:32 PM

0 COMMENTS:

POST A COMMENT

LINKS TO THIS POST:

CREATE A LINK

<< Home

**B** Blogger          BlogThis!

# CLINICAL PSYCHOLOGY AND PSYCHIATRY: A CLOSER LOOK

DEDICATED TO THE DISCUSSION OF PSYCHOTHERAPY AND PSYCHIATRY. CLAIMS MADE IN BOTH CLINICAL PSYCHOLOGY AND PSYCHIATRY WILL BE EXAMINED MORE CLOSELY THAN IN MANY OUTLETS.

MONDAY, DECEMBER 18, 2006

## Corcept: Get Rich QUICK!

Corcept is getting attention again for its medication mifepristone (RU-486). According to one website (whose obnoxious font color and "wise" words I'll copy below)...

"In this case, you can buy a $10 drug development stock for under a buck, which makes a nice present for someone going to college or needing more money...

--SNIP--

Why all the interest in a stage three clinical trial drug development company that this summer reported a setback in trial outcomes?

Corcept is developing state of the art neuropsychiatric medications to treat Psychotic Major Depression, PMD, the number one psychiatric illness that paralyzes some 3 million people a year.

--SNIP--

In addition to PMD, Corcept is working with Eli Lilly and other partners to develop a patent portfolio of state of the art psychopharmaceuticals to treat Alzheimers, Catatonia, Cognitive impairment, Cocaine Addiction, Dementia, Delusion, Migraines, Postpartum depression, premature infants, stress, weight gain and a host of widespread concerns using the cortisol mechanism, with fewer side effects than previous medications.

The market for these medications is blockbuster size. CORT is remindful of some other drug companies owned like Alza, Smithkline and Syntex that hit home runs."

ABOUT ME

CL PSYCH
UNITED STATES

I'm an academic with a respectable amount of clinical experience and no drug industry funding. Given my lack of time, don't expect multiple daily updates. Certain things about clinical psychology, the drug industry, psychiatry, and academics drive me nuts, and you'll probably pick up on these pet peeves before long...

VIEW MY COMPLETE PROFILE

**Nominee: Best New Medical Blog**

Vote for Medical Blog Awards!

Voting Starts in Jan 2007

- **Email me**



007525

Bravenet Free Counter
VIEW SITE STATS

actually backs mifepristone's efficacy given its meager performance to date. Or maybe you're waiting to see if anyone beside company employees and consultants (here and here) has anything nice to say about the drug. Well, it could be your loss! Personally, I'll sit this one out.

POSTED BY CL PSYCH AT 11:00 AM

0 COMMENTS:

POST A COMMENT

LINKS TO THIS POST:

CREATE A LINK

<< Home

Enter your Email

Subscribe to CPB via email!
Powered by FeedBlitz

Search this blog:                    Search

» Blogs that link here
» View my profile

Technorati

# EXHIBIT  13

Blogger    BlogThis!

# Health Care Renewal

**Monday, November 20, 2006**

## IS THERE A BASIC SCIENTIST ON THE BENCH?

One of the innovations in stealth infomercials that pharma has developed is the basic science play. Here's how it works, illustrated in masterly style by the good people at Corcept Therapeutics.

Since 2001, Corcept has been touting a drug called mifepristone (that's right, RU486) for treatment of patients with psychotic major depression (PMD). The drug blocks cortisol receptors, and high cortisol was theorized to be a cause of the delusions and hallucinations experienced by patients with PMD.

Corcept got fast track approval for their drug from the FDA on the somewhat specious ground that there are no FDA-approved treatments for PMD. They have published a series of small clinical trials that had negative outcomes. One tiny study (N = 5) had no statistically significant result. A second study of 30 patients had no statistical analyses whatsoever. In another study of 30 patients, the statistical analysis was incorrect. These failures did not stop the Corcept team from talking up the drug's potential in review articles, book chapters, Continuing Medical Education programs, news reports, and press releases. In quite a few of these promotional "product placements," the financial ties of the authors with the company were not disclosed.

All that is pretty much par for the course in the academic-industrial complex: clinical key opinion leaders were bought and paid for long ago. Now comes the basic science play. In the August 2006 issue of Journal of Neuroendocrinology, a report describes how Corcept's drug can reverse the deleterious effect of high glucocorticoid levels on neurogenesis in the hippocampus of rats (1). This finding ties in with some inconclusive evidence that some patients with depression may have reduced hippocampal volume. So, this new basic finding is potentially a big deal for Corcept. Indeed, Corcept provided funding for the study. One fully expects that the company will highlight this new information in future statements.

the Acknowledgements that

## About

Addressing threats to health care's core values, especially those stemming from concentration and abuse of power.

## Contributors

Pogo
Egan
Roy M. Poses MD
Russ Maulitz
Wally R. Smith, MD
Judith Nudelman
Lee Green MD MPH
Kimball Atwood MD
APeticola
Ken Thompson
cathy hood
Tim Gorski MD
Bernard Carroll
wiswal
MedInformaticsMD

## Previous

Guidelines in Whose Interest? - Eppetin Revisited
"Sponsored Editorials?"
Now Kaiser Permanente Hospital Criminally Charged for Patient Dumping
Kaiser Permanente's New EMR - An Alternative View
UMDNJ's Federal Monitor Charges Cardiology Kick-Back Scheme Reached Into All Levels of Administration

and, unless he has sold any, the owner of 60,000 shares of Corcept stock. One also sees that this basic science article is careful to follow the company's marketing message and branding language on the putative efficacy of mifepristone for PMD. For instance, it states, "The glucocorticoid receptor antagonist mifepristone has been shown to rapidly and effectively ameliorate symptoms of psychotic major depression." These basic scientists also stated, "recent clinical studies have shown that the glucocorticoid-receptor (GR) antagonist mifepristone relieves symptoms of psychotic depression after a remarkably brief treatment period of 4 or 8 days." None of the cited studies shows anything of the sort. We then read, "... similarly to its clinical efficacy, mifepristone's effects on adult neurogenesis are rapid and positive, and may therefore be important for its mechanism of action."

What's going on here? Could it be that one of Corcept's basic science consultants has been pulled off the bench to pinch hit for the company? The usual readership of Journal of Neuroendocrinology will know nothing about the clinical trials of the drug and will accept at face value the exaggerated statements of mifepristone's efficacy in PMD. And now the clinical spokespeople for Corcept can point to a new piece of basic science "validation" of their product. Look for it to be highlighted in the next round of book chapters, review articles in clinical journals, CME events, and press releases.

The company needs pinch hitters right now because they have recently had to announce that two large Phase III trials failed. The house of cards is collapsing: they have been informed by NASDAQ that the company is in danger of being delisted because the share price has gone from $12 at issue in April 2004 to around 80 cents today. All in all, Corcept is a case study in bad outcomes for academic entrepreneurs and their backers. Many investors have been burned. Worse, after going through around $95 million of venture capital and IPO proceeds, not to mention several million dollars of NIMH funding, they have failed to answer the original question: does mifepristone help seriously ill patients with PMD accompanied by elevated cortisol production? Now, as the company enters what may be its final spasm of activity, comes this new corruption of the basic medical science literature.

We have long known that citations of the medical literature are not holy writ, but now they are becoming advertising copy. As George Winokur, former chair of psychiatry at the University of Iowa, liked to joke, the medical literature is like the Bible: people can find in it whatever they are looking for. Some of us learned in our training

Permanente?
A Lecture about Pay-for-Performance: Leaving the Reader Guessing About Conflicts of Interest
"Tall People Don't Look Good in Orange" - New Allegations of Kick-Backs at UMDNJ
Kaiser Healthcare IT Meltdown?
Why Corrupt Health Care Leadership May Persist? - Silencing the Whistle-Blower in Rhode Island



of Neuroendocrinology scrutinized the clinical trials reports that they cited, even as basic scientists they would have recognized the weakness of the evidence. Thus does the corporate mandate to put lipstick on the pig vitiate even the basic medical science literature.

