# EXHIBIT  19

# Psychotic Depression

Psychotic depression is a serious medical illness characterized by a simultaneous disturbance of mood (major depression) and thought (psychosis). The depressive component is profound and seriously influences the patient's mental and physical states. The psychotic elements manifest as disturbances of thought and perception. Psychotic depression is thought to be a distinct illness.

The symptoms of psychotic major depression include:

Depressive symptoms, which persist over a period of time and involve:

- Feeling sad, empty, worthless, hopeless, helpless, guilty
- Diminished energy, interest and pleasure
- Changes in appetite, sleep, energy and concentration
- Thoughts of death and/or suicide

Psychotic symptoms:

- Delusions
- Hallucinations – typically auditory (hearing voices)

These delusions and hallucinations generally reflect a person's state of mind. As such, the individual may hear denigrating voices, or may believe that others are talking disparagingly about him/her. Delusional themes tend to involve paranoia or severe physical complaints.

The cause of psychotic major depression is unknown. It is also unclear why only a percentage of individuals with major depression have psychotic features. There is, however, a theory developed by Dr. Alan Schatzberg, a co-founder of Corcept and the Chairman of the Department of Psychiatry at Stanford University and others, which suggests that individuals with psychotic depression have both elevated levels and disordered patterns of cortisol, a hormone produced by the adrenal gland that plays a significant role in the way the body reacts to stressful conditions.

The course of psychotic major depression is such that patients with it often require hospitalization. As a result, the disease produces substantial emotional and financial costs. In addition, psychotically depressed individuals are at increased risk for suicide. Almost 15 percent of those suffering from severe depression ultimately commit suicide. Every year, 10 to 20 million people worldwide attempt suicide … and one million end up killing themselves. Individuals with psychotic major depression are at least 70 times more likely to commit suicide in their lifetime than the general population. In fact, individuals with psychotic depression appear to be five times more likely to commit suicide than those suffering from major depression without psychotic features.

In the United States, major depression ranks second only to ischemic heart disease as a leading cause of disease burden. 19 million American adults suffer from depressive disorders each year.

About 15 to 20 percent of depressed patients (or about 3 million people) have psychotic major depression (PMD). While there are no confirmed data on the costs associated with psychotic depression, it is widely assumed that, on average, it is more costly than depression without psychotic symptoms. What is known is that clinical depression has become one of America's biggest health burdens and the enormous cost in human suffering and disruption of personal, family and work life is formidable. According to the National Mental Health Association, major depression costs the nation about $44 billion in lost work days (more than 200 million days a year), lost productivity and direct treatment costs. Depressive illnesses cause pain not only to those who have the disorder, but also to the individuals who care about them.

Corcept Therapeutics

. . . . .

# EXHIBIT  20



*Life* **Science Analytics, Inc.**    MedTRACK

Competitor Report

www.medtrack.com. Phone: 570.504.1800

## Corcept Therapeutics Inc ( NASDAQ ) Symbol CORT

Sector  : Healthcare
Industry : Pharmaceuticals

### Business Summary

Corcept Therapeutics Incorporated, a development stage biopharmaceutical company, engages in the development of drugs for the treatment of severe psychiatric and neurological diseases. The company develops CORLUX for the treatment of the psychotic features of psychotic major depression, which is in Phase III clinical trials. Corcept Therapeutics Incorporated was co-founded by Alan Schatzberg and Joseph K. Belanoff. The company was incorporated in 1998 and is based in Menlo Park, California.

### Product Glance

| Trial Phase | No.of Products | % |
|---|---|---|
| Pre Clinical | 1 | 33.3% |
| Clinical Trial Phase II | 1 | 33.3% |
| Clinical Trial Phase III | 1 | 33.3% |

### Headquarters

275 Middlefield Road,
Suite A
Menlo Park,
California  94025
Telephone 650-327-3270
Tollfree    NA

Fiscal Year Ends  December

### Selected Financial Data

| | |
|---|---|
| Close (09/30/2005) | 5$ |
| Volume (09/30/2005) | 11 M |
| Weekly High | 5.87$ |
| Weekly Low | 4.84$ |
| Weekly Close | 5$ |
| Shares Outstanding | 23 M |
| Market Cap | $114 M |
| Cash On Hand | $32 M |
| Years In Cash | 1.7 |
| Technology Value | $81 M |
| Insider Holding | NA% |

### Company Details

| | |
|---|---|
| CUSIP | 21835210 |
| SIC | |
| Employees | 14 |
| Chief Executive Officer | Joseph K. Belanoff M.D. |



| | | Analyze over 4,500 life science companies for one low price. **MedTRACK** |
| *life*scienceanalytics inc. | | |
| www.medtrack.com | | **Competitor Report** |
| Phone: 570.504.1800 | | |

## Corcept Therapeutics Inc  ( NASDAQ ) Symbol CORT

Sector   :  Healthcare
Industry :  Pharmaceuticals

### Business Summary

Corcept Therapeutics incorporated operated as a pharmaceutical company engaged in the development of drugs for the treatment of severe psychiatric and neurological diseases, as of January 28, 2002. Its lead product candidate, C-1073, was in Phase III clinical trials for the treatment of psychotic major depression.

### Product Glance

| Trial Phase | No of Products | % |
|---|---|---|
| Pre Clinical | 2 | 66.7% |
| Clinical Trial Phase III | 1 | 33.3% |

### Headquarters

275 Middlefield Road,
Suite A
Menlo Park,
California  94025
Telephone  650-327-3270
Tollfree     NA

### Selected Financial Data

| | |
|---|---|
| Close (03/18/2005) | 4.81$ |
| Volume (03/18/2005) | 33 M |
| Weekly High | 5.13$ |
| Weekly Low | 4.5$ |
| Weekly Close | 4.81$ |
| Shares Outstanding | 23 M |
| Market Cap | $109 M |
| Cash On Hand | $49 M |
| Years In Cash | 4.0 |
| Technology Value | $60 M |
| Insider Holding | NA% |

### Company Details

| | |
|---|---|
| CUSIP | 21835210 |
| SIC | |
| Employees | 11 |
| Chief Executive Officer | Joseph K. Belanoff M.D. |

3/23/2005



**lifescienceanalytics** inc.
www.medtrack.com
Phone: 570.504.1800

**MedTRACK**

**Pipeline Report**

## Corcept Therapeutics Inc ( NASDAQ ) Symbol CORT

Sector   : Healthcare
Industry : Pharmaceuticals

### Business Summary

Corcept Therapeutics Incorporated operated as a pharmaceutical company engaged in the development of drugs for the treatment of severe psychiatric and neurological diseases, as of January 28, 2002. Its lead product candidate, C-1073, was in Phase III clinical trials for the treatment of psychotic major depression.

### Product Glance

| Trial Phase | No of Products | |
|---|---|---|
| Pre Clinical | 1 | 33% |
| Clinical Trial Phase II | 1 | 33% |
| Clinical Trial Phase III | 1 | 33% |

### Headquarters

275 Middlefield Road,
Suite A
Menlo Park,
California  94025
Telephone  650-327-3270
Tollfree    NA

Fiscal Year Ends   December

### Selected Financial Data

| | |
|---|---|
| Close (08/10/2005) | 5.75$ |
| Volume (08/10/2005) | 26 M |
| Weekly High | 6.1$ |
| Weekly Low | 5.02$ |
| Weekly Close | 5.75$ |
| Shares Outstanding | 22 M |
| Market Cap | $130 M |
| Cash On Hand | $32 M |
| Years In Cash | 1.8 |
| Technology Value | $98 M |

### Company Details

| | |
|---|---|
| CUSIP | 21835210 |
| SIC | |
| Employees | 14 |
| Chief Executive Officer | Joseph K. Belanoff M.D. |

8/16/2005



**PUNK ZIEGEL & COMPANY**

# MORNING MEETING COMMENTS

## Corcept Therapeutics (NASDAQ: CORT)

October 21, 2005

Juan F. Sanchez, M.D. • 212.891.5203
jsanchez@pzk.com

**Eli Lilly and Corcept sign a collaboration aimed at elucidating the effects of GR-II inhibition (using Corlux) to mitigate the weight gain associated with the use of anti-psychotic medication.**
**We reiterate our BUY rating**

| | |
|---|---|
| Investment Rating | BUY |
| *Prior Rating* | |
| Price Target | $19.60 |
| *Prior Target* | |
| Price (October 20, 2005) | $4.57 |
| 52 Week Range | $3.41 - $7.15 |
| Shares Outstanding | 22.7 MM |
| Market Capitalization | $103.7 |
| Cash (June. 30, 2005) | $36.7 MM |

| | |
|---|---|
| Fiscal Year End | December |

**Revenues (MM's):**

| | Current | Prior |
|---|---|---|
| 2006E | $0.00 | |
| 2005E | $0.00 | |
| 2004A | $0.00 | |

**EPS:**

| | Current | Prior | P/E |
|---|---|---|---|
| 2006E | ($0.91) | | NA |
| 2005E | ($0.91) | | NA |
| 2004A | ($0.84) | | NA |

**Quarterly EPS:**

| | Current | Prior |
|---|---|---|
| 2004A | | |
| Mar | ($0.29) | |
| Jun | ($0.18) | |
| Sep | ($0.18) | |
| Dec | ($0.24) | |
| | | |
| 2005E | | |
| Mar A | ($0.24)A | |
| Jun | ($0.18)A | |
| Sep | ($0.23) | |
| Dec | ($0.25) | |

Corcept announced Eli Lilly will finance a proof-of-concept trial in healthy volunteers evaluating the effects of GR-II inhibition on weight gain in patients receiving olanzapine (Zyprexa).

