# EXHIBIT  26

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br><br> BELANOFF JOSEPH K <br><br> (Last)  (First)  (Middle) <br><br> C/O CORCEPT THERAPEUTICS INCORPORATED <br> 275 MIDDLEFIELD ROAD <br><br> (Street) <br> MENLO PARK  CA  94025 <br><br> (City)  (State)  (Zip) | 2. Issuer Name and Ticker or Trading Symbol <br> CORCEPT THERAPEUTICS INC [ CORT ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 01/19/2005 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X  Director      X  10% Owner <br> X  Officer (give title below)   Other (specify below) <br> Chief Executive Officer <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X  Form filed by One Reporting Person <br>  Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/19/2005 | | S (2) | | 3,100 | D | $5.4884 | 2,378,595 | D | |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor son (1) |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor daughter (1) |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 6) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The Reporting Person is the custodian for minor children and disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

2. The sale on this Form 4 was effected pursuant to a Rule 10b5-1 sales plan adopted by the Reporting Person on September 15, 2004.

| | |
|---|---|
| s/s Fred Kurland, CFO of Corcept Therapeutics Incorporated attorney-in-fact | 01/21/2005 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* <br><br> BELANOFF JOSEPH K <br><br> (Last)  (First)  (Middle) <br><br> C/O CORCEPT THERAPEUTICS INCORPORATED <br> 275 MIDDLEFIELD ROAD <br><br> (Street) <br> MENLO PARK  CA  94025 <br><br> (City)  (State)  (Zip) | 2. Issuer Name and Ticker or Trading Symbol <br> CORCEPT THERAPEUTICS INC [ CORT ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 02/15/2005 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X Director    X 10% Owner <br> X Officer (give title below)  Other (specify below) <br> Chief Executive Officer <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/15/2005 | | S (2) | | 5,000 | D | $4.75 | 2,369,195 | D | |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor son (1) |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor daughter (1) |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The Reporting Person is the custodian for minor children and disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

2. The sale on this Form 4 was effected pursuant to a Rule 10b5-1 sales plan adopted by the Reporting Person on September 15, 2004.

/s/ Fred Kurland, CFO of Corcept Therapeutics Incorporated attorney-in-fact    02/17/2005

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| BELANOFF JOSEPH K | CORCEPT THERAPEUTICS INC [ CORT ] | X Director X 10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 02/18/2005 | X Officer (give title below)    Other (specify below) |
| C/O CORCEPT THERAPEUTICS INCORPORATED 275 MIDDLEFIELD ROAD | | Chief Executive Officer |
| (Street) MENLO PARK   CA      94025 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/18/2005 | | S (2) | | 2,500 | D | $4.4948 | 2,366,695 | D | |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor son (1) |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor daughter (1) |
| Common Stock | 02/22/2005 | | S (2) | | 2,500 | D | $4.47 | 2,364,195 | D | |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The Reporting Person is the custodian for minor children and disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

2. [...] on this Form 4 was effected pursuant to a Rule 10b5-1 sales plan adopted by the Reporting Person on September 15, 2004.

s/s Fred Kurland, CFO of
Corcept Therapeutics
Incorporated attorney-in-fact    02/23/2005

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| BELANOFF JOSEPH K | CORCEPT THERAPEUTICS INC [ CORT ] | X  Director          X  10% Owner |
| (Last)        (First)        (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Officer (give title below)    Other (specify below) |
| C/O CORCEPT THERAPEUTICS INCORPORATED 275 MIDDLEFIELD ROAD | 03/22/2005 | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| MENLO PARK  CA        94025 | | X  Form filed by One Reporting Person |
| (City)      (State)      (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/22/2005 | | S [2] | | 3,225 | D | $4.75 | 2,357,195 | D | |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor son [1] |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor daughter [1] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The Reporting Person is the custodian for minor children and disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

2. The sale on this Form 4 was effected pursuant to a Rule 10b5-1 sales plan adopted by the Reporting Person on September 15, 2004.

s/s Fred Kurland, CFO of
Corcept Therapeutics
Incorporated attorney-in-fact        03/25/2005

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| | OMB APPROVAL |
|---|---|
| | OMB Number: 3235-0287 |
| | Expires: January 31, 2008 |
| | Estimated average burden hours per response 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person*<br><br>BELANOFF JOSEPH K<br><br>(Last)    (First)    (Middle)<br><br>C/O CORCEPT THERAPEUTICS<br>275 MIDDLEFIELD ROAD, SUITE A<br><br>(Street)<br><br>MENLO PARK   CA      94025<br><br>(City)    (State)    (Zip) | 2. Issuer Name and Ticker or Trading Symbol<br>CORCEPT THERAPEUTICS INC [ CORT ]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>05/12/2005<br><br>4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>X  Director           X  10% Owner<br>X  Officer (give title below)    Other (specify below)<br>Chief Executive Officer<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>X  Form filed by One Reporting Person<br>  Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| .mon Stock | 05/12/2005 | | S [1] | | 2,500 | D | $4.1 | 2,341,695 | D | |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor son [2] |
| Common Stock | | | | | | | | 300,000 | I | Custodian for a minor daughter [2] |
| Common Stock | 05/13/2005 | | S [1] | | 3,400 | D | $4.1879 | 2,338,295 | D | |
| Common Stock | 05/16/2005 | | S [1] | | 1,100 | D | $4.2045 | 2,337,195 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

Explanation of Responses:

1. ... sale on this Form 4 was effected pursuant to a Rule 10b5-1 sales plan adopted by the Reporting Person on September 15, 2004.

