# EXHIBIT 32

# New Approaches to Managing Psychotic Depression

Alan F. Schatzberg, M.D.

Major depression with psychotic features, while fairly common, is frequently misdiagnosed. Symptoms seen in these patients are those of an overall severe depressive disorder with psychomotor impairment (retardation or agitation), guilt, suicidal preoccupation, and neuropsychological impairment. A number of biological characteristics and behavioral symptoms are specific to patients suffering from psychotic depression and differ significantly from those of nonpsychotic depression. Psychotic depression is seen in patients of all ages, and it has a high short-term morbidity and risk of suicide. Data support the use of antipsychotics in combination with antidepressants for major depression with psychotic features, but other treatments may have as great or greater efficacy for the disorder. This article focuses on recognizing the features of psychotic depression, the success of current treatment options, and new treatments under investigation.

(J Clin Psychiatry 2003;64[suppl 1]:19–23)

Although major depression with psychotic features represents about 25% of consecutively admitted depressed patients,[1] it is frequently overlooked.[2] Patients are often careful about revealing cognitive deficits and delusions and will sometimes deny thoughts of suicide,[3] which makes this disorder difficult to diagnose. Similarities in the symptoms of psychotic depression, schizophrenia, and schizoaffective disorder also make diagnosis more difficult.[2] Data have shown that psychotic depression is more similar to schizophrenia than to nonpsychotic depression.[4]

In the *Diagnostic and Statistical Manual of Mental Disorders,* Fourth Edition, psychotic depression is classified as a major depressive disorder, severe, with psychotic symptoms. This classification requires the usual criteria for a major depressive episode with the additional symptoms of hallucinations or delusions, which can be either mood-congruent or -incongruent. Some researchers have argued that psychotic depression should be classified as a distinct clinical entity due to a number of biological and behavioral symptoms that are specific to the disorder.[5,6]

## DIAGNOSIS

While symptoms of psychotic depression can be profound, differentiation from other disorders and detection of undisclosed symptoms often require extensive examination of the patient. Responding to data that patients with delusional depression were less responsive to tricyclic antidepressants than were patients with nondelusional depression, Glassman and Roose[7] conducted a study to differentiate symptoms of psychotic and nonpsychotic depression. They found that patients with psychotic depression are more likely to show clinically significant psychomotor agitation than their nonpsychotic counterparts. These findings have been confirmed in subsequent studies.[5,8–10]

The delusions experienced by psychotically depressed patients are typically guilty,[5,7,10] paranoid,[3,5] and somatic[5]; and their hallucinations are auditory, visual, or somatic.[5] Studies conducted to test the neurovegetative symptoms of psychotic depression have shown symptoms of severe depression[5,9] and fixed depressive thought content[5,10] and both higher levels of retardation[5] and higher levels of cognitive disturbance[5] according to Hamilton Rating Scale for Depression (HAM-D) scores and compared with nonpsychotic patients. In studies,[4,11] Stroop Color and Word Test scores indicated that psychotically depressed patients' attention and response inhibition were impaired. Patients also had impaired immediate and delayed recall memory for semantically organized information but were able to retain verbal material normally. These data suggest

*From the Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, Stanford, Calif.*

*This article is derived from the teleconference "New Approaches to Managing Difficult-to-Treat Depressions," which was held May 13, 2002, and sponsored by an unrestricted educational grant from Eli Lilly and Company. Also supported by National Institute of Mental Health grant MH50604.*

*Erin Hanski assisted in the preparation of this manuscript.*

*Corresponding author and reprints: Alan F. Schatzberg, M.D., Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, 410 Quarry Rd., Admin. 3rd Floor, Stanford, CA 94305-5717 (e-mail: afschatz@stanford.edu).*

an attentional component to the problems with recall. Patients with psychotic depression have shown a higher rate of errors of commission on verbal memory tests.[11,12] Serretti et al.[13] found that these patients had a higher rate of cluster A personality disorder and a lower level of education compared with patients with nonpsychotic depression.

Other features characteristic of psychotic depression compared with nonpsychotic depression include a history of past delusions[10] but fewer previous episodes,[7] a positive family history of mental disorder,[14] previous suicide attempt,[14] greater suicidal ideation and intent,[10] and reduced or absent diurnal variation of depressive symptoms.[5] Psychotic depression is often considered a disorder of the elderly, but at least one study has reported that younger age was found to be a more common characteristic of psychotic rather than nonpsychotic depression.[9,10] In comparison with patients with schizophrenic disorders, patients with psychotic depression have shown greater emotional impact features and greater volitional dyscontrol.[15] If a patient's psychotic depression is further complicated by agitation, determining whether the patient is suffering from agitated psychosis, severe anxiety, or a dysphoric manic state may be difficult. A number of questions can help in the differential diagnosis. Does the patient suffer from insomnia? If so, does the patient believe that he or she needs less sleep than usual? If delusions are present, are they guilt-ridden as in a depressive state or pleasure-seeking as in a hypomanic or manic state? Has the psychosis been present in the absence of affective symptoms? Is there a family history of psychotic or affective illness?

Biological symptoms that have been found to be indicators of psychotic depression are related to excessive hypothalamic/pituitary/adrenal (HPA) axis activity.[4] This is reflected in high levels of 24-hour urinary free cortisol,[16] high rates of dexamethasone nonsuppression,[11,17-20] and high post-dexamethasone cortisol levels.[11,18]

## CURRENT TREATMENTS

Psychotic depression is also a difficult-to-treat disorder, and in general, patients with psychotic depression are inadequately treated. In a survey of 187 patients referred for electroconvulsive therapy (ECT), Mulsant and colleagues[21] reported high rates of inadequate treatment. They found that only 2 (4%) of 53 patients with psychotic depression received at least one adequate medication trial. In contrast, 70 (52%) of 134 patients with nonpsychotic depression received at least one adequate trial. Of patients with psychotic depression, 25 (47%) received either no antipsychotic medication or treatment for less than 3 weeks.

