# EXHIBIT  6



**The Mercury News**
MercuryNews.com


Current: 5i
74° / 54°
Complete Forecast

Search ◉ Recent News ○ Archives ○ Web  for [          ] [Go]    Sign Up | S

Jobs
Cars
Real Estate
Apartments
Local Shopping
All Classifieds
Create an Ad
Find an Ad
Pets
Dating

:ws
Breaking News
Local News
Crime & Courts
Politics
San Jose/Valley
Central Coast
P   'nsula
     ada County
California
Nation
World
Obituaries
Education
Health / Science
Lottery
Weird News
Special Reports
Norcal Scandal
Gas Prices
Immigration Debate
pinion
usiness
ports
ntertainment
fe & Style

NLINE EXTRAS
ewspaper Ads Online
logs
odcasts
hoto / Video
S°   eds
isc  .ion Boards
raffic Reports
feather
ast articles
ewsletters
oupons

Back to Home > News >

# Education [XM9]

Posted on Mon. Jul. 10, 2006    ☑ email this    🖨 print this    ⟳ reprint or license this

## Science critics make issue of financial ties

By Paul Jacobs
Mercury News

For more than 20 years, Stanford University psychiatrist Alan F. Schatzberg has been hunting for a better way to treat the most severely depressed patients.

A few years ago, he announced with considerable fanfare that he may have found it in an unlikely place -- a repackaged version of RU-486, the controversial abortion pill. It ``may be the equivalent of shock treatments in a pill'' without the side effects, he said in a Stanford news release.

Yet Schatzberg has more than a purely scientific interest in this particular pill.

He has a financial conflict of interest.



Joanne Ho-Young Lee / Mercury News

Stanford University's world-renowned School of Medicine is home to some of the nation's best -- and bes--financed -- researchers. Increasingly, it's home to debates about conflicts of interest involving research and the health care industry.

■ **Financial ties:** Schatzberg's disclosure of financial interests with companies

■ A poster and debate: How critics presented their concerns and what the major players say (PDF)

■ Graphic: Using RU-486 to treat depression (PDF)

■ How we did this series

■ **Day one of series:** How profits, research mix at Stanford

The 61-year-old chairman of Stanford's psychiatry department administers a $600,000-a-year federal grant, part of which pays for ongoing research at the medical school on mifepristone, the key ingredient in RU-486, in depression. He is also co-founder of Corcept Therapeutics in Menlo Park, a publicly traded company that hopes to turn mifepristone into an approved treatment for depression and other psychiatric ills.

He sits on the company's board of directors, chairs its scientific advisory board and is one of its largest shareholders. And because the company has an exclusive license from Stanford for Schatzberg's discovery, the university also stands to profit from Corcept's work.

Such conflicts are surprisingly common in the high-stakes world of academic medical

MORE NEWS F
• Biotech
• Menlo Park, CA
• Medicine
• San Juan, Puerto Rico
• World News
• Puerto Rico
• Chemistry
• Hospital Administration
• Science
• Healthcare Industry
• New York Metro
• Discuss New York Metro

e'    Pages
oh_ct Us
eedback
egistration Help
dvertise
rint Services
obs at MN.com
uy Photos
thics Policy

Schatzberg's conflict is a lesson in how hard it can be for a leading scientist at a major medical school to disentangle his outside financial interests from his academic role.

The Stanford professor says he has done everything required under the rules: He's disclosed his corporate ties to the university and the government. He has identified them in published papers and lectures. And he's kept a distance from RU-486 depression research on campus even while administering federal grants that pick up the costs.

"The reality is when people invent something at a university and they may in fact get a royalty, they've created some conflict," Schatzberg said. "But conflicts only materialize with success, when there might be a benefit."

But two independent experts on medical statistics, asked by the Mercury News to review key papers co-written by Schatzberg about the effects of RU-486 on depression, agree with his critics: The studies published to date, they say, are not properly analyzed.

Schatzberg defends his studies as solid preliminary research and says the criticisms fail to grasp the importance of publishing promising early findings in drug development.

"We're trying to do something to help very badly ill patients and if it's successful the field will be advanced," he said. "I didn't come into this because of business. What motivates me is to help people."

The stakes for Schatzberg, his company, the university and severely depressed patients are huge. Corcept estimates that 3 million patients could benefit from the drug. Schatzberg, whose family has paper profits of nearly $12 million from Corcept stock, could reap millions more if the company's treatment is approved.

## Unusual dispute

As its tongue-twisting name implies, the American College of Neuropsychopharmacology is dedicated to research that probes the workings of the brain. Schatzberg is a past president.

Members try not to miss its annual meeting, typically held in December in a warm climate. It was at the 2004 meeting in San Juan, Puerto Rico, that Schatzberg's critics publicly unveiled their critique of his work in the form of a poster -- really a scientific paper in outline form, pinned to a board in an exhibit hall.

The contents were explosive.

The poster, by Drs. Bernard J. Carroll and Robert T. Rubin, systematically picked apart the conclusions in three published studies of RU-486 in depression, two by Schatzberg and his colleagues, one by an independent group.

But in a departure from the usual give and take of scientific debate, the poster quoted positive public statements about the drug by Schatzberg and other researchers and juxtaposed those statements against the individual's financial interest in Corcept.

There, for example, was Schatzberg saying RU-486 may be "the equivalent of shock treatments in a pill" and a statement pointing out that he owned 3 million shares of Corcept stock. The point was hard to miss: Researchers with a financial interest were expressing "considerable enthusiasm" for a treatment of questionable effectiveness.

The poster was seen by many of the top brain scientists in the country, people whose opinions matter deeply to Schatzberg as well as his critics. Carroll, former head of

But he and Rubin soon learned that other members, Schatzberg among them, were furious. A lawyer for Corcept says the ACNP admonished Carroll and Rubin for their conduct. Both Carroll and Rubin say they were faulted for making their criticisms public, not for the content of the presentation.

Even now, Schatzberg can hardly contain his anger. "Those that are critical," he said, "ought to be careful about impugning others."

## In his genes

Medicine and psychiatry seem to be in Alan Schatzberg's genes. His father was a general practitioner in New York. His sister, brother-in-law and niece are all psychiatrists.

"When I got out of medical school in 1968," he said, "biological psychiatry was just starting and I found it fascinating."

The talk therapy pioneered by Sigmund Freud was making room for chemistry. Patients who might have spent the rest of their lives in psychiatric wards were being sent home with prescriptions, and a new generation of drugs would become billion-dollar-a-year blockbusters.

After completing his training and a stint in the U.S. Air Force, Schatzberg joined Harvard's renowned McLean Hospital, famous for its treatment of celebrity poets like Robert Lowell, Anne Sexton and Sylvia Plath.

By the 1980s, Schatzberg and a junior faculty member, Dr. Anthony J. Rothschild, had worked out a theory to explain the underlying cause of what they believed to be a distinct disease, "psychotic major depression." These were patients who not only were profoundly depressed, but who also might believe they were being tailed by the police, that their co-workers were out to get them or that the devil was taking control of their thoughts.

The standard treatment is electroshock or a combination of drugs. But electroshock requires general anesthesia, causes memory loss and is expensive. And the drugs can cause weight gain, diabetes and uncontrolled movements.

Schatzberg and Rothschild came to believe that high levels of the stress hormone cortisol might explain what was happening to their gravely depressed patients. They speculated that a drug to block cortisol could be an effective treatment.

Ironically, this idea was partly based on earlier work by Carroll and Rubin, now Schatzberg's outspoken critics.

The main ingredient in RU-486 is mifepristone, a chemical known to block cortisol. But because of the controversy surrounding abortion, RU-486 was then impossible to obtain, said Rothschild.

In 1991, Schatzberg became chairman of the psychiatry department at Stanford, where he continued his work on depression. When RU-486 became available for research a few years later under President Clinton, Schatzberg and Dr. Joseph K. Belanoff, a young psychiatrist on a fellowship in the department, began testing the pill in a handful of severely depressed patients.

They were encouraged by the results of their pilot study, funded by a National Institutes of Health grant. So was the university. In 1997, Stanford applied for a patent covering mifepristone and related compounds when used to treat depression. Schatzberg and

made the rounds of the big drug companies. But because of the political issues surrounding RU-486, ``they didn't want to touch it," Schatzberg said. ``We had a drug that could help the most severely ill people, people who are at risk of killing themselves, killing their kids, dying because of medical illness, who might be helped by a very interesting and remarkable treatment that could be an alternative . . . to shock treatments."

