Robert A. Bleicher (Bar No. 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
Anthony Rothschild

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No.: C 07-03795 JW<br><br>**APPENDIX OF CALIFORNIA STATE AUTHORITIES IN SUPPORT OF DEFENDANT DR. ANTHONY ROTHSCHILD'S SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA'S STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION (ANTI-SLAPP) STATUTE**<br><br>**Date:** October 22, 2007<br>**Time:** 9:00 am<br>**Courtroom:** 8<br>**Judge:** Hon. James Ware |

///

///

///

///

///

///

Appendix Of California State Authorities In Support Of
Def. Dr. Anthony Rothschild's Special Mot. To Strike Pursuant
to California's Strategic Lawsuit Against Public Participation (Anti-SLAPP) Statute

Case No. C 07-03795 JW

Dr. Anthony Rothschild respectfully submits the following appendix of California state authorities in support of his Special Motion to Strike Pursuant To California's Strategic Lawsuit Against Public Participation (Anti-SLAPP) Statute as follows:

## CASE LAW

| | |
|---|---|
| Exhibit 1 | Ampex Corp. v. Cargle, 128 Cal. App. 4th 1569 (2005) |
| Exhibit 2 | Annette F. v. Sharon S., 119 Cal. App. 4th 1146 (2004) |
| Exhibit 3 | Arntz Contracting Co. v. St. Paul Fire & Marine Insurance Co., 47 Cal. App. 4th 464 (1996) |
| Exhibit 4 | Baker v. L.A. Herald Examiner, 42 Cal. 3d 254 (1986) |
| Exhibit 5 | Braun v. Chronicle Publ'g Co., 52 Cal. App. 4th 1036 (1997) |
| Exhibit 6 | Botos v. Los Angeles County Bar Assn, 151 Cal. App. 3d 1083 (1984) |
| Exhibit 7 | Christian Research Institute v. Alnor, 148 Cal. App. 4th 71 (2007) |
| Exhibit 8 | Colt v. Freedom Commc'ns, Inc., 109 Cal. App. 4th 1551 (2003) |
| Exhibit 9 | ComputerXpress, Inc. v. Jackson, 93 Cal. App. 4th 993 (2001) |
| Exhibit 10 | Conroy v. Spitzer, 70 Cal. App. 4th 1446 (1999) |
| Exhibit 11 | DuPont Merck Pharmaceutical Co. v. Superior Court, 78 Cal. App. 4th 562 (2000) |
| Exhibit 12 | Fellows v. National Inquirer, Inc., 42 Cal. 3d 234 (1986) |
| Exhibit 13 | Ferlauto v. Hamsher, 74 Cal. App. 4th 1394 (1999) |
| Exhibit 14 | Franklin v. Dynamic Details, Inc., 116 Cal. App. 4th 375 (2004) |
| Exhibit 15 | Ghafur v. Bernstein, 131 Cal. App. 4th 1230 (2005) |
| Exhibit 16 | Gilbert v. Sykes, 147 Cal. App. 4th 13 (2007) |
| Exhibit 17 | HMS Capital, Inc. v. Lawyers Title Co., 118 Cal. App. 4th 204 (2004) |
| Exhibit 18 | Huntingdon Life Sciences, Inc. v. Stop Huntingdon Animal Cruelty USA, Inc., 129 Cal. App. 4th 1228 (2005) |
| Exhibit 19 | Korea Supply Co. v. Lockheed Martin Corp., 29 Cal. 4th 1134 (2003) |

1

**Appendix Of California State Authorities In Support Of**  
Def. Dr. Anthony Rothschild's Special Mot. To Strike Pursuant  
to California's Strategic Lawsuit Against Public Participation (Anti-SLAPP) Statute

Case No. C 07-03795 JW

| | | |
|---|---|---|
| 1 | Exhibit 20 | Live Oak Oak Publishing Co. v. Cohagan, 234 Cal. App. 3d 1277 (1991) |
| 2 | Exhibit 21 | Miller v. Nestande, 192 Cal. App. 3d 191 (1987) |
| 3 | Exhibit 22 | Mosesian v. McClatchy Newspapers, 233 Cal. App. 3d 1685 (1991) |
| 4 | Exhibit 23 | Moyer v. Amador Valley J. Union High Sch. District, 225 Cal. App. 3d 720 (1990) |
| 5 | Exhibit 24 | Overstock.com, Inc. v. Gradient Analytics, Inc., 151 Cal. App. 4th 688 (2007) |
| 6 | Exhibit 25 | Rosenaur v. Scherer, 88 Cal. App. 4th 260 (2001) |
| 7 | Exhibit 26 | Sipple v. Foundation For National Progress, 71 Cal. App. 4th 226 (1999) |
| 8 | Exhibit 27 | Stolz v. KSFM 102 FM, 30 Cal. App. 4th 195 (1994) |
| 9 | Exhibit 28 | Varian Medical System, Inc. v. Delfino, 35 Cal. 4th 180 (2005) |
| 10 | Exhibit 29 | Vogel v. Felice, 127 Cal. App. 4th 1006 (2005) |
| 11 | Exhibit 30 | Wilbanks v. Wolk, 121 Cal. App. 4th 883 (2004) |
| 12 | Exhibit 31 | Wilcox v. Superior Court, 27 Cal. App. 4th 809 (1994) |
| 13 | Exhibit 32 | Wilson v. Parker, Covert & Chidester, 28 Cal. 4th 811 (2002) |

UNREPORTED CASES

Exhibit 33    Flores v. Emerich & Fike, 2007 WL 963282 *5 (E.D. Cal. 2007)

CALIFORNIA STATE STATUTES

Exhibit 34    California Code of Civil Procedure section 425.16

Dated: August 23, 2007

HOLLAND & KNIGHT LLP

/s/ Robert A. Bleicher

Robert A. Bleicher
Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900/Fax: (415) 743-6910

Attorneys for Defendant
ANTHONY ROTHSCHILD

2

Appendix Of California State Authorities In Support Of
Def. Dr. Anthony Rothschild's Special Mot. To Strike Pursuant
to California's Strategic Lawsuit Against Public Participation (Anti-SLAPP) Statute

Case No. C 07-03795 JW