UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., ET AL, | No. C 07-03795 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| ANTHONY ROTHSCHILD, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Strike before Judge James Ware previously noticed for October 22, 2007 at 9:00 AM, has been reset to **November 19, 2007 at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: August 24, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy