```
 1  Robert A. Bleicher (Bar No. 111334)
    HOLLAND & KNIGHT LLP
 2  50 California Street, 28th Floor
    San Francisco, California 94111
 3  Telephone: (415) 743-6900
    Facsimile: (415) 743-6910
 4
    Shelley G. Hurwitz (SBN 217566)
 5  HOLLAND & KNIGHT LLP
    633 W. Fifth Street, 21st Floor
 6  Los Angeles, California 90071
    Telephone: (213) 896-2400
 7  Facsimile: (213) 896-2450

 8  Attorneys for Defendant
    Anthony Rothschild
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No.: C 07-03795 JW<br><br>**[PROPOSED] ORDER GRANTING DR. ANTHONY ROTHSCHILD'S SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA'S STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION (ANTI-SLAPP) STATUTE** |

The Motion by Defendant Dr. Anthony Rothschild ("Dr. Rothschild"), pursuant to California Code of Civil Procedure § 425.16, for an order striking the First Amended Complaint, came on regularly for hearing by the Court on November 19, 2007. The Court, having considered the pleadings and evidence submitted by counsel for Defendant Dr. Anthony Rothschild and Plaintiffs Alan Schatzberg, Joseph Belanoff, and Corcept Therapeutics, Inc., ("Plaintiffs"), as well as the arguments by their respective counsel at the hearing, rules as follows:

The Court hereby finds that plaintiffs' First Amended Complaint arises from Dr. Rothschild's alleged exercise of his free speech rights in connection with a public issue within the protections of California Code of Civil Procedure § 425.16 and that plaintiffs have not and cannot establish a probability that they will prevail on their claims pursuant to California Code of Civil Procedure §425.15(b)(1).

IT IS THEREFORE ORDERED that the Motion of Defendant Dr. Anthony Rothschild pursuant to California Code of Civil Procedure § 425.16 is GRANTED. Plaintiffs First Amended Complaint is dismissed with prejudice and Defendant Dr. Rothschild is awarded his attorneys fees and costs pursuant to California Code of Civil Procedure § 425.16(c). Defendant Dr. Rothschild shall submit an appropriate declaration, and proposed order, detailing the fees and costs he has incurred, within 15 days of receipt of this order.

Dated: _____

_____
United States District Judge

# 4754383_v1