UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Corcept Therapeutics, Inc.,
Joseph Belanoff, and Alan
Schatzberg          Plaintiff(s),

Case No.  C 07-03795 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Anthony Rothschild

           Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/16/07

_____
[Party]

Dated: 10/17/07

_____
[Counsel]

Corcept Therapeutics, Inc., et al. v. Anthony Rothschild, et al.
United States District Court, Northern District, CA Case No. C07-03795 JW

## PROOF OF SERVICE

State of California    )
                       )    ss.
County of Los Angeles  )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

     On **October 17, 2007**, I served the documents described as **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

**Stuart C. Clark**
**Christine S. Watson**
**Carr & Ferrell LLP**
**2200 Geng Road**
**Palo Alto, CA 94303**
**clark@carrferrell.com**
**cwatson@carrferrell.com**
**(650) 812-3400**
**(650) 812-3444 - Fax**

**X**    **BY MAIL**

Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

**Federal** I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 17, 2007, at Los Angeles, California.

_____
Meri Grace