UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Corcept Therapeutics, Inc., Joseph Belanoff,
and Alan Schatzberg

          Plaintiff(s),

v.

Anthony Rothschild

          Defendant(s).
_____/

CASE NO. C 07-03795 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline March 30, 2008

Dated: October 16, 2007

Dated: October 17, 2007

_____
Attorney for Plaintiff

_____
Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated:_____        _____

                               UNITED STATES DISTRICT     JUDGE

Corcept Therapeutics, Inc., et al. v. Anthony Rothschild, et al.
United States District Court, Northern District, CA Case No. C07-03795 JW

## PROOF OF SERVICE

State of California      )
                         ) ss.
County of Los Angeles    )

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

  On **October 17, 2007**, I served the documents described as **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

> **Stuart C. Clark**
> **Christine S. Watson**
> **Carr & Ferrell LLP**
> **2200 Geng Road**
> **Palo Alto, CA  94303**
> clark@carrferrell.com
> cwatson@carrferrell.com
> **(650) 812-3400**
> **(650) 812-3444 - Fax**

**X**  **BY MAIL**

Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

**Federal** I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 17, 2007, at Los Angeles, California.

_____
Meri Grace