STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW<br><br>**DECLARATION OF STEVE ATKINS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ROTHSCHILD'S MOTIONS TO DISMISS AND FOR CHANGE OF VENUE**<br><br>Date: November 19, 2007<br>Time: 9.00 a.m.<br>Court: Courtroom 8<br>Judge: Hon James Ware |

I, the undersigned, STEVE ATKINS, declare as follows:

1.  I am a co-founder and current principal of Word To The Wise, an East Palo Alto based consultancy firm specializing in email and Internet issues. Among other things, Word To The Wise provides investigatory services for attorneys with respect to Internet, email, and related matters.

2.  I make this declaration in response to the request of counsel for plaintiffs, Carr & Ferrell LLP. The facts set out herein are within my personal knowledge, or are based on

information typically used by experts and consultants in my field. If called upon to do so I could and would testify to the truth thereof.

3. I graduated from Cambridge University, England, in 1992 with a B.A. degree in mathematics and electrical and information sciences. I am a member of the Association for Computing Machinery, which is a professional organization dedicated to advancing computing as a science and a profession.

4. Prior to founding Word to the Wise I was a system architect for UltraDNS, a distributed DNS (Domain Name system) service serving a number of top level domains and large companies. Prior to that I worked as a microprocessor designer, developing arithmetic units for Advanced Micro Devices' Athlon, Alpha, Transputer, and Chameleon microprocessors.

5. At Word to the Wise I have developed high-performance ticketing software for email abuse desks and spam filtering infrastructure for Internet Service Providers. I consult on policy and procedural issues for abuse desks and bulk mailers, deliverability issues for senders of legitimate email, and other issues involving the transmission of data over the Internet. I provide technical and forensic assistance to lawyers and law enforcement in spam and other email cases. I have advised the U.S. federal government and foreign governments on spam legislation and policy.

6. Among the tasks which my regular duties at Word to the Wise require me to perform is the identification of the source of electronic communications over the Internet. Any connection to the Internet (such as is required to make a posting on a Yahoo message board, or to register a Yahoo user name or an email address) must be made using an Internet Service Provider ("ISP"). Well known ISPs include AOL, Yahoo, Comcast, and Microsoft/Hotmail. Each ISP has assigned to it, at any particular time, a number of Internet Protocol Addresses ("IP Addresses" or "IPAs") which are unique to each ISP. An IPA is a number that identifies a particular ISP as the

ISP through which access to the Internet is obtained. Typically, it is also possible to identify through the IPA from what location Internet access was obtained.

7. Each transmission on the Internet includes, as part of the data associated with the transmission, the IPA from which the data was transmitted. Accordingly, every time an Internet connection is made, the source of the connection can be traced back to the IPA by querying the databases that record IPA allocations. Thus, it is usually possible to determine the identity of the ISP to which the IPA is assigned, and through which the data transmission was made. In addition, because IPAs are assigned to different regions of the country (and the world), the IPA also often indicates the location from which an Internet connection was made.

8. In February, 2007, at the request of Stuart Cark of Carr & Ferrell, I performed an investigation with regard to the origins of certain events of Internet access that I was asked to obtain information regarding. I understood then, as I do now, that the information was required in connection with pending litigation. Specifically, I was asked to determine, if possible, the physical locations from which Internet access had been obtained using certain identified Internet Protocol Addresses ("IPAs"). These IPAs were identified on the documents attached as Exhibits "A" and "B", which respectively emanated from Yahoo!, Inc. and Microsoft Corporation, and which referenced Yahoo message board postings and other Internet access activity occurring in 2005. The IPAs that I investigated were the following:

    65.120.88.201

    65.120.88.152

    146.82.18.10

    12.180.114.2

    24.60.198.162

    68.75.36.50

    12.46.102.98

12.46.102.125

66.250.195.82

9. It should be noted that the times reflected in Exhibit "A are "GMT", i.e. Greenwich Mean Time. Accordingly, five hours must be subtracted from the times reflected in the Exhibit to ascertain the corresponding Eastern Standard Time. Adjustments must also be made to convert Pacific Standard Time to Eastern Standard Time, as required.

10. My investigative approach was to initially determine the identity of the ISP assigned to each IPA, and the date at which that IPA had been assigned to that ISP, from what is known as the American Registry for Internet Numbers (ARIN). This is an Internet site which provides data in response to an inquiry as to the identity of ISPs to which IPAs are assigned. My next step was to look at the address allocations in more detail.

