STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**DECLARATION OF ALAN SCHATZBERG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ROTHSCHILD'S MOTIONS TO DISMISS AND FOR CHANGE OF VENUE**<br><br>Date:  November 19, 2007<br>Time:  9.00 a.m.<br>Court: Courtroom 8<br>Judge: Hon James Ware |

I, the undersigned, ALAN F. SCHATZBERG, declare as follows:

1.     I am a professor and Chairman of the Department of Psychiatry and Behavioral Sciences at Stanford University and a co-founder of Corcept Therapeutics, Inc. ("Corcept"). I co-founded Corcept with Dr. Joseph Belanoff and David Singer. I am also the Chairman of the Scientific Advisory Board of Corcept. Unless otherwise indicated, the facts set out herein are within my personal knowledge, and if called upon to do so I could and would testify to the truth thereof.

2.     Corcept is a Delaware corporation with a principal place of business in Menlo Park, California. Corcept is an early stage company that develops drugs for the treatment of severe

psychiatric and neurological diseases. Corcept's lead product is CORLUX®. CORLUX® is currently in Phase III clinical trials for the treatment of the psychotic features of psychotic major depression. Its active ingredient is mifepristone, which is the active ingredient in RU-486, a drug used for terminating early pregnancy.

3. From 1974 to 1991, I served on the faculty at Harvard University Medical School, working at its McLean teaching hospital. I worked at McLean Hospital full-time from 1974 to 1988 and part-time from 1988 to 1991. In 1987 Defendant Anthony Rothschild ("Rothschild") was working for me at McLean Hospital, and we discussed the possibility of treating patients suffering from psychotic major depression ("PMD") with a number of compounds, one of which was mifepristone. In the course of our research, however, we were unable to obtain mifepristone at the time, and no studies, therefore, resulted from our discussions.

4. In 1991, I relocated to California and became a professor and Chairman of the Department of Psychiatry and Behavioral Sciences at the Stanford University School of Medicine. In 1996, Dr. Joseph Belanoff, who was at that time a postdoctoral fellow of mine, was able to obtain mifepristone for research purposes. We began testing mifepristone based on a different theory, on a small number of patients suffering from PMD. Stanford University applied for and was granted a patent covering, among other things, the use of mifepristone in the treatment of PMD. Dr. Belanoff and I were named as co-inventors on the patent (U. S. Patent 6,150,349 - the "'349 patent"), and the patent was assigned to Stanford University. Dr. Belanoff and I went on to found Corcept Therapeutics to start development on a commercial therapeutic using mifepristone. After its standard bidding process, Stanford licensed the patent to Corcept Therapeutics.

5. On May 2, 2000, through my suggestion, Corcept hired Dr. Rothschild as a principal investigator to assist in an early clinical trial testing the use of mifepristone to treat PMD. This early trial concluded on January 29, 2001 with promising results. Shortly thereafter, Corcept, which had been a private corporation, contemplated for the first time an initial public offering ("IPO") of its stock.

6. In late 2001, I learned that Dr. Rothschild was annoyed about the proposed IPO for Corcept. I, along with other individuals at Corcept, began discussing ways to appease Dr.

Rothschild's feelings. Corcept's Board of Directors decided to offer Dr. Rothschild a position on Corcept's Scientific Advisory Board. As head of Corcept's Scientific Advisory Board, I called Dr. Rothschild directly and made this offer. Dr. Rothschild initially seemed interested in the offer. However in early 2002, Dr. Rothschild began making allegations that he should have been listed as an inventor on the patent described above. Consequently, Dr. Rothschild did not formally accept the offer to be on Corcept's Scientific Advisory Board, and instead pursued his inventorship claim. I later learned that, through an arrangement with McLean Hospital ("McLean"), Dr. Rothschild had assigned whatever interest he purported to hold in the patent to McLean. In the latter part of 2003 McLean then asserted the inventorship claim against Stanford University, as assignee of the '349 patent, and those two parties decided to submit the inventorship dispute to arbitration. The arbitrator ruled in January, 2005 in Stanford's favor (in other words, against Dr. Rothschild's claim of inventorship).

