STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**DECLARATION OF JONATHAN BRADLEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ROTHSCHILD'S MOTIONS TO DISMISS AND FOR CHANGE OF VENUE**<br><br>Date:  November 19, 2007<br>Time:  9.00 a.m.<br>Court: Courtroom 8<br>Judge: Hon James Ware |



## CERTIFICATION OF AUTHENTICITY

I, Jonathan Bradley, state as follows:

1. I am over the age of 18, I am competent to testify regarding the matters set forth below and I make this declaration based upon personal knowledge.

2. I am one of the records custodians for Microsoft Corporation, including its Hotmail service(s) (the "Service"). I am familiar with the electronic filing system for maintaining subscriber information for the Service.

3. When a new subscriber registers for the Service, the subscriber is required to enter certain information, including the name and address of the subscriber ("Subscriber Information").

4. In the ordinary course of the Service's business, the Service maintains an electronic record of the Subscriber Information ("Subscriber Information Record"). Subscriber Information Records are made at the time that a new subscriber registers for the Service.

5. In the ordinary course of the Service's business, the Service maintains an electronic record of certain data with respect to subscriber accounts, including: registration information provided by the user and Internet Protocol Logs which list the date, time and Internet Protocol address for each account session log-in (collectively, "Subscriber Logs"). Subscriber Logs are made contemporaneously with the events that they document. Subscriber Logs are kept for a limited time and may not be available as they are deleted in the course of routine document storage maintenance.

6. In the regular course of my duties as custodian of records, I obtained a copy of the Subscriber Information Record and Subscriber Logs for the Service account(s): corcept@hotmail.com and corcepttherapeutics@hotmail.com . These records included the information in the pages labeled MS/SUB 0151-0154, which have been requested by civil subpoena in: *Corcept Therapeutics, Inc. v. Does 1-20*.

I declare, under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

DATED August 11, 2005, in Redmond, Washington.

_____
Jonathan Bradley
Custodian of Records, Microsoft Corporation

CERTIFICATION OF AUTHENTICITY
Page 1 of 1

| User Info ||
|---|---|
| **Field** | **Value** |
| Login | corcepttherapeutics@hotmail.com |
| First Name | joe |
| Last Name | belanoff |
| State | New York |
| Zip | 11022 |
| Country | US |
| Timezone | America/Los_Angeles |
| Registered from IP | 65.120.88.201 |
| Date Registered | 10/17/2005 6:55:11 AM |
| Reply To Address | corcepttherapeutics@hotmail.com |
| This Account Forwards to the Following Accounts | |
| Accounts Forwarding to This Account | |
| Init Locale | EN_US |

MS-SUB
Confidential 0151

| IP | History Info | Pass/Fail |
|---|---|---|
| | Date {Pacific} | |
| 65.120.88.201 | 10/17/2005 6:55:20 AM (PDT) | pass |
| 65.120.88.201 | 10/17/2005 7:04:29 AM (PDT) | pass |
| 65.120.88.201 | 10/17/2005 7:06:23 AM (PDT) | pass |
| 65.120.88.201 | 10/17/2005 7:16:49 AM (PDT) | pass |
| 65.120.88.201 | 10/17/2005 7:32:01 AM (PDT) | pass |
| 65.120.88.201 | 10/17/2005 8:12:41 AM (PDT) | pass |

MS-SUB
Confidential 0152

### PASSPORT DATA:

**Personal Information for email address:** corcepttherapeutics@hotmail.com

| | |
|---|---|
| First Name: | joe |
| Last Name: | belanoff |
| Gender: | Male |
| Birthdate: | 7:12:1944 |
| Country: | United States |
| Region/State: | New York |
| Postal Code: | 11022 |
| Time Zone: | Pacific Time - PST |
| Language: | English |

Birth date: MM:DD:YY

**Passport Sign In Summary Descriptions**

Last Modified: GMT

Entry Created: GMT

Credential Type: Standard = Password; Mobile = PIN Number; Secure = Credentials

Action: Login Success or failure

Value: New lines are added each time Action or IP address or Site logged into changes. Value counts each time logged in where these remain unchanged.

IP Address: IP address of Login

**Passport IP History Log**

| Last Modified | Entry Created | Action | Value | IP Address |
|---|---|---|---|---|
| 2005/10/17 13:55:09 | 2005/08/24 02:26:20 | Current State (login succeeded) | | 12.46.102.125 |
| 2005/08/24 02:26:08 | 2005/08/24 02:26:08 | Create Credential | 1 3ACAGA54 | 12.46.102.125 |

MS-SUB
Confidential 0153

| PASSPORT DATA: The e-mail account you requested information on is currently inactive. If a user does not log into the account for 30 days, all account information is deleted from the e-mail system. As the e-mail account you requested is inactive, we have included the Passport Profile and Authentication IP history Data related to the Passport. There is no further information available regarding this Passport account. |
|---|

**Personal Information for email address: corcept@hotmail.com**

| | |
|---|---|
| First Name: | Alan |
| Last Name: | Schatzberg |
| Gender: | Male |
| Birthdate: | 19:10:1944 |
| Country: | United States |
| Region/State: | California |
| Postal Code: | 90013 |
| Time Zone: | Universal Time - GMT |
| Language: | English |

**Birth date: MM:DD:YY**

**Passport Sign In Summary Descriptions**

Last Modified: GMT

Entry Created: GMT

Credential Type: Standard = Password; Mobile = PIN Number; Secure = Credentials

Action: Login Success or failure

Value: New lines are added each time Action or IP address or Site logged into changes. Value counts each time logged in where these remain unchanged.

IP Address: IP address of Login

**Passport IP History Log**

| Last Modified | Entry Created | Action | Value | IP Address |
|---|---|---|---|---|
| 2006/03/11 00:32:46 | 2006/03/11 00:32:46 | Login Failure | 0 | |
| 2005/08/24 02:15:24 | 2005/03/17 22:07:55 | Current State (login failed) | | 24.60.198.162 |
| 2005/03/17 22:07:54 | 2005/03/17 22:07:54 | Create Credential | web RPTAWR7B | 24.60.198.162 |

MS-SUB
Confidential 0154