1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiffs
   CORCEPT THERAPEUTICS, INC., JOSEPH
7  K. BELANOFF, and ALAN F. SCHATZBERG

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12  CORCEPT THERAPEUTICS, INC.,          CASE NO. C07-03795 JW (RS)
    JOSEPH K. BELANOFF, and
13  ALAN F. SCHATZBERG,                  **DECLARATION OF LINDA ISLEY
                                         IN SUPPORT OF PLAINTIFFS'
14           Plaintiffs,                 OPPOSITION TO ROTHSCHILD'S
                                         MOTIONS TO DISMISS AND FOR
15        v.                             CHANGE OF VENUE**

16  ANTHONY ROTHSCHILD,                  Date:     November 19, 2007
                                         Time:     9.00 a.m.
17           Defendant.                  Court:    Courtroom 8
                                         Judge:    Hon James Ware
18

19

20

21

22

23

24

25

26

27

28

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

Corcept Therapeutics, Inc, et al.,    )
                               Plaintiffs,    )
            v.    )
Does 1, et al.,    )
                           Defendants.    )
                                      )

Case No. 105CV051322

**DECLARATION OF
LINDA ISLEY**

I, Linda Isley, declare:

1.     I am a Custodian of Records for Yahoo! Inc. ("Yahoo!"), located in Sunnyvale, California. I am authorized to submit this declaration on behalf of Yahoo!. I make this declaration pursuant to California Code of Evidence Section 1561 and in response to a Subpoena dated October 26, 2005. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.     Attached hereto are true and correct copies of the following documents: 1) the User Profile, as produced by the Yahoo! Account Management Tool; 2) the dates, times and Internet Protocol addresses for log-in attempts by the specified accounts to the extent available from our system; 3) an inventory of messages posted by the subscribers on Yahoo! Message Boards (the originating Internet Protocol ("IP") Address is included in the entry for each message on the inventory); and 4)

1    communications between Yahoo! and the subscribers, to the extent available on

2    Yahoo!'s system.   Yahoo!'s servers record this data automatically at the time, or

3    reasonably soon after, it is entered or transmitted, and this data is kept in the

4    course of this regularly conducted activity and was made by regularly conducted

5    activity as a regular practice.   Yahoo! provides most of its services to its

6    subscribers free of charge.  As such, Yahoo! does not collect billing information or

7    verified personal information from the majority of its users.

8

9    3.    Pursuant to the federal Electronic Communications Privacy Act, 18 U.S.C. §§

10    2701, et seq., we have redacted information, including removing certain data

11    fields, that exceeds the scope of this request, is protected from disclosure or is

12    otherwise not subject to production.

13

14    I declare under penalty of perjury under the laws of the State of California that the

15    foregoing is true and correct and that this declaration was executed on November 14, 2005

16    at Sunnyvale, California.

17

18    DATED:    November 14, 2005

19                                                                Linda Isley

20

21

22

23

24

25

26

27    2

28



# YAHOO! MAIL

### Yahoo! Mail Abuse Help

Yahoo! Mail > Mail Help > Yahoo! Mail Abuse Help >

## Related Links

· Mail Help
· Yahoo! Mail Tutorials –
  Protecting yourself from spam
· What are headers, and how can I
  display "all" versus "brief"
  headers?
· How do I report unsolicited
  mail?

---

## Further Reading

· Yahoo! Help Central

## Have a question about Yahoo! Mail?

Ask Yahoo! Help.

Tips          | Ask |

## How do I find out who sent the email?

Governmental law strictly limits the information that online service providers like Yahoo! may disclose about their users. However, the email message itself does contain some information relating to the sender's identity. In the headers of email messages sent via Yahoo! Mail, an Internet Protocol (IP) address that corresponds to the sender's Internet service provider (ISP) is included.

