STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**DECLARATION OF CATHY NASH**<br><br>Date: November 19, 2007<br>Time: 9.00 a.m.<br>Court: Courtroom 8<br>Judge: Hon. James Ware |

I, the undersigned, CATHY NASH, declare as follows:

1. I am employed by the American Psychiatric Association (the "APA") as its Director, Meetings and Conventions, based in its office at Suite 1825, 1000 Wilson Boulevard, Arlington, Virginia 22209. In that capacity I am one of the APA staff members with access to its business records. I make this declaration in further response to a subpoena served on the APA by counsel for plaintiffs. The facts set out herein are within my personal knowledge, and if called upon to do so I could and would testify to the truth thereof.

2. Attached, bearing the exhibit letters indicated, are true copies of the following documents:

| Exhibit | Description |
|---|---|
| A. | Meeting reminder dated September 30, 2005 sent by Marian I. Butterfield, M.D. to members, consultants and guests of the Scientific Program Committee of the APA. |
| B. | Agenda for the Scientific Program Committee Meeting of the APA on October 17, 2005. |
| C. | Meeting summary of the Scientific Program Committee Meeting of the APA on October 17, 2005, including list of attendees. |

3.  Also attached, as Exhibit "D", is a redacted list of the attendees at the Scientific Program Committee Meeting of the APA who were booked into the Hyatt Arlington for October 15/17, 2005. That list has been redacted with the approval of plaintiffs' counsel to remove information in the "Comments" column which is of a personal and/or confidential nature. Except for that redaction, the list is a true copy of the original.

4.  The attached documents were copied from the business records of the APA. Each document represents a document created on or near the date of the matters set forth therein, and each document was made by a person with knowledge of the matters set forth therein. All of the attached documents were kept in the course of the APA's regularly conducted activities, and were made by the regularly conducted activity as part of a regular practice.

5.  I was present at the Scientific Program Committee Meeting of the APA on October 17, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Arlington, Virginia, this September 20, 2007.

_____
CATHY NASH



159th Annual Meeting
Toronto, Canada
May 20-25, 2006

**President**
Steven S. Sharfstein, M.D.

**Scientific Program Committee 2005-2006**
Marian I. Butterfield, M.D.
*Chairperson*

David M. McDowell, M.D.
*Vice-Chairperson*

Tanya R. Anderson, M.D.
David A. Baron, D.O.
Josepha A. Cheong, M.D.
Kathryn M. Connor, M.D.
Catherine C. Crone, M.D.
Richard E. D'Alli, M.D.
Donald M. Hilty, M.D.
Leslie A. Horton, M.D.
Sheila Judge, M.D.
Stephanie LeMelle, M.D.
Christine E. Marx, M.D.
Philip R. Muskin, M.D.
Anthony J. Rothschild, M.D.
Kenneth R. Silk, M.D.
Harvey Stabinsky, M.D.
Linda L.M. Worley, M.D.

**Consultants**
Robert J. Boland, M.D.
Leah J. Dickstein, M.D.
Marion Zucker Goldstein, M.D.
Geetha Jayaram, M.D.
Susan J. Lieff, M.D.
Anand Pandya, M.D.
Nyapati R. Rao, M.D.

**Committee on Commercial Support**
David M. McDowell, M.D.
*Chairperson*
Linda Bueno, *Associate Director Commercially-Supported Activities*
(703) 907-7841

**Annual Meetings Department**
Cathy L. Nash, CMP *Director*
(703) 907-7822
Hope Ball-Mann, *Registrar*
(703) 907-7810
Karen D. Bolton
*Scientific Program Coordinator*
(703) 907-7807
Vernetta V. Copeland
*Associate Director*
(703) 907-7811
Akosua Kankam
*Scientific Program Coordinator*
(703) 907-7808
Byron D. Phillips
*Scientific Program Coordinator*
(703) 907-7379
Elizabeth Rumsey
*Administrator, CME Courses*
(703) 907-7813
Desta L. Wallace
*Scientific Program Coordinator*
(703) 907-7805

**American Psychiatric Association**

1000 Wilson Boulevard
Suite 1825
Arlington, VA 22209-3901
Telephone: 703.907.7822
Fax: 703.907.1090
E-mail: apa@psych.org

# MEMORANDUM

September 30, 2005

**TO:** Scientific Program Committee
Members, Consultants, and Guests

**FR:** Marian I. Butterfield, M.D.
Chairperson, Scientific Program Committee

**RE:** October SPC Meeting

---

This is a reminder that the Fall Meeting of the Scientific Program Committee (SPC) will be held Sunday, October 16 - Monday, October 17, 2005, at the APA Central Office. The tentative agenda is attached.

