
STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**DECLARATION OF JOSEPH BELANOFF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ROTHSCHILD'S MOTIONS TO DISMISS AND FOR CHANGE OF VENUE**<br><br>Date:  November 19, 2007<br>Time:  9.00 a.m.<br>Court: Courtroom 8<br>Judge: Hon James Ware |

I, the undersigned, JOSEPH K. BELANOFF, declare as follows:

1. I am a plaintiff in this action. I am also a co-founder of plaintiff Corcept, Inc. ("Corcept"), the CEO and a director of that company, and a shareholder. Unless otherwise indicated, the facts set out herein are within my personal knowledge, and if called upon to do so I could and would testify to the truth thereof.

2. Corcept is a Delaware corporation that was founded by David Singer, Dr. Alan Schatzberg ("Schatzberg") and me, and incorporated in May, 1998. Corcept has its principal place of business in Menlo Park, California. Since its inception Corcept has been developing its lead product, Corlux®, for the treatment of the psychotic features of psychotic depression. This

{00266151v1}   -1-
Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

development work is taking place under an exclusive license from Stanford University of the invention under U. S. Patent 6,150,349 (the "'349 patent"), on which Schatzberg and I are the named inventors. The United States Food and Drug Administration ("FDA") has granted "fast track" status to evaluate the safety and efficacy of Corlux® for the treatment of the psychotic features of psychotic depression. Corlux®'s active ingredient is mifepristone, which is also the main ingredient in RU-486, the drug used to terminate early pregnancy. Mifepristone also acts to block the low affinity cortisol receptor in the brain. Corcept believes that Corlux® will be able to treat the psychotic features of psychotic depression more quickly and effectively and with fewer side effects than is possible with currently available treatments.

3. Corcept was funded in 1999. One of Corcept's initial activities after being funded was to conduct early stage clinical trials of Corlux®. In late 1999 I hired defendant Anthony Rothschild ("Rothschild") as an investigator running one of the sites (at the University of Massachusetts Medical School) for a clinical trial. On the successful completion of the trial, Corcept hired Rothschild as a consultant to help with the design of the follow up clinical trials, and Rothschild later co-authored (with me and other investigators involved in the first phase trials) an article on the findings entitled "An Open Label Trial of C-1073 (Mifepristone) for Psychotic Major Depression," a copy of which is attached as Exhibit "L" to this declaration.

4. On December 28, 2001, while Corcept was in the final stages of preparing an initial public offering ("IPO"), Rothschild called me to complain that he had not been given any shares of Corcept stock. He told me that "everyone's getting rich but me." Rothschild then told me that he had learned of the number of shares owned by founders and others from a filing in connection with the IPO and emailed to me the pages of stock ownership from Corcept's public filing. Rothschild warned me in the course of the conversation that Corcept "didn't want [him] as an enemy." I agreed to talk to Schatzberg and the board about Rothschild's complaint. Eventually Corcept offered through Schatzberg, and Rothschild accepted, options on 30,000 shares of stock, and a position on Corcept's Scientific Advisory Board, to resolve this dispute. However, after the options had been authorized, but before Rothschild received them, Rothschild through his attorney followed up on his December 28, 2001 telephone call by writing to Corcept and Corcept's

{00266151v1}                                    -2-
Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

underwriter demanding that Rothschild should receive recognition as a co-inventor (in addition to Schatzberg and me) on the '349 patent. This demand was made as Corcept was still in the final stages of its IPO process. Market conditions caused Corcept to eventually withdraw its S-1 filing, and Corcept did not successfully complete its IPO until 2004. Attached as Exhibit "A" is a copy of a letter dated April 1, 2002, of which I obtained a copy at the time it was received, which was addressed to counsel for Corcept by counsel for Rothschild in connection with Rothschild's claim to be entitled to recognition as an inventor on the '349 patent.

5. Corcept rejected Rothschild's claim to co-inventorship. Immediately following that rejection, and until October, 2003, Schatzberg and I were subjected to anonymous harassment of various kinds including, in my case, a hoax telephone message that I received when I arrived at my hotel in Boca Raton, Florida where I had traveled to speak at the annual New Clinical Drug Evaluation Unit conference. On arrival I was given a message to "call Dr. Blenko at the hospital – there's been an emergency." Dr. Blenko is my wife, and after receipt of the message I spent an anxious couple of hours attempting to contact her, in the belief that something terrible had happened to one of our children.

6. In the latter part of 2003 McLean Hospital also asserted a claim that Rothschild was entitled to be recognized as a co-inventor on the '349 patent. This claim was asserted against Stanford as patentee, and arbitrated. The dispute was resolved in Stanford's favor by an arbitration award issued on January 24, 2005, which found that Rothschild had no right to be reflected as a co-inventor.

