**EXHIBIT A**



125 SUMMER STREET  BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BRUCE D SUNSTEIN
T 617 443 9292 x211
BSUNSTEIN@BROMSUN.COM

April 1, 2002

**Via Facsimile (202) 912-2020 and Mail**

Colin G. Sandercock, Esq.
Heller Ehrman White & McAuliffe LLP
1666 K Street, NW, Suite 300
Washington, DC 20006

Re    Rothschild/Corcept
       Our File    2638/101

Dear Colin:

Thank you for your letter of March 19, 2002. We appreciate your desire to address proper inventorship of U.S. patent 6,150,349. There are number of facts of which you may not be aware. Preliminarily the experiments with ketoconazole were not deemed, by Dr. Rothschild at least, to be determinative of the efficacy of mifepristone, since the former lacks the specificity of the latter, a fact known at the time; if anything the experiments with ketoconazole were suggestive of the potential superiority of mifepristone. What prevented experimentation with mifepristone was the inability, at the time, of Drs. Rothschild and Schatzberg to obtain it.

Witnesses can verify the involvement of Dr. Rothschild in conceiving jointly with Dr. Schatzberg of mifepristone as a potential treatment for severe depression and that Dr. Rothschild has remained a collaborator with Dr. Schatzberg in this area. Dr. Rothschild has served as both clinical investigator and consultant with respect to Phase II trials of the compound. In fact, without prior consultation of Dr. Rothschild, Corcept has given Dr. Rothschild as a reference to potential investors as a result of the critical role he has played in the development of mifepristone as a treatment for severe depression.

We disagree that Dr. Rothschild's notes fail to support his claim as co-inventor. Dr. Rothschild at all relevant times recognized the potential of mifepristone as a treatment for severe depression and jointly shared this fact with Dr. Schatzberg. The later reduction to practice of the use of mifepristone followed from this joint insight. I fail to see how the



EXHIBIT ___A___

ATTORNEYS AT LAW

Colin G. Sandercock, Esq.
Heller Ehrman White & McAuliffe LLP
April 1, 2002
Page 2

subsequent activities of Dr. Schatzberg with Dr. Belanoff can be divorced from the important early work of Dr. Schatzberg with Dr. Rothschild.

For these reasons, among others, we believe that inventorship should be corrected to show Dr. Rothschild is a co-inventor. Dr. Rothschild made his position on this matter known shortly after he learned that Dr. Schatzberg had obtained a patent, and, frankly, Dr. Rothschild was surprised that a patent had been applied for without listing Dr. Rothschild as a co-inventor, and without even having consulted him.

Equally surprising to me are the hostile views of your letter, given your professed desire to access the facts of inventorship. I believe that we have set forth facts that are persuasive to one who brings an open mind to the situation. If you are unwilling to consider further my client's position, please let me know now, so as to avoid wasting our time.

Thank you.

Sincerely,

Bruce

Bruce D. Sunstein
BDS/ey  02638/00101 196464.2

cc:    Kyle V. Guse, Esq.
       Laura A. Berezin, Esq.

**EXHIBIT B**

Yahoo!   My Yahoo!   Mail

 **FINANCE**
Message Boards

Search
the Web                    [ Search ]
Message Boards Home – Help

                                 

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

Options – Edit Public Profile

# Yahoo! Message Boards: CORT

 Add to My Yahoo

< Previous | Next > | [ First | Last | Msg List ]   Msg #: [____] [ Go ] 📝Reply

**Recommend this Post**                    **Ignore this User | Report Abuse**

## Re: Update from Grand Rounds
by: stanfordinsider

11/04/05 11:35 am
Msg: 281 of 283

ADVERTISEMENT

PICK UP SHAKIRA
AND OVER A MILLION MORE SONGS.
THIS IS HUGE.
▶ TRY IT FREE

Sorry I was not clear. The Organon drug is a cortisol-receptor antagonist but does not block progesterone like Corcept's RU-486 drug. Hence there are no concerns about giving it to pregnant women and it does not have the political controversy that surrounds RU-486. The Organon drug will be in direct competition with the Corcept drug. It has a similar mechanism, without the side effect and political baggage.

