**EXHIBIT K**



Yahoo!  My Yahoo!  Mail

Search
the Web                    Search

Message Boards Home - Help

**YAHOO!** FINANCE **Sign In**
Message Boards    New User? Sign Up



DOMAINS FOR JUST $2.99/YEAR
REGISTER YOUR IDEAS. NOW.
[_____].com  Go
YAHOO

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > **CORT (Corcept Therapeutics Inco)**

Options - Edit Public Profile

## Yahoo! Message Boards: CORT

 Add to My Yahoo

**Previous 40 | Next 40 [ First | Last ]  Msg #:** [____] Go  📝 **Post New Message**

**Boards Search**

[_____]  Get Msgs

| # | Subject | Author | Sentiment | Recs | Date/Time (ET) |
|---|---------|--------|-----------|------|----------------|
| 283 | Re: Update from Grand Rounds | clarksterh | Buy | | 11/05/05 01:36 am |
| 282 | Re: Update from Grand Rounds | clarksterh | Buy | | 11/04/05 02:15 pm |
| 281 | Re: Update from Grand Rounds | stanfordinsider | | | 11/04/05 11:35 am |
| 280 | Re: Update from Grand Rounds | clarksterh | Buy | | 11/02/05 12:59 am |
| 279 | Re: Update from Grand Rounds | clarksterh | Buy | | 10/29/05 01:45 pm |
| 278 | Update from Grand Rounds | stanfordinsider | | | 10/28/05 03:51 pm |
| 277 | Data presented at NAASO 2005 ! | bioblondeinvestor | Buy | | 10/19/05 03:05 am |
| 276 | One more leg down... | ioncandle | | | 10/18/05 02:50 pm |
| 275 | Re: The inside story | robertb3001 | | | 10/18/05 10:03 am |
| 274 | Re: The inside story | charlierobb | | 1 | 10/17/05 10:22 pm |
| 273 | Re: The inside story | ioncandle | | | 10/17/05 03:12 pm |
| 272 | Re: The inside story | ioncandle | | | 10/17/05 03:05 pm |
| 271 | The inside story | stanfordinsider | | | 10/17/05 01:22 pm |
| 270 | Re: What a dog! | charlierobb | | | 10/14/05 12:34 am |
| 269 | Re: What a dog! | MarvelousMarcus | | | 10/13/05 01:27 pm |
| 268 | Re: What a dog! | ioncandle | | | 10/13/05 12:25 pm |
| 267 | Re: What a dog! | ioncandle | | | 10/13/05 12:17 pm |
| 266 | What a dog! | MarvelousMarcus | Hold | | 10/13/05 11:56 am |
| 265 | Re: Good News Right ! | charlierobb | | | 10/04/05 03:54 pm |

**CORT Quote**

CORT 14-Nov 2:20pm (C)Yahoo!
4.86
4.84
4.82
4.80
     10am   12pm   2pm   4pm
CORT  4.85  +0.03  +0.62%

Get Quotes
Delayed data
providers - disclaimer

Symbol Lookup
Get Streaming Real-Time Quotes
with Yahoo! Finance

**CORT More Info**

Chart, Financials, Historical Prices, Industry, Insider, Messages, News, Profile, Reports, Research, more...

**CORT Company News**

· New Star Analyst Rankings for CORCEPT THERAPEUTICS
· Corcept Q3 loss widens
· Corcept Therapeutics Announces Third Quarter 2005 Results
· Corcept Therapeutics to Present at Rodman & Renshaw Techvest 7th Annual Healthcare Conference on November 9, 2005

EXHIBIT ____ **K**

...ca-Weight

| 264 | Good News Right ! | rbatonrougecity | Strong Buy | 10/04/05 02:30 pm | Gain Link |
| 263 | Re: AP Article on Study Delay | karlamartin | | 09/29/05 12:23 am | More... |
| 262 | AP Article on Study Delay | mifepristowaltz | | 09/27/05 03:38 pm | |
| 261 | Re: Wouldn't it be nice..Look here | bioblondeinvestor | Buy | 09/27/05 12:43 pm | |
| 259 | Wouldn't it be nice.... | ioncandle | | 09/27/05 12:29 pm | |

Ignore Filter is Off [ **Turn ON** ] | Profanity Filter is Off [ **Turn ON** ] - Options - Help

**Previous 40** | Next 40 [ First | Last ] Msg #:⬚ [ Go ] 📝 **Post New Message**

[ Search ]

◉ All  ○ Subject  ○ Message Text  ○ Author

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback



Yahoo!  My Yahoo!  Mail

**YAHOO!** FINANCE
Message Boards

**Sign In**
New User? Sign Up

Search
the Web          [ Search ]

Message Boards Home - Help



DOMAINS FOR JUST $2.99/YEAR
REGISTER YOUR IDEAS. NOW.
[ _____.com ] [ Go ]

YAHOO

---

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > **CORT (Corcept Therapeutics Inco)**

Options - Edit Public Profile

# Yahoo! Message Boards: CORT

Add to My Yahoo

**Previous 40** | **Next 40** [ **First** | **Last** ]  Msg #: [____] [ Go ]    📝 **Post New Message**

Boards Search

[ Get Ms ]

| # | Subject | Author | Sentiment | Recs | Date/Time (ET) |
|---|---------|--------|-----------|------|----------------|
| 258 | Positionplays.com picked CORT | makinmaoneyhard | | | 09/27/05 11:27 am |
| 257 | Support is in the low $4s | tnyellowtomcat | | | 09/27/05 11:18 am |
| 256 | Take adv of weak hands | bioblondeinvestor | Buy | | 09/27/05 09:55 am |
| 255 | Re: Who sold pre-news ???? | ioncandle | | | 09/27/05 09:39 am |
| 254 | Re: Who sold pre-news ???? | itwillgoup | | | 09/27/05 08:40 am |
| 253 | Who sold pre-news ???? | ioncandle | | | 09/27/05 02:27 am |
| 252 | Re: Hurt by Slow Enrollment | DECAID | | | 09/26/05 08:19 pm |
| 251 | Corcept Closes Enrollment..bad news | ioncandle | | | 09/26/05 07:57 pm |
| 250 | Corcept Closes Enrollment | DECAID | | | 09/26/05 07:50 pm |
| 249 | Re: We are in Neuropsychopharmacology | charlierobb | | | 09/23/05 03:14 pm |
| 248 | Re: We are in Neuropsychopharmacology | bioblondeinvestor | Buy | | 09/22/05 10:39 am |
| 247 | We are in Neuropsychopharmacology | bioblondeinvestor | Buy | | 09/22/05 08:14 am |
| 246 | Re: September 7 company presentation | charlierobb | | | 09/08/05 01:34 pm |
| 245 | Re: September 7 company presentation | ioncandle | | | 09/08/05 12:55 pm |
| 244 | September 7 company presentation | charlierobb | | | 09/08/05 12:09 pm |
| 243 | Re: CORT mentioned at positionplays.com | bigpw5411 | | | 08/31/05 09:54 pm |

**CORT Quote**
CORT 14-Nov 2:20pm
4.86
4.84
4.82
4.80
10am    12pm    2pm
CORT  4.85  +0.03  +

[ Get Quo ]
Delayed data providers - disclaim

Symbol Lookup
Get Streaming Real-Time
with Yahoo! Finance

**CORT More Info**
Chart, Financials, Historic
Prices, Industry, Insider,
Messages, News, Profile,
Research, more...

**CORT Company N**
· New Star Analyst Rankin
  CORCEPT THERAPEU
· Corcept Q3 loss widens
· Corcept Therapeutics An
  Third Quarter 2005 Resu
· Corcept Therapeutics to I
  Rodman & Renshaw Tec
  Annual Healthcare Confe
  November 9, 2005
· Corcept to Study Zyprex

| # | Subject | Author | Rating | Date | |
|---|---------|--------|--------|------|---|
| 242 | Re: Read Trends In Medicine | charlierobb | | 08/30/05 09:45 pm | Gain Link |
| 241 | Read Trends In Medicine | bioblondeinvestor | Buy | 08/30/05 09:11 am | |
| 240 | Re: This isn't a peer-reviewed publicat | will_the_skeptic | | 08/30/05 05:22 am | |
| 239 | Re: This isn't a peer-reviewed publicat | charlierobb | | 08/29/05 10:55 pm | |
| 238 | This isn't a peer-reviewed publication | will_the_skeptic | | 08/29/05 09:11 pm | |
| 237 | Re: P=0.04-0.06 and Fast Track App! | charlierobb | | 08/29/05 06:14 pm | |
| 236 | Re: P=0.04-0.06 and Fast Track App! | clarksterh | Buy | 08/29/05 05:23 pm | |
| 235 | P=0.04-0.06 and Fast Track App! | bioblondeinvestor | Buy | 08/29/05 12:01 pm | |
| 234 | Re: CORT mentioned at positionplays.com | sueoliverblue | | 08/27/05 12:58 pm | |
| 233 | CORT mentioned at positionplays.com | wobbleshaft | Strong Buy | 08/25/05 12:45 pm | |
| 232 | Re: The bottom line | will_the_skeptic | | 08/24/05 09:51 am | |
| 231 | Re: The bottom line | charlierobb | 1 | 08/24/05 12:27 am | |
| 230 | The bottom line | stanfordinsider | | 08/23/05 10:43 pm | |
| 229 | Re: Corlux-solution looking for a prob | shockman61 | Strong Sell | 08/23/05 10:32 pm | |
| 228 | Re: Corlux vs ECT | charlierobb | | 08/23/05 11:09 am | |
| 227 | Corlux vs ECT | clarksterh | Buy | 08/23/05 09:22 am | |
| 226 | Re: Corlux-solution looking for a prob | charlierobb | | 08/23/05 01:49 am | |
| 225 | Re: Corlux-solution looking for a probl | clarksterh | Buy | 08/23/05 12:54 am | |
| 224 | Re: Corlux-solution looking for a probl | neuropharmacology... | | 08/22/05 10:10 pm | |
| 223 | Re: Corlux-solution looking for a probl | ioncandle | | 08/22/05 09:44 am | |
| 222 | Corlux-solution looking for a problem | bhodhe2boy | Buy | 08/22/05 01:51 am | |
| 221 | Re: Corlux critiques | clarksterh | Buy | 08/20/05 03:03 pm | |
| 220 | Corlux critiques | shockman61 | Sell | 08/20/05 11:00 am | |
| 219 | Re: What's the catch????? | clarksterh | Buy | 08/20/05 01:06 am | |

Ignore Filter is Off [ **Turn ON** ] | Profanity Filter is Off [ **Turn ON** ] - Options - Help

**Previous 40** | **Next 40** [ First | Last ] Msg #: [ ] Go       📝 **Post New Message**

[ Search ]

◉ All   ○ Subject   ○ Message Text   ○ Author

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback



**YAHOO!** FINANCE
Message Boards

Yahoo! | My Yahoo! | Mail

**Sign In**
New User? Sign Up

Search the Web   [ Search ]

Message Boards Home - Help



**DOMAINS FOR JUST $2.99/YEAR**
REGISTER YOUR IDEAS. NOW.
[ .com ] [ Go ]

YAHOO!

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

# Yahoo! Message Boards: CORT

Add to My Yahoo

Options - Edit Public Profile

**Previous 40 | Next 40** [ First | Last ]  Msg #: [____] [ Go ] 📝 **Post New Message**

**Boards Search**

[____] [ Get Msgs ]

| # | Subject | Author | Sentiment | Recs | Date/Time (ET) |
|---|---------|--------|-----------|------|----------------|
| 218 | Re: What's the Catch? | clarksterh | Buy | 2 | 08/19/05 12:53 pm |
| 217 | Re: What's the Catch? | charlierobb | | | 08/19/05 12:36 pm |
| 216 | Re: What's the Catch? | charlierobb | | | 08/19/05 12:32 pm |
| 215 | Re: What's the Catch? | shockman61 | Sell | | 08/19/05 12:19 pm |
| 214 | Re: What's the Catch? | jnajay | | | 08/19/05 12:14 pm |
| 213 | Re: What's the Catch? | charlierobb | | | 08/19/05 11:47 am |
| 212 | Re: What's the Catch? | shockman61 | Sell | | 08/19/05 10:43 am |
| 211 | Re: What's the Catch? | charlierobb | | | 08/19/05 10:18 am |
| 210 | Re: H Nesbitt - target $15 from analyst! | bioblondeinvestor | Buy | | 08/19/05 10:14 am |
| 209 | Re: H Nesbitt - target $15 from analyst! | bioblondeinvestor | Buy | | 08/19/05 10:13 am |
| 208 | Re: What's the catch????? | shockman61 | Sell | | 08/19/05 09:25 am |
| 207 | Re: What's the catch????? | bhodhe2boy | Buy | | 08/19/05 02:01 am |
| 206 | Re: What's the catch????? | charlierobb | | | 08/19/05 12:10 am |
| 205 | What's the | jnajay | Strong Buy | | 08/18/05 08:48 pm |

**CORT Quote**

CORT 14-Nov 1:24pm (C)Yahoo!
4.85
4.84
4.83
4.82
4.81
4.80
10am   12pm   2pm   4pm

CORT 4.85 +0.03 +0.62%

[ Get Quotes ]

Delayed data
providers - disclaimer

Symbol Lookup
Get Streaming Real-Time Quotes
with Yahoo! Finance

**CORT More Info**

Chart, Financials, Historical Prices, Industry, Insider, Messages, News, Profile, Reports, Research, more...

**CORT Company News**

· New Star Analyst Rankings for CORCEPT THERAPEUTICS

· Corcept Q3 loss widens

· Corcept Therapeutics Announces Third Quarter 2005 Results

· Corcept Therapeutics to Present at Rodman & Renshaw Techvest 7th Annual Healthcare Conference on November 9, 2005

· Corcept to Study Zyprexa-Weight

| | | | | | | Gain Link | | |
|---|---|---|---|---|---|---|---|---|
| | catch????? | | | | | | | |
| 202 | H Nesbitt - target $15 from analyst! | bioblondeinvestor | Buy | 08/18/05 09:27 am | | | | More... |
| 201 | Re: not punk stock - STONER stock..! | neuropharmacology... | | 08/17/05 04:36 pm | | | | |
| 200 | cort getting discovered | bhodhe2boy | Buy | 08/17/05 01:09 pm | | | | |
| 199 | Re: Corlux est annual sales $500 million | bioblondeinvestor | Buy | 08/17/05 10:27 am | | | | |
| 198 | Re: Corlux est annual sales $500 million | ioncandle | | 08/17/05 10:20 am | | | | |
| 197 | Corlux est annual sales $500 million! | bioblondeinvestor | Buy | 08/17/05 07:58 am | | | | |
| 196 | Re: 5.45 AF | swampboots | Hold | 08/16/05 02:52 pm | | | | |
| 195 | Re: the only drawback to today's move | bhodhe2boy | Buy | 08/16/05 01:29 am | | | | |
| 193 | Re: the only drawback to today's move | ioncandle | | 08/15/05 05:25 pm | | | | |
| 192 | 5.45 AF | swampboots | | 08/15/05 04:08 pm | | | | |
| 191 | Re: Wow- Price Target of $21.00 | ioncandle | | 08/15/05 03:50 pm | | | | |
| 190 | Wow- Price Target of $21.00 | schadog | Strong Buy | 08/15/05 03:44 pm | | | | |
| 189 | sorry NZYM is better | bfrtu | Strong Buy | 08/15/05 03:43 pm | | | | |
| 188 | Re: is this punk stock? | shockman61 | | 08/15/05 12:57 pm | | | | |
| 187 | the only drawback to today's move | ioncandle | | 08/15/05 12:19 pm | | | | |
| 186 | Re: is this punk stock? | bhodhe2boy | Buy | 08/15/05 11:44 am | | | | |
| 185 | NANERGY INC (NNGY.PK) +24% | stock_rancher | Strong Buy | 08/15/05 11:34 am | | | | |
| 184 | is this punk stock? | pompeifire | | 08/15/05 11:23 am | | | | |
| 183 | News is good....up $1.50 in premarket | ioncandle | | 08/15/05 09:23 am | | | | |

| 182 | Slow enrollment in the US | will_the_skeptic | | 08/09/05 04:24 pm |
| 181 | "practicing psychiatrist" LOL! No Way | captainblood2000 | | 08/08/05 11:55 pm |
| 180 | Re: outch !!! mutual fund reducing I | bhodhe2boy | | 08/08/05 11:49 am |
| 179 | outch !!! mutual fund reducing I"ll bet | bhodhe2boy | | 08/08/05 10:55 am |
| 178 | Re: thin trading big drop | bhodhe2boy | | 08/06/05 10:33 pm |
| 177 | thin trading big drop | bhodhe2boy | Buy | 08/06/05 10:30 pm |
| 176 | Re: Bad news coming? | ioncandle | | 08/05/05 03:04 pm |

