1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiffs
   CORCEPT THERAPEUTICS, INC., JOSEPH
7  K. BELANOFF, and ALAN F. SCHATZBERG

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 | CORCEPT THERAPEUTICS, INC., | CASE NO. C07-03795 JW (RS)
   | JOSEPH K. BELANOFF, and     |
13 | ALAN F. SCHATZBERG,          | **MANUAL FILING NOTIFICATION**
14 |         Plaintiffs,          |
   |                              | EXHIBITS "A" AND "H" TO
15 |    v.                        | DECLARATION OF STUART CLARK IN
   |                              | SUPPORT OF PLAINTIFFS' OPPOSITION
16 | ANTHONY ROTHSCHILD,          | TO DEFENDANT ROTHSCHILD'S
   |                              | MOTIONS TO DISMISS AND FOR
17 |         Defendant.           | CHANGE OF VENUE
18 |                              | Date:  November 19, 2007
   |                              | Time:  9:00 a.m.
19 |                              | Court: Courtroom 8
   |                              | Judge: Hon. James Ware
20

21              **MANUAL FILING NOTIFICATION**

22

23  RE EXHIBITS "A" AND "H" TO DECLARATION OF STUART CLARK IN SUPPORT OF
    PLAINTIFFS' OPPOSITION TO DEFENDANT ROTHSCHILD'S MOTIONS TO DISMISS AND
24                          FOR CHANGE OF VENUE

25
         This filing is in paper or physical form only, and is being maintained in the case file in the
26
    Clerk's office.
27
         If you are a participant on this case, this filing will be served as a hard-copy shortly.
28

---
-1-
Plaintiffs' Administrative Motion to Seal Certain Documents
(Case No. C07-03795 JW (RS))

1  For information on retrieving this filing directly from the Court, please see the Court's main
2  web site at ttp://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
3  This filing was not e-filed for the following reason(s):
4  Documents are to be filed Under Seal under the November 9, 2006 Stipulated Protective
5  Order.

7  Dated: October 29, 2007                    CARR & FERRELL *LLP*

                                              By: /s/ Stuart Clark
                                                  STUART C. CLARK
                                                  CHRISTINE S. WATSON

                                                  Attorneys for Plaintiffs
                                                  CORCEPT THERAPEUTICS, INC., JOSEPH
                                                  K. BELANOFF, and ALAN F. SCHATZBERG