STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**ADMINISTRATIVE MOTION TO SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ANTHONY ROTHSCHILD'S MOTIONS TO DISMISS AND FOR CHANGE OF VENUE**<br><br>Date: November 19, 2007<br>Time: 9:00 a.m.<br>Court: Courtroom 8<br>Judge: Hon. James Ware |

PLEASE TAKE NOTICE THAT Plaintiffs Corcept Therapeutics, Inc., Joseph K. Belanoff and Alan F. Schatzberg ("Plaintiffs") hereby move for an order permitting the filing under seal of certain documents submitted in support of its opposition to Defendant Anthony Rothschild's ("Rothschild") motions to dismiss and for change of venue, pursuant to Local Rule 79-5.

### I.   PROCEDURAL HISTORY

On June 26, 2006, counsel for Plaintiffs entered into a protective order ("Order"), the terms of which were stipulated to by Rothschild. Order, attached as Exhibit A to the Declaration of Christine S. Watson ("Watson Decl."). The Order was signed by the Superior Court of Massachusetts on November 9, 2007. *See* Order.

-1-

The Order defines "Confidential" material as "any document or other information…if it reflects, refers to or evidences personal information of medical patients of UMass Medical School, UMass Memorial Health Care, or Dr. Rothschild, sensitive personal or financial information of Dr. Rothschild or his family, or if it is deemed confidential by any state or federal statute or regulation" and prohibits the disclosure of documents or other information designated as "Confidential" except in certain enumerated circumstances. Order, at ¶¶1-2. The Order specifically requires that all "documents of any nature, including briefs, which have been designated as 'Confidential,' and which are authorized by a court to be filed under seal, shall be filed in sealed envelopes marked with the caption of the Litigation and the words 'Confidential – Filed Under Seal.'" Order, at ¶3.

## II.    ARGUMENT

Civil L. R. paragraphs 79-5(b) and (d) provide that a party may request by motion, in conformance with Civil L. R. 7-11, an order authorizing the sealing of part or all of a document which is to be filed with the Court. The rule provides the court may issue a sealing order where the information to be sealed is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." The rule further provides that "[t]he request must be narrowly tailored to seek sealing only of sealable material…." Civil L.R. 79-5(a).

Plaintiffs move to file under seal Exhibits A and H to the Declaration of Stuart Clark in support of Plaintiffs' opposition to Rothschild's motion to dismiss and for change of venue ("Clark Declaration"). In particular, Plaintiffs move to file under seal the telephone records produced by the University of Massachusetts in response to a subpoena duces tecum issued by counsel for Plaintiffs, attached as Exhibit B to the Watson Declaration in support of the instant motion and attached as Exhibit A to the Clark Declaration, and documents in connection with Rothschild's review of a manuscript submitted for possible publication in *Biological Psychiatry*, attached as Exhibit C to the Watson Declaration and as Exhibit H to the Clark Declaration.

Plaintiffs contend that the telephone records and the manuscript documents contain confidential information and privileged corporate information that should not be disclosed to the public. Plaintiffs file this motion in compliance with the protective order in this case and in an effort to maintain the confidentiality of the University of Massachusetts's records that it

specifically requested to be designed "Confidential."

### III.   CONCLUSION

Based on the foregoing, Plaintiffs respectfully request that the Court issue an order, pursuant to Civil Local Rule 79-5(b), permitting Plaintiffs to file Exhibits A and H to the Declaration of Stuart Clark in support of Plaintiffs' opposition to Rothschild's motion to dismiss and for change of venue under seal and Exhibits B and C to the Watson Declaration in support of the instant administrative motion under seal.

Dated:  October 29, 2007                              CARR & FERRELL *LLP*


                                              By:  /s/ Christine S. Watson
                                                 STUART C. CLARK
                                                 CHRISTINE S. WATSON

                                                 Attorneys for Plaintiffs
                                                 CORCEPT THERAPEUTICS, INC., JOSEPH
                                                 K. BELANOFF, and ALAN F. SCHATZBERG