STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**DECLARATION OF CHRISTINE S. WATSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ANTHONY ROTHSCHILD'S MOTIONS TO DISMISS AND FOR CHANGE OF VENUE**<br><br>Date: November 19, 2007<br>Time: 9:00 a.m.<br>Court: Courtroom 8<br>Judge: Hon. James Ware |

DECLARATION OF CHRISTINE S. WATSON

I, Christine S. Watson, declare as follows:

1. I am an associate of the law firm Carr & Ferrell LLP, counsel of record in this action for Plaintiffs Corcept Therapeutics, Inc., Joseph K. Belanoff and Alan F. Schatzberg. I have personal knowledge of the following facts and, if called upon as a witness, I could and would testify truthfully thereto.

2. Attached as Exhibit "A" is a true and correct copy of the protective order in the related case

-1-

of *In Re: Corcept Therapeutics, Inc., et al.*, Commonwealth of Massachusetts Superior Court Case No. 05-5389.

3. Attached as Exhibit "B" is a true and correct copy of Exhibit A to the Declaration of Stuart Clark in support of Plaintiffs' Opposition to Rothschild's motions to dismiss and for change of venue.

4. Attached as Exhibit "C" is a true and correct copy of Exhibit H to the Declaration of Stuart Clark in support of Plaintiffs' Opposition to Rothschild's motions to dismiss and for change of venue.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Palo Alto, California, this October 29, 2007.

      /s/ Christine S. Watson
CHRISTINE S. WATSON

Case 5:07-cv-03795-JW   Document 69   Filed 10/29/2007   Page 3 of 15

**EXHIBIT A**

*notify*

~~EXHIBIT A~~

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
C.A. NO. 05-5389

In re: CORCEPT THERAPEUTICS, INC., et al.

STIPULATED PROTECTIVE ORDER

### STIPULATED PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED, pursuant to Mass. R. Civ. P. 26(c), by and between Corcept Therapeutics, Inc., Joseph K. Belanoff, Alan F. Schatzberg (collectively, "Corcept"), and Anthony Rothschild, M.D., subject to the approval of the Court, that the following Stipulated Protective Order shall govern the handling of "Discovery Material," which shall consist of documents and any other information produced, given or exchanged by and among Corcept and Dr. Rothschild in connection with discovery in this action or in the related action *Corcept Therapeutics, et al. v. Doe 1, et al.*, Case No. 105CV051322, Superior Court of the State of California in and for the County of Santa Clara (collectively, the "Litigation").

1. Any document or other information produced in the course of discovery in the Litigation may be designated "Confidential" if it reflects, refers to or evidences personal information of medical patients of UMass Medical School, UMass Memorial Health Care, or Dr. Rothschild, sensitive personal or financial information of Dr. Rothschild or his family, or if it is deemed confidential by any state or federal statute or regulation. Such designation shall be made at the time of delivery of a copy of the document or information to the other party. This

EXHIBIT A

designation "Confidential" shall be made by stamping or writing the word "CONFIDENTIAL" on the face of the copy of the document or information delivered to the Receiving Party.

2.   Material designated as "Confidential" and any information obtained from such material (collectively, "Confidential Information") shall be inspected or used by: (a) outside counsel for Corcept in the Litigation and persons in their employ who are assisting in the conduct of this Litigation; (b) Joseph K. Belanoff; (c) Alan F. Schatzberg; (d) experts retained to testify at trial or consultants retained or engaged by a party in preparation for trial (collectively, "Consultants") each of whom have signed an Undertaking in the form of Exhibit A, as provided; (e) any appellate or trial court presiding over the Litigation, including Court personnel assisting the Court in its adjudicative functions; (f) persons who prepared or who have previously received particular documents, provided that the inspection or use of Confidential Information by any such person is limited to only those documents such person prepared or previously received; (g) stenographic reporters or video operators engaged by a party for purposes of this Litigation; (h) outside photocopying, translation, document management, and exhibit preparation services engaged by a party for purposes of this Litigation; (i) any person whom Dr. Rothschild agrees in writing may be shown Confidential Information; (j) any jurors and alternate jurors; (k) trial witnesses during testimony; and (l) the author or addressee(s) or copy recipient(s) of any document. Confidential Information shall be used solely for the purposes of the Litigation (or any other action based on the same or substantially similar allegations as were made in the Litigation).

3.   All documents of any nature, including briefs, which have been designated as "Confidential" and which are filed with any court involved in the Litigation, shall be filed under seal. Documents containing information that has been designated "Confidential," and which are

authorized by a court to be filed under seal, shall be filed in sealed envelopes marked with the caption of the Litigation and the words "Confidential - - Filed Under Seal."

