1    STUART C. CLARK (SBN 124152)
     clark@carrferrell.com
2    CHRISTINE S. WATSON (SBN 218006)
     cwatson@carrferrell.com
3    CARR & FERRELL *LLP*
     2200 Geng Road
4    Palo Alto, California 94303
     Telephone: (650) 812-3400
5    Facsimile:  (650) 812-3444

6    Attorneys for Plaintiffs
     CORCEPT THERAPEUTICS, INC., JOSEPH
7    K. BELANOFF, and ALAN F. SCHATZBERG

8
                         UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                               SAN JOSE DIVISION
11

12   CORCEPT THERAPEUTICS, INC.,              CASE NO. C07-03795 JW (RS)
     JOSEPH K. BELANOFF, and
13   ALAN F. SCHATZBERG,                      **DECLARATION OF STUART
                                              CLARK IN SUPPORT OF
14                   Plaintiffs,              PLAINTIFFS' OPPOSITION TO
                                              ROTHSCHILD'S MOTIONS TO
15        v.                                  DISMISS AND FOR CHANGE
                                              OF VENUE**
16   ANTHONY ROTHSCHILD,
                                              Date:    November 19, 2007
17                   Defendant.               Time:    9.00 a.m.
                                              Court:   Courtroom 8
18                                            Judge:   Hon James Ware

19        I, the undersigned, STUART CLARK, declare as follows:

20        1.       I am an attorney admitted to practice before this Court and all of the courts of the

21   State of California.  I am a member of the firm of Carr & Ferrell LLP, the attorneys of record for

22   plaintiffs Corcept Therapeutics, Inc., Joseph Belanoff and Alan Schatzberg ("plaintiffs").  The facts

23   set out herein are within my personal knowledge, or are based on documents in my possession and

24   other information to which I have access in the course of my duties.  If called upon to do so I could

25   and would testify to the truth thereof.

26        2.       This action was initially filed in the Santa Clara County Superior Court on October

27   25, 2005, under Case No. 105CV051322.  At that time plaintiffs were uncertain as to the identity of

28   the person(s) making the postings which formed the basis for the claims asserted, and therefore

1  only Doe defendants were named.  Having conducted certain discovery in the action (including

2  taking the deposition of Rothschild), plaintiffs filed an amended complaint on June 21, 2007,

3  naming Rothschild as the only non-Doe defendant, and adding two causes of action.

4        3.      The original complaint asserted only two causes of action, for defamation, against

5  what was then believed to be the two persons responsible for making defamatory postings on a

6  Yahoo message board under the names of "stanfordinsider" and "corceptisafraud."  Discovery

7  revealed, however, that only one person – Rothschild – was responsible for the postings under both

8  names.  Thus, only Rothschild was named as a defendant in the amended complaint.  The amended

9  complaint also added causes of action for intentional infliction of emotional distress, and

10  interference with prospective business advantage, based on a series of events of harassment which

11  included cancelling hotel reservations and speaking engagements of the individual plaintiffs, crank

12  calls, and other harassment.

13        4.      Attached as Exhibit "A" are true copies of telephone records relating to Rothschild's

14  office telephone ("Dr. Rothschild's telephone records") which were produced in this action by the

15  University of Massachusetts Medical Center in response to a subpoena issued by plaintiffs.  By

16  stipulation of counsel for Rothschild, the authenticity of these documents is admitted.

17        5.      Dr. Rothschild's telephone records reveal that on November 15, 2002, a call was

18  placed from Dr. Rothschild's work telephone number to 212-586-7000 at 12:45 p.m. and Dr.

19  Rothschild's phone was billed for a two minute call.  By means of an Internet search using the

20  "Reverse Phone" feature on Whitepages.com I was able to determine that 212-586-7000 is the

21  telephone number for the Hilton Hotel in New York City.

22        6.      Dr. Rothschild's telephone records reveal that on September 8, 2003, a call was

23  placed from Dr. Rothschild's work telephone number to 212-327-8000 at 10:09 a.m. and Dr.

