**EXHIBIT A**

1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiffs
   CORCEPT THERAPEUTICS, INC., JOSEPH
7  K. BELANOFF, and ALAN F. SCHATZBERG

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 CORCEPT THERAPEUTICS, INC.,            CASE NO. C07-03795 JW (RS)
   JOSEPH K. BELANOFF, and
13 ALAN F. SCHATZBERG,                    **DECLARATION OF STUART
                                          CLARK IN SUPPORT OF
14          Plaintiffs,                   PLAINTIFFS' OPPOSITION TO
                                          ROTHSCHILD'S MOTIONS TO
15     v.                                 DISMISS AND FOR CHANGE
                                          OF VENUE**
16 ANTHONY ROTHSCHILD,
                                          Date:    November 19, 2007
17          Defendant.                    Time:    9.00 a.m.
                                          Court:   Courtroom 8
18                                        Judge:   Hon James Ware

19

20

21              EXHIBITS "A" AND "H"
22

23

24

25              FILED UNDER SEAL
26

27

28

**EXHIBIT B**



| Home | About ICGP | Annual Meeting | Membership | Awards | Forms | Task Forces | Ne |

Welcome to the

**INTERNATIONAL COLLEGE OF GERIATRIC PSYCHONEUROPHARMACOLOGY**

# ICGP 5th Annual Meeting
## November 2-5, 2005

### Holiday Inn University Center (Wed & Thu)
### Pittsburgh Athletic Association (Fri & Sat)
### Pittsburgh, Pennsylvania

View the 2005 ICGP Annual Meeting Program

# REGISTRATION

Register for the ICGP Annual Meeting online at http://icgp.org/regform.asp.

# CONGRATULATIONS
## ICGP 2005 International Junior Investigator Award Recipients

**Hajime Baba, M.D., Ph.D.**
Juntendo University School of Medicine (Japan)

**Colin Depp, Ph.D.**
University of California, San Diego (USA)

**Julie Dumas , Ph.D.**
University of Vermont (USA)

**Faith Gunning-Dixon, Ph.D.**
Weill Medical College of Cornell University (USA)

EXHIBIT __B__

**Hsu-Ko Kuo, M.D., MPH**
National Taiwan University Hospital (Taiwan)

**Sarah Voss, Ph.D.**
Kingshill Research Centre (UK)

........................................................................................

*Barry Lebowitz, Ph.D. named ICGP Executive Director*

I am delighted to announce that the Search Committee for the ICGP Executive Director, comprised of eight senior members whom I had appointed, has unanimously chosen Barry Lebowitz, Ph.D. for this critical position. Barry will assume his new role as of April 15, 2005. Coincidentally, he will be leaving the National Institute of Mental Health (NIMH) to join the University of California, San Diego as Professor of Psychiatry and Deputy Director of the Stein Institute for Research on Aging as well as of the Geriatric Psychiatry Research Center. An author of over 130 papers and editor of 8 books, Barry is an internationally known scientist, teacher, and administrator in the world of aging research. Barry served as the Chief of the Geriatrics Research Branch at NIMH for over two decades.

Barry has been a tireless advocate for research in the mental disorders of late life. His efforts have resulted in an impressive growth of knowledge about the biological underpinnings and treatment of late life depression and other mental illnesses. Recognition of his contributions include designation as an Honorary Fellow of the American Psychiatric Association and the M. Powell Lawton Award from the Gerontological Society of America. In recognition of Barry's dedication to the career development of new researchers, the American Association for Geriatric Psychiatry has designated an annual award as the "Barry Lebowitz Junior Investigator Award". He has also been the recipient of the NIH Director's Award (twice), NIMH Special Service Award, and awards from several prominent universities and professional organizations. He has served on a number of Editorial Boards and Advisory Committees.

Barry has been a Founding Member of the ICGP. Please join me in welcoming him as the new Executive Director of the ICGP.

Charles Reynolds III, M.D.
ICGP President

........................................................................................

*A Letter from the ICGP President*

Dear Colleagues and Friends:

I am delighted to invite your participation in the fifth annual meeting of the International College for Geriatric Psychoneuropharmacology, to be held at the

University of Pittsburgh School of Medicine, in Pittsburgh, Pennsylvania, November 2-5, 2005.

The ICGP annual meeting has developed a tradition of integrating presentations on the underlying neurobiology of late-life neuropsychiatric disorders and psychopathology with presentations that come from a clinical perspective. The College is particularly interested in identifying new leads from the laboratory that hold promise for being translated into clinical application. Fostering communication and knowledge transfer between the laboratory and the clinic is a key objective of the annual College meeting. We are also very interested in incorporating seminars on novel therapeutics.

In addition, and very importantly, we reach out to young investigators from a multidisciplinary perspective, in order that our meeting and mentoring structures enable junior basic scientists and clinical investigators to interact at early stages of career development. This is a meeting that draws the best of the young as well as the senior investigators in our field, from North America, Europe, Australia, New Zealand, and Japan.

Our 2005 ICGP meeting will continue to encompass a variety of formats and topics, e.g., debates in geriatric psychoneuropharmacology, workshops, and panels. In addition we invite poster presentations from academia and industry.

My colleague Steven T. DeKosky (Professor and Chairman of Neurology and Director of the Alzheimer Disease Research Center at Pittsburgh) will co-host the meeting with me. Steve and I look forward to greeting you in Pittsburgh.

Sincerely,

Charles F. Reynolds III, M.D.
Professor of Psychiatry, Neurology, and Neuroscience
University of Pittsburgh School of Medicine
President, ICGP

**EXHIBIT C**





username:

password:

4215 Fifth Avenue
Pittsburgh, PA 15213
United States
412.621.2400

On the fringe of downtown Pittsburgh, the Pittsburgh Athletic Association is located in beautiful Oakland. The PAA Clubhouse is within walking distance of Learning Institutions – University of Pittsburgh, Carnegie Mellon University and Carlow University – and major medical centers – Montefiore Hospital, Presbyterian Hospital, Western Psychiatric Institute, Children's Hospital and Magee-Women's Hospital.

And the architecture! Reminiscent of the 16th century Grimani Palace in Venice, the PAA is the ultimate alternative to the typical hotel's cookie-cutter meeting rooms. Although its doors first opened in 1911, today the Clubhouse has all the conveniences and modern amenities you have come to expect.

"Website donated in loving memory of Kuldeep Sehgal, MD"

EXHIBIT ___C___


www.hiselect.com

Reservations          Locations          Special Offers          Mo

## Priority Club Rewards

Email or Priority Club #:

PIN#:

Forgot/Need PIN#?

☐ Don't remember me.

Login

Join Today > >

PRIORITY CLUB
REWARDS

## Check Availability

**Check-In Date:**        **Check-Out Date:**
mm/dd/yyyy          mm/dd/yyyy

**Adults:**    **Children:**    **Rooms:**
1              0                1

**Group Code:**

**Rate Preference:**
Best Available

Check Availability

More Choices





## Exclusive Deals & Updates

### SignUp Now!

Enter Email Address          >>



**Lowest Internet Rate Guarantee**
Book here first — If you find a lower
rate on another site, we'll beat it!

**Online Reservation Guarantee** ▶
Your room is guaranteed - or your
first night is on us.

**No Booking Fees!** ▶

## Holiday Inn Select
## PITTSBURGH @UNIV CTR (OAKLAND)

**100 LYTTON AVE**
**PITTSBURGH, PA 15213 UNITED STATES**
**Hotel Front Desk: 1-412-6826200 | Hotel Fax: 1-412-6825745**

Bool
1 888 HOLIDAY (

Welcome | At a Glance | Amenities | Rooms | Dining | Event Facilities | Transportation



1. Select Photo Category
2. Click on photo thumbnails or previous an
**Select Photo Category:**     Welcome



**Image Credits**          << previous photo |

**Lobby View**          ENLARGE ➕



Get Direct ons ▶

### Located in "The Heart Of Oakland"

**The Holiday Inn Select University Center** is nestled in th
Pittsburgh's academic, medical and cultural community. Th
adjacent to the University of Pittsburgh and walking distanc
Mellon, Duquesne University and Pittsburgh's renowned U
Pittsburgh Medical Center. Reserve your room now and ha
you are receiving the lowest internet rate (guaranteed) and

### At a Glance

• Check-in 3:00 PM
• Check-out 12:00 PM

• Parking Options ▶
• Languages Spoken by Staff ▶

### What's Nearb

• UPMC Medical F
• Heinz Field & PN

- Hotel is located Downtown
- Pet Policy ▶
- Internet Options ▶
- Accessibility ▶
- University Of Pi
  Mellon Univ.
- Andy Warhol Mu

**Welcome**  |  At a Glance  |  Amenities  |  Rooms  |  Dining  |  Event Facilities  |  Transportation





Press Office | Phone & Email | Hotels | Terms Of Use | Privacy Statement
Corporate Information | City Guides | Hotel Directory | International Sites | Affiliate Program | Win
Orlando | San Diego | New Orleans | Chicago | San Francisco | San Antonio | New York | London
Toronto
InterContinental Hotels Group | InterContinental | Crowne Plaza | Hotel Indigo | Holiday Inn | Ho
Staybridge Suites | Candlewood Suites

©2001-2006 InterContinental Hotels Group. All rights reserved. Most hotels are independently ov

# MAPQUEST.



**Start:** **4215 5th Ave**
Pittsburgh, PA 15213-3546, US

**End:** **100 Lytton Ave**
Pittsburgh, PA 15213-1444, US

**Notes:**

| Directions | Distance |
|---|---|
| **Total Est. Time:** 1 minute    **Total Est. Distance:** 0.42 miles | |
| **START** **1:** Start out going SOUTHWEST on 5TH AVE toward UNIVERSITY PL. | <0.1 miles |
| **2:** Turn RIGHT onto UNIVERSITY PL. | 0.1 miles |
| **3:** Turn RIGHT onto OHARA ST. | <0.1 miles |
| **4:** OHARA ST becomes BIGELOW BLVD. | <0.1 miles |
| **5:** Turn RIGHT onto LYTTON AVE. | 0.1 miles |
| **END** **6:** End at **100 Lytton Ave** Pittsburgh, PA 15213-1444, US | |
| **Total Est. Time:** 1 minute    **Total Est. Distance:** 0.42 miles | |

 Printer-friendly page sponsored by HP



**Start:**
**4215 5th Ave**
Pittsburgh, PA 15213-3546, US

**End:**
**100 Lytton Ave**
Pittsburgh, PA 15213-1444, US





All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

**EXHIBIT D**

Psychoneuroendocrinology (2004) 29, 1129–1137



**PNEC**

www.elsevier.com/locate/psyneuen

# Process irregularity of cortisol and adrenocorticotropin secretion in men with major depressive disorder

Joel A. Posener[a,b,*], Charles DeBattista[c,d], Johannes D. Veldhuis[e], Michael A. Province[f], Gordon H. Williams[g,h], Alan F. Schatzberg[c]

[a]Department of Psychiatry, Washington University School of Medicine, 660 South Euclid Avenue, Box 8134, St. Louis, MO 63110, USA
[b]Metropolitan St. Louis Psychiatric Center, 5351 Delmar Boulevard, St. Louis, MO 63112, USA
[c]Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, 401 Quarry Road, Stanford, CA 94305, USA
[d]Corcept Therapeutics, 275 Middlefield Road, Menlo Park, CA 94025, USA
[e]Department of Internal Medicine, Mayo Clinic and Foundation, 200 First Street, S.W., Rochester, MN 55905, USA
[f]Division of Biostatistics, Washington University School of Medicine, 660 South Euclid Avenue, Box 8067, St. Louis, MO 63110, USA
[g]Division of Endocrinology-Hypertension, Brigham and Women's Hospital, 221 Longwood Avenue, Boston, MA 02115, USA
[h]Harvard Medical School, Boston, MA 02115, USA

Received 9 June 2003; received in revised form 19 November 2003; accepted 5 January 2004



KEYWORDS
Depression; Cortisol;
Adrenocorticotropin;
Hypothalamic-pituitary-
adrenal axis; Process
irregularity;
Approximate entropy

**Summary** Although evidence suggests that major depressive disorder (MDD) is associated with hyperactivity of the hypothalamic-pituitary-adrenal (HPA) axis, research on basal HPA axis hormone levels in MDD patients has been inconclusive. Definitive characterization of basal cortisol and adrenocorticotropin (ACTH) secretion may be important for understanding the pathophysiology of this disorder. In recent years, a new approach to the analysis of basal hormone secretion has been developed involving the approximate entropy (ApEn) statistic, which represents the degree of disorderliness or serial irregularity in a time series of hormone levels. ApEn has been shown to reflect the degree of coordination in integrated network systems and has provided new insights into the pathophysiology of a number of endocrine conditions. In the study reported here, 15 medication-free men with MDD and 15 healthy control men were admitted to a General Clinical Research Center and had blood sampled for cortisol and ACTH determinations every hour over a 24-h period. The

*Corresponding author. Department of Psychiatry, Washington University School of Medicine, 660 South Euclid Avenue, Box 8134, St. Louis, MO 63110, USA. Tel.: +1-314-877-0526; fax: +1-314-877-0553.
E-mail address: posenerj@medicine.wustl.edu (J.A. Posener).

0306-4530/$ - see front matter © 2004 Elsevier Ltd. All rights reserved.
doi:10.1016/j.psyneuen.2004.01.004

EXHIBIT ___D___

1130



cortisol and ACTH time series were characterized with a cosinor analysis and with analysis of ApEn. Depressed patients and control subjects did not differ significantly on any parameter derived from the cosinor analysis or on several other standard indices of basal hormone secretion. However, the depressed men had significantly increased cortisol ApEn and significantly decreased ACTH ApEn compared with the healthy subjects. The ApEn findings suggest a loss of regulatory control over cortisol secretion, and possibly increased cortisol feedback on the pituitary in the depressed patients. Together, these results are most consistent with a primary abnormality of the adrenal gland and suggest that further investigation of adrenal gland physiology may be informative for the pathophysiology of depression.
© 2004 Elsevier Ltd. All rights reserved.

## 1. Introduction

Although it is generally accepted that the hypo-thalamic-pituitary-adrenal (HPA) axis is hyper-active in depressive disorders, this conclusion is based primarily on evidence from provocative tests involving the administration of dex-amethasone, cosyntropin (adrenocorticotropin$_{1-24}$) or corticotropin-releasing hormone (CRH) (Holsboer, 1995). In contrast, studies of basal HPA axis hormone secretion in patients with depression have produced mixed results. The largest studies that have monitored basal cortisol or adreno-corticotropin (ACTH) levels at frequent intervals (1 h or less) for 24 h have either not found increased hormone levels among depressed patients or have produced equivocal results (Sherman et al., 1984; Halbreich et al., 1985a, b; Pfohl et al., 1985; Schlechte et al., 1986; Oren et al., 1996; Posener et al., 2000; Young et al., 2001). Of the smaller studies employing this methodology, some have reported increased cor-tisol or ACTH levels among patients (Sachar et al., 1973; Linkowski et al., 1985; Mortola et al., 1987; Deuschle et al., 1997; Wong et al., 2000), while others have had negative results (Joseph-Vanderpool et al., 1991; Yehuda et al., 1996) or have involved confounding effects of age that make interpretation of the findings difficult (Souetre et al., 1988, 1989).

Definitive characterization of basal cortisol and ACTH secretion in depression may be critical for identifying the mechanisms that underlie the other HPA axis abnormalities observed in previous research. Moreover, such characterization will have implications for theories of pathophysiology that involve effects exerted by HPA axis hormones on the brain (Duman et al., 1997; Sapolsky, 2000).

One limitation of previous research on basal HPA axis hormone secretion may involve the ana-lytical methods, which have generally been to compute mean hormone levels or to characterize the circadian periodicity of hormone levels over time. In recent years, new analytical approaches have been developed that characterize endocrine time series data from a distinct perspective. Approximate entropy (ApEn) is a scale- and model-independent statistic that represents the degree of disorderliness or irregularity in a time series of biological measurements. At a mathematical level, ApEn has been shown to reflect coordi-nation and feedback relationships within inte-grated network systems, and uncoupling of regulatory interactions has been shown to pro-duce an increase in ApEn (Pincus and Keefe, 1992; Pincus et al., 1996a, b; Veldhuis et al., 1997). Analysis of ApEn has provided a number of new insights into normal and abnormal endo-crine physiology. Hormone ApEn is increased in diseases involving secretion of the hormone by tumors, as manifested in acromegaly (Hartman et al., 1994), primary aldosteronism (Siragy et al., 1995) and Cushing's disease (Van den Berg et al., 1997), and the increased ApEn appears to reflect a loss of normal regulatory influences on the tumor. Additionally, ApEn has been found to be a sensitive indicator of endocrine changes in situations where there are no differences in mean hormone levels. For example, one study found that young and aged men did not differ in mean serum levels of testosterone and luteinizing hormone, but ApEn for both hormones was mark-edly greater in the aged men (Pincus et al., 1996a). Analysis of process irregularity with the ApEn statistic has the potential to elucidate HPA axis function in depression but has not previously been applied to this condition. Here, we report a study that investigated ApEn of cortisol and ACTH secretion in a group of male patients suf-fering from major depressive disorder (MDD) compared with a group of healthy male control subjects.

## 2. Methods

### 2.1. Subjects

Depressed patients and control subjects were recruited by advertisement and from outpatient clinics at Stanford University Medical Center (SUMC), McLean Hospital and Washington University School of Medicine (WUSM) between 1994 and 1998. Subjects were screened with a psychiatric interview conducted by a psychiatrist, the structured clinical interview for DSM-III-R (SCID) (Spitzer et al., 1988), the 21-item Hamilton depression rating scale (HDRS) (Hamilton, 1960), the clinical global impression (CGI) scale (Guy, 1976), and the research diagnostic criteria-family history (Endicott et al., 1978). The core endogenomorphic scale (CES), an index of the degree to which a depressive syndrome comprises typical, or endogenous, symptoms, was computed from the HDRS (Thase et al., 1983). Assessments and ratings were conducted by psychiatrists and research assistants who had shown adequate inter-rater reliability; $\kappa$ exceeded 0.85 for depression items on the SCID and HDRS. A medical history was taken and a physical examination performed by a physician, and laboratory tests included complete blood count, comprehensive biochemistry panel, and thyrotropin level. To provide a homogenous sample, the patient and control groups were restricted to males. Additional requirements for all subjects were: no active medical problems, no significant laboratory abnormalities, no weight loss greater than 5 lb in the previous month, and no medication use at the time of study or in the previous two weeks. For depressed patients, additional requirements were: a DSM-III-R diagnosis of unipolar MDD without psychotic features, as ascertained by the SCID; a minimum HDRS score of 21; a minimum CES score of 7; and no alcohol or drug abuse in the previous six months. As required for all subjects, depressed patients had no medications, including psychiatric medications, for two weeks prior to the study, and patients also had no fluoxetine in the previous six weeks and no electroconvulsive therapy in the previous six months. For control subjects, additional requirements were: no lifetime history of DSM-III-R Axis I or Axis II psychiatric disorders, including substance abuse disorders; HDRS total score less than 5; and no history of Axis I disorders in first-degree relatives. All subjects abstained from alcohol for 7 days and throughout the protocol, and had no more than three cups of caffeinated beverages daily for three days and throughout the protocol.

Some of these subjects were included in a previous study of HPA axis circadian periodicity in depression (Posener et al., 2000); that previous study did not address process irregularity or ApEn. This study was approved by the Institutional Review Boards at the institutions involved, and written informed consent was obtained from all subjects.

### 2.2. Procedure

The study protocol was conducted in the General Clinical Research Centers (GCRCs) at SUMC, Brigham and Women's Hospital (BWH), and WUSM. Subjects were admitted at approximately 12:00 h, and an intra-venous (IV) line with normal saline to keep the vein open was started by 16:00 h. Blood was drawn through the IV for serum cortisol and plasma ACTH levels every hour from 18:00 to 18:00 h the next day. No medications were allowed in the GCRC, and standard meals were given on a standard schedule. Smoking was not permitted in the GCRC but subjects were allowed to smoke briefly in near-by areas in between blood drawing. Subjects were lying supine in bed for 15 min before each blood draw. This basal monitoring protocol was part of a larger study in which subjects stayed in the GCRC for an additional 48 h and underwent further testing of the HPA axis.

### 2.3. Assays

Cortisol and ACTH assays were conducted by the Endocrinology/GCRC Laboratory at BWH using methods that have been described previously (Taylor et al., 1983). Cortisol levels were determined by a radioimmunoassay (Diagnostic Products Corporation, Los Angeles, CA), for which the intra-assay coefficient of variation (CV) was 4.0% and the inter-assay CV was 5.0%. ACTH levels were determined by an immunoradiometric assay (Nichols Institute, San Juan Capistrano, CA), for which the intra-assay CV was 1.5% and the inter-assay CV was 3.5%.

### 2.4. Approximate entropy (ApEn)

Analysis of ApEn for cortisol and ACTH was conducted according to procedures that have been described in detail previously (Pincus et al., 1996a, b). Briefly stated, ApEn is a regularity statistic yielding a nonnegative number, with larger values corresponding to greater process randomness or less pattern recurrence within the series. ApEn is computed on the basis of two input

parameters, $m$ and $r$, and is the logarithmic likelihood that runs of patterns that are close (within $r$) for $m$ contiguous observations remain close (within the same tolerance width $r$) on next incremental comparisons. Following the most standard method, ApEn was computed with $m = 1$ and $r = 20\%$ of the standard deviation of the individual time series.

## 2.5. Cosinor analysis

In order to provide standard measures of 24-h hormone periodicity, a cosinor analysis was employed. This method has been used extensively in previous research to characterize HPA axis hormone levels in depression (e.g., Halbreich et al., 1985b; Pfohl et al., 1985; Posener et al., 2000). The cosinor analysis is applied to each subject individually and models hormone levels over time as a sinusoidal function. A least squares procedure is used to fit individual subject data to the equation: $Y(t) = \alpha + \beta\cos(2\pi t/24 + \gamma) + e(t)$, where $Y(t)$ is the subject's hormone level at time $t$ (hours on a 24-h clock starting at midnight). The mesor, or 24-h mean, is $\alpha$; the amplitude, defined as the distance from the mean to the peak, or half the peak-to-trough distance, is $\beta$; the acrophase, which indicates the time of the peak and trough, is $\gamma$; and $e(t)$ represents random error of measurement.

## 2.6. Statistical analysis

Cortisol and ACTH parameters were examined to determine whether these variables had similar variances across the two groups and whether, within each group, the variables had distributions that did not depart markedly from normality. The distributions of the ApEn variables showed some departure from normality, and for this reason a nonparametric analysis was chosen. Cortisol and ACTH ApEn values were converted to ranks, which were then normalized, yielding Van der Waerden scores. This approach does not rely on assumptions about the distribution of the original variables, and has the advantage of producing normalized scores that can subsequently be used in parametric analyses, as advocated by Lehman (1975). Parametric analyses were desired in order to control for effects of age by including the latter variable as a covariate. Examination of cortisol and ACTH parameters generated by the cosinor analysis did not reveal violation of the assumptions required for parametric analyses. Comparisons between depressed patients and control subjects on the ranked, normalized ApEn variables and on the indices generated by cosinor analysis

were then made by means of a one-way analysis of covariance (ANCOVA), in which age was the covariate. The assumption of no factor by covariate interaction was tested and met for each analysis. Correlation was used to examine the relationship between clinical variables and the cortisol and ACTH indices that were able to discriminate the two groups. In these latter analyses, the cortisol and ACTH indices were corrected for age by conducting a regression of these indices on age and then using the residual scores in the subsequent analyses.

## 3. Results

Fifteen men with MDD and 15 healthy control men were studied (see Table 1). Depressed patients were older than control subjects (mean ± SD age of $48.0 \pm 10.3$ years in depressed patients and $42.5 \pm 7.7$ years in controls), and all group comparisons controlled for age effects. As shown in the table, clinical ratings indicated that patients were suffering from depression of moderate severity. In patients, the median length of the current depressive episode indicated acute rather than chronic depression, although the distribution of episode length was positively skewed, with some patients having longstanding depression. Most patients had recurrent depression, with a median of two previous episodes, and some patients had many prior episodes.

Mean cortisol levels over time (see Fig. 1) showed considerable overlap between depressed patients and control subjects, although the patients appeared to have higher values than controls at the time of the nadir. The cosinor model had a moderately good fit to the individual hormone profiles, with mean ± SD percent of variance accounted for by the model ($R^2$) of $53.0 \pm 11.0\%$ in depressed patients and $60.0 \pm 13.3\%$ in control subjects; $R^2$ did not differ significantly between groups. There were no significant differences between depressed patients and control subjects in the cortisol indices derived from the cosinor analysis (see Table 1), including the cortisol 24-h mean ($F = 1.9$, df $= 1, 27$, $p = 0.2$), amplitude ($F = 0.4$, df $= 1, 27$, $p = 0.6$) and peak time ($F = 0.2$, df $= 1, 27$, $p = 0.6$). Using the same statistical methods used for group comparisons on cosinor indices, patients and controls also did not differ significantly on the simple mean of cortisol levels over 24 h ($F = 2.1$, df $= 1, 27$, $p = 0.2$) or on the minimum cortisol value for each subject computed over 24 h ($F = 2.3$, df $= 1, 27$, $p = 0.14$).

Case 5:07-cv-03795-JW    Document 70-2    Filed 10/29/2007    Page 19 of 24

Table 1   Characteristics of depressed patients and healthy control subjects

| Variable | Depressed patients | Control subjects |
|---|---|---|
| **Clinical characteristics** | | |
| N | 15 | 15 |
| Age (years) | 48.0 (10.3) | 42.5 (7.7) |
| HDRS | 24.2 (3.2) | 1.9 (1.4) |
| CES | 8.4 (0.7) | 0.9 (0.7) |
| CGI | 4.4 (0.9) | 1.0 (0.0) |
| Episode length (months) | 8.0 (2–492) | |
| Number of previous episodes | 2.0 (0–15) | |
| **Cortisol** | | |
| ApEn[a] | 0.352 (0.932) | -0.352 (0.780) |
| 24-h mean (µg/dl) | 7.8 (1.5) | 6.8 (1.4) |
| Amplitude (µg/dl) | 4.5 (0.9) | 4.7 (1.2) |
| Peak time (h) | 09:59 (01:06) | 10:10 (00:54) |
| **ACTH** | | |
| ApEn[b] | -0.259 (0.805) | 0.259 (0.975) |
| 24-h mean (pg/ml) | 22.0 (10.6) | 16.8 (5.1) |
| Amplitude (pg/ml) | 11.9 (6.1) | 9.2 (4.6) |
| Peak time (h) | 09:38 (01:25) | 09:51 (01:29) |

Mean (SD) shown, with median (range) shown for episode length and number of previous episodes. HDRS, Hamilton depression rating scale; CES, core endogenomorphic scale; CGI, clinical global impression scale; ApEn, approximate entropy. Values shown for ApEn are normalized ranks of raw ApEn data; higher scores indicate greater ApEn. Twenty-four-hour mean, amplitude and peak time computed from cosinor analysis. Peak time shown in hours of 24-h clock.
All significant effects shown from analysis of covariance on cortisol and ACTH variables, with diagnosis (depressed vs. control) as the factor and age as the covariate.
[a] $p = 0.03$ for depressed patients vs. control subjects.
[b] $p = 0.047$ for depressed patients vs. control subjects.



**Fig. 1.**   Mean ± SEM serum cortisol levels over 24 h in depressed and control men.

J.A. Posener et al.

The mean cortisol level between 20:00 and 02:00 h, the time period that appeared to show the greatest difference between patients and controls, was also computed for each subject, but there were no significant group differences on this variable ($F = 0.0$, df = 1,27, $p = 0.97$). There were no significant effects of age on any of the above cortisol variables.

As was the case with cortisol, mean ACTH levels over time showed considerable overlap between depressed patients and control subjects (see Fig. 2), although the patients appeared to have higher levels at the nadir. For ACTH, the cosinor model showed a fairly good fit to the individual hormone profiles, with mean ± SD $R^2$ of 45.4 ± 17.3% in depressed patients and 48.8 ± 20.6% in controls; $R^2$ did not differ significantly between groups. There were no significant differences between depressed patients and control subjects on ACTH indices derived by the cosinor analysis (see Table 1), including the ACTH 24-h mean ($F = 2.5$, df = 1,27, $p = 0.12$), amplitude ($F = 2.8$, df = 1,27, $p = 0.10$), and peak time ($F = 0.2$, df = 1,27, $p = 0.7$). Patients and controls did not differ significantly on the simple mean of ACTH levels over 24 h ($F = 2.7$, df = 1,27, $p = 0.11$) or on the minimum ACTH level computed over 24 h for each subject ($F = 1.0$, df = 1,27, $p = 0.3$). The mean ACTH level between 20:00 and 24:00 h, the period

that showed the greatest apparent difference between patients and controls, was computed for each subject, but there were no significant group differences on this variable ($F = 0.5$, df = 1,27, $p = 0.5$). There were no significant effects of age on any of the above ACTH variables.

ApEn for cortisol was significantly greater in depressed patients than in control subjects (mean ± SD ranked normalized ApEn of 0.352 ± 0.932 in patients and −0.352 ± 0.780 in control subjects; $F = 5.1$, df = 1,27, $p = 0.03$) (see Table 1). In contrast, ApEn for ACTH was significantly lower in depressed patients than in control subjects (mean ± SD ranked normalized ApEn of −0.259 ± 0.805 in patients and 0.259 ± 0.975 in controls; $F = 4.3$, df = 1,27, $p = 0.047$) (see Table 1). There were no significant effects of age on cortisol or ACTH ApEn. The ability of ApEn indices to discriminate depressed patients from control subjects can be illustrated by displaying age-corrected ApEn scores for individual subjects; age correction involved conducting a linear regression of ApEn normalized ranks on age and displaying the residual scores. Cortisol ApEn values were generally higher (Fig. 3) and ACTH ApEn values were generally lower (Fig. 4) in depressed patients compared with control subjects, although there is substantial overlap between groups for both ApEn variables.



Fig. 2.  Mean ± SEM plasma ACTH levels over 24 h in depressed and control men.





**Fig. 3.** Cortisol ApEn in individual depressed and control men. Values shown are ApEn normalized ranks corrected for age. Age correction involved a linear regression of ApEn normalized ranks on age, with residual values shown. Group means are indicated by a horizontal line.

**Fig. 4.** ACTH ApEn in individual depressed and control men. Values shown are ApEn normalized ranks corrected for age. Age correction involved a linear regression of ApEn normalized ranks on age, with residual values shown. Group means are indicated by a horizontal line.

The relationships between clinical variables and cortisol and ACTH ApEn were examined. Within the group of depressed patients, the correlations of HDRS score, CES score, CGI score, duration of the current depressive episode, and number of previous depressive episodes with cortisol and ACTH ApEn were computed. None of these correlations were statistically significant.

## 4. Discussion

In this study, men with MDD and healthy control men did not differ significantly on indices of 24 h basal cortisol and ACTH secretion derived from a cosinor analysis, nor were there significant group differences in other standard measures of hormone levels at the time of the circadian nadir, when mean hormone levels over time appeared to show the greatest difference between groups. These negative results are similar to those from the largest previous studies of 24 h basal HPA axis hormone secretion in depression (Sherman et al., 1984; Halbreich et al., 1985a,b; Pfohl et al., 1985;

Schlechte et al., 1986; Oren et al., 1996; Posener et al., 2000; Young et al., 2001). In contrast, there were significant differences between depressed and control men in ApEn for both cortisol and ACTH. This pattern of findings parallels previous observations that analysis of process irregularity with the ApEn statistic may reveal endocrine dysregulation in circumstances where analysis of mean hormone levels is not revealing (Pincus et al., 1996a).

The finding of increased ApEn for cortisol in depressed men indicates greater disorderliness of cortisol secretion over time. As discussed in the Introduction, increases in ApEn appear to reflect a loss of normal regulatory control, as has been observed in research on several hormone-secreting tumors. Increased cortisol ApEn suggests that in the depressed patients, cortisol secretion by the adrenal has become relatively less subject to regulation by ACTH, the principal regulatory input, or possibly less subject to regulation by other endocrine or neural influences such as the sympathetic nervous system (Eberhart-Bornstein et al., 1998). The observation of decreased ACTH

ApEn indicates increased serial organization of ACTH secretion among the depressed patients. Previous studies involving growth hormone and luteinizing hormone time series data have shown that ApEn is decreased by an experimental increase in negative feedback regulation of hormone secretion (Veldhuis et al., 2001). The increased orderliness of ACTH secretion in depressed patients may possibly be due to increased negative feedback caused by a subtle increase in cortisol secretion, as cortisol levels were observed to be nonsignificantly higher in the depressed men. Together, the findings reported here suggest a primary abnormality of the adrenal gland rather than an abnormality at another level of the HPA axis. Findings suggesting HPA axis abnormalities in depression have generally been interpreted as due to increased limbic system drive on the HPA axis (Holsboer, 1995). Our results suggest that there may be value in exploring abnormalities of adrenal gland physiology as a potential pathophysiological mechanism.

Conclusions from this study, and speculation about pathophysiological mechanisms in particular, should be restricted to the population represented by our patient sample, namely outpatient men with MDD. Most previous research on the HPA axis in depression has been conducted on psychiatric inpatients, and findings appear to differ between studies of inpatients and outpatients (Posener et al., 2000). A difference in the population studied may account for why the findings reported here appear to point toward an endocrine mechanism that is different from the one most commonly hypothesized for HPA axis abnormalities in depression.

The sample size in this study is small, and conclusions about abnormalities of cortisol and ACTH process irregularity should be considered preliminary until the findings are replicated. Another potential limitation may be that the hormone sampling in this study was less frequent than that used by most previous investigations of ApEn in endocrine disorders. However, previous work has shown that sampling frequency has relatively little effect on ApEn, and specifically that characterization of cortisol and ACTH ApEn in patients with Cushing's disease relative to healthy control subjects is similar at sampling intervals ranging from 10 to 60 min, as employed here (Pincus et al., 1999).

## Acknowledgements

This work was supported by the grants MH50604, M01 RR00070, M01 RR00036 and M01 RR02635 from the National Institutes of Health.

## Disclosure

Dr. Schatzberg is a founder of Corcept Therapeutics, a company developing a cortisol receptor antagonist, and is a major shareholder. Dr. DeBattista is also a major shareholder in Corcept Therapeutics.

## References

Deuschle, M., Schweiger, U., Weber, B., Gotthardt, U., Körner, A., Schmider, J., Standhardt, H., Lammers, C.-H., Heuser, I., 1997. Diurnal activity and pulsatility of the hypothalamus-pituitary-adrenal system in male depressed patients and healthy controls. J. Clin. Endocrinol. Metab. 82, 234–238.

Duman, R.S., Heninger, G.R., Nestler, E.J., 1997. A molecular and cellular theory of depression. Arch. Gen. Psychiatr. 54, 597–606.

Eberhart-Bornstein, M., Hinson, J.P., Bornstein, S.R., Scherbaum, W.A., Hinson, G.P., 1998. Intraadrenal interactions in the regulation of adrenocortical steroidogenesis. Endocr. Rev. 19, 101–143.

Endicott, J., Andreasen, N., Spitzer, R.L., 1978. Family History—Research Diagnostic Criteria. Research Assessment and Training Unit, New York State Psychiatric Institute, New York.

Guy, W., 1976. The clinical global impression scale. In: Guy, W. (Ed.), ECDEU Assessment Manual for Psychopharmacology. National Institute of Mental Health, Rockville, MD, pp. 217–222.

Halbreich, U., Asnis, G.M., Shindledecker, M.A., Zumoff, B., Nathan, S., 1985a. Cortisol secretion in endogenous depression. I. Basal plasma levels. Arch. Gen. Psychiatr. 42, 904–908.

Halbreich, U., Asnis, G.M., Shindledecker, M.A., Zumoff, B., Nathan, S., 1985b. Cortisol secretion in endogenous depression. II. Time-related functions. Arch. Gen. Psychiatr. 42, 909–914.

Hamilton, M., 1960. A rating scale for depression. J. Neurol. Neurosurg. Psychiatr. 23, 56–62.

Hartman, M.L., Pincus, S.M., Johnson, M.L., Matthews, D.H., Faunt, L.M., Vance, M.L., Thorner, M.O., Veldhuis, J.D., 1994. Enhanced basal and disorderly growth hormone secretion distinguish acromegalic from normal pulsatile growth hormone release. J. Clin. Invest. 94, 1277–1288.

Holsboer, F., 1995. Neuroendocrinology of mood disorders. In: Bloom, F.E., Kupfer, D.J. (Eds.), Psychopharmacology. The Fourth Generation of Progress. Raven Press, New York, pp. 957–970.

Joseph-Vanderpool, J.R., Rosenthal, N.E., Chrousos, G.P., Wehr, T.A., Skwerer, R., Kasper, S., Gold, P.W., 1991. Abnormal pituitary-adrenal responses to corticotropin-releasing hormone in patients with seasonal affective disorder: clinical and pathophysiological implications. J. Clin. Endocrinol. Metab. 72, 1382–1387.

Lehman, E.L., 1975. Nonparametrics: Statistical Methods based on Ranks. Holden-Day, San Francisco.

Linkowski, P., Mendlewicz, J., Leclercq, R., Brasseur, M., Hubain, P., Golstein, J., Copinschi, G., Van Cauter, E., 1985. The 24-hour profile of adrenocorticotropin and cortisol in major depressive illness. J. Clin. Endocrinol. Metab. 61, 429–438.

Mortola, J.F., Liu, J.H., Gillin, J.C., Rasmussen, D.D., Yen, S.S.C., 1987. Pulsatile rhythms of adrenocorticotropin (ACTH) and cortisol in women with endogenous depression: evidence for increased ACTH pulse frequency. J. Clin. Endocrinol. Metab. 65, 962–968.

Oren, D.A., Levendosky, A.A., Kasper, S., Duncan, C.C., Rosenthal, N.E., 1996. Circadian profiles of cortisol, prolactin and thyrotropin in seasonal affective disorder. Biol. Psychiatr. 39, 157–170.

Pfohl, B., Sherman, B., Schlechte, J., Stone, R., 1985. Pituitary-adrenal axis rhythm disturbances in psychiatric depression. Arch. Gen. Psychiatr. 42, 897–903.

Pincus, S.M., Keefe, D.L., 1992. Quantification of hormone pulsatility via an approximate entropy algorithm. Am. J. Physiol. Endocrinol. Metab. 262, E741–E754.

Pincus, S.M., Mulligan, T., Iranmanesh, A., Gheorgiu, S., Godschalk, M., Veldhuis, J.D., 1996a. Older males secrete luteinizing hormone and testosterone more irregularly, and jointly more asynchronously, than younger males: dual novel facets. Proc. Natl. Acad. Sci. USA 93, 14100–14105.

Pincus, S.M., Gevers, E.F., Robinson, I.C.A.F., Van den Berg, G., Roelfsema, F., Hartman, M.L., Veldhuis, J.D., 1996b. Females secrete growth hormone with more process irregularity than males in both humans and rats. Am. J. Physiol. Endocrinol. Metab. 270, E107–E115.

Pincus, S.M., Hartman, M.L., Roelfsema, F., Thorner, M.O., Veldhuis, J.D., 1999. Hormone pulsatility discrimination via coarse and short time sampling. Am. J. Physiol. Endocrinol. Metab. 277, E948–E957.

Posener, J.A., DeBattista, C., Williams, G.H., Kraemer, H.C., Kalehzan, B.M., Schatzberg, A.F., 2000. Twenty-four hour monitoring of cortisol and corticotropin secretion in psychotic and nonpsychotic major depression. Arch. Gen. Psychiatr. 57, 755–760.

Sachar, E.J., Hellman, L., Roffwarg, H.P., Halpern, F.S., Fukushima, D.K., Gallagher, T.F., 1973. Disrupted 24-hour patterns of cortisol secretion in psychotic depression. Arch. Gen. Psychiatr. 28, 19–24.

Sapolsky, R.M., 2000. Glucocorticoids and hippocampal atrophy in neuropsychiatric disorders. Arch. Gen. Psychiatr. 57, 925–935.

Schlechte, J.A., Sherman, B., Pfohl, B., 1986. A comparison of adrenal cortical function in patients with depressive illness and Cushing's disease. Hormone Res. 23, 1–8.

Sherman, B., Pfohl, B., Winokur, G., 1984. Circadian analysis of plasma cortisol levels before and after dexamethasone in depressed patients. Arch. Gen. Psychiatr. 41, 271–275.

Siragy, H.M., Vieweg, W.V.R., Pincus, S.M., Veldhuis, J.D., 1995. Increased disorderliness and amplified basal and pulsatile aldosterone secretion in patients with primary aldosteronism. J. Clin. Endocrinol. Metab. 80, 28–33.

Souetre, E., Salvati, E., Rix, H., Pringuey, D., Krebs, B., Ardisson, J.-L., Darcourt, G., 1988. Effect of recovery on the cortisol circadian rhythm of depressed patients. Biol. Psychiatr. 24, 336–340.

Souetre, E., Salvati, E., Belugou, J.-L., Pringuey, D., Candito, M., Krebs, B., Ardisson, J.-L., Darcourt, G., 1989. Circadian rhythms in depression and recovery: evidence for blunted amplitude as the main chronobiologic abnormality. Psychiatr. Res. 28, 263–278.

Spitzer, R.L., Williams, J.B.W., Gibbon, M., First, M.B., 1988. Structured Clinical Interview for DSM-III-R—Patient Version. Biometrics Research Department, New York State Psychiatric Institute, New York.

Taylor, P., Dluhy, R.G., Williams, G.H., 1983. Beta-endorphin suppresses adrenocorticotropin and cortisol levels in normal human subjects. J. Clin. Endocrinol. Metab. 57, 592–596.

Thase, M.E., Hersen, M., Bellack, A.S., Himmelhoch, J.M., Kupfer, D.J., 1983. Validation of a Hamilton subscale for endogenomorphic depression. J. Affect. Disord. 5, 267–278.

Van den Berg, G., Pincus, S.M., Veldhuis, J.D., Frölich, M., Roelfsema, F., 1997. Greater disorderliness of ACTH and cortisol release accompanies pituitary-dependent Cushing's disease. Eur. J. Endocrinol. 136, 396–400.

Veldhuis, J.D., Zwart, A.D., Iranmanesh, A., 1997. Neuroendocrine mechanisms by which selective Leydig-cell castration unleashes increased pulsatile LH release in the human: an experimental paradigm of short-term ketoconazole-induced hypoandrogenemia and deconvolution-estimated LH secretory enhancement. Am. J. Physiol. Regul. Integr. Comp. Physiol. 272, R464–R474.

Veldhuis, J.D., Straume, M., Iranmanesh, A., Mulligan, T., Jaffe, C., Barkan, A., Johnson, M.L., Pincus, S.M., 2001. Secretory process regularity monitors neuroendocrine feedback and feedforward signaling strength in humans. Am. J. Physiol. Regul. Integr. Comp. Physiol. 280, R721–R729.

Wong, M.-L., Kling, M.A., Munson, P.J., Listwak, S., Licino, J., Prolo, P., Karp, B., McCutcheon, I.E., Geracioti, T.D., DeBellis, M.D., Rice, K.C., Goldstein, D.S., Veldhuis, J.D., Chrousos, G.P., Oldfield, E.H., McCann, S.M., Gold, P.W., 2000. Pronounced and sustained central hypernoradrenergic function in major depression with melancholic features: relation to hypercortisolism and corticotropin-releasing hormone. Proc. Natl. Acad. Sci. USA 97, 325–330.

Yehuda, R., Teicher, M.H., Trestman, R.L., Levengood, R.A., Siever, L.J., 1996. Cortisol regulation in posttraumatic stress disorder and major depression: a chronobiological analysis. Biol. Psychiatr. 40, 79–88.

Young, E.A., Carlson, N.E., Brown, M.B., 2001. Twenty-four hour ACTH and cortisol pulsatility in depressed women. Neuropsychopharmacology 25, 267–276.

Page 166

[1] A: I just thought it was — I was just
[2] curious, I'd never seen anybody trace a lineage back
[3] from the Greeks to the present time.
[4] Q: Did you think it was a little pretentious?
[5] A: I don't know; I just found it humorous.
[6] Q: Since that time, have you
[7] gone on Corcept's Web site at all?
[8] A: I don't think so, no.
[9] Q: How about before that; when was the time
[10] that you went on Corcept's Web site before that
[11] time?
[12] A: There was only like one or two times around
[13] the time that somebody said, "You should check this
[14] out, you might find it interesting."
[15] Q: Did you go on Corcept's Web site while you
[16] were working for Corcept?
[17] A: I don't think so. I wasn't aware they had
[18] a Web site.
[19] Q: So you've only been on their Web site once
[20] or twice and it was around this time?
[21] A: Once or twice sometime in the past year or
[22] so.
[23] Q: Could that have been in September 2005?
[24] A: No. It was before that.

Page 167

[1] Q: How long before that?
[2] A: It was at least nine months ago, so
[3] probably closer to a year ago.
[4] Q: Were you aware that Dr. Belanoff was going
[5] to be speaking in Boston on September 6, 2005?
[6] A: No.
[7] Q: Were you aware that the talk was going to
[8] be held at the Four Seasons Hotel?
[9] A: No.
[10] Q: Did you call the Four Seasons Hotel and
[11] cancel Dr. Belanoff's reservation?
[12] A: No.
[13] MR. FREEMAN: The next exhibit.
[14] (Document marked as Rothschild
[15] Exhibit 13 for identification)
[16] MR. FREEMAN: Mr. Potter, I'm going to have
[17] to ask you to look on with your client. I'm going
[18] to start making reference to documents that were
[19] produced today.
[20] MR. POTTER: That's fine. So long as
[21] you'll send me a copy as marked. I'd like to have
[22] copies marked, so if it comes up later.
[23] MR. FREEMAN: Sure.
[24] Q: Dr. Rothschild, the court reporter has just

Page 168

[1] handed you Exhibit 13. Have you seen this before?
[2] A: Yes.
[3] Q: What is it?
[4] A: It's a paper that was published in the
[5] journal Psychoneuroendocrinology in 2004.
[6] Q: What's the paper about?
[7] A: It's about cortisol and ACTH secretion in
[8] men with major depression.
[9] Q: What conclusions does the article reach?
[10] A: It's been a while, I'll have to check. I
[11] think it had a lot of conclusions. Let's see. I
[12] mean, I can read it to you if you'd like.
[13] Q: I don't think you need to read me the full
[14] article —
[15] A: No, no. I was just going to read you the
[16] conclusion, one of the conclusions.
[17] Q: Sure.
[18] A: "The ApEn findings suggest a loss of
[19] regulatory control over cortisol secretion and
[20] possibly increased cortisol feedback on the
[21] pituitary in the depressed patients. Together,
[22] these results are most consistent with a primary
[23] abnormality of the adrenal gland and suggest that
[24] further investigation of adrenal gland physiology

Page 169

[1] may be informative for the pathophysiology of
[2] depression."
[3] Q: Where are you reading from?
[4] A: I was reading the last two sentences in the
[5] "Summary" on Page 1130.
[6] Q: In laymen's terms, what does that mean,
[7] what you just read to me?
[8] A: Well, I'm not sure I can explain this in
[9] layman's terms. This is a complicated paper using a
[10] statistical technique called approximate entropy.
[11] You may remember entropy from physics; it's very
[12] complicated. But basically, what they found is an
[13] irregular secretion and degree of disorder in the
[14] pulsatile release of cortisol. So it pointed to a
[15] problem in the adrenal gland.
[16] Q: What does the pulsatile release of cortisol
[17] mean?
[18] A: Cortisol is normally released in pulses,
[19] it's not just like a steady stream, it has
[20] intermittent increased surges of release and then
[21] less. That's the best I can do.
[22] Q: Approximate entropy, that refers to what?
[23] A: That's a statistical technique.
[24] Q: Statistical technique for what?