STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**SUPPLEMENTAL DECLARATION OF ALAN SCHATZBERG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ROTHSCHILD'S MOTIONS TO DISMISS AND FOR CHANGE OF VENUE**<br><br>Date:   November 19, 2007<br>Time:  9.00 a.m.<br>Court:  Courtroom 8<br>Judge:  Hon James Ware |

I, the undersigned, ALAN F. SCHATZBERG, declare as follows:

1.      I previously submitted a declaration in support of plaintiffs' opposition to the motions of defendant Anthony Rothschild, and I now make this declaration to address an additional matter.

2.      Attached as Exhibit "A" is a true copy of a fax and letter dated September 9, 2003 that I received from Dr. Joel Posener.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Executed at Philadelphia, Pennsylvania, this October 29 , 2007.

ALAN F. SCHATZBERG

(00266015v1)

-2-

Supplemental Declaration Of Alan Schatzberg In Support Of Plaintiffs' Opposition To Rothschild's
Motions to Dismiss And For Change Of Venue (Case No. C07-03795 JW (RS))

09/09/2003  10:17    8776   J                    MPC                                    PAGE  01

**Joel A. Posener, M.D.**
**Department of Psychiatry**
**Washington University School of Medicine**
**660 South Euclid Avenue, Campus Box 8134**
**St. Louis, MO 63110**
**Tel (314) 877-0526**
**FAX (314) 877-0553**
**e-mail posenerj@medicine.wustl.edu**

## FAX COVER SHEET

File / Posener

**To:**        Allan Shatzberg    (650) 723-6811
                                  498-5294

**From:**      Joel A. Posener

**Date:**      9/9/2003

**Subject:**   Manuscript review

**Pages:**     5

The materials enclosed with this facsimile transmission are private and confidential and are the property of the sender. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this facsimile transmission in error, please immediately notify the sender via telephone to arrange for the return of the forwarded documents to us.

ATT. A

EXHIBIT  A

09/09/2003  10:17     8776.  3                    MPC                                    PAGE  02

9/9/03

Alan,

Attached are the reviews of the Approximate Entropy paper from Psychoneuroendocrinology. They are basically positive, and I don't think it will be hard to respond. I've asked Johannes Veldhuis to give me comments on a couple of the reviewers' points. I thought point 8 of Reviewer 2 was obnoxious and unnecessary.

I'll call later this week.

Joel