STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**DECLARATION OF CHARLES DEBATTISTA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ROTHSCHILD'S MOTIONS TO DISMISS AND FOR CHANGE OF VENUE**<br><br>Date:  November 19, 2007<br>Time:  9.00 a.m.<br>Court: Courtroom 8<br>Judge: Hon James Ware |

I, the undersigned, CHARLES DEBATTISTA, declare as follows:

1.  I am a medical doctor and an associate professor in the Department of Psychiatry and Behavior Sciences at Stanford University. I am also a consultant to plaintiff Corcept, Inc. ("Corcept"), and previously acted as its medical director. In my capacity as a consultant to Corcept I have assisted with preparation of protocols for clinical studies, and helped evaluate study data. The facts set out herein are within my personal knowledge, and if called upon to do so I could and would testify to the truth thereof.

2.  On October 16, 2003 I was booked to stay at the Grand Hyatt Hotel, Washington DC on October 16, 2003. When I arrived at the hotel I found that my reservation had been cancelled, and that no rooms were available at the hotel. I did not cancel my reservation myself, nor did I

1 | instruct anyone to cancel my reservation.
2 |     I declare under penalty of perjury under the laws of the State of California that the
3 | foregoing is true and correct.
4 |     Executed at Palo Alto, California, this October 29, 2007.

                                                CHARLES DEBATTISTA