1  Robert A. Bleicher (Bar No. 111334)
   HOLLAND & KNIGHT LLP
2  50 California Street, 28th Floor
   San Francisco, California 94111
3  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
4

5  Shelley G. Hurwitz (SBN 217566)
   HOLLAND & KNIGHT LLP
   633 W. Fifth Street, 21st Floor
6  Los Angeles, California 90071
   Telephone: (213) 896-2400
7  Facsimile: (213) 896-2450

8  Attorneys for Defendant
   Anthony Rothschild
9

10 STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
11 CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
12 CARR & FERRELL *LLP*
   2200 Geng Road
13 Palo Alto, California 94303
   Telephone: (650) 812-3400
14 Facsimile:  (650) 812-3444

15 Attorneys for Plaintiffs
   Corcept Therapeutics, Inc.,
16 Joseph K. Belanoff, and
   Alan F. Schatzberg

17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20                            **SAN JOSE DIVISION**

21

| | |
|---|---|
| 22 CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual | Case No.: C 07-03795 JW |
| 24       Plaintiffs, | **JOINT REPORT PURSUANT TO F.R.C.P. RULE 26(f)** |
| 25       vs. | |
| 26 ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive, | |
| 28       Defendants. | |

{00268274v1}

Rule 26 Report                                      Case No.: C 07-03795 JW

Having conducted a conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Counsel hereby submit their report of said conference.

**A.  DISCLOSURES**

The parties do not propose that any changes should be made in the form or requirement for disclosures under Rule 26(a).  The parties agree to make such disclosures on or before November 12, 2008.

**B.  DISCOVERY**

The parties do not request any change in the categories of information disclosed pursuant to the Initial Disclosure requirements of Rule 26(a)(1).  The parties do not propose that discovery be conducted in phases, or that it be limited to particular issues.  The parties intend to conduct discovery as to the Internet postings on which plaintiffs' claims are based, the truth or falsity of the statements contained within the postings, the defamatory nature of the postings, the events of alleged harassment on which certain of plaintiffs' claims are based, the damages allegedly suffered by plaintiffs, and all other matters pertaining to the claims and defenses in the action.

**C.  ELECTRONICALLY STORED INFORMATION**

The parties have advised their respective clients to refrain from any document destruction and to cease any document-destruction program and any ongoing erasures of voicemails, e-mails and other electronically-recorded material.  At this time, no issues have arisen with regard to disclosure or discovery of electronically stored information.

**D.  PRIVILEGE**

No issues relating to claims of privilege have arisen.

**E.  LIMITATIONS ON DISCOVERY**

The parties do not propose that any changes be made in the limitations on discovery imposed under the Federal Rules or the Local Rules, or that limitations be imposed on discovery.

**F.  OTHER ORDERS TO BE ENTERED BY THE COURT**

The parties have, or will, submit a detailed Joint Case Management Statement And [Proposed] Order proposing, among other things, deadlines to be set by the Court.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 31, 2007 | CARR & FERRELL *LLP* |
| 3 | | |
| 4 | | By: /s/ Christine Watson |
| 5 | | STUART C. CLARK<br>CHRISTINE S. WATSON |
| 6 | | Attorneys for Plaintiffs<br>CORCEPT THERAPEUTICS, INC., |
| 7 | | JOSEPH K. BELANOFF, and ALAN F.<br>SCHATZBERG |
| 8 | | |
| 9 | Dated: October 31, 2007 | HOLLAND & KNIGHT *LLP* |
| 10 | | |
| 11 | | By: /s/ Christine Watson For |
| 12 | | ROBERT A. BLEICHER<br>SHELLEY G. HURWITZ |
| 13 | | Attorneys for Defendant<br>ANTHONY ROTHSCHILD |

{00268274v1}

Rule 26 Report                                    Case No.: C 07-03795 JW