Reference

(1) Brief Treatment With the Glucocorticoid Receptor Antagonist Mifepristone Normalises the Corticosterone-Induced Reduction of Adult Hippocampal Neurogenesis. By: Mayer, J. L.; Klumpers, L.; Maslam, S.; de Kloet, E. R.; Joëls, M.; Lucassen, P. J.. Journal of Neuroendocrinology, Aug2006, Vol. 18 Issue 8, p629-631, 3p, 1 graph; DOI: 10.1111/j.1365-2826.2006.01455.x; (AN 21447609)

    posted by Bernard Carroll at 6:43 PM
Links to this post

0 Comments:

Post a Comment

<< Home

## Links to this post:

Required Reading on Mifepristone (RU-486)
IS THERE A BASIC SCIENTIST ON THE BENCH?
World Hello Day
Speaking of climate skeptics...?
Another New Blog!

Create a Link



# EXHIBIT  14

# SiliconBeat

Silicon Valley news about tech money and innovation by Matt Marshall and Michael Bazeley

« Previous entry | Home | Next entry »

## The Corcept case study: Big money at Stanford & medical conflicts of interest

schatzbe

*Alan Schatzberg*

Stanford University's medical school is laden with conflicts of interest. Leading professors are producing favorable research results on medicines they will personally profit from.

If you are interested in this, our Mercury News colleague Paul Jacobs has just written up a lengthy expose of these conflicts. The main overview story is here (scroll down and you will see a list of other relevant links).

The case study of Stanford University psychiatrist Alan Schatzberg is particularly noteworthy. He is treating severely depressed patients with a repackaged version of RU-486, the controversial abortion pill. He has made millions, and has millions more at stake from a company (Corcept Therapeutics in Menlo Park) that has a drug in final trials at the Federal Drug Administration. Schatzberg promotes the drug publicly, saying it "may be the equivalent of shock treatments in a pill" without the side effects.

Yet peers are saying his research is shoddy, and that he hasn't provided any convincing statistical analysis. Reporter Jacobs does a really fair job on reporting both sides, and you're left on the edge of your chair waiting to see whether the FDA will really approve this — something that may or may not happen this year. (If you go to the link above and scroll down, you will see other links relevant to the Schatzberg case).

It is a thriller. The company's stock has declined steadily since going public at the beginning of 2004, its future all resting on the pending results of the third phase of trials.

And coincidentally, we see news today about the same drug is working on rats in a seperate study by another scientist, results of which were revealed Sunday in Austria.

So don't write off Schatzberg (bio here) just yet. We'll be back to inform you of the decision.

Posted by Matt Marshall on July 11, 2006 1:55 AM | Linking Posts

Tags:

## Trackbacks

TrackBack URL for this entry:
http://www.siliconbeat.com/cgi-bin/mt331/mt-tb.cgi/1573

**Links to blogs that reference this entry:**

Administrative Psychiatry
**Excerpt: ASAM Board Certification: Royal College Neurology . Addiction Psychiatry .
Geriatric Psychiatry . Forensic Psy...**
**Tracked: August 1, 2006 4:44 PM**

## Comments

## Post a comment

Name:

For anti-spam purposes, please
type the word "siliconbeat" :

Email Address (won't appear on
site):

Remember personal info?
○ Yes   ◉ No

URL (not required):

Comments:

[ Preview ]   [ Post ]

# EXHIBIT  15

Review    *TRENDS in Endocrinology and Metabolism*  Vol.17 No.3 April 2006    Full text provided by www.sciencedirect.com  SCIENCE @ DIRECT•

# The use of mifepristone in the treatment of neuropsychiatric disorders

## Charles DeBattista and Joseph Belanoff

Stanford University School of Medicine, 401 Quarry Road, Stanford, CA 94305, USA

Mifepristone is a potent glucocorticoid and progesterone receptor antagonist. The pathophysiology of a number of neuropsychiatric disorders implicates abnormalities in glucocorticoid function. These include mood disorders such as psychotic major depression and bipolar depression. In addition, cognitive disorders such as Alzheimer's disease might also be partially mediated by abnormalities in the hypothalamic–pituitary–adrenal axis. Preliminary studies suggest that mifepristone might have a role in the treatment of a number of neuropsychiatric disorders.

## Introduction

Mifepristone is a derivative of the progestin northindone, which has a high affinity for the progesterone and glucocorticoid II (GRII) receptors [1]. In addition, mifepristone is a low affinity binder of the androgen receptor. It has little or no effect on estrogen, monoamine, histamine, muscarinic or mineralocorticoid receptors [2]. Its anti-progesterone effects became evident at Roussel Uclaf, where it was synthesized in the early 1980s, and its applications in the medical termination of pregnancy have been responsible for most of the controversy surrounding the drug. The application of the antiprogesterone effects of the drug have led to investigation of mifepristone in the treatment of endometriosis [3], as a contraceptive [4] and in the treatment of progesterone-sensitive tumors such as meningioma, utererine myomas [5] and breast, prostate and ovarian cancer [6].

By contrast, investigations into the application of mifepristone as an antiglucocorticoid agent has lagged behind the more extensive work that has been completed on antiprogesterone effects [7]. Mifepristone has been used successfully in the treatment of Cushing's syndrome secondary to ectopic adrenocorticotropic hormone (ACTH) hypersecretion or adrenal tumors.

Mifepristone appears to have a specific effect on glucocorticoid receptors. Two types of glucocorticoid receptors have been identified: GRI and GRII. GRI also a the mineralocorticoid receptor is a high-affinity receptor for cortisol [8]. GRI has approximately ten times the affinity for circulating cortisol than does GRII. Thus, the GRII receptor will only be occupied when GRI is

saturated. Whereas GRI appears to mediate more rapid adaptations of the hypothalamic–pituitary–adrenal (HPA) axis, GRII appears to be more involved in the long-term effects on the stress response.

Mifepristone eliminates the negative feedback control of cortisol on ACTH [9]. Thus, mifepristone results in an increase in both cortisol and ACTH. The antiglucocorticoid effects of mifepristone are dose dependent and can be reversed by glucocorticoids. For example, 1 mg of dexamethasone antagonizes 400 mg of mifepristone [7]. Unlike other antiglucocorticoids, mifepristone appears to spare pituitary and adrenocortical reserves with short-term use [10]. In addition, mifepristone might have mild glucocorticoid agonist activity [11]. The selective antagonist and mild agonist properties of mifepristone in the absence of endogenous or exogenous corticosteroid might explain why even chronic use of the drug has rarely been associated with hypoadrenalism. [12,13]. However, the rate of hypoadrenalism in patients on mifepristone is difficult to assess because mifepristone will raise cortisol and ACTH levels and confound the laboratory assessment of hypoadrenalism. Thus, the diagnosis of adrenal insufficiency in mifepristone treated patients must be made by the evaluation of clinical signs and symptoms rather than by measuring cortisol levels.

## Rationale for use of a glucocorticoid receptor antagonist in psychiatry

A number of neuropsychiatric disorders have been characterized by abnormalities in the HPA axis, including major depression and its subtypes, anxiety disorders such as post-traumatic stress disorder and panic disorder, and cognitive disorders such as Alzheimer's disease and minimal cognitive impairment of aging [14].

The HPA abnormalities in major depression have been studied more extensively than have any other psychiatric disorders. Major depression is associated with elevated levels of urinary free cortisol and, in plasma, 24-hour 17-hydroxycorticoid, basal cortisol and corticotropin-releasing factor (CRF), and nonsuppression in the dexamethasone suppression test (DST) [15]. Psychotic major depression has been particularly associated with HPA abnormalities [16].

Cortisol hypersecretion and resistance to dexamethasone suppression might be an artifact of chronic stress states, including depression. Alternatively, abnormalities

---

*Corresponding author:* DeBattista, C. (debattista@stanford.edu).

 1043-2760/$ - see front matter © 2006 Elsevier Ltd. All rights reserved. doi:10.1016/j.tem.2006.02.006

118    Review    *TRENDS in Endocrinology and Metabolism*  Vol.17 No.3 April 2006

in the HPA axis might directly contribute to symptoms of neuropsychiatric disorders.

At least two lines of evidence suggest that HPA overactivity might lead directly to the symptoms of some disorders. One piece of evidence is that exogenous glucocorticoids are frequently associated with psychiatric symptoms. Glucocorticoids, such as cortisol and prednisone, particularly when given at high doses for extended periods of time, might produce symptoms that include depression, hypomania, insomnia, cognitive deficits and psychosis [17]. Another source of evidence that HPA abnormalities are involved directly in the pathophysiology of some neuropsychiatric disorders comes from patients with Cushing's syndrome. This condition is frequently associated with mood and cognitive symptoms, and in some cases with suicidality and psychosis [18]. There appears to be a direct correlation between the severity of symptoms and circulating cortisol levels [19]. As the cortisol levels normalize with treatment, neuropsychiatric symptoms tend to resolve [20]. Thus, both exogenous and endogenous hypercortisolemia might produce, and not just be a consequence of, neuropsychiatric symptoms.

DST nonsuppression has been associated with specific symptoms, including cognitive deficits, mood lability, anxiety and decreased libido. In one study, Reus [21] found that nonsuppressors in the DST tended to be more anxious and have more suicidal thoughts as well as insomnia, regardless of their primary diagnosis.

If hypercortisolemia is involved directly in the pathophysiology of neuropsychiatric disorders, then antiglucocorticoid agents would be expected to have a role in the treatment of these disorders. Several types of anticortisol agent have been investigated in psychiatric disorders. These include cortisol synthesis inhibitors such as ketoconazole, CRF antagonists and glucocorticoid receptor antagonists such as mifepristone.

A number of small, open-label and double-blind studies have examined the use of cortisol synthesis inhibitors in the treatment of depression. For example, in a double-blind study of 20 depressed patients, ketoconazole was associated with significant antidepressant effects only in those patients who were hypercortisolemic at baseline [22]. A number of open-label studies also support an antidepressant effect of ketoconazole, metyrapone and aminoglutethimide in unipolar and bipolar depression [23]. In addition, there is a suggestion that ketoconazole might relieve depressive but not psychotic symptoms in patients with schizophrenia and schizoaffective disorder [24]. The available literature on cortisol synthesis inhibitors in the treatment of depression includes fewer than 120 patients [25]. Although the majority of studies have suggested that cortisol synthesis inhibitors have antidepressant benefits, limited conclusions can be drawn, given the small sample sizes and primarily open-label design of these studies. In addition, cortisol synthesis inhibitors such as ketoconazole might also have significant side effects at doses that suppress cortisol synthesis (usually greater than 400 mg/day). These include decreased androgen and aldosterone synthesis, elevations in pregnenolone, nausea, vomiting and, more rarely, hypoadrenalism and hepatotoxicity [26].

A second anticortisol strategy involves the use of CRF antagonists. Central administration of CRF in laboratory animals produces symptoms akin to depression, including sleep disruption, a reduction in exploratory behaviors, increased nervousness, decreased appetite, psychomotor slowing and decreased libido [27,28]. A number of studies suggest that CRF is hypersecreted in depression [29,30]. In animal models of depression, CRF antagonists appear to have antidepressant and anxiolytic properties [31]. However, only one human open-label Phase II study has been completed to date. In a 30-day study, 20 patients received two different dosing regimens of the CRF antagonist R121919 [32]. The patients experienced significant improvements in depression and anxiety at the day 30 endpoint. In addition, affective symptoms worsened when the drug was withdrawn.

## Mifepristone in the treatment of neuropsychiatric disorders

Mifepristone might have advantages over other cortisol-specific strategies in the treatment of psychiatric disorders. It appears to be well tolerated and has not been associated with adrenal insufficiency or hepatotoxicity. It has been extensively studied since the early 1980s and much is known about the safety profile of mifepristone.

Evidence that mifepristone might have psychotropic effects emerged in a study by Van der Lely et al. [33]. Two patients with advanced Cushing's syndrome who developed severe depression, suicidality and psychoses had substantial resolution of these symptoms within 48 hours after the administration of mifepristone.

Mifepristone has been investigated primarily in the treatment of depressive disorders (Table 1). Murphy et al. [34] completed an open-label study of mifepristone 200 mg/day in four nonpsychotic patients with chronic depression. Patients were treated for up to eight weeks, and three of the four were said to have improved. However, only one patient completed the full eight weeks, and this patient did not achieve substantial benefit. The other patients discontinued between two and six weeks as a result of side effects, which might not have been related to mifepristone, including diarrhea and worsened hip pain. Because psychotic depression might be characterized by more consistent HPA dysregulation than is the case for other types of depression, Belanoff et al. [35] examined the psychotropic effects of mifepristone in a group of five patients with psychotic depression. In a double-blind, crossover design, patients were treated for four days with mifepristone 600 mg/day or placebo and then crossed over to the alternate treatment. All five patients showed a substantial improvement in depression, and four of five also experienced an improvement in psychotic symptoms. An open-label study examined the dose-related effects of mifepristone in psychotic depression [36]. Thirty patients were randomized to seven days of open-label treatment with 50 mg/day, 600 mg/day or 1200 mg/day mifepristone. The low dose, 50 mg/day, is thought to have significant antiprogesterone effects but no substantial effects on cortisol. Of the 19 patients treated in the 600–1200 mg group, 13 had at least a 30% decrease in psychotic symptoms, as measured by

Review    *TRENDS in Endocrinology and Metabolism*  Vol.17 No.3 April 2006    119

**Table 1. Mifepristone in the treatment of neuropsychiatric disorders**

| Psychiatric disorder | Study design | n | Dose | Duration | Outcome | Refs |
|---|---|---|---|---|---|---|
| Depression | Open label | 4 | 200 mg/day | 8 weeks | 3 out of 4 improved | [34] |
| Psychotic depression | Double blind crossover | 5 | 600 mg/day | 4 days | 5 out of 5 improvement in depression 4 out of 5 improvement in psychosis | [35] |
| Psychotic depression | Open label | 30 | 50 mg/day 600 mg/day 1200 mg/day | 7 days | 13 out of 19 in 600–1200 mg/day group improved 4 out of 11 in 50 mg/day group improved | [36] |
| Psychotic depression | Double blind parallel group | 208 | 600 mg/day | 7 days dosing + usual treatment with 28-day follow-up | No significant difference between treatment groups | [38] |
| Psychotic depression | Double blind parallel group | 221 | 600 mg/day | 7 days dosing mifepristone versus placebo with up to 56-day follow-up | Improvement in psychosis in mifepristone group>improvement in placebo group at day 7, sustained to day 28 | [39] |
| Psychotic depression | Open label | 20 | 600 mg/day | 6 days of dosing with 8 week follow-up | Improvement in psychosis and depression at week 4 | [37] |
| Psychotic depression | Double blind | 30 | 600 mg/day | 8 days | | |
| Bipolar depression | Double blind crossover | 20 | 600 mg/day | 7 days dosing with 6-week follow-up | Improvement in mood and cognition in mifepristone group>placebo group | [41] |
| Alzheimer's disease | Double blind | 9 | 200 mg/day | 6 weeks | Mifepristone>placebo in Alzheimer's disease assessment scale cognitive subtest | [42] |
| Schizophrenia | Double blind crossover | 20 | 600 mg/day | 7 days | Mifepristone = placebo | [44] |

the Brief Psychiatric Rating Scale (BPRS) versus 4 out of 11 patients in the 50 mg/day group. Similarly, 8 out of 19 patients in the high-dose group had a more than 50% improvement in depression, versus only 2 out of 11 patients in the low-dose group. Patients in the high-dose group also experienced the expected rise in cortisol and ACTH levels, whereas the 50 mg/day group did not. More recently, another open-label study found that mifepristone-treated patients with psychotic depression showed significant benefits in both depression and psychosis after six days of treatment [37].

Two larger double-blind placebo-controlled trials have now been completed on mifepristone in the treatment of psychotic depression. In the first study of 208 psychotically depressed patients, the effect of adding seven days of mifepristone or placebo to usual treatment was examined in patients hospitalized for the purposes of the study [38]. Patients admitted to the study were taking an average of four psychotropic drugs. Both treatment groups improved significantly from baseline but did not differ from each other on the primary endpoint (a 30% reduction in the BPRS at seven and 28 days). However, in *post hoc* analyses, patients who received mifepristone were more likely to achieve a complete response (i.e. becoming largely asymptomatic on the Hamilton depression scale [HamD] and the BPRS [HamD<7, BPRS<25]). In addition, mifepristone-treated patients were less likely to require antipsychotic drugs and were more likely to be discharged earlier from the hospital. The use of treatments known to be effective (concurrent antidepressant or antipsychotic use and hospitalization) might have reduced the ability to demonstrate a difference between groups on the primary endpoint. In the second study, the use of antidepressant or antipsychotic medication was not allowed for at least seven days prior to randomization or for the duration of the seven days of study drug administration in 221 psychotically depressed patients

[39]. Study participants received either placebo or mifepristone 600 mg/day for seven days and were then followed for up to 56 days. Mifepristone-treated patients were significantly more likely to show an improvement in psychotic symptoms by day 7, persisting up to 28 days on the BPRS ($p=0.041$) and the positive symptom subscale of the BPRS ($p=0.006$). Significant antipsychotic benefits appeared to persist up to day 56, seven weeks after the study drug was discontinued. Antidepressant effects were not seen at days 7 or 28. However, a trend to improvement on the HamD was seen at day 56 ($p=0.056$). In both studies, seven days of mifepristone treatment appeared to be well tolerated, with only rash appearing statistically more commonly in mifepristone-treated patient (4%) than in placebo-treated patients. Except for the expected and temporary rise in ACTH and cortisol in mifepristone-treated patients, there were no clinically significant differences between groups on laboratory studies, including blood chemistry, blood counts and electocardiograms. Most recently, Flores *et al.* [40] evaluated 30 psychotically depressed patients randomized to mifepristone 600 mg/day or placebo for eight days. Mifepristone patients were significantly more likely to experience a 50% reduction in psychotic symptoms, as measured by the BPRS, than were placebo-treated patients. Depression also appeared to improve more in the mifepristone-treated patients but this effect did not reach statistical significance.

Mifepristone has also been examined in the treatment of bipolar depression. Young *et al.* [41] investigated the benefits of mifepristone 600 mg/day for seven days versus placebo in 20 patients with bipolar depression. Mifepristone-treated patients experienced significantly greater improvements in cognition (working spatial memory) and mood, as measured by the HamD and Montgomery–Asberg depression scale. In addition, the drug appeared to be well tolerated.

Another possible application of mifepristone is in the treatment of cognitive disorders, including Alzheimer's disease. Pomara et al. [42] completed a small double-blind study of mifepristone in patients with mild to moderate Alzheimer's disease. Nine patients were treated with either mifepristone 200 mg/day or placebo for six weeks. Mifepristone-treated patients performed better on the Alzheimer's disease assessment scale cognitive subtest total score by six weeks, with a 2.67-point improvement on active drug versus a 1.67-point worsening in placebo-treated patients. This difference did not achieve statistical significance perhaps because of the small sample size. Although mifepristone appeared to be generally well tolerated, two mifepristone-treated patients developed a rash and one developed a clinically nonsignificant hypokalemia. A more adequately powered double-blind study is currently underway to evaluate the efficacy of mifepristone in the adjunctive treatment of Alzheimer's disease [43].

Given the preliminary data suggesting that mifepristone might improve cognition in patients with Alzheimer's disease and bipolar depression, Gallagher et al. [44] examined the effects of mifepristone on cognition and psychosis in schizophrenia. They treated 20 schizophrenic patients with mifepristone 600 mg/day or placebo and then crossed patients over to the alternative treatment. There were no significant differences between groups on measures of cognition or psychosis.

## Conclusions

Mifepristone is a drug with a unique pharmacological profile that appears to have potential in the treatment of a number of neuropsychiatric disorders (Table 1). Thus far, the most convincing evidence is that mifepristone appears to produce a rapid reduction in psychotic symptoms in patients with psychotic depression. There is also the suggestion that mifepristone might have some utility in the treatment of other mood disorders and Alzheimer's disease. In addition, many other neuropsychiatric disorders characterized by abnormalities in the HPA axis might also be treated by a potent glucocorticoid receptor antagonist. These include post-traumatic stress disorder, panic disorder, other psychotic disorders, such as schizoaffective disorder, and the minimal cognitive impairment of aging. The favorable side-effect profile of mifepristone relative to cortisol synthesis inhibitors might also provide a low cost-to-benefit ratio if the drug is proven to be effective in the treatment of any of these disorders. Controlled studies, now underway, will help to establish the potential role of mifepristone in the treatment of many neuropsychiatric disorders characterized by abnormalities in the HPA axis.

## References

1 Robbins, A. and Spitz, I.M. (1996) Mifepristone: clinical pharmacology. Clin. Obstet. Gynecol. 39, 436–450
2 Brogden, R.N. et al. (1993) Mifepristone: a review of its pharmacodynamic and pharmacokinetic properties, and therapeutic potential. Drugs 45, 384–409
3 Kettel, L.M. et al. (1994) Clinical efficacy of the antiprogesterone RU486 in the treatment of endometriosis and uterine fibroids. Hum. Reprod. 9(Suppl. 1), 116–120

4 Webb, A.M.C. et al. (1992) Comparison of Yuzpe regimen, danazol, and mifepristone (RU486) in oral postcoital contraception. BMJ 305, 927–931
5 Eisinger, S.H. et al. (2005) Twelve-month safety and efficacy of low-dose mifepristone for uterine myomas. J. Minim. Invasive Gynecol. 12, 227–233
6 Koide, S.S. (1998) Mifepristone. Auxiliary therapeutic use in cancer and related disorders. J. Reprod. Med. 43, 551–560
7 Nieman, L.K. (1993) Uses of mifepristone as a glucocorticoid antagonist. In Clinical Applications of Mifepristone and Other Antiprogestins (Donaldson, D.L. et al., eds), National Academy Press
8 Pavlides, C. et al. (1995) Opposing roles of type I and type II adrenal steroid receptors in hippocampal long-term potentiation. Neuroscience 68, 387–394
9 Cadepond, F. et al. (1997) RU486 (mifepristone): mechanisms of action and clinical uses. Annu. Rev. Med. 48, 129–156
10 Mahajan, D.K. and London, S.N. (1997) Mifepristone (RU486): a review. Fertil. Steril. 68, 967–976
11 Spitz, I.M. and Bardin, C.W. (1993) Clinical pharmacology of RU 486 – an antiprogestin and antiglucocorticoid. Contraception 48, 403–444
12 Chu, J.W. et al. (2001) Successful long-term treatment of refractory Cushing's disease with high-dose mifepristone (RU 486). J. Clin. Endocrinol. Metab. 86, 3568–3573
13 Lamberts, S.W.J. et al. (1992) Mifepristone (RU486) treatment of meningiomas. J. Neurol. Neurosurg. Psychiatry 55, 486–490
14 McEwen, B.S. (1996) Gonadal and adrenal steroids regulate neurochemical and structural plasticity of the hippocampus via cellular mechanisms involving NMDA receptors. Cell. Mol. Neurobiol. 16, 103–116
15 Murphy, B.E. (1991) Treatment of major depression with steroid suppressive drugs. J. Steroid Biochem. Mol. Biol. 39, 239–244
16 Schatzberg, A. et al. (1985) A corticosteroid/dopamine hypothesis for psychotic depression and related states. J. Psychiatr. Res. 19, 57–64
17 Wolkowitz, O.M. (1994) Prospective controlled studies of the behavioral and biological effects of exogenous corticosteroids. Psychoneuroendocrinology 19, 233–255
18 Jeffcoate, W.J. et al. (1979) Psychiatric manifestations of Cushing's syndrome: response to lowering of plasma cortisol. Q. J. Med. 48, 465–472
19 Keller, J. et al. (2006) Cortisol circadian rhythm alterations in psychotic major depression. Biol. Psychiatry (in press)
20 Egeland, J. et al. (2005) Cortisol level predicts executive and memory function in depression, symptom level predicts psychomotor speed. Acta Psychiatr. Scand. 112, 434–441
21 Reus, V.I. (1982) Pituitary adrenal disinhibition as the dependent variable in the assessment of behavioral symptoms. Biol. Psychiatry 17, 317–325
22 Wolkowitz, O.M. et al. (1999) Antiglucocorticoid treatment of depression: double-blind ketoconazole. Biol. Psychiatry 45, 1070–1074
23 Murphy, B.E.P. (1997) Antiglucocorticoid therapies in major depression: a review. Psychoneuroendocrinology 22(Suppl. 1), S125–S132
24 Marco, E. et al. (2002) Double blind antiglucocorticoid treatment in schizophrenia and schizoaffective disorder; a pilot study. World J. Biol. Psychiatry 3, 156–161
25 Wolkowitz, O.M. and Reus, V.I. (1999) Treatment of depression with antiglucocorticoid drugs. Psychosom Med. 61, 698–711
26 Sonino, N. (1987) The use of ketoconazole as an inhibitor of steroid production. N. Engl. J. Med. 317, 812–818
27 Holsboer, F. (2003) Corticotropin-releasing hormone modulators and depression. Curr. Opin. Investig. Drugs 4, 46–50
28 Keck, M.E. et al. (2003) The high-affinity non-peptide CRH1 receptor antagonist R121919 attenuates stress-induced alterations in plasma oxytocin, prolactin, and testosterone secretion in rats. Pharmacopsychiatry 36, 27–31
29 Weiss, J.M. et al. (1994) Depression and anxiety: role of the locus coeruleus and corticotropin-releasing factor. Brain Res. Bull. 35, 561–572
30 Nemeroff, C.B. (1988) The role of corticotropin-releasing factor in the pathogenesis of major depression. Pharmacopsychiatry 21, 76–82

Review          *TRENDS in Endocrinology and Metabolism*  Vol.17 No.3 April 2006          121

31 Holsboer, F. (1999) The rationale for corticotropin-releasing hormone receptor (CRH-R) antagonists to treat depression and anxiety. *J. Psychiatr. Res.* 33, 181–214

32 Zobel, A. *et al.* (2000) Effects of the high-affinity corticotropin-releasing hormone receptor 1 antagonist R121919 in major depression: the first 20 patients treated. *J. Psychiatr. Res.* 34, 171–181

33 Van der Lely, A.J. *et al.* (1991) Rapid reversal of acute psychosis in the Cushing syndrome with the cortisol-receptor antagonist mifepristone (RU 486). *Ann. Intern. Med.* 114, 143–144

34 Murphy, E.P. *et al.* (1993) The pathophysiologic significance of hyperadrenocorticism: antiglucocorticoid strategies. *Psychiatr. Ann.* 23, 682–690

35 Belanoff, J.K. *et al.* (2001) Rapid reversal of psychotic depression using mifepristone. *J. Clin. Psychopharmacol.* 21, 516–521

36 Belanoff, J.K. *et al.* (2002) An open label trial of C-1073 (mifepristone) for psychotic major depression. *Biol. Psychiatry* 52, 386–392

37 Simpson, G.M. *et al.* (2005) An 8-week open-label trial of a 6-day course of mifepristone for the treatment of psychotic depression. *J. Clin. Psychiatry* 66, 598–602

38 DeBattista, C. *et al.* (2003) C-1073 (mifepristone) vs placebo add on to usual treatment of psychotic major depression. *American College of Neuropsychopharmacology Annual Meeting*, San Juan, Puerto Rico

39 DeBattista, C. *et al.* (2004) A double blind trial of C-1073 (mifepristone) in the treatment of psychotic symptoms of psychotic major depression. *44th Annual NCDEU Meeting*, Phoenix, AZ, USA

40 Flores, B.H. *et al.* (2006) Clinical and biological effects of mifepristone treatment for psychotic depression. *Neuropsychopharmacology* 31, 628–636

41 Young, A.H. *et al.* (2004) Improvement in neurocognitive function and mood following adjunctive mifepristone (RU 486) in the treatment of bipolar disorder. *Neuropsychopharmacology* 29, 1538–1545

42 Pomara, N. *et al.* (2002) Mifepristone for the treatment of Alzheimer's disease. *Neurology* 58, 1436–1439

43 DeBattista, C. and Belanoff, J. (2005) C-1073 (mifepristone) in the adjunctive treatment of Alzheimer's disease. *Curr. Alzheimer Res.* 2, 125–129

44 Gallagher, P. *et al.* (2005) Effects of adjunctive mifepristone (RU-486) administration on neurocognitive function and symptoms in schizophrenia. *Biol. Psychiatry* 57, 155–161

Five things you might not know about Elsevier

1.
Elsevier is a founder member of the WHO's HINARI and AGORA initiatives, which enable the world's poorest countries to gain free access to scientific literature. More than 1000 journals, including the *Trends* and *Current Opinion* collections, will be available for free or at significantly reduced prices.

2.
The online archive of Elsevier's premier Cell Press journal collection will become freely available from January 2005. Free access to the recent archive, including *Cell*, *Neuron*, *Immunity* and *Current Biology*, will be available on both ScienceDirect and the Cell Press journal sites 12 months after articles are first published.

3.
Have you contributed to an Elsevier journal, book or series? Did you know that all our authors are entitled to a 30% discount on books and stand-alone CDs when ordered directly from us? For more information, call our sales offices:
+1 800 782 4927 (US) or +1 800 460 3110 (Canada, South & Central America)
or +44 (0)1865 474 010 (rest of the world)

4.
Elsevier has a long tradition of liberal copyright policies and for many years has permitted both the posting of preprints on public servers and the posting of final papers on internal servers. Now Elsevier has extended its author posting policy to allow authors to freely post the final text version of their papers on both their personal websites and institutional repositories or websites.

5.
The Elsevier Foundation is a knowledge-centered foundation making grants and contributions throughout the world. A reflection of our culturally rich global organization, the Foundation has funded, for example, the setting up of a video library to educate for children in Philadelphia, provided storybooks to children in Cape Town, sponsored the creation of the Stanley L. Robbins Visiting Professorship at Brigham and Women's Hospital and given funding to the 3rd International Conference on Children's Health and the Environment.

# EXHIBIT  16

*See. pg. 686*

# Challenges in the Treatment of Depression with Psychotic Features

Anthony J. Rothschild

*Major depression with psychotic features (MDpsy), a disorder with considerable morbidity and mortality, is more common than is generally realized and is a most difficult form of depression to treat. Patients with MDpsy exhibit more frequent relapses and recurrences and have increased use of services, greater disability, and a poorer clinical course when compared with nonpsychotically depressed patients. Patients with MDpsy demonstrate distinct biological abnormalities in studies of the hypothalamic–pituitary–adrenal (HPA) axis, dopaminergic activity, enzyme studies, brain imaging, electroencephalogram sleep profiles, and measures of serotonergic function when compared with nonpsychotic depression. The social and occupational impairment in MDpsy has been hypothesized to be secondary to subtle cognitive deficits caused by the higher cortisol levels frequently observed in MDpsy patients. Several studies support a relationship between bipolar disorder and MDpsy, particularly in young-onset MDpsy. The most efficacious treatments for MDpsy include the combination of an antidepressant and an antipsychotic, amoxapine, or electroconvulsive therapy. Atypical antipsychotic medications may have particular relevance for the treatment of MDpsy because of the potential for reduced risk of extrapyramidal side effects and tardive dyskinesia, as well as antipsychotic and possibly antidepressant qualities. Based on the observations that MDpsy patients exhibit marked dysregulation of the HPA axis and elevated cortisol levels, several antiglucocorticoid strategies have been employed to treat MDpsy patients. Many questions regarding the acute and long-term treatment of MDpsy remain for future studies to address. Biol Psychiatry 2003;53:680–690 © 2003 Society of Biological Psychiatry*

**Key Words:** Major depression with psychotic features, psychotic depression, delusional depression

## Introduction

Major depression with psychotic features (MDpsy), a disorder with considerable morbidity and mortality, is more common than is generally realized and is encountered frequently in clinical practice. In a study of consecutively admitted patients hospitalized for major depression, Coryell et al (1984) reported that 25% of the patients met criteria for MDpsy. In the Epidemiologic Catchment Area Study (Johnson et al 1991), 14.7% of patients who met criteria for major depression had a history of psychotic features. Although the prevalence may be as high as 45% in samples of elderly patients with major depression (Meyers and Greenberg 1986), MDpsy is not limited to older people and can occur in younger people as well. Unfortunately, MDpsy is often not diagnosed accurately because the psychosis may be subtle, intermittent, or concealed, leading to a misdiagnosis of nonpsychotic depression.

There has been a long-standing debate as to whether MDpsy is a distinct syndrome or merely represents a more severe depressive subtype (reviewed in Schatzberg and Rothschild 1996); however, in several studies, severity alone did not account for differences between MDpsy and nonpsychotic depression on measures of symptoms (Coryell et al 1984), hypothalamic–pituitary–adrenal (HPA) axis activity (Brown et al 1988), sleep (Thase et al 1986a), and treatment response (Chan et al 1987; Glassman et al 1977). Other studies that have controlled for the presence of endogenous features have also observed that the differences between MDpsy and nonpsychotic depression are not simply due to differences in endogenicity. This includes studies of differentiating symptoms (Parker et al 1991), HPA axis activity (Brown et al 1988; Evans et al 1983; Rihmer et al 1984), and treatment response (Avery and Lubrano 1979; Chan et al 1987).

The systematic study of MDpsy has been limited by several factors: 1) the fact that the disorder does not exist as a distinct diagnostic subtype in the DSM-IV (American Psychiatric Association Committee on Nomenclature and Statistics 1994; Schatzberg and Rothschild 1992); 2) very few psychiatric researchers have made the study of

From the Department of Psychiatry, University of Massachusetts Medical School, Worcester, Massachusetts.

Address reprint requests to Anthony J. Rothschild, M.D., University of Massachusetts Medical School, Department of Psychiatry, 361 Plantation Street, Worcester MA 01605.

Received June 6, 2002; revised September 11, 2002; accepted September 17, 2002.

© 2003 Society of Biological Psychiatry

0006-3223/03/$30.00

686    BIOL PSYCHIATRY
2003;53:680–690

A.J. Rothschild

quickly (Nieman et al 1985). In depression, Murphy et al (1993) administered mifepristone at 200 mg/day for 8 weeks to four patients with chronic, nonpsychotic depression with modest improvement in HDRS scores in three of the four patients. In MDpsy, Belanoff et al (2001a) reported on five patients who participated in a 4-day, double-blind, placebo-controlled, crossover study using 600 mg of mifepristone as monotherapy. All five patients showed substantial improvement in their HDRS scores, and four of the five exhibited substantial improvement in BPRS scores, compared with placebo.

In a recently published, larger study (Belanoff et al 2002), 30 patients with MDpsy with HDRS scores of 18 or greater were assigned in an open-label trial to receive 50 mg, 600 mg, or 1200 mg of mifepristone for 7 days. All the subjects completed the protocol, and side effects were mild and sporadic. Thirteen of 19 subjects in the combined 600- and 1200-mg group had a 30% or greater decline in their BPRS scores, compared to 4 of 11 in the 50-mg group. Twelve of 19 subjects in the 600- and 1200-mg group showed a 50% decline in the BPRS positive symptom subscale, compared with 3 of 11 in the 50-mg group. Eight of 19 subjects in the 600- and 1200-mg group had a 50% decline in the HRSD-21, compared with 2 of 11 in the 50-mg group. The differences in improvement between the 50-mg dose and the 600-mg/1200-mg doses were not statistically significantly different; in part, this may have been because of the small sample size of the study. Furthermore, because the patients were required to be on stable doses of antidepressants and/or antipsychotics for only 1 week, it is conceivable that some of the improvement may have been due to the antidepressant and antipsychotic medication that had been started 2–3 weeks before the addition of mifepristone. Nevertheless, the improvement seen with the addition of mifepristone warrants further study using a double-blind, placebo-controlled design.

### Treatment Guidelines

In summary, the most effective treatment for an acute episode of MDpsy is either ECT or the combination of an antidepressant with an antipsychotic medication, which is the strong recommendation of the American Psychiatric Association (2000) Practice Guidelines for the treatment of MDpsy. The decision initially faced by the clinician and patient is which treatment to use. Although there has been no prospective study comparing these two very different treatment modalities, there is the suggestion in the literature that ECT may be slightly more effective (Kroessler 1985; Pande et al 1990; Parker et al 1992); however, from a practical standpoint, because MDpsy is frequently a recurrent illness and ECT has been associated with high rates of early relapse (Sackeim et al 1990, 2001), the

identification of an effective medication regimen may aid prophylaxis (Charney and Nelson 1981). In addition, a large number of patients and their relatives will prefer pharmacologic treatment, because they find both the idea and experience of ECT, and the possible side effects of confusion and memory disruption, unacceptable (American Psychiatric Association 2000; Flint and Rifat 1998; Parker et al 1992); however, in certain situations, such as life-threatening symptoms, a history of previous good response to ECT, or an older patient (Flint and Rifat 1998), ECT may be preferred over medications.

Although there have been no prospective studies comparing TCAs and SSRIs (combined with an antipsychotic) for the treatment of MDpsy, there are several studies that strongly suggest that SSRIs combined with an antipsychotic are an effective treatment for the acute episode of MDpsy (Dube et al, unpublished data; Rothschild et al 1993a; Wolfersdorf et al 1995). Given the recently completed, double-blind, placebo-controlled study of 249 patients with MDpsy that indicated that an olanzapine/fluoxetine combination was a well-tolerated treatment associated with a significant and quick (within 7 days) reduction in depressive symptoms compared with placebo (Dube et al, unpublished data), the combination of an SSRI and an atypical antipsychotic is an attractive option for the treatment of MDpsy.

### Conclusions

In summary, MDpsy is associated with significant morbidity and mortality. Currently, the most effective treatments include the combination of an antidepressant with an antipsychotic, or ECT. Recent studies suggest that atypical antipsychotic medications may be effective (when combined with an antidepressant) for the acute treatment of MDpsy; however, there remain many questions for future research. Those that seem of greatest importance include the following: 1) the efficacy and safety of atypical antipsychotic medication for maintenance treatment; 2) the efficacy and safety of glucocorticoid antagonists such as mifepristone; 3) decision trees to delineate the second and third lines of treatment when the first treatment is ineffective (Parker et al 1991); 4) the length of time patients should be maintained on medications; 5) the efficacy of bilateral versus unilateral ECT; 6) the delineation of the clinical characteristics of responders to medication treatments versus ECT treatments; 7) differences in response to medication treatments and ECT in younger versus older patients; 8) the role of maintenance ECT; and 9) optimal treatment for patients with bipolar disorder with an episode of MDpsy. The answers to these questions would be of significant practical utility to clinicians

# EXHIBIT 17

*See pp. 183-184*


9

# Psychosis in major depression

Eric G. Smith, Philip R. Burke, Jessica E. Grogan, Susan E. Fratoni, Chelsea S. Wogsland, and Anthony J. Rothschild

Department of Psychiatry, University of Massachusetts Medical School, Worcester, MA

## Summary of findings

|  | Grade of evidence |
|---|---|
| Epidemiology | B– |
| Age of onset | C |
| Presentation | B– |
| Course and progression | B |
| Suspected neuropathology | C |
| Suspected neurochemical abnormalities | B– |
| Genetic factors | C |
| Other risk factors | D |
| Treatment | B– |

## Introduction

Major depression with psychotic features (MDpsy) is an under-recognized and understudied disorder despite being a common clinical problem. This difficulty in clinically recognizing the illness, often coupled with fear or a lack of insight on the part of patients, has slowed research advances. This chapter will review the state of knowledge of the epidemiology, age of onset, clinical presentation, course and progression, suspected neuropathology, suspected neurochemical abnormalities, genetic and other risk factors, and treatment of this serious illness.

The Spectrum of Psychotic Disorders: Neurobiology, Etiology, and Pathogenesis, ed. Daryl Fujii and Iqbal Ahmed. Published by Cambridge University Press. © Cambridge University Press 2007.

If a patient shows a partial response to an antidepressant/antipsychotic combination, augmentation with lithium may be of benefit. In a retrospective study, lithium augmentation of antidepressant plus antipsychotic combinations was shown to be effective for bipolar depression with psychotic features (89% response rate), but much less effective for MDpsy (25% response rate) (Nelson & Mazure, 1986). Lithium augmentation of an antidepressant/antipsychotic combination doubled response rates in one very small and brief (six-week) study (Flint & Rifat, 1998a). Effective serum levels for lithium augmentation are generally in the 0.5 to 0.8 mEq/L range (Bell & Rothschild, 2004). As usual with lithium treatment, renal function, thyroid function, and electrolytes should be monitored on a regular basis. The effectiveness of lithium augmentation is being evaluated in the NIMH STOP-PD trial.

. Minimizing exposure to antipsychotics is desirable because of concerns that risks of tardive dyskinesia may be higher in affective psychosis (Rush *et al.*, 1982). Other potential adverse effects include neuroleptic malignant syndrome and metabolic syndromes, such as obesity, diabetes, and dyslipidemia. One study examining duration of antipsychotic treatment found that 73% of 30 patients responding to fluoxetine plus perphenazine, who had perphenazine tapered to discontinuation after four months, did not show any return of their psychotic symptoms in the next 11 months. The remaining 23% of patients were able to be successfully tapered off perphenazine after eight months of combined treatment (Rothschild & Duval, 2003). Although most patients can be tapered off of antipsychotics in this time frame, antidepressant treatment is usually more long-term. One study found that the presence of psychotic features was one of the predictors of a group of patients requiring lengthy antidepressant treatment (36 months on average) to prevent relapse (Aronson & Shukla, 1989). Antidepressants may need to be continued indefinitely, especially if the patient has had more than one major depressive episode in his or her lifetime.

As patients with MDpsy often have elevated glucocorticoid levels, the glucocorticoid antagonist, mifepristone, has been investigated as a treatment for MDpsy. The only double-blind, randomized placebo-controlled study of 208 patients with MDpsy failed to find a significant difference between a one-week course of mifepristone or placebo added onto treatment as usual regarding their primary endpoint, improvement in psychosis at day 7 that was sustained to day 28 (DeBattista, 2003). Another randomized, double-blind trial in bipolar patients was largely negative, finding significant decreases in HAM-D and MADRS scores, but only at day 14, not day 7 or day 21 of the trial (Young *et al.*, 2004), and only if a correction for multiple comparisons was not done (Rubin & Carroll, 2004). A small, randomized, open-label inpatient trial (Belanoff *et al.*, 2002) had previously found that 68% of patients receiving mifepristone had a 30% reduction

in psychosis scores (BPRS positive symptoms scale) and 40% had a 50% reduction in the Hamilton Depression score (21-item) after a week of treatment. The efficacy of mifepristone is currently a topic of intense debate, with some maintaining that the treatment lacks robust findings or a consistent rationale, since in some trials participants have not had demonstrated abnormalities in glucocorticoid levels (Rubin & Carroll, 2004).

In addition to medication, the treatment of MDpsy should include a comprehensive psychosocial assessment and treatment plan. Although no studies to date have looked specifically at psychotic depression, the benefit of individual psychotherapy in the treatment of major depression without psychosis is well documented (APA, 2000). In addition, substance abuse can complicate the treatment of depression and should be treated if present. As with all psychiatric disorders, patient and family education is important, as are adequate social supports for patients with MDpsy.

## Conclusions

Major depression with psychotic features, a disorder with considerable morbidity and mortality, is often not recognized or accurately diagnosed. As a result, patients frequently receive less than optimal treatment and have poorer outcomes. Biological studies have identified distinct characteristics of major depression with psychotic features, including marked dysregulation of the hypothalamic-pituitary-adrenal axis and decreased dopamine-beta-hydroxylase activity, although studies of genetic or other risk factors are still inconclusive. The treatments with the best evidence basis continue to be antidepressants plus antipsychotic medications in combination, or electroconvulsive therapy. Further research on this important and common psychotic disorder continues to be acutely needed.

## REFERENCES

Akiskal, H.S., Walker, P., Puzantian, V.R., *et al.* (1983). Bipolar outcome in the course of depressive illness. Phenomenologic, familial, and pharmacologic predictors. *Journal of Affective Disorders,* 5(2), 115–28.

Alexopoulos, G.S., Young, R.C., & Meyers, B.S. (1993). Geriatric depression: Age of onset and dementia. *Biological Psychiatry,* 34(3), 141–5.

American Psychiatric Association (1987). The dexamethasone suppression test: An overview of its current status in psychiatry. The APA Task Force on Laboratory Tests in Psychiatry. *American Journal of Psychiatry,* 144(10), 1253–62.

# EXHIBIT  18

384    Update    TRENDS in Endocrinology and Metabolism  Vol.17 No.10

PP5 is present in all eukaryotic cells and its levels are high in the brain. Sub-cellular localization studies revealed its presence both in the nucleus and cytoplasm [8]. PP5 is a member of the serine threonine phosphatases that contains a tetratricopeptide (TPR) domain N-terminal to its phosphatase domain. The TPR domain of PP5 belongs to a family of heat shock protein 90 (Hsp90)-binding TPR domains and it helps to maintain PP5 in an auto-inhibited conformation. However, binding of Hsp90 or fatty acids (e.g. arachidonic acid) to this region causes its neutralization [9]. Kriegsheim et al. [7] showed that a point mutation in the TPR domain of PP5 that prevents Hsp90 binding markedly reduced its interaction with Raf-1, suggesting that Hsp90 is required in facilitating the binding of PP5 to Raf-1. Hsp90 is one of the most abundant molecular chaperones in eukaryotic cells, and its expression is induced in response to a wide variety of physiological changes and environmental insults. It is responsible for the correct folding of numerous proteins, especially overexpressed or mutated oncogenes that are known to be critical in the cellular transformation [10].

## Concluding remarks

PP5 has been implicated in the regulation of DNA repair and apoptosis [9], and the mammalian circadian clock [11]. Its levels are reduced in the neocortex of patients with Alzheimer's disease, leading to abnormal hyperphosphorylation of the microtubule-associated protein, tau [12]. Under hypoxic conditions, PP5 is critical in cell survival signaling through suppression of apoptotic signaling pathways, such as the ASK1/MKK4/JNK cascade [13]. Since PP5 has other substrates, including ASK1, tau and DNA-PKcs, it will be interesting to determine factors that contribute to the specificity of PP5 for Raf-1 inactivation in EGF-stimulated cells. Since Raf-1 is overactive in a variety of solid tumors, including renal and hepatocellular carcinomas, non-small cell lung carcinoma, melanoma and papillary thyroid carcinoma [2], it will also be interesting to identify stimuli that enhance the activation of PP5 and exert negative regulatory effects on cell growth, especially

tumor progression via an effect on Raf-1 inactivation. Moreover, many of the proliferative and mitogenic effects of several GPCRs are mediated through transactivation of the EGF receptor, and the kinetics of MAP kinase signaling by both GPCR and RTK stimulation are closely similar [14]. It remains to be determined whether GPCR agonists that transduce signals through the EGF receptor can also stimulate PP5, leading to inactivation of Raf-1.

## References

1 Normanno, N. et al. (2006) Epidermal growth factor receptor (EGFR) signaling in cancer. Gene 366, 2–16
2 Gollob, J.A. et al. (2006) Role of Raf kinase in cancer: therapeutic potential of targeting the Raf/MEK/ERK signal transduction pathway. Semin. Oncol. 33, 392–406
3 Shah, B.H. and Catt, K.J. (2004) GPCR-mediated transactivation of RTKs in the CNS: mechanisms and consequences. Trends Neurosci. 27, 48–53
4 Citri, A. and Yarden, Y. (2006) EGF-ERBB signalling: towards the systems level. Nat. Rev. Mol. Cell Biol. 7, 505–516
5 O'Neill, E. et al. (2004) Role of the kinase MST2 in suppression of apoptosis by the proto-oncogene product Raf-1. Science 306, 2267–2270
6 Baccarini, M. (2005) Second nature: biological functions of the Raf-1 "kinase". FEBS Lett. 579, 3271–3277
7 von Kriegsheim, A. et al. (2006) Regulation of the Raf-MEK-ERK pathway by protein phosphatase 5. Nat. Cell Biol. 8, 1011–1016
8 Shah, B.H. et al. (2003) Roles of Src and epidermal growth factor receptor transactivation in transient and sustained ERK1/2 responses to gonadotropin-releasing hormone receptor activation. J. Biol. Chem. 278, 19118–19126
9 Chinkers, M. (2001) Protein phosphatase 5 in signal transduction. Trends Endocrinol. Metab. 12, 28–32
10 Drysdale, M.J. et al. (2006) Targeting Hsp90 for the treatment of cancer. Curr. Opin. Drug Discov. Devel 9, 483–495
11 Partch, C.L. et al. (2006) Posttranslational regulation of the mammalian circadian clock by cryptochrome and protein phosphatase 5. Proc. Natl. Acad. Sci. U. S. A. 103, 10467–10472
12 Liu, F. et al. (2005) Dephosphorylation of tau by protein phosphatase 5: impairment in Alzheimer's disease. J. Biol. Chem. 280, 1790–1796
13 Zhou, G. et al. (2004) Ser/Thr protein phosphatase 5 inactivates hypoxia-induced activation of an apoptosis signal-regulating kinase 1/MKK4-4/JNK signaling cascade. J. Biol. Chem. 279, 46595–46605
14 Shah, B.H. et al. (2006) Role of metalloproteinase-dependent EGF receptor activation in alpha-adrenoceptor-stimulated MAP kinase phosphorylation in GT1-7 neurons. J. Neurochem. 96, 520–532

1043-2760/$ – see front matter. Published by Elsevier Ltd.
doi:10.1016/j.tem.2006.10.013

| Letter

# Claims for mifepristone in neuropsychiatric disorders: commentary on DeBattista and Belanoff, and Neigh and Nemeroff

## Robert T. Rubin[1] and Bernard J. Carroll[2]

[1] Department of Psychiatry and Biobehavioral Sciences, Geffen School of Medicine at UCLA, VA Greater Los Angeles Healthcare System, 11301 Wilshire Blvd, Los Angeles, CA 90073, USA
[2] Pacific Behavioral Research Foundation, P.O. Box 223040, Carmel, CA 93922

The review by De Battista and Belanoff on the use of mifepristone in neuropsychiatry [1] makes exaggerated claims of efficacy. The authors stated that 'the most convincing evidence (of efficacy) is that mifepristone appears to produce a rapid reduction in psychotic symptoms in patients with psychotic depression.' In support, the authors cited five studies from the Stanford University

Corresponding author: Rubin, R.T. (robert.rubin@va.gov)
Available online 27 October 2006.

Update                TRENDS in Endocrinology and Metabolism  Vol.17 No.10

385

and Corcept Therapeutics group of investigators [2–6]. In reality, however, the published data demonstrate a lack of statistically significant or clinically meaningful drug effect on primary outcome measures [7,8].

In the first report [2], no statistically significant benefit was reported on any outcome measure. The second study [3] contained no statistical analyses of drug benefit whatsoever. The weak trend toward potential efficacy was created by alteration of the scoring method of a key rating scale (the Brief Psychiatric Rating Scale or BPRS). Had this scale been scored in accordance with its original psychometric validation, the results would have been even weaker than they were portrayed: only five, rather than 12, of 19 subjects who received high-dosage mifepristone would have shown a 50% reduction in the Positive Symptom Subscale (PSS) of the BPRS.

The third study [4] claimed a marginal benefit of mifepristone over placebo in producing a 50% reduction of scores on the PSS ($p = 0.046$). However, the statistical analysis failed to use Yates' correction in computing the chi-square result. When the proper statistical test is used, or when the alternative Fisher exact test is used, then the result is clearly nonsignificant ($p = 0.10$). In addition, by analysis of variance the authors failed to find a significant main effect of mifepristone on any outcome measure of psychotic symptoms (with respect to the PSS) or general psychopathology (with respect to the BPRS) or depressive symptoms. The other two cited studies [5,6] have appeared only in abstract form.

As well, no study has demonstrated clinical utility for mifepristone in treating psychotic depression. Any claim of clinical utility cannot be inferred from the PSS, which is simply a surrogate measure of psychotic symptom severity. Outcomes relevant to clinical utility are: how many patients achieved remission of depression with mifepristone compared with placebo? How many in each group achieved resolution of psychotic symptoms? How many in each group achieved remission of functional incapacity? In how many cases did addition of mifepristone or placebo render planned change of ineffective ongoing standard drug treatments unnecessary? In how many cases did addition of mifepristone or placebo render planned use of electroconvulsive therapy unnecessary? These are the outcomes clinicians need to know to judge utility.

We also call attention to the fact that, although the trials of mifepristone are predicated on a theory of excess cortisol production in psychotic depression, no study has reported credible internal validation by endocrine measures or has even established that the psychotic depressed subjects they enrolled really were hypercortisolemic. Our independent analyses [8] have shown no relationship between the published cortisol measures and the outcome with mifepristone.

As for the suggestion that mifepristone might be useful in the treatment of other neuropsychiatric disorders besides psychotic depression [1], the published clinical evidence base is nonexistent.

In a related article, Neigh and Nemeroff [9] made the claim that '...mifepristone, a glucocorticoid receptor antagonist, can successfully treat the psychotic component of delusional depression, characterized by profound HPA axis hyperactivity.' Their principal citation for this incorrect claim is the study by Flores et al. [4], the inappropriate statistical analyses of which we discussed above.

In summary, claims made for mifepristone in these two review articles rest on primary sources that do not pass scrutiny.

References

1 DeBattista, C. and Belanoff, J. (2006) The use of mifepristone in the treatment of neuropsychiatric disorders. Trends Endocrinol. Metab. 17, 117–121

2 Belanoff, J.K. et al. (2001) Rapid reversal of psychotic depression using mifepristone. J. Clin. Psychopharmacol. 21, 516–521

3 Belanoff, J.K. et al. (2002) An open label trial of C-1073 (mifepristone) for psychotic major depression. Biol. Psychiatry 52, 386–392

4 Flores, B.H. et al. (2005) Clinical and biological effects of mifepristone treatment for psychotic depression. Neuropsychopharmacology 31, 628–636

5 DeBattista, C. et al. (2003) C-1073 (mifepristone) vs placebo add on to usual treatment of psychotic major depression. American College of Neuropsychopharmacology Annual Meeting, San Juan, PR, USA

6 DeBattista, C. et al. (2004) A double blind trial of C-1073 (mifepristone) in the treatment of psychotic symptoms of psychotic major depression. 44th Annual NCDEU Meeting, Phoenix, AZ, USA

7 Rubin, R.T. (2004) Conflict of interest charge: Dr. Rubin replies. Am. J. Psychiatry 161, 1722

8 Rubin, R.T. and Carroll, B.J. (2004) Mifepristone (Ru486) in the treatment of psychotic depression: re-evaluation of published data. Neuropsychopharmacology 29 (Suppl 1), S203

9 Neigh, G.N. and Nemeroff, C.B. (2006) Reduced glucocorticoid receptors: consequence or cause of depression? Trends Endocrinol. Metab. 17, 124–125

1043-2760/$ – see front matter. Published by Elsevier Ltd.
doi:10.1016/j.tem.2006.10.009

Free journals for developing countries

In 2002, the WHO and six medical journal publishers launched the Health InterNetwork Access to Research Initiative, which enabled nearly 70 of the world's poorest countries to gain free access to biomedical literature through the internet. The science journals supplied today number more than 2000. Currently, more than 70 publishers are participating in the program, providing access to over 2000 journals.

Gro Harlem Brundtland, former Director-General for the WHO, said that this initiative was 'perhaps the biggest step ever taken towards reducing the health information gap between rich and poor countries'.

For more information, visit www.who.int/hinari

www.sciencedirect.com