- The program's objective is to confirm whether the results already seen in animal studies can be replicated in humans. (See Table 1 for results of mifepristone's positive impact on weight gain in rats exposed to olanzapine.)

- The agreement with LLY **only** involves the financing of the proof-of concept trial, which will be undertaken by Corcept. At this point, there is **no** commitment by either party to further responsibilities.

- We expect results from the proof-of-concept clinical study to be available by Q2/Q3 2006.

**Comment:** The most important information coming out of this trial regards the potential of GR-II inhibitors such as mifepristone to address the significant problem of weight gain, the most significant downside of Zyprexa and other anti-psychotics. Most anti-psychotics cause weight gain that, in turn, results in an increased risk of diabetes. For this reason, the FDA mandated a black-box on the label of all atypical antipsychotics that warns of such a risk. Of all anti-psychotics, Zyprexa has demonstrated the most pronounced weight gain, with patients gaining on average one to two pounds per each month of therapy. Nevertheless, Zyprexa is perceived as the most efficacious of the anti-psychotics and generated revenues of $4.4 billion in 2004.

As a consequence of the black-box warnings and the already high rates of diabetes in the US, anti-psychotics have recently come under a high degree of public scrutiny. TO address this side effect and the potential health concerns pro patients, it is in the interest of pharmaceutical companies to come up with strategies to deal with the weight gain problem of anti-psychotics. Moreover, Zyprexa's composition of matter patent expires in 2011 and Eli Lilly needs to explore a variety of alternatives to protect the franchise via product life-cycle extension.

If the results of the study are positive, we believe that the possibility exists for Corcept to collaborate with Eli Lilly. Importantly, since mifepristone is used to induce abortion, we do not believe the drug is suitable for commercialization as combination therapy with an anti-psychotic. Rather, the studies will provide more clarity in the understanding of the mechanism by which in mifepristone prevents and/or reverses the weight gain caused by anti-psychotics. If those mechanisms happen to be GR-II receptor mediated, we believe there is an opportunity for the two companies to work together. As a reminder, Corcept has a preclinical portfolio of GR-II antagonists and has multiple patent applications for the use of GR-II in a number of medical conditions.

*Analyst Certification and important disclosures can be found on the last page of this report.*

In preclinical animal studies (rats), mifepristone showed that it could prevent the weight gain associated with olanzapine (the active ingredient of Zyprexa) therapy. Moreover, mifepristone also showed a reversal of the weight gained with olanzapine. (See Table 1 below).

**Table 1. Corlux+Olanzapine weight-control studies in rats**

| | | Groups | Intervention | Outcome |
|---|---|---|---|---|
| Weight loss study | n=48 | Randomized to four groups (three receiving olanzapine and one receiving placebo). At day 45 all groups receiving olanzapine had gained weight | Groups receiving olanzapine received Corlux (at different doses) through day 56 | Rats receiving olanzapine and CORLUX lost a statistically significant amount of weight from day 35 to day 42 |
| Weight gain prevention study | n=48 | Four groups receiving olanzapine for three weeks. Three of these groups were given Corlux (at different doses) and one group placebo | randomized to olanzapine+mifepristone and olanzepine+placebo | At Day 21, rats receiving olanzapine and CORLUX had gained significantly less weight compared to the group fed olanzapine plus placebo |

| Table 2. Key Events Expected Over the Next 12 to 24 Months | Event | Anticipated Timing |
|---|---|---|
| | Corlux+olanzapine proof of concept results | Mid 2006 |
| | Corlux 07 Phase III results | Mid 2006 |
| | Corlux 06 Phase III results | 2H 2006 |
| | Corlux 09 Phase III results | 4Q 2006 |

*Source: Corporate Reports and Punk, Ziegel & Company Estimates.*

Corcept Therapeutics

Page 3

## CORCEPT QUARTERLY FINANCIAL ESTIMATES (000s)

| | 2004E | 1Q05A | 2Q05A | 3Q05E | 4Q05E | 2005E | 1Q06E | 2Q06E | 3Q06E | 4Q06E | 2006E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| CORLUX | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | |
| Research and Development | 11,551 | 4,714 | 3,325 | 4,450 | 4,860 | 17,349 | 5,103 | 5,205 | 4,685 | 4,685 | 19,677 |
| General and Administrative | 4,494 | 1,073 | 1,061 | 1,220 | 1,370 | 4,724 | 1,490 | 1,600 | 1,890 | 1,900 | 6,880 |
| | 16,045 | 5,787 | 4,386 | 5,670 | 6,230 | 22,073 | 6,593 | 6,805 | 6,575 | 6,585 | 26,557 |
| **Operating Income/Loss** | (16,045) | (5,787) | (4,386) | (5,670) | (6,230) | (22,073) | (6,593) | (6,805) | (6,575) | (6,585) | (26,557) |
| **Other Income** | | | | | | | | | | | |
| Interest Income | 578 | 283 | 282 | 220 | 180 | 965 | 160 | 140 | 171 | 117 | 588 |
| Interest expense | (68) | - | (7) | - | - | - | - | - | - | - | - |
| Other | | (8) | - | - | - | - | - | - | - | - | - |
| Net Non-Operating Income | 510 | 275 | 275 | 220 | 180 | 950 | 160 | 140 | 171 | 117 | 588 |
| | | | | | | | | | | | |
| **Pre-tax Gain (Loss)** | (15,534) | (5,512) | (4,111) | (5,450) | (6,050) | (21,123) | (6,433) | (6,665) | (6,403) | (6,467) | (25,969) |
| **Taxes** | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income (before extras)** | (15,534) | (5,512) | (4,111) | (5,450) | (6,050) | (21,123) | (6,433) | (6,665) | (6,403) | (6,467) | (25,969) |
| | | | | | | | | | | | |
| **Earnings/ (Loss) Per Share** | (0.84) | (0.24) | (0.18) | (0.23) | (0.26) | (0.91) | (0.22) | (0.23) | (0.22) | (0.23) | (0.91) |
| **Shares Outstanding (MM)*** | 18,440 | 22,576 | 22,594 | 23,594 | 23,594 | 23,090 | 28,594 | 28,594 | 28,594 | 28,594 | 28,594 |
| **Earnings/ (Loss) Per Share (Diluted)** | | | | | | | | | | | |
| Fully Diluted Shares Out (MM) | | 23,576 | 23,576 | 24,576 | 24,576 | 24,076 | 29,594 | 29,594 | 29,594 | 29,594 | 29,594 |

Source: Corporate reports and Punk, Ziegel, & Co. estimates.

Corcept Therapeutics | Page 4

## IMPORTANT DISCLOSURES

### Rating Definitions and Coverage Percentages

| Rating | Definition | % of companies under coverage with this rating | % within rating category for which investment banking services have been provided in the last 12 months |
|---|---|---|---|
| Buy | Common stock is expected to outperform the market by 15 or more percentage points | 57.14% | 15.00% |
| Accumulate | Common stock is expected to outperform the market by five to 15 percentage points | 8.57% | 16.67% |
| Market Perform | Common stock is expected to perform with the market plus or minus five percentage points | 34.29% | 4.17% |
| Sell | Common stock is expected to underperform the market by 15 or more percentage points | 0.00% | 0.00% |

The rating system is a guide to expected total return (price plus dividend) relative to the total return of the market on which the stock trades over the next 12 months.

### Analyst Certification:

I, Juan F. Sanchez, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company and its securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation related to my views expressed or any specific recommendations that are contained in this report.

Investors should assume that Punk, Ziegel & Company is seeking or will seek investment banking or other business relationships with the companies in this report.

This report reflects current opinions and judgments which are subject to change, and is not an offer or solicitation of an offer to buy or sell any securities. Information has been obtained from sources we consider reliable but is not guaranteed as to accuracy or completeness. The research analyst does not have a position in the securities of this Company. Punk, Ziegel & Company, its partners and/or employees may have a long or short position in the securities mentioned in this report.

© 2005 By Punk, Ziegel & Company. We make a market in this security. All rights reserved.



CORCEPT THERAPEUTICS INC

Currency = USD

| Date | Closing Price | Recommendation Change | Date | Closing Price | Price Target |
|---|---|---|---|---|---|
| 15-Aug-2005 | 5.94 | BUY | 27-Sep-2005 | 5.28 | 19.50 |
| | | | 15-Aug-2005 | 5.94 | 21.00 |

*SEC Info*  Home  Search  My Interests  Help  Sign In  *Please Sign In*

# Corcept Therapeutics Inc · 424B4 · On 5/15/07

**Filed On 5/15/07 1:16pm ET · SEC File 333-141881 · Accession Number 1193125-7-115190**

| Find | | in this filing. | 🔲 Show docs searched 🔲 and every "hit". |

Help...    *Wildcards:* ? (any letter), * (many). *Logic:* for Docs: & (and), | (or); for Text: | (anywhere), "(&)" (near).

| As Of | Filer | Filing | As/For/On | Docs:Pgs |
|-------|-------|--------|-----------|----------|
| 5/15/07 | Corcept Therapeutics Inc | 424B4 | | 1:18 |

**Prospectus · Rule 424(b)(4)**
**Filing Table of Contents**

| Document/Exhibit | Description | Pages | Size |
|------------------|-------------|-------|------|
| 1: 424B4 | Filed Pursuant to Rule 424 (B) (4) | HTML | 122K |

## Document Table of Contents

| Page | (sequential) | | (alphabetic) | Top |
|------|--------------|---|--------------|-----|

**Page** (sequential)

1   1st Page
"   Table of Contents
"   Prospectus Summary
"   Risk Factors
"   Special Note Regarding Forward-Looking Statements
"   Use of Proceeds
"   Dividend Policy
"   Selected Financial Data
"   Management s Discussion and Analysis of Financial Condition and Results of Operations
"   Business
"   Management
"   Compensation Discussion and Analysis
"   Compensation Committee Report
"   Certain Relationships and Related Party Transactions
"   Principal and Selling Stockholders
"   Description of Capital Stock
"   Plan of Distribution

(alphabetic)

- Alternative Formats (RTF, XML, et al.)
- Business
- Certain Relationships and Related Party Transactions
- Compensation Committee Report
- Compensation Discussion and Analysis
- Description of Capital Stock
- Dividend Policy
- Experts
- Financial Statements
- Incorporation by Reference
- Legal Matters
- Management
- Management s Discussion and Analysis of Financial Condition and Results of Operations
- Plan of Distribution
- Principal and Selling Stockholders
- Prospectus Summary
- Risk Factors
- Selected Financial Data

" Legal Matters
" Experts
" Where You Can Find More Information
" Incorporation by Reference
" Financial Statements

• Special Note Regarding Forward-Looking Statements
• Table of Contents
• Use of Proceeds
• Where You Can Find More Information

Table of Contents

## PRINCIPAL AND SELLING STOCKHOLDERS

As of April 30, 2007, we had 34,741,766 shares of common stock outstanding held by approximately 94 stockholders of record. Because many of our shares of common stock are held by brokers and other institutions on behalf of stockholders, we are unable to estimate the total number of beneficial stockholders represented by these record holders.

The following table presents information regarding the beneficial ownership of the shares of our common stock as of April 30, 2007 with respect to:

- each of our directors;
- each of the executive officers listed in the Summary Compensation Table above;
- our directors and the executive officers listed in the Summary Compensation Table, as a group;
- persons owning more than 5% of a class of our common stock; and
- each of the selling stockholders.

Beneficial ownership is determined under the rules of the SEC and generally includes voting or investment power over securities. Except in cases where community property laws apply or as indicated in the footnotes to this table, we believe that each stockholder identified in the table possesses sole voting and investment power over all shares of common stock shown as beneficially owned by the stockholder. Percentage of beneficial ownership is based on 34,741,766 shares of common stock outstanding as of April 30, 2007. Shares of common stock subject to options that are currently exercisable or exercisable within 60 days of April 30, 2007 are considered outstanding and beneficially owned by the person holding the options.

| Name of Beneficial Owner [1] | Shares Beneficially Owned Prior to the Offering | | Number of Shares Offered | Shares Beneficially Owned After the Offering [3] | |
|---|---|---|---|---|---|
| | Number[2] | Percent | | Number | Percent |
| Entities affiliated with Paperboy Ventures LLC[4] | 6,642,527 | 19.1% | 6,142,527 | 500,000 | 1.4% |
| Sutter Hill Ventures [5] | 5,683,536 | 16.4% | — | 5,683,536 | 16.4% |
| Entities affiliated with Alta Partners, LLP [6] | 3,198,274 | 9.2% | — | 3,198,274 | 9.2% |
| Maverick Capital, Ltd. [7] | 2,122,841 | 6.1% | — | 2,122,841 | 6.1% |
| Black Point Group LP [8] | 100,000 | * | 100,000 | — | — |
| Vaughn D. Bryson | 100,000 | * | 100,000 | — | — |
| The Judith E. and Joseph C. Cook, Jr. Foundation, Inc. | 100,000 | * | 100,000 | — | — |
| Douglas G. & Irene E. DeVivo Rev. Trust dated 11/1/88 | 100,000 | * | 100,000 | — | — |
| Anthony Garland | 100,000 | * | 100,000 | — | — |
| Peter Hecht | 100,000 | * | 100,000 | — | — |
| Daniel M. Bradbury | 50,000 | * | 50,000 | — | — |
| James Coyne King | 50,000 | * | 50,000 | — | — |
| Mendelson Family Trust | 25,000 | * | 25,000 | — | — |
| VP Company Investments, 2004 LLC | 25,000 | * | 25,000 | — | — |
| **Directors and Named Executive Officers** | | | | | |
| G. Leonard Baker, Jr. [9] | 4,144,112 | 11.9% | — | 4,144,112 | 11.9% |
| Alix Marduel, M.D. [6] | 3,198,274 | 9.2% | — | 3,198,274 | 9.2% |
| Joseph K. Belanoff, M.D. [10] | 2,805,863 | 8.1% | — | 2,805,863 | 8.1% |
| Alan F. Schatzberg, M.D. [11] | 2,738,749 | 7.9% | — | 2,738,749 | 7.9% |
| James N. Wilson [12] | 2,654,154 | 7.6% | — | 2,654,154 | 7.6% |
| Joseph C. Cook, Jr. [13] | 967,942 | 2.8% | — | 967,942 | 2.8% |
| David B. Singer [14] | 778,667 | 2.2% | — | 778,667 | 2.2% |
| David L. Mahoney [15] | 508,871 | 1.5% | — | 508,871 | 1.5% |
| Robert L. Roe, M.D. [16] | 322,172 | 1.0% | — | 322,172 | 1.0% |

| | | | | | |
|---|---|---|---|---|---|
| James A. Harper [17] | 99,440 | * | — | 99,440 | * |
| Anne M. Le Doux [18] | 44,255 | * | — | 44,255 | * |
| All directors and executive officers as a group (11 Persons) [19] | 18,262,499 | 52.0% | — | 18,262,499 | 52.0% |

*Less than 1% of Corcept's outstanding common stock.

[1]  Unless otherwise indicated, the address of each of the named individuals is c/o Corcept Therapeutics, 149 Commonwealth Drive, Menlo Park, California 94025.

[2]  Except as otherwise noted, each person or entity has sole voting and investment power with respect to the shares shown.

8

# EXHIBIT  21

(ENDORSED)
F I L E D
APR 11 2007

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA, County of Santa Clara
DEPUTY

S. Ruelos

1   STUART C. CLARK (SBN 124152)
    clark@carrferrell.com
2   CHRISTINE S. WATSON (SBN 218006)
    cwatson@carrferrell.com
3   CARR & FERRELL LLP
    2200 Geng Road
4   Palo Alto, California 94303
    Telephone: (650) 812-3400
5   Facsimile:  (650) 812-3444

6   Attorneys for Plaintiffs
    CORCEPT THERAPEUTICS, INC., JOSEPH
7   K. BELANOFF, and ALAN F. SCHATZBERG

8

9               SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                  FOR THE COUNTY OF SANTA CLARA

11

12  CORCEPT THERAPEUTICS, INC.,            CASE NO. 1-05-CV-051322
    Corporation, JOSEPH K. BELANOFF,
13  an individual, ALAN F. SCHATZBERG,     DECLARATION OF CHRISTINE
    an individual,                         WATSON IN SUPPORT OF EX
14                                          PARTE APPLICATION FOR
                                            COMMISSIONS TO TAKE
15                 Plaintiffs,              DEPOSITIONS OF THE AMERICAN
                                            PSYCHIATRIC ASSOCIATION
16         v.
                                            Date:    April 11, 2007
17  DOE 1, an individual, DOE 2, an individual,   Time:    8:15 a.m.
    and DOES 3 through 20, inclusive,      Dept:    2c
18                                          Judge:   Hon. Kevin J. Murphy
                   Defendants.
19

20         I, the undersigned, CHRISTINE S. WATSON, declare as follows:

21         1.      I am an attorney admitted to practice before all of the courts of the State of

22  California. I am a member of the firm of Carr & Ferrell LLP, the attorneys of record for plaintiffs

23  Corcept Therapeutics, Inc., Joseph Belanoff and Alan Schatzberg.  The facts set out herein are

24  within my personal knowledge, or are based on documents in my possession and other information

25  to which I have access in the course of my duties.  If called upon to do so I could and would testify

26  to the truth thereof.

27         2.      Since the filing of the action, plaintiffs have engaged in extensive discovery and

28  investigation aimed at locating the persons named as Does 1 and 2.  Among the efforts of plaintiffs

{00230452v1}                                -1-

1  in attempting to identify the Doe defendants were deposition subpoenas addressed to Yahoo,

2  Hotmail (Microsoft), various Internet Service Providers, the University of Massachusetts and its

3  Medical School, the Hyatt Regency Hotel in Arlington, Virginia and One Voice Communications.

4  Most of this discovery occurred outside of California, necessitating the issuance of a number of

5  commissions by this Court for depositions to be taken in other states.  Many of these discovery

6  efforts have led to dead ends, but some have borne fruit, and plaintiffs are optimistic that they will

7  soon be able to name the person(s) tentatively designated in this action as Doe 1 and/or Doe 2.

8       3.     Based on the subject matter of the postings, interest, access to information, and other

9  factors, plaintiffs have for some time suspected that the postings under the names "stanfordinsider"

10  and/or "corceptisafraud" were made by Anthony J. Rothschild, M.D., a faculty member in the

11  Department of Psychiatry and Behavioral Sciences at the University of Massachusetts Medical

12  School in Worcester, Massachusetts.  Plaintiffs accordingly obtained a commission from this Court

13  on December 22, 2005, to take the deposition of Dr. Rothschild.  That deposition was taken on

14  February 13, 2006.

15       4.    At his deposition Dr. Rothschild denied any knowledge of the anonymous Internet

16  postings.   However, based on the Internet Protocol addresses used in transmitting the postings at

17  issue in this case, plaintiffs have determined that on October 17, 2005 – the date on which one of

18  the postings was made – a person using the name "stanfordinsider" logged into the Internet on

19  multiple occasions from two locations in Arlington, Virginia.  These two locations are the Hyatt

20  Regency Hotel in Arlington and the 18th Floor of 1000 Wilson Boulevard, Arlington.  That floor

21  apparently houses the offices of One Voice Communications and the offices of American

22  Psychiatric Association ("APA").  On information and belief, Dr. Rothschild attended a meeting or

23  meetings at the APA offices on October 17, 2005, and the APA uses the Hyatt Regency to

24  accommodate its affiliates when traveling to its meetings from out of town.

25      I declare under penalty of perjury under the laws of the State of California that the

26  foregoing is true and correct.

27  ///

28  ///

{00230452v1}               -2-
Declaration of Christine S. Watson in Support of Ex Parte Application for Commission
(Case No. 1-05-CV-051372)

1

Executed at Palo Alto, California, this April 10, 2007.

2

3

_Christine S. Watson_

4

CHRISTINE S. WATSON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24 ————————————        ——        ————————————        ——

25

26

27

28

Declaration of Christine S. Watson in Support of Ex Parte Application for Commission
(Case No. 1-05-CV-051322)

# EXHIBIT  22





Representing more than 35,000 physician leaders in mental health

*Member driven. Science based. Patient focused.*

Search
Home
Join APA
Members Corner
Pay Dues Online
About APA
District Branches &
State Associations
Advocacy
Education
Ethics
Research
Psychiatric Practice
Library
Career Corner
Interest Groups
News Room
Calendar
Medem
Publishing (APPI)
Foundation (APF)
Research &
Education (APIRE)
Resource Links
Public Information
Careers at APA

🖨 Printer-Fr

## About APA

The American Psychiatric Association is a medical specialty society recognized w Its over 35,000 U.S. and international member physicians work together to ensu care and effective treatment for all persons with mental disorder, including men retardation and substance-related disorders. It is the voice and conscience of m psychiatry. Its vision is a society that has available, accessible quality psychiatri and treatment.

**Members**

The APA is an organization composed primarily of medical specialists who are qu the process of becoming qualified, as psychiatrists. The basic eligibility requirem completion of a residency program in psychiatry accredited by the Residency Re Committee for Psychiatry of the Accreditation Council for Graduate Medical Educ (ACGME), the Royal College of Physicians and Surgeons of Canada (RCPS(C)), o American Osteopathic Association (AOA). Applicants for membership must also medical license (with the exception of medical students and residents) and prov reference who is an APA member.

**Vision**

The American Psychiatric Association is an organization of psychiatrists working ensure humane care and effective treatment for all persons with mental disorde mental retardation and substance-related disorders. It is the voice and conscien psychiatry. Its vision is a society that has available, accessible quality psychiatri and treatment.

**Mission**

The mission of the American Psychiatric Association is to:

- promote the highest quality care for individuals with mental disorders (inc mental retardation and substance-related disorders) and their families;
- promote psychiatric education and research;
- advance and represent the profession of psychiatry; and
- serve the professional needs of its membership.

**Values**

- best standards of clinical practice
- highest ethical standards of professional conduct
- prevention, access, care and sensitivity for patients and compassion for th
- patient-focused treatment decisions

- scientifically established principles of treatment
- advocacy for patients
- leadership
- lifelong professional learning
- collegial support
- respect for diverse views and pluralism within the field and the association
- respect for other health professionals

**Board of Trustees Executive Committee**

**APA Governance**

**APA Staff Directory**

---

Acrobat PDF files preserve the original formatting of the document
In order to view these files, you will need to download the free Adobe Acrobat
software.
Click here to go to the Adobe site to download the Reader now.

**1000 Wilson Boulevard, Suite 1825, Arlington, Va. 22209-3901**
phone: 703-907-7300 email: apa@psych.org © Copyright 2006 All Rights Reserved

# EXHIBIT  23

STUART C. CLARK (#124152)
JASON T. ANDERSON (#212938)
CARR & FERRELL LLP
2200 Geng Road
PALO ALTO CA 94303
Telephone: (650) 812-3400

Attorneys for Corcept Therapeutics, Inc.,
Joseph Belanoff, and Alan Schatzberg



UCS
**FILED**

MAR 16 2006

KIRI TORRE
Sacred Clerk of the Court Superior Court of Ca County of Santa Clara
BY _____
DEPUTY
M. TAUTOLO

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | | |
|---|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual, | ) ) ) ) ) ) | CASE NO.  105CV051322 |
| Plaintiffs. | ) ) ) | DECLARATION OF STUART CLARK IN SUPPORT OF EX PARTE APPLICATION FOR COMMISSION TO TAKE DEPOSITION(S) IN MASSACHUSETTS |
| v. | ) ) ) | |
| DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive, | ) ) ) ) | Date:  March 16, 2006 Time:  8.30 a.m. Dept:  14 Judge: Hon. Derek Woodhouse |
| Defendants. | ) ) ) | |

I, the undersigned, STUART CLARK, declare as follows:

1.    I am an attorney admitted to practice before all of the courts of the

State of California.  I am a member of the firm of Carr & Ferrell LLP, the attorneys

of record for plaintiffs Corcept Therapeutics, Inc., Joseph Belanoff and Alan

Schatzberg.  The facts set out herein are within my personal knowledge, or are

based on documents in my possession and other information to which I have access

in the course of my duties.  If called upon to do so I could and would testify to the

{00166353v1}                                                                                          1.

Declaration Of Stuart Clark In Support Of Ex Parte Application For Issuance Of Commissions

truth thereof.

2.    By order issued on October 26, 2005, the Court granted Corcept leave to commence early discovery.  Corcept thereupon served a subpoena on Yahoo, Inc., and through that subpoena obtained the identity of the multiple internet service providers ("ISPs") used by Does when posting defamatory statements.  Corcept also discovered that Doe 2 used a computer at the Holiday Inn in Pittsburgh, PA to post a message on a Yahoo Message Board.  All of those ISPs are also located outside the state of California.

3.    On November 22, 2005 Corcept sought, and was granted, orders from this Court authorizing commissions in Pennsylvania and New Jersey to take the depositions of the Holiday Inn and Comcast with regard to the postings by the defendants.  Neither of those discovery efforts resulted in any Doe defendants being identified, however, because: (1) the Holiday Inn network is wireless and allows free access, and allegedly no record is maintained of user identities; and (2) Comcast allegedly does not keep records going back more than 31 days.

4.    Based on the subject matter, interest, access to information, and other factors, plaintiffs have for some time suspected that the postings under the names "stanfordinsider" and/or "corceptisafraud" were made by Anthony J. Rothschild, MD, a faculty member in the Department of Psychiatry and Behavioral Sciences at the University of Massachusetts Medical School in Worcester, Massachusetts.  Plaintiffs accordingly obtained a commission from this Court on December 22, 2005 to take the deposition of Dr. Rothschild.  That deposition was taken on February 13, 2006.

5.    At his deposition Dr. Rothschild denied any knowledge of the anonymous Internet postings. From the deposition of Dr. Rothschild it was determined, however, among other things, that Dr. Rothschild used computers at the University of Massachusetts Medical School to obtain access to the Internet. It was also determined that the medical school has records of Dr. Rothschild's whereabouts at the times that the anonymous Internet postings at issue in this case were made. By taking the deposition(s) of the University of Massachusetts, and/or the University of Massachusetts Medical School, plaintiffs expect to be able to obtain additional information which will assist in determining whether or not Dr. Rothschild is Doe 1 and/or Doe 2.

6.    Depending on the nature of the information obtained from the University of Massachusetts, and/or the University of Massachusetts Medical School, it may be necessary to take the further deposition of Dr. Rothschild. In addition, it seems likely that it will be necessary to require Dr. Rothschild to produce additional documents identified at his deposition, or which need to be investigated in light of testimony given by Dr. Rothschild at the deposition.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Palo Alto, California, this March ⸻ , 2006.

_____
STUART CLARK

# EXHIBIT  24

April 1, 2005

Yahoo! Message Boards A.House
701 First Ave.
Sunnyvale, CA 94089
Fax: (408) 349-7793

Gentlemen:

As CEO of Corcept Therapeutics, I am writing this letter as the authorized representative of the company to request immediate removal of a false, defamatory and malicious message posted on March 17, 2005. The message is as follows:

**Re: very curious to know**
by: corceptisafraud
Long-Term Sentiment: **Strong Sell** 03/17/05 05:32 pm
Msg: 109 of 114

I feel sorry for all you people who bought Corcept. There is absolutely no scientific evidence that their drug, RU-486, works for psychotic depression or anything else for that matter. At the prestigious American College of Neuropsychopharmacology Annual Meeting in December, 2004, all the Corcept data was re-analyzed by Professor Robert Rubin at Allegheny Hospital in Pennsylvania who reported that RU-486 does not seperate from placebo. You should try and obtain a copy of the Abstract or Poster from the Annual Meeting. Big Pharma will never touch a company like this. Corcept knows all this but is hushing it up. However, that is why Belanoff, Schatzberg, Roe and other insiders are selling despite the stock selling at record lows. They know the drug does not work and will never be proven to work. People who bought stock in Corcept should get a good lawyer and file a class action suit for what appears to be a massive case of fraud. Corcept continues to push the company to investors despite absolutely no evidence that the drug works. In fact, the evidence suggests that it does not.

The message is false and defamatory in many respects. The message falsely asserts that "there is absolutely no scientific evidence that their drug, RU-486, works." This is factually false and defamatory. The assertion that "Corcept knows all this but is hushing it up." is factually false and defamatory. The claim that all of the listed individuals "are selling [their stock] because of the claim of knowledge that Corcept's drug "does not work" is factually false and defamatory. There are other false and malicious statements in this message, but the foregoing are illustrative.

We therefore request that this message be removed immediately wherever it has been posted. We would appreciate your acknowledgement of this request and confirmation that this message has been removed.

Sincerely,

Joseph K. Belanoff, M.D.
Chief Executive Officer

JKB/mb
cc: Sarah O'Dowd, Heller Ehrman

2

# EXHIBIT  25





| Date | Closing Price |
|------|---------------|
| 8/1/2007 | $2.17 |
| 7/31/2007 | $2.25 |
| 7/30/2007 | $2.23 |
| 7/27/2007 | $2.25 |
| 7/26/2007 | $2.15 |
| 7/25/2007 | $2.30 |
| 7/24/2007 | $2.34 |
| 7/23/2007 | $2.52 |
| 7/20/2007 | $2.55 |
| 7/19/2007 | $2.55 |
| 7/18/2007 | $2.58 |
| 7/17/2007 | $2.46 |
| 7/16/2007 | $2.53 |
| 7/13/2007 | $2.60 |
| 7/12/2007 | $2.46 |
| 7/11/2007 | $2.61 |
| 7/10/2007 | $2.61 |
| 7/9/2007 | $2.49 |
| 7/6/2007 | $2.30 |
| 7/5/2007 | $2.37 |
| 7/3/2007 | $2.23 |
| 7/2/2007 | $2.30 |
| 6/29/2007 | $2.74 |
| 6/28/2007 | $2.81 |
| 6/27/2007 | $2.68 |
| 6/26/2007 | $2.84 |
| 6/25/2007 | $2.60 |
| 6/22/2007 | $2.12 |
| 6/21/2007 | $1.75 |
| 6/20/2007 | $1.42 |
| 6/19/2007 | $1.48 |
| 6/18/2007 | $1.47 |
| 6/15/2007 | $1.52 |
| 6/14/2007 | $1.51 |
| 6/13/2007 | $1.50 |
| 6/12/2007 | $1.53 |

| Date | Price |
|------|-------|
| 6/11/2007 | $1.58 |
| 6/8/2007 | $1.56 |
| 6/7/2007 | $1.47 |
| 6/6/2007 | $1.50 |
| 6/5/2007 | $1.49 |
| 6/4/2007 | $1.51 |
| 6/1/2007 | $1.52 |
| 5/31/2007 | $1.39 |
| 5/30/2007 | $1.47 |
| 5/29/2007 | $1.47 |
| 5/25/2007 | $1.50 |
| 5/24/2007 | $1.50 |
| 5/23/2007 | $1.49 |
| 5/22/2007 | $1.48 |
| 5/21/2007 | $1.50 |
| 5/18/2007 | $1.51 |
| 5/17/2007 | $1.37 |
| 5/16/2007 | $1.33 |
| 5/15/2007 | $1.36 |
| 5/14/2007 | $1.40 |
| 5/11/2007 | $1.38 |
| 5/10/2007 | $1.41 |
| 5/9/2007 | $1.56 |
| 5/8/2007 | $1.60 |
| 5/7/2007 | $1.54 |
| 5/4/2007 | $1.59 |
| 5/3/2007 | $1.59 |
| 5/2/2007 | $1.52 |
| 5/1/2007 | $1.52 |
| 4/30/2007 | $1.55 |
| 4/27/2007 | $1.53 |
| 4/26/2007 | $1.54 |
| 4/25/2007 | $1.52 |
| 4/24/2007 | $1.47 |
| 4/23/2007 | $1.50 |
| 4/20/2007 | $1.49 |
| 4/19/2007 | $1.42 |

| Date | Value |
|------|-------|
| 4/18/2007 | $1.45 |
| 4/17/2007 | $1.53 |
| 4/16/2007 | $1.50 |
| 4/13/2007 | $1.41 |
| 4/12/2007 | $1.46 |
| 4/11/2007 | $1.48 |
| 4/10/2007 | $1.60 |
| 4/9/2007 | $1.96 |
| 4/5/2007 | $1.40 |
| 4/4/2007 | $1.21 |
| 4/3/2007 | $1.16 |
| 4/2/2007 | $1.10 |
| 3/30/2007 | $0.90 |
| 3/29/2007 | $0.71 |
| 3/28/2007 | $0.71 |
| 3/27/2007 | $0.76 |
| 3/26/2007 | $0.82 |
| 3/23/2007 | $0.83 |
| 3/22/2007 | $0.81 |
| 3/21/2007 | $0.82 |
| 3/20/2007 | $0.90 |
| 3/19/2007 | $1.04 |
| 3/16/2007 | $1.07 |
| 3/15/2007 | $1.10 |
| 3/14/2007 | $1.12 |
| 3/13/2007 | $1.10 |
| 3/12/2007 | $1.14 |
| 3/9/2007 | $1.07 |
| 3/8/2007 | $1.12 |
| 3/7/2007 | $1.17 |
| 3/6/2007 | $1.08 |
| 3/5/2007 | $1.06 |
| 3/2/2007 | $1.09 |
| 3/1/2007 | $1.15 |
| 2/28/2007 | $1.10 |
| 2/27/2007 | $1.08 |
| 2/26/2007 | $1.21 |

| | |
|---|---|
| 2/23/2007 | $1.22 |
| 2/22/2007 | $1.23 |
| 2/21/2007 | $1.25 |
| 2/20/2007 | $1.04 |
| 2/16/2007 | $0.98 |
| 2/15/2007 | $0.99 |
| 2/14/2007 | $0.98 |
| 2/13/2007 | $0.97 |
| 2/12/2007 | $0.99 |
| 2/9/2007 | $1.03 |
| 2/8/2007 | $1.05 |
| 2/7/2007 | $1.03 |
| 2/6/2007 | $1.04 |
| 2/5/2007 | $1.12 |
| 2/2/2007 | $1.17 |
| 2/1/2007 | $1.20 |
| 1/31/2007 | $1.22 |
| 1/30/2007 | $1.17 |
| 1/29/2007 | $1.18 |
| 1/26/2007 | $1.14 |
| 1/25/2007 | $1.18 |
| 1/24/2007 | $1.22 |
| 1/23/2007 | $1.24 |
| 1/22/2007 | $1.14 |
| 1/19/2007 | $1.16 |
| 1/18/2007 | $1.21 |
| 1/17/2007 | $1.24 |
| 1/16/2007 | $1.17 |
| 1/12/2007 | $1.16 |
| 1/11/2007 | $1.25 |
| 1/10/2007 | $1.19 |
| 1/9/2007 | $1.25 |
| 1/8/2007 | $1.31 |
| 1/5/2007 | $1.23 |
| 1/4/2007 | $1.18 |
| 1/3/2007 | $1.20 |
| 12/29/2006 | $1.23 |

| Date | Value |
| --- | --- |
| 12/28/2006 | $1.13 |
| 12/27/2006 | $1.18 |
| 12/26/2006 | $1.35 |
| 12/22/2006 | $0.99 |
| 12/21/2006 | $0.94 |
| 12/20/2006 | $0.86 |
| 12/19/2006 | $1.00 |
| 12/18/2006 | $1.00 |
| 12/15/2006 | $0.88 |
| 12/14/2006 | $0.74 |
| 12/13/2006 | $0.78 |
| 12/12/2006 | $0.80 |
| 12/11/2006 | $0.79 |
| 12/8/2006 | $0.78 |
| 12/7/2006 | $0.81 |
| 12/6/2006 | $0.83 |
| 12/5/2006 | $0.87 |
| 12/4/2006 | $0.86 |
| 12/1/2006 | $0.87 |
| 11/30/2006 | $0.88 |
| 11/29/2006 | $0.86 |
| 11/28/2006 | $0.86 |
| 11/27/2006 | $0.86 |
| 11/24/2006 | $0.83 |
| 11/22/2006 | $0.86 |
| 11/21/2006 | $0.91 |
| 11/20/2006 | $0.90 |
| 11/17/2006 | $0.90 |
| 11/16/2006 | $0.85 |
| 11/15/2006 | $0.84 |
| 11/14/2006 | $0.83 |
| 11/13/2006 | $0.79 |
| 11/10/2006 | $0.80 |
| 11/9/2006 | $0.84 |
| 11/8/2006 | $0.83 |
| 11/7/2006 | $0.85 |
| 11/6/2006 | $0.85 |

| | |
|---|---|
| 11/3/2006 | $0.87 |
| 11/2/2006 | $0.87 |
| 11/1/2006 | $0.83 |
| 10/31/2006 | $0.80 |
| 10/30/2006 | $0.79 |
| 10/27/2006 | $0.81 |
| 10/26/2006 | $0.83 |
| 10/25/2006 | $0.84 |
| 10/24/2006 | $0.82 |
| 10/23/2006 | $0.89 |
| 10/20/2006 | $0.87 |
| 10/19/2006 | $0.80 |
| 10/18/2006 | $0.77 |
| 10/17/2006 | $0.72 |
| 10/16/2006 | $0.71 |
| 10/13/2006 | $0.70 |
| 10/12/2006 | $0.71 |
| 10/11/2006 | $0.74 |
| 10/10/2006 | $0.77 |
| 10/9/2006 | $0.80 |
| 10/6/2006 | $0.81 |
| 10/5/2006 | $0.83 |
| 10/4/2006 | $0.83 |
| 10/3/2006 | $0.83 |
| 10/2/2006 | $0.87 |
| 9/29/2006 | $0.93 |
| 9/28/2006 | $1.31 |
| 9/27/2006 | $1.19 |
| 9/26/2006 | $1.12 |
| 9/25/2006 | $1.10 |
| 9/22/2006 | $1.04 |
| 9/21/2006 | $1.09 |
| 9/20/2006 | $1.16 |
| 9/19/2006 | $1.18 |
| 9/18/2006 | $1.22 |
| 9/15/2006 | $1.25 |
| 9/14/2006 | $1.22 |

| | |
|---|---|
| 9/13/2006 | $1.19 |
| 9/12/2006 | $1.20 |
| 9/11/2006 | $1.22 |
| 9/8/2006 | $1.23 |
| 9/7/2006 | $1.17 |
| 9/6/2006 | $1.17 |
| 9/5/2006 | $1.20 |
| 9/1/2006 | $1.16 |
| 8/31/2006 | $1.21 |
| 8/30/2006 | $1.23 |
| 8/29/2006 | $1.28 |
| 8/28/2006 | $1.39 |
| 8/25/2006 | $1.54 |
| 8/24/2006 | $3.50 |
| 8/23/2006 | $3.43 |
| 8/22/2006 | $3.39 |
| 8/21/2006 | $3.67 |
| 8/18/2006 | $3.55 |
| 8/17/2006 | $3.04 |
| 8/16/2006 | $3.37 |
| 8/15/2006 | $3.51 |
| 8/14/2006 | $3.55 |
| 8/11/2006 | $3.69 |
| 8/10/2006 | $3.97 |
| 8/9/2006 | $3.87 |
| 8/8/2006 | $3.79 |
| 8/7/2006 | $3.65 |
| 8/4/2006 | $3.65 |
| 8/3/2006 | $3.66 |
| 8/2/2006 | $3.61 |
| 8/1/2006 | $3.65 |
| 7/31/2006 | $3.74 |
| 7/28/2006 | $3.74 |
| 7/27/2006 | $3.85 |
| 7/26/2006 | $3.96 |
| 7/25/2006 | $4.05 |
| 7/24/2006 | $4.10 |

| | |
|---|---|
| 7/21/2006 | $4.10 |
| 7/20/2006 | $4.12 |
| 7/19/2006 | $4.05 |
| 7/18/2006 | $4.09 |
| 7/17/2006 | $4.33 |
| 7/14/2006 | $4.12 |
| 7/13/2006 | $4.12 |
| 7/12/2006 | $4.34 |
| 7/11/2006 | $4.13 |
| 7/10/2006 | $4.14 |
| 7/7/2006 | $3.88 |
| 7/6/2006 | $4.10 |
| 7/5/2006 | $4.08 |
| 7/3/2006 | $4.14 |
| 6/30/2006 | $4.05 |
| 6/29/2006 | $4.11 |
| 6/28/2006 | $4.15 |
| 6/27/2006 | $4.16 |
| 6/26/2006 | $4.37 |
| 6/23/2006 | $4.50 |
| 6/22/2006 | $4.65 |
| 6/21/2006 | $4.78 |
| 6/20/2006 | $4.55 |
| 6/19/2006 | $4.53 |
| 6/16/2006 | $4.61 |
| 6/15/2006 | $4.75 |
| 6/14/2006 | $4.74 |
| 6/13/2006 | $4.78 |
| 6/12/2006 | $4.78 |
| 6/9/2006 | $4.81 |
| 6/8/2006 | $4.80 |
| 6/7/2006 | $4.80 |
| 6/6/2006 | $4.87 |
| 6/5/2006 | $4.94 |
| 6/2/2006 | $4.70 |
| 6/1/2006 | $4.70 |
| 5/31/2006 | $4.77 |

| Date | Price |
|---|---|
| 5/30/2006 | $4.82 |
| 5/26/2006 | $4.92 |
| 5/25/2006 | $4.99 |
| 5/24/2006 | $4.92 |
| 5/23/2006 | $4.95 |
| 5/22/2006 | $5.11 |
| 5/19/2006 | $5.22 |
| 5/18/2006 | $5.50 |
| 5/17/2006 | $5.72 |
| 5/16/2006 | $5.64 |
| 5/15/2006 | $5.60 |
| 5/12/2006 | $6.15 |
| 5/11/2006 | $6.13 |
| 5/10/2006 | $6.00 |
| 5/9/2006 | $5.93 |
| 5/8/2006 | $5.56 |
| 5/5/2006 | $5.43 |
| 5/4/2006 | $5.45 |
| 5/3/2006 | $5.37 |
| 5/2/2006 | $5.24 |
| 5/1/2006 | $5.01 |
| 4/28/2006 | $5.06 |
| 4/27/2006 | $4.98 |
| 4/26/2006 | $4.91 |
| 4/25/2006 | $4.98 |
| 4/24/2006 | $5.00 |
| 4/21/2006 | $4.92 |
| 4/20/2006 | $4.85 |
| 4/19/2006 | $4.90 |
| 4/18/2006 | $4.63 |
| 4/17/2006 | $4.65 |
| 4/13/2006 | $4.88 |
| 4/12/2006 | $4.94 |
| 4/11/2006 | $4.93 |
| 4/10/2006 | $4.82 |
| 4/7/2006 | $4.93 |
| 4/6/2006 | $4.93 |

| Date | Price |
|---|---|
| 4/5/2006 | $4.90 |
| 4/4/2006 | $5.01 |
| 4/3/2006 | $5.04 |
| 3/31/2006 | $5.23 |
| 3/30/2006 | $4.96 |
| 3/29/2006 | $5.00 |
| 3/28/2006 | $5.01 |
| 3/27/2006 | $5.22 |
| 3/24/2006 | $5.15 |
| 3/23/2006 | $5.07 |
| 3/22/2006 | $5.03 |
| 3/21/2006 | $5.25 |
| 3/20/2006 | $5.40 |
| 3/17/2006 | $5.10 |
| 3/16/2006 | $5.29 |
| 3/15/2006 | $5.00 |
| 3/14/2006 | $4.91 |
| 3/13/2006 | $4.90 |
| 3/10/2006 | $4.88 |
| 3/9/2006 | $5.02 |
| 3/8/2006 | $4.87 |
| 3/7/2006 | $4.80 |
| 3/6/2006 | $5.07 |
| 3/3/2006 | $4.99 |
| 3/2/2006 | $4.95 |
| 3/1/2006 | $4.95 |
| 2/28/2006 | $4.85 |
| 2/27/2006 | $4.98 |
| 2/24/2006 | $5.03 |
| 2/23/2006 | $5.14 |
| 2/22/2006 | $4.92 |
| 2/21/2006 | $5.04 |
| 2/17/2006 | $5.11 |
| 2/16/2006 | $4.86 |
| 2/15/2006 | $4.88 |
| 2/14/2006 | $5.16 |
| 2/13/2006 | $5.23 |

| | |
|---|---|
| 2/10/2006 | $5.45 |
| 2/9/2006 | $5.45 |
| 2/8/2006 | $5.48 |
| 2/7/2006 | $5.49 |
| 2/6/2006 | $5.44 |
| 2/3/2006 | $5.24 |
| 2/2/2006 | $5.30 |
| 2/1/2006 | $4.97 |
| 1/31/2006 | $4.91 |
| 1/30/2006 | $4.89 |
| 1/27/2006 | $4.96 |
| 1/26/2006 | $4.82 |
| 1/25/2006 | $4.82 |
| 1/24/2006 | $4.70 |
| 1/23/2006 | $4.63 |
| 1/20/2006 | $4.36 |
| 1/19/2006 | $4.25 |
| 1/18/2006 | $4.19 |
| 1/17/2006 | $4.05 |
| 1/13/2006 | $4.11 |
| 1/12/2006 | $4.01 |
| 1/11/2006 | $3.75 |
| 1/10/2006 | $3.63 |
| 1/9/2006 | $3.71 |
| 1/6/2006 | $3.90 |
| 1/5/2006 | $3.70 |
| 1/4/2006 | $3.54 |
| 1/3/2006 | $3.64 |
| 12/30/2005 | $3.65 |
| 12/29/2005 | $3.85 |
| 12/28/2005 | $3.93 |
| 12/27/2005 | $3.90 |
| 12/23/2005 | $4.00 |
| 12/22/2005 | $3.95 |
| 12/21/2005 | $4.09 |
| 12/20/2005 | $3.95 |
| 12/19/2005 | $4.10 |

| | |
|---|---|
| 12/16/2005 | $4.14 |
| 12/15/2005 | $4.15 |
| 12/14/2005 | $4.19 |
| 12/13/2005 | $4.13 |
| 12/12/2005 | $4.10 |
| 12/9/2005 | $4.12 |
| 12/8/2005 | $4.12 |
| 12/7/2005 | $3.93 |
| 12/6/2005 | $4.06 |
| 12/5/2005 | $4.17 |
| 12/2/2005 | $4.36 |
| 12/1/2005 | $4.60 |
| 11/30/2005 | $4.55 |
| 11/29/2005 | $4.62 |
| 11/28/2005 | $4.60 |
| 11/25/2005 | $4.47 |
| 11/23/2005 | $4.49 |
| 11/22/2005 | $4.76 |
| 11/21/2005 | $4.80 |
| 11/18/2005 | $4.75 |
| 11/17/2005 | $4.71 |
| 11/16/2005 | $4.76 |
| 11/15/2005 | $4.84 |
| 11/14/2005 | $4.85 |
| 11/11/2005 | $4.82 |
| 11/10/2005 | $4.81 |
| 11/9/2005 | $4.74 |
| 11/8/2005 | $4.61 |
| 11/7/2005 | $4.60 |
| 11/4/2005 | $4.87 |
| 11/3/2005 | $4.79 |
| 11/2/2005 | $4.81 |
| 11/1/2005 | $4.93 |
| 10/31/2005 | $4.87 |
| 10/28/2005 | $4.99 |
| 10/27/2005 | $5.00 |
| 10/26/2005 | $4.93 |

| | |
|---|---|
| 10/25/2005 | $4.88 |
| 10/24/2005 | $5.05 |
| 10/21/2005 | $5.07 |
| 10/20/2005 | $4.57 |
| 10/19/2005 | $4.58 |
| 10/18/2005 | $4.41 |
| 10/17/2005 | $4.45 |
| 10/14/2005 | $4.98 |
| 10/13/2005 | $4.85 |
| 10/12/2005 | $5.02 |
| 10/11/2005 | $5.26 |
| 10/10/2005 | $5.24 |
| 10/7/2005 | $5.02 |
| 10/6/2005 | $5.10 |
| 10/5/2005 | $5.06 |
| 10/4/2005 | $5.28 |
| 10/3/2005 | $5.23 |
| 9/30/2005 | $5.00 |
| 9/29/2005 | $5.02 |
| 9/28/2005 | $5.08 |
| 9/27/2005 | $5.28 |
| 9/26/2005 | $5.87 |
| 9/23/2005 | $5.70 |
| 9/22/2005 | $5.94 |
| 9/21/2005 | $5.73 |
| 9/20/2005 | $5.88 |
| 9/19/2005 | $6.02 |
| 9/16/2005 | $6.10 |
| 9/15/2005 | $6.10 |
| 9/14/2005 | $5.90 |
| 9/13/2005 | $5.97 |
| 9/12/2005 | $6.05 |
| 9/9/2005 | $6.05 |
| 9/8/2005 | $5.80 |
| 9/7/2005 | $5.63 |
| 9/6/2005 | $5.69 |
| 9/2/2005 | $5.58 |

| Date | Price |
|------|-------|
| 9/1/2005 | $5.67 |
| 8/31/2005 | $5.55 |
| 8/30/2005 | $5.53 |
| 8/29/2005 | $5.69 |
| 8/26/2005 | $5.50 |
| 8/25/2005 | $5.80 |
| 8/24/2005 | $5.57 |
| 8/23/2005 | $5.57 |
| 8/22/2005 | $5.45 |
| 8/19/2005 | $5.51 |
| 8/18/2005 | $5.49 |
| 8/17/2005 | $5.55 |
| 8/16/2005 | $5.50 |
| 8/15/2005 | $5.94 |
| 8/12/2005 | $5.21 |
| 8/11/2005 | $5.29 |
| 8/10/2005 | $5.75 |
| 8/9/2005 | $5.20 |
| 8/8/2005 | $5.16 |
| 8/5/2005 | $5.30 |
| 8/4/2005 | $5.96 |
| 8/3/2005 | $5.89 |
| 8/2/2005 | $5.98 |
| 8/1/2005 | $6.05 |
| 7/29/2005 | $6.15 |
| 7/28/2005 | $6.06 |
| 7/27/2005 | $6.02 |
| 7/26/2005 | $5.92 |
| 7/25/2005 | $5.91 |
| 7/22/2005 | $5.87 |
| 7/21/2005 | $5.90 |
| 7/20/2005 | $5.86 |
| 7/19/2005 | $5.86 |
| 7/18/2005 | $5.80 |
| 7/15/2005 | $5.76 |
| 7/14/2005 | $5.71 |
| 7/13/2005 | $5.75 |

| | |
|---|---|
| 7/12/2005 | $5.81 |
| 7/11/2005 | $5.91 |
| 7/8/2005 | $5.86 |
| 7/7/2005 | $5.70 |
| 7/6/2005 | $5.75 |
| 7/5/2005 | $5.66 |
| 7/1/2005 | $5.63 |
| 6/30/2005 | $5.76 |
| 6/29/2005 | $5.73 |
| 6/28/2005 | $5.67 |
| 6/27/2005 | $6.41 |
| 6/24/2005 | $5.99 |
| 6/23/2005 | $5.29 |
| 6/22/2005 | $4.93 |
| 6/21/2005 | $4.58 |
| 6/20/2005 | $4.52 |
| 6/17/2005 | $4.57 |
| 6/16/2005 | $4.33 |
| 6/15/2005 | $4.20 |
| 6/14/2005 | $4.41 |
| 6/13/2005 | $4.10 |
| 6/10/2005 | $4.28 |
| 6/9/2005 | $4.09 |
| 6/8/2005 | $4.12 |
| 6/7/2005 | $4.11 |
| 6/6/2005 | $4.10 |
| 6/3/2005 | $4.02 |
| 6/2/2005 | $4.07 |
| 6/1/2005 | $4.19 |
| 5/31/2005 | $3.94 |
| 5/27/2005 | $4.31 |
| 5/26/2005 | $4.37 |
| 5/25/2005 | $4.30 |
| 5/24/2005 | $4.35 |
| 5/23/2005 | $4.50 |
| 5/20/2005 | $4.51 |
| 5/19/2005 | $4.49 |

| | |
|---|---|
| 5/18/2005 | $4.50 |
| 5/17/2005 | $4.36 |
| 5/16/2005 | $4.25 |
| 5/13/2005 | $3.93 |
| 5/12/2005 | $4.45 |
| 5/11/2005 | $4.15 |
| 5/10/2005 | $3.95 |
| 5/9/2005 | $3.91 |
| 5/6/2005 | $3.95 |
| 5/5/2005 | $4.00 |
| 5/4/2005 | $4.10 |
| 5/3/2005 | $4.04 |
| 5/2/2005 | $4.19 |
| 4/29/2005 | $4.74 |
| 4/28/2005 | $3.94 |
| 4/27/2005 | $4.20 |
| 4/26/2005 | $4.20 |
| 4/25/2005 | $3.97 |
| 4/22/2005 | $3.97 |
| 4/21/2005 | $4.00 |
| 4/20/2005 | $4.14 |
| 4/19/2005 | $4.13 |
| 4/18/2005 | $4.37 |
| 4/15/2005 | $3.48 |
| 4/14/2005 | $3.56 |
| 4/13/2005 | $3.53 |
| 4/12/2005 | $3.65 |
| 4/11/2005 | $3.58 |
| 4/8/2005 | $3.79 |
| 4/7/2005 | $4.05 |
| 4/6/2005 | $3.90 |
| 4/5/2005 | $3.81 |
| 4/4/2005 | $3.80 |
| 4/1/2005 | $4.30 |
| 3/31/2005 | $4.54 |
| 3/30/2005 | $4.48 |
| 3/29/2005 | $4.27 |

| | |
|---|---|
| 3/28/2005 | $4.61 |
| 3/24/2005 | $4.51 |
| 3/23/2005 | $4.52 |
| 3/22/2005 | $4.78 |
| 3/21/2005 | $4.85 |
| 3/18/2005 | $4.81 |
| 3/17/2005 | $4.79 |
| 3/16/2005 | $4.76 |
| 3/15/2005 | $4.84 |
| 3/14/2005 | $4.70 |
| 3/11/2005 | $5.00 |
| 3/10/2005 | $5.51 |
| 3/9/2005 | $5.02 |
| 3/8/2005 | $4.95 |
| 3/7/2005 | $4.99 |
| 3/4/2005 | $4.90 |
| 3/3/2005 | $5.00 |
| 3/2/2005 | $4.60 |
| 3/1/2005 | $4.57 |
| 2/28/2005 | $4.58 |
| 2/25/2005 | $4.55 |
| 2/24/2005 | $4.59 |
| 2/23/2005 | $4.60 |
| 2/22/2005 | $4.64 |
| 2/18/2005 | $4.49 |
| 2/17/2005 | $4.56 |
| 2/16/2005 | $4.73 |
| 2/15/2005 | $4.75 |
| 2/14/2005 | $4.90 |
| 2/11/2005 | $4.88 |
| 2/10/2005 | $4.82 |
| 2/9/2005 | $4.85 |
| 2/8/2005 | $5.04 |
| 2/7/2005 | $4.93 |
| 2/4/2005 | $4.95 |
| 2/3/2005 | $5.05 |
| 2/2/2005 | $4.76 |

| Date | Price |
|---|---|
| 2/1/2005 | $4.91 |
| 1/31/2005 | $5.04 |
| 1/28/2005 | $5.03 |
| 1/27/2005 | $5.10 |
| 1/26/2005 | $5.08 |
| 1/25/2005 | $5.18 |
| 1/24/2005 | $5.43 |
| 1/21/2005 | $5.45 |
| 1/20/2005 | $5.48 |
| 1/19/2005 | $5.44 |
| 1/18/2005 | $5.60 |
| 1/14/2005 | $5.53 |
| 1/13/2005 | $5.47 |
| 1/12/2005 | $5.71 |
| 1/11/2005 | $5.62 |
| 1/10/2005 | $5.92 |
| 1/7/2005 | $5.78 |
| 1/6/2005 | $5.99 |
| 1/5/2005 | $5.97 |
| 1/4/2005 | $5.96 |
| 1/3/2005 | $6.08 |
| 12/31/2004 | $6.25 |
| 12/30/2004 | $6.32 |
| 12/29/2004 | $6.75 |
| 12/28/2004 | $6.76 |
| 12/27/2004 | $6.64 |
| 12/23/2004 | $6.29 |
| 12/22/2004 | $6.04 |
| 12/21/2004 | $5.70 |
| 12/20/2004 | $5.73 |
| 12/17/2004 | $5.62 |
| 12/16/2004 | $5.08 |
| 12/15/2004 | $5.06 |
| 12/14/2004 | $4.70 |
| 12/13/2004 | $4.66 |
| 12/10/2004 | $4.65 |
| 12/9/2004 | $4.76 |

| | |
|---|---|
| 12/8/2004 | $4.98 |
| 12/7/2004 | $5.44 |
| 12/6/2004 | $4.95 |
| 12/3/2004 | $4.86 |
| 12/2/2004 | $4.90 |
| 12/1/2004 | $4.51 |
| 11/30/2004 | $4.43 |
| 11/29/2004 | $4.44 |
| 11/26/2004 | $4.70 |
| 11/24/2004 | $4.50 |
| 11/23/2004 | $4.82 |
| 11/22/2004 | $5.13 |
| 11/19/2004 | $5.27 |
| 11/18/2004 | $5.22 |
| 11/17/2004 | $5.00 |
| 11/16/2004 | $4.81 |
| 11/15/2004 | $4.91 |
| 11/12/2004 | $5.30 |
| 11/11/2004 | $5.53 |
| 11/10/2004 | $5.37 |
| 11/9/2004 | $5.25 |
| 11/8/2004 | $5.49 |
| 11/5/2004 | $5.30 |
| 11/4/2004 | $5.73 |
| 11/3/2004 | $6.07 |
| 11/2/2004 | $6.00 |
| 11/1/2004 | $5.95 |
| 10/29/2004 | $6.88 |
| 10/28/2004 | $7.00 |
| 10/27/2004 | $7.03 |
| 10/26/2004 | $7.00 |
| 10/25/2004 | $7.00 |
| 10/22/2004 | $7.00 |
| 10/21/2004 | $7.00 |
| 10/20/2004 | $7.01 |
| 10/19/2004 | $6.93 |
| 10/18/2004 | $6.96 |

| | |
|---|---|
| 10/15/2004 | $7.20 |
| 10/14/2004 | $7.00 |
| 10/13/2004 | $7.08 |
| 10/12/2004 | $7.10 |
| 10/11/2004 | $6.83 |
| 10/8/2004 | $7.16 |
| 10/7/2004 | $7.77 |
| 10/6/2004 | $7.73 |
| 10/5/2004 | $7.58 |
| 10/4/2004 | $7.45 |
| 10/1/2004 | $7.50 |
| 9/30/2004 | $7.84 |
| 9/29/2004 | $7.75 |
| 9/28/2004 | $7.85 |
| 9/27/2004 | $7.05 |
| 9/24/2004 | $6.94 |
| 9/23/2004 | $7.60 |
| 9/22/2004 | $7.39 |
| 9/21/2004 | $7.31 |
| 9/20/2004 | $7.89 |
| 9/17/2004 | $7.89 |
| 9/16/2004 | $7.90 |
| 9/15/2004 | $7.99 |
| 9/14/2004 | $8.00 |
| 9/13/2004 | $7.90 |
| 9/10/2004 | $7.90 |
| 9/9/2004 | $7.75 |
| 9/8/2004 | $7.85 |
| 9/7/2004 | $7.90 |
| 9/3/2004 | $7.76 |
| 9/2/2004 | $8.10 |
| 9/1/2004 | $7.72 |
| 8/31/2004 | $8.30 |
| 8/30/2004 | $8.60 |
| 8/27/2004 | $7.44 |
| 8/26/2004 | $6.75 |
| 8/25/2004 | $6.45 |

| | |
|---|---|
| 8/24/2004 | $6.40 |
| 8/23/2004 | $6.32 |
| 8/20/2004 | $6.40 |
| 8/19/2004 | $6.48 |
| 8/18/2004 | $6.48 |
| 8/17/2004 | $6.18 |
| 8/16/2004 | $6.08 |
| 8/13/2004 | $6.24 |
| 8/12/2004 | $6.30 |
| 8/11/2004 | $6.45 |
| 8/10/2004 | $6.07 |
| 8/9/2004 | $5.88 |
| 8/6/2004 | $6.69 |
| 8/5/2004 | $6.10 |
| 8/4/2004 | $6.30 |
| 8/3/2004 | $6.30 |
| 8/2/2004 | $6.35 |
| 7/30/2004 | $6.30 |
| 7/29/2004 | $5.78 |
| 7/28/2004 | $6.01 |
| 7/27/2004 | $6.13 |
| 7/26/2004 | $5.25 |
| 7/23/2004 | $5.25 |
| 7/22/2004 | $5.30 |
| 7/21/2004 | $5.50 |
| 7/20/2004 | $5.00 |
| 7/19/2004 | $5.50 |
| 7/16/2004 | $5.95 |
| 7/15/2004 | $5.94 |
| 7/14/2004 | $5.88 |
| 7/13/2004 | $5.77 |
| 7/12/2004 | $5.20 |
| 7/9/2004 | $5.50 |
| 7/8/2004 | $6.00 |
| 7/7/2004 | $6.90 |
| 7/6/2004 | $7.00 |
| 7/2/2004 | $7.24 |

| | |
|---|---|
| 7/1/2004 | $7.31 |
| 6/30/2004 | $7.72 |
| 6/29/2004 | $7.75 |
| 6/28/2004 | $7.26 |
| 6/25/2004 | $8.64 |
| 6/24/2004 | $9.53 |
| 6/23/2004 | $10.00 |
| 6/22/2004 | $9.90 |
| 6/21/2004 | $9.65 |
| 6/18/2004 | $10.00 |
| 6/17/2004 | $9.69 |
| 6/16/2004 | $9.79 |
| 6/15/2004 | $10.06 |
| 6/14/2004 | $9.97 |
| 6/10/2004 | $10.50 |
| 6/9/2004 | $10.26 |
| 6/8/2004 | $10.64 |
| 6/7/2004 | $10.75 |
| 6/4/2004 | $10.89 |
| 6/3/2004 | $10.65 |
| 6/2/2004 | $10.60 |
| 6/1/2004 | $10.74 |