2. The Reporting Person is the custodian for minor children and disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

Remarks:

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| | OMB APPROVAL |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| BELANOFF JOSEPH K | CORCEPT THERAPEUTICS INC [ CORT ] | X Director    X 10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 06/17/2005 | X Officer (give title below)    Other (specify below) |
| C/O CORCEPT THERAPEUTICS 275 MIDDLEFIELD ROAD, SUITE A | | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| MENLO PARK  CA    94025 | | X Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction (s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| .mon Stock | 06/17/2005 | | S [1] | | 6,003 | D | $4.465 | 2,324,195 | D | |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor son [2] |
| Common Stock | | | | | | | | 300,000 | I | Custodian for a minor daughter [2] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |

**Explanation of Responses:**

1. The sale on this Form 4 was effected pursuant to a Rule 10b5-1 sales plan adopted by the Reporting Person on September 15, 2004.
2. The Reporting Person is the custodian for minor children and disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

Remarks:

s/s Fred Kurland, CFO of
Corcept Therapeutics    06/20/2005
Incorporated attorney-in-fact

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287

Expires: January 31, 2008

Estimated average burden hours per response 0.5

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| BELANOFF JOSEPH K | CORCEPT THERAPEUTICS INC [ CORT ] | X Director    X 10% Owner |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)    Other (specify below) |
| C/O CORCEPT THERAPEUTICS | 07/25/2005 | Chief Executive Officer |
| 275 MIDDLEFIELD ROAD, SUITE A | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| MENLO PARK   CA   94025 | | X Form filed by One Reporting Person |
| (City)  (State)  (Zip) | | Form filed by More than One Reporting Person |

**Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/25/2005 | | S [1] | | 2,500 | D | $5.9 | 2,316,695 | D | |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor son [2] |
| Common Stock | | | | | | | | 300,000 | I | Custodian for a minor daughter [2] |

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sale on this Form 4 was effected pursuant to a Rule 10b5-1 sales plan adopted by the Reporting Person on September 15, 2004.
2. The Reporting Person is the custodian for minor children and disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

**Remarks:**

s/s Fred Kurland, CFO of Corcept Therapeutics Incorporated attorney-in-fact    07/26/2005

** Signature of Reporting Person    Date

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

**1. Name and Address of Reporting Person** *

BELANOFF JOSEPH K

| (Last) | (First) | (Middle) |
|---|---|---|

C/O CORCEPT THERAPEUTICS
149 COMMONWEALTH DRIVE

(Street)

| MENLO PARK | CA | 94025 |
|---|---|---|
| (City) | (State) | (Zip) |

**2. Issuer Name and Ticker or Trading Symbol**

CORCEPT THERAPEUTICS INC [ CORT ]

**3. Date of Earliest Transaction (Month/Day/Year)**

08/15/2005

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

| X | Director | X | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

**6. Individual or Joint/Group Filing (Check Applicable Line)**

X  Form filed by One Reporting Person

☐  Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction (s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/15/2005 | | S [1] | | 5,322 | D | $6.3355 | 2,308,111 | D | |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor son [2] |
| Common Stock | | | | | | | | 300,000 | I | Custodian for a minor daughter [2] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sale on this Form 4 was effected pursuant to a Rule 10b5-1 sales plan adopted by the Reporting Person on September 15, 2004.

2. The Reporting Person is the custodian for minor children and disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

**Remarks:**

/s/ Fred Kurland, CFO of
Corcept Therapeutics        08/16/2005
Incorporated attorney-in-fact
** Signature of Reporting Person    Date

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* BELANOFF JOSEPH K | 2. Issuer Name and Ticker or Trading Symbol CORCEPT THERAPEUTICS INC [ CORT ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

(Last)  (First)  (Middle)

C/O CORCEPT THERAPEUTICS
149 COMMONWEALTH DRIVE

(Street)

MENLO PARK  CA  94025

(City)  (State)  (Zip)

| 3. Date of Earliest Transaction (Month/Day/Year) 08/25/2005 |
|---|

| 4. If Amendment, Date of Original Filed (Month/Day/Year) |
|---|

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X Director    X 10% Owner

X Officer (give title below)    Other (specify below)

Chief Executive Officer

6. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person

Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction (s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| ...mon Stock | 08/25/2005 | | S[1] | | 3,916 | D | $5.7191 | 2,304,195 | D | |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor son [2] |
| Common Stock | | | | | | | | 300,000 | I | Custodian for a minor daughter [2] |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sale on this Form 4 was effected pursuant to a Rule 10b5-1 sales plan adopted by the Reporting Person on September 15, 2004.
2. The Reporting Person is the custodian for minor children and disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

Remarks:

/s/ Fred Kurland, CFO of
Corcept Therapeutics    08/25/2005
Incorporated attorney-in-fact
** Signature of Reporting Person   Date

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* BELANOFF JOSEPH K | 2. Issuer Name and Ticker or Trading Symbol CORCEPT THERAPEUTICS INC [ CORT ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle) C/O CORCEPT THERAPEUTICS 149 COMMONWEALTH DRIVE | 3. Date of Earliest Transaction (Month/Day/Year) 09/13/2005 | X Director          X 10% Owner X Officer (give title below)    Other (specify below) Chief Executive Officer |
| (Street) MENLO PARK  CA      94025 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person |
| (City)      (State)      (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/13/2005 | | S (1) | | 1,067 | D | $6.0563 | 2,303,128 | D | |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor son (2) |
| Common Stock | | | | | | | | 300,000 | I | Custodian for a minor daughter (2) |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sale on this Form 4 was effected pursuant to a Rule 10b5-1 sales plan adopted by the Reporting Person on September 15, 2004.

2. The Reporting Person is the custodian for minor children and disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

**Remarks:**

s/s Fred Kurland, CFO of Corcept Therapeutics Incorporated attorney-in-fact            09/15/2005

** Signature of Reporting Person      Date

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| BELANOFF JOSEPH K | CORCEPT THERAPEUTICS INC [ CORT ] | X Director   X 10% Owner |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 03/28/2005 | X Officer (give title below)   Other (specify below) |
| C/O CORCEPT THERAPEUTICS INCORPORATED 275 MIDDLEFIELD ROAD | | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| MENLO PARK  CA      94025 | | X Form filed by One Reporting Person |
| (City)      (State)      (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/28/2005 | | S (2) | | 3,000 | D | $4.585 | 2,354,195 | D | |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor son (1) |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor daughter (1) |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The Reporting Person is the custodian for minor children and disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

2. sale on this Form 4 was effected pursuant to a Rule 10b5-1 sales plan adopted by the Reporting Person on September 15, 2004.

/s/ Fred Kurland, CFO of
Corcept Therapeutics
Incorporated attorney-in-fact          03/29/2005

\*\* Signature of Reporting Person      Date

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| BELANOFF JOSEPH K | CORCEPT THERAPEUTICS INC [ CORT ] | X Director    X 10% Owner |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)    Other (specify below) |
| C/O CORCEPT THERAPEUTICS 149 COMMONWEALTH DRIVE | 09/30/2005 | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| MENLO PARK  CA  94025 | | X Form filed by One Reporting Person |
| (City)  (State)  (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| ...mmon Stock | 09/30/2005 | | S (1) | | 1,566 | D | $5.1032 | 2,294,195 | D | |
| Common Stock | | | | | | | | 300,000 | I | Custodian for minor son (2) |
| Common Stock | | | | | | | | 300,000 | I | Custodian for a minor daughter (2) |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sale on this Form 4 was effected pursuant to a Rule 10b5-1 sales plan adopted by the Reporting Person on September 15, 2004.

2. The Reporting Person is the custodian for minor children and disclaims beneficial ownership of the shares, except to the extent of his pecuniary interest therein.

Remarks:

/s/ Fred Kurland, CFO of
Corcept Therapeutics          09/30/2005
Incorporated attorney-in-fact
** Signature of Reporting Person    Date

# EXHIBIT  27



Aug 20, 2007    HOME    ABOUT CORCEPT    DEVELOPMENT PROGRAMS    MANAGEMENT    INVESTOR RELATIONS

**PSYCHOTIC DEPRESSION**

Background of Disease

Current Treatments

Role of Cortisol

Corlux for Psychotic Depression

Fast Track Status

References

**CUSHING'S SYNDROME**

**GR II ANTAGONIST PLATFORM**

**WEIGHT GAIN MITIGATION**

**DISCOVERY RESEARCH**

## Fast Track Status

The FDA sometimes grants "fast track" status under the Food and Drug Administration Mc Act of 1997. The fast track mechanism was created to facilitate the development and appr drugs intended for the treatment of life-threatening conditions for which there are no effec treatments and which demonstrate the potential to address unmet medical needs for the c The fast track process includes scheduling of meetings to seek FDA input into developme the option of submitting an NDA serially in sections rather than submitting all components simultaneously, the option to request evaluation of studies using surrogate endpoints, and potential for a priority review.

We have been granted fast track status for CORLUX for the treatment of the psychotic fea PMD. However, the fast track designation may be withdrawn by the FDA at any time. The designation does not guarantee that we will qualify for or be able to take advantage of the review procedures and does not increase the likelihood that CORLUX will receive regulato approval.

Corcept The

# EXHIBIT  28

Filed Pursuant to Rule 424 (b) (4)

**Table of Contents**

Filed pursuant to Rule 424(b)(4)
Registration No. 333-141881



### 6,892,527 Shares
### Common Stock

This prospectus relates to shares of common stock of Corcept Therapeutics Incorporated that may be sold by the selling stockholders identified in this prospectus. The selling stockholders acquired the shares offered by this prospectus in private placements of our securities. We are registering the offer and sale of the shares to satisfy registration rights we have granted. We will not receive any of the proceeds from the sale of shares by the selling stockholders.

The selling stockholders may dispose of their shares of common stock or interests therein in a number of different ways and at varying prices. Please see "Plan of Distribution."

Our common stock is traded on the Nasdaq Capital Market under the symbol "CORT." The last reported sale price on May 14, 2007, was $1.40 per share.

**Investing in our common stock involves risks. See " Risk Factors" beginning on page 4.**

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

Prospectus dated May 15, 2007.

This EZ-EDGAR document provided by Brick Securities, Washington Service. (301-913-5100 or www.washserv.com)     p. 1 of 18

Table of Contents

# PRINCIPAL AND SELLING STOCKHOLDERS

As of April 30, 2007, we had 34,741,766 shares of common stock outstanding held by approximately 94 stockholders of record. Because many of our shares of common stock are held by brokers and other institutions on behalf of stockholders, we are unable to estimate the total number of beneficial stockholders represented by these record holders.

The following table presents information regarding the beneficial ownership of the shares of our common stock as of April 30, 2007 with respect to:

- each of our directors;

- each of the executive officers listed in the Summary Compensation Table above;

- our directors and the executive officers listed in the Summary Compensation Table, as a group;

- persons owning more than 5% of a class of our common stock; and

- each of the selling stockholders.

Beneficial ownership is determined under the rules of the SEC and generally includes voting or investment power over securities. Except in cases where community property laws apply or as indicated in the footnotes to this table, we believe that each stockholder identified in the table possesses sole voting and investment power over all shares of common stock shown as beneficially owned by the stockholder. Percentage of beneficial ownership is based on 34,741,766 shares of common stock outstanding as of April 30, 2007. Shares of common stock subject to options that are currently exercisable or exercisable within 60 days of April 30, 2007 are considered outstanding and beneficially owned by the person holding the options.

| Name of Beneficial Owner [1] | Shares Beneficially Owned Prior to the Offering | | Number of Shares Offered | Shares Beneficially Owned After the Offering [3] | |
|---|---|---|---|---|---|
| | Number [2] | Percent | | Number | Percent |
| Entities affiliated with Paperboy Ventures LLC [4] | 6,642,527 | 19.1% | 6,142,527 | 500,000 | 1.4% |
| Sutter Hill Ventures [5] | 5,683,536 | 16.4% | — | 5,683,536 | 16.4% |
| Entities affiliated with Alta Partners, LLP [6] | 3,198,274 | 9.2% | — | 3,198,274 | 9.2% |
| Maverick Capital, Ltd. [7] | 2,122,841 | 6.1% | — | 2,122,841 | 6.1% |
| Black Point Group LP [8] | 100,000 | * | 100,000 | — | — |
| Vaughn D. Bryson | 100,000 | * | 100,000 | — | — |
| The Judith E. and Joseph C. Cook, Jr. Foundation, Inc. | 100,000 | * | 100,000 | — | — |
| Douglas G. & Irene E. DeVivo Rev. Trust dated 11/1/88 | 100,000 | * | 100,000 | — | — |
| Anthony Garland | 100,000 | * | 100,000 | — | — |
| Peter Hecht | 100,000 | * | 100,000 | — | — |
| Daniel M. Bradbury | 50,000 | * | 50,000 | — | — |
| James Coyne King | 50,000 | * | 50,000 | — | — |
| Mendelson Family Trust | 25,000 | * | 25,000 | — | — |
| VP Company Investments, 2004 LLC | 25,000 | * | 25,000 | — | — |
| **Directors and Named Executive Officers** | | | | | |
| G. Leonard Baker, Jr. [9] | 4,144,112 | 11.9% | — | 4,144,112 | 11.9% |
| Alix Marduel, M.D. [6] | 3,198,274 | 9.2% | — | 3,198,274 | 9.2% |
| Joseph K. Belanoff, M.D. [10] | 2,805,863 | 8.1% | — | 2,805,863 | 8.1% |
| Alan F. Schatzberg, M.D. [11] | 2,738,749 | 7.9% | — | 2,738,749 | 7.9% |
| James N. Wilson [12] | 2,654,154 | 7.6% | — | 2,654,154 | 7.6% |
| Joseph C. Cook, Jr. [13] | 967,942 | 2.8% | — | 967,942 | 2.8% |
| David B. Singer [14] | 778,667 | 2.2% | — | 778,667 | 2.2% |
| David L. Mahoney [15] | 508,871 | 1.5% | — | 508,871 | 1.5% |
| Robert L. Roe, M.D. [16] | 322,172 | 1.0% | — | 322,172 | 1.0% |
| James A. Harper [17] | 99,440 | * | — | 99,440 | * |
| Anne M. Le Doux [18] | 44,255 | * | — | 44,255 | * |
| All directors and executive officers as a group (11 Persons) [19] | 18,262,499 | 52.0% | — | 18,262,499 | 52.0% |

*Less than 1% of Corcept's outstanding common stock.

[1]    Unless otherwise indicated, the address of each of the named individuals is c/o Corcept Therapeutics, 149 Commonwealth Drive, Menlo Park, California 94025.

This EZ-EDGAR document provided by Brick Securities, Washington Service. (301-913-5100 or www.washserv.com)

# EXHIBIT  29

388    Update    *TRENDS in Endocrinology and Metabolism* Vol.17 No.10

# Response to Rubin and Carroll

## Charles DeBattista and Joseph K. Belanoff

Stanford University School of Medicine, 401 Quarry Road, Stanford, CA 94305, USA

The criticism of the preliminary mifepristone trials by Rubin and Carroll has already been addressed in recent correspondence [1,2]. Therefore, we will focus primarily on points that are specific to our review article in *Trends in Endocrinology and Metabolism* [3].

  (i) Rubin and Carroll suggest that exaggerated claims of efficacy are made in the review. In support of this criticism, they quote a summary statement 'the most convincing evidence of efficacy is that mifepristone appears to produce a rapid reduction in psychotic symptoms in patients with psychotic depression', that is, unfortunately, taken out of context and omits key words. The actual quote starts with the statement 'Thus far' and then adds that controlled studies are needed to establish the 'potential role' for mifepristone in the treatment of neuropsychiatric disorders. The quoted statement suggests only that, of the evidence to date, there is more data on the treatment of psychosis in psychotic depression than there is for the treatment of any other neuropsychiatric symptom or disorder. As stated in the article, much work needs to be completed before a possible clinical application of mifepristone is established in psychiatry.

  (ii) Rubin and Carroll also claim that no 'published data demonstrate a statistically significant or clinically meaningful drug effect on the primary outcome measures.' The largest study to date [4], a multi-site study of 221 patients, showed a statistically significant benefit on the primary endpoint (an improvement in the Brief Psychiatric Rating Scale (BPRS) scores at both day 7 and day 28) and several secondary endpoints on psychotic symptoms, as measured by the BPRS positive symptom subscale. This study was omitted from discussion in their letter. However, the study has been published in abstract form, and is now is in press in *Biological Psychiatry* [5].
  Statistical significance was also found in the study by Flores *et al.* [6]. While both the Flores *et al.* study and the earlier study by Belanoff *et al.* [7] were small in subject number (30 patients in each trial), the effect sizes (ES) of both studies were moderate to large (Belanoff *et al.* study, ES = 0.9; Flores *et al.* study, ES = 0.7). These effect sizes are much larger than those typically associated with antipsychotics.

  (iii) There is also no mention in the Rubin and Carroll letter of the recent study by Simpson *et al.* [8] on the utility of mifepristone in the treatment of psychotic depression. Their letter suggests that the only data on mifepristone come from 'the Stanford and Corcept group of investigators'. The Simpson *et al.* study, although small and open label, does provide an independent suggestion that there might be clinical benefit of mifepristone in the treatment of psychotic depression. Further independent examination of mifepristone and other glucocorticoid receptor antagonists in the treatment of psychotic depression would be very useful.

  (iv) Rubin and Carroll have suggested that the clinical utility of mifepristone has not been truly examined because the studies evaluated psychotic symptoms on the BPRS rather than remission of symptoms or circumventing the need for electroconvulsive therapy (ECT). Although the BPRS and other standardized scales might not represent ideal endpoints for assessing the clinical efficacy of a drug in treating psychotic symptoms of psychotic depression, it is unclear which scales would be better. In the ten randomized controlled trials of psychotic major depression (PMD) that have ever been published [9], none have reported results using endpoints such as avoiding hospitalization and ECT, or a return of social or occupational functioning. Incidentally, in the larger double blind study described above [5], three times as many patients achieved a remission level score (i.e. HAMD $\leq$ 10) at day 56 on the 24 item Hamilton, compared with patients in the control group, a statistically significant difference.

Although efficacy is a very important endpoint, it is far from the only endpoint relevant to clinicians. The antipsychotics and ECT have significant limitations in both tolerability and ease of use. The trials to date have suggested that mifepristone is not associated with the potential for neurological side effects, weight gain, metabolic effects or other tolerability issues that have plagued the antipsychotics. Nor is it associated with the challenges of ECT, including cognitive deficits, general anesthesia or a significant hesitancy on the part of patients to pursue it. If a seven-day course of mifepristone only proved effective in the treatment of psychosis in PMD and were better tolerated and easier to use, it seems likely that it would be welcomed by clinicians and patients alike. In fact, even if mifepristone proved to be less effective than ECT or antipsychotics, an alternative to these treatments would be very useful.

The first step with mifepristone is to demonstrate with greater confidence that the drug has a clinical effect. The

Corresponding author: DeBattista, C. (debattista@stanford.edu)
Available online 31 October 2006.

next step would then compare efficacy and tolerability with available treatments.

In the final analysis, we do not know whether mifepristone or other gluocorticoid receptor antagonists will prove safe and effective in the treatment of any neuropsychiatric condition. Rather, when considered together, the mifepristone studies completed to date suggest that mifepristone might have a favorable side effect profile and might be clinically beneficial in some patients. A benefit of mifepristone would be consistent with existing theories about the pathophysiology of neuropsychiatric symptoms. In the next six months, there will be several adequately powered, randomized controlled trials to evaluate the efficacy of mifepristone in PMD. We await the results from these studies to help define any potential role of mifepristone as a therapeutic agent in psychiatry.

## Disclosures

**Charles DeBattista**

Speaker: GSK, Wyeth, BMS, Lilly, Pfizer, Cephalon, Abbott, Cyberonics;

Consultant: Wyeth, Lilly, BMS, Corcept;

Grant support: NIMH, Pritzker Foundation, Cephalon, Lilly, GSK, Cyberonics, Neuronetics, Sommerset, Wyeth, Neuropace, Medtronics;

Stock holder: Corcept Therapeutics.

**Joseph K. Belanoff**

Corcept Therapeutics: Chief Executive Officer, Board of Directors, Significant Shareholder.

### References

1 Carroll B.J. and Rubin, R.T. (2006) Letter to the Editor. *Neuropsychopharmacology* (in press)
2 Keller, J. and Schatzberg, A.F. (2006) Response to Letter. *Neuropsychopharmacology* (in press)
3 DeBattista, C. and Belanoff, J. (2006) The use of mifepristone in the treatment of neuropsychiatric disorders. *Trend Endocrinol. Metab.* 17, 117–121
4 DeBattista, C.B.J. and Schatzberg, A.F. (2004) A double blind trial of C-1073 (mifepristone) in the treatment of psychotic symptoms of psychotic major depression. *NCDEU 44th meeting*, 27 May 2004, Phoenix, AZ
5 Debattista C. *et al.* (2006) Mifepristone versus placebo in the treatment of psychosis in patients with psychotic major depression. *Biol. Psychiatry*. Aug 4 [Epub ahead of print]
6 Flores, B.H. *et al.* (2006) Clinical and biological effects of mifepristone treatment for psychotic depression. *Neuropsychopharmacology* 31, 628–636
7 Belanoff, J.K. *et al.* (2002) An open label trial of C-1073 (mifepristone) for psychotic major depression. *Biol. Psychiatry* 52, 386–392
8 Simpson, G.M. *et al.* (2005) An 8-week open-label trial of a 6-day course of mifepristone for the treatment of psychotic depression. *J. Clin. Psychiatry* 66, 598–602
9 Wijkstra, J. *et al.* (2006) Pharmacological treatment for unipolar psychotic depression: Systematic review and meta-analysis. *Br. J. Psychiatry* 188, 410–415

1043-2760/$ – see front matter © 2006 Elsevier Ltd. All rights reserved.
doi:10.1016/j.tem.2006.10.007

---

Erratum

# Erratum: The use of mifepristone in the treatment of neuropsychiatric disorders

*Trends in Endocrinology & Metabolism* 17 (2006) 3, 117–121

In the April 2006 issue of *Trends in Endocrinology & Metabolism*, the article by Charles DeBattista and Joseph Belanoff gave both authors' affiliation as Stanford University School of Medicine. Dr DeBattista is a member of the faculty at the School of Medicine; Dr Belanoff is a member of the voluntary clinical faculty of the Stanford School of Medicine. Both of the authors also have a financial relationship with Corcept Therapeutics, which is developing mifepristone for the treatment of psychotic depression. Dr Belanoff is the CEO, a director and a major stockholder in Corcept. Dr DeBattista is a consultant to and a stockholder in Corcept. Stanford University and Corcept are parties to a license agreement. Stanford, Corcept and Dr Belanoff have made this information public over the course of several years.

This information should have been made available to the readers of *Trends in Endocrinology & Metabolism* at the time of publication. Through this Erratum, the disclosure information will be permanently linked to the original article online. The editorial staff of *Trends in Endocrinology & Metabolism* apologises for this oversight and any concern that this might have caused. We also acknowledge the contribution of Drs R Rubin and B Carroll in drawing our attention to this oversight.

The disclosure that should have accompanied the article by Drs DeBattista and Belanoff is given below.

### Disclosures: Charles DeBattista, MD 2006

**Speaker:** GSK, Wyeth, BMS, Lilly, Pfizer, Cephalon, Abbott

**Consultant:** Wyeth, Lilly, BMS, Corcept

**Grant support:** NIMH, Pritzker Foundation, Cephalon, Lilly, Cyberonics, Neuronetics, Sommerset, Wyeth

**Stock holder:** Corcept Therapeutics

### Disclosures: Joseph Belanoff, MD 2006

I disclose that I am the Chief Executive Officer of Corcept Therapeutics, a member of its Board of Directors and a substantial shareholder.

DOI of original article: 10.1016/j.tem.2006.02.006.
Available online 13 October 2006.

1043-2760/$ – see front matter © 2006 Elsevier Ltd. All rights reserved.
doi:10.1016/j.tem.2006.10.004

# EXHIBIT  30

Update    *TRENDS in Endocrinology and Metabolism*  Vol.17 No.10    387

Letters Response

# Response to Rubin and Carroll and Van Den Eede *et al.*

## Charles B. Nemeroff and Gretchen N. Neigh

Department of Psychiatry & Behavioral Sciences, Emory University School of Medicine, 101 Woodruff Circle, Suite 4000 Atlanta, GA 30322, USA

We were not surprised to receive yet another in a long series of letters to the editor by Rubin and Carroll (e.g. [1,2]) in response to our invited commentary 'Reduced glucocorticoid receptors: consequence or cause of depression' [3] We shall limit our response to their comments directed to us, and direct *Trends in Endocrinology and Metabolism* readers to the Battista and Belanoff response [4] as well as the recent comprehensive response by Keller and Schatzberg in press in *Neuropsychopharmacology* and currently available on that journal's website [5]. We simply state that Rubin and Carroll are wrong in their assertion that our statement concerning the efficacy of mifepristone in the treatment of the psychotic component of psychotic depression is incorrect – for all the reasons outlined in both of the aforementioned responses to their repeated concerns.

We are grateful to Van Den Eede *et al.* [6] for their thoughtful comments on our commentary which they termed 'excellent'. We were very pleased to be given the opportunity to discuss the recent work of Ridder *et al.* [7] in the context of the glucocorticoid receptor hypothesis of depression. Our task was to provide a succinct examination of Ridder *et al.*'s study in the context of the related work in the field. The most difficult aspect of this task was limiting our discussion to only 15 references, which we actually exceeded by one. Therefore, we are delighted that Van Den Eede and colleagues submitted a letter to *Trends in Endocrinology and Metabolism* that adds to our discussion of the role of glucocorticoid dysregulation in the manifestation of major depressive disorder (MDD). They highlighted several recent articles which demonstrate that polymorphisms in the GR gene are associated with the development of MDD and glucocorticoid resistance. The authors accurately note that these findings suggest a vulnerability to MDD when the GR polymorphism is present. Although we recognize the importance of the findings discussed by Van Den Eede and colleagues and wish that we had had adequate space available to discuss these findings in our original focus article, it is important to note that the data currently available on GR polymorphisms and MDD do not yet demonstrate causality. Thus, the potential for a causative role of dysregulation in other components of hypothalamic–pituitary–adrenal axis activity in MDD must still be considered.

## Disclosure statement

Dr Nemeroff consults to, serves on the Speakers' Bureau and/or Board of Directors, has been a grant recipient, and/or owns equity in one or more of the following: Abbott Laboratories, Acadia Pharmaceuticals, AFSP, APIRE, AstraZeneca, BMC-JR LLC, Bristol-Myers-Squibb, CeNeRx, Corcept, Cypress Biosciences, Cyberonics, Eli Lilly, Entrepreneur's Fund, Forest Laboratories, George West Mental Health Foundation, GlaxoSmithKline, i3 DLN, Janssen Pharmaceutica, Lundbeck, NARSAD, NIMH, NFMH, NovaDel Pharma, Otsuka, Pfizer Pharmaceuticals, Quintiles, Reevax, UCB Pharma, Wyeth-Ayerst. Dr. Neigh has been a grant recipient from NINDS.

## References

1 Rubin, R.T. (2000) Paroxetine binding to the rat norepinephrine transporter *in vivo*. *Biol. Psychiatry* 48, 954–956
2 Carroll, B.J. (2002) Stress invalidates reported effects of sodium valproate on brain CRF systems. *Neuropsychopharmacology* 26, 411–412
3 Neigh, G.N. and Nemeroff, C.B. (2006) Reduced glucocorticoid receptors: consequence or cause of depression? *Trends Endocrinol. Metab.* 17, 124–125
4 De Battista, C. and Belanoff, J.K. (2006) *Trends Endocrinol. Metab.* 17 (this issue)
5 Keller, M. and Schatzberg, A.F. Response to Letter, *Neuropsychopharmacology*, http://www.acnp.org/docs/rapidpub/NPP062106060380.pdf
6 Van Den Eede *et al.* (2006) Role of glucocorticoid receptor gene in vulnerability for major depression: commentary on Neigh and Nemeroff. *Trends Endocrinol. Metab.* 17 (this issue)
7 Ridder, S. *et al.* (2005) Mice with genetically altered glucocorticoid receptor expression show altered sensitivity for stress-induced depressive reactions. *J. Neurosci.* 25, 6243–6250

1043-2760/$ – see front matter © 2006 Elsevier Ltd. All rights reserved.
doi:10.1016/j.tem.2006.10.008

*Corresponding author:* Nemeroff, C.B. (cnemero@emory.edu)
Available online 30 October 2006.

# EXHIBIT  31

# The New York Times

Tuesday, August 21, 2007

# Health

PRINT

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL

SINGLE PAGE

AUTOS

SAVE

FITNESS & NUTRITION    HEALTH CARE POLICY    MENTAL HEALTH & BEHAVIOR

## Abortion Pill May Help Treat Severe Form of Depression

By ERICA GOODE
Published: October 22, 2002

Such research, he said, "suggests that cortisol may be mediating a lot of the symptoms associated with mood disorders."

Prednisone, a drug closely related to cortisol, can sometimes produce mood changes and psychosis as side effects, Dr. Charney noted.

Still, he said, more research is required before the effectiveness of mifepristone can be confirmed. The study published last month, for example, was not double-blinded, a protection that prevents the experimenters from knowing whether a patient is taking the drug being tested or a dummy pill.

Dr. Belanoff said the results of the first large double-blinded clinical trial, of 200 patients at 25 medical centers around the country, would be available early next year. A second trial is in the early stages.

Dr. Belanoff confirmed that one patient in the first clinical trial, a 49-year-old man, had died during the study. But he said an autopsy concluded that the man, who had been taking 11 other medications in addition to mifepristone, died from congestive heart failure, brought on by high blood pressure and heart disease, and that it was unlikely that the death was related to his participation in the clinical trial.

Even if mifepristone wins approval as a treatment for psychotic depression, the drug's [1] [2] controversial history may make it difficult to dispense, perhaps restricting its use to hospital wards. When, in 2000, the F.D.A. finally approved Mifeprex for abortions, it placed tight restrictions on its use. And the continuing debate over chemical abortion will probably ensure that similar restrictions are applied to mifepristone in any form, even one intended to help the most severely depressed patients.

< PREVIOUS PAGE

More Articles in Health >

| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

TimesSelect  Free 14-

# The New York Times

Tuesday, August 21, 2007

# Health

PRINT

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL |

AUTOS

SAVE

FITNESS & NUTRITION   HEALTH CARE POLICY   MENTAL HEALTH & BEHAVIOR

## Abortion Pill May Help Treat Severe Form of Depression

By ERICA GOODE
Published: October 22, 2002

ARTICLE TOOLS

HOW OFTEN
DO YOU FIND...

Mifepristone, once called RU-486, is best known as the abortion pill.

But some scientists believe that the drug may eventually serve another, far less controversial, purpose: treating a particularly fierce and intractable form of depression.

Two small studies, the latest appearing last month in the journal Biological Psychiatry, have found that mifepristone is effective in helping people whose severe depression is accompanied by delusional beliefs or hallucinations. Of the 30 patients in the recent study, those who took mifepristone for seven days at dosages higher than those used for abortions showed substantial and rapid improvement in their symptoms, the researchers found. The drug produced only mild side effects in the study.

Encouraged by such findings, Corcept Therapeutics, the small California pharmaceutical company that financed the second study, has applied to the Food and Drug Administration for approval to market mifepristone for psychotic depression, and two large clinical trials of the drug are in progress. (Danco Laboratories of New York manufactures and distributes mifepristone, sold as Mifeprex, for ending pregnancy.)

Dr. Joseph K. Belanoff, a psychiatrist and Corcept's chief executive, said the drug could be available within five years "if everything went well" and mifepristone was found to be safe, as used in the study, and effective for the disorder. Dr. Belanoff was also the lead author of the study published in the journal in September.

If mifepristone does reach the market, it will be the first medication specifically approved for psychotic depression, which psychiatrists say is the most difficult form of depression to treat.

The illness accounts for 15 percent to 19 percent of the cases of severe depression diagnosed in the United States, according to a study by Dr. Maurice M. Ohayon and Dr. Alan Schatzberg of the Stanford medical school to appear soon in The American Journal of Psychiatry. Dr. Schatzberg, Stanford's chairman of psychiatry, is a founder of Corcept and

ADVERTISEMENTS

Manage locally or remo
DL360 G5 server.

Drug Prevention

Find Advice & Resource

Join Ufly

Rewards today and get
SunCountry.com!

Drug Prevention

Find Advice & Resource

a shareholder in the privately held company.

Patients with psychotic depression often suffer from delusions, believing, for example, that they deserve punishment for imagined crimes or that they have terminal illnesses.

Psychiatrists have traditionally treated psychotically depressed patients with some combination of antidepressants, antipsychotic drugs and electroshock therapy, an approach that has yielded only moderate success. But the investigators hope that mifepristone, which patients would take for a short period then return to the usual course of treatment, will relieve symptoms more quickly and effectively.

A chemical compound used for abortions may seem an odd candidate for a depression drug. But mifepristone attracted the attention of researchers for good reason.

Mifepristone induces abortion by blocking the action of progesterone, a hormone necessary for implanting a fertilized egg in the lining of the uterus.

But in higher doses, the drug also blocks another hormone, cortisol, which is secreted by the adrenal glands and plays a critical role in the body's response to stress. Patients with psychotic depression, studies have shown, often have elevated levels of cortisol.

Dr. Anthony Rothschild, a professor of psychiatry at the University of Massachusetts Medical School, who has studied psychotic depression, said he and Dr. Schatzberg had hoped to test RU-486 as a treatment in the late 1980's.

"You just couldn't get it because of the political controversy," Dr. Rothschild said.

Dr. Dennis Charney, the director of the mood and anxiety disorders research program at the National Institute of Mental Health, said scientists at first assumed that the elevated cortisol levels found in some severely depressed patients were only indirectly related to their illness.

In the last few years, however, researchers have demonstrated that stress hormones can have a significant effect on brain areas involved in memory formation, emotion and other mental functions. The preliminary studies of mifepristone, said Dr. Charney, an author of a commentary accompanying the recent journal article, suggest that cortisol may be directly connected to the delusions and severe depression that patients experience.

1  |  2  [ NEXT PAGE > ]

More Articles in Health >