### Antidepressants

Tricyclic antidepressant (TCA) monotherapy, other than amoxapine, is generally ineffective for psychotic depression. Amoxapine is a dibenzoxazepine TCA with antidepressant and antipsychotic effects that has shown effectiveness in patients with delusional depression.[22] The serotonin-2 antagonist and mild dopamine-2 antagonist properties of amoxapine have led some to argue that amoxapine should be considered an atypical antipsychotic.[23] Anton and Burch[22] compared the combination of amitriptyline and perphenazine with amoxapine in 38 patients with psychotic depression in a 4-week double-blind study. Patients in each group showed similar improvement in depression and psychosis.

There are some positive data on selective serotonin reuptake inhibitors (SSRIs) as monotherapy for the treatment of psychotic depression. In a double-blind European trial comparing sertraline with paroxetine for delusional depression, 75% of patients treated with sertraline and 46% of patients treated with paroxetine were considered responders.[24] A trial of fluvoxamine monotherapy for delusional depression showed a response rate similar to that of antidepressants plus antipsychotics and of ECT.[25] Of the 57 patients who completed the 6-week trial, 48 patients recovered. American investigators have been skeptical of the efficacy of SSRI monotherapy.

### Atypical Antipsychotics

Atypical antipsychotics alone may be effective for psychotic depression. The earliest observation of atypical antipsychotic monotherapy treatment reported that risperidone seemed to be effective in 10 patients with schizodepressive disorders or a psychotic major depressive episode.[26] In a more recent, multicenter, double-blind, parallel group trial,[27] the efficacy of risperidone was compared with a combination of haloperidol and amitriptyline in 123 patients over 6 weeks. Although overall, the combination treatment showed greater efficacy, risperidone produced a 37% reduction in patients' Positive and Negative Syndrome Scale–derived Brief Psychiatric Rating Scale (BPRS) scores and a 51% reduction in patients' Bech-Rafaelsen Melancholia Scale total scores. A case report[28] of a female patient with psychotic depression suggests that risperidone monotherapy can be efficacious in some patients who have not responded to other treatments. The patient was first treated with a combination of fluoxetine and flupenthixol, and then a regimen of fluoxetine, trifluoperazine, and bilateral ECT 3 times a week, both of which were unsuccessful. Risperidone monotherapy was initiated, which resulted in an improvement in psychotic as well as mood disturbances without emergence of side effects after 1 week of treatment.

Olanzapine has also been found successful as monotherapy in psychotic depression. DeBattista et al.[29] reported a substantial improvement in symptoms of psychotic depression in a patient taking olanzapine monotherapy, and a case report in Germany also found olanzapine effective for psychotic depression.[30]

**Antidepressant-Antipsychotic Combinations**

The drug treatments that have typically been most effective for psychotic depression include combinations of antidepressants with antipsychotics. Traditionally these treatments have included TCAs combined with conventional antipsychotics. In a double-blind study by Spiker et al.,[31] the combination of amitriptyline and perphenazine was significantly more effective for psychotic depression than either drug alone. A meta-analysis[32] of 597 patients showed a 77% response rate to TCAs combined with antipsychotics, and 3 retrospective chart reviews[33–35] revealed good responses to TCA and antipsychotic combinations. The SSRI fluoxetine combined with perphenazine showed efficacy similar to that reported for amoxapine, ECT, and TCA-antipsychotic combination therapy in a 5-week trial.[36] Of 30 patients, 22 had a 50% or greater reduction in their total HAM-D score by week 5.

Recent data suggest that the combination of SSRIs and atypical antipsychotics might be particularly effective for the treatment of psychotic depression. Olanzapine was reported to be effective in combination with citalopram in a case report of a patient who was resistant to other treatments.[30] Another case report[37] found the combination of olanzapine and sertraline effective for severe depression with psychotic features in a suicidal patient who had failed treatment with the combination of mirtazapine and haloperidol as well as venlafaxine and haloperidol. The patient's condition deteriorated when olanzapine was withdrawn but quickly improved when olanzapine therapy was restarted.

Beyond case reports, more substantial data for the combination of olanzapine and fluoxetine in the treatment of psychotic depression have recently been presented. Dubé et al.[38] conducted 2 parallel, 8-week, double-blind trials that compared treatment with olanzapine plus fluoxetine to olanzapine or placebo in 249 patients with psychotic depression. While 110 patients completed the acute phase, rates of study discontinuation due to adverse events were higher for the olanzapine-fluoxetine combination compared with placebo (6.0%, p = .016) but not different from the rate with olanzapine alone (8.9%, p = .085). Mean changes in HAM-D scores were significantly greater for the olanzapine-fluoxetine combination than for either placebo or olanzapine alone. The response rates were 56% for the combination, 36% for olanzapine alone, and 30% for placebo (Figure 1), and 20% of patients in the combination group remitted (Table 1). Rothschild et al.[39] retrospectively compared olanzapine against typical antipsychotics in 15 inpatients with psychotic depression, most of whom were also taking antidepressants. Response to treatment was evaluated by reviewing and scoring patient records using a 7-point Likert rating scale. Ten of the 15 patients taking olanzapine compared with 4 of 15 patients taking other antipsychotics were considered much or very much improved upon discharge. However, there have been re-



Figure 1. Percentage of Patients Considered Responders (≥ 50% Improvement) to Olanzapine-Fluoxetine Combination Treatment According to HAM-D Scores[a]

[a]Reprinted with permission from Dubé et al.[38]
Abbreviation: HAM-D = Hamilton Rating Scale for Depression.

ports of the induction and exacerbation of psychotic symptoms by fluoxetine[40] and sertraline[41] in patients with psychotic depression who are taking antipsychotics.

**Other Treatments**

While ECT is a remarkably effective treatment for psychotic depression,[33,34,42,43] requirements for its use are stringent, and public perception about the overall appropriateness of shock treatment is negative.

Lithium has shown some effectiveness as an augmentation strategy in patients with psychotic depression who do not respond to the combination of tricyclic antidepressants and neuroleptics.[44] In an open comparison of lithium plus amitriptyline and haloperidol plus amitriptyline, Ebert[45] described fewer side effects and better improvement of some depressive symptoms in patients taking the lithium combination.

**HPA Axis Inhibition**

An emerging area of study for treating patients with psychotic depression is based on the markedly abnormal HPA axis and high cortisol levels in those patients.[4,5,12] Clinicians have hypothesized for a number of years that psychosis and the cognitive disturbance seen in these patients may be due to excessive glucocorticoids and that inhibition of the HPA axis might be an effective treatment. There are 2 types of receptors for cortisol. One is the mineralocorticoid receptor, which is a high-affinity receptor that is responsible for much of the diurnal variation of cortisol metabolism and secretion. The other receptor is the low-affinity glucocorticoid receptor (GR) that tends to be activated only under high levels of stress.[46]

Mifepristone is a potent GR antagonist that has shown potential for rapidly reversing psychotic symptoms in delusional depression. Belanoff et al.[47] conducted a small, double-blind, placebo-controlled, crossover study of mifepristone in 5 patients with psychotic major depression.

Table 1. Percentage of Patients Achieving Response or Remission While Taking Placebo, Olanzapine Alone, or Olanzapine Plus Fluoxetine[a]

| Treatment | % Responders (≥ 50% Improvement in HAM-D Total Score) | Median Days to Response[b] | % Remitters (HAM-D Total Score ≤ 8) | Median Days to Remission[b] |
|---|---|---|---|---|
| Olanzapine-fluoxetine combination | 55.6 | 12 | 20.0 | 20 |
| Olanzapine | 35.6[c] | 12 | 13.3 | 56 |
| Placebo | 29.8[d] | 20 | 10.6 | 24 |

[a]Reprinted with permission from Dubé et al.[38] Abbreviation: HAM-D = Hamilton Rating Scale for Depression.
[b]Median days to response/remission based on Kaplan-Meier survival analysis.
[c]p = .041 vs. olanzapine-fluoxetine combination.
[d]p = .005 vs. olanzapine-fluoxetine combination.

Patients were given 600 mg/day of mifepristone for 4 days. All patients completed the protocol and no adverse effects were observed or reported. All patients showed substantial improvements in their HAM-D scores while receiving mifepristone, and 4 of the 5 patients showed substantial improvement in their BPRS scores.

In a more recent study, Belanoff et al.[48] conducted an open-label trial of mifepristone in 30 inpatients with psychotic major depression. Patients were randomly assigned to receive 50 mg, 600 mg, or 1200 mg of mifepristone once daily for 7 days. Patients taking both the 600-mg/day and 1200-mg/day doses showed significant reductions in their psychosis in 1 week or less. More than 40% of patients taking the 2 higher doses had a greater than 50% reduction in their HAM-D scores, and over 60% demonstrated at least a 30% reduction in BPRS scores. This strategy may open up some alternative methods for treating delusional depression that are more acceptable than ECT. A GR antagonist may have more rapid effects than atypical antipsychotic–antidepressant combination therapy, which may not separate from placebo for several weeks.

My colleagues and I have used mifepristone for psychotic depression acutely then switched patients over to antidepressant monotherapy or an antidepressant-antipsychotic combination.[46] The clinical improvement achieved with the GR antagonist seems to be maintained after patients are switched; however, in an attempt to demonstrate that sustained effect in a controlled study, we are now conducting longer-term, placebo-controlled trials of mifepristone. In these studies, patients are assessed for response after 1 week of treatment with mifepristone. Patients are then switched to antidepressant monotherapy or an antidepressant-antipsychotic combination and response is assessed again after 4 weeks of treatment.

A disadvantage of most of the drugs that are currently available for GR antagonism is that they are progesterone antagonists as well. Particularly in younger women, problems with long-term treatment could include delayed menses and potential breakthrough bleeding. GR antagonists have been used long term at lower doses for meningiomas, uterine fibroids, and chronic pelvic pain.[49] In younger women, frequent monitoring may be important when progesterone is blocked for prolonged periods (months) because unopposed estrogen could lead to menstrual problems.

## CONCLUSION

Psychotic depression may be difficult to detect and to treat, but there are specific psychological and biological symptoms that clinicians can become familiar with in order to identify this disorder. Symptoms of a severe, debilitating depressive disorder should prompt a clinician to examine the patient more closely for delusions or other symptoms of psychosis. Hospitalization and stabilization may be necessary for severely psychotic and suicidal depressed patients. Often, patients with paranoid delusions will be more willing to accept treatment with a single medication rather than a combination. For this reason, it may be optimal to stabilize the patient with an antipsychotic agent and add an antidepressant to the treatment after the patient is more willing to accept additional medication. Olanzapine and fluoxetine may be a useful combination. While there are sufficient data to recommend ECT for the treatment of psychotic depression, there are both real and perceived drawbacks to ECT; therefore, it may be best considered after other options have failed. Limited data confirm the efficacy of options such as HPA axis inhibition for the treatment of psychotic depression. These options may also be best considered after standard therapies have failed.

*Drug names:* amitriptyline (Endep, Elavil, and others), amitriptyline and perphenazine (Etrafon and others), citalopram (Celexa), fluoxetine (Prozac and others), fluvoxamine (Luvox and others), haloperidol (Haldol and others), mifepristone (Mifeprex), mirtazapine (Remeron), olanzapine (Zyprexa), paroxetine (Paxil), perphenazine (Trilafon and others), risperidone (Risperdal), sertraline (Zoloft), trifluoperazine (Stelazine and others), venlafaxine (Effexor).

*Disclosure of off-label usage:* The author of this article has determined that, to the best of his knowledge, amitriptyline, amoxapine, citalopram, fluoxetine, fluvoxamine, haloperidol, lithium, mifepristone, mirtazapine, olanzapine, paroxetine, perphenazine, risperidone, sertraline, trifluoperazine, and venlafaxine are not approved by the U.S. Food and Drug Administration for the treatment of psychotic major depression.

### REFERENCES

1. Coryell W, Pfohl B, Zimmerman M. The clinical and neuroendocrine features of psychotic depression. J Nerv Ment Dis 1984;172:521–528
2. Smith GN, MacEwan GW, Ancill RJ, et al. Diagnostic confusion in treatment-refractory psychotic patients. J Clin Psychiatry 1992;53:197–200
3. Glick RL, Ghaemi SN. The emergency treatment of depression complicated by psychosis or agitation. J Clin Psychiatry 2000;61(suppl 14):43–48
4. Schatzberg AF, Posener JA, DeBattista C, et al. Neuropsychological deficits in psychotic versus nonpsychotic major depression and no mental illness. Am J Psychiatry 2000;157:1095–1100
5. Schatzberg AF, Rothschild AJ. Psychotic (delusional) major depression:

should it be included as a distinct syndrome in DSM-IV? Am J Psychiatry 1992;149:733–745
6. Benazzi F. Bipolar versus unipolar psychotic outpatient depression. J Affect Disord 1999;55:63–66
7. Glassman AH, Roose SP. Delusional depression: a distinct clinical entity? Arch Gen Psychiatry 1981;38:424–427
8. Parker G, Hadzi-Pavlovic D, Mitchell P, et al. Subtyping depression by clinical features: the Australasian database. Acta Psychiatr Scand 2000;101:-21–28
9. Lattuada E, Serretti A, Cusin C, et al. Symptomatologic analysis of psychotic and non-psychotic depression. J Affect Disord 1999;54:183–187
10. Thakur M, Hays J, Ranga K, et al. Clinical, demographic and social characteristics of psychotic depression. Psychiatry Res 1999;86:99–106
11. Schatzberg AF, Rothschild AJ, Stahl JB, et al. The dexamethasone suppression test: identification of subtypes of depression. Am J Psychiatry 1983;140:88–91
12. Belanoff JK, Kalehzan M, Sund B, et al. Cortisol activity and cognitive changes in psychotic major depression. Am J Psychiatry 2001;158:1612–1616
13. Serretti A, Lattuada E, Cusin C, et al. Clinical and demographic features of psychotic and nonpsychotic depression. Compr Psychiatry 1999;40:358–362
14. Okulate GT, Oladapa HT, Osibogun A. Comparison of three subtypes of depression. Niger Postgrad Med J 2001;8:41–45
15. Oulis P, Lykouras L, Gournellis R, et al. Clinical features of delusional beliefs in schizophrenic and unipolar mood disorders: a comparative study. Psychopathology 2000;33:310–313
16. Anton RF. Urinary free cortisol in psychotic depression. Biol Psychiatry 1987;22:24–34
17. Mendlewicz J, Charles G, Franckson JM. The dexamethasone suppression test in affective disorder: relationship to clinical and genetic subgroups. Br J Psychiatry 1982;141:464–470
18. Rothschild AJ, Schatzberg AF, Rosenbaum AH, et al. The dexamethasone suppression test as a discriminator among subtypes of psychotic patients. Br J Psychiatry 1982;141:471–474
19. Rudorfer MV, Hwu HG, Clayton PJ. Dexamethasone suppression test in primary depression: significance of family history and psychosis. Biol Psychiatry 1982;17:41–48
20. Evans DL, Burnett GB, Nemeroff CB. The dexamethasone suppression test in the clinical setting. Am J Psychiatry 1983;140:586–589
21. Mulsant BH, Haskett RF, Prudic J, et al. Low use of neuroleptic drugs in the treatment of psychotic major depression. Am J Psychiatry 1997;154:559–561
22. Anton RF Jr, Burch EA Jr. Amoxapine versus amitriptyline combined with perphenazine in the treatment of psychotic depression. Am J Psychiatry 1990;147:1203–1208
23. Kapur S, Cho R, Jones C, et al. Is amoxapine an atypical antipsychotic? Positron-emission tomography investigation of its dopamine2 and serotonin2 occupancy. Biol Psychiatry 1999;45:1217–1220
24. Zanardi R, Franchini L, Gasperini M, et al. Double-blind controlled trial of sertraline versus paroxetine in the treatment of delusional depression. Am J Psychiatry 1996;153:1631–1633
25. Gatti F, Bellini L, Gasperini M, et al. Fluvoxamine alone in the treatment of delusional depression. Am J Psychiatry 1996;153:414–416
26. Hillert A, Maier W, Wetzel H, et al. Risperidone in the treatment of disorders with a combined psychotic and depressive syndrome: a functional approach. Pharmacopsychiatry 1992;25:213–217
27. Muller-Siecheneder F, Muller MJ, Hillert A, et al. Risperidone versus haloperidol and amitriptyline in the treatment of patients with a combined psychotic and depressive syndrome. J Clin Psychopharmacol 1998;18:111–120
28. Lane H-Y, Chang W-H. Risperidone monotherapy for psychotic depression unresponsive to other treatments [letter]. J Clin Psychiatry 1998;59:624
29. DeBattista C, Solvason HB, Belanoff J, et al. Treatment of psychotic depression [letter]. Am J Psychiatry 1997;154:1625–1626
30. Adli M, Rossius W, Bauer M. Olanzapine in the treatment of depressive disorders with psychotic symptoms. Nervenarzt 1999;70:68–71
31. Spiker DG, Weiss JC, Dealy RS, et al. The pharmacological treatment of delusional depression. Am J Psychiatry 1985;142:430–436
32. Kroessler D. Relative efficacy rates for therapies of delusional depression. Convuls Ther 1985;1:173–182
33. Minter RE, Mandel MR. The treatment of psychotic major depressive disorder with drugs and electroconvulsive therapy. J Nerv Ment Dis 1979;167:726–733
34. Charney DS, Nelson JC. Delusional and nondelusional unipolar depression. Am J Psychiatry 1981;138:328–333
35. Nelson JC, Bowers MBJ. Delusional unipolar depression: description and drug response. Arch Gen Psychiatry 1978;35:1321–1328
36. Rothschild AJ, Samson JA, Bessette MP, et al. Efficacy of the combination of fluoxetine and perphenazine in the treatment of psychotic depression. J Clin Psychiatry 1993;54:338–342
37. Schmitt A, Braus DF. Effective treatment of depressive disorder with psychotic symptoms by olanzapine combination therapy. Dtsch Med Wochenschr 2000;12:1526–1529
38. Dubé S, Andersen SW, Sanger TM, et al. Olanzapine-fluoxetine combination for psychotic major depression [poster]. Presented at the 155th annual meeting of the American Psychiatric Association; May 18–23, 2002; Philadelphia, Pa
39. Rothschild AJ, Bates KS, Boehringer KL, et al. Olanzapine response in psychotic depression. J Clin Psychiatry 1999;60:116–118
40. Popli AP, Fuller MA, Jaskiw GE. Sertraline and psychotic symptoms: a case series. Ann Clin Psychiatry 1997;9:15–17
41. Narayan M, Meckler L, Nelson JC. Fluoxetine-induced delusions in psychotic depression [letter]. J Clin Psychiatry 1995;56:329
42. Khan A, Cohen S, Stowell M, et al. Treatment options in severe psychotic depression. Convuls Ther 1987;3:93–99
43. Perry PJ, Morgan DE, Smith RE, et al. Treatment of unipolar depression accompanied by delusions: ECT versus tricyclic antidepressant-antipsychotic combinations. J Affect Disord 1982;4:195–200
44. Amore M, Giordani L, Giorgetti G, et al. Pharmacological treatment of delusional depression. Minerva Psichiatr 1996;37:29–33
45. Ebert D. Lithium-TCA combination treatment of psychotic depression: comparison with TCA-neuroleptic treatment. J Clin Psychopharmacol 1997;17:129–130
46. Nieman LK. Use of RU 486 as an antiglucocorticoid. In: Institute of Medicine: Clinical Applications of Mifepristone (RU 486) and Other Antiprogestins. Washington, DC: National Academy Press; 1993:229–242
47. Belanoff JK, Flores BH, Kalezhan M, et al. Rapid reversal of psychotic depression using mifepristone. J Clin Psychopharmacol 2001;21:516–521
48. Belanoff JK, Rothschild AJ, Cassidy F, et al. An open label trial of C-1073 (mifepristone) for psychotic major depression. Biol Psychiatry 2001;52:386–392
49. Yen SSC. Use of antiprogestins in the management of endometriosis and leiomyoma. In: Institute of Medicine: Clinical Applications of Mifepristone (RU 486) and Other Antiprogestins. Washington, DC: National Academy Press; 1993:189–209

© COPYRIGHT 2003 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2003 PHYSICIANS POSTGRADUATE PRESS, INC.

# EXHIBIT 33

Article

# Cortisol Activity and Cognitive Changes in Psychotic Major Depression

Joseph K. Belanoff, M.D.

Michelle Kalehzan, Ph.D.

Brenda Sund, B.S.

Shelley K. Fleming Ficek, Ph.D.

Alan F. Schatzberg, M.D.

**Objective:** The theory that psychotic major depression is a distinct syndrome is supported by reports of statistically significant differences between psychotic and nonpsychotic major depression in presenting features, biological measures, familial transmission, course and outcome, and response to treatment. This study examined differences in performance on a verbal memory test and in cortisol levels between patients with psychotic and nonpsychotic major depression and healthy volunteers.

**Method:** Ten patients with psychotic major depression, 17 patients with nonpsychotic major depression, and 10 healthy volunteers were administered the Wallach Memory Recognition Test and had blood drawn at half-hour intervals over the course of an afternoon to assay cortisol levels.

**Results:** Subjects with psychotic major depression had a higher rate of errors of commission on the verbal memory test (incorrectly identified distracters as targets) than did subjects with nonpsychotic major depression or healthy volunteers; errors of omission were similar among the three groups. Subjects with psychotic major depression had higher cortisol levels throughout the afternoon than subjects with nonpsychotic major depression or healthy volunteers. This effect became even more pronounced later in the afternoon.

**Conclusions:** Psychotic major depression is endocrinologically different from nonpsychotic major depression and produces cognitive changes distinct from those seen in nonpsychotic major depression.

*(Am J Psychiatry 2001; 158:1612–1616)*

There is mounting evidence to support the theory that psychotic major depression is a distinct syndrome. Statistically significant differences between psychotic and nonpsychotic major depression have been noted along many axes, including presenting features, biology, familial transmission, course and outcome, and response to treatment (1).

Other studies point to significant cognitive impairment in psychotic depression, compared to nonpsychotic depression. In an earlier study, we reported that patients with psychotic major depression demonstrated higher rates of dexamethasone nonsuppression and greater impairment on a variety of neuropsychological tests than did patients with nonpsychotic major depression (2). We hypothesized that cognitive deficits in psychotically depressed patients, and in some hypercortisolemic nonpsychotic depressed patients, reflected increased cortisol activity. More recently, several groups, including our own, have reported deficits in attention, response inhibition, and verbal memory in patients with psychotic major depression, compared to patients with nonpsychotic major depression (3–6). In a study comparing elderly patients with psychotic major depression to an age-matched group of patients with nonpsychotic major depression, the patients with psychotic major depression demonstrated significantly more perseverations on the Wisconsin Card Sorting Test, as well as greater prefrontal atrophy on structural magnetic resonance imaging scans (7).

Several studies have suggested that depressed patients with hypercortisolemia (or hypercortisoluria) and those who fail to suppress cortisol normally in response to dexamethasone show particularly pronounced cognitive deficits. For example, Rubinow et al. (8) observed a significant positive relationship between mean urinary free cortisol levels of depressed patients and the number of errors they made on the Halstead Category Test. A similar relationship was not observed for healthy comparison subjects. Furthermore, other studies have reported that depressed patients who do not suppress cortisol when given dexamethasone demonstrate greater cognitive deficits than do depressed patients who are able to suppress cortisol normally (9–12). The possible effects of psychosis have rarely been explored in these studies on cortisol activity.

How and where glucocorticoids may exert their effects on cognition has become a focus of investigation. Newcomer et al. (13, 14) reported that exogenous glucocorticoids impaired declarative memory and verbal memory in healthy adults. Wolkowitz et al. (15) noted that both depressed patients who were nonsuppressors on the dexamethasone suppression test and healthy volunteers given exogenous corticosteroids made significantly more errors of commission than omission on the Wallach Memory Recognition Test, a test of verbal memory. These studies

suggest an effect on hippocampal-mediated verbal memory function. Sheline et al. (16) reported that total duration of depression was associated with impairment on verbal declarative memory tests and hippocampal atrophy. Although several of the patients in that study had received electroconvulsive therapy, the study did not address the possible effects of psychosis. In addition, although the authors noted that the hippocampal deficits could be related to elevated cortisol activity, no cortisol data were presented. Lupien et al. (17) reported that high doses of hydrocortisone impaired working memory, suggesting that glucocorticoids also exert effects on the prefrontal cortex. Data from this study, in conjunction with reports of prefrontal cortical impairment in psychotic major depression, suggest that this region could also play a role in the verbal memory deficits observed in psychotic major depression.

In this study we report the results of psychotic and nonpsychotic major depression patients on a verbal memory test. Our a priori hypotheses were that subjects with psychotic major depression would demonstrate 1) significantly greater afternoon cortisol levels than nonpsychotic major depression patients or healthy comparison subjects and 2) significantly greater errors of commission (but not omission) on a verbal memory test.

## Method

Ten patients with psychotic major depression (six women, four men, mean age=46.9 years, SD=16.2, range=24–75), 17 patients with nonpsychotic major depression (seven women, 10 men, mean age=46.7 years, SD=12.7, range=28–70), and 10 healthy volunteers (five women, five men, mean age=44.9 years, SD=15.4, range=24–69) were tested. These groups did not differ significantly in age or gender. The study was approved by the Stanford University Institutional Review Board, and all subjects gave written informed consent to participate. Subjects who used illicit drugs within the month before admission to the study or consumed ≥3 ounces of alcohol a day were excluded. In addition, patients with major medical illnesses, particularly endocrinopathies, were excluded, as were patients taking systemic steroids or antidepressant or antipsychotic medications. All subjects with psychotic major depression had not taken antipsychotic medication for at least 3 days before entry into the study. All subjects with psychotic and nonpsychotic major depression had taken no antidepressant medication for at least 1 week (5 weeks in the case of fluoxetine) before study entry. On the day before study entry, all participants were tested with the Hamilton Depression Rating Scale (18) and the vocabulary subtest of the Wechsler Adult Intelligence Scale—Revised (WAIS-R) (19). For patients with psychotic and nonpsychotic major depression, a minimum score of 21 on the Hamilton depression scale was required to enter the study.

At 10:00 a.m. on the day after qualifying for the study, each participant was administered the Wallach Memory Recognition Test (20). In this task, the subjects listened to a taped recording of a list of 16 words presented at the rate of one word every 10 seconds. The subject was instructed to repeat each of the 16 words and to consider what the words meant to them. After the list was presented, the subject participated in a 20-minute motor distraction task. The subject then listened to a 50-word list containing the 16 original target words and 34 distracter words and was asked to distinguish between the targets and the distracters. The target and distracter words were matched for frequency of written use and degree of imagery. Errors of omission occurred when the subject failed to identify a word from the original list. Errors of commission occurred when the subject falsely identified a distracter word as a word from the original list.

At 12:30 p.m., the subject was admitted to the Stanford University Medical Center's Clinical Research Center. An intravenous line was started in one arm, and 5 cc of blood were drawn every half-hour beginning at 1:00 p.m. to assay cortisol levels (afternoon cortisol test) (21). Plasma was immediately separated from whole blood by centrifugation and then stored at –80°C before assay. Cortisol concentrations were measured by radioimmunoassay with a commercial kit from ICN Biomedicals (Costa Mesa, Calif.).

Cortisol levels, errors of omission, errors of commission, and WAIS vocabulary scores were compared across the three groups by using Kruskal-Wallis one-way analysis of variance, followed by Mann-Whitney U tests where appropriate. Significance levels for the Kruskal-Wallis test were approximated by using chi-square tests. Spearman rho correlation coefficients were used to measure the association between cortisol levels and cognitive performance. To describe the linear changes in cortisol levels across the seven time points in the afternoon cortisol test, regression lines were computed for each of the three groups. An alpha of 0.05 (two-tailed) was used as the threshold for determining statistical significance.

## Results

Significant differences were not observed among the three groups on the WAIS vocabulary test scores (comparison subjects: mean=55.90, SD=3.36; patients with nonpsychotic major depression: mean=56.00, SD=2.83; patients with psychotic major depression: mean=47.10, SD=5.10) ($\chi^2$=1.60, df=2, p=0.19). On the Wallach Memory Recognition Test, the total number of correctly identified target words did not differ significantly between the patients with psychotic major depression (mean=12.70, SD=0.83), the patients with nonpsychotic major depression (mean=13.41, SD=0.49), and the healthy comparison subjects (mean=14.10, SD=0.57) ($\chi^2$=1.56, df=2, p=0.36). On average, healthy volunteers produced more correct responses (i.e., made fewer errors of omission) than did either patient group, and the two patients groups had a similar number of correct responses. However, the subjects with psychotic major depression showed a higher rate of errors of commission (incorrectly identified distracters as targets) than did the subjects with nonpsychotic major depression or the healthy volunteers ($\chi^2$=7.26, df=2, p<0.03). The subjects with nonpsychotic major depression and the healthy volunteers did not differ significantly in errors of commission. Moreover, the higher rate of commission errors for the psychotic major depression group did not appear to be simply a function of symptom severity. Hamilton depression scale scores were higher for the psychotic major depression group (mean=35.5, SD=9.1) than for the nonpsychotic major depression group (mean=23.9, SD=3.7) (U=20.0, z=–3.32, p<0.01), but Hamilton depression scale scores were not significantly correlated with errors of commission (r=0.32, df=25, p=0.07) and did not contribute



FIGURE 1. Mean Cortisol Levels for Subjects With Psychotic and Nonpsychotic Major Depression and Normal Comparison Subjects, 1:00–4:00 p.m.

additional explained variance above diagnosis ($R^2$ change=0.001, F change=0.021, df=1, 24, p=0.89). In each of the three groups, the cortisol level did not correlate significantly with errors of commission or errors of omission.

On the afternoon cortisol test, the subjects with psychotic major depression had significantly higher average cortisol levels than did the subjects with nonpsychotic major depression or the normal comparison subjects (for comparison subjects, mean rank=11.1; for patients with nonpsychotic major depression, mean rank=18.2; for patients with psychotic major depression, mean rank=27.3) ($\chi^2$=11.28, df=2, p=0.004). In a comparison of cortisol levels at each of the seven time points, statistically significant group differences were observed during three consecutive time points in the late afternoon (3:00 p.m.: $\chi^2$=6.5, df=2, p<0.04; 3:30 p.m.: $\chi^2$=7.9, df=2, p<0.02; 4:00 p.m.: $\chi^2$=10.7, df=2, p=0.005). Mean values on the afternoon cortisol test were higher for the subjects with psychotic major depression than for the subjects with nonpsychotic major depression and the comparison subjects. The mean values on the afternoon cortisol test were modestly higher for the subjects with nonpsychotic major depression than for the healthy comparison subjects. The 4:00 p.m. serum cortisol level most distinguished the psychotic major depression subjects from the nonpsychotic major depression subjects and the healthy volunteers (for comparison subjects, mean rank=12.9; for patients with nonpsychotic major depression, mean rank=15.7; for patients with psychotic major depression, mean rank=25.3) ($\chi^2$=12.18, df=2, p=0.02).

It is interesting to note that the average afternoon cortisol levels of the subjects with psychotic major depression did not decrease in a particularly linear fashion, compared to those of the normal comparison subjects and the subjects with nonpsychotic major depression. Specifically, the slope of the linear regression curve was virtually flat for the psychotic major depression subjects (b=–0.14, $R^2$=0.03, p=0.71), indicating a relatively constant cortisol level throughout the afternoon. In contrast, the nonpsychotic major depression subjects (b=–0.90, $R^2$=0.87, p<0.01) and the healthy volunteers (b=–0.96, $R^2$=0.87, p<0.01) showed the expected pattern of decreasing cortisol levels over time (Figure 1). Statistical comparisons of change in cortisol levels over time were conducted by using the Fisher r-to-z transformation. Across the seven time points, the pattern of relatively constant cortisol levels observed for the subjects with psychotic major depression was statistically different from the reduction observed for both the normal comparison subjects (z=2.78, p<0.01) and the nonpsychotic major depression subjects (z=3.20, p<0.01).

## Discussion

This study indicates a significant relationship between the diagnosis of psychotic major depression and the ability to perform accurately on the Wallach Memory Recognition Test. Patients with psychotic major depression were not impaired in their ability to recognize correctly previously presented words. However, their higher rate of commission errors in a test of recognition memory suggests that they had difficulty discriminating between previously presented relevant information (targets) and irrelevant new information (distracters).

Our findings for patients with psychotic major depression are consistent with those of Wolkowitz et al. (15), who found that both depressed patients who were nonsuppressors of cortisol on the dexamethasone suppression test and healthy volunteers who were given exogenous corticosteroids made significantly more errors of commission than omission on the Wallach Memory Recognition Test. Similar to the results for healthy comparison subjects given corticosteroids, our results suggest that patients with psychotic major depression, who have a "naturally" perturbed hypothalamic-pituitary-adrenal (HPA) axis, have great difficulties in distinguishing between relevant and irrelevant stimuli.

The mechanisms by which corticosteroids may alter cognition are uncertain. However, our findings appear to be consistent with electrophysiological findings that acute administration of cortisol to human subjects reduces the average evoked potential response to relevant but not to irrelevant stimuli (22). Increased cortisol levels may lead to less accurate encoding of meaningful stimuli and may impair selective attention, thereby reducing an individual's ability to discriminate relevant and important information from irrelevant and unimportant information. Glucocorticoids have been reported to affect working memory in humans (17). Our group has reported that in squirrel monkeys, cortisol fed without restriction in drinking water resulted in impairment on an object-retrieval task, a test of prefrontal cortical function (23). These data

point to effects of glucocorticoids on attention and response inhibition.

From a pragmatic point of view, quantifiable early recognition of psychotic major depression is extremely important because psychotic major depression has greater morbidity and requires a different treatment regimen than nonpsychotic major depression. Furthermore, because psychosis in major depression occurs in individuals who are not otherwise psychotic and who are partly able to recognize when they are having disordered thinking, patients with psychotic major depression often deny their psychotic symptoms. In addition, psychosis in psychotic major depression appears to occur along a continuum from unjustified suspicion to frank hallucinations and delusions. We have previously proposed that cognitive performance, rather than specific symptoms, may provide greater specificity in separating patients with psychotic major depression from patients with nonpsychotic major depression (6). A noninvasive test like the Wallach Memory Recognition Test, which may help in the accurate diagnosis of psychotic major depression in patients with depression who deny overt psychosis, may be of great benefit in formulating an appropriate treatment plan.

Our finding that subjects with psychotic major depression were hypercortisolemic before treatment, as measured by the afternoon cortisol test, confirms multiple previous findings suggesting that patients with psychotic major depression represent a biologically discernible subset of subjects with major depression (1). It is also noteworthy that the normal rhythm and expected decline in cortisol values throughout the afternoon was absent for the psychotic major depression group. For the patients with nonpsychotic major depression, cortisol levels were only slightly higher than for the normal comparison group, and these patients had a normal afternoon rhythm. In fact, the lower the nonpsychotic major depression subjects' cortisol values, the more errors of omission they made. It is possible that patients with psychotic major depression, who appear hyperaroused, have an inability to distinguish between target words and distracters because they internally generate stimuli that impair their ability to accurately attend and remember (more errors of commission). On the other hand, patients with nonpsychotic major depression may be underaroused, and their ability to simply attend is impaired (more errors of omission). Peak cognitive function may be achieved at a moderate level of cortisol-induced arousal, where the ability to attend and remember is neither impaired by overstimulation or impaired by understimulation.

Although it has been frequently noted that the hypothalamic-pituitary-adrenal (HPA) axis is altered in depression, the diagnosis of depression by means of laboratory measures has been elusive because of the lack of specificity. A high and/or relatively flat afternoon cortisol curve may be a correlate of psychotic major depression (or depression with significant cognitive impairment) and may biologically separate psychotic from nonpsychotic depression. Empirically, these two groups appear to require quite different pharmaceutical therapies to treat the two types of depression.

## Conclusions

Alterations in the HPA axis of depressed patients may be clinically significant because they may significantly alter the ability to process new information, to filter out distractions, and to respond to environmental changes. Endocrinologic treatments of depression, particularly those that modulate cortisol, are worthy of further examination, since preliminary results show promise. We are currently testing mifepristone, a cortisol receptor antagonist, in an attempt to rapidly reverse psychosis and to improve the cognitive function of patients with psychotic major depression.

Received May 31, 2000; revisions received Dec. 11, 2000, and April 6, 2001; accepted April 25, 2001. From the Department of Psychiatry, Stanford University School of Medicine. Address reprint requests to Dr. Belanoff, Department of Psychiatry, Stanford University School of Medicine, 401 Quarry Rd., Stanford, CA 94305; belanoff@leland.stanford.edu (e-mail).

Supported by grants from the National Alliance for Research on Schizophrenia and Depression and the Pritzker Foundation, NIMH grants MH-47573 and MH-19938, and grant RR-00070 from the NIH General Clinical Research Center Program.

The authors thank Jacob Ballon, Jennifer Jurik, and Tunghi May Pini for their assistance.

## References

1. Schatzberg AF, Rothschild AJ: Psychotic (delusional) major depression: should it be included as a distinct syndrome in DSM-IV? Am J Psychiatry 1992; 149:733–745
2. Rothschild AJ, Benes F, Hebben N, Woods B, Luciana M, Bakanas E, Samson JA, Schatzberg AF: Relationships between brain CT scan findings and cortisol in psychotic and nonpsychotic depressed patients. Biol Psychiatry 1989; 26:565–575
3. Nelson EB, Sax KW, Strakowski SM: Attentional performance in patients with psychotic and nonpsychotic major depression and schizophrenia. Am J Psychiatry 1998; 155:137–139
4. Jeste DV, Heaton SC, Paulsen JS, Ercoli L, Harris J, Heaton RK: Clinical and neuropsychological comparison of psychotic depression with nonpsychotic depression and schizophrenia. Am J Psychiatry 1996; 153:490–496
5. Basso MR, Bornstein RA: Neuropsychological deficits in psychotic versus nonpsychotic unipolar depression. Neuropsychology 1999; 13:69–75
6. Schatzberg AF, Posener JA, DeBattista C, Kalehzan BM, Rothschild AJ, Shear PK: Neuropsychological deficits in psychotic versus nonpsychotic major depression and no mental illness. Am J Psychiatry 2000; 157:1095–1100
7. Kim DK, Kim BL, Sohn SE, Lim S-W, Na DG, Paik CH, Krishnan RR, Carroll BJ: Candidate neuroanatomic substrates of psychosis in old-aged depression. Prog Neuropsychopharmacol Biol Psychiatry 1999; 23:793–807
8. Rubinow DR, Post RM, Savard R, Gold PW: Cortisol hypersecretion and cognitive impairment in depression. Arch Gen Psychiatry 1984; 41:279–283

9. Winokur G, Black DW, Nasrallah A: DST nonsuppressor status: relationship to specific aspects of the depressive syndrome. Biol Psychiatry 1987; 22:360–368
10. Brown WA, Qualls CB: Pituitary-adrenal disinhibition in depression: marker of a subtype with characteristic clinical features and response to treatment? Psychiatry Res 1981; 4:115–128
11. Demeter E, Rihmer Z, Arato M, Frecska E: Association performance and the DST (letter). Psychiatry Res 1986; 18:289–290
12. Sikes CR, Stokes PE, Lasley BJ: Cognitive sequelae of hypothalamic-pituitary-adrenal (HPA) dysregulation in depression (abstract). Biol Psychiatry 1989; 25:148A–149A
13. Newcomer JW, Craft S, Hershey T, Askins K, Bardgett ME: Glucocorticoid-induced impairment in declarative memory performance in adult humans. J Neurosci 1994; 14:2047–2053
14. Newcomer JW, Selke G, Melson AK, Hershey T, Craft S, Richards K, Alderson AL: Decreased memory performance in healthy humans induced by stress-level cortisol treatment. Arch Gen Psychiatry 1999; 56:527–533
15. Wolkowitz OM, Reus VI, Weingartner H, Thompson K, Breier A, Doran A, Rubinow D, Pickar D: Cognitive effects of corticosteroids. Am J Psychiatry 1990; 147:1297–1303
16. Sheline YI, Sanghavi M, Mintun MA, Gado MH: Depression duration but not age predicts hippocampal volume loss in medically healthy women with recurrent major depression. J Neurosci 1999; 19:5034–5043
17. Lupien SJ, Gillin C, Hauger RL: Working memory is more sensitive than declarative memory to the acute effects of corticosteroids: a dose-response study in humans. Behav Neurosci 1999; 113:420–430
18. Hamilton M: A rating scale for depression. J Neurol Neurosurg Psychiatry 1960; 23:56–62
19. Wechsler D: WAIS-R Manual. New York, Psychological Corp, 1981
20. Wallach J, Riege W, Cohen M: Recognition memory for emotional words: comparative study of young, middle-aged, and older persons. J Gerontol 1980; 35:371–375
21. Halbreich U, Zumoff B, Kream J, Fukushima DK: The mean 1300–1600 h plasma cortisol concentration as a diagnostic test for hypercortisolism. J Clin Endocrinol Metab 1982; 54:1262–1264
22. Kopell BS, Wittner WK, Lunde D, Warrik G, Edwards D: Cortisol effects on average evoked potentials, alpha-rhythm, time estimation, and two-flash fusion threshold. Psychosom Med 1970; 32:39–49
23. Lyons DM, Lopez JM, Yang C, Schatzberg AF: Stress-level cortisol treatment impairs inhibitory control of behavior in monkeys. J Neurosci 2000; 20:7816–7821