The only option, he said, was to start a company, something dozens of Stanford medical researchers had done before him.

**Creating conflict**

With the backing of Silicon Valley biotech investors, Schatzberg and Belanoff in 1998 founded Corcept Therapeutics. The start-up obtained the exclusive license for the Stanford patents that no one else seemed to want. In exchange, the university got 10,000 shares of company stock plus annual fees and milestone payments.

Belanoff became the company's full-time chief executive officer. Schatzberg took a seat on the board of directors and a part-time post as chairman of the company's scientific advisory board, a job that now pays him $60,000 a year. He and his family were granted 3 million Corcept shares for $1,000 — today worth nearly $12 million.

He remained head of his department at Stanford, and continued as the principal investigator on several NIH grants, today totaling more than $1.3 million a year.

Beginning in 2000, Corcept sponsored a trial that recruited patients at six universities, including Stanford. Schatzberg, who says he played no direct role in the study, and the university had a substantial stake in the outcome of the trial -- and a classic conflict of interest.

Stanford had no conflict of interest committee at the time, so he reported his financial ties to the dean's office. After the committee was put in place in 2001, Schatzberg went before it ``to discuss in detail my research activities and my relationship with Corcept in order to ensure a clear separation of these interests."

Once the company was formed, Schatzberg decided he could no longer play a direct role in RU-486 studies in depression. But he remained principal investigator with overall responsibility for NIH grants that have paid for ongoing Stanford research on the drug Corcept hopes to market.

Schatzberg says he helped design the RU-486 studies being conducted on campus but leaves it to others to recruit patients, administer treatments and analyze results. Monitoring committees at NIH and Stanford review the studies to ensure patient safety.

However, Schatzberg acknowledges that he has considerable influence over the junior faculty members doing the studies. As chairman of psychiatry, he helps set their salaries and can affect their career advancement. And he continues as a co-author of the resulting papers.

Annually, he reports his Corcept holdings and his many other outside financial interests to the medical school's conflict of interest program manager. And he generally discloses his interest in Corcept, as well as other companies, when submitting professional papers or giving talks.

The med school's dean, Dr. Philip A. Pizzo, agrees that Schatzberg has played by the rules, describing him as ``a person of high integrity."

intended effect.

Dr. Jerome P. Kassirer, a former New England Journal of Medicine editor, puts it this way: "Once they've disclosed their conflicts, people feel pretty free to say whatever they want to say."

Another safeguard, put in place by Stanford in December 2002, requires that the university divest shares in companies like Corcept that have treatments being tested on campus, said Paul Costello, chief of communications at the medical school.

It did not do so until May 2004 — a few months after Corcept went public. The university gave the proceeds — about $100,000 — to Lucile Packard Children's Hospital, which is affiliated with Stanford.

However, the university continues to have a conflict: If Corcept succeeds in developing RU-486 for depression and other disorders, Stanford will get additional royalty and milestone payments. So far, Stanford has collected about $400,000.

`Dramatic' results

Two years after Corcept was founded, Schatzberg described the results of the small NIH-funded pilot study in Stanford Report, the university's weekly faculty and staff newspaper. In four of the first five patients, the results were "fairly dramatic," Schatzberg said.

"They stopped hearing voices and having pessimistic kinds of delusions, like they're dying or the world is ending," he was quoted as saying. "What's interesting is that the results are not effervescent. The patients feel better and it lasts."

The piece, which is still posted on Stanford's Web site, does not mention Schatzberg's financial ties to Corcept.

By June 2001, on the strength of these early findings, Corcept had raised $29 million from private sources. Four months later, the results of the five-patient pilot study were published in a scientific journal, claiming "a rapid reversal of psychotic depression."

Just before Christmas that year, Corcept filed plans with the Securities and Exchange Commission to raise as much as $90 million in an initial public stock offering. While the company waited to issue stock, Schatzberg, Belanoff and others reported in the journal Biological Psychiatry the results of the larger Corcept-sponsored study of RU-486 in 30 patients at six academic centers, including Stanford. Nearly two-thirds of the subjects who received higher doses, the study said, showed "significant reductions in their psychosis" during the one-week trial.

Enter the gadflies

Bernard Carroll recalls first reading the Biological Psychiatry study in his home-office in Carmel, where he runs his non-profit institute, the Pacific Behavioral Research Foundation.

"The `spin' was unmistakable," Carroll said. His reaction, he said, was "sadness and dismay at the low standards evident in the report and in the editorial commentary." That commentary, written by the journal's editors, described the work as a possible "paradigm shift in the treatment of depression."

Later that afternoon, he got a call from his friend Robert Rubin, then a professor of psychiatry at Drexel University and Allegheny General Hospital in Pittsburgh. The two

They sent such a letter to Biological Psychiatry. They criticized Schatzberg for claiming the drug ``may be the equivalent of shock treatments in a pill.'' They accused the authors of ``obfuscation'' and the editors of ignoring the study's ``fatal flaws.''

Schatzberg and Belanoff responded, saying the letter was an ``ad hominem attack,'' and that Carroll and Rubin had ``cut and pasted snips of quotes . . . and mis-characterized what we said.''

Weighing what to do with this unusually heated exchange, the journal's editors sent the correspondence to four outside, anonymous reviewers, who split, two and two, on whether the letter and response should be published. In the end, the editors decided not to print the exchange, setting the stage for Carroll and Rubin to go public in Puerto Rico.

``It was the suppression of our considered critique that caused us to pay increasing attention to Corcept's claims,'' Carroll said.

Schatzberg, however, says the failure of Biological Psychiatry and other journals to publish letters from Carroll and Rubin shows that their criticisms are not credible.

``These studies were not designed to allow you to really apply statistics,'' he said.

That is one of the critics' biggest complaints: They argue that all the studies of RU-486 in depressed patients published to date either do not apply statistical methods or do so incorrectly.

Carroll calls them ``experimercials'' -- a word he coined to describe scientific studies that create positive publicity for a particular prescription drug product.

``If there is an effect, they haven't produced the evidence,'' said Carroll. ``The closer you look, the more confused they appear to be, blinded to the data in their own studies because of commitment to their own therapy.''

``Until I'm shown otherwise, it's a house of cards,'' said Rubin, now chief of psychiatry at the Veterans Affairs of Greater Los Angeles and a professor at UCLA.

Two independent experts asked by the Mercury News to review the three key RU-486 studies co-written by Schatzberg side with Carroll and Rubin.

University of California-San Francisco Professor of Medicine Stanton A. Glantz, the author of ``Primer of Biostatistics,'' found several statistical errors in the papers he was asked to look at.

``These are elementary statistical methods,'' he said. ``They have applied them incorrectly.'' The result was to ``bias their results toward reporting an effect when the data doesn't justify that. Scientists shouldn't make these dumb mistakes.''

The other expert is Steven G. Self, a professor at the University of Washington, who heads the program in biostatistics and biomathematics at the Fred Hutchinson Cancer Research Center in Seattle.

Commenting on the 2002 paper in Biological Psychiatry, he said, ``there is no evidence at all'' for a meaningful difference in the response of patients given high doses of RU-486 and those given a very low dose presumed to have no effect at all. All you have to do is look at the data, he said, to see this. ``No formal statistics are required.''

Schatzberg said that applying statistical analyses to these small, preliminary case studies

treatments. He also suggests their grievances have nothing to do with his science.

Carroll said he was briefly hired by Schatzberg as a consultant on a five-year federal grant and given a courtesy Stanford appointment. He acknowledged he was paid $2,000 – not the $10,000 he thought he was entitled to. But Carroll said he is satisfied with the resolution. Rubin was passed over for a committee chairmanship of a psychiatric society when Schatzberg was president – a position he got the following year.

Both men deny that any personal slight or dispute played a role in their criticisms of Schatzberg. Responded Carroll: ``It's a smear.''

Everyone, including Schatzberg, agrees it will take large, carefully conducted studies to establish whether the drug is an effective treatment.

Eight years after it was founded, Corcept Therapeutics is pouring its money into doing just that. Corcept remains a small company, with just 11 full-time employees last year. Much of the company's work – manufacturing RU-486, testing it in patients and developing related drugs – is farmed out to other firms.

The company has completed two large, 200-patient trials of RU-486 in depression.

In one of those trials, four patients died, said Corcept CEO Belanoff, but three of those were in the comparison group, which was not given RU-486. The deaths, he said, were reported to the FDA, which allowed the trials to proceed. ``The real point is that these are sick people, period, medically as well as psychiatrically.''

While Corcept reported positive findings in both trials, neither delivered the statistically significant results needed to win FDA marketing approval. Worse still, for a drug hailed as a replacement for shock therapy, only ``a very small number of patients'' exhibited no symptoms, according to company filings.

To satisfy the FDA, the company is conducting two additional trials in the United States and a third in Europe, which could decide whether Schatzberg is finally vindicated. Results are expected later this year.

Schatzberg said he has made little money from his efforts. As part of the initial public offering in 2004, he offered to sell up to 750,000 shares of his stock at the IPO price of $12, but demand was weak and his shares were not sold. Last year, he made $109,000 selling some of his holdings.

But money is not what his work on RU-486 is all about, he said.

``We hope that in 2006 you're going to write a robust story about a breakthrough treatment that others have maligned,'' Schatzberg said. ``In the end the data will tell us if we're correct or not, and we hope we are correct.''

Contact Paul Jacobs at pjacobs@mercurynews.com or (530)756-0236.

The Mercury News is pleased to introduce a new feature that lets readers post comments about an article at the end of the article. Please increase the credibility of your post by including your full name and city when commenting.

**Recent Comments**
These days the less of medications you take the more longer you...

# EXHIBIT  7

# Corcept Therapeutics

### Events Calendar

- On September 18, 2006, Joseph K. Belanoff, M.D., Corcept's Chief Executive Officer, will be speaking at the 19th Congress of the European College of Neuropsychopharmacology (ECNP) in Paris, France.

- Joseph K. Belanoff, M.D., Corcept's Chief Executive Officer, will be speaking at the Bear Stearns 19th Annual Healthcare Conference scheduled for September 11 -12, 2006 at The Grand Hyatt Hotel in New York. Dr. Belanoff will review Corcept's clinical and corporate progress.

- Joseph K. Belanoff, M.D., Corcept's Chief Executive Officer, will be speaking at the Thomas Weisel Partners 2006 Healthcare Conference scheduled for September 6-8, 2006 at the Four Seasons Hotel in Boston. Dr. Belanoff will review Corcept's clinical and corporate progress.

- On August 23, 2006, Joseph K. Belanoff, M.D., Corcept's Chief Executive Officer, will be speaking at the 37th Annual Meeting of the International Society of Psychoneuroendocrinology (ISPNE) in Leiden, Netherlands.

- On July 12, 2006, Joseph K. Belanoff, M.D., Corcept's Chief Executive Officer, will be speaking at the 29th Annual Meeting of the Collegium Internationale Neuro-Psychopharmacologicum (CINP) in Chicago.

- Joseph K. Belanoff, M.D., Corcept's Chief Executive Officer, will be speaking at the C.E. Unterberg, Towbin Emerging Growth Opportunities Conference at the Mandarin Oriental Hotel in New York scheduled for July 11 - 12, 2006. Dr. Belanoff will review Corcept's clinical and corporate progress.

- Kate Beebe, Ph. D., Corcept's Senior Director of Clinical Development and Medical Affairs, will present a poster titled " Mifepristone for the Prevention of Olanzapine Induced Weight Gain in Rats" at the 46th annual NCDEU meeting (New Clinical Drug Evaluation Unit) on June 13, 2006 at 12:00 p.m.

- Charles DeBattista, MD, Corcept's Medical Consultant, will present a poster titled " Mifepristone for the Prevention of Olanzapine Induced Weight Gain in Rats" on December 12, 2005 at 5:30 PM at the American College of Neuropharmacology Conference in Hawaii.

- Joseph K. Belanoff, MD, Corcept's Chief Executive Officer, will be speaking at the Harris Nesbitt Focus on Healthcare Conference on December 8, 2005 at the Millennium Broadway Hotel in New York. Dr. Belanoff will review Corcept's clinical and corporate progress.

- Corcept's Chief Executive Officer, Joseph K. Belanoff, MD, will be speaking at the Rodman & Renshaw Techvest 7th Annual Healthcare Conference on November 9, 2005 at 9:25 AM at the New York Palace Hotel. A review of Corcept's clinical and corporate progress will be presented.

- Joseph K. Belanoff, MD, Corcept's Chief Executive Officer, will be speaking at the CE Unterberg, Towbin Emerging Growth Life Sciences Conference on October 26, 2005 at 1:20 PM at the New York Palace Hotel. Dr. Belanoff will review Corcept's clinical and corporate progress.

- Dr. Katherine Beebe, Corcept's Senior Director of Clinical Development and Medical Affairs, will present a poster titled " Mifepristone for the Prevention of Olanzapine Induced Weight Gain in Rats" on October 18, 2005 at 1:15 PM at the North American Association for the Study of Obesity Conference in Vancouver, Canada.

- Joseph K. Belanoff, MD, Corcept's Chief Executive Officer, will be speaking at the Thomas Weisel Partners Growth Forum 7.0 on June 13, 2005 at 3:15 PM at the Four Seasons Hotel in San Francisco. Dr. Belanoff will review Corcept's clinical and corporate progress.

- Joseph K. Belanoff, MD, Corcept's Chief Executive Officer, will be speaking at the 31st International Aldosterone Conference on June 2, 2005 at 1:00 PM at the Omni Hotel in San Diego. Dr. Belanoff will speak about Potential New Uses for Mifepristone: Psychotic Major Depression and Prevention of Antipsychotic Induced Weight Gain.

- Charles DeBattista, MD, Corcept's Medical Expert, will speak about "Resistant Depression" on May 21, 2005 at 7:00 PM at the American Psychiatric Association conference in Atlanta.

- Joseph K. Belanoff, MD, Corcept's Chief Executive Officer, will be speaking at the Wells Fargo Securities HealthCare Forum on March 1, 2005 at the St. Regis Hotel in New York City. Dr. Belanoff will review Corcept's clinical and corporate progress.

- Joe Belanoff, MD, Corcept's Chief Executive Officer, will be speaking at the Piper Jaffray 17th Annual Health Care Conference being held at the Pierre Hotel in New York City from January 25-27, 2005. Dr. Belanoff will review Corcept's clinical and corporate progress.

- Charles DeBattista, MD, Corcept's Medical Expert, will present a poster at The 43rd ACNP Annual Meeting in San Juan, Puerto Rico, on December 13, 2004 to be held at the Exhibition Center of the Caribe Hilton. The poster, titled "A Double-Blind, Placebo Controlled trial of C-1073 (Mifepristone) In the Treatment of Psychotic Major Depression".

- Fred Kurland, Corcept's Chief Financial Officer, will be speaking at the Harris Nesbitt "Focus on Healthcare" Investor Conference on Wednesday, December 8, 2004 at the Metropolitan Club, 1 East 60th Street in New York City. Mr. Kurland will review Corcept's clinical and corporate progress.

- Alan Schatzberg MD (a Corcept founder) will speak at the World Psychiatric Association International Congress on November 10, 2004 in Florence, Italy. He will be giving a talk entitled "Antidepressant interventions on the HPA system: use of glucocorticoid antagonists."

- Corcept will be speaking at the Rodman & Renshaw Techvest 6th Annual Healthcare Conference on October 27th, 2004 at the Waldorf Astoria Hotel, New York, NY.

- Alan Schatzberg, MD (a Corcept founder) will speak at the European College of Neuropsychopharmacology (ECNP) Annual Meeting on October 11, 2004 in Stockholm, Sweden. He will be giving a talk entitled "Cortisol receptor antagonists in the treatment of depression".

**Corcept Therapeutics**

# EXHIBIT  8

E X C E R P T E D   F R O M :

**RODMAN & RENSHAW TECHVEST HEALTHCARE CONFERENCE - OCTOBER 2004**

# THE WALL STREET
# TRANSCRIPT

**Questioning Market Leaders For Long Term Investors**

### THE FOLLOWING REPORT IS EXCERPTED FROM
### THE WALL STREET TRANSCRIPT

## COMPANY INTERVIEW

## DR. JOSEPH K. BELANOFF
## FRED KURLAND
Corcept Therapeutics Incorporated

**NOTICE**

The Wall Street Transcript does not in any way endorse or guarantee the accuracy or reliability of any of the information, statements or opinions expressed in the reports or comments of other firms or individuals. We take due care to report or transcribe accurately what has been written or said by others but because of the possibility of human or mechanical error, we cannot assume any liability for the correctness of the transcription. We point out further that, of course, all opinions expressed are subject to change without notice. Neither the information or any opinion which may be expressed constitutes a solicitation for the purchase or sale of any securities referred to herein. For further information, contact the individual or investment organization concerned.

**CHIEF EXECUTIVE OFFICER FORUMS/INTERVIEWS**

Important Note: Wall Street Transcript forums and interviews with Chief Executive Officers are published verbatim as editorial content and include "forward-looking statements" (as such term is defined in the United States Private Securities Litigation Reform Act of 1995). These "forward-looking statements" may be subject to and be made pursuant to the "safe-harbor" provisions of Section 27A of the United States Securities Act of 1933, as amended, and Section 21E of the United States Securities Exchange Act of 1934, as amended. Since these statements are based on factors that involve risks and uncertainties, actual results may differ materially from those expressed or implied by such "forward-looking statements". Such factors are often included in the company's filings of reports with the United States Securities and Exchange Commission, including Forms 10-K, 10-Q, 8-K and Proxy Statements; the company's annual and interim reports to shareholders and similar documents. In carrying out our responsibilities to our readers and to the Chief Executive Officers selected for forums or interviews, we are required to offer, and we offer, each Chief Executive Officer an opportunity to back-up the interview and provide our readers and potential investors with specific financial data, including earnings statements, balance sheet statements and other material business and financial data, through the sponsored publication of such reports or highlights therefrom, with meaningful information.

Founded 1963
Published by Wall Street Transcript Corporation
67 Wall Street, New York, NY 10005
Copyright 2004 Wall Street Transcript Corporation
All Rights Reserved

THE WALL STREET TRANSCRIPT - RODMAN & RENSHAW TECHVEST HEALTHCARE CONFERENCE - OCTOBER 2004

## C O M P A N Y     I N T E R V I E W

# Corcept Therapeutics Incorporated (CORT)



**DR. JOSEPH K. BELANOFF** is a co-Founder of Corcept Therapeutics Incorporated and has served as a member of the Board of Directors and as Chief Executive Officer since 1999. Dr. Belanoff is currently a faculty member and has held various positions in the Department of Psychiatry and Behavioral Sciences at Stanford University since 1992. From 1997 to 2001, he served as the Director of Psychopharmacology at the outpatient division of the Palo Alto Veterans Affairs Hospital. Dr. Belanoff received his BA from Amherst College and his MD from Columbia University's College of Physicians & Surgeons.



**FRED KURLAND** joined Corcept Therapeutics Incorporated as Chief Financial Officer in February 2004. Mr. Kurland served as Vice President and Chief Financial Officer of Genitope Corporation from 2002 until February 2004. From 1998 to 2002 he served as Senior Vice President and Chief Financial Officer of Aviron. Mr. Kurland served as Vice President and Chief Financial Officer of Protein Design Labs, Inc., from 1996 to 1998. From 1995 to 1996, Mr. Kurland served as Vice President, Chief Financial Officer and Secretary of Applied Immune Sciences, Inc. From 1991 to 1995, Mr. Kurland served as Vice President and Controller of Syntex Corporation. Mr. Kurland received his BS from Lehigh University and his JD and MBA degrees from the University of Chicago.

For reproduction permission contact Kenneth Wolfrath (212) 952-7400 Copyrighted material:

**SECTOR – PHARMACEUTICALS (SAW261) TWST: Would you begin with a brief history of Corcept Therapeutics and an overview of what you're currently doing?**

**Dr. Belanoff :** Corcept was founded because we believed that it is vitally important to come up with breakthrough treatments for serious psychiatric disorders. Specifically, Corcept emerged from the research that Alan Schatzberg and I did at Stanford University for the treatment of psychotic major depression. Psychotic major depression, or PMD, is a very severe psychiatric illness where people develop, in addition to all the symptoms of depression (poor appetite, poor sleep, suicidal thinking), hallucinations or delusional thinking. Hallucinations are seeing things that might not be there, hearing things not said. Delusional thinking is having a firmly held belief that can't be shaken by factual evidence. For example, people may believe that they are possessed by the devil or they may believe that they are dying of cancer even when it could be demonstrably shown to them that that is not the case.

**TWST: As I understand, there is a big difference between nonpsychotic depression and the psychotic major depression that you're working on?**

**COMPANY INTERVIEW — CORCEPT THERAPEUTICS INCORPORATED**

**Dr. Belanoff :** That's absolutely correct. Nonpsychotic depression is a common and important disorder. It is effectively treated by medicines like Prozac, Zoloft, Paxil and Lexapro, and it does not involve the dimension of having psychotic thinking, that is, delusions or hallucinations. Psychotic major depression is unable to be treated by standard antidepressant monothreapy. Again, drugs like Prozac, Zoloft, and Paxil are ineffective when used alone for psychotic major depression, which is recognized in the psychiatric community as a separate and severe disorder.

**TWST: What is the current treatment for PMD?**

**Dr. Belanoff :** The two major treatments for PMD at this point are electroshock therapy and a combination of antidepressant and antipsychotic medications. Electroshock therapy, or ECT, remains the gold standard treatment for psychotic depression but, of course, it has many issues surrounding it, not the least of which is that it's an expensive treatment, it's a treatment that takes time to work, and it causes memory loss in virtually 100% of the patients who are treated with it. There is no FDA approved pharmacologic treatment for psychotic major depression, but psychiatrists cobble together combinations of antidepressant and antipsychotic medications which are effective, but not as effective as electroshock therapy. Unfortunately, antipsychotic medications, in particular, have many side effects. Recently, the side effects of weight gain and very significantly increased risk of diabetes in patients who take antipsychotic medication have garnered attention both at the FDA and in the press. The idea that we could come up with a treatment that would spare people both ECT and antipsychotic medication was very compelling to us.

**TWST: Is ECT generally successful? And when you say the length of the treatment is substantial, what exactly do you mean by that?**

**Dr. Belanoff :** ECT is generally successful. I think it has a very good track record over what amounts to an 80-year period. I should point out that probably the only advance in ECT in the last 80 years is that we now give general anesthesia each time we give ECT, so that people don't break bones when their seizure is induced. It is important to keep in mind that ECT is not a single push of the button. It is six to 12 pushes of the button given over a three to six week period. So it is not even six to 12 pushes of the button, one each day; it is spread out over a longer period of time. One would not consider ECT a failure until probably 12 treatments have been tried over a period of about five or six weeks.

**TWST: What is the cost?**

**Dr. Belanoff :** The cost varies around the country. Involved in the cost is not just that of the psychiatrist, but for an anesthesiologist and a hospital recovery room. The total cost is billed at an average of $2,000 for each treatment. Recall, there are usually six to 12 treatments. In some parts of the country like New York, the cost is higher. In other parts of the country, it is lower.

**TWST: What is the patient population of PMD at this juncture? And what is the concept behind your potential cure?**

**Dr. Belanoff :** The population for PMD at this point is large, as is true for many psychiatric illnesses. It is estimated that in any given year about 15% to 20% of the country has depression, and of those about 15% to 20% have psychotic depression. So, the overall market for psychotic depression is perceived to be about 2-3 million people a year in the United States. And at this point we know that certainly not all of them are getting adequate treatment.

**COMPANY INTERVIEW — CORCEPT THERAPEUTICS INCORPORATED**

The concept behind our medicine really stems from research conducted over the last 20 years, showing that the hormone cortisol, often referred to in the press as the stress hormone, is aberrant in psychotic depression. Levels tend to be higher and the rhythm of release of cortisol through the day tends to be off. As a consequence, looking for a medication that affected the cortisol system seemed to be a look in the right direction. However, it wasn't until the early 1990s when it was really understood that in the brain there were two receptors for cortisol, now called GR-I and GR-II, that there was a specific target. GR-II is only activated when cortisol levels are high, and the medication that we use, CORLUX™, is quite effective at blocking the GR-II receptor, while not touching the GR-I receptor, or frankly, any other receptor except for the progesterone receptor.

**TWST: What have your trials proven up to now and where are you in terms of commercialization?**

**Dr. Belanoff :** At this point in time, what we are working on is demonstrating the efficacy and safety of CORLUX for psychotic depression. We've now tested about 500 patients, and we certainly have gotten a strong signal that CORLUX may be effective in rapidly reversing the psychotic symptoms of psychotic major depression, and that the effect is sustained over a period of weeks to months. Right now, under two Special Protocol Assessments, or SPAs, that we received from the FDA in late August, we are just now beginning our pivotal Phase III trials testing CORLUX for psychotic major depression.

**TWST: How long do you believe the trials are going to last?**

**Dr. Belanoff :** We expect to have top line results from our pivotal trials in the first half of 2006.

**TWST: Are there any other indications that you would be working with behind the same concept?**

**Dr. Belanoff :** Yes. As a matter of fact, we believe that blocking the GR-II receptor is very consequential in a number of psychiatric illnesses. We have a Phase II study in progress right now for COR-LUX in early Alzheimer's disease, and we hope to have results from that Phase II study by the end of 2005. There are a whole variety of other disorders as well which we eventually hope to be able to begin clinical proof-of-concept studies on, including stress disorders and mild cognitive impairment.

**TWST: Does the company at this point have any partnerships or relationships with other companies, and do you plan to go ahead alone as far as CORLUX is concerned?**

**Dr. Belanoff :** We've actively chosen to not have partnerships with major pharma companies despite several serious overtures, and the reason for that is that CORLUX for psychotic major depression is truly a unique opportunity. The market is large but very concentrated. Psychotic major depression is not treated by your average psychotherapist. Tertiary care is where it is most often treated; in fact, electroshock therapy is only performed by about 1,000 psychiatrists in the country; 300 centers do approximately 85% of the procedures. Even the next group of patients beyond those receiving ECT, are being treated by an estimated 2,500 psychopharmacologists. So, we believe that because of the concentration of the market, we can comfortably commercialize COR-LUX for PMD ourselves. We don't know if the number of reps we need is 30, 50 or 75, but we know it is not 1,000. As a consequence, we've decided to give up none of the economics to a partner at this point.

**TWST: What about the potential for future partnerships?**

**Dr. Belanoff :** The potential for future partnerships is disorder dependent. For instance, it's very hard for me to imagine that should this medication work for Alzheimer's disease, the market is

one we can adequately serve by ourselves. It's simply too broad. Many patients with Alzheimer's disease are treated by primary care physicians. So, should some of the disorders that we have a desire to work on prove to be successfully treated by COR-LUX, then we will certainly consider a partner.

**TWST: So you feel that the marketing that will be required for PMD is going to be less complicated than for Alzheimer's?**

**Dr. Belanoff :** Yes, I think that that's true. PMD is not a direct-to-the-consumer market. This is a market which will be approached by reaching the people who are actually treating these patients right now, the doctors who are primarily in-hospital and around hospital, treating the most severe type of psychiatric illnesses. That's one market we feel we could reach with a relatively small, highly focused sales and marketing organization. Alzheimer's is much more broadly treated and I think it would be difficult for a company of our size to adequately reach the appropriate physicians and patients.

**TWST: Given the urgency of coming up with a solution for PMD that is, of course, better than the shock treatment described earlier, what has been the stance of the FDA?**

**Dr. Belanoff :** We have already received fast-track status from the FDA; to my knowledge, I think we are the only company in the psychiatric field to have received fast-track status. Psychotic major depression is a very serious disorder. It does appear that our medication has the potential for efficacy. As a consequence, the FDA has been quite helpful in planning our studies. As I mentioned previously, we recently chose the Special Protocol Assessments program and received SPAs for two of our pivotal trials in the United States. So the FDA actually has been really quite helpful in pushing along this program in the hopes that we can find a successful treatment for this very severe disorder.

**TWST: How does the balance sheet look to you? Is it in place to accomplish all of your goals?**

**Dr. Belanoff :** At the end of June, we had $55 million in the bank and no debt, and the most important thing about that is we believe that these funds will take us all the way through our PMD development program through an NDA submission. While we will be opportunistic regarding raising additional capital, the key point here is that we do not have to raise any more money until after we have the results from our pivotal Phase III psychotic major depression trials.

**TWST: Could you share with us the expertise of members of the management team?**

**Dr. Belanoff :** I think the management team is the greatest strength behind Corcept. Dr. Robert Roe, who is our President and head of development, ran development at Syntex Corporation for many years, has had 19 successful NDAs, and is as good a development executive as I think you can find anywhere in the world. Fred Kurland, our CFO, has been the CFO of five publicly traded companies, and we were very pleased that he was able to join us before we began the IPO process to help us make the transition from a private to a public company.

**TWST: Could you share with us your expertise?**

**Dr. Belanoff :** I'm a psychiatrist by training. I was a scientific founder and I have been the CEO of Corcept since 1999. I have had the opportunity of being on both the scientific side and the business side to manage the company's progress to where it is today.

**TWST: What should be the next milestone or benchmark that investors should be looking for?**

**Dr. Belanoff :** The next milestones or benchmarks that will come along are the com-

**COMPANY INTERVIEW — CORCEPT THERAPEUTICS INCORPORATED**

mencement of two more pivotal clinical trials in the near future, and the presentation of our clinical data at scientific conferences, and in papers published in peer reviewed journals. As I mentioned earlier in the interview, we will have results from our Alzheimer's study in 2005 and the results of two of our pivotal PMD trials in the first half of 2006. The other milestone that I think is very important to point out that we have not yet discussed is that we have discovered follow-on medications for the blockade of the GR-II receptor. The importance of these particular compounds is they do not block the progesterone receptor, and as a consequence, may be very more amenable to outpatient disorders such as mild cognitive impairment and stress disorders.

To sum it all up, we have a very active compound right now in late-stage development and we also have the next-generation of compounds in our stable, soon to go into IND-enabling toxicology studies.

**TWST: Are you happy as to where you share price is?**

**Dr. Belanoff :** Like most development stage companies, our stock price in the short term is largely a function of the accomplishment of milestones. We are pleased with the progress we have made in developing CORLUX for the treatment of the psychotic features of PMD, in our Alzheimer's disease program and in our discovery programs. Since becoming a public company, our most significant milestone has been reaching SPA agreements with the FDA for our pivotal clinical studies in the United States. We expect the market will reflect continued progress in achieving milestones.

**TWST: How aggressive is your investor relations program to get your message out to shareholders, potential shareholders?**

**Dr. Belanoff :** I'd like for Fred Kurland, our CFO to respond to that question.

**Mr. Kurland (CFO):** We do a number of things, which are not uncommon in our industry. We, of course, maintain our website, but perhaps more important than that, we are actively engaged in presenting the company on a regular basis in investment meetings that are sponsored by various institutions, including investment banks. For example, our next presentation is on October 27 in New York at the Waldorf-Astoria. Additionally, we are very responsive to investors and potential investors who call or e-mail us and ask us to acquaint them with our story.

**TWST: What in summary would be the key message that you would wish to convey to investors?**

**Mr. Kurland:** The key message is that first and foremost, we are in pivotal Phase III trials with a product candidate that has already shown good results in Phase II tests, that the trials are moving right along, and that we expect to have results in the first half of 2006. That's the key message along with the fact that the market that we are attempting to serve is a large one and one where the medical need is unmet.

**TWST: Thank you. (WT)**

**DR. JOSEPH K. BELANOFF**
 **CEO**
**FRED KURLAND**
 **CFO**
**Corcept Therapeutics Incorporated**
**275 Middlefield Road**
**Suite A**
**Menlo Park, CA 94025**
**(650) 327-3270**
**(650) 327-3218 - FAX**
**www.corcept.com**
**e-mail: ir@corcept.com**

# EXHIBIT  9

# MIFEPRISTONE (RU486) IN THE TREATMENT OF PSYCHOTIC DEPRESSION: RE-EVALUATION OF PUBLISHED DATA

Robert T. Rubin[1] and Bernard J. Carroll[2]

[1]Center for Neurosciences Research,
Allegheny-Singer Research Institute,
320 East North Ave.,
Pittsburgh, PA 15212

[2]Pacific Behavioral Research Foundation,
P.O. Box 223040, Carmel, CA 93922

Poster presented at the 43rd Annual Meeting,
American College of Neuropsychopharmacology,
San Juan, PR, 12-16 December 2004

## Abstract (revised)

Increased HPA axis activity occurs in 30-50% of patients with major depression, more often in psychotic depression. Under the hypothesis that increased HPA axis activity may underlie some of the symptoms of psychotic depression, reduction of the effects of the glucocorticoid, cortisol, have been attempted by suppression of cortisol synthesis and by glucocorticoid receptor blockade.

Mifepristone (RU486), a progesterone receptor inhibitor and glucocorticoid receptor inhibitor at higher doses, is the latest endocrine treatment to be investigated. There have been three published studies to date, all reported as positive (1-3). In the first (N = 5), two placebo cells were eliminated post hoc because they were considered a drug carryover effect. Our paired-data analysis yielded a clearly nonsignificant mifepristone effect (p < 0.30). In the second study (N = 30), most subjects did not show increased HPA axis activity, and many failed to show the expected HPA response to mifepristone. And, no statistical analysis of the outcome data was given — our analysis again yielded a clearly nonsignificant mifepristone effect (p ~ 0.25). In the third study, mifepristone added to standard treatment of bipolar depression (N = 20), significant improvement in mood occurred one week after mifepristone was stopped, but neither immediately after treatment nor two weeks later. Finally, in large, double-blind trials (N > 200), only a few patients became asymptomatic, with no significant drug-placebo differences (4,5).

Thus, all the published data on mifepristone to date indicate it is not significantly better than placebo for treating the primary symptoms of psychotic depression. Our re-examination of these data supports the principle that appropriate and thorough statistical analysis of outcomes is needed in all published drug studies to accurately develop a therapeutic profile of a drug, starting with its earliest clinical testing. Additionally, for a drug based on an endocrine principle, internal validation, by endocrine measures, of the patient sample and its treatment is important.

1

## Introduction

"Mifepristone (Mifeprex), widely known as the 'abortion pill' RU-486, was approved by the US Food and Drug Administration several years ago as an oral medication for early pregnancy termination and has been used by *millions of patients*. But in addition to its antiprogesterone activities, at higher concentrations mifepristone is a highly selective glucocorticoid receptor antagonist. For many years, the hypothalamic-pituitary-adrenal axis has figured in biological theories of depression, in which hormonal feedback loops may not be functioning properly. In 1985, Schatzberg and coauthors [6] attributed the delusions of psychotic depression to excessive glucocorticoid activity, possibly due to over-production by the adrenal cortex." (7)

---

**BRIEF REPORTS**

### Rapid Reversal of Psychotic Depression Using Mifepristone

JOSEPH K. BELANOFF, MD, BERNARD H. FLORES, MD, MICHELLE KALEZHAN, PhD, BRENDA SUND, RN, AND ALAN F. SCHATZBERG, MD

*Department of Psychiatry, Stanford University Medical Center, Stanford, California*

The rationale for treating psychotic major depression with glucocorticoid receptor (GR) antagonists is reviewed. Five patients with psychotic major depression were given 600 mg of mifepristone in a 4-day, double-blind, placebo-controlled crossover study. All the patients completed the protocol and adverse effects were not observed or reported. All of the five patients showed substantial improvements in their Hamilton Rating Scale for Depression scores while they were receiving mifepristone, and four of the five patients showed substantial improvement in their Brief Psychiatric Rating Scale scores. Little, if any, improvement was seen with placebo. These preliminary results suggest that short-term use of GR antagonists may be effective in the treatment of psychotic major depression and that additional study, perhaps using higher doses or more treatment days, seems warranted. (J Clin Psychopharmacol 2001;21:516-521)

TABLE 2. Individual HAM-D and BPRS scores*

| Subject No. | HAM-D | | | BPRS | | |
|---|---|---|---|---|---|---|
| | Day 1 | Day 3 | Day 5 | Day 1 | Day 3 | Day 5 |
| 1 (mifepristone first) | 30 | 22 | 10 | 49 | 40 | 25 |
| 2 (placebo first) | 38 | 35 | 31 | 31 | 37 | 41 |
| 3 (placebo first) | 23 | 19 | 17 | 32 | 35 | 20 |
| 4 (placebo first) | 31 | -28 | 21 | 23 | 44 | 28 |
| 5 (mifepristone first) | 45 | 37 | 38 | 44 | 42 | 34 |

*HAM-D, Hamilton Rating Scale for Depression; BPRS, Brief Psychiatric Rating Scale.



Report: Mean absolute decline in HAM-D was 8.0 on mifepristone and 1.7 on placebo, $F = 5.01$; $df = ??$ (1,6); $p < 0.07$.

Rubin: Mean absolute decline in HAM-D was 8.0 on mifepristone and 3.6 on placebo; paired $t = 1.28$; $df = 4$; $p < 0.30$

Mean % decline in HAM-D was 24.6 on mifepristone and 15.6 on placebo; paired $t = 0.76$; $df = 4$; $p < 0.50$

Report: Mean absolute decline in BPRS was 10.2 on mifepristone and −0.3 on placebo; no statistical analysis was done.

Rubin: Mean absolute decline in BPRS was 10.2 on mifepristone and 0.2 on placebo; paired $t = 1.74$; $df = 4$; $p < 0.20$

Mean % decline in BPRS was 20.0 on mifepristone and 0.2 on placebo; paired $t = 1.55$; $df = 4$; $p < 0.20$

---

PRIORITY COMMUNICATION

## An Open Label Trial of C-1073 (Mifepristone) for Psychotic Major Depression*

Joseph K. Belanoff, Anthony J. Rothschild, Frederick Cassidy, Charles DeBattista, Blasne-Emile Baulieu, Clifford Schold, and Alan F. Schatzberg

Background: The rationale for treating patients with psychotic major depression (PMD) with glucocorticoid receptor (GR) antagonists is explained.

Methods: Thirty patients with PMD, with Hamilton Rating Scale for Depression (HAMD-21) scores of 18 or greater, were assigned to an open label trial to receive 50 mg, 600 mg, or 1200 mg of mifepristone for 7 days.

Results: All the subjects completed the protocol; there were no dropouts. Side effects were mild and episodic. Of 19 subjects in the combined 600- and 1200-mg group, 13 had a 30% or greater decline in their Brief Psychiatric Rating Scale (BPRS) scores, compared with 4 of 11 in the 50-mg group. In the 600- and 1200-mg group, 12 of 19 subjects showed a 50% decline in the BPRS positive symptom subscale, a more sensitive index for the symptoms seen in PMD, compared with 3 of 11 in the 50-mg group; 8 of 19 subjects in the 600- and 1200-mg group had a 30% decline in the HAMD-21, compared with 2 of 11 in the 50-mg group.

Conclusions: These results suggest that short term use of GR antagonist may be effective in the treatment of psychotic major depression and that further blinded studies are warranted. Biol Psychiatry 2002;52: 386–392 © 2002 Society of Biological Psychiatry

Table 3. Cortisol and Adrenocorticotropic Hormone (ACTH) Measures: C-1073 (Mifepristone) for Psychotic Major Depression by Dose

| | 50 mg n = 11 | 600 mg n = 10 | 1200 mg n = 9 |
|---|---|---|---|
| Baseline cortisol (SD) (ug/dL) | 17.4 (6.1) | 8.9 (4.3) | 8.9 (4.4) |
| Day 7 change from baseline cortisol (SD) | .5 (5.5) | 20.5 (16.9)* | 18.7 (13.5)* |
| Baseline ACTH (SD) (pg/ml) | 22.9 (9.5) | 18.1 (9.3) | 16.1 (7.4) |
| Day 7 change from baseline ACTH (SD) | .5 (5.5) | 19.3 (19.3)* | 18.4 (17.1)* |

*p < .05
†p < .01

Mean baseline plasma cortisol (average of 30-min sampling 1300–1600 h) was *not* elevated in any of the three subject groups.

   9/30 subjects had baseline cortisol > 9.7 µg/dl (Halbreich's mean of 6.9 + 1 SD [8])
   6/30 subjects had baseline cortisol > 12.5 µg/dl (Halbreich's mean of 6.9 + 2 SD [8])

Mifepristone 50 mg produced no change in cortisol or ACTH.

Mifepristone 600 mg significantly increased both cortisol and ACTH, due to blockade of cortisol receptors and interruption of negative feedback of cortisol at the hippocampus and pituitary.

Mifepristone 1200 mg also significantly increased cortisol and ACTH, to the same degree as the 600 mg dose.

Table 2. Efficacy Measures: C-1073 (Mifepristone) for Psychotic Major Depression by Dose

| | 50 mg | 600 mg | 1200 mg | 600 mg + 1200 mg |
|---|---|---|---|---|
| HAM-D responders | 2/11 (18.2%) | 5/10 (50%) | 3/9 (33%) | 8/19 (42.1%) |
| BPRS responders | 4/11 (36.4%) | 7/10 (70%) | 6/9 (67%) | 13/19 (68.4%) |
| BPRS Positive Symptom Scale | 3/11 (27.3%) | 6/10 (60%) | 6/9 (67%) | 12/19 (63.2%) |

HAM-D, Hamilton Rating Scale for Depression; BPRS, brief psychiatric rating scale.

Report: No statistical analyses done on psychiatric outcome measures

Rubin: Comparison of responders to 50 mg vs responders to 600 + 1200 mg:
   HAM-D (50%):   2/11 vs 8/19; $\chi^2 = 1.65$; df = 1; p ~ 0.25 (no Yates corr.)
   BPRS (50%):   4/11 vs 13/19; $\chi^2 = 2.83$; df = 1; p ~ 0.08 (no Yates corr.)
   BPRS-PSS (50%):   3/11 vs 12/19; $\chi^2 = 3.60$; df = 1; p ~ 0.06 (no Yates corr.)

Carroll: Comparison of HAM-D scores across the three doses in 15 subjects with Δ cortisol > 100% of baseline: F = 0.142; df = 2, 12; p ~ 0.90

Carroll: Comparison of HAM-D responders in 16 subjects with baseline cortisol < 9 and Δ cortisol < 100% vs 5 subjects with baseline cortisol > 9 and Δ cortisol > 100%: Fisher Exact Test; p ~ 0.60

Carroll: Comparison of baseline cortisol in 10 HAM-D responders vs 20 HAM-D nonresponders: t = −1.29; df = 28; p ~ 0.20

Carroll: Comparison of baseline cortisol in 17 BPRS responders vs 13 BPRS nonresponders: t = −0.53; df = 28; p ~ 0.60

4

# Improvements in Neurocognitive Function and Mood Following Adjunctive Treatment with Mifepristone (RU-486) in Bipolar Disorder

Allan H Young*[1], Peter Gallagher[1], Stuart Watson[1], Delores Del-Estal[1], Bruce M Owen[1] and I Nicol Ferrier[1]

[1]Stanley Research Centre, School of Neurology, Neurobiology and Psychiatry, University of Newcastle upon Tyne, UK

High cortisol levels are found in severe mood disorders, particularly bipolar disorder. Hypercortisolemia may cause or exacerbate both neurocognitive impairment and depressive symptoms. We hypothesized that anti-glucocorticoid treatment, particularly corticosteroid receptor antagonists, would improve neurocognitive functioning and attenuate depressive symptoms in this disorder. To test this hypothesis 20 bipolar patients were treated with 600 mg/day of the corticosteroid receptor antagonist mifepristone (RU-486) or placebo for 1 week in a double-blind crossover design. Over the total 6 weeks of the study, neurocognitive and neuroendocrine function were evaluated at baseline, days 21 and 42. Mood symptoms were evaluated weekly. Nineteen subjects completed the protocol, there were no drop-outs due to adverse events. Following treatment with mifepristone, selective improvement in neurocognitive functioning was observed. Spatial working memory performance was significantly improved compared to placebo (19.2% improvement over placebo). Measures of verbal fluency and spatial recognition memory were also improved after mifepristone. Beneficial effects on mood were found. Hamilton Depression Rating Scale scores were significantly reduced compared to baseline (mean reduction of 5.1 points) as were Montgomery-Asberg Depression Rating Scale scores (mean reduction of 6.05 points). No significant change occurred after placebo. These data require replication but provide preliminary evidence that glucocorticoid receptor antagonists may have useful cognition-enhancing and possibly antidepressant properties in bipolar disorder.

Neuropsychopharmacology advance online publication, 5 May 2004; doi:10.1038/sj.npp.1300471

Keywords: bipolar disorder; antiglucocorticoid; glucocorticoid receptor; cortisol; mood; memory

---

20 bipolar patients on standard pharmacotherapy
    17 – mood stabilizer, 13 – antidepressant, 11 – antipsychotic

Mifepristone (600 mg/day) added for 7 days
    Double-blind, placebo-controlled crossover design

12 neurocognitive measures at baseline and day 21

4 mood measures at baseline and days 7, 14, 21

Significant improvement in spatial working memory (error reduction)
    at 21 days: Mifepristone 21%, Placebo 12%; p < .02

Significant improvements in mood measures only at day 14
    HAM-D: 5 points, p = .02; MADRS: 6 points, p < .03;
    BPRS: 4 points, p < .05

    No significant mood improvement at day 7 or 21

No correction of the many significance levels for multiple tests
Least conservative correction yields all nonsignificant differences

5

## Abstracts of 42nd Annual ACNP Meeting, 2003

**43. C-1073 (MIFEPRISTONE) VS. PLACEBO ADD-ON TO TREATMENT AS USUAL IN PATIENTS WITH PSYCHOTIC MAJOR DEPRESSION**

*Charles DeBattista\**

*Psychiatry, Stanford University, Stanford, CA*

*Sponsor: Alan Schatzberg*

Background: Psychotic major depression (PMD) is characterized by abnormalities in the hypothalamic pituitary adrenal axis. Recent studies have suggested that the glucocorticoid receptor antagonist, C-1073 (mifepristone), might be rapidly effective in the treatment of PMD. In this study, the effects of adding C-1073 to the usual treatment of PMD patients are compared with those of adding placebo. Methods: Patients who met DSM IV criteria for PMD were randomized 1:1 to under either C-1073 or placebo for 7 days in addition to continuing stable doses of their usual treatment. Standard scales for assessing psychosis and depression were completed at days 1,3,7,14 and 28. Primary efficacy was defined by a 30% reduction in psychosis at day 7 sustained to day 28. Results: 206 patients were randomized and received at least one dose of study medication. Both ... C-1073 treated patients improved more rapidly than did patients in the control group. Furthermore C-1073 treated patients were significantly more likely to achieve a partial response on measures of depression and psychosis by day 7 and sustain this response to day 28 than were placebo treated patients. In addition, C-1073 treated patients were significantly less likely to be prescribed an antipsychotic or ECT. The rate of adverse events on C-1073 was similar to the rate of adverse events reported on placebo. Conclusions: This study provides evidence that the glucocorticoid receptor antagonist, C-1073, might have a role to play in the treatment of psychotic depression.

## Testimonials to Mifepristone – I

Considerable enthusiasm for mifepristone has been expressed by members of the academic community. Some plaudits have come from individuals with a major financial stake in Corcept Therapeutics, the company attempting to bring mifepristone to market:

Belanoff: *"Rapid reversal of psychotic depression..."* (1)
    Corcept co-founder, Chief Executive Officer, and Director; at IPO (5) owned 3,000,000 shares of stock.

Schatzberg: *"...may have more rapid effects than atypical antipsychotic-antidepressant combination..."* (8)

Schatzberg: *"...the equivalent of shock treatments in a pill..."* (10)

Schatzberg: *"ECT in a bottle!"* (7)
    Corcept co-founder and Director; at IPO (5) owned 3,000,000 shares of stock; is Chair of Scientific Advisory Board.

6

## Testimonials to Mifepristone -- II

Nemeroff: *"...impressive studies indicating...mifepristone is very effective in...psychotic depression."* (11)

Nemeroff: *"...results particularly striking in...consistency and rapidity of response."* (12)
Corcept Scientific Advisory Board member; at IPO (5) held options on 60,000 shares of stock.

DeBattista: *"...cortisol is extremely elevated in psychotically depressed patients."* (13)
Corcept Medical Director; owns undisclosed number of shares of stock.

McEwen: *"It is a good solution and has been used in something called psychotic depression...there is no other treatment available except electroconvulsive shock therapy..."* (14)
Corcept Scientific Advisory Board member; at IPO (5) held options on 60,000 shares of stock.

## Conclusions

In contrast to the aforementioned statements about its impressive utility in rapidly reversing psychotic major depression, the available clinical trials data indicate that mifepristone is of questionable efficacy. In the three published studies to date, there was no significant drug effect when appropriate statistical analyses were applied to the data. In large double-blind trials, only a small number of patients became asymptomatic, with no significant difference between drug and placebo. Furthermore, an endocrine proof of concept (reduction of "extremely elevated" cortisol in psychotic depression) has not been established. Should mifepristone, therefore, be considered "ECT in a bottle"? (15)

7

## Clinical Drug Trials – Some Lessons Learned

Maintain consistent, clinically salient endpoints.

Conduct appropriate and thorough statistical analyses.

Avoid *post hoc* secondary analyses and anecdotes.

For a drug based on an endocrine principle:

1. Internally validate the patient sample with endocrine measures (e.g., elevated cortisol as a hallmark of psychotic depression).

2. Validate treatment efficacy by relevant endocrine markers (e.g., elevation of ACTH and cortisol by a cortisol receptor antagonist; suppression of cortisol by a synthesis inhibitor).

Avoid exaggerated claims of efficacy.

## References

1. Belanoff JK, Flores BH, Kalezhan M, Sund B, Schatzberg AF (2001) *J Clin Psychopharmacol* 21:516-521.
2. Belanoff JK, Rothschild AJ, Cassidy F, DeBattista C, Baulieu E-E, Schold C, Schatzberg AF (2002) *Biol Psychiatry* 52:386-392.
3. Young AH, Gallagher P, Watson S, Del-Estal D, Owen BM, Ferrier IN (2004) *Neuropsychopharmacology* 29:1538-1545.
4. DeBattista C (2003) *Abstr 42nd Annu ACNP Meet, San Juan, PR.*
5. Corcept Therapeutics Inc.: SEC IPO Registration, 10 Feb 04; Initial Prospectus, 19 Mar 04.
6. Schatzberg AF, Rothschild AJ, Langlais PG, Bird ED, Cole JO (1985) *J Psychiatr Res* 19:57-64.
7. Golenberg AJ (2003) *Biol Ther Psychiatry* 26:1.
8. Halbreich U, Zumoff B, Kream J, Fukushima DK (1982) *J Clin Endocrinol Metab* 54:1262-1264.
9. Schatzberg AF (2003) *J Clin Psychiatry* 64(suppl 1):19-23.
10. Stanford University School of Medicine, Office of Communications & Public Affairs Press Release, 1 August 2002.
11. Nemeroff CB (2002) *Nature Neurosci* 5(suppl):1068-1070.
12. Nemeroff CB (2002) *Hum Psychopharmacol* 17:S13-S16.
13. DeBattista C quoted in Holden C (2003) *Science* 302:810-813.
14. McEwen BS (4 Dec 2002) Interview: *Fresh Air, National Public Radio.*
15. Rubin RT (2004) *Am J Psychiatry* 161:1722.

# EXHIBIT  10

Page 1 of 2

Yahoo!   My Yahoo!   Mail

**YAHOO!** FINANCE
Message Boards

**Sign In**
New User? Sign Up

Search
the Web | [Search]

Message Boards Home – Help







Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

## Yahoo! Message Boards: CORT

Options | Edit Public Profile

Add to My Yahoo

< Previous | Next > | [ First | Last | Msg List ] Msg #: [____] [Go] Reply

Recommend this Post                     Ignore this User | Report Abuse

**The bottom line**                      08/23/05 10:43 pm
by: stanfordinsider                      Msg: 230 of 283

I agree with Shockman. The insiders in Corcept know the data, have seen the data. The CEO is a Psychiatrist. He has been selling the shares as fast as he can. The CEO and the company create press releases to raise the price of the stock and then sell on the news. It rikes me as fraudulent.

Message Thread [ View ]                  Profanity filter is Off [ Turn On ]

< Previous | Next > | [ First | Last | Msg List ] Msg #: [____] [Go] Reply

[_____]  [ Search ]

◉ All   ○ Subject   ○ Message Text   ○ Authors

ADVERTISEMENT

F F F F F F F F F F F F F F
F F F F F F F F F F F F F F
F F F F F M O N K E Y F F F
F F F F F F F F F F F F F F
F F F

**FIND THE HIDDEN WORD.**
1) MONKEY

**YAHOO!**

**CORT Snapshot**
CORT 14-Nov 2:39pm (C)Yahoo

4.86
4.84
4.82
4.80
     10am    12pm    2pm    4pm

CORT  4.85  +0.03  +0.62%

[ Get Quotes ]

Delayed data
providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

E-9

Page 1 of 2

Yahoo! My Yahoo! Mail

**YAHOO!** FINANCE     **Sign In**     Search the Web     [Search]
Message Boards     New User? Sign Up     Message Boards Home - Help








Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

# Yahoo! Message Boards: CORT

Options - Edit Public Profile

Add to My Yahoo

**< Previous | Next >** [ First | Last | Msg List ] Msg #: [     ] [Go] 📝**Reply**

ADVERTISEMENT

**Recommend this Post**

Ignore this User | Report Abuse

**The inside story**
by: stanfordinsider

10/17/05 01:22 pm
Msg: 271 of 283

I worry about my position here at Stanford since it is becoming clear to me that charlie robb is within Corcept (most likely Schatzberg or Belanoff). The word here at Stanford is that the Dean of the medical school has hired an outside expert panel to review Schatzberg's use of his Psychiatry Chair position at Stanford to promote Corcept's drug.

My guess is the SEC will soon follow. Most of the Psychiatric community believes the drug doesn't work and is not practical; it is unlikely the FDA will ever approve it. The Corcept founders realize this and despite their public endorsements regarding the wonders of RU-486 have been selling since the IPO (or have been having their proxy friends and family selling).

**FIND THE BALL**

YAHOO!

**CORT Snapshot**
CORT 14-Nov 2:39pm (C)Yahoo

4.86
4.84
4.82
4.80
    10am    12pm    2pm    4pm

**Message Thread** [ View ]     Profanity filter is Off [ Turn On ]

**< Previous | Next >** [ First | Last | Msg List ] Msg #: [     ] [Go] 📝**Reply**

CORT 4.85 +0.03 +0.62%

[ Get Quotes ]

Delayed data
providers - disclaimer

[                    ]     [ Search ]

⦿ All   ○ Subject   ○ Message Text   ○ Authors

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

E-10

Yahoo! CORT

Yahoo! My Yahoo! Mail

 **FINANCE** *Message Boards*

Sign In
New User? Sign Up

Search the Web 

Message Boards Home - Help

  

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

Options – Edit Public Profile

## Yahoo! Message Boards: CORT

Add to My Yahoo

< Previous | Next > [ First | Last ] Msg List | Msg #: [____] Go | Reply

ADVERTISEMENT

Recommend this Post

Ignore this User | Report Abuse

### Update from Grand Rounds
by: stanfordinsider

10/28/05 03:51 pm
Msg: 278 of 279

Cameras     MP3 Players     S

Study 06 has recruited 140 patients. Target=440. Sites not recruiting have been terminated. Trying to bring new sites online.

Cardiac-related deaths in trial. Believed to be secondary to rise in cortisol in periphery after blockade of central cortisol receptor.

Cell Phones     Handbags     La

Trial of Organon's cortisol-recptor antagonist going better.

Message Thread [ View ]

< Previous | Next > [ First | Last ] Msg List ] Msg #: [____] Go | Reply.

Profanity filter is Off [ Turn On ]

[____] Search
◉ All  ○ Subject  ○ Message Text  ○ Authors

**CORT Snapshot**
CORT 31-Oct 10:31am (C)Yahoo
5.000
4.995
4.990
4.985
10am    12pm    2pm    4pm
CORT 4.99  +0.00  +0.00%
Get Quotes
Delayed data
providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

E-11