11. Using ARIN I determined that all IP addresses beginning with 65.120.86 and all IP addresses beginning with 65.120.88 were assigned to One Voice Telecom for use in providing service to Floor 18 of 1000 Wilson Boulevard, Arlington, Virginia, and had been since 2002. Based on that information I assumed that One Voice had "lit" the building, namely that it provided Internet service to the building. I then conducted a Google search to identify the occupants of Floor 18, and determined that the American Psychiatric Association ("APA") and entities affiliated to the APA had their offices on that floor. I also independently verified that the APA obtained Internet service from One Voice by reviewing documents that I understood were produced by One Voice in response to a subpoena, specifically and email dated December 4, 2002 indicating that the above IP addresses were assigned to the APA.

12. Using the same approach I determined that IP address 146.82.18.10 was assigned to the ISP GBLX. Using GBLX's public allocation information I determined that the address was assigned to the Hyatt Regency Hotel in Arlington, Virginia in 2005.

13.  Using ARIN I also discovered that IPA 12.180.114.2 was assigned to the Holiday Inn hotel in Pittsburgh, Pennsylvania.

14.  Using ARIN I determined that at the time of my investigation the IP address 24.60.198.162 was a Comcast cable modem in Massachusetts. The name of the IP address allocation is BOSTON-6, and was last modified on 04-27-2005. Based on this information I concluded that it is very likely that this IP address was used by a Massachusetts cable modem in 2005, and that the user was probably a residence or small business.

15.  Using ARIN I determined that IP address 68.75.36.50 was part of a dynamically assigned DSL pool that was in use in Chicago at the time of my investigation. I was unable to determine the specific use of the IP address in 2005, but given that it was assigned to SBC/AT&T/Ameritech at the time of my investigation, and that SBC acquired Ameritech in around 1999, it appears that the address was in use in Chicago in 2005.

16.  Using ARIN I determined that IP addresses 12.46.102.98 and 12.46.102.125 were assigned to an AT&T network located in Maine. It was not possible to determine where the IP addresses were in use in 2005, except to say that given the pattern of geographical assignment of such addresses such use probably would have been in New England.

17.  Using the same approach I determined that IP address 66.250.195.82 was assigned to the ISP Cogent Using Cogent's public allocation information I determined that the IP address was assigned to Rapid DSL in Maryland. I also determined that this data was updated on 09-08-2006, but was unable to obtain the identity or location of the previous user. However, once again, given the pattern of geographical assignment of such addresses such use probably would have been in the Maryland area.

18.  In summary, therefore, the results of my investigation are as follows:

| IPA | Location | Comment |
|---|---|---|
| 65.120.88.201 | Floor 18 of 1000 Wilson | Suite 1825 is the address of |

{00263912v1}                                                                 5.
Declaration Of Steve Atkins In Support Of Opposition To Motions To Dismiss

| | | |
|---|---|---|
| | Boulevard, Arlington, served by the ISP One Voice Telecom. | the American Psychiatric Association, and their ISP is One Voice Telecom |
| 65.120.88.152 | Floor 18 of 1000 Wilson Boulevard, Arlington, served by the ISP One Voice Telecom | Suite 1825 is the address of the American Psychiatric Association, and their ISP is One Voice Telecom. |
| 68.75.36.50 | Chicago area DSL Internet connection. | Unable to identify name and specific location of user because consumer ISPs do not publish detailed allocation information for home users and small businesses. |
| 24.60.198.162 | Massachusetts cable modem, probably Boston area. | Unable to identify name and specific location of user because consumer ISPs do not publish detailed allocation information for home users and small businesses. |
| 146.82.18.10 | Hyatt Regency Hotel, Arlington. | |
| 12.180.114.2 | Holiday Inn Hotel, University Center, Pittsburgh, PA. | Nature of activity indicates a hotel wireless or other public network. |
| 12.46.102.98 | Consulting Group in Waterford, Maine in February, 2007. | 2005 information not available. |
| 12.46.102.125 | Consulting Group in Waterford, Maine in February, 2007. | 2005 information not available. |
| 66.250.195.82 | DSL connection in Maryland in February, 2007. | 2005 information not available. |

12.     As of the end of 2005 there were approximately 1.3 billion IPAs used worldwide by ISPs. Thus, the chances of stanfordinsider and corceptisafraud being different persons yet still using the same IPA is, in my opinion, extremely unlikely, in that it would require that two

different persons used the same ISP on the same location to independently connect with the Internet.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Palo Alto, California, this October 25, 2007.

_____
STEVE ATKINS

**YAHOO! MESSAGE BOARDS**                                                                Yahoo!

Total posts: 3   [Delete All Msgs]

3 Postings as login: **stanfordinsider**                                          Records 1 - 3 of 3

[Summary]

Check All - Clear All

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | ☐ | Board Name: | 1608284946-cort | Msg #: | 281 | Subject: | Re: Update from Grand Rounds |
| | | Posted As: | stanfordinsider | Login: | stanfordinsider | Date/Time: | 11/04/05 11:35 am EST |
| | | IP Address: | 12.180.114.2 | | | | |
| | | Message: | Sorry I was not clear. The Organon drug is a cortisol-receptor antagonist but d | | | | |
| | | Link: | http://messages.yahoo.com/bbs?action=m&board=1608284946&tid=cort&sid=1608284946&mid=281 | | | | |
| 2 | ☐ | Board Name: | 1608284946-cort | Msg #: | 278 | Subject: | Update from Grand Rounds |
| | | Posted As: | stanfordinsider | Login: | stanfordinsider | Date/Time: | 10/28/05 03:51 pm EDT |
| | | IP Address: | 24.60.198.162 | | | | |
| | | Message: | Study 06 has recruited 140 patients. Target=440. Sites not recruiting have been | | | | |
| | | Link: | http://messages.yahoo.com/bbs?action=m&board=1608284946&tid=cort&sid=1608284946&mid=278 | | | | |
| 3 | ☐ | Board Name: | 1608284946-cort | Msg #: | 230 | Subject: | The bottom line |
| | | Posted As: | stanfordinsider | Login: | stanfordinsider | Date/Time: | 08/23/05 10:43 pm EDT |
| | | IP Address: | 12.46.102.98 | | | | |
| | | Message: | I agree with Shockman. The insiders in Corcept know the data, have seen the dat | | | | |
| | | Link: | http://messages.yahoo.com/bbs?action=m&board=1608284946&tid=cort&sid=1608284946&mid=230 | | | | |

Check All - Clear All

[Summary]

EXHIBIT __A__

COR 00013

Search in all for: stanfordinsider                                                           AMT - stanfordinsider
# Yahoo! Login Tracker
                                                                                              Expand   Batch Viewer

## Search Results

| Login | IP Address | Day | Date | Time | Timezone |
|---|---|---|---|---|---|
| stanfordinsider | 146.82.18.10 | Mon | 2005-10-17 | 04:12:21 | GMT (GMT+0000) |
| stanfordinsider | 66.250.195.82 | Mon | 2005-10-17 | 04:48:10 | GMT (GMT+0000) |
| stanfordinsider | 66.250.195.82 | Mon | 2005-10-17 | 11:58:15 | GMT (GMT+0000) |
| stanfordinsider | 146.82.18.10 | Mon | 2005-10-17 | 12:00:32 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 13:21:13 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 13:31:02 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 13:50:54 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 13:57:22 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 14:21:03 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 14:29:47 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 14:34:37 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 14:36:06 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 14:59:57 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 15:04:07 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 15:13:40 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 15:14:21 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.152 | Mon | 2005-10-17 | 17:10:31 | GMT (GMT+0000) |
| stanfordinsider | 24.60.198.162 | Fri | 2005-10-28 | 19:47:41 | GMT (GMT+0000) |
| stanfordinsider | 12.180.114.2 | Fri | 2005-11-04 | 16:27:18 | GMT (GMT+0000) |

19 results found.

Total posts: 3    [Delete All Msgs]

3 Postings as login: **corceptisafraud**

Records 1 - 3 of 3

[Summary]

Check All - Clear All

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | ☐ | Board Name: | 1608284946-cort | Msg #: | 158 | Subject: | A Practicing Psychiatrist speaks |
| | | Posted As: | corceptisafraud | Login: | corceptisafraud | Date/Time: | 07/24/05 10:07 am EDT |
| | | IP Address: | 68.75.36.50 | | | | |
| | | Message: | Don't waste your money buying this stock. Even if the FDA approves this drug (a | | | | |
| | | Link: | http://messages.yahoo.com/bbs?action=m&board=1608284946&tid=cort&sid=1608284946&mid=158 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | ☐ | Board Name: | 1608284946-cort | Msg #: | 112 | Subject: | Contact info for Dr. Robert T Rubin |
| | | Posted As: | corceptisafraud | Login: | corceptisafraud | Date/Time: | 03/18/05 05:14 pm EST |
| | | IP Address: | 24.60.198.162 | | | | |
| | | Message: | To obtain a copy of the poster which was presented at the American College of Ne | | | | |
| | | Link: | http://messages.yahoo.com/bbs?action=m&board=1608284946&tid=cort&sid=1608284946&mid=112 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | ☐ | Board Name: | 1608284946-cort | Msg #: | 109 | Subject: | Re: very curious to know |
| | | Posted As: | corceptisafraud | Login: | corceptisafraud | Date/Time: | 03/17/05 05:32 pm EST |
| | | IP Address: | 24.60.198.162 | | | | |
| | | Message: | I feel sorry for all you people who bought Corcept. There is absolutely no scie | | | | |
| | | Link: | http://messages.yahoo.com/bbs?action=m&board=1608284946&tid=cort&sid=1608284946&mid=109 | | | | |

Check All - Clear All

[Summary]

COR 00015

**Search in all for: corceptisafraud**

# Yahoo! Login Tracker

<u>AMT</u> - <u>corceptisafraud</u>

<u>Expand</u>  <u>Batch Viewer</u>

**Search Results**

| Login | IP Address | Day | Date | Time | Timezone |
|---|---|---|---|---|---|

0 results found.

COR 00016

| Field | Value |
|---|---|
| User Info | |
| Login | corcepttherapeutics@hotmail.com |
| First Name | joe |
| Last Name | belanoff |
| State | New York |
| Zip | 11022 |
| Country | US |
| Timezone | America/Los_Angeles |
| Registered from IP | 65.120.88.201 |
| Date Registered | 10/17/2005 6:55:11 AM |
| Reply To Address | corcepttherapeutics@hotmail.com |
| This Account Forwards to the Following Accounts | |
| Accounts Forwarding to This Account | |
| Init Locale | EN_US |

EXHIBIT 13

MS-SUB
Confidential 0151

file://C:\Documents and Settings\jonbrad\Local Settings\Temp\UserInfo.html

COR 00020
6/7/2006

| IP | History Info Date {Pacific} | Pass/Fail |
|---|---|---|
| 65.120.88.201 | 10/17/2005 6:55:20 AM (PDT) | pass |
| 65.120.88.201 | 10/17/2005 7:04:29 AM (PDT) | pass |
| 65.120.88.201 | 10/17/2005 7:06:23 AM (PDT) | pass |
| 65.120.88.201 | 10/17/2005 7:16:49 AM (PDT) | pass |
| 65.120.88.201 | 10/17/2005 7:32:01 AM (PDT) | pass |
| 65.120.88.201 | 10/17/2005 8:12:41 AM (PDT) | pass |

**PASSPORT DATA:**

**Personal Information for email address: corcepttherapeutics@hotmail.com**

| | |
|---|---|
| First Name: | joe |
| Last Name: | belanoff |
| Gender: | Male |
| Birthdate: | 7:12:1944 |
| Country: | United States |
| Region/State: | New York |
| Postal Code: | 11022 |
| Time Zone: | Pacific Time - PST |
| Language: | English |

Birth date: MM:DD:YY

**Passport Sign In Summary Descriptions**

Last Modified: GMT

Entry Created: GMT

Credential Type: Standard = Password; Mobile = PIN Number; Secure = Credentials

Action: Login Success or failure

Value: New lines are added each time Action or IP address or Site logged into changes. Value counts each time logged in where these remain unchanged.

IP Address: IP address of Login

**Passport IP History Log**

| Last Modified | Entry Created | Action | Value | IP Address |
|---|---|---|---|---|
| 2005/10/17 13:55:09 | 2005/08/24 02:26:20 | Current State (login succeeded) | | 12.46.102.125 |
| 2005/08/24 02:26:08 | 2005/08/24 02:26:08 | Create Credential | 1 3ACAGA54 | 12.46.102.125 |

**PASSPORT DATA:** The e-mail account you requested information on is currently inactive. If a user does not log into the account for 30 days, all account information is deleted from the e-mail system. As the e-mail account you requested is inactive, we have included the Passport Profile and Authentication IP history Data related to the Passport. There is no further information available regarding this Passport account.

**Personal Information for email address: corcept@hotmail.com**

| | |
|---|---|
| First Name: | Alan |
| Last Name: | Schatzberg |
| Gender: | Male |
| Birthdate: | 19:10:1944 |
| Country: | United States |
| Region/State: | California |
| Postal Code: | 90013 |
| Time Zone: | Universal Time - GMT |
| Language: | English |

**Birth date: MM:DD:YY**

**Passport Sign In Summary Descriptions**

Last Modified: GMT

Entry Created: GMT

Credential Type: Standard = Password; Mobile = PIN Number; Secure = Credentials

Action: Login Success or failure

Value: New lines are added each time Action or IP address or Site logged into changes. Value counts each time logged in where these remain unchanged.

IP Address: IP address of Login

**Passport IP History Log**

| Last Modified | Entry Created | Action | Value | IP Address |
|---|---|---|---|---|
| 2006/03/11 00:32:46 | 2006/03/11 00:32:46 | Login Failure | 0 | |
| 2005/08/24 02:15:24 | 2005/03/17 22:07:55 | Current State (login failed) | | 24.60.198.162 |
| 2005/03/17 22:07:54 | 2005/03/17 22:07:54 | Create Credential | web RPTAWR7B | 24.60.198.162 |