7.  In late 2002 and 2003, I was the target of a series of incidents of harassment, which are described below.

8.  On November 15, 2002, I arrived at the Hilton Hotel in New York City in the late afternoon for a symposium hosted by the American Society of Clinical Psychopharmacologists. I was scheduled to speak at this meeting. When I arrived at the hotel I received a message that "Dean Pizzo" (the Dean of the Stanford School of Medicine) had called and said that The Wall Street Journal had called Stanford and asked about a conflict of interest between Stanford and Corcept. According to the message, Dean Pizzo requested that I return the call. When I returned the call, however, I learned that Dean Pizzo had never called me. I also checked with the Communications and Public Affairs department at Stanford University Medical Center (the department which fields any telephone calls from the media) and was informed that they had not been contacted by The Wall Street Journal.

9.  On September 8, 2003, I was attending a meeting of the International Society of Psychoneuroendocrinology at Rockefeller University. Dr. Bruce McEwen (who organized the meeting) informed me that his office received a call from a man who identified himself as "Mel Peterson" from The New York Times, and that this Mel Peterson wanted to speak to me about a

"conflict of interest" involving Corcept Therapeutics. The individual who placed the call to Dr. McEwen's office left a call back number and indicated he would try to meet me after the morning session. When no one came to meet me, I attempted to return the call and learned that the message was a hoax. The call back number did not connect to any valid line. I realized that the number was one digit off of Erica Goode's number (a reporter who writes about human behavior for The New York Times who I knew). Ms. Goode interviewed Dr. Rothschild and myself for an earlier article about mifepristone. However, I was informed that Ms. Goode was on holiday.

10. On September 30, 2003, I flew to Dallas, Texas to give a Combined Grand Rounds for the Neurology and Psychiatry Departments at the University of Texas Southwestern Medical Center. Upon arriving in Dallas, I called the office at the University of Texas Southwestern and learned that someone claiming to be me had called the Psychiatry Department Chief at the University of Texas Southwestern and cancelled my talk. The individual claiming to be me told the University of Texas staff that I had to attend a meeting between Corcept and the FDA. I had not, in fact, made such a call, nor to my knowledge had any of my associates.

11. In June 2003, several colleagues and I submitted a paper regarding cortisol secretion in men with PMD for publication in the journal Psychoneuroendocrinology. This article has nothing to do with mifepristone or psychotic depression. I later learned that the journal Psychoneuroendocrinology asked Dr. Rothschild to write a peer review to aid the journal in determining whether to publish the paper.

12. I later also learned that Dr. Rothschild was asked to review an article about methods of measuring cortisol levels which was submitted to The American Journal of Geriatric Psychiatry in mid-2005 by Dr. David Speigel's group. None of the authors of this second article were directly tied to Corcept. The authors did consult with members of Corcept's Advisory Board on aspects of their research, and I, along with other individuals affiliated with Corcept served on the study's Advisory Board. Neither this article nor the article I co-authored and submitted for publication in Psychoneuroendocrinology had anything to do with Corcept, mifepristone (its product), or its intellectual property. Nevertheless, in both reviews Rothschild made attacks on Corcept.

13. I am informed that the name "Melissa Schatzberg" is given in one of the documents submitted by "stanfordinsider" in registering that user name. Melissa Schatzberg is the name of my daughter. That Melissa is my daughter is known to Rothschild because when we both worked at McLean we knew each others' families. Thus, the fact that my daughter's name was used in the process points to Rothschild as the registrant, since he knew her name.

14. It is not true, as alleged by stanfordinsider in the October 17, 2005 posting that "the Dean of the medical school has hired an outside expert panel to review Schatzberg's use of his psychiatry chair position at Stanford to promote Corcept's drug." The true facts are that the Stanford University School of Medicine has an internal committee that routinely monitors possible conflicts of interest of all faculty in all its departments, not only the Department of Psychiatry.

15. I know both Dr. Bernard Carroll and Dr. Robert Rubin. Dr. Carroll lives and works in Carmel, California. Dr. Rubin was formerly associated with the Allegheny-Singer Research Institute in Pittsburgh, leaving in 2005 (before Rothschild made the posting from Pittsburgh on November 4, 2005), and he is now associated with UCLA, based in Los Angeles.

15. Dr. Joseph Belanoff and I are, I believe, well-respected physicians in the Silicon-Valley and national medical communities, and in particular in the Stanford University Hospital community and among the leaders of the psychiatric profession. However I am not well-known outside of those communities and to the general public.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Palo Alto, California, this October 26, 2007.

ALAN F. SCHATZBERG