Provided that you have opted to display "full headers" in your email application, you should find a line in the email message that contains an 8 to 12 digit number, separated by periods. It should look something like this:

```
Received: from [123.456.78.91] by . . .
```

The "123.456.78.91" represents the unique IP address of the sender's ISP. Once you have identified the IP address, you can run a search to determine which ISP provides this person with Internet access.

There are several utilities available on the web to run a search. Here's one web site where the utility will try to determine the actual computer that uses the IP address:

- http://www.arin.net/whois/index.html

If the spam or abusive email is being sent from a Yahoo! Mail account, please forward an unedited copy of the message with full headers to abuse@yahoo.com.

If the unsolicited email originates from a Yahoo! International Mail account (i.e., user@**yahoo.co.uk** or userexample@**yahoo.de**) please send a report to the appropriate Yahoo! Customer Care Team.

We will evaluate the situation and take action as per our Terms of Service. Spamming from a Yahoo! Mail account is **not** acceptable.

---

### Is this enough information?

| Yes | Great! Click Yes to go back to Yahoo! Mail.

| No | Click No to contact Yahoo! Customer Care.

---

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Ad Feedback

**Page 1**

# YAHOO! ACCOUNT MANAGEMENT TOOL

**NOTE:** All times are Pacific Time

| | |
|---|---|
| Login Name: | **corceptisafraud** |
| Yahoo Mail Name: | **corceptisafraud@yahoo.com** |
| (Alternate) Email Address: | **corcept@hotmail.com** |
| Registration IP address: | **24.60.198.162** |
| Other Identities: | **corceptisafraud (Yahoo! Mail)** |
| Full Name | **Mr Alan Schatzberg** |
| Address1: | |
| Address2: | |
| City: | **Los Angeles** |
| State, territory or province: | **CA** |
| Country: | **United States** |
| Zip/Postal Code: | **90013** |
| Phone: | |
| Time Zone: | **pt** |
| Birthday: | **October 19, 1944** |
| Gender: | **Male** |
| Occupation: | **Doctor** |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Account Created (reg): | **Thu Mar 17 14:17:45 2005** |
| Account Status | **Active** |

[ View Account ]  [ Close ]

**Search in all for: corceptisafraud**

## Yahoo! Login Tracker

**Search Results**

| Login | IP Address | Day | Date | Time | Timezone |
|-------|-----------|-----|------|------|----------|
| | | | 0 results found. | | |

YAHOO! MESSAGE BOARDS                                      Yahoo!

Total posts: 3    [ Delete All Msgs ]

3 Postings as login: **corceptisafraud**                  Records 1 - 3 of 3

[ Summary ]

Check All - Clear All

| | | Board Name: | 1608284946-cort | Msg #: | 158 | Subject: | A Practicing Psychiatrist speaks |
|---|---|---|---|---|---|---|---|
| 1 | ☐ | Posted As: | corceptisafraud | Login: | corceptisafraud | Date/Time: | 07/24/05 10:07 am EDT |
| | | IP Address: | 68.75.36.50 | | | | |
| | | Message: | Don't waste your money buying this stock. Even if the FDA approves this drug (a | | | | |
| | | Link: | http://messages.yahoo.com/bbs?action=m&board=1608284946&tid=cort&sid=1608284946&mid=158 | | | | |

| | | Board Name: | 1608284946-cort | Msg #: | 112 | Subject: | Contact info for Dr. Robert T Rubin |
|---|---|---|---|---|---|---|---|
| 2 | ☐ | Posted As: | corceptisafraud | Login: | corceptisafraud | Date/Time: | 03/18/05 05:14 pm EST |
| | | IP Address: | 24.60.198.162 | | | | |
| | | Message: | To obtain a copy of the poster which was presented at the American College of Ne | | | | |
| | | Link: | http://messages.yahoo.com/bbs?action=m&board=1608284946&tid=cort&sid=1608284946&mid=112 | | | | |

| | | Board Name: | 1608284946-cort | Msg #: | 109 | Subject: | Re: very curious to know |
|---|---|---|---|---|---|---|---|
| 3 | ☐ | Posted As: | corceptisafraud | Login: | corceptisafraud | Date/Time: | 03/17/05 05:32 pm EST |
| | | IP Address: | 24.60.198.162 | | | | |
| | | Message: | I feel sorry for all you people who bought Corcept. There is absolutely no scie | | | | |
| | | Link: | http://messages.yahoo.com/bbs?action=m&board=1608284946&tid=cort&sid=1608284946&mid=109 | | | | |

Check All - Clear All

[ Summary ]

Home

**From:**    Notice-User2 [notice-user@yahoo-inc.com]
**Sent:**    Friday, October 28, 2005 9:18 AM
**To:**      corceptisafraud@yahoo.com; corcept@hotmail.com
**Cc:**      notice-user@yahoo-inc.com
**Subject:** Yahoo! Notice of Subpoena (Internal Ref. # 45301)

NOTICE OF SUBPOENA
We are writing to inform you that Yahoo! has been served with a subpoena requiring
disclosure of information related to your user account at Yahoo!

The subpoena was issued in an action entitled:
Corcept Therapeutics, Inc., et al. v. Doe 1, et al., Case No. 105CV051322 pending in:
Superior Court of California, County of Santa Clara

The subpoena, dated 10/26/2005, requires that Yahoo! produce documents related to your
Yahoo! account.  Please be aware that your communications with Yahoo! may also be
discoverable.

The attorney for the subpoenaing party, Corcept Therapeutics, Inc., et al., is
Stuart C. clark
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400( phone)
(650) 812-3444 (fax)

Please be advised that Yahoo! will respond to the subpoena 15 days from the date of this
notice, unless we have notice that a motion to quash the subpoena (or other appropriate
legal objections) has been filed, or the matter has been otherwise resolved.

You may wish to consult an attorney to advise you about the foregoing.  Please contact
the subpoenaing party to obtain a copy of the subpoena.  If you wish to contact Yahoo!
regarding this matter, please direct your correspondence to notice-user@yahoo-inc.com.

# YAHOO! ACCOUNT MANAGEMENT TOOL
**NOTE:** All times are Pacific Time

| | |
|---|---|
| Login Name: | **stanfordinsider** |
| (Alternate) Email Address: | **corcepttherapeutics@hotmail.com** |
| Registration IP address: | **12.46.102.98** |
| Other Identities: | **stanfordinsider** |
| Full Name | **Ms melissa schatzberg** |
| Address1: | |
| Address2: | |
| City: | **New York** |
| State, territory or province: | **NY** |
| Country: | **United States** |
| Zip/Postal Code: | **10022** |
| Phone: | |
| Time Zone: | **et** |
| Birthday: | **October 19, 1944** |
| Gender: | **Female** |
| Occupation: | **Chairman/CEO/COO** |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Account Created (reg): | **Tue Aug 23 19:37:03 2005** |
| Account Status | **Active** |

[ View Account ]  [ Close ]

YAHOO! MESSAGE BOARDS

Total posts: **3**    [ Delete All Msgs ]

Records 1 - 3 of 3

**3** Postings as login: **stanfordinsider**

[ Summary ]

Check All - Clear All

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | ☐ | Board Name: | 1608284946-cort | Msg #: | 281 | Subject: | Re: Update from Grand Rounds |
| | | Posted As: | stanfordinsider | Login: | stanfordinsider | Date/Time: | 11/04/05 11:35 am EST |
| | | IP Address: | 12.180.114.2 | | | | |
| | | Message: | Sorry I was not clear. The Organon drug is a cortisol-receptor antagonist but d | | | | |
| | | Link: | http://messages.yahoo.com/bbs?action=m&board=1608284946&tid=cort&sid=1608284946&mid=281 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | ☐ | Board Name: | 1608284946-cort | Msg #: | 278 | Subject: | Update from Grand Rounds |
| | | Posted As: | stanfordinsider | Login: | stanfordinsider | Date/Time: | 10/28/05 03:51 pm EDT |
| | | IP Address: | 24.60.198.162 | | | | |
| | | Message: | Study 06 has recruited 140 patients. Target=440. Sites not recruiting have been | | | | |
| | | Link: | http://messages.yahoo.com/bbs?action=m&board=1608284946&tid=cort&sid=1608284946&mid=278 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | ☐ | Board Name: | 1608284946-cort | Msg #: | 230 | Subject: | The bottom line |
| | | Posted As: | stanfordinsider | Login: | stanfordinsider | Date/Time: | 08/23/05 10:43 pm EDT |
| | | IP Address: | 12.46.102.98 | | | | |
| | | Message: | I agree with Shockman. The insiders in Corcept know the data, have seen the dat | | | | |
| | | Link: | http://messages.yahoo.com/bbs?action=m&board=1608284946&tid=cort&sid=1608284946&mid=230 | | | | |

Check All - Clear All

[ Summary ]

Search in all for: stanfordinsider

## Yahoo! Login Tracker

**Search Results**

| Login | IP Address | Day | Date | Time | Timezone |
|---|---|---|---|---|---|
| stanfordinsider | 146.82.18.10 | Mon | 2005-10-17 | 04:12:21 | GMT (GMT+0000) |
| stanfordinsider | 66.250.195.82 | Mon | 2005-10-17 | 04:48:10 | GMT (GMT+0000) |
| stanfordinsider | 66.250.195.82 | Mon | 2005-10-17 | 11:58:15 | GMT (GMT+0000) |
| stanfordinsider | 146.82.18.10 | Mon | 2005-10-17 | 12:00:32 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 13:21:13 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 13:31:02 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 13:50:54 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 13:57:22 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 14:21:03 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 14:29:47 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 14:34:37 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 14:36:06 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 14:59:57 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 15:04:07 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 15:13:40 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.201 | Mon | 2005-10-17 | 15:14:21 | GMT (GMT+0000) |
| stanfordinsider | 65.120.88.152 | Mon | 2005-10-17 | 17:10:31 | GMT (GMT+0000) |
| stanfordinsider | 24.60.198.162 | Fri | 2005-10-28 | 19:47:41 | GMT (GMT+0000) |
| stanfordinsider | 12.180.114.2 | Fri | 2005-11-04 | 16:27:18 | GMT (GMT+0000) |

19 results found.

Home

**From:**    Notice-User2 [notice-user@yahoo-inc.com]

**Sent:**    Friday, October 28, 2005 9:17 AM

**To:**    corcepttherapeutics@hotmail.com

**Cc:**    notice-user@yahoo-inc.com

**Subject:** Yahoo! Notice of Subpoena (Internal Ref. # 45301)

NOTICE OF SUBPOENA
We are writing to inform you that Yahoo! has been served with a subpoena requiring disclosure of information related to your user account at Yahoo!

The subpoena was issued in an action entitled:
Corcept Therapeutics, Inc., et al. v. Doe 1, et al., Case No. 105CV051322 pending in Superior Court of California, County of Santa Clara

The subpoena, dated 10/26/2005, requires that Yahoo! produce documents related to your Yahoo! account.  Please be aware that your communications with Yahoo! may also be discoverable.

The attorney for the subpoenaing party, Corcept Therapeutics, Inc., et al., is
Stuart C. clark
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400( phone)
(650) 812-3444 (fax)

Please be advised that Yahoo! will respond to the subpoena 15 days from the date of this notice, unless we have notice that a motion to quash the subpoena (or other appropriate legal objections) has been filed, or the matter has been otherwise resolved.

You may wish to consult an attorney to advise you about the foregoing.  Please contact the subpoenaing party to obtain a copy of the subpoena.  If you wish to contact Yahoo! regarding this matter, please direct your correspondence to notice-user@yahoo-inc.com.

10/28/2005

**Page 11**