The SPC reception/dinner is on Sunday, October 16. It will be held at Mezza9, which is located at the Hyatt Arlington Hotel, within walking distance of the APA Central Office. Please note that the dinner will begin with cocktails at 6:00 p.m. followed by the appetizers, entrée, and dessert beginning at 6:30 p.m.

Remember to arrive by 8:15 a.m. on Monday, October 17, for the annual SPC photograph, which will appear in the front of the *Program Book*. Please be punctual for the photo session; we have an extensive agenda, therefore, the meeting must convene promptly at 9:00 a.m. We have arranged for breakfast to be served before the meetings each morning.

If you do not plan to attend the meeting or have any questions, please call Karen D. Bolton, Scientific Program Coordinator, at (703) 907-7807. I look forward to seeing you in October.

Enclosures:    Agenda
               Meeting Schedule

EXHIBIT A

# SCIENTIFIC PROGRAM COMMITTEE MEETING
Monday, October 17, 2005
9:00 a.m. - 2:30 p.m.
20th Floor Meeting Rooms
APA Central Office, Arlington, VA

# AGENDA

1. Opening Remarks and Introductions — Dr. Butterfield

2. Comments from the APA President — Dr. Sharfstein

3. Comments from the APA Medical Director — Dr. Scully

4. Comments from the Director, Division of Education — Dr. Hales

5. *Advance Registration Packet* and *Program Book* — Ms. Nash

6. Acceptance/Rejection Letters — Ms. Nash

7. Report on the 2006 Annual Meeting Arrangements — Ms. Nash
   A. Meeting Locations*
   B. Housing
   C. SPC Meetings Schedule*
   D. *Psychiatric News Schedule**
   E. Online Grading and Submission System

8. Evaluation Plans for 2006 — Ms. Debenham

9. Office of Communication and Public Affairs Activities — Ms. Sermons-Ward
   A. Press Publicity
   B. *Daily Bulletin*
   C. *Event Network News*

10. Liaison with the Committee on Commercial Support — Dr. McDowell

11. Liaison with the Council on Research — Dr. Rothschild

12. Scientific Sessions
    A. Courses — Dr. Worley
    B. Scientific & Clinical Reports — Dr. Anderson
    C. Symposia — Dr. Cheong
    D. Industry-Supported Symposia — Dr. McDowell
    E. Workshops — Dr. Crone
    F. New Research – Submission Deadline — Dr. Rothschild
    (1) Poster Sessions
    (2) Sessions for Young Investigators

Lunch Break (12 Noon-12:45 p.m.)

EXHIBIT 13

SCIENTIFIC PROGRAM COMMITTEE AGENDA/Monday, October 17, 2005            Page 2

|   |   |   |
|---|---|---|
| G. | NIAAA Sessions | Dr. Butterfield |
| H. | Lectures* | Drs. Muskin & Dickstein |
|    | (1) Award Lectures | |
|    | (2) International Lecturer | |
|    | (3) Outside Lecturers | |
|    | (4) Distinguished Psychiatrists | |
|    | (5) Frontiers of Science | |
| I. | Advances in... Sessions (APPI series)* | Dr. Butterfield |
| J. | Advances in Research | Dr. Butterfield |
| K. | Clinical and Continuous Case Conferences | Dr. Judge |
| L. | Debates and Round Table Discussion | Dr. D'Alli |
| M. | Discussion Groups* | Dr. McDowell |
| N. | Focus Live* | Dr. Hales |
| O. | Forums* | Dr. Dickstein |
| P. | Master Educator Clinical Consultation* | Dr. Dickstein |
| Q. | Medical Updates* | Dr. Muskin |
| R. | Research Advances in Medicine* | Dr. Pandya |
| S. | Research Consultation With Series* | Dr. Silk |
| T. | Presidential Symposia | Dr. Butterfield |

*Back-up material provided

Fall Meeting Schedule, Arlington, Virgina

Sunday, October 16, 2005

**Symposia**  8:00 a.m. – 5:00 p.m.  8 attendees, hollow-square

**Workshop**  9:00 a.m. – 5:00 p.m.  8 attendees, hollow-square

**Course**  8:00 a.m. – 5:00 p.m.  8 attendees, hollow-square

**Report**  9:00 a.m. – 5:00 p.m.  8 attendees, hollow-square

Breakfast will be ordered (bagels, muffins, yogurts, fresh fruit)
Lunch will be ordered (sandwiches, salad, fresh fruit, cookies)

Monday, October 17, 2005

**SPC Meeting**, 9:00 a.m. – 3:00 p.m., 40 attendees, hollow-square, audio-taped.

Breakfast will be ordered (bagels, muffins, yogurts, fresh fruit)
Lunch will be ordered (hot lunch)

ALL MEETINGS WILL NEED A LAPTOP WITH LCD PROJECTOR.

## SCIENTIFIC PROGRAM COMMITTEE FALL MEETING SUMMARY
### Monday, October 17, 2005
### APA Central Office

*Members Present:* Steven S. Sharfstein, M.D., President; Pedro Ruiz, M.D., President-Elect; Marian I. Butterfield, M.D., M.P.H., Chairperson; David M. McDowell, M.D., Vice-Chairperson; Tanya Anderson, M.D.; David A. Baron, M.D.; Robert J. Boland, M.D.; Josepha A. Cheong, M.D.; Kathryn M. Connor, M.D.; Richard E. D'Alli, M.D.; Leah Dickstein, M.D.; Marion Z. Goldstein, M.D.; Donald Hilty, M.D.; Leslie A. Horton, M.D.; Geetha Jayaram, M.D.; Sheila Judge, M.D.; Christine E. Marx, M.D.; Philip R. Muskin, M.D.; Ananda Pandya, M.D.; Anthony J. Rothschild, M.D.; Kenneth Silk, M.D.; Prakash Thomas, M.D.; Linda L. M. Worley, M.D.

*Staff Present:* James H. Scully, Jr., M.D., Deborah Hales, M.D., Cathy Nash, Vernetta Copeland, Kathleen Debenham, Lydia Sermons-Ward, Karen D. Bolton

### OPENING REMARKS
Dr. Butterfield began by welcoming everyone and acknowledging the NIAAA track, its theme (rethinking alcohol use disorders), and the lecturers. She also discussed other formats that will be sponsored by NIAAA.

### COMMENTS FROM THE APA PRESIDENT
Dr. Sharfstein discussed the Convocation and announced that Pulitzer Prize winner, David K. Shipler, will be the speaker.

### COMMENTS FROM THE APA PRESIDENT-ELECT
Dr. Ruiz announced the theme for the 2007 Annual Meeting, "Addressing Patient Needs: Access, Parity, and Humane Care." He wants to portray the concept of inclusiveness in the meeting's theme and logo.

### COMMENTS FROM THE MEDICAL DIRECTOR
Dr. Scully thanked everyone for their efforts in planning the 2006 Annual Meeting and stated that he looks forward to a successful meeting in Toronto.

### 2006 ANNUAL MEETING
*Opening Session & Convocation*
Ms. Nash stated the Opening Session will be held Sunday evening from 5:00 p.m. to 6:15 p.m. at the Toronto Convention Centre. The Convocation will start at 6:00 p.m. Monday at the Toronto Convention Centre.

*Advanced Registration Packet and Program Book*
Ms. Nash stated that the *Advance Registration Packet* and *Program Book* will be similar to past years. The packet will be sent to the printers in November and mailed in January. The *Registration Packet* will also be available online after December 1st for use by APA members allowing registration for housing and courses.

*Acceptance/Rejection Letters*
Ms. Nash stated that the notification of Acceptance/Rejection letters will be done electronically by Oasis and will start going out the week following this meeting.

### REPORT ON THE 2006 ANNUAL MEETING ARRANGEMENTS
*Meeting Locations*
The Scientific Programs will be held at the Toronto Convention Centre, Fairmont Royal, and the Intercontinental. Courses will be held at the Sheraton and ISS at the Westin Harbour Castle. Shuttle bus service will be available.

*Housing*
Ms. Nash stated that all SPC committee members will get preferential housing. The Committee will be housed at the Intercontinental Hotel, which is attached to the Toronto Convention Centre.



EXHIBIT C

## DEPARTMENT OF CONTINUING MEDICAL EDUCATION ACTIVITIES
*Annual Meeting Evaluation Plans for 2006*
Ms. Debenham thanked everyone for turning in their standards for commercial support forms. She talked about working with CDS for the evaluations. Ms. Debenham mentioned that there is an online evaluation for workshops, but it has had a bad response. She stated that NIMH was interested in getting feedback but there were only ten responses. Ms. Debenham asked for help in her efforts of getting people to fill out evaluations. Dr. Butterfield suggested automated surveys to get stronger data out of it.

## PUBLIC AFFAIRS ACTIVITIES
*Press Publicity*
Ms. Sermons-Ward mentioned that their will be additional funding ($20,000) available from the Toronto tourism office to support publicity efforts for the 2006 Annual Meeting. Advertisements for the annual meeting will include advertisements in mental health publications, postcard mailings to members, and advertisements in mainstream publications.

## LIAISON WITH THE COMMITTEE ON COMMERCIAL SUPPORT
Dr. McDowell stated that the ISS are the most monitored and the best attended sessions. He mentioned that there were 70 submissions and 46 accepted. The ISS are doing quite well financially.

## LIAISON WITH THE COUNCIL ON RESEARCH
Dr. Rothschild reported that the awards had been granted to award recipients. Dr. Hales suggested that researchers participate on the New Research committee as email members only. She also stated that the liaison should attend the Fall Component meetings. Dr. Rothschild stated that researchers attend the biological psychiatry meeting over the weekend and are gone before the poster sessions begin. He wants to develop methods to improve New Research format.

## SCIENTIFIC SESSIONS
Courses
Dr. Worley stated that there were 100 courses accepted and 12 were rejected. She mentioned that Saturday and Sunday courses will be in the Toronto Convention Centre and courses scheduled Monday through Thursday will be held at the Sheraton. Dr. Worley also mentioned that Course directors have received a one-year, online subscription to *Focus Live* for their outstanding work with the 2005 Annual Meeting.

Scientific & Clinical Reports
Dr. Anderson stated that there were 160 submissions and 132 accepted. The number of submissions remained almost equal to the previous year. Dr. Anderson also mentioned that the scientific reports outweighed the clinical reports.

Symposia
Dr. Cheong thanked the members of the symposia subcommittee. She stated that there were 124 submissions and 121 accepted. Dr. Cheong also stated that submissions were down 10 percent from last year.

Workshops
Dr. Hilty stated that there were 153 issue workshops and 110 accepted; 51 components and 49 accepted; and 11 media submissions and 7 accepted.

New Research
*Poster Sessions*
Dr. Rothschild stated that the new research deadline is December 2. He also stated that over 1000 submissions are expected. Dr. Rothschild mentioned that he would like to highlight the oral slides as the best submissions.

Lectures
*Awards Lectures*
Dr. Muskin stated that Aaron Beck, M.D. will be the recipient of the Adolf Meyer Award and has accepted. Loretta Duvall will be the Patient Advocacy Award recipient and has accepted the invitation.

*Outside Lecturers*
Dr. Dickstein conveyed to the committee that Dr. Vivian Pinn has been invited and confirmed to present an Outside lecture at the 2006 meeting.

*Distinguished Psychiatrist*
Dr. Muskin conveyed the Distinguished Psychiatrists that have been invited and accepted. Recipients include Drs. Bankole Johnson, James Comer, Mindy Fullilove, Raquel Gur, and Joel Paris.

*Frontiers of Science*
Dr. Muskin conveyed the Frontiers of Science lecturers that have been invited and accepted. Those recipients include Drs. Anke Ehrhardt, Hank Kranzler, Barbara Mason, Leslie Morrow, and David Suzuki.

*International Lecturer*
Dr. Butterfield stated that Karl Mann will be an International Lecturer and Dr. Krishmarachari Srinivasan, at the request of Dr. Jayaram, has been invited to be an International Lecturer as well.

Advances In... (APPI Sessions)
Dr. Butterfield stated that there will be one Advances session on Monday, two on Tuesday, and two on Wednesday. She also mentioned that the Advances sessions have replaced the Review of Psychiatry sessions.

Advances in Research
Dr. Butterfield mentioned that she has been corresponding with Herb Pardes and John Greden for the Advances in Research session. She hopes to have someone speak on stem cell research and applications to psychiatry. Other topics for Advances in Research include genetics, services delivery, and CATIE.

Clinical Case Conferences
Dr. Judge stated that there will be five Clinical Case Conferences. Topics will include forensics, postpartum psychosis, postpartum infanticide, and schizophrenia.

Continuous Clinical Case Conferences
Dr. Judge stated that there will be one Continuous Clinical Case on addressing transference resistance.

Debate/Roundtable
Dr. D'Alli stated that the Roundtable topic will be childhood bipolar disorder and possibly a debate topic to include CATIE.

Discussion Groups
Dr. McDowell stated that he is open to topics and presenter suggestions for discussion groups.

*Focus Live*
Dr. Hales mentioned that the *Focus Live* sessions will include Jerald Kay, Joel Yager, Stephen Levine, and Glenn Gabbard.

Forums
Dr. Dickstein stated the list of confirmed forums and indicated that she is open to presenter suggestions for more Forums. Topics include Hurricane Katrina, Apology, Worldwide Prison Abuse, Alcohol Use Disorders and Worldwide Women Abuse.

Master Educator Clinical Consultation
Dr. Dickstein stated that she has been working on the Master Educator sessions and welcomes any ideas of possible presenters.

Medical Updates
Dr. Muskin stated that the Medical Updates consist of Dick Brown who will present on attention deficit disorder, Heather Ross on congestive heart failure, and other presenters to include Jerald Bain and Philip Wong.

*Scientific Program Committee Fall Meeting* 4

Research Advances in Medicine
Dr. Pandya stated that he is seeking help with Research Advances in Medicine. The one confirmed speaker is Donald Redelmeier who has done research on longevity. Dr. Pandya hopes to have four to five presenters for this session.

Research Consultations With...
Dr. Silk mentioned that Mark Willenbring will present research on alcohol use, Paul Links on clinical research into suicide, and Howard Goldman on policy research.

Presidential Symposium
There are four presidential symposia. One on Monday, *The Public Mental Health System: Critical Issues*, *International Advocacy Towards a Psychiatry for the Person* on Tuesday, and two on Wednesday, *Collaboration in Crisis: Academic Medical Centers' Response to Hurricanes Katrina and Rita*, and *Psychiatric Participation in Interrogation of Detainees: Ethical Considerations*.

September 6, 2005

Scientific Program Committee Meeting
Hotel List
October 17, 2005
Hyatt Arlington
Arlington, VA

**Scientific Program Committee Meeting - October 17, 2005**

NOTE: Charges for room and tax only should be placed on the APA's Master Account, unless otherwise noted. The account number 01-42013-63999-000 must appear on each individual folio. Please send all confirmations to my attention.

| First Name | Last Name | Arrive | Depart | Accommodation | Comment(s) | Confirmation Number |
|---|---|---|---|---|---|---|
| Marian | Butterfield | 15-Oct | 17-Oct | | | 52135215 |
| Tanya | Anderson | 15-Oct | 17-Oct | Single, NS | | 52135363 |
| Robert | Boland | 15-Oct | 17-Oct | Single, NS | | 52135413 |
| Josepha | Cheong | 15-Oct | 17-Oct | Single, NS | | 52135463 |
| Kathryn | Connor | 16-Oct | 17-Oct | Single, NS | | 52135542 |
| Richard | D'Alli | 15-Oct | 17-Oct | Single, NS | | 52135602 |
| Leah | Dickstein | 16-Oct | 17-Oct | | REDACTED | 52135680 |
| Marion | Goldstein | 15-Oct | 17-Oct | Single, NS | | 52135744 |
| Don | Hilty | 15-Oct | 17-Oct | Single, NS | | 52135784 |
| Leslie | Horton | 15-Oct | 17-Oct | Double, NS | | 52135837 |
| Geetha | Jayaram | 16-Oct | 17-Oct | Double, NS | | 52135915 |
| Sheila | Judge | 16-Oct | 17-Oct | Single, NS | | 52136003 |
| Stephanie | LeMelle | 15-Oct | 17-Oct | Single, NS | | 52136053 |
| Susan | Lieff | 15-Oct | 17-Oct | Single, NS | | 52136087 |
| Christine | Marx | 15-Oct | 17-Oct | Double, NS | | 52136186 |
| David | McDowell | 16-Oct | 17-Oct | Single, NS | | 52136225 |
| Philip | Muskin | 16-Oct | 17-Oct | Single, NS | | 52136620 |
| Anand | Pandya | 16-Oct | 17-Oct | Single, NS | | 52136692 |
| Nyapati | Rao | 16-Oct | 17-Oct | Double, NS | | 52136723 |
| Anthony | Rothschild | 16-Oct | 17-Oct | Single, NS | | 52136813 |
| Pedro | Ruiz | 16-Oct | 17-Oct | Single, NS | | 52136842 |

EXHIBIT D

September 6, 2005

Scientific Program Committee Meeting
Hotel List
October 17, 2005
Hyatt Arlington
Arlington, VA

| First | Last | Arrive | Depart | Room Type | Conf # |
|---|---|---|---|---|---|
| Kenneth | Silk | 15-Oct | 17-Oct | Single, NS | 52136960 |
| Prakash | Thomas | 15-Oct | 17-Oct | Single, NS | 52137010 |
| Linda | Worley | 15-Oct | 17-Oct | Single, NS | 52137035 |
| David | Baron | | | REDACTED | |