7. Immediately following the arbitration victory by Stanford, a series of postings on the Internet of defamatory statements under the names "corceptisafraud" and "stanfordinsider" started appearing. Attached as Exhibits "B" through "G" are true copies of those postings, which I recognize as copies of the postings that I reviewed shortly after they were made. All of those postings are still viewable on the Yahoo website as of the date of this declaration. Also attached, as Exhibit "H," is a copy of a letter dated April 1, 2005 that I sent to Yahoo complaining about another posting, on March 17, 2005, under the name "corceptisafraud," the text of which posting is set out in the exhibit. That posting was removed by Yahoo from its website in response to the

{00266151v1}    -3-
Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

complaint from me in Exhibit "H." I also complained to Yahoo about the postings in Exhibits "E" and "F". However, Yahoo did not remove the postings in Exhibits "E" and "F" in response to my subsequent complaints.

8. I was the co-author, along with Charles DeBattista and others of a manuscript entitled "C-1073 (Mifepristone) vs. Placebo in the Treatment-as-Usual of Patients with Psychotic Major Depression" (the "DeBattista manuscript"). This manuscript related to the second phase of the clinical trials – discussed above – in which Rothschild participated as a paid consultant for Corcept in their preparation and later as an actual investigator in the trial. (When he agreed to join Corcept's Scientific Advisory Board, Corcept removed Rothschild as an investigator because of the obvious financial and ethical conflict of interest). The manuscript was submitted to the Journal Biological Psychiatry for publication. Surprisingly, the manuscript was not published, and no specific explanation was given for the non-publication. In the course of discovery from Rothschild in this case, however, it was determined from documents that he produced that he had written a scathing review of the manuscript, attacking its statistical methods and analysis, and purported lack of mention of some of the authors' financial interests in Corcept. Among other comments Rothschild stated that "[t]he paper illustrates some of the worst kind of 'data mining' that I have seen in a long time and is the type of paper that gives both the pharmaceutical industry and the Journals that publish this kind of paper a bad name." At no time did Rothschild reveal to the Journal's editors his very clear conflict of interest and bias.

9. On September 6, 2005 I was subjected to another event of harassment similar to that described in paragraph 5, above. On this occasion I arrived at the Four Seasons Hotel in Boston, where I had a reservation for the night of September 6, 2005, to speak at an investor's conference which was advertised on Corcept's web site. When I arrived at the hotel and attempted to check in, I was told that my reservation had been cancelled. As appears from the telephone records which are Exhibit "A" to the declaration of Stuart Clark filed contemporaneously with this declaration, on September 6, 2005 Rothschild called the Four Seasons Hotel in Boston.

10. It is not true, as alleged by stanfordinsider in the October 28, 2005 posting about "Study 06," that there were "4 Cardiac-related deaths in trial." The true facts are that there were

{00266151v1}                                          -4-
Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

four deaths from natural causes (not from a "rise in cortisol in periphery after blockade of central cortisol receptor") in an earlier trial, in which Rothschild was an investigator. That these deaths had occurred was not a matter of public knowledge, and the fact that stanfordinsider knew of them is another indicator that stanfordinsider is Rothschild. Three of the deaths were of participants who did not receive mifepristone, and the other was as a result of cardiac arrest that was unrelated to the ingestion of mifepristone. Given that the sample group of participants consisted of many with serious medical illnesses, these deaths were unfortunate but not surprising. Making the allegation that four deaths had occurred in the ongoing Study 06 was extremely damaging to Corcept, since it placed into question the safety of Corcept's sole medicine, at a early time in a pivotal study with ongoing patient recruitment. Moreover the posting may have adversely affected recruitment of participants in the study; because patient recruitment objectives could not be met, the conclusion of the study was delayed by about six months, increasing the cost of the study by over a million dollars.

11.     Within a matter of days after this action was filed, no further postings under the names of corceptisafraud or stanfordinsider appeared on the Yahoo message boards or anywhere else of which I am aware.

12.     Corcept is a small, NASDAQ-listed (under "CORT"), publicly traded corporation, and it currently has 11 employees. Corcept does not yet have any revenue from operations – its revenues are (and have to date been) limited to reimbursement of certain research expenses. For the first half of 2007 those revenues amounted to $482,000. The largest individual investors in Corcept are Paperboy Ventures (located in Washington D.C.), Sutter Hill Ventures (located in Menlo Park, California), and Alta partners (located in San Francisco, California). As of April 2007 Corcept had approximately 94 stockholders of record, and that number has not changed significantly since that time. However, because many of Corcept's shares of common stock are held by brokers and other institutions of behalf of stockholders I am unable to estimate the total number of beneficial stockholders. About eighty-five percent (85%) of Corcept's outstanding shares are controlled by officers, directors and affiliates, and most of those shareholders live and/or work in California, and in the Bay Area in particular. Thus, any injury to Corcept has a particular

{00266151v1}    -5-
Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

impact and focus on California in general, and the Bay Area in particular.

13. Attached as Exhibit "I" is a copy of a press release issued by Corcept on March 19, 2007. The statements in that press release are true, and accurately describe the fact that Study 06 met the predefined threshold concentration endpoint described in paragraph 3 of the release. The study referred to in the press release confirmed a similar finding in Study 07 that at higher plasma levels the drug candidate is able to demonstrate desired clinical effects. Thus, even though it became apparent during 2006 that Corcept's clinical trials did not meet their primary endpoints, the trials did nevertheless show a significant benefit on the primary endpoint and several secondary endpoints on psychotic symptoms in patients who achieved a higher plasma level of Corlux.

14. Between February, 2004 and September 25, 2007 Corcept has issued fifty-nine (59) press releases, of which 25 had been issued at the time that Rothschild made his last posting on November 4, 2005. These press releases covered a variety of subjects relating generally to the progress of the corporation, e.g. the initial and subsequent placement of shares, reports on clinical trials and FDA-related matters, participation in medical conferences, financial performance, board and staff appointments and/or resignations, etc. No press release has commented on or otherwise responded to the Yahoo message board postings that are at issue in this case. A list of Corcept's press releases, indicating the subject matter of each, is attached as Exhibit "J".

15. The last Yahoo message board posting that is at issue in this case, i.e. the November 4, 2005 posting, was number 281. A true copy of the postings that I downloaded from the Yahoo message board is attached as Exhibit "K".

16. Corcept's CORLUX® product is not yet on the market, and is at an early stage in the FDA approval process. Under the circumstances the CORLUX® product is unlikely to be available on the market until sometime during 2011.

17. Attached as Exhibit "L" is a copy of the paper entitled "An Open Label Trial of C-1073 (Mifepristone) for Psychotic Major Depression," which was authored by Rothschild and me, and others.

18. Attached as Exhibit "M" is a copy of the abstract of a paper of August, 2004 by Young, et al. entitled "Improvements in Neurocognitive Function and Mood Following Adjunctive

{00266151v1}                                -6-
Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

1  Treatment With Mifepristone (RU-486) In Bipolar Disorder." Abstracts of this kind published by
2  PubMed are, in my personal experience, typically a reliable indication of the substance and findings
3  of the papers that they are abstracts of.

4      19.    Attached as Exhibit "N" is a copy of the abstract of a paper of May, 2005 by
5  Simpson, et al. entitled "An 8-week Open-label Trial of 6-day Course of Mifepristone for the
6  Treatment of Psychotic Depression."

7      20.    Attached as Exhibit "O" is a copy of a poster by Charles DeBattista, myself, and
8  other entitled "A Double Blind, Placebo Controlled trial of Mifepristone (Corlux)® in the
9  Treatment of Psychotic Major Depression," which was published in June, 2004 in the abstract book
10 at the New Clinical Drug Evaluation Unit ("NCDEU") annual meeting. That poster accurately
11 noted the conclusions that a 7-day course of mifepristone (Corlux) appears to rapidly and
12 significantly reduce symptoms in psychotic major depression, and that the effects of the drug
13 appear to be sustained for at least 3 weeks after the drug is stopped.

14     21.    Attached as Exhibit "P" is a copy of the manuscript entitled "C-1073 (Mifepristone)
15 vs. Placebo in the Treatment-as-Usual of Patients with Psychotic Major Depression" which is
16 referred to in paragraph 8, above, as the "DeBattista manuscript.

17     22.    Dr. Alan Schatzberg and I are, I believe, well-respected physicians in the Silicon-
18 Valley and national medical communities, and in particular in the Stanford University Hospital
19 community and among the leaders of the psychiatric profession. However I am not well-known
20 outside of those communities and to the general public.

21     23.    Other than in these proceedings, Corcept has never sued anyone who might arguably
22 be regarded as a "critic" of plaintiffs. I am not aware of any statement made by Rothschild, under
23 his own name, in which he has publicly criticized Corcept or Schatzberg or me. I did, however,
24 long suspect that Rothschild was responsible for the defamatory Yahoo message board postings and
25 other harassment that forms the basis for this action, even before proof of his involvement was
26 discovered.

27

28     I declare under penalty of perjury under the laws of the United States of America that the

{00266151v1}    -7-

Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

1 foregoing is true and correct.

2     Executed at Palo Alto, California, this October 29, 2007.

_____
JOSEPH BELANOFF

{00266151v1} -8-
Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))