Posted as a reply to: Msg 279 by clarksterh

**Message Thread** [ View ]            **Profanity filter is Off** [ Turn On ]

< Previous | Next > | [ First | Last | Msg List ]   Msg #: [____] [ Go ] 📝Reply

[_____]   [ Search ]

⦿ All   ○ Subject   ○ Message Text   ○ Authors

**CORT Snapshot**
CORT 8-Nov 12:04pm (C)Yahoo

```
4.62
4.60 -----------------
4.58
4.56
     10am    12pm    2pm    4pm
```

CORT 4.62 +0.02 +0.43%    [ Get Quotes ]

Delayed data
providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.



COR 00001

Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

COR 00002

**EXHIBIT C**

Yahoo!   My Yahoo!   Mail

# YAHOO! FINANCE
Message Boards

**Sign In**
New User? Sign Up

Search
the Web    [ Search ]

Message Boards Home - Help


Scottrade
$7 Stock Trades
& POWERFUL TOOLS


GET 100 COMMISSION-FREE TRADES
E*TRADE SECURITIES


The EURO is EASY to trade.
FREE PRACTICE ACCOUNT
FXCM CLICK HERE
Forex Trading involves significant risk of loss.

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

## Yahoo! Message Boards: CORT

Options - Edit Public Profile

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #: [       ] Go ✏Reply

**Recommend this Post**

Ignore this User | Report Abuse

ADVERTISEMENT

### Update from Grand Rounds
by: stanfordinsider

10/28/05 03:51 pm
Msg: 278 of 279

Study 06 has recruited 140 patients. Target=440. Sites not recruiting have been terminated. Trying to bring new sites online.

4 Cardiac-related deaths in trial. Believed to be secondary to rise in cortisol in periphery after blockade of central cortisol receptor.

Trial of Organon's cortisol-recptor antagonist going better.

Cameras         MP3 Players         S

Cell Phones      Handbags           La

**Message Thread** [ View ]          **Profanity filter is Off** [ Turn On ]

< Previous | Next > [ First | Last | Msg List ] Msg #: [       ] Go ✏Reply

[                                    ] [ Search ]

◉ All   ○ Subject   ○ Message Text   ○ Authors

**CORT Snapshot**
CORT 31-Oct 10:37am (C)Yahoo
5.000
4.995
4.990
4.985
    10am    12pm    2pm    4pm

CORT 4.99 +0.00 +0.00%
[ Get Quotes ]

Delayed data
providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

EXHIBIT ___C___

Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

COR 00004

**EXHIBIT D**

Yahoo!  My Yahoo!  Mail

**YAHOO!** FINANCE
Message Boards

**Sign In**
New User? Sign Up

Search
the Web    [ Search ]

Message Boards Home - Help






Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > **CORT (Corcept Therapeutics Inco)**

## Yahoo! Message Boards: CORT

Options - Edit Public Profile

 Add to My Yahoo

< Previous | Next > | [ First | Last | Msg List ] Msg #: [    ] Go | Reply

**Recommend this Post**    Ignore this User | Report Abuse

**The inside story**    10/17/05 01:22 pm
by: stanfordinsider    Msg: 271 of 283

I worry about my position here at Stanford since it is becoming clear to me that charlie robb is within Corcept (most likely Schatzberg or Belanoff). The word here at Stanford is that the Dean of the medical school has hired an outside expert panel to review Schatzberg's use of his Psychiatry Chair position at Stanford to promote Corcept's drug. My guess is the SEC will soon follow. Most of the Psychiatric community believes the drug doesn't work and is not practical; it is unlikely the FDA will ever approve it. The Corcept founders realize this and despite their public endorsements regarding the wonders of RU-486 have been selling since the IPO (or have been having their proxy friends and family selling).

**Message Thread** [ View ]    **Profanity filter is Off** [ Turn On ]

< Previous | Next > | [ First | Last | Msg List ] Msg #: [    ] Go | Reply

[    ] [ Search ]
⦿ All  ◯ Subject  ◯ Message Text  ◯ Authors

ADVERTISEMENT

**FIND THE BALL**

**YAHOO!**

**CORT Snapshot**
CORT 14-Nov 2:39pm (C)Yahoo
4.86
4.84
4.82
4.80
        10am  12pm  2pm  4pm

CORT 4.85 +0.03 +0.62%

[ Get Quotes ]

Delayed data
providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

EXHIBIT    **D**

COR 00005

Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

**COR 00006**

**EXHIBIT E**

Yahoo!   My Yahoo!   Mail

 **YAHOO!** FINANCE **Sign In**
Message Boards    New User? Sign Up

Search the Web    [Search]

Message Boards Home – Help

   

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

## Yahoo! Message Boards: CORT

Options – Edit Public Profile

 Add to My Yahoo

< Previous | Next > | [ First | Last | Msg List ] | Msg #: [____] [Go] 🖉Reply

**Recommend this Post**                      Ignore this User | Report Abuse

**The bottom line**                          08/23/05 10:43 pm
by: stanfordinsider                          Msg: 230 of 283

ADVERTISEMENT

F  F  F  F  F  F  F  F  F  F  F  F  F  F
F  F  F  F  F  F  F  F  F  F  F  F  F  F
F  F  F  F  F  F  **M O N K E Y**  F  F  F  F
F  F  F  F  F  F  F  F  F  F  F  F  F  F
F  F  F

**FIND THE HIDDEN WORD.**
1) MONKEY

**YAHOO!**

I agree with Shockman. The insiders in Corcept know the data, have seen the data. The CEO is a Psychiatrist. He has been selling the shares as fast as he can. The CEO and the company create press releases to raise the price of the stock and then sell on the news. It strikes me as fraudulent.

**Message Thread** [ View ]          **Profanity filter is Off** [ Turn On ]

< Previous | Next > | [ First | Last | Msg List ] | Msg #: [____] [Go] 🖉Reply

[_____]  [Search]

⦿ All   ◯ Subject   ◯ Message Text   ◯ Authors

### CORT Snapshot



CORT 14-Nov 2:39pm (C)Yahoo

CORT  4.85  +0.03  +0.62%

[Get Quotes]

Delayed data
providers – disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

EXHIBIT ___ **E**

Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

**EXHIBIT F**

Yahoo! CORT

Yahoo!   My Yahoo!   Mail

**YAHOO!** FINANCE
Message Boards

**Sign In**
New User? Sign Up

Search the Web    [ Search ]

Message Boards Home · Help

   

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

## Yahoo! Message Boards: CORT

Options · Edit Public Profile

 Add to My Yahoo

< Previous · Next >  [ First | Last | Msg List ]  Msg #: [____]  [ Go ]  📝Reply

Recommend this Post                              Ignore this User | Report Abuse

### A Practicing Psychiatrist speaks
by: corceptisafraud

07/24/05 10:07 am
Msg: 158 of 283

Don't waste your money buying this stock. Even if the FDA approves this drug (and the data suggests that this is unlikely-see Rubin and Carroll's review of the data at American College of Neuropsychopharmacology Annual Meeting December, 2004,) I will never use it. Providing ECT to seriously depressed patients is an effective proven treatment and is a substantial portion of my and many other psychiatrist's income. It is highly unlikely I will refer these patients away to take RU-486.

Message Thread [ View ]                         Profanity filter is Off [ Turn On ]

< Previous | Next >  [ First | Last | Msg List ]  Msg #: [____]  [ Go ]  📝Reply

[_____]  [ Search ]

◉ All   ○ Subject   ○ Message Text   ○ Authors

---

ADVERTISEMENT

THE SHORTEST DISTAN
BETWEEN SEARCH AND I

YAH
SE

**CORT Snapshot**
CORT 14-Nov 2:39pm (C)Yahoo
4.86
4.84
4.82
4.80
    10am  12pm   2pm  4pm

CORT  4.85  +0.03  +0.62%

[ Get Quotes ]

Delayed data
providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

---

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

EXHIBIT __F__

COR 00009

Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

COR 00010

**EXHIBIT G**

Yahoo!  My Yahoo!  Mail



**Sign In**
New User? Sign Up

Search
the Web     [ Search ]

Message Boards Home · Help

   

---

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > **CORT (Corcept Therapeutics Inco)**

## Yahoo! Message Boards: CORT

Options · Edit Public Profile

 Add to My Yahoo

< Previous | Next > | [ First | Last | Msg List ]  Msg #: [        ] Go  ✎Reply

**Recommend this Post**                          Ignore This User | Report Abuse

**Contact info for Dr.**                          03/18/05 05:14 pm
**Robert T Rubin**                                Msg: 112 of 283
by: corceptisafraud
Long-Term Sentiment:
**Strong Sell**

To obtain a copy of the poster which was presented at the American
College of Neuropsychopharmacology (which re-analyzed all the
data from Corcept and showed that Corcept's drug, RU-486, has no
efficacy at all for psychotic depression) contact:

Dr. Robert T. Rubin
Phone: (412) 359-3235
Email: rubin@wpahs.org

**Message Thread** [ View ]              **Profanity filter is Off** [ Turn On ]

< Previous | Next > | [ First | Last | Msg List ]  Msg #: [        ] Go  ✎Reply

[                              ]  [ Search ]

◉ All  ○ Subject  ○ Message Text  ○ Authors

ADVERTISEMENT

YAHOO!

WEB | IMAGES | VIDEO | LOCAL |
Try it now_                          YAHOO!

**CORT Snapshot**
CORT 14-Nov 2:39pm (C)Yahoo
```
4.86
4.84
4.82
4.80
    10am   12pm   2pm   4pm
```
CORT  4.85  +0.03  +0.62%

[ Get Quotes ]
Delayed data
providers · disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

---

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

EXHIBIT ___ **G**

COR 00011

Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

**EXHIBIT H**

April 1, 2005

Yahoo! Message Boards Abuse
701 First Ave.
Sunnyvale, CA 94089
Fax: (408) 349-7793

Gentlemen:

As CEO of Corcept Therapeutics, I am writing this letter as the authorized representative of the company to request immediate removal of a false, defamatory and malicious message posted on March 17, 2005. The message is as follows:

**Re: very curious to know**
by: corceptisafraud
Long-Term Sentiment: **Strong Sell** 03/17/05 05:32 pm
Msg: 109 of 114
I feel sorry for all you people who bought Corcept. There is absolutely no scientific evidence that their drug, RU-486, works for psychotic depression or anything else for that matter. At the prestigious American College of Neuropsychopharmacology Annual Meeting in December, 2004, all the Corcept data was re-analyzed by Professor Robert Rubin at Allegheny Hospital in Pennsylvania who reported that RU-486 does not seperate from placebo. You should try and obtain a copy of the Abstract or Poster from the Annual Meeting. Big Pharma will never touch a company like this. Corcept knows all this but is hushing it up. However, that is why Belanoff, Schatzberg, Roe and other insiders are selling despite the stock selling at record lows. They know the drug does not work and will never be proven to work. People who bought stock in Corcept should get a good lawyer and file a class action suit for what appears to be a massive case of fraud. Corcept continues to push the company to investors despite absolutely no evidence that the drug works. In fact, the evidence suggests that it does not.

EXHIBIT __H__

The message is false and defamatory in many respects. The message falsely asserts that "there is absolutely no scientific evidence that their drug, RU-486, works." This is factually false and defamatory. The assertion that "Corcept knows all this but is hushing it up." is factually false and defamatory. The claim that all of the listed individuals "are selling [their stock] because of the claim of knowledge that Corcept's drug "does not work" is factually false and defamatory. There are other false and malicious statements in this message, but the foregoing are illustrative.

We therefore request that this message be removed immediately wherever it has been posted. We would appreciate your acknowledgement of this request and confirmation that this message has been removed.

Sincerely,

Joseph K. Belanoff, M.D.
Chief Executive Officer

JKB/mb
cc: Sarah O'Dowd, Heller Ehrman

2

**EXHIBIT I**



**Press Release**

CONTACT:
Fred Kurland
Chief Financial Officer
Corcept Therapeutics
650-327-3270
IR@corcept.com
www.corcept.com

**CORCEPT THERAPEUTICS ANNOUNCES PHASE 3 STUDY EVALUATING CORLUX®
FOR PSYCHOTIC MAJOR DEPRESSION MISSES PRIMARY ENDPOINT**

**STATISTICALLY SIGNIFICANT CORRELATION BETWEEN PLASMA LEVELS AND
CLINICAL OUTCOME ACHIEVED DURING TREATMENT**

Management will host a conference call and live webcast on March 20, 2007 at 9:00 a.m.
EDT

**MENLO PARK, Calif. (March 19, 2007)** – Corcept Therapeutics Incorporated (NASDAQ:
CORT), today announced that Study 06, the last of three Phase 3 trials evaluating
CORLUX for treating the psychotic features of Psychotic Major Depression (PMD), did not
achieve statistical significance with respect to its primary endpoint. However, there was a
statistically significant correlation between plasma levels and clinical outcome achieved
during treatment. Further, the company reported that the incidence of serious adverse
events did not differ between placebo and any of the three CORLUX dose groups.

Patients whose plasma levels rose above a predetermined threshold statistically
separated from both those whose plasma levels were below the threshold and those
patients who received placebo. This confirmed a similar finding in Study 07, another
Phase 3 trial testing CORLUX for PMD completed in 2006.

"While we are disappointed that the trial did not meet the primary endpoint, we are
particularly encouraged to have met the important predefined threshold concentration
endpoint with statistical significance," said Joseph K. Belanoff, M.D., Corcept's Chief
Executive Officer. "This study confirms our previous observation that at higher plasma
levels the drug candidate is able to demonstrate desired clinical effects. In particular,
those patients in Study 06 who achieved a predetermined level of 1661 nanograms of
CORLUX per milliliter of plasma separated from the placebo group with statistical
significance."

Commenting on these results, Ned H. Kalin, M.D., Hedberg Professor and Chair of the
Department of Psychiatry at the University of Wisconsin, said "The correlation between
plasma levels of drug and response rates found in this trial is very exciting. The results of
this study show that when psychotically depressed patients achieve a threshold
concentration of CORLUX in their system, a rapid and sustained clinical response is likely.
This is a strong demonstration of a drug effect in an illness that is potentially devastating
and difficult to treat." Dr. Kalin is a member of Corcept's Scientific Advisory Board.



**Next Phase 3 Clinical Trial Being Planned**

Robert L. Roe, M.D., Corcept's President said, "We believe that the confirmation of a drug concentration threshold for efficacy as well as other observations from Study 06 and the company's two recently completed Phase 3 clinical trials will serve as a strong basis for the company's next Phase 3 study. In the upcoming trial which is planned to commence later in 2007, we expect to use a dose level of 1200 mg once per day for seven days because, in Study 06, 80% of the patients achieved a drug plasma level sufficient for a strong clinical response at that dose. In our initial review of a summary of the safety data, we have seen no difference between any of the dose levels used in Study 06. We believe that this change in dose as well as other modifications to the protocol should allow us to definitively demonstrate the efficacy of CORLUX in the treatment of the psychotic features of PMD."

**About Study 06**

Study 06 was a randomized, double-blind, placebo-controlled study in which 443 patients were enrolled at 45 sites in the United States and Europe. The primary endpoint, a responder analysis, was the proportion of patients with at least a 50 percent improvement in the Brief Psychiatric Rating Scale Positive Symptom Subscale (BPRS PSS) at both Day 7 and Day 56. Specifically, the BPRS is an 18-item rating instrument used to assess psychopathology, and the PSS is a subset of four items in the BPRS that specifically measure psychosis. Patients were evenly distributed among three active dose groups (300 mg, 600 mg and 1200 mg) or a placebo group, with patients receiving once daily dosing for a period of seven days. All patients in the study were off any antidepressant and antipsychotic medication for at least one week before the seven day treatment period and received concomitant antidepressant therapy starting on Day 1 through Day 56. As was the case with the company's two previously completed Phase 3 studies evaluating CORLUX for PMD, treatment with antipsychotic medications or electroconvulsive therapy was not allowed at any time during this study. In Corcept's previous Phase 3 studies, as in Study 06, the response rate in patients who received CORLUX exceeded the response rate in patients who received placebo but not with statistical significance.

**Conference Call and Live Webcast on March 20, 2007**

Management will host a conference call on March 20, 2007 at 9:00 a.m. EDT to provide an update on its PMD clinical program. To participate, please dial 866-297-6394 for domestic calls or 847-944-7315 for international calls. A telephone replay will also be available by dialing 877-213-9653 for domestic calls or 630-652-3041 for international calls. The access code is 17309243#. The replay will be available until 4:00 p.m. EDT on April 3, 2007.

A live webcast of the conference call can be accessed at www.corcept.com. The event will be archived and available for replay until 4:00 p.m. EDT on April 3, 2007.

**About Psychotic Major Depression**

PMD is a serious psychiatric disorder that affects about three million people in the United States every year. It is more prevalent than either schizophrenia or manic depression. The disorder is characterized by severe depression accompanied by delusions, hallucinations or both. People with PMD are approximately 70 times more likely to commit suicide than the general population and often require lengthy and expensive hospital stays. There is no FDA-approved treatment for PMD.

**About Corcept Therapeutics Incorporated**

Corcept Therapeutics Incorporated is a pharmaceutical company focused on developing drugs for treating severe psychiatric and neurological diseases. Corcept's lead product,

CORLUX, is in Phase 3 clinical trials for treating the psychotic features of PMD. The drug is administered orally to PMD patients once per day for seven days. CORLUX, a potent GR-II antagonist, appears to reduce the effects of the elevated and abnormal release patterns of cortisol seen in PMD. The company has also initiated a proof-of-concept study to evaluate the ability of CORLUX to mitigate weight gain associated with the use of olanzapine. For more information, please visit www.corcept.com.

**Forward-looking Statements**

Statements made in this news release – other than statements of historical fact – are forward-looking statements. These include information relating to Corcept's PMD clinical development program and the timing of the completion of Phase 3 trials. Forward-looking statements are subject to a number of known and unknown risks and uncertainties that might cause actual results to differ materially from those expressed or implied here. For example, there can be no assurances on the efficacy, safety, enrollment completion or success of clinical trials; the regulatory process or regulatory approvals; commercial success; in addition, trial timetables may not be accurate. Risk factors are explained in the company's SEC filings, all of which are available from its Web site (www.corcept.com) or from the SEC's Web site (www.sec.gov). The company does not have any intention or duty to update forward-looking statements made in this news release.

**EXHIBIT J**

# Corcept Therapeutics

### Press Releases

| Date | Title |
| --- | --- |
| 09/25/07 | Corcept Therapeutics Completes Second Closing Under August Private Equity Financing Agreement |
| 09/11/07 | Corcept Therapeutics Receives FDA Notification Opening IND for Corlux® for the Treatment of Cushing's Syndrome |
| 08/20/07 | Corcept Therapeutics Announces $10.1 Million Private Equity Financing |
| 08/13/07 | Corcept Therapeutics Announces Second Quarter 2007 Results |
| 07/25/07 | Corcept Therapeutics and Xceleron Sign Agreement for Microdosing Study Using Accelerator Mass Spectrometry |
| 07/09/07 | Corcept Therapeutics Receives Orphan Drug Designation for Corlux® Treatment of Cushing's Syndrome |
| 06/21/07 | Corcept Therapeutics Announces Positive Results from its Proof of Concept Study Evaluating the Ability of CORLUX® to Mitigate Weight Gain Associated With Olanzapine |
| 05/14/07 | Corcept Therapeutics Announces First Quarter 2007 Results |
| 04/04/07 | Nasdaq Panel Grants Corcept Therapeutics' Request for Listing on the Nasdaq Capital Market |
| 03/30/07 | Corcept Therapeutics Announces $9 Million Private Equity Financing |
| 03/28/07 | Corcept Therapeutics Announces Chief Financial Officer Resignation |
| 03/28/07 | Corcept Therapeutics Announces Fourth Quarter 2006 Results |
| 03/19/07 | Corcept Therapeutics Announces Phase 3 Study Evaluating Corlux for Psychotic Major Depression Misses Primary Endpoint |
| 01/16/07 | Corcept Therapeutics Regains Compliance with Nasdaq Minimum Bid Price Rule |
| 12/27/06 | Corcept Therapeutics Receives Nasdaq Notice of Non-Compliance. Company Appeals to Nasdaq Listing Qualifications Panel |
| 12/15/06 | Corcept Therapeutics Completes $3 Million Private Equiity Financing |
| 11/17/06 | Corcept Therapeutics Receives Nasdaq Delisting Notification |
| 11/15/06 | Corcept Therapeutics Announces $3 Million Private Equity Financing |
| 11/13/06 | Corcept Therapeutics Completes Enrollment in Third Phase 3 Study for Treating Psychotic Major Depression |
| 11/8/06 | Corcept Therapeutics Announces Third Quarter 2006 Results |

EXHIBIT __J__

| 9/29/06 | Corcept Therapeutics Announces Negative Results from the Second of Three Phase 3 Studies Evaluating Corlux® for Treating the Psychotic Features of Psychotic Major Depression |
|---|---|
| 9/11/06 | Corcept Therapeutics to present at Merriman Curhan Ford 3rd Annual Investor Summit on September 18, 2006 |
| 9/05/06 | Corcept Therapeutics to present at Bear Stearns 19th Annual Healthcare Conference on September 12, 2006 |
| 8/30/06 | Corcept Therapeutics to present at Thomas Weisel Partners Healthcare Conference on September 7, 2006 |
| 8/25/06 | Corcept Therapeutics Announces Negative Results from the First of Three Phase 3 Studies Evaluating Corlux® for Treating the Psychotic Features of Psychotic Major Depression |
| 8/10/06 | Corcept Therapeutics Announces Second Quarter 2006 Results |
| 8/7/06 | Corcept Therapeutics Announces Publication of Phase 2 Clinical Study Results in the Journal of Biological Psychiatry |
| 7/7/06 | Corcept Therapeutics to Present at C.E. Unterberg, Towbin Emerging Growth Conference on July 11, 2006 |
| 5/22/06 | Corcept Therapeutics Completes Enrollment in Second Phase 3 Study for Treating Psychotic Major Depression |
| 5/09/06 | Corcept Therapeutics Announces First Quarter 2006 Results |
| 5/01/06 | Corcept Therapeutics Completes Enrollment in Phase 3 Study for Treating Psychotic Major Depression |
| 3/08/06 | Corcept Therapeutics Announces Fourth Quarter 2005 Results |
| 2/06/06 | Corcept Therapeutics Announces Allowance of European Patent Covering Use of GR-II Antagonists to Treat the Psychotic Features of Psychotic Major Depression |
| 11/08/05 | Corcept Therapeutics Announces Third Quarter 2005 Results |
| 11/02/05 | Corcept Therapeutics to Present at Rodman & Renshaw Techvest 7th Annual Healthcare Conference on November 9, 2005 |
| 10/21/05 | Lilly to Support Corcept's Clinical Study Evaluating the Ability of a GR-II Antagonist to Mitigate the Weight Gain Associated with Use of Atypical Antipsychotic Medications |
| 10/19/05 | Corcept Therapeutics to Present at C.E. Unterberg, Towbin Emerging Growth Life Sciences Conference |

|  |  |
|---|---|
|  | on October 26, 2005 |
| 09/26/05 | Corcept Announces Revised Reporting Dates for One of Its Three Phase III Clinical Trials |
| 09/26/05 | Corcept Closes Enrollment of Proof of Concept Clinical Study Evaluating Corlux® in Alzheimer's Disease |
| 08/31/05 | Corcept Therapeutics to Present at Thomas Weisel Partners Healthcare Conference on September 7, 2005 |
| 08/9/05 | Corcept Therapeutics Announces Second Quarter 2005 Results |
| 06/8/05 | Corcept Therapeutics to Present at Thomas Weisel Partners Growth Forum on June 13, 2005 |
| 05/11/05 | Corcept Therapeutics Announces First Quarter 2005 Results |
| 05/04/05 | Corcept Therapeutics Initiates Third Phase III Trial of Corlux® |
| 04/18/05 | Corcept Preclinical Trials Show Corlux® Prevents Weight Gain Associated with Use of Olanzapine, the Active Ingredient in Zyprexa® |
| 03/03/05 | Corcept Therapeutics Announces Fourth Quarter 2004 Results |
| 02/22/05 | Corcept Therapeutics to Present at Wells Fargo Securities HealthCare Forum on March 1, 2005 |
| 12/06/04 | Corcept Therapeutics to Present at Harris Nesbitt "Focus on Healthcare" Investor Conference on December 8, 2004 |
| 10/28/04 | Corcept Therapeutics announces Third Quarter 2004 results |
| 10/26/04 | Corcept Therapeutics announces resolution of patent inventorship dispute |
| 10/19/04 | Corcept Therapeutics commences second pivotal Phase III clinical trial of Corlux™ |
| 10/12/04 | Corcept Therapeutics appoints James A. Harper to Board of Directors |
| 8/30/04 | Corcept Therapeutics receives special protocol assessment from FDA for two pivotal Phase III trials of Corlux™ |
| 8/9/04 | Corcept Therapeutics announces Second Quarter Results |
| 7/26/04 | Corcept Therapeutics appoints David L. Mahoney to Board of Directors |
| 5/26/04 | Corcept Therapeutics announces First Quarter 2004 Results |
| 5/3/04 | Corcept Therapeutics presents results of clinical study at the 59th Annual Society of Biological Psychiatry Conference |

| 4/14/04 | Corcept Therapeutics announces Initial Public Offering |
|---------|--------------------------------------------------------|
| 2/10/04 | Corcept Therapeutics files registration statement for Initial Public Offering |

The documents contained in this website include forward-looking statements (within the meaning of the Private Securities Litigation Reform Act of 1995) that involve substantial risks and uncertainties. All statements, other than statements of historical facts, included on this web site regarding our strategy, future operations, future financial position, future revenues, projected costs, prospects, plans and objectives of management are forward-looking statements. The words "anticipates," "believes," "estimates," "expects," "intends," "may," "plans," "projects," "will," "would" and similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain these identifying words. We may not actually achieve the plans, intentions or expectations disclosed in our forward-looking statements and you should not place undue reliance on our forward-looking statements. Actual results or events could differ materially from the plans, intentions and expectations disclosed in the forward-looking statements we make. There are a number of important factors that could cause Corcept's actual results to differ materially from those indicated by such forward-looking statements. You should consult our Registration on Form S-1 and subsequent reports filed with the SEC. We disclaim any intention or obligation to update any forward-looking statements as a result of developments occurring after the date any such statement was first made.

**Corcept Therapeutics**