Ignore Filter is Off [ **Turn ON** ] | Profanity Filter is Off [ **Turn ON** ] - Options - Help

**Previous 40** | **Next 40** [ First | Last ] Msg #: [____] Go 📝 **Post New Message**

[____] Search

◉ All  ○ Subject  ○ Message Text  ○ Author

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

Yahoo!   My Yahoo!   Mail

**YAHOO!** FINANCE
Message Boards

**Sign In**
New User? Sign Up

Search
the Web     [ Search ]

Message Boards Home - Help



**DOMAINS FOR JUST $2.99**/YEAR
REGISTER YOUR IDEAS. NOW.
.com  [ Go ]
YAHOO!

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > **CORT (Corcept Therapeutics Inco)**

Options - Edit Public Profile

# Yahoo! Message Boards: CORT

 Add to My Yahoo

**Previous 40** | **Next 40** [ First | Last ]   Msg #: [_____] [ Go ] ✎📝 **Post New Message**

| # | Subject | Author | Sentiment | Recs | Date/Time (ET) |
|---|---------|--------|-----------|------|----------------|
| 175 | Bad news coming? | itwillgoup | | | 08/05/05 02:18 pm |
| 174 | Re: Study replication | clarksterh | | | 08/03/05 01:05 am |
| 173 | Re: Study replication | airpilot72 | | | 08/01/05 10:03 pm |
| 172 | Re: Study replication | shockman61 | Strong Sell | | 07/31/05 07:58 pm |
| 171 | Re: A Practicing Psychiatrist speaks | shockman61 | | | 07/31/05 07:48 pm |
| 170 | Re: A Practicing Psychiatrist speaks | shockman61 | | | 07/31/05 07:46 pm |
| 169 | Re: A Practicing Psychiatrist speaks | market_bambi | | | 07/30/05 04:30 am |
| 168 | Study replication | airpilot72 | | | 07/30/05 03:14 am |
| 167 | Re: A Practicing Psychiatrist speaks | airpilot72 | | | 07/30/05 03:05 am |
| 166 | Re: A Practicing Psychiatrist speaks | shockman61 | Strong Sell | | 07/28/05 07:22 pm |
| 165 | Re: A Practicing Psychiatrist speaks | airpilot72 | Buy | 1 | 07/28/05 02:29 am |
| 164 | Re: marketing strategy | shockman61 | Strong Sell | | 07/27/05 05:16 pm |

**Boards Search**

[ Get Msgs ]

**CORT Quote**
CORT 14-Nov 1:24pm (C)Yahoo!
```
4.85
4.84
4.83
4.82
4.81
4.80
    10am   12pm    2pm    4pm
```
CORT  4.85  +0.03  +0.62%

[ Get Quotes ]
Delayed data
providers - disclaimer

Symbol Lookup
Get Streaming Real-Time Quotes
with Yahoo! Finance

**CORT More Info**
Chart, Financials, Historical Prices, Industry, Insider, Messages, News, Profile, Reports, Research, more...

**CORT Company News**
· New Star Analyst Rankings for CORCEPT THERAPEUTICS
· Corcept Q3 loss widens
· Corcept Therapeutics Announces Third Quarter 2005 Results
· Corcept Therapeutics to Present at Rodman & Renshaw Techvest 7th Annual Healthcare Conference on November 9, 2005
· Corcept to Study Zyprexa-Weight

| 163 | Re: marketing strategy | henryandlucy | | 07/27/05 12:38 pm | Gain Link |
|---|---|---|---|---|---|
| | | | | | More... |
| 162 | Re: A Practicing Psychiatrist speaks | henryandlucy | | 07/27/05 12:28 pm | |
| 161 | Re: A Practicing Psychiatrist speaks | henryandlucy | Buy | 07/27/05 12:25 pm | |
| 160 | Re: A Practicing Psychiatrist speaks | bhodhe2boy | Buy | 07/25/05 02:20 am | |
| 159 | Re: A Practicing Psychiatrist speaks | ioncandle | | 07/24/05 08:15 pm | |
| 158 | A Practicing Psychiatrist speaks | corceptisafraud | | 07/24/05 10:07 am | |
| 157 | Re: marketing strategy | bhodhe2boy | Strong Buy | 07/13/05 09:27 pm | |
| 156 | marketing strategy | shockman61 | Strong Sell | 07/12/05 09:07 am | |
| 155 | parabolic | bhodhe2boy | Strong Buy | 06/27/05 01:47 pm | |
| 154 | New highs are coming! | cache_atlanta | Strong Buy | 06/25/05 09:57 pm | |
| 153 | Re: story similar to thalidomide | Dobberkcd | Strong Buy | 06/25/05 04:36 pm | |
| 152 | Re: story similar to thalidomide | bhodhe2boy | Strong Buy | 06/25/05 01:21 am | |
| 151 | Re: story similar to thalidomide | wazmtme | | 06/24/05 10:20 pm | |
| 150 | Re: story similar to thalidomide | bhodhe2boy | Strong Buy | 06/24/05 04:06 pm | |
| 149 | Re: story similar to thalidomide | wazmtme | | 06/24/05 02:32 pm | |
| 148 | Re: story similar to thalidomide | bhodhe2boy | | 06/24/05 01:11 pm | |
| 147 | Re: story similar to thalidomide | Dobberkcd | Buy | 06/24/05 10:12 am | |
| 146 => | story similar to thalidomide | bhodhe2boy | Strong Buy | 06/24/05 01:11 am | |
| 145 | Nanotechnology company | andre10056 | | 06/19/05 10:26 pm | |
| 144 | too friggen nuts | bozo1234_94549 | | 06/15/05 10:23 pm | |
| 143 | Briefing.com | stockscess | Strong Buy | 06/14/05 03:12 pm | |
| 142 | Re: Director bought 20000 shares | bozo1234_94549 | Hold | 06/10/05 05:54 pm | |

| 141 | Conference presentation coming up | stock_broker_one | | 06/08/05 06:42 pm |
| 140 | Director bought 20000 shares | milkmlml | | 06/02/05 08:40 am |
| 139 | Re: $4.50 ceiling ??? | bladerunner1717 | Strong Buy | 05/31/05 02:18 pm |
| 138 | WTF | MarvelousMarcus | | 05/31/05 01:45 pm |
| 137 | Re: $4.50 ceiling ??? | bozo1234_94549 | Hold | 05/25/05 01:16 am |
| 136 | $4.50 ceiling ??? | ioncandle | | 05/24/05 03:38 pm |

Ignore Filter is Off [ **Turn ON** ] | Profanity Filter is Off [ **Turn ON** ] - Options - Help

**Previous 40** | **Next 40** [ First | Last ]  Msg #: [Go] 📝 **Post New Message**

[                    ]  [ Search ]

◉ All   ○ Subject   ○ Message Text   ○ Author

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

| | Re: story similar to thalidomide | | Strong Buy | | · Gain Link | |
|---|---|---|---|---|---|---|
| | | | | | | More... |
| 151 | Re: story similar to thalidomide | wazmtme | | 06/24/05 10:20 pm | | |
| 150 | Re: story similar to thalidomide | bhodhe2boy | Strong Buy | 06/24/05 04:06 pm | | |
| 149 | Re: story similar to thalidomide | wazmtme | | 06/24/05 02:32 pm | | |
| 148 | Re: story similar to thalidomide | bhodhe2boy | | 06/24/05 01:11 pm | | |
| 147 | Re: story similar to thalidomide | Dobberkcd | Buy | 06/24/05 10:12 am | | |
| 146 | story similar to thalidomide | bhodhe2boy | Strong Buy | 06/24/05 01:11 am | | |
| 145 | Nanotechnology company | andre10056 | | 06/19/05 10:26 am | | |
| 144 | too friggen nuts | bozo1234_94549 | | 06/15/05 10:23 pm | | |
| 143 | Briefing.com | stockscess | Strong Buy | 06/14/05 03:12 pm | | |
| 142 | Re: Director bought 20000 shares | bozo1234_94549 | Hold | 06/10/05 05:54 pm | | |
| 141 | Conference presentation coming up | stock_broker_one | | 06/08/05 06:42 pm | | |
| 140 | Director bought 20000 shares | milkmlml | | 06/02/05 08:40 am | | |
| 139 | Re: $4.50 ceiling ??? | bladerunner1717 | Strong Buy | 05/31/05 02:18 pm | | |
| 138 | WTF | MarvelousMarcus | | 05/31/05 01:45 pm | | |
| 137 | Re: $4.50 ceiling ??? | bozo1234_94549 | Hold | 05/25/05 01:16 am | | |
| 136 | $4.50 ceiling ??? | ioncandle | | 05/24/05 03:38 pm | | |
| 135 | Yeah Mr. Cook for buying.Talk to ur CEO | makeorfake | Hold | 05/20/05 02:43 pm | | |
| 134 | Nice to see an insider buy | bayarea310 | | 05/19/05 12:10 am | | |
| 133 | Yet more inst. buy.. not many sales.. | makeorfake | | 05/16/05 10:44 am | | |
| 132 | Re: Does CORT have a SPA? | bladerunner1717 | Buy | 05/13/05 10:52 am | | |
| 131 | Does CORT have a SPA? | bladerunner1717 | Buy | 05/13/05 10:49 am | | |
| 130 | More buying on the close... | ioncandle | | 05/12/05 04:05 pm | | |
| 129 | Anyone notice the institution buying.. | makeorfake | | 05/11/05 12:16 pm | | |
| 128 | Re: What a spike in | ioncandle | | 04/29/05 04:20 pm | | |

the last minute!                                          1

Ignore Filter is Off [ **Turn ON** ] | Profanity Filter is Off [ **Turn ON** ] - Options - Help

**Previous 40** | **Next 40** [ _First_ | _Last_ ] Msg #: [_____] [Go] 📝 **Post New Message**

[_____]  [ Search ]

◉ All   ○ Subject   ○ Message Text   ○ Author

---

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

---

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback



Yahoo!  My Yahoo!  Mail

**YAHOO!** FINANCE  **Sign In**
Message Boards    New User? Sign Up

Search the Web [ ]    Search

Message Boards Home - Help

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

Options - Edit Public Profile

# Yahoo! Message Boards: CORT

Add to My Yahoo

**Previous 40** | **Next 40** [ **First** | **Last** ]  Msg #: [ ]  Go    Post New Message

| # | Subject | Author | Sentiment | Recs | Date/Time (ET) |
|---|---------|--------|-----------|------|----------------|
| 137 | Re: $4.50 ceiling ??? | bozo1234_94549 | Hold | | 05/25/05 01:16 am |
| 136 | $4.50 ceiling ??? | ioncandle | | | 05/24/05 03:38 pm |
| 135 | Yeah Mr. Cook for buying.Talk to ur CEO | makeorfake | Hold | | 05/20/05 02:43 pm |
| 134 | Nice to see an insider buy | bayarea310 | | | 05/19/05 12:10 am |
| 133 | Yet more inst. buy.. not many sales.. | makeorfake | | | 05/16/05 10:44 am |
| 132 | Re: Does CORT have a SPA? | bladerunner1717 | Buy | | 05/13/05 10:52 am |
| 131 | Does CORT have a SPA? | bladerunner1717 | Buy | | 05/13/05 10:49 am |
| 130 | More buying on the close... | ioncandle | | | 05/12/05 04:05 pm |
| 129 | Anyone notice the institution buying.. | makeorfake | | | 05/11/05 12:16 pm |
| 128 | Re: What a spike in the last minute! | ioncandle | | 1 | 04/29/05 04:20 pm |
| 127 | Re: What a spike in the last minute! | possessfaith | | | 04/29/05 04:09 pm |
| 126 | What a spike in the last minute! | cache_atlanta | Strong Buy | | 04/29/05 04:06 pm |
| 125 | $15.00 target per new analyst coverage | cache_atlanta | Strong Buy | | 04/26/05 06:53 pm |
| 124 | CORT coverage initated | docm74 | | | 04/26/05 09:23 am |

**Boards Search**

Get Msgs

**CORT Quote**

CORT 14-Nov 2:39pm (C)Yahoo!

```
4.86
4.84
4.82
4.80
    10am  12pm   2pm   4pm
```

CORT  4.85  +0.03  +0.62%

Get Quotes

Delayed data providers - disclaimer

Symbol Lookup
Get Streaming Real-Time Quotes with Yahoo! Finance

**CORT More Info**

Chart, Financials, Historical Prices, Industry, Insider, Messages, News, Profile, Reports, Research, more...

**CORT Company News**

- CORCEPT THERAPEUTICS INC Files SEC form 8-K, Results of Operations, Financial Statements and Exhibits
- New Star Analyst Rankings for CORCEPT THERAPEUTICS
- Corcept Q3 loss widens
- Corcept Therapeutics Announces Third Quarter 2005 Results
- Corcept Therapeutics to Present at

Yahoo!  My Yahoo!  Mail

 **FINANCE** Message Boards

Sign In
New User? Sign Up

Search the Web    [Search]

Message Boards Home - Help

**Colorado Technical University Online**
TAKE YOUR CAREER TO NEW HEIGHTS

**Graduate in 15 Months** CTU Online makes it possible

■■■ Undergraduate Programs
- Bachelor's (BSBA) in Information Technology
- Bachelor's (BSBA) in Management
- Bachelor's (BSCJ) in Criminal Justice
- Bachelor's (BSBA) in Marketing

■■■ Graduate Programs
- Executive Master of Business Administration (MBA)
- Master's (MSM) in Information Systems Security
- Master's (MSM) in Information Technology Management
- Master's (MSM) in Project Management

Click anywhere on this ad to view program information.    LEARN MOR

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

Options - Edit Public Profile

# Yahoo! Message Boards: CORT

 Add to My Yahoo

**Previous 40** | **Next 40** [ First | Last ] Msg #: [____] [Go] 📝 **Post New Message**

| # | Subject | Author | Sentiment | Recs | Date/Time (ET) |
|---|---|---|---|---|---|
| 126 | What a spike in the last minute! | cache_atlanta | Strong Buy | | 04/29/05 04:06 pm |
| 125 | $15.00 target per new analyst coverage | cache_atlanta | Strong Buy | | 04/26/05 06:53 pm |
| 124 | CORT coverage initated | docm74 | | | 04/26/05 09:23 am |
| 123 | China? Good things in the short term. | exactbeatz | Strong Buy | | 04/19/05 04:24 pm |
| 122 | Future looks promising... | ioncandle | | | 04/19/05 02:04 pm |
| 121 | Re: Stock up over 25% today | abovetheneck2000 | | | 04/19/05 07:39 am |
| 120 | Desert rose | kitleyboy | Buy | | 04/19/05 06:10 am |
| 119 | Re: Stock up over 25% today | bladerunner1717 | Strong Buy | | 04/18/05 10:59 pm |
| 118 | Re: Stock up over 25% today | biovesthunter | | 1 | 04/18/05 10:52 pm |
| 117 | Stock up over 25% today | bladerunner1717 | Strong Buy | | 04/18/05 08:50 pm |
| 116 | Re: Contact info for Dr. Robert T Rubin | airpilot72 | | 2 | 04/04/05 01:05 pm |
| 115 | Time to LOAD UP here... | visionaire999 | Strong Buy | | 04/04/05 12:29 pm |
| 113 | A Brand New 52 Week Low Set today | alexkaiser2 | | | 03/29/05 04:25 pm |
| 112 | Contact info for Dr. Robert T Rubin | corceptisafraud | Strong Sell | | 03/18/05 05:14 pm |

**Boards Search**

[Get Msgs]

**CORT Quote**

CORT 14-Nov 2:20pm (C)Yahoo!
4.86
4.84
4.82
4.80
10am  12pm  2pm  4pm

CORT  4.85  +0.03  +0.62%

[Get Quotes]

Delayed data providers - disclaimer

Symbol Lookup
Get Streaming Real-Time Quotes
with Yahoo! Finance

**CORT More Info**

Chart, Financials, Historical Prices, Industry, Insider, Messages, News, Profile, Reports, Research, more...

**CORT Company News**

· New Star Analyst Rankings for CORCEPT THERAPEUTICS
· Corcept Q3 loss widens
· Corcept Therapeutics Announces Third Quarter 2005 Results
· Corcept Therapeutics to Present at Rodman & Renshaw Techvest 7th Annual Healthcare Conference on November 9, 2005
· Corcept to Study Zyprexa-Weight

| 111 | so long | falling_wickets | | 03/18/05 01:58 pm | · Gain Link |
| 110 | Re: very curious to know | falling_wickets | | 03/18/05 11:36 am | More... |
| 108 | very curious to know | falling_wickets | | 03/16/05 12:56 pm | |
| 107 | 0.26c away from 52 week low | falling_wickets | | 03/16/05 10:26 am | |
| 106 | belanoff + Roe | falling_wickets | | 03/16/05 08:51 am | |
| 105 | talking to myself again | falling_wickets | | 03/14/05 12:31 pm | |
| 103 | was belanoff having | falling_wickets | | 03/08/05 03:18 pm | |
| 102 | The conference | falling_wickets | 2 | 03/02/05 07:26 am | |
| 101 | Re: with 15 minutes | ioncandle | | 03/01/05 04:23 pm | |
| 100 | with 15 minutes | falling_wickets | | 03/01/05 03:35 pm | |
| 99 | robert roe | falling_wickets | | 03/01/05 08:04 am | |
| 98 | Re: CEO SUCKS | miaemi46 | | 02/25/05 07:06 am | |
| 97 | CEO SUCKS | falling_wickets | | 02/24/05 07:53 am | |
| 96 | one other bad thing | falling_wickets | | 02/15/05 03:48 pm | |
| 95 | the selling | falling_wickets | | 02/15/05 03:46 pm | |
| 94 | Re: filled gap from early december | kmikesara | | 02/05/05 08:43 am | |
| 93 | reasonable close for today | bank2003bank | | 02/03/05 05:07 pm | |
| 92 | filled gap from early december | drstoks | | 02/03/05 01:11 pm | |
| 91 | Re: what is going on???? | drstoks | | 02/03/05 12:55 pm | |
| 90 | Re: what is going on???? | bank2003bank | 2 | 02/03/05 12:20 pm | |
| 89 | Re: what is going on???? | drstoks | | 02/03/05 10:24 am | |
| 88 | Re: what is going on???? | ioncandle | | 02/03/05 09:53 am | |
| 87 | what is going on???? | sirbailey_2000 | | 02/03/05 09:48 am | |
| 86 | Re: Question for those that know | falling_wickets | | 02/03/05 09:46 am | |
| 85 | Finally | falling_wickets | | 01/28/05 07:03 am | |
| 84 | Question for those that know | falling_wickets | | 01/26/05 12:55 pm | |

Ignore Filter is Off [ **Turn ON** ] | Profanity Filter is Off [ **Turn ON** ] - Options - Help

**Previous 40** | **Next 40** [ First | Last ] Msg #:    Go  📝 **Post New Message**

Search

⦿ All    ○ Subject    ○ Message Text    ○ Author

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback



Yahoo!  My Yahoo!  Mail

**YAHOO!** FINANCE  **Sign In**      Search the Web    [ Search ]
Message Boards  New User? Sign Up

Message Boards Home - Help



Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > **CORT (Corcept Therapeutics Inco)**

Options - Edit Public Profile

# Yahoo! Message Boards: CORT

 Add to My Yahoo

**Previous 40** | **Next 40** [ **First** | **Last** ]  Msg #: [____] [ Go ] ✏️ **Post New Message**

**Boards Search**

[ Get Msgs ]

| # | Subject | Author | Sentiment | Recs | Date/Time (ET) |
|---|---------|--------|-----------|------|----------------|
| 85 | Finally | falling_wickets | | | 01/28/05 07:03 am |
| 84 | Question for those that know | falling_wickets | | | 01/26/05 12:55 pm |
| 83 | Re: WHAT IS GOING ON HERE? | ahcph77 | | | 01/26/05 12:33 pm |
| 82 | Re: WHAT IS GOING ON HERE? | kmikesara | | | 01/26/05 12:09 pm |
| 81 | WHAT IS GOING ON HERE? | ahcph77 | | | 01/26/05 10:06 am |
| 80 | Analysts | falling_wickets | | | 01/19/05 03:39 pm |
| 79 | Only I | falling_wickets | | 1 | 01/19/05 10:19 am |
| 78 | WHY IS THIS DROPPING LIKE A FLY? | ahcph77 | | | 01/14/05 03:36 pm |
| 77 | Re: question about cort | kmikesara | | | 01/05/05 04:33 pm |
| 76 | Re: question about cort | clarksterh | | | 01/05/05 10:16 am |
| 75 | Re: question about cort | kmikesara | | | 01/04/05 11:04 pm |
| 74 | question about cort | drstoks | | | 01/04/05 10:05 pm |
| 73 | Looks like it's going back down to $4s | ahcph77 | | | 01/03/05 09:57 am |
| 72 | Minn_sea | boxster_s | | | 12/29/04 04:24 pm |

**CORT Quote**

CORT 14-Nov 2:20pm (C)Yahoo!
4.86
4.84
4.82
4.80
10am  12pm  2pm  4pm
**CORT** 4.85  +0.03  +0.62%

[ Get Quotes ]
Delayed data providers - disclaimer

Symbol Lookup
Get Streaming Real-Time Quotes with Yahoo! Finance

**CORT More Info**

Chart, Financials, Historical Prices, Industry, Insider, Messages, News, Profile, Reports, Research, more...

**CORT Company News**

· New Star Analyst Rankings for CORCEPT THERAPEUTICS
· Corcept Q3 loss widens
· Corcept Therapeutics Announces Third Quarter 2005 Results
· Corcept Therapeutics to Present at Rodman & Renshaw Techvest 7th Annual Healthcare Conference on November 9, 2005
· Corcept to Study Zyprexa-Weight

| 71 | Re: THE STREET & Tax-loss selling | Minn_sea | | | 12/29/04 02:02 pm | Gain Link |
| | | | | | | More... |
| 70 | Re: THE STREET & Tax-loss selling | boxster_s | | | 12/29/04 11:44 am | |
| 69 | Re: FWIW | Minn_sea | | | 12/29/04 11:03 am | |
| 68 | FWIW | no_b_dr_t | Buy | 1 | 12/29/04 10:04 am | |
| 67 | THE STREET & Tax-loss selling | Minn_sea | Buy | | 12/29/04 09:03 am | |
| 66 | THE STREET & Tax-loss selling | Minn_sea | Buy | | 12/29/04 08:53 am | |
| 65 | Re: Ive taken a position - Minn_sea | kmikesara | | | 12/29/04 02:40 am | |
| 64 | Re: Ive taken a position - Minn_sea | clarksterh | Buy | | 12/29/04 01:58 am | |
| 63 | Re: Ive taken a position - Minn_sea | kmikesara | | | 12/28/04 08:19 pm | |
| 62 | Re: Ive taken a position - Minn_sea | plm45889092 | | | 12/28/04 04:44 pm | |
| 61 | Re: Ive taken a position - Minn_sea | kmikesara | | | 12/24/04 05:37 am | |
| 60 | Ive taken a position - Minn_sea | Minn_sea | Buy | | 12/23/04 09:10 am | |
| 59 | CORT | chaylse92 | | | 12/22/04 01:48 pm | |
| 58 | Re: Conference Feedback? | wazmtme | | | 12/20/04 03:56 pm | |
| 57 | captain | frag_bug | | | 12/18/04 12:32 am | |
| 56 | Lack of sellers | thistle_pie21 | | | 12/17/04 05:01 pm | |
| 55 | Re: Graveyard | captainblood2000 | | 1 | 12/17/04 03:20 pm | |
| 53 | Re: Garren Reccomends CORT | besomeone19622002 | Hold | | 12/15/04 03:02 pm | |
| 52 | Garren Reccomends CORT | babble_on2001 | Strong Buy | | 12/15/04 11:13 am | |
| 51 | Graveyard | njohn888 | | | 12/13/04 04:31 pm | |
| 50 | Re: Conference Feedback? | captainblood2000 | | | 12/13/04 03:34 pm | |
| 49 | Re: Conference | tblew | | | 12/13/04 09:29 am | |

| | | | | |
|---|---|---|---|---|
| | Feedback? | | | |
| 48 | Re: Conference Feedback? | kmikesara | | 12/09/04 04:28 pm |
| 47 | offering 1300 shares... | rjweber21 | | 12/09/04 11:25 am |
| 46 | Conference Feedback? | WTRRR | | 12/09/04 10:53 am |
| 45 | CORT | burkekozue | 1 | 12/09/04 12:26 am |

Ignore Filter is Off [ **Turn ON** ] | Profanity Filter is Off [ **Turn ON** ] - Options - Help

**Previous 40** | **Next 40** [ First | Last ] Msg #: ⬚ Go 📝 **Post New Message**

⬚ Search

⦿ All   ○ Subject   ○ Message Text   ○ Author

---

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

---

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

Yahoo!   My Yahoo!   Mail



**YAHOO! FINANCE**
Message Boards

Search
the Web        [Search]

Sign In
New User? Sign Up

Message Boards Home · Help



Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > **CORT (Corcept Therapeutics Inco)**

Options · Edit Public Profile

# Yahoo! Message Boards: CORT

Add to My Yahoo

**Previous 40** | **Next 40** [ First | Last ]  Msg #: [    ] [Go] 📝 **Post New Message**

| # | Subject | Author | Sentiment | Recs | Date/Time (ET) |
|---|---------|--------|-----------|------|----------------|
| 43 | Re: CORT changing symbol... | kmikesara | | | 12/08/04 05:22 pm |
| 42 | CORT changing symbol... | rjweber21 | | | 12/08/04 03:44 pm |
| 41 | Biggest volume days - EVER | besomeone19622002 | Hold | 1 | 12/07/04 07:39 pm |
| 40 | Re: Corlux update tomorrow at Conferenc | rjweber21 | | | 12/07/04 02:48 pm |
| 39 | Re: Corlux update tomorrow at Conference | drstoks | | | 12/07/04 01:28 pm |
| 38 | Corlux update tomorrow at Conference | genomicleader | | | 12/07/04 12:25 pm |
| 37 | Maybe a Bottom, Lots of blocks today | alexkaiser2 | | | 12/01/04 04:14 pm |
| 36 | CFO buys 5,000 shares E.O.M | stockarookid | Buy | | 11/30/04 09:42 pm |
| 35 | Re: Can CORT go below $0 | njohn888 | | | 11/29/04 03:57 pm |
| 34 | CORT changes Symbol to TURD | vacmart0 | | 2 | 11/24/04 11:18 am |
| 33 | Re: Can CORT go below $0 | rjweber21 | | | 11/16/04 11:10 am |
| 32 | Can CORT go below $0 | alexkaiser2 | | | 11/16/04 10:30 am |

**Boards Search**

[    ] [Get Msgs]

**CORT Quote**

CORT 14-Nov 2:20pm (C)Yahoo!

4.86
4.84
4.82
4.80
10am    12pm    2pm    4pm

CORT 4.85  +0.03  +0.62%

[Get Quotes]

Delayed data providers - disclaimer

Symbol Lookup
Get Streaming Real-Time Quotes with Yahoo! Finance

**CORT More Info**

Chart, Financials, Historical Prices, Industry, Insider, Messages, News, Profile, Reports, Research, more...

**CORT Company News**

· New Star Analyst Rankings for CORCEPT THERAPEUTICS

· Corcept Q3 loss widens

· Corcept Therapeutics Announces Third Quarter 2005 Results

· Corcept Therapeutics to Present at Rodman & Renshaw Techvest 7th Annual Healthcare Conference on November 9, 2005

· Corcept to Study Zyprexa-Weight

| 31 | 5000 share sell | rjweber21 | Buy | 11/16/04 10:29 am | Gain Link |
| 30 | CORT is one of those | amh_excite | | 11/12/04 12:23 pm | More... |
| 29 | Re: CORT = NTMD | airpilot72 | 2 | 11/11/04 06:00 pm | |
| 28 | Re: Desperate? | digitaldebris | | 11/11/04 12:11 am | |
| 27 | Re: Desperate? | rosie01921 | | 11/10/04 06:02 pm | |
| 26 | Re: Desperate? | digitaldebris | | 11/10/04 01:48 pm | |
| 25 | Re: CORT = NTMD | digitaldebris | | 11/10/04 01:44 pm | |
| 24 | Re: CORT = NTMD | digitaldebris | | 11/10/04 01:42 pm | |
| 23 | Re: Desperate? | digitaldebris | | 11/10/04 01:40 pm | |
| 22 | Re: CORT = NTMD | rjweber21 | | 11/09/04 04:00 pm | |
| 21 | CORT = NTMD | sellhibylo | Strong Buy | 11/07/04 07:08 pm | |
| 20 | Re: Desperate? | njohn888 | | 11/05/04 06:57 pm | |
| 19 | Re: $20 TARGET OUT!!!!!! | amh_excite | | 11/05/04 01:37 pm | |
| 18 | Re: Desperate? | ezmoney_1000 | Strong Buy | 11/05/04 10:30 am | |
| 17 | Desperate? | stnlsman | | 11/05/04 10:25 am | |
| 16 | Re: $20 TARGET OUT!!!!!! | amh_excite | Strong Buy | 11/04/04 03:49 pm | |
| 15 | Re: $20 TARGET OUT!!!!!! | njohn888 | | 11/04/04 03:27 pm | |
| 14 | $20 TARGET OUT!!!!!! | ezmoney_1000 | Strong Buy | 11/04/04 03:14 pm | |
| 13 | This board is sure dead quiet! | njohn888 | | 11/04/04 02:57 pm | |
| 12 | Re: Data for Assessment | walldiver | | 11/04/04 02:56 pm | |
| 11 | Data for Assessment | prtsnda | | 10/24/04 01:03 pm | |
| 10 | Re: Short term gains newsltr alert on CO | dkmd11 | | 10/18/04 06:38 pm | |
| 9 | Re: Lock-up expiration | saybrugian | | 10/11/04 10:07 pm | |
| 8 | Re: Lock-up expiration | airpilot72 | | 09/23/04 01:36 pm | |
| 7 | Re: Lock-up expiration | redskyrocks | | 09/23/04 10:38 am | |

| 6 | <u>Lock-up expiration</u> | airpilot72 | 09/21/04 02:19 pm |
| 5 | <u>Short term gains newsltr alert on CORT</u> | baccarat_boy2003 | 08/30/04 07:35 pm |
| 4 | <u>Re: CAUTION:</u> | sragonese@sbcglob... | 06/25/04 08:17 pm |

Ignore Filter is Off [ **Turn ON** ] | Profanity Filter is Off [ **Turn ON** ] - <u>Options</u> - <u>Help</u>

**Previous 40** | **Next 40** [ <u>First</u> | <u>Last</u> ]  Msg #:    [Go] 📝 **Post New Message**

[_____]  [ Search ]

⦿ All   ◯ Subject   ◯ Message Text   ◯ Author

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our <u>Terms of Service</u>. For more information regarding investments and the Internet, please visit the <u>SEC Web site</u>.

Copyright © 2005 Yahoo! Inc. All rights reserved.
<u>Privacy Policy</u> - <u>Terms of Service</u> - <u>Copyright/IP Policy</u> - <u>Guidelines</u> - <u>Help</u> - <u>Ad Feedback</u>

**EXHIBIT L**

# PRIORITY COMMUNICATION

# An Open Label Trial of C-1073 (Mifepristone) for Psychotic Major Depression*

Joseph K. Belanoff, Anthony J. Rothschild, Frederick Cassidy, Charles DeBattista, Etienne-Emile Baulieu, Clifford Schold, and Alan F. Schatzberg

**Background:** *The rationale for treating patients with psychotic major depression (PMD) with glucocorticosteroid receptor (GR) antagonists is explained.*

**Methods:** *Thirty patients with PMD, with Hamilton Rating Scale for Depression (HAMD-21) scores of 18 or greater, were assigned in an open label trial to receive 50 mg, 600 mg, or 1200 mg of mifepristone for 7 days.*

**Results:** *All the subjects completed the protocol; there were no dropouts. Side effects were mild and sporadic. Of 19 subjects in the combined 600- and 1200-mg group, 13 had a 30% or greater decline in their Brief Psychiatric Rating Scale (BPRS) scores, compared with 4 of 11 in the 50-mg group. In the 600- and 1200-mg group, 12 of 19 subjects showed a 50% decline in the BPRS positive symptom subscale, a more sensitive index for the symptoms seen in PMD, compared with 3 of 11 in the 50-mg group; 8 of 19 subjects in the 600- and 1200-mg group had a 50% decline in the HAMD-21, compared with 2 of 11 in the 50-mg group.*

**Conclusions:** *These results suggest that short term use of GR antagonists may be effective in the treatment of psychotic major depression and that further blinded studies are warranted.* Biol Psychiatry 2002;52: 386–392 © 2002 Society of Biological Psychiatry

**Key Words:** C-1073 Mifepristone, psychotic major depression, cortisol

*See accompanying Commentary, in this issue.

## Introduction

There is strong evidence to support the hypothesis that psychotic major depression (PMD) is a distinct syndrome. Statistically significant differences between psychotic and nonpsychotic major depression have been noted

along many axes including presenting features (Charney and Nelson 1981; Coryell et al 1984; Frances et al 1981; Glassman and Roose 1981; Lykouras et al 1986; Nelson and Bowers 1978; Schatzberg and Rothschild 1992), neuropsychologic features (Belanoff 2001; Schatzberg et al 2000), biological features (Nelson and Davis 1997), familial transmission (Leckman et al 1984; Nelson et al 1984), course and outcome (Robinson and Spiker 1985), as well as response to treatment (Anton and Burch 1990; Chan et al 1987; Glassman and Roose 1986; Kantor and Glassman 1977; Nelson and Bowers 1978; Rothschild 1985; Spiker et al 1985).

Many centers have reported specific abnormalities in the hypothalamic-pituitary-adrenal (HPA) axis activity of patients with psychotic depression. Patients with PMD are among those with the highest rates of nonsuppression on the dexamethasone suppression test (DST; Anton 1987; Anton and Burch 1990; Chan et al 1987; Kantor and Glassman 1977; Leckman et al 1984; Nelson and Davis 1997; Nelson et al 1984; Robinson and Spiker 1985; Rothschild 1985; Schatzberg et al 2000; Spiker et al 1985), and many have markedly elevated postdexamethasone cortisol levels. A meta-analysis of 12 studies, with a combined sample size of approximately 1000 depressed patients, indicated that when inpatient status was controlled for, psychosis, but not melancholic symptoms, was associated with increased DST nonsuppression rates (Nelson and Davis 1997). Significant elevation in 24-hour measures of urinary free cortisol levels and plasma adrenocorticotropin hormone (ACTH) have also been observed in patients with PMD (Anton 1987). Patients with nonaffective psychoses, such as schizophrenia, generally do not show a high DST nonsuppression rate (Arana et al 1983; Rothschild et al 1982), but not all studies concur (Muck-Seler et al 1999). We hypothesized a number of years ago that excessive glucocorticosteroid activity resulted in alterations in dopamine metabolism and the development of delusions (Schatzberg et al 1985). More recent data point to glucocorticoid administration causing cognitive deficits in humans and nonhuman primates that mirror impairments in PMD (Lyons 2000; Newcomer et al 1999).

Patients with PMD respond differently to pharmacologic therapies in comparison with patients with nonpsy-

From Corcept Therapeutics Inc. (JKB), Menlo Park, California; the Department of Psychiatry, University of Massachusetts Medical School (AJR), Worcester, Massachusetts; the Department of Psychiatry, Duke University (FC), John Umstead Hospital, Butner, North Carolina; Department of Psychiatry, Stanford University, (CD, AFS), Stanford, California; Stéroides et Système Nerveux, Institut National de la Santé et de la Recherche Médicale (E-EB), Le Kremlin-Bicêtre Cedex, France; Duke Clinical Research Institute (CS), Durham, North Carolina.

Address reprint requests to Joseph K. Belanoff, M.D., Corcept Therapeutics Inc., 275 Middlefield Road, Suite A, Menlo Park CA 94025.

Received January 7, 2002; revised April 15, 2002; accepted April 17, 2002.

© 2002 Society of Biological Psychiatry

EXHIBIT ___ L

388    BIOL PSYCHIATRY
2002;52:386–392

J.K. Belanoff et al

Table 1. Raw Phase II Data by Mifepristone Dose

**(50 mg)**

| Pt. No. | Age | G | Hx | DCE | AD | AP | ADP | N | BPRS0 | BPRS7 | BPRS RESP | POS0 | POS7 | POS RESP | HAM0 | HAM7 | HAM RESP | CGI CH | CORT0 | CORT7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-01 | 33 | F | Y | 6 | | | X | | 25 | 27 | N | 2 | 2 | N | 27 | 24 | N | 6 | 15.63 | 11.05 |
| 10-02 | 60 | F | Y | 36 | | | X | | 43 | 31 | N | 12 | 4 | Y | 25 | 17 | N | 2 | 14.28 | 6.05 |
| 10-09 | 32 | F | Y | 2 | | | X | | 32 | 11 | Y | 13 | 0 | Y | 24 | 14 | N | 2 | 9.82 | 3.00 |
| 10-15 | 53 | M | N | 52 | | | X | | 37 | 23 | Y | 15 | 10 | N | 27 | 19 | N | 3 | 8.42 | 9.77 |
| 03-20 | 38 | M | Y | 4 | | | | X | 33 | 14 | Y | 14 | 11 | N | 29 | 8 | Y | 2 | 4.45 | 1.90 |
| 04-21 | 31 | F | Y | 6 | | | X | | 44 | 34 | N | 16 | 11 | N | 34 | 25 | N | 3 | 6.12 | 12.37 |
| 04-22 | 38 | M | ? | 2 | | X | | | 33 | 24 | N | 14 | 11 | N | 22 | 15 | N | 3 | 9.57 | 13.62 |
| 04-28 | 51 | F | Y | 2 | X | | | | 34 | 30 | N | 14 | 11 | N | 19 | 19 | N | 3 | 12.26 | 16.90 |
| 10-30 | 60 | M | N | 18 | | | X | X | 47 | 51 | N | 17 | 14 | N | 38 | 28 | N | 4 | 16.84 | 22.34 |
| 02-31 | 40 | M | Y | 26 | | | | X | 30 | 6 | Y | 6 | 0 | Y | 27 | 8 | Y | 1 | 13.14 | 14.23 |
| 04-32 | 29 | F | Y | 8 | | | X | | 27 | 20 | N | 9 | 7 | N | 21 | 14 | N | 3 | 6.36 | 17.89 |

**(600 mg)**

| Pt. No. | Age | G | Hx | DCE | AD | AP | ADP | N | BPRS0 | BPRS7 | BPRS RESP | POS0 | POS7 | POS RESP | HAM0 | HAM7 | HAM RESP | CGI CH | CORT0 | CORT7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-04 | 40 | M | Y | 3 | | | | X | 38 | 25 | Y | 9 | 4 | Y | 27 | 21 | N | 2 | 9.13 | 57.68 |
| 04-05 | 23 | F | Y | 5 | | | X | | 41 | 31 | N | 17 | 12 | N | 23 | 4 | Y | 3 | 5.71 | 35.05 |
| 10-11 | 59 | F | Y | 6 | | | X | | 30 | 8 | Y | 6 | 0 | Y | 25 | 6 | Y | 1 | 9.87 | 12.01 |
| 02-14 | 37 | M | Y | 2 | | | X | | 23 | 15 | N | 4 | 2 | Y | 18 | 9 | Y | 3 | 10.79 | 30.75 |
| 10-18 | 46 | F | ? | 13 | | | X | | 32 | 21 | Y | 5 | 2 | Y | 27 | 15 | N | 2 | 5.89 | 9.67 |
| 03-23 | 25 | F | Y | 2 | | | X | | 33 | 39 | N | 7 | 10 | N | 25 | 29 | N | 2 | 5.99 | 16.82 |
| 04-24 | 45 | F | Y | 1 | | | X | | 35 | 22 | Y | 13 | 10 | N | 20 | 13 | N | 3 | 3.13 | 6.23 |
| 11-27 | 67 | F | Y | 8 | | | X | | 51 | 35 | Y | 10 | 2 | Y | 38 | 22 | N | 3 | 16.89 | 46.22 |
| 10-29 | 31 | F | Y | 4 | | X | | | 30 | 4 | Y | 10 | 0 | Y | 20 | 3 | Y | 1 | 4.16 | >60.00 |
| 02-33 | 58 | M | Y | 4 | | | | X | 45 | 39 | N | 4 | 3 | N | 24 | 12 | Y | 2 | 6.66 | 27.94 |

**(1200 mg)**

| Pt. No. | Age | G | Hx | DCE | AD | AP | ADP | N | BPRS0 | BPRS7 | BPRS RESP | POS0 | POS7 | POS RESP | HAM0 | HAM7 | HAM RESP | CGI CH | CORT0 | CORT7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-03 | 56 | F | N | 24 | | | | X | 32 | 13 | Y | 12 | 6 | Y | 19 | 12 | N | 3 | 7.68 | 36.97 |
| 10-07 | 53 | F | Y | 104 | X | | | | 30 | 9 | Y | 13 | 1 | Y | 21 | 7 | Y | 2 | 5.96 | 41.71 |
| 10-10 | 56 | M | ? | 52 | | | X | | 37 | 30 | N | 7 | 4 | N | 31 | 25 | N | 2 | 2.61 | 20.47 |
| 03-12 | 51 | M | Y | 12 | | | | X | 38 | 5 | Y | 13 | 0 | Y | 23 | 6 | Y | 1 | 5.90 | 18.21 |
| 08-16 | 64 | F | Y | 4 | | | X | | 26 | 23 | N | 10 | 6 | N | 18 | 12 | N | 4 | 10.50 | 41.80 |
| 10-19 | 25 | M | Y | 5 | | | X | | 24 | 25 | N | 8 | 4 | Y | 19 | 17 | N | 3 | 7.80 | 3.76 |
| 03-25 | 39 | F | Y | 52 | | | X | | 28 | 11 | Y | 10 | 5 | Y | 21 | 12 | N | 4 | 6.50 | 7.00 |
| 08-26 | 74 | F | Y | 7 | | | X | | 42 | 28 | Y | 9 | 5 | Y | 26 | 16 | N | 2 | 13.56 | 31.44 |
| 10-34 | 45 | F | Y | 17 | | | X | | 20 | 6 | Y | 4 | 1 | Y | 19 | 8 | Y | 2 | 8.45 | n/a |

Pt. No., patient number (first two digits = site); G, gender (M, male; F, female); Hx, history of psychotic major depression; DCE, duration of current episode of psychotic major depression; AD, antidepressant; AP, antipsychotic; ADP, both antipsychotic and antidepressant; N, neither antipsychotic nor antidepressants; BPRS0, Brief Psychiatric Rating Scale Score at day 0 and day 7 (individual items rated from 0–6); BPRS RESP, "responder" if 1, indicates 30+ % improvement (decline in score); POS0, subscale of BPRS (items 4, 11, 12, and 15) day 0 and day 7; POS RESP, "responder" 1 indicates 50+ % decline in Positive Symptom Scale; HAM0 (7), Hamilton Depression Scale at day 0 and day 7; HAM RESP, "responder" if 1, indicates 50%+ decline in HAMD score; CGI /CH, Clinical Global Impression change scores; CORT0 (7), median afternoon cortisol value.

(CGI) scores declined by 33% during mifepristone administration and 8% during placebo administration. In this article, we present additional data supporting the earlier observations that mifepristone rapidly reverses symptoms of PMD and is well tolerated.

## Methods and Materials

The subjects comprised 30 patients who met DSM-IV criteria, by clinician interview, for a diagnosis of major depression with psychotic features and had a HAMD-21 score of 18 or greater (Hamilton 1960). The subjects were randomly assigned to receive 50 mg, 600 mg, or 1200 mg of mifepristone once daily for 7 days. (We chose to use a 50-mg dose because the placebo response rate in PMD is very low. In addition, a 50-mg/day dose does not appear to have significant antiglucocorticoid effects in humans but still has antiprogesterone properties (Gaillard et al 1984). The study was an open-label, inpatient trial. Routine biological and hematologic studies were conducted at day 0, day 7, and day 28, and possible signs of adrenal insufficiency were

significant reductions in their psychosis in a week or less; each dose produced roughly equivalent benefits. Although the numbers are small, our data indicate that it made little difference whether patients were taking concomitant medications to experience a clinically meaningful reduction in symptoms, (e.g., 9 of 15 patients on concomitant medications vs. 3 of 4 patients without other medications met response criteria on the BPRS Positive Symptom Subscale.) In addition, three investigators noted that they each had a subject who was recorded as a nonresponder at day 7 but were clinically improved by day 10 (3 days after the last mifepristone dose.) Although our a priori sense was that mifepristone is not predominantly an antidepressant, in this group of patients with PMD, the fact that more than 40% of the subjects taking higher doses had a greater than 50% reduction in their HAM-D scores is noteworthy. Some of the observed effect on depression and psychosis could be carry over effects from their existing medication regimen, but the mean duration of the PMD episode was 17 weeks. Several patients had been on their psychotropic regimen for 1 year or longer. Thus, it is unlikely but possible that the responders experienced a carryover effect in the 7 days of the trial.

Placebo response rates are quite low in PMD, often in the range of 0–10% for 1 week of placebo run-in (Anton and Burch 1990; Glassman et al 1975) and certainly much lower than rates of response we observed in our higher dose groups. A recently presented study (Tollefson 2001) reported a higher placebo response rate in PMD patients, but the high placebo response rate (28%) in this trial is inconsistent with studies published to date. It should also be noted that 50 mg of C-1073 is not a placebo dose. Indeed, it is a biologically active dose on the ovarian cycle (Croxatto et al 1993; Kettel et al 1991, 1996; Ledger et al 1992; Luukkainen et al 1988; Murphy et al 1995a, 1995b; Shoupe et al 1987).

This open-label study supports our previously reported 4-day double-blind study of 600 mg of mifepristone for PMD. It also supports the dramatic reduction in psychosis and depression reported by investigators using mifepristone to treat symptoms secondary to Cushing's disease (Sartor and Cutler 1996).

We hypothesize that the psychosis in PMD is caused by excessive activation of the HPA axis. Actively blocking GR-II receptors in the prefrontal cortex and other areas in the brain with mifepristone may rapidly improve PMD patient's psychosis. Blocking this receptor also causes a rapid rise in cortisol (by blocking the feedback loop), which could downregulate MR. Perhaps this perturbation of the HPA axis causes a resetting of HPA normal rhythm. Additional well-controlled scientific research should test these possibilities. Interestingly, ECT, a mainstay in the treatment of psychotic major depression, creates a similar perturbation of the HPA axis (Mitchell et al 1990; Swartz

and Chen 1985). Mifepristone, of course, is much more specific than ECT, which probably accounts for its more benign side-effect profile. It is also difficult for the patient to receive ECT more than every other day or every third day as the brain becomes more refractory to seizures and side effects, particularly cognitive side effects, increase. Mifepristone can be given daily which, compared with ECT, cuts down on the length between first and last "dosing." At this time, we know little about repeated exposure to mifepristone in patients who relapse. On the other hand, ECT is known to be a safe and effective strategy for some PMD and appears effective in repeated trials. Combination therapy with antipsychotics and antidepressants also appear safe and effective for both acute treatment and in repeated exposures; however, both maintenance ECT and maintenance pharmacotherapy may have a significant side-effect burden for the PMD patient and have a delayed onset of action.

These data, although based on a relatively small number of subjects, raise the possibility that mifepristone, used alone or as an adjunct to antidepressant or antipsychotic medications, appears to substantially improve the psychotic and depressive symptoms seen in psychotic major depression. This finding adds to the growing body of literature indicating that hormonal dysregulation may be causally related to the expression of affective disorders. We are planning to conduct a large, random-assignment, double-blind study of mifepristone in psychotic major depression in the near future.

This study was supported by a grant from Corcept Therapeutics. JKB, AFS, and AJR have a financial interest in Corcept Therapeutics, a pharmaceutical company that is testing antiglucocorticoid treatment for psychiatric disorders. The authors also acknowledge related support from the NIMH (MH50604 and T-32MH19983) the Pritzker fund, and NARSAD.

## References

Ammar S, Allilaire J-F, Lecrubier YM, Widlocher D, Baulieu EE (1986): Letter: Afternoon increase in plasma cortisol in depressed patients receiving an antiglucocorticosteroid in the morning. Am J Psychiatry 143:129–130.

Anton RF (1987): Urinary free cortisol in psychotic depression. Biol Psychiatry 22:24–34.

Anton RF Jr, Burch EA Jr (1990): Amoxapine versus amitriptyline combined with perphenazine in the treatment of psychotic depression. Am J Psychiatry 147:1203–1208.

Arana GW, Barreira PJ, Cohen BM, Lipinski JF, Fogelson D (1983): The dexamethasone suppression test in psychotic disorders. Am J Psychiatry 140:1521–1523.

Avery D, Lubrano A (1979): Depression treated with imipramine and ECT: The DeCarolis study reconsidered. Am J Psychiatry 136:559–562.

392    BIOL PSYCHIATRY
2002;52:386–392

J.K. Belanoff et al

Muck-Seler D, Pivac N, Jakovljevic M, Brzovic Z (1999): Platelet serotonin, plasma cortisol, and dexamethasone suppression test in schizophrenic patients. *Biol Psychiatry* 45:1433–1439.

Murphy A, Kettel LM, Morales AJ, Roberts V, Parmley T, Yen SS (1995a): Endometrial effects of long-term, low dose administration of RU 486. *Fertil Steril* 63:761–766.

Murphy AA, Morales AJ, Kettel LM, Yen SS (1995b): Regression of uterine leiomyomata to the antiprogesterone RU486: Dose-response effect. *Fert Steril* 64:187–190.

Murphy BEP, Filipini D, Ghadirian AM (1993): Possible use of glucocorticoid receptor antagonists in the treatment of major depression: Preliminary results using RU 486. *J Psychiatr Neurosci* 18:209–213.

Nelson C, Bowers MB Jr (1978): Delusional unipolar depression. *Arch Gen Psychiatry* 35:1321–1328.

Nelson JC, Davis JM (1997): DST studies in psychotic depression: A meta-analysis. *Am J Psychiatry* 154:1497–1503.

Nelson WH, Khan A, Orr WW Jr (1984): Delusional depression: Phenomenology, neuroendocrine function, and tricyclic antidepressant response. *J Affect Disord* 6:297–306.

Newcomer JW, Selke G, Melson AK, Hershey T, Craft S, Richards K, Anderson AL (1999): Decreased memory performance in healthy humans induced by stress-level cortisol treatment. *Arch Gen Psychiatry* 56:527–533.

Nieman LK (1993): Uses of mifepristone as a glucocorticoid antagonist. In: Benet LZ, Dorflinger L, Dondaldson MS, Brown SS, editors. *Clinical Applications of Mifepristone (Ru 486 and other Antiprogestins*. Washington, DC: National Academy Press, pp 139–147.

Nieman LK, Chrovsos GP, Kellner C, Spitz IM, Nisula BC, Cutler GB, et al (1985): Successful treatment of Cushing's syndrome with the glucocorticoid antagonist RU 486. *J Clin Endocrinol Metab* (61):536–540.

Nierenberg AA, Farabaugh AH, Alpert JE, Gordon J, Worthington JJ, Rosenbaum JF, et al (2000): Timing of onset of antidepressant response with fluoxetine treatment. *Am J Psychiatry* 157:1423–1427.

Nobler M, Sackeim HA, Moeller J, Prudic J, Petkova E, Waternaux C (1997): Quantifying the speed of symptomatic improvement with electroconvulsive therapy: Comparison of alternative statistical methods. *Convuls Ther* 13:208–221.

Patel PD, Lopez JF, Lyons DM, Burke S, Wallace M, Schatzberg AF (2000): Glucocorticoid and mineralocorticoid receptor mRNA expression in squirrel monkey brain. *J Psychiatr Res* 34:383–392.

Proulx-Ferland Cote L, Philibert D, Deraedt R (1982): Potent antiglucocorticoid activity of RU38486 on ACTH secretion in vitro and in vivo in the rat. *J Steroid Biochem* 17:27.

Robinson DG, Spiker DG (1985): Delusional depression: A one year follow-up. *J Affect Disord* 9:79–83.

Rothschild AJ (1985): Delusional depression: A review of the literature and current perspectives. *McLean Hosp J* 10:68–83.

Rothschild AJ, Phillips KA (1999): Selective serotonin reuptake inhibitors and delusional depression. *Am J Psychiatry* 156:977–978.

Rothschild AJ, Schatzberg A, Rosenbaum AH, Stahl JB, Cole JO (1982): The dexamethasone suppression test as a discriminator among subtypes of psychotic patients. *Am J Psychiatry* 141:471–474.

Sanchez MM, Young LJ, Plotsky PM, Insel TR (2000): Distribution of corticosteroid receptors in the rhesus brain: Relative absence of glucocorticoid receptors in the hippolcampal formation. *J Neurosci* 20:4657–4668.

Sartor O, Cutler GB Jr (1996): Mifepristone: Treatment of Cushing's syndrome. *Clin Obstet Gynecol* 39:506–510.

Schatzberg A, Posener JA, DeBattista C, Kalehzan M, Rothschild AJ, Shear PK (2000): Neuropsychological deficits in psychotic versus nonpsychotic major depression and no mental illness. *Am J Psychiatry* 157:1095–1100.

Schatzberg A, Rothschild AJ, Langlais PJ, Bird ED, Cole JO (1985): A corticosteroid/dopamine hypothesis for psychotic depression and related states. *J Psychiatr Res* 19:57–64.

Schatzberg AF, Rothschild AJ (1992): Psychotic (delusional) major depression: Should it be included as a distinct syndrome in DSM-IV. *Am J Psychiatry* 149:733–745.

Shoupe D, Mishell DR Jr, Lahteenmaki P, Heikinheimo O, Birgerson L, Madkour H, et al (1987): Effects of the antiprogesterone RU 486 in normal women. 1. Single-dose administration in the midluteal phase. *Am J Obstet Gynecol* 157:1415–1420.

Spiker DG, Weiss JC, Dealy RS, et al (1985): The pharmacological treatment of delusional depression. *Am J Psychiatry* 142:430–436.

Swartz C, Chen J-J (1985): Electroconvulsive therapy-induced cortisol release: Changes with depressive state. *Convul Ther* 1:15–21.

Tollefson G (2001): The use of olanzapine-fluoxetine combination in the treatment of major depressive disorder with psychotic features. NIMH Clinical Drug Evaluation Unit Meeting (NCDEU), Phoenix, AZ.

Van der Lely A-J, Foeken K, van der Mast RC, Lamberts SWJ (1991): Rapid reversal of acute psychosis in the Cushing syndrome with the cortisol-receptor antagonist mifepristone (RU 486). *Ann Int Med* 114:143–144.

Wolkowitz OM, Reus VI, Chan T, Manfredi F, Raum W, Johnson R, et al (1999): Antiglucocorticoid treatment of depression: Double-blind ketoconazole. *Biol Psychiatry* 45:1070–1074.

Wolkowitz OM, Reus VI, Manfredi F, Ingbar J, Brizendine L, Weingartner H (1993): Ketoconazole administration in hypercortisolemic depression. *Am J Psychiatry* 150:810–812.

Zanardi R, Franchini L, Gasperini M, Perez J, Smeraldi E (1996): Double-blind controlled trial of sertraline versus paroxetine in the treatment of delusional depression. *Am J Psychiatry* 153:1631–1633.

Zanardi R, Franchini L, Gasperini M, Smeraldi E, Perez J (1997): Long-term treatment of psychotic (delusional) depression with fluvoxamine: An open pilot study. *Int Clin Psychopharmacol* 12:195–197.

Zanardi R, Franchini L, Serretti A, Perez J, Smeraldi E (2000): Venlafaxine versus fluvoxamine in the treatment of delusional depression: A pilot double-blind controlled study. *J Clin Psychiatry* 61:26–29.

**EXHIBIT M**



**1:** Neuropsychopharmacology. 2004 Aug;29(8):1538-45.

Links

### Improvements in neurocognitive function and mood following adjunctive treatment with mifepristone (RU-486) in bipolar disorder.

Young AH, Gallagher P, Watson S, Del-Estal D, Owen BM, Ferrier IN.

Stanley Research Centre, School of Neurology, Neurobiology and Psychiatry, University of Newcastle upon Tyne, UK. a.h.young@ncl.ac.uk

High cortisol levels are found in severe mood disorders, particularly bipolar disorder. Hypercortisolaemia may cause or exacerbate both neurocognitive impairment and depressive symptoms. We hypothesized that antiglucocorticoid treatments, particularly corticosteroid receptor antagonists, would improve neurocognitive functioning and attenuate depressive symptoms in this disorder. To test this hypothesis, 20 bipolar patients were treated with 600 mg/day of the corticosteroid receptor antagonist mifepristone (RU-486) or placebo for 1 week in a double-blind crossover design. Over the total 6 weeks of the study, neurocognitive and neuroendocrine function were evaluated at baseline, days 21 and 42. Mood symptoms were evaluated weekly. Nineteen subjects completed the protocol; there were no drop-outs due to adverse events. Following treatment with mifepristone, selective improvement in neurocognitive functioning was observed. Spatial working memory performance was significantly improved compared to placebo (19.8% improvement over placebo). Measures of verbal fluency and spatial recognition memory were also improved after mifepristone. Beneficial effects on mood were found; Hamilton Depression Rating Scale scores were significantly reduced compared to baseline (mean reduction of 5.1 points) as were Montgomery-Asberg Depression Rating Scale scores (mean reduction of 6.05 points). No significant change occurred after placebo. These data require replication but provide preliminary evidence that glucocorticoid receptor antagonists may have useful cognitive-enhancing and possibly antidepressant properties in bipolar disorder.

PMID: 15127079 [PubMed - indexed for MEDLINE]

**Related Links**

Effects of adjunctive mifepristone (RU-486) administration on neurocognitive function and symptoms in schizophrenia. [Biol Psychiatry. 2005]

Changes in brain-derived neurotrophic factor following treatment with mifepristone in bipolar disorder and schizophrenia. [Aust N Z J Psychiatry. 2007]

Rapid reversal of psychotic depression using mifepristone. [J Clin Psychopharmacol. 2001]

Clinical and biological effects of mifepristone treatment for psychotic depression. [Neuropsychopharmacology. 2006]

Effect of lamotrigine on cognitive complaints in patients with bipolar I disorder. [J Clin Psychiatry. 2004]

See all Related Articles...


EXHIBIT ___ **M**



**1:** J Clin Psychiatry. 2005 May;66(5):598-602.

Comment in:
    J Clin Psychiatry. 2005 Dec;66(12):1615; author reply 1615-6.

**An 8-week open-label trial of a 6-day course of mifepristone for the treatment of psychotic depression.**

**Simpson GM, El Sheshai A, Loza N, Kingsbury SJ, Fayek M, Rady A, Fawzy W.**

Department of Psychiatry, Keck School of Medicine, University of Southern California, 2020 Zonal Avenue, IRD 202, Los Angeles, CA 90033, USA. gsimpson@usc.edu

OBJECTIVE: Several investigations suggest that mifepristone leads to the rapid amelioration of psychotic depression. However, these studies were of short duration (1 week or less) and included subjects who were taking other psychotropic medications. The goals of this study were to extend these findings by conducting an 8-week trial of mifepristone for subjects with psychotic depression who were taking no concomitant psychiatric medications. METHOD: Twenty subjects with a DSM-IV major depressive episode with psychotic features (for convenience we use the term psychotic depression) taking no psychotropic medications were given a 6-day course of mifepristone and followed as inpatients for a total of 8 weeks. Nonblinded ratings using the Hamilton Rating Scale for Depression (HAM-D) and Clinical Global Impressions scale (CGI) were performed at baseline and at the end of weeks 1, 4, and 8. The Brief Psychiatric Rating Scale (BPRS) was also administered at baseline and after weeks 4 and 8. Subjects were recruited between February 2003 and December 2003. RESULTS: Significant improvements in HAM-D and CGI scores were shown after 1 week and between weeks 1 and 4 but not between weeks 4 and 8. BPRS scores improved significantly after week 4, while the improvement in BPRS scores between weeks 4 and 8 was of borderline significance. CONCLUSION: Mifepristone appears to be a useful intervention for psychotic depression, leading to significant improvements even after a 1-week course of administration. Issues related to its optimal dosing and to prediction of response are discussed, as are the implications of lack of a placebo group and the use of nonblinded ratings in the present study.

PMID: 15889946 [PubMed - indexed for MEDLINE]

**Related Links**

Sertraline as monotherapy in the treatment of psychotic and nonpsychotic depression. [J Clin Psychiatry. 2003]

Clinical and biological effects of mifepristone treatment for psychotic depression. [Neuropsychopharmacology. 2006]

An open label trial of C-1073 (mifepristone) for psychotic major depression. [Biol Psychiatry. 2002]

Mifepristone versus placebo in the treatment of psychosis in patients with psychotic major depression. [Biol Psychiatry. 2006]

Rapid reversal of psychotic depression using mifepristone. [J Clin Psychopharmacol. 2001]

See all Related Articles...

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

EXHIBIT __N__

**EXHIBIT O**

Poster NCDEU 2004

# A Double Blind, Placebo Controlled trial of CORLUX[TM] (Mifepristone) in the Treatment of Psychotic Major Depression

**Charles DeBattista*+, Joseph Belanoff*, Gopal Saha*, Alan Schatzberg*+**
+Stanford University
Dept. of Psychiatry and Behavioral Sciences
*Corcept Therapeutics
275 Middlefield Road, Suite A
Menlo Park, CA  94025

**Background:**  Psychotic depression is characterized by abnormalities in hypothalamic-pituitary-adrenal (HPA) axis activity.  In a previous double-blind trial, Corlux (mifepristone), a selective glucocorticoid receptor antagonist, had therapeutic benefits when added to standard pharmacotherapy for psychotic depression.  In this trial the efficacy of 600mg a day of Corlux for 7 days is compared with that of placebo in patients taking neither antidepressant nor antipsychotic medication.

**Methods:**  Patients who met DSM-IV criteria for PMD were randomized in a 1:1 ratio to receive adjunctive Corlux or placebo for 7 days in an in-patient setting. Patients were followed for 28 days.  Efficacy was determined by a 30% reduction in the total Brief Psychiatric Rating Scale (BPRS) at both days 7 and 28. Secondary measures included a 50% reduction at days 7 and 28 in the BPRS positive symptom subscale (PSS), the Hamilton depression Rating Scale, and the Montgomery Asberg Depression Rating Scale.

**Results:**  221 patients were randomized and patients in both the Corlux and control groups improved significantly from baseline.  Patients on Corlux were significantly more likely to achieve a 30% improvement at days 7 and 28 than were placebo treated patients.  In addition, Corlux treated patients were significantly more likely to achieve a 50% reduction in days 7 and 28 on the BPRS positive symptom subscale than were placebo treated patients.  There were no significant differences between patients treated with Corlux or placebo on the depression rating scales. Corlux appeared well tolerated for the duration of the study with no AEs statistically more common in the Corlux than placebo group.



**Conclusion:**  A 7-day course of Corlux appears to rapidly and significantly reduce psychotic symptoms in psychotic major depression.  In addition, the effects of the drug appear to be sustained for at least 3 weeks after the drug is stopped.  This study provides additional evidence that the specific glucocorticoid receptor antagonist, Corlux, may have a role in the treatment of psychotic depression.

*This study was supported by Corcept Therapeutics*

**INTRODUCTION:**

- Patients with psychotic major depression (PMD) frequently exhibit marked dysregulation of the hypothalamic-pituitary-adrenal (HPA) axis [1]

- Mifepristone (CORLUX) is an effective glucocorticoid receptor (GR II) antagonist in vitro and in vivo [2,3]

- Mifepristone has been reported to ameliorate psychosis in patients with PMD [4,5]

- This study examines the safety and efficacy 7 days of Corlux vs. placebo in patients with PMD

**METHODS:**

**General**

- 221 patients who met DSM-IV criteria for PMD were enrolled in this double-blind, placebo controlled parallel group design study.  Patients were required to be free of both antidepressants and antipsychotics for at least 7 days prior to randomization and for the 7 days of study medication administration. Patients were randomized in a 1:1 ratio to receive Corlux 600 mg/day for 7 days or placebo. After day 7, and while the study remained blinded, treating physicians were allowed to initiate any therapy deemed necessary for their patients and were followed for 28 days. The primary efficacy endpoint was a 30 % improvement in the Brief Psychiatric Rating Scale (BPRS) at days 7 and 28. Secondary endpoints included a 50% improvement in the BPRS positive symptom subscale (PSS) or the HamD by day 7 and sustained to day 28. Rapid response was defined as an improvement at both days 7 and 28, responders had improvement on day 28 but not day 7 and non-responders had no improvement at day 28. Additional analyses were planned on those patients with more prominent psychotic symptoms, predefined with a BPRS PSS $\geq$12.

**Inclusion Criteria**

- Primary diagnosis of PMD by DSM-IV
- Ages 18-75
- Negative serum pregnancy test if female of childbearing potential. Subjects needed to be willing to use an acceptable method of contraception during the study if female and of childbearing potential or male with a partner of childbearing potential
- Score of at least 18 on a 21-item HamD and 38 on the BPRS

**Exclusion Criteria**

Subjects were excluded from the study if they

- Had a major medical problem that would interfere with their participation in the study
- Used nefazodone, erythromycin, or ketoconazole within 7 days of study entry
- Were on exogenous glucocorticoids
- Had used illicit drugs within a month prior to hospital admission or had drunk in excess of 2 ounces of alcohol per day during the month prior to hospital admission
- Were imminently suicidal
- Had received investigational therapy within 30 days prior to study entry

**RESULTS:**

- 221 patients were enrolled. The average patient had substantial symptoms of both depression and psychosis as measured by the HamD and BPRS. There were no significant differences in demographic characteristics between the Corlux and placebo treated groups.

**Table A: Patient Demographics (ITT Population)**

| | Treatment Group | |
|---|---|---|
| | CORLUX | Placebo |
| Characteristic | (N = 105 ) | (N = 116 ) |
| **Age (years)** | | |
| Mean ± SD | 40.9 ± 10.8 | 41.6 ± 11.0 |
| Range | 19 to 72 | 21 to 73 |
| | | |
| **Age Group (years)** | | |
| 18 to 34 | 31  (29.5%) | 33  (28.4%) |
| 35 to 64 | 72  (68.6%) | 79  (68.1%) |
| 65+ | 2  (1.9%) | 4  (3.4%) |
| | | |
| **Gender [N (%)]** | | |
| Male | 56  (53.3) | 56  (48.3) |
| Female | 49  (46.7) | 60  (51.7) |
| | | |
| **Race [N (%)]** | | |
| White | 57  (54.3) | 59  (50.9) |
| Black | 38  (36.2) | 42  (36.2) |
| American Indian and Alaska native | 0  (0.0) | 0  (0.0) |
| Asian | 1  (1.0) | 4  (3.4) |
| Native Hawaiian and Other Pacific Islander | 0  (0.0) | 0  (0.0) |
| Hispanic or Latino | 9  (8.6) | 10  (8.6) |
| BPRS | 55.8 | 55.7 |
| BPRS PSS | 13 | 13 |
| HamD | 37 | 37 |

- Corlux treated patients were significantly more likely than placebo treated patients to achieve both a 30% improvement in the total BPRS or a 50% improvement in the BPRS positive symptom subscale by day 7 and sustain that improvement to day 28









- There were no significant differences between Corlux and placebo on the HamD

- 60% of Corlux treated patients with a baseline BPRS PSS > 12 achieved a 50 % reduction in the BPRS PSS at days 7 and 28 while 30% of placebo treated patients achieved this response (p<.001)

- Corlux treated patients who had a BPRS PSS >12 at baseline showed significantly greater change from baseline  than the control group on the BPRS PSS at day 7 (p=.002) and day 28 (p=.001).

## CONCLUSIONS:

- 7 days of treatment with the glucocorticoid receptor antagonist Corlux appears to be rapidly effective in the treatment of psychosis associated with psychotic major depression

- Corlux was not significantly more effective than placebo in treating depressive symptoms of PMD

- Corlux appears to be well tolerated

- It is worthwhile to pursue additional controlled trials of Corlux in the treatment of psychotic depression

## REFERENCES

1. Schatzberg AF, Rothschild, AJ. Psychotic (delusional) major depression: should it be included as a distinct syndrome in DSM-IV? (See comments). *American Journal of Psychiatry*, 149(6):733-45, 1992

2. Nieman LK. Uses of mifepristone as a glucocorticoid antagonist. In Dondaldson MS, Brown SS, Dorflinger L, Benet LZ (Eds.). *Clinical Applications of Mifepristone and other Antiprogestin.* National Academy Press: Washington DC, 1993

3. Mahajan DK, London SN. Mifepristone (RU486): a review. *Fertility and Sterility.* 68(6):967-76, 1997

4. Belanoff JK, Flores BH, Kalezhan M, et al. Rapid reversal of psychotic depression using mifepristone. *Journal of Clinical Psychopharmacology*. 21(5):516-21, 2001

5. Belanoff JK, Rothschild AJ, Cassidy F, et al. An open label trial of CORLUX (mifepristone) for psychotic major depression. Biol Psychiatry. Sep 1;52(5):386 2002

**EXHIBIT P**

# An Add-on Trial of C-1073 (Mifepristone) vs. Placebo in the Treatment-as-Usual of Patients with Psychotic Major Depression

Charles DeBattista, Joseph Belanoff, Arif Khan, Richard Pearlman, Gus Alva, Linda Carpenter, Sherwood Brown, Gopal Saha, Mark Lerman, Fred Cassidy, Alan Schatzberg

Department of Psychiatry and Behavioral Sciences
Stanford University
Stanford, California  94305

Corcept Therapeutics
275 Middlefield Road
Menlo Park, California  94025

This study was supported by a grant from Corcept Therapeutics



**Background**: Psychotic depression is characterized by abnormalities in hypothalamic pituitary adrenal (HPA) axis activity. The core symptoms of psychotic major depression (PMD) have been hypothesized to be related to the over-activity of the HPA axis. An open trial has suggested that C-1073 (mifepristone), a selective glucocorticoid receptor antagonist, could be rapidly effective in the treatment of PMD. In this trial, the relative effects of adding C-1073 or placebo were compared in patients receiving treatment as usual for PMD.
.

**Methods**

Patients who met DSM-IV criteria for PMD and were on standard pharmacotherapy were randomized in a 1:1 ratio to receive adjunctive C-1073 or placebo for 7 days in an inpatient setting. Patients were followed for a total of 28 days. However, after day 7, study medications were discontinued and subsequent treatment was pursued at the discretion of the investigator. Efficacy measures including the BPRS, HamD, MADRS and CGI were obtained at days 0, 3, 7, 14, and 28. Response was primarily defined as achieving a 30% reduction in the total BPRS at both days 7 and 28. Secondary endpoints included a 50% reduction on the HamD, or MADRS at both days 7 and 28, the use of ECT after day 7 and length of hospitalization.

**Results:** 208 patients were randomized and 99 patients received at least one dose of C-1073. Patients in both the C-1073 and control groups improved significantly from baseline and the differences between groups were not significant on the primary endpoint. C-1073 treated patients were significantly more likely to be discharged from the hospital earlier and were less likely to require ECT or antipsychotics than were control patients. Furthermore, C-1073 treated patients were significantly more likely to achieve a marked level of response on the BPRS ($\leq 25$), HamD($\leq 7$) and MADRS ($\leq 12$) by day 7 and sustain that improvement throughout the 28 days of the study. C-1073 appeared well tolerated for the duration of the study with low rates of adverse events.

**Conclusion.** The addition of a 7 day course of C-1073 to usual treatment and hospitalization in PMD patients appears to impart therapeutic benefits. This study provides additional evidence that the specific cortisol receptor antagonist, C-1073, may have a role in the treatment of psychotic depression.

Psychotic major depression (PMD) appears to represent a unique subtype of depression with its own phenomenology, treatment response, and biology [1]. Psychotic features occur in about 14-25% of patients with major depression [2, 3] and usually take the form of delusions [4, 5]. However, hallucinations and thought disorders may also occur [6]. PMD may be associated with a more chronic course, more frequent hospitalizations, higher risk of suicide, and greater disability than other forms of depression [7, 8].

PMD typically requires more aggressive interventions than does non-psychotic major depression (NPMD). For example, whereas NPMD responds to monotherapy with an antidepressant, PMD typically does not [9-14] . A few studies have suggested that SSRIs may be effective  in the monotherapy of  PMD [15-17], but most studies have suggested that the successful pharmacotherapy of PMD requires the combination of an antipsychotic and an antidepressant [18-21].  In addition to combination pharmacotherapy, the other accepted effective treatment for PMD is electroconvulsive therapy (ECT) [22, 23]. ECT appears to be highly effective in the treatment of PMD even when pharmacotherapy is unsuccessful [24, 25]. Unfortunately, both ECT and combination pharmacotherapy have drawbacks including substantial side effects, social stigma, and a delayed onset of therapeutic benefit [Arana, 2000 #73; Datto, 2000 #1653; Fogg-Waberski, 2000 #1657].

PMD appears to differ biologically from NPMD onn several dimensions, including a high rate of abnormalities in the HPA axis in PMD patients.  For example, patients with psychotic depression consistently show a high rate of non-suppression on the dexamethasone suppression test [26-31]. In a review of 6 studies of the DST in PMD,

80% of PMD patients failed to suppress cortisol after dexamethasone compared to only 49% of non psychotic depressed patients [32]. Similar findings were reported in a later larger meta-analysis where the more severe depressive symptoms, melancholic features, or inpatient status did not account for DST differences [33]. Other HPA abnormalities found in PMD include higher urinary free cortisol after dexamethasone administration relative to NPMD patients [34] and higher serum ACTH levels in PMD patients (Posener et al 2000). It has been speculated that psychosis in PMD is driven in part by the effects of hypercortisolemia on the dopamine activity [35] [36]. Exogenous glucocorticoid administration as well as Cushing's disease may be associated with changes in mood, cognition, and perception that parallel symptoms seen in PMD[37-42].

C-1073 (mifepristone) is a potent and specific antagonist of the type II glucocorticoid receptor (GRII) [43-46]. C-1073 has very little affinity for the MR (mineralocorticosteroid receptor, previously named GRI) and no known affinity to monoamine, histamine, or cholinergic receptors. GRII begins to bind to cortisol when MR becomes saturated. GRII appears to play a part in the termination of the stress response. GRII blockade does not appear to be associated with suppression of glucocorticosteroid actions peripherally [46, 47].

Preliminary data has indicated that C-1073 might be effective in the treatment of PMD. C-1073 has been reported to significantly improve the psychosis and depression associated with terminal Cushing's disease within 24 hours [48]. Two studies have examined the effects of C-1073 in the treatment of PMD. In a small, double blind crossover trial, Belanoff et al [49], reported on five patients with PMD who were treated with 600mg of C-1073 as monotherapy for PMD. Their BPRS scores declined by 34% while they were receiving C-1073 but only rose 0.4% while receiving placebo. Similarly, HamD-21 scores declined by 25.5% during C-1073 administration

versus 6% during placebo administration. In a second trial, the effects of low dose C-1073 (50mg) were compared with higher doses (600mg and 1200mg) for 7 days of inpatient treatment. The 50mg dose is associated with anti-progesterone but not anti-glucorticoid activity. Thirty patients who met DSM-IV criteria for PMD were randomized to either 50mg, 600mg or 300mg of C-1073 per day. C-1073 was added to the existing regimen and the BPRS and HamD evaluated efficacy during the 7 days of treatment. Of the nineteen subjects in the combined 600-1200mg group, 13 were responders as defined by at least a 30% reduction in their BPRS. Only 4 of 11 patients in the 50mg group achieved this response. Likewise 12/19 patients had a 50% reduction in their HamD in the high dose group compared with 3/11 in the low dose group.

In this study, the efficacy of adding C-1073 to usual treatment in PMD is compared with the efficacy of adding placebo to usual treatment.

**Methods:**

The institutional review board of 22 sites in the continental United States approved this protocol. All patients signed informed consent to participate in the trial.

Patients who met the study criteria were randomized 1:1 to 7 days of inpatient treatment in a double-blind, placebo controlled, parallel group design. Patients received either C-1073 600mg/day as adjunctive treatment to their existing medication regimen, or placebo for seven consecutive days. Patients were evaluated prior to dosing at day 0 and then daily during dosing (days 1-7). Psychiatric assessments included the BPRS, HamD, MADRS and CGI scales (improvement and severity) and were performed at days 0, 3, and 7. In addition, all psychiatric assessments were also completed at follow-up visits at days 14 and 28. Pre-existing medications

were stabilized for at least the 7 days prior to and 7 days after randomization. From days 8 to 28, the investigator could render any adjustment in medication regimen or treatment that was clinically indicated. All patients were required to be hospitalized for at least the first three days of the trial. Thereafter, patients could be discharged if the clinical condition justified early release from the hospital.

Patients were included in the trial if they met DSM-IV criteria for PMD by clinical interview. In addition, patients were required to achieve a score of 38 or greater on the BPRS and 20 or greater on the HamD-24. Patients were required to have a negative serum pregnancy test and to use an acceptable method of contraception throughout the study.

Exclusion criteria included an unstable medical condition, the use of systemic or inhaled corticosteroids, ECT in the 3 months prior to randomization, changes in the antidepressant and/or antipsychotic doses during the 7 days before randomization, a history of illicit drug use in the previous month or alcohol or drug dependence in the previous 6 months.

Safety was assessed by spontaneous report of adverse events, physical examination, and laboratory assessments including a chemistry panel, CBC with differential, and an EKG at days 0 and 7.

The primary efficacy endpoint was a 30% reduction in the BPRS at day 7 sustained to day 28. Secondary efficacy endpoints included a 50% reduction in the BPRS positive symptom subscale, HamD, or MADRS at days 7 and 28. Additional secondary endpoints included length of hospitalization and the need for ECT after 7 days of treatment.

## Statistical Analysis

### Power Analysis

Using Query Advisor 4.0 (Statistical Solutions, Saugus, MA) (Two-group Chi-square test comparing proportions in C categories), it was estimated that 85 patients per treatment group would be sufficient to find a statistically significant difference between treatment groups. This assumed 80% power and a 0.05 significance level on a two-sided test.

### Data Analysis

Demographic variables and baseline characteristics are summarized for the C-1073 and placebo treatment groups using appropriate descriptive statistics or frequency distributions. Categorical variables were compared across treatments using Pearson's Chi-square test or Fisher's Exact test. Both LOCF and observed case analysis were employed. Any variables found to be significant at baseline in these analyses may be included as covariates in an analysis of covariance (ANCOVA) model in the assessment of efficacy variables.

Post Hoc analyses included the evaluation of rate of improvement by the exponential model with mixed effects by Freide [50]. The Friede approach has been specifically advocated for modeling recovery from depressive illness. It estimates both the rapidity of response and level at which it is sustained. All data points (day 03, 07, 14, 28) were used in this analysis. The data was analyzed using the exponential mixed model approach of Friede et al. Specifically, the following model was fit to the data:

$$y_{ij}(t_{ij}) = [\beta_1^* + b_{i1} - (\beta_3^{(k)} + b_{i3})]\exp[-(\beta_2^{(k)} + b_{i2})t_{ij}] + (\beta_3^{(k)} + b_{i3}) + \varepsilon_{ij}.$$

The meaning of the terms in this equation are as follows.

| | |
|---|---|
| $y_{ij}(t_{ij})$ | the $j$th measurement, taken at time $t_{ij}$, of the response variable (BPRS total, Ham-D, BPRS PSS, or MADRS) for subject $i$ |
| $\beta_1^*$ | intercept (value at Day 0, i.e., baseline) |
| $\beta_2^{(1)}$ | exponential rate of improvement in the C-1073 600mg group |
| $\beta_3^{(1)}$ | asymptotic value after infinite time in the C-1073 600mg group |
| $\beta_2^{(2)}$ | exponential rate of improvement in the placebo group |
| $\beta_3^{(2)}$ | asymptotic value after infinite time in the placebo group |
| $b_{i1}, b_{i2}, b_{i3}$ | random effects |
| $\varepsilon_{ij}$ | additive "error" term |

The model parameters were estimated using SAS version 8.2 PROC NLMIXED with default options. As in the example in Sec. 5 of Friede et al., the random effect $b_{i2}$ was removed from the model.

A global statistic for evaluating multiple endpoints in clinical trials advocated by Pocock [51] was used to weigh all quantitative endpoints (BPRS, HamD, and MADRS). This analysis tests if all or some of the quantitative endpoints show treatment differences in the same direction. The test is based on a weighted average odds ratio for the three endpoints. Thus it is a test of the null hypothesis that the odds ratio of comparing C-1073 to placebo is equal to 1.

**Results:**

208 patients were randomized and received at least one dose of study medication. Of these, 99 patients were randomized to adjunctive C-1073. The demographics of the patient population are described in Table A. There were no significant differences between the treatment groups at baseline in any demographic variable. In addition, there were no differences between groups on the level of depression on the HamD or level of psychosis on the BPRS. There were also no differences between groups on the number or type of psychotropic agents at baseline or

throughout the study. The typical study patient was a middle aged, female, PMD patient with substantial depressive and psychotic symptoms who have typically had 3 or more recurrences and was on at least one antidepressant and one antipsychotic. Approximately 75% of patients were on at least one antipsychotic (mean 1.2/patient) and approximately 95% were taking an antidepressant (mean 1.3/patient). In addition, 61% of patients were on at least one benzodiazepine and 21% of patients on at least one non-benzodiazepine hypnotic.

**Table A:  Patient Demographics (APD Population)**

| | Treatment Group | | |
| | C-1073 | Placebo | |
| Characteristic | (N = 99) | (N = 109) | p-value |
|---|---|---|---|
| **Age (years)** | | | 0.524[a] |
| Mean ± SD | 43.5 ± 12.1 | 44.6 ± 11.9 | |
| Range | 19 to 72 | 21 to 73 | |
| | | | |
| **Age Group (years)** | | | 0.812[b] |
| 18 to 34 | 24  (24.2) | 24  (22.0) | |
| 35 to 64 | 73  (73.7) | 81  (74.3) | |
| 65+ | 2  (2.0) | 4  (3.7) | |
| | | | |
| **Gender [N (%)]** | | | 0.909[c] |
| Male | 38  (38.4) | 41  (37.6) | |
| Female | 61  (61.6) | 68  (62.4) | |
| | | | |
| **Past episodes >3** | 55 (77.5) | 66 (69.5) | 0.989[b] |
| | | | |
| **Medial Duration of Episode** (weeks) | (7) | (7) | |
| **Baseline Medications** | | | 0.275 |
| % Antidepressants (Mean #) | 94.9 (1.3) | 93.6 (1.3) | |
| % Antipsychotics (Mean #) | 77.8 (1.2) | 73.4 (1.2) | |
| | | | |
| **Baseline Ratings** | | | |
| Ham D 24 | 36.5 | 37.0 | 0.988 |
| BPRS | 55.5 | 55.4 | 0.989 |

Abbreviation:  APD = all patients dosed; SD = standard deviation; ANOVA = analysis of variance.
a:  from one-way ANOVA with treatment as the factor.
b:  From a Fisher's exact test.
c:  From a Pearson chi-square test.

Both control and C-1073 treated patients achieved significant improvement at both day 7 and day 28 on the BPRS (p<.001). A higher percentage of C-1073 treated patients achieved a 30% improvement in the BPRS, or a 50% improvement in the HamD or MADRS at days 7 and 28 but these differences were not statistically significant. Significantly more C-1073 were discharged from the hospital before day 7 than were control patients (p=.046) . While the number of patients going to ECT was small (12) 3 times as many control patients (9) pursued ECT after day 7 than did C-1073 treated patients (3). Similarly, C-1073 treated patients who were only on an antidepressant during the 7 days of active treatment were less likely to require an antipsychotic subsequently (1/21 patients) than were control patients (8/28 ). When outcome is defined by the need for either ECT or an antipsychotic between days 7 and 28, C-1073 treated patients were less likely than control patients to pursue either treatment (p=.02).

**Table B:  Sustained Response at Days 7 and 28**

|  | C-1073 | Control | P-Value |
|---|---|---|---|
| **BPRS (30%)** |  |  |  |
| Observed | 48(58.5%) | 56(54.9%) | 0.6211 |
| LOCF | 57(57.6%) | 59(54.1%) | 0.6171 |
| **HamD (50%)** |  |  |  |
| Observed | 34(41.5%) | 36(35.3%) | 0.3916 |
| LOCF | 43(43.4%) | 39(35.8%) | 0.2592 |
| **MADRS (50%)** |  |  |  |
| Observed | 32(39.0%) | 32(31.4%) | 0.2787 |
| LOCF | 40(40.4%) | 35(32.1%) | 0.2134 |

The exponential rate of improvement was evaluated post hoc using the non-linear mixed effect model of Friede [50]. Patients treated with the addition of C-1073 experienced a significantly greater rate of improvement on the BPRS (p=.02), BPRS positive symptom subscale (p=.01), and HamD (p=.04) than did patients in the control group (Table C). The rate of improvement on the MADRS did not differ significantly between groups.

**Table C: Rate of Exponential Improvement in Symptoms**

| Parameter | Estimate | | | |
|---|---|---|---|---|
| | BPRS Total | Ham-D | BPRS PSS | MADRS |
| $\beta_1^*$ | 37.4196 | 36.8014 | 9.5918 | 33.5985 |
| $\beta_2^{(1)}$ | 0.3276 | 0.3699 | 0.3220 | 0.3181 |
| $\beta_3^{(1)}$ | 19.8759 | 19.2368 | 4.1505 | 17.6583 |
| $\beta_2^{(2)}$ | 0.2307 | 0.2712 | 0.2132 | 0.2720 |
| $\beta_3^{(2)}$ | 19.0552 | 18.7426 | 3.8004 | 17.4858 |
| $\mathrm{Var}(b_{i1})$ | 74.5383 | 34.4843 | 9.1184 | 31.8263 |
| $\mathrm{Var}(b_{i3})$ | 135.80 | 97.9537 | 10.5628 | 95.7822 |
| $\mathrm{cov}(b_{i1}, b_{i3})$ | 70.8262 | 34.8084 | 6.2429 | 31.5824 |
| $\mathrm{Var}(\varepsilon_{ij})$ | 41.2407 | 41.6281 | 4.2194 | 37.9465 |
| $\beta_2^{(1)} - \beta_2^{(2)}$ | 0.09682 ($p = 0.0198$) | 0.09868 ($p = 0.0358$) | 0.1088 ($p = 0.0107$) | 0.04604 ($p = 0.2908$) |
| $\beta_3^{(1)} - \beta_3^{(2)}$ | 0.8207 ($p = 0.5894$) | 0.4942 ($p = 0.7314$) | 0.3501 ($p = 0.4395$) | 0.1724 ($p = 0.9040$) |

Since usual treatment with hospitalization was associated with high rates of response independent of study medications, a post hoc analysis was conducted to determine if group differences existed when more rigorous criteria for response were used. An analysis of total BPRS scores at day 7 revealed that the higher criteria for BPRS response at day 7, the greater the differences between the C-1073 and control groups (see figure). Since the lowest possible score on the 18-item BPRS is 18, a score of 25 or less reflects a patient score of 7 or less. Thus a 25 on the BPRS may be a more conservative estimate of symptomatic relief than the score of 7-10 that is used to typically define remission on a 17-item HamD. Patients on adjunctive C-1073 were significantly more likely to achieve a BPRS score of $\leq 25$ by day 7. Furthermore, patients treated with an antidepressant (but no antipsychotic) with C-1073 were also significantly more likely to achieve a BPRS of $\leq 25$ by day 7 than control patients treated with an antidepressant plus an antipsychotic (p=.02). A higher percentage of patients in the C-1073 group were also more likely to achieve a HamD $\leq 7$ and a MADRS $\leq 12$ but these differences were not significan

t at day 7.

**Table D: Total BPRS Response to Treatment at Day 7
(LOCF and Observed Cases[a])**

| | C-1073 (N LOCF =99) (N Observed =93) | Placebo (N LOCF =109) (N Observed =107) | p-value |
|---|---|---|---|
| 30% reduction | | | |
| LOCF | 62 (62.6%) | 67 (61.5%) | 0.94[b] |
| Observed | 61 (65.6 %) | 66 (61.7%) | 0.57 |
| 50% reduction | | | |
| LOCF | 48 (48.5%) | 44 (40.4%) | 0.24[c] |
| Observed | 47 (50.5%) | 44 (41.1%) | 0.18 |
| 75% reduction | | | |
| LOCF | 24 (24.2%) | 17 (15.6%) | 0.12[c] |
| Observed | 24 (25.8%) | 17 (15.9%) | 0.08 |
| ≤ 25 total score | | | |
| LOCF | 21 (21.2%) | 13 (11.9%) | 0.07[c] |
| Observed | 21 (22.6%) | 13 (12.2%) | 0.05 |

a. Observed cases are defined as those cases in which data is obtained at a given time point and not imputed; b. P-value from a Cochran-Mantel-Haenszel test adjusted for pooled center; c. P values were derived from chi square tests

The ability to achieve a marked level of response at day 7 and sustain the effect to day 28 after the study drug was withdrawn was also evaluated. Patients on C-1073 were significantly more likely to achieve a BPRS ≤ 25, a HamD≤ 7, or a MADRS of ≤ 12 at day 7 and maintain the same level of response at day 28.

**Table E: Marked and sustained response at day 7 sustained at Day 28 on
the HamD, MADRS, BPRS (LOCF and Observed Cases[a])**

| | C-1073 (N LOCF =99) (N Observed =82) | Placebo (N LOCF =109) (N Observed =102) | p-value[b] |
|---|---|---|---|
| HamD ≤ 7 | | | |
| LOCF | 14 (14.1%) | 7 (6.4%) | 0.07 |
| Observed | 13 (15.7%) | 7 (6.9%) | 0.05 |
| MADRS ≤ 12 | | | |
| LOCF | 30 (30.3%) | 18 (16.5%) | 0.02 |
| Observed | 24 (29.3 %) | 16 (15.7%) | 0.03 |
| | | | |
| BPRS ≤ 25 | | | |
| LOCF | 15 (15.2%) | 5 (4.6%) | 0.01 |
| Observed | 11 (13.4%) | 5 (4.9%) | 0.04 |

a. Observed cases are defined as those cases in which data is obtained at a given time point and not imputed; b. P values obtained from chi square tests.

A global statistic for evaluating multiple endpoints [51] was applied to the data because including both measures of depression and psychosis might be important in evaluating the effects of C-1073 on PMD . In this analysis, patients were regarded as responders if they demonstrated both an initial marked response at the conclusion of drug therapy (day 7) and maintained that response at days 14 and 28. A marked response was defined as a BPRS of $\leq 25$, HamD $\leq 10$, and MADRS $\leq 12$. Using a weighted average of all 3 endpoints, patients on adjunctive C-1073 were significantly more likely to achieve and sustain a marked response throughout the study (p=.015).

**Table F:** Global test of marked sustained response on all three endpoints (BPRS $\leq 25$, HamD$\leq$ 10, MADRS $\leq 12$) beginning at day 7 and maintaining response at days 14 and 28.

|  | Z Score | Corresponding P value |
|---|---|---|
| BPRS | 1.90 | .057 |
| HamD | 1.81 | .070 |
| MADRS | 1.88 | .059 |
| Global test of all 3 endpoints | 2.42 | .015 |

Seven days of C-1073 was well tolerated and AEs between groups occurred at similar rates. Only rash was significantly more likely to occur in C-1073 treated patients. A rash occurred in four C-1073 treated patients and none of the placebo treated patients. These rashes were described as moderate, macular papular, erethemetous and sometimes pruritic The rashes were located in circumscribed areas and not general body rashes. In no cases did the rash result in study medication being stopped or interrupted. There were no clinically significant changes in the chemistries, EKGs, or CBCs. Seven patients discontinued treatment due to AEs in the C-1073 group and four patients discontinued due to AEs in the control group. These differences were not significant.

**Table G:**    **Number of Patients in the APD Population with Most Frequent Treatment-Emergent Adverse Events (≥ 5% for Any Group)**

| | C-1073 | Placebo | Total | Fisher's Exact |
|---|---|---|---|---|
| | N  (%)[a] | N  (%) | N  (%) | p-value[b] |
| **Patients Studied** | | | | |
| Total Patients Studied | 99 | 109 | 208 | |
| Total Patients with TEAE | 85  (85.9) | 85  (78.0) | 170  (81.7) | 0.155 |
| | | | | |
| **Most frequent TEAEs** | | | | |
| Headache | 19  (19.2) | 23  (21.1) | 42  (20.2) | 0.863 |
| Dizziness | 13  (13.1) | 9  (8.3) | 22  (10.6) | 0.269 |
| Nausea | 8  (8.1) | 10  (9.2) | 18  (8.7) | 0.810 |
| Dry Mouth | 5  (5.1) | 11  (10.1) | 16  (7.7) | 0.201 |
| Sedation | 5  (5.1) | 10  (9.2) | 15  (7.2) | 0.293 |
| Constipation | 7  (7.1) | 7  (6.4) | 14  (6.7) | 1.000 |
| Dyspepsia | 6  (6.1) | 3  (2.8) | 9  (4.3) | 0.314 |
| Anxiety | 6  (6.1) | 5  (4.6) | 11  (5.3) | 0.760 |
| Back Pain | 6  (6.1) | 4  (3.7) | 10  (4.8) | 0.524 |
| Abdominal Pain, Upper | 6  (6.1) | 3  (2.8) | 9  (4.3) | 0.314 |
| Vomiting | 5  (5.1) | 1  (0.9) | 6  (2.9) | 0.105 |
| Arthralgia | 6  (6.1) | 1  (0.9) | 7  (3.4) | 0.055 |
| Rash | 4  (4.0) | 0  (0.0) | 4  (1.9) | 0.050 |
| Tremor | 2  (2.0) | 6  (5.5) | 8  (3.8) | 0.284 |
| Urinary Tract Infection | 5  (5.1) | 1  (0.9) | 6  (2.9) | 0.105 |

Abbreviation:  TEAE = treatment-emergent adverse event.

a:  Percentages are based on the total number of patients in each treatment group.

b:  For comparing treatment groups in terms of number of patients experiencing adverse events.


**Discussion**

While the predefined primary endpoint was not met, the addition of C-1073 for just 7 days to a usual treatment and hospitalization appeared to have at least three clinically meaningful effects. One effect was that adjunctive C-1073 appeared to improve the rate of response on most of the efficacy scales. C-1073 treated patients appear to have more rapid relief of symptoms on the BPRS, BPRS PSS, and HamD than did control patients.  A second potentially important therapeutic benefit is that C-1073 treated patients appear to be significantly more likely to achieve a marked level of response (BPRS ≤ 25, HamD ≤ 7, or MADRS ≤ 12) and sustain that

level of response 3 weeks after the drug was discontinued. While it was a small minority of patients who achieved this marked level of response, a robust response in this population within 7 days is clinically noteworthy. These differences do not appear to be explained by differences in the types of concurrent treatments received before during or after the seven days of study medications were administered. The duration, dose, type, and number of medications did not appear to be different between groups. Finally, the addition of C-1073 to usual treatment appeared to be associated with more rapid discharge from the hospital and a decreased need for ECT and antipsychotics after 7 days of treatment. C-1073 in combination with an antidepressant appeared more effective in achieving a BPRS score of $\leq 25$ by day 7 than did the combination of an antidepressant and a standard antipsychotic.

The risks associated with the use of C-1073 in this study do not appear to be substantial. No adverse events occurred in more than 10% of C-1073 treated patients. There were higher rates of gastrointestinal upset, arthralgia, vomiting, and rash in the C-1073 treated patients compared with the control group. However, only rash, which occurred in 4% of the C-1073 treated patients, was significantly more common than in the control group. Rash has been reported in previous studies of C-1073 treatment [52-54]. Other AEs such as dry mouth and tremor, were more common in the control group.

Despite demonstrating some benefits, C-1073 failed to show a statistically significant benefit on the primary endpoint. The failure to show a difference might be related to a number of factors. Chief among these is the role of concurrent usual and required hospitalization. The vast majority of patients were not inpatients when they consented to the study but were hospitalized because the study required it. The effects of hospitalization alone in this group may be great. In fact,

Tollefson found that 28% of PMD patients treated with hospitalization and placebo but with no other concurrent medications appeared to respond to the hospitalization alone. [56]. In this trial, patients were treated with multiple medications in addition to hospitalization. It would be anticipated that approximately 70% of PMD patients treated with combination pharmacotherapy would respond within 4-6 weeks [9, 18]. Approximately 67% of our patients also responded within 4 weeks. It may be difficult to demonstrate moderate effects of an add-on therapy in the context of hospitalization, combination pharmacotherapy and, in some cases, ECT as well.

In addition to the confounding effects of concurrent usual and customary treatment, this study suffers from a number of limitations. One is that many of the statistically significant effects of C-1073 were revealed in post hoc analyses. It is uncertain whether a priori endpoints that used marked and sustained response, or assessed speed of response would be able to demonstrate similar benefits. Another limitation is that the study may not have been adequately powered to detect a significant difference above and beyond usual treatment. C-1073 may also only affect a minority of patients in a dramatic way. Last there is also inherent variability among centers in a 22-center trial. Five centers enrolled approximately half the patients (99/208). When the effects of C-1073 were evaluated in these centers, C-1073 appeared to be superior to the control group by day 7 in both quantitative (absolute change from baseline) and qualitative (categorical response) response on the BPRS, HamD and MADRS. The basis for this difference is unclear.

Additional trials are needed to determine the ultimate role, if any, of C-1073 in the treatment of psychotic depression. However, given the limitations of current therapies for PMD, the relatively benign side effect profile of C-1073 when administered for 7 days, and the potential for a prompt marked response in some patients, it would appear worthwhile to pursue additional studies.

References:

1.  Schatzberg, A. and A.J. Rothschild, *Psychotic (Delusional) Major Depression: Should It Be Included as a Distinct Syndrome in DSM-IV?* DSM-IV Sourcebook, 1996. **2**(American Psychiatric Association): p. 127-179.

2.  Johnson, J., E. Horwath, and M.M. Weissman, PhD, *The Valdity of Major Depression with Psychotic Features Based on a Community Study.* Archives of General Psychiatry, 1991. **48**: p. 1075-1081.

3.  Coryell, W., *Psychotic Depression.* Journal of Clinical Psychiatry, 1996. **57(suppl 3)**: p. 27-31.

4.  Coryell, W., M.T. Tsuang, and J. McDaniel, *Psychotic features in major depression. Is mood congruence important?* Journal of Affective Disorders, 1982. **4**(3): p. 227-36.

5.  Coryell, W., et al., *Phenomenology and family history in DSM-III psychotic depression.* Journal of Affective Disorders, 1985. **9**(1): p. 13-8.

6.  Coryell, W., J. Endicott, and M. Keller, *The importance of psychotic features to major depression: course and outcome during a 2-year follow-up.* Acta. Psychiatr. Scand., 1987. **75**: p. 78-85.

7.  Coryell, W., M. Zimmerman, and B. Pfohl, *Outcome at discharge and six months in major depression. The significance of psychotic features.* Journal of Nervous & Mental Disease, 1986. **174**(2): p. 92-6.

8.  Angst, J., *The course of affective disorders.* Psychopathology, 1986. **19**(Supplement 2): p. 47-52.

9.  Anton, R.F., Jr., MD and E.A. Burch, Jr., MD, *Amoxapine Versus Amitriptyline Combined With Perphenazine in the Treatment of Psychotic Depression.* American Journal of Psychiatry, 1990. **147**(9): p. 1203-1208.

10. Dubovsky, S.L., MD and M. Thomas, MD, *Psychotic Depression: Advances in Conceptualization and Treatment.* Hospital and Community Psychiatry, 1992. **43**: p. 1189-1198.

11. Flint, A.J. and S.L. Rifat, *The treatment of psychotic depression in later life: a comparison of pharmacotherapy and ECT.* International Journal of Geriatric Psychiatry, 1998. **13**(1): p. 23-8.

12. Anton, R.F., Jr. and E.A. Burch, Jr., *Response of psychotic depression subtypes to pharmacotherapy.* Journal of Affective Disorders, 1993. **28**(2): p. 125-31.

13. Khan, A., C. Noonan, and W. Healey, *Is a single tricyclic antidepressant trial an active treatment for psychotic depression?* Progress in Neuro-Psychopharmacology & Biological Psychiatry, 1991. **15**(6): p. 765-70.

14. Davidson, J.R., et al., *Antidepressant drug therapy in psychotic depression.* British Journal of Psychiatry, 1977. **131**: p. 493-6.

15. Gatti, F., et al., *Fluvoxamine alone in the treatment of delusional depression.* American Journal of Psychiatry, 1996. **153**(3): p. 414-6.

16. Serretti, A., et al., *Patterns of symptom improvement during antidepressant treatment of delusional depression.* Psychiatry Research, 2000. **94**(2): p. 185-90.

17.  Zanardi, R., et al., *Long-term treatment of psychotic (delusional) depression with fluvoxamine: an open pilot study.* International Clinical Psychopharmacology, 1997. **12**(4): p. 195-7.

18.  Rothschild, A.J., et al., *Efficacy of the combination of fluoxetine and perphenazine in the treatment of psychotic depression.* Journal of Clinical Psychiatry, 1993. **54**(9): p. 338-42.

19.  Amore, M., et al., *[Pharmacological treatment of delusional depression].* Minerva Psichiatrica, 1996. **37**(1): p. 29-33.

20.  Schatzberg, A.F., *Recent developments in the acute somatic treatment of major depression.* Journal of Clinical Psychiatry, 1992. **53**(Suppl): p. 20-5.

21.  Wheeler Vega, J.A., A.M. Mortimer, and P.J. Tyson, *Somatic treatment of psychotic depression: review and recommendations for practice.* Journal of Clinical Psychopharmacology, 2000. **20**(5): p. 504-19.

22.  Minter, R.E., MD and M.R. Mandel, MD, *The Treatment of Psychotic Major Depressive Disorder with Drugs and Electroconvulsive Therapy.* Journal of New Ment. Dis., 1979. **167**: p. 726-733.

23.  Buchan, H., et al., *Who benefits from Electroconvulsive Therapy?  Combined Results of the Leicester and Northwick Park Trials.* British Journal of Psychiatry, 1992. **160**: p. 355-359.

24.  Avery, D., MD and A. Lubrano, MD, *Depression Treated with Imipramine and ECT: The DeCarolis Study Reconsidered.* American Journal of Psychiatry, 1979. **136**(4B): p. 559-562.

25.  Petrides g, F.M., Husain MM, et al, *ECT remission rates in psychotic vs nonpsychotic depressed patients;A report from CORE.* J ECT, 2001. **17**(4): p. 244-253.

26.  Ayuso-Gutierrez, J.L., et al., *The dexamethasone suppression test in delusional depression. Further findings.* Journal of Affective Disorders, 1985. **8**(2): p. 147-51.

27.  Arana, G.W., et al., *The Dexamethasone Suppression Test in Psychotic Disorders.* American Journal of Psychiatry, 1983. **140**(11): p. 1521-1523.

28.  Bond, T.C., et al., *Delusional depression, family history, and DST response: a pilot study.* Biological Psychiatry, 1986. **21**(13): p. 1239-46.

29.  Caroff, S., et al., *Response to dexamethasone in psychotic depression.* Psychiatry Research, 1983. **8**(1): p. 59-64.

30.  Mendlewicz, J., G. Charles, and J.M. Franckson, *The dexamethasone suppression test in affective disorder: relationship to clinical and genetic subgroups.* British Journal of Psychiatry, 1982. **141**: p. 464-70.

31.  Rothschild, A.J., et al., *The Dexamethasone Suppression Test as a Discriminator among Subtypes of Psychotic Patients.* American Journal of Psychiatry, 1982. **141**: p. 471-474.

32.  Schatzberg, A.F., et al., *The DST in psychotic depression: diagnostic and pathophysiologic implications.* Psychopharmacology Bulletin, 1984. **20**(3): p. 362-4.

33.  Nelson, J.C., MD and J.M. Davis, MD, *DST Studies in Psychotic Depression: A Meta-Analysis.* American Journal of Psychiatry, 1997. **154**(11): p. 1497-1503.

34.  Anton, R.F., Jr., MD, *Urinary Free Cortisol in Psychotic Depression.* Biological Psychiatry, 1987. **22**: p. 24-34.

35.  Schatzberg, A., et al., *A Corticosteroid/Dopamine Hypothesis for Psychotic Depression and Related States.* Journal Psychiat. Res., 1985. **19**(1): p. 57-64.

36.  Lindley, S.E., MD, PhD, et al., *Glucocorticoid Effects on Mesotelencephalic Dopamine Neurotransmission.* Neuropsychopharmacology, 1998. **21**(3): p. 399-407.

37.  Gifford, S., MD and J.G. Gunderson, M.D., *Cushing's Disease as a Psychocomatic Disorder: A Report of Ten Cases.* Medicine, 1970. **49**(5): p. 397-409.

38.  Forget, H., et al., *Cognitive decline in patients with Cushing's syndrome.* Journal of the International Neuropsychological Society, 2000. **6**: p. 20-29.

39.  de Quervain, D.J.-F., et al., *Acute cortisone administration impairs retrieval of long-term declarative memory in humans.* Nature Neuroscience, 2000. **3**(4): p. 313-314.

40.  Jeffcoate, W.J., et al., *Psychiatric Manifestations of Cushing's Syndrome:Response to Lowering of Plasma Cortisol.* Quarterly Journal of Medicine, 1979. **New Series XLVIII**(191): p. 465-472.

41.  Mauri, M., et al., *Memory Impairment in Cusing's Disease.* Acta. Neurol. Scand., 1993. **87**: p. 52-55.

42.  Starkman, M.N., MD, *The HPA Axis and Psychopathology: Cushing's Syndrome.* Psychiatric Annals, 1993. **23**(12): p. 691-701.

43.  Lamberts, S.W.J., E.G. Bons, and P. Uitterlinden, *Studies on the glucocorticoid receptor blocking action of mifepristone in clultured ACTH-secreting human pituitary tumor cells and normal rat pituitary cells.* J Steroid Biochem., 1984. **17**.

44.  Proulx-Ferland et al., *Potent Antiglucocorticoid Activity of RU38486 On ACTH Secretion In Vitro and In Vivo in the Rat.* Journal of Steroid Biochem., 1982. **17**(xvii).

45.  Herrmann W, W.R., Riondel A, Philibert D, *Effet d'un steroide anti-progesterone chez la femme: interuption du cycle menstrul et de la grossese au debut.* Comtes Rendus, 1982. **294**: p. 922-938.

46.  Gaillard, R.C., et al., *RU 486: A steriod with antiglucocorticosteroid activity that only disinhibits the human pituitary-adrenal system at a specific time of day.* Medical Sciences, 1984. **81**: p. 3879-3882.

47.  Bertagna, X., et al., *Administration of RU486 for 8 Days in Normal Volunteers: Antiglucocorticoid Effect with No Evidence of Peripheral Cortisol Deprivation.* Journal of Clinical Endocrinology and Metabolism, 1994. **78**(2): p. 375-380.

48.  Van der Lely, A.-J., MD, et al., *Rapid Reversal of Acute Psychosis in the Cushing Syndrome with the Cortisol-Receptor Antagonist Mifepristone (RU 486).* Annals of Internal Medicine, 1991. **114**(2).

49.  Belanoff, J., MD, et al., *Rapid Reversal of Psychotic Major Depression Using Mifepristone.* Journal of Clinical Psychopharmacology, 2001. **21**(5): p. 516-521.

50.  Freide T, K.M., Miller F., *Modeling the recovery from depressive illness by an exponential model with mixed effects.* Methods of Informatics in Medicine, 2000. **39**: p. 12-15.

51.  Pocock SJ, G.N., Tsiatis AA, *The analysis of multiple endpoints in clinical trials.* Biometrics, 1987. **43**: p. 487-493.

52.  Grunberg, S., et al., *Long-term treatment with the oral antiprogestational agent mifepristone (RU 486),* ed. S. SE. Vol. 7. 1993, Philadelphia: JB Lippincott.

53.     Nieman LK, *Uses of mifepristone as a glucocorticoid antagonist*, in *Clinical Applications of Mifepristone and other Antiprogestins*, D.L. Dondaldson MS, Brown SS, Benet LZ, Editor. 1993, National Academy Press: Washington DC.

54.     Spitz, I.M. and C.W. Bardin, *Drug Therapy: Mifepristone (RU 486) -- A Modulator of Progestin And Glucocorticoid Action.* The New England Journal of Medicine, 1993. **329**(6): p. 404-412.

55.     Vythilingam M, C.J., Bremner JD, Mazure CM, Maciejewski PK, Nelson JC, *Psychotic Depression and Mortality.* Am J Psychiatry, 2003. **160**(3): p. 574-576.

56.     Tollefson, G. *The use of olanzapine -fluoxetine combination in the treatment of major depressive disorder with psychotic features*. in *Annual meeting of the American College of Neuropsychopharmacology*. 2001. San Juan, PR.