4. Acceptance of information designated as Confidential Information shall not constitute an admission by the receiving party or evidence that such information is Confidential Information, and the receiving party may at any time request that the Court reclassify Confidential Information as non-confidential information. The burden of proof in any motion challenging the designation of information as "Confidential" shall be on the Producing Party to justify the appropriateness of the designation.

5. No Consultant shall be given access to Confidential Information until he or she has signed an Undertaking in the form of Exhibit A. All such Undertakings shall be retained by counsel for the party employing said Consultant. Confidential Information may be disclosed to such Consultant and to that Consultant's supporting and clerical personnel (e.g., secretaries, stenographers and file clerks) required to carry out functions assigned to them by such Consultant.

6. This Order may be amended by the agreement of counsel for the parties in the form of a written amendment signed by counsel and filed with the Court for approval.

7. Corcept and Dr. Rothschild agree that the terms of this Order will be binding upon them and that they may take actions consistent with this Order pending its entry by the Court.

| CORCEPT THERAPEUTICS, INC. | ANTHONY ROTHSCHILD, M.D. |
|---|---|
| By its attorneys, | By his attorney, |
| _____ | _____ |
| Mark S. Freeman (BBO #636290)<br>Dara Y. Zelnick (BBO #660256)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>(617) 248-5000 | Harold W. Potter, Jr.   (BBO #          )<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 573-5815 |
| Date: June ___, 2006 | Date: June ___, 2006 |

Entered:

__Nov. 9 2006__
Date

__Charles T. Spurlock__ (signature)
Associate Justice
Superior Court

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                    SUPERIOR COURT DEPARTMENT
                                                      OF THE TRIAL COURT

IN RE: CORCEPT THERAPEUTICS, INC. ET   )        CIVIL ACTION NO. 05-5389
ALS                                     )
                                        )
                                        )
                                        )
                                        )

## STIPULATED PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED, pursuant to Mass. R. Civ. P. 26(c), by and between Corcept Therapeutics, Inc., Joseph K. Belanoff, Alan F. Schatzberg (collectively, "Corcept"), and the University of Massachusetts Medical School ("UMass"), subject to the approval of the Court, that the following Stipulated Protective Order shall govern the handling of "Discovery Material," which shall consist of documents, depositions, deposition exhibits, and any other information produced, given or exchanged by and among Corcept and UMass in connection with discovery in this action or in the related action *Corcept Therapeutics, et al. v. Doe 1, et al.*, Case No. 105CV051322, Superior Court of the State of California in and for the County of Santa Clara (collectively, the "Litigation").

1.      Any document or other information produced in the course of discovery in the Litigation may be designated "Confidential" if it reflects, refers to or evidences personal information of medical patients of UMass, UMass Memorial Health Care, or Anthony Rothschild, or if it is deemed confidential by any state or federal statute or regulation. Such designation shall be made at the time of delivery of a copy of the document or information to the other party. This designation "Confidential" shall be made by stamping or writing the word

4087260v2

"CONFIDENTIAL" on the face of the copy of the document or information delivered to the Receiving Party.

2. Counsel for any party may designate a deposition or other testimony as "Confidential" at the deposition or within twenty (20) business days after receipt of a transcript of such testimony by sending to counsel for each party a written list of the specific portions as to which such status is claimed. All deposition testimony shall be treated as Confidential until the expiration of twenty (20) business days after receipt of the transcript by counsel and, if the aforesaid written list is sent to counsel, shall thereafter be treated as designated in such list.

3. Material designated as "Confidential" and any information obtained from such material (collectively, "Confidential Information") shall be inspected or used by: (a) outside counsel for Corcept in the Litigation and persons in their employ who are assisting in the conduct of this Litigation; (b) Joseph K. Belanoff; (c) Alan F. Schatzberg; (d) experts retained to testify at trial or consultants retained or engaged by a party in preparation for trial (collectively, "Consultants") each of whom have signed an Undertaking in the form of Exhibit A, as provided; (e) any appellate or trial court presiding over the Litigation, including Court personnel assisting the Court in its adjudicative functions; (f) persons who prepared or who have previously received particular documents, provided that the inspection or use of Confidential Information by any such person is limited to only those documents such person prepared or previously received; (g) stenographic reporters or video operators engaged by a party for purposes of this Litigation; (h) outside photocopying, translation, document management, and exhibit preparation services engaged by a party for purposes of this Litigation; (i) any person whom UMass agrees in writing or on the record at a deposition may be shown Confidential Information; (j) any jurors and

alternate jurors; and (k) trial witnesses during testimony. Confidential Information shall be used solely for the purposes of the Litigation.

4. All documents of any nature, including briefs, which have been designated as "Confidential" and which are filed with any court involved in the Litigation, shall be filed under seal. Documents containing information that has been designated "Confidential," and which are authorized by a court to be filed under seal, shall be filed in sealed envelopes marked with the caption of the Litigation and the words "Confidential -- Filed Under Seal."

5. Acceptance of information designated as Confidential Information shall not constitute an admission by the receiving party or evidence that such information is Confidential Information, and the receiving party may at any time request that the Court reclassify Confidential Information as non-confidential information. The burden of proof in any motion challenging the designation of information as "Confidential" shall be on the Producing Party to justify the appropriateness of the designation.

6. No Consultant shall be given access to Confidential Information until he or she has signed an Undertaking in the form of Exhibit A. All such Undertakings shall be retained by counsel for the party employing said Consultant. Confidential Information may be disclosed to such Consultant and to that Consultant's supporting and clerical personnel (e.g., secretaries, stenographers and file clerks) required to carry out functions assigned to them by such Consultant.

7. This Order may be amended by the agreement of counsel for the parties in the form of a written amendment signed by counsel and filed with the Court for approval.

8. Corcept and UMass agree that the terms of this Order will be binding upon them and that they may take actions consistent with this Order pending its entry by the Court.

4087260v2

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC. | UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL |
| By its attorneys, | By its attorney, |
| */s/ Dara Y. Zelnick/* | */s/ Lawrence T. Bench/* |
| Mark S. Freeman (BBO #636290) | Lawrence T. Bench (BBO # 036960) |
| Dara Y. Zelnick (BBO #660256) | Office of the General Counsel |
| CHOATE, HALL & STEWART LLP | UNIVERSITY OF MASSACHUSETTS |
| Two International Place | 225 Franklin Street, 12th Floor |
| Boston, MA 02110 | Boston, MA 02110 |
| (617) 248-5000 | (617) 287-7030 |
| Date: June 26, 2006 | Date: June 23, 2006 |

Entered:

_____
Date

_____
Associate Justice
Superior Court

Case 5:07-cv-03795-JW   Document 69   Filed 10/29/2007   Page 12 of 15

**EXHIBIT B**

1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiffs
   CORCEPT THERAPEUTICS, INC., JOSEPH
7  K. BELANOFF, and ALAN F. SCHATZBERG

8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12 | CORCEPT THERAPEUTICS, INC.,        | CASE NO. C07-03795 JW (RS)
   | JOSEPH K. BELANOFF, and
13 | ALAN F. SCHATZBERG,                | **DECLARATION OF CHRISTINE S.**
   |                                    | **WATSON IN SUPPORT OF**
14 |          Plaintiffs,               | **PLAINTIFFS' ADMINISTRATIVE**
   |                                    | **MOTION TO SEAL CERTAIN**
15 |     v.                             | **DOCUMENTS FILED IN SUPPORT OF**
   |                                    | **PLAINTIFFS' OPPOSITION TO**
16 | ANTHONY ROTHSCHILD,                | **DEFENDANT ANTHONY**
   |                                    | **ROTHSCHILD'S MOTIONS TO**
17 |          Defendant.                | **DISMISS AND FOR CHANGE OF**
   |                                    | **VENUE**
18
   |                                    | Date:    November 19, 2007
19 |                                    | Time:    9:00 a.m.
   |                                    | Court:   Courtroom 8
20 |                                    | Judge:   Hon. James Ware

21

22

23                  # EXHIBITS "B" AND "C"

24

25                  # FILED UNDER SEAL

26

27

28

---

Declaration of Christine S. Watson in support of Plaintiffs' Administrative Motion to Seal
(Case No. C07-03795 JW (RS))

**EXHIBIT C**

| | |
|---|---|
| 1 | STUART C. CLARK (SBN 124152) |
|   | clark@carrferrell.com |
| 2 | CHRISTINE S. WATSON (SBN 218006) |
|   | cwatson@carrferrell.com |
| 3 | CARR & FERRELL *LLP* |
|   | 2200 Geng Road |
| 4 | Palo Alto, California 94303 |
|   | Telephone: (650) 812-3400 |
| 5 | Facsimile: (650) 812-3444 |
| 6 | Attorneys for Plaintiffs |
|   | CORCEPT THERAPEUTICS, INC., JOSEPH |
| 7 | K. BELANOFF, and ALAN F. SCHATZBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**DECLARATION OF CHRISTINE S. WATSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ANTHONY ROTHSCHILD'S MOTIONS TO DISMISS AND FOR CHANGE OF VENUE**<br><br>Date: November 19, 2007<br>Time: 9:00 a.m.<br>Court: Courtroom 8<br>Judge: Hon. James Ware |

# EXHIBITS "B" AND "C"

# FILED UNDER SEAL