24  Rothschild's phone was billed for a four minute call.  By using the same method described in the

25  preceding paragraph, I was able to determine that 212-327-8000 is the number of Rockefeller

26  University.

27        7.      Dr. Rothschild's telephone records reveal that on September 8, 2003, immediately

28  after the call referred to in the preceding paragraph, a call was placed from Dr. Rothschild's work

1   telephone number to 212-556-3586 at 10:13 a.m. and Dr. Rothschild's phone was billed for a two

2   minute call.  I called 212-556-3586 and was informed by the person who answered the phone that

3   this is the number for the *New York Times*, Science Section.

4         8.      Dr. Rothschild's telephone records reveal that on September 30, 2003, a call was

5   placed from Dr. Rothschild's work telephone number to 214-648-2564 at 2:33 p.m. and Dr.

6   Rothschild's phone was billed for a one minute call.  I called this number and learned from a

7   recording that this is a number at the University of Texas Southwestern that was no longer in

8   service on the day that I called.  Dr. Rothschild's telephone records also reveal that on September

9   30, 2003 a call was placed from Dr. Rothschild's work telephone number to 650-327-3270 at 14.34

10  p.m., and the phone was billed for a one minute call.  I know that 650-327-3270 is the number of

11  Corcept in Palo Alto.

12        9.      According to his phone records, Rothschild called 202-582-1234 at 3.32 p.m. on

13  October 16, 2003, and was billed for a one minute call.  By calling that number I determined that it

14  is the number of the Grand Hyatt Hotel in Washington DC.

15        10.     Dr. Rothschild's telephone records reveal that on September 6, 2005, a call was

16  placed from Dr. Rothschild's work telephone number to 617-338-4400 at 4.13 p.m. and Dr.

17  Rothschild's phone was billed for a two minute call.  I called this number and the call was

18  answered by a person who identified the number as being that of the Four Seasons Hotel in Boston.

19        11.     Attached as Exhibit "B" is what I am informed and believe is an extract from the

20  materials disseminated as part of the 5th Annual Meeting of the International College of Geriatric

21  Psychoneuropharmacology held in Pittsburgh from November 2-5, 2005.  According to that exhibit,

22  the meeting was held at the Holiday Inn on November 2nd and 3rd, and at the Pittsburgh Athletic

23  Association on November 4th and 5th.  Also attached, as composite Exhibit "C", are true copies of

24  downloads from the Internet showing: (a) the address of the Pittsburgh Athletic Association at 4215

25  Fifth Avenue, Pittsburgh; (b) the address of the Holiday Inn at 100 Lytton Avenue (not street, as

26  stated in Exhibit B), Pittsburgh; and (c) the proximity of the Pittsburgh Athletic Association and the

27  Holiday Inn within less than a city block of each other.

28        12.     Attached, bearing the exhibit letters indicated below, are true copies of exhibits to

1  Rothschild's deposition (the "Rothschild Depo."), and the related testimony authenticating those

2  exhibits:

| Exhibit | Description |
|---|---|
| D. | Paper by Posener and others entitled "Process Irregularity Of Cortisol And Adrenocorticotropin Secretion In Men With Major Depressive Disorder." (Exhibit "13 to Rothschild Depo.), and deposition transcript pages 167:14-168:5. |
| E. | Rothschild's review of paper by Posener and others entitled "Process Irregularity Of Cortisol And Adrenocorticotropin Secretion In Men With Major Depressive Disorder."  (Exhibit "15" to Rothschild Depo., and deposition transcript pages 173:14-174:1) |
| F. | Additional excerpts from the Rothschild deposition transcript. |

12      13.      Attached as Exhibit "G" is a true copy of U. S. Patent U.S. Patent 6,150,349 (the

13  "349 patent").

14      14.      Attached as Exhibit "H" is a true copy of a letter and review that were produced by

15  Dr. Rothschild in response to a subpoena addressed to him by the Massachusetts Court pursuant to

16  a commission issued by the Santa Clara County Superior Court.

17      15.      In October 16, 2007, as an exercise, I logged in to the Yahoo message board site for

18  Apple, Inc., at approximately 10.20 a.m. on October 16, 2007.  I discovered that hundreds of

19  postings had been made within the last 24 hours, and that 42 postings had been made *within the last*

20  *hour alone*.

21      I declare under penalty of perjury under the laws of the United States of America that the

22  foregoing is true and correct.

23      Executed at Palo Alto, California, this October      [29]      , 2007.

25                                                       /s/ Stuart Clark
26                                                       STUART C. CLARK