# EXHIBIT C

verse drug reaction; 1–4, possible adverse drug reaction; 0, doubtful adverse drug reaction).[4] The combination of IM antipsychotics and benzodiazepines is widely used to treat acute psychotic agitation and is considered safe. This case identifies a potentially harmful drug interaction between 2 agents that are likely to be used in combination. Whether this is actually an interaction or just an additive effect of the 2 medications is unclear. It is also not known what effects other sedative agents known to decrease blood pressure, such as alcohol or oral benzodiazepines, have on parenteral olanzapine. There is a need for warning statements advising against the administration of the combination of IM olanzapine and IM benzodiazepines until more data are published.

*Drs. Zacher and Roche-Desilets report no financial or other relationship relevant to the subject of this letter.*

### REFERENCES

1. Zyprexa IntraMuscular [package insert]. Indianapolis, Ind: Eli Lilly and Company; 2004
2. Eli Lilly and Company. Important Safety Information Regarding the Correct Use of Zyprexa Intramuscular. Dear Healthcare Professional Letter (Canada). September 7, 2004
3. Moran M. Zyprexa IM caution issued in some countries but not US. Psychiatr News 2005;40:1–6
4. Naranjo CA, Busto U, Sellers EM, et al. A method for estimating the probability of adverse drug reactions. Clin Pharmacol Ther 1981;30: 239–245

Jennifer L. Zacher, Pharm.D.
Jennifer Roche-Desilets, Pharm.D., B.C.P.S.
Louis Stokes Cleveland VA Medical Center
Brecksville, Ohio

## Placebo Response in Psychotic Depression

Sir: I read with interest the report by Simpson et al.[1] in the May 2005 issue of the *Journal*. While it is always gratifying to learn of the practical applications of one's research,[2,3] the authors may be overinterpreting the significance of their open-label observations on the basis of a misconception of the placebo response in psychotic depression. The authors compared their observations with 2 historical studies[4,5] that found "a low placebo response rate with psychotic depression."[1(p601)] However, these 2 studies were single-blind placebo run-ins of short duration (5 days to 2 weeks). A better comparison would have been with the only study to assess the placebo response rate in psychotic depression using a double-blind placebo-controlled paradigm,[6] in which a 28% to 31% placebo response rate was observed in an 8-week study of hospitalized patients.

Curiously, the authors observed, using a last-observation-carried-forward repeated-measure analysis, a 75% decrease in Hamilton Rating Scale for Depression scores, but not in Brief Psychiatric Rating Scale scores, with mifepristone treatment. This is the opposite of what one would have expected on the basis of the hypothesis that the hypercortisolemia in psychotic depression is playing a role in the development of the psychosis, but not necessarily the depression.[2,3]

As the authors point out, the study has several problems, including lack of placebo control, a nonblind paradigm, lack of weekly ratings on all measures, no statistical tests to assess interrater reliability, and no systematic collection of side effect data. In addition, no standardized instrument was used for diagnosis despite the fact that psychotic depression is very

difficult to diagnose and is often confused with other psychiatric disorders.[7–9]

The authors should be commended for undertaking a study in this severely ill patient population. However, without standardized diagnostic instruments or a placebo control, the results should be interpreted with caution. Furthermore, without any hypothalamic-pituitary-adrenal axis measures in the study, the statement by the authors that their observations indicate "a resetting of the glucocorticoid system that impacts the expression of psychotic depression"[1(p601)] must be viewed as pure speculation. Future studies of medications for which governmental approval for the treatment of psychotic depression is being sought must include a standardized diagnostic instrument as well as a double-blind placebo-controlled study paradigm.

*Dr. Rothschild reports no financial or other relationship relevant to the subject of this letter.*

### REFERENCES

1. Simpson GM, El Sheshai A, Loza N, et al. An 8-week open-label trial of a 6-day course of mifepristone for the treatment of psychotic depression. J Clin Psychiatry 2005;66:598–602
2. Schatzberg AF, Rothschild AJ, Langlais PJ, et al. A corticosteroid/dopamine hypothesis for psychotic depression and related states. J Psychiatr Res 1985;19:57–64
3. Schatzberg AF, Rothschild AJ. The roles of glucocorticoid and dopaminergic systems in delusional (psychotic) depression. Ann N Y Acad Sci 1988;537:462–471
4. Glassman AH, Roose SP. Delusional depression: a distinct clinical entity? Arch Gen Psychiatry 1981;38:424–427
5. Chan CH, Janicak PG, Davis JM, et al. Response of psychotic and nonpsychotic depressed patients to tricyclic antidepressants. J Clin Psychiatry 1987;48:197–200
6. Rothschild AJ, Williamson DJ, Tohen MF, et al. A double-blind, randomized study of olanzapine and olanzapine/fluoxetine combination for major depression with psychotic features. J Clin Psychopharmacol 2004;24:365–373
7. Rothschild AJ, Phillips KA. Selective serotonin reuptake inhibitors and delusional depression [letter]. Am J Psychiatry 1999;156: 977–978
8. Rothschild AJ. Challenges in the treatment of depression with psychotic features. Biol Psychiatry 2003;53:680–690
9. Rothschild AJ, Winer J, Flint A, et al. Accuracy of the diagnosis of psychotic depression at four academic medical centers. In: New Research Abstracts of the 158th Annual Meeting of the American Psychiatric Association; May 21–26, 2005; Atlanta, Ga. Abstract NR 291:22

Anthony J. Rothschild, M.D.
Department of Psychiatry
University of Massachusetts Medical School
Worcester, Massachusetts

## Drs. Simpson and Kingsbury Reply

Sir: We thank Dr. Rothschild for his comments on our recent article and for the opportunity to respond to his criticisms. We do not believe that we overinterpreted the significance of our results.

Dr. Rothschild quotes his own 2 identical studies,[1] which included some 30 sites. However, the remission rate ranged from 8% with placebo to 23% with the active combination of drugs. In the first trial, the response rate was 28% with placebo and 64% with active treatment, i.e., olanzapine plus fluoxetine, (p = .004). In the second trial, the response rate with placebo was 32%, and the response rate with active treatment was 48%. In the second trial, the response rate with active treatment did

 © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC.

LETTERS TO THE EDITOR

not differ significantly from the response rate with placebo. Our study showed a 75% response rate and a 55% remission rate with mifepristone. Although Dr. Rothschild comments that the HAM-D showed a 75% reduction but not the BPRS, both the HAM-D and the BPRS scores decreased significantly from baseline (p < .001 for both).[2] We think these changes demonstrate more than a placebo response.

The question of diagnosis is an interesting one. Each subject's diagnosis was independently determined using DSM-IV criteria by an experienced psychiatrist at each of the 2 sites.[2] In a previous study at one of the sites,[3] 32% of patients with psychotic depression responded to 8 weeks of sertraline as opposed to 68% of nonpsychotic patients, with 32% of nonpsychotic and 68% of psychotic depression patients eventually receiving ECT. The number of responders approximates the placebo response rate in Dr. Rothschild's study, but is very different from the results with mifepristone in our study.[2]

Dr. Rothschild's final paragraph baffles us. He writes, "The statement by the authors that their observations indicate 'a resetting of the glucocorticoid system' must be viewed as pure speculation." What we clearly wrote was, "If replicated, these findings would suggest a resetting of the glucocorticoid system. . . ."[2(p601)]

*The study referred to in this letter was an investigator-initiated and investigator-funded study, including purchase of the medication.*
*Drs. Simpson and Kingsbury report no financial or other relationship relevant to the subject of this letter.*

REFERENCES

1. Rothschild AJ, Williamson DJ, Tohen MF, et al. A double-blind, randomized study of olanzapine and olanzapine/fluoxetine combination for major depression with psychotic features. J Clin Psychopharmacol 2004;24:365–373
2. Simpson GM, El Sheshai A, Loza N, et al. An 8-week open-label trial of a 6-day course of mifepristone for the treatment of psychotic depression. J Clin Psychiatry 2005;66:598–602
3. Simpson GM, El Sheshai A, Rady A, et al. Sertraline as monotherapy in the treatment of psychotic and nonpsychotic depression. J Clin Psychiatry 2003;64:959–965

**George M. Simpson, M.D.**
Department of Psychiatry, Keck School of Medicine
University of Southern California
Los Angeles, California
**Steven J. Kingsbury, M.D., Ph.D.**
VA Southern Nevada Healthcare System
Las Vegas, Nevada

## Clonidine-Induced Gynecomastia and Hyperprolactinemia in a 6-Year-Old Child

*Sir:* Clonidine, an $\alpha_2$-adrenergic receptor agonist, has been used in children with attention-deficit/hyperactivity disorder (ADHD).[1] Although there are several reports of gynecomastia and hyperprolactinemia induced by antihypertensive agents,[2] to my knowledge there is no report of gynecomastia associated with clonidine treatment.

*Case report.* A 6-year-old boy presented in 2004 with a 1-year history of hyperactivity, inattentiveness, irritability, and easy distractibility. He fulfilled DSM-IV criteria for ADHD, for which treatment with methylphenidate, 20 mg/day was started, which led to no improvement. After 3 months, methylphenidate

was replaced by clonidine. The initial clonidine dose was 0.1 mg/day, and over a 3-week period the dosage was increased to 0.3 mg/day.

The patient's personal history revealed that, at the age of 4 years, he had experienced a single attack of generalized tonic-clonic seizure. Since then, he had been taking sodium valproate 100 mg/day continually with no further seizure attacks or adverse reactions. He had no family history of either neurologic or endocrinologic disorders.

At week 4 of clonidine therapy (0.3 mg/day), his mother noticed a swelling in both of his breasts. She did not, however, reveal this to the physician, as she thought it was normal. At the end of 8 weeks of clonidine therapy, at a regularly scheduled appointment, the patient's mother revealed this swelling to the treating psychiatrist. Local breast examination confirmed gynecomastia, 3 cm in diameter and 3 cm in height, with mild tenderness and without galactorrhea. The patient's serum prolactin level was found to be 37.5 mg/mL (normal range, 1.5–19.0 mg/mL). Further organic workup, including a computed tomographic scan of the head and a thyroid profile, revealed no further abnormalities. A possibility of clonidine-induced gynecomastia was considered, and clonidine was gradually tapered and stopped while treatment with sodium valproate, 100 mg/day, was continued. Within 3 weeks of stopping clonidine, there was marked reduction in the patient's gynecomastia, and his serum prolactin level decreased to within the normal range (7.0 mg/mL).

In our case, gynecomastia emerged while the patient was on treatment with clonidine and sodium valproate. Withdrawal of clonidine alone resulted in a return of his serum prolactin level to within the normal range and the disappearance of gynecomastia. This outcome suggests that clonidine was the only causative agent for gynecomastia. The exact underlying mechanism of this reaction is difficult to explain.

A computer search (PubMed; keywords: *clonidine, hyperprolactinemia,* and *gynecomastia*; range of dates: 1975 to 2005) and a manual search revealed no description of hyperprolactinemia and gynecomastia appearing as side effects of clonidine in children. However, I found 1 case report of persistent postpartum galactorrhea with hyperprolactinemia that accompanied treatment with clonidine; both galactorrhea and hyperprolactinemia disappeared when clonidine treatment was stopped.[3]

It is difficult to speculate about and generalize our findings on the basis of a single case report. Data on the side effects of chronic clonidine administration are sparse. Further systematic studies are required to discover endocrine disturbances associated with clonidine treatment in children with ADHD.

*Dr. Mendhekar reports no financial or other relationship relevant to the subject of this letter.*

REFERENCES

1. Biederman J, Spencer T, Wilens T. Evidence-based pharmacotherapy for attention-deficit hyperactivity disorder Int J Neuropsychopharmacol 2004;7:77–97
2. Mosenkis A, Townsend RR. Gynecomastia and antihypertensive therapy. J Clin Hypertens (Greenwich) 2004;6:469–470
3. Heim J, Massart C, Auvray E, et al. Post-partum galactorrhea with hyperprolactinemia persistent during a clonidine treatment [in French]. Sem Hop 1979;55:1933–1934

**Dattatreya N. Mendhekar, D.P.M., M.D.**
Department of Psychiatry
G. B. Pant Hospital, New Delhi
Delhi, India

© COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC.

# EXHIBIT D

CORT: Summary for CORCEPT THERAPEUTICS - Yahoo! Finance    Page 1 of 3

Case 5:07-cv-03795-JW    Document 81    Filed 11/05/2007    Page 5 of 24

Yahoo! ¦ My Yahoo!    Mail    More    New Make Your Signature page Help

# YAHOO! FINANCE    [ Web Search ]

Dow ↑ 0.20% Nasdaq ↑ 0.56%                                Fri, Nov 2, 2007, 4:57PM ET - U.S

---

[ GET QUOTES ]    Symbol Lookup    Finance Search

---

## Corcept Therapeutics Inc. (CORT)                    At 3:58PM ET: **3.63** ↑

  D AMERITRADE $9.99 trades, No surprises.    

streaming quotes: ON @

**CORCEPT THERAPEUTICS** (NasdaqCM:CORT)                                [ Edit ]

| | | |
|---|---|---|
| Last Trade: | **3.63** | |
| Trade Time: | 3:58PM ET | |
| Change: | ↑ 0.05 (1.40%) | |
| Prev Close: | 3.58 | |
| Open: | 3.59 | |
| Bid: | 3.00 x 2500 | |
| Ask: | 4.24 x 2000 | |
| 1y Target Est: | N/A | |

| | |
|---|---|
| Day's Range: | 3.59 - 3.88 |
| 52wk Range: | 0.68 - 6.85 |
| Volume: | 437,721 |
| Avg Vol (3m): | 211,262 |
| Market Cap: | 126.16M |
| P/E (ttm): | N/A |
| EPS (ttm): | -0.53 |
| Div & Yield: | N/A (N/A) |

**New!** Try our new Charts in Beta
CORT 2-Nov 3:58pm (C)Yahoo!

3.9
3.8
3.7
3.6
3.5
   10am      12pm      2pm      4pm

1d  5d  3m  6m  1y  2y  5y

Market Updates Hourly from Fox
Business Now. Watch.

**NEW** Add Quotes to Your Web Site    ✉ Add CORT to Portfolio  ✿ Set Alert  ⬇ Download Data
Quotes delayed, except where indicated otherwise. For consolidated real-time quotes (including real-time pre/post market data), sign up for a free trial of Real-time Quotes.

---

**HEADLINES**    Change Display [ hide $$  edit ]

•CORCEPT THERAPEUTICS INC Files SEC form 8-K, Amendments to Articles of Inc. or Bylaws; Change in Fiscal Year, Financi
**EDGAR Online** (Thu, Sep 27)

•CORCEPT THERAPEUTICS INC Files SEC form 8-K, Entry into a Material Definitive Agreement
**EDGAR Online** (Tue, Sep 25)

•Corcept Therapeutics Completes Second Closing Under August Private Equity Financing Agreement
**Marketwire** (Tue, Sep 25)

•Wednesday's Biggest Stock Stars
**at Motley Fool** (Thu, Sep 13)

•CORCEPT THERAPEUTICS INC Files SEC form 8-K, Other Events
**EDGAR Online** (Wed, Sep 12)

•[$$] Intevac, United Retail Group And CV Therapeutics Rise
**at The Wall Street Journal Online** (Tue, Sep 11)

•Tuesday's Health Winners & Losers

ADVERTISEMENT

Want to be smart about
**Corcept Therapeutics Inc?**

CORT : NASDAQ

CORT is below its 13 day moving average. This bearish sign is even more significant because the moving average is also trending lower.

5.00
4.50
4.00

2  8   15 22 29

✋ Click to Get Complex Research
In Plain English

**Scottrade SmartText**    Get More
Member NASD/SIPC                    Disclaimer

**Featured Video**

CORT: Summary for CORCEPT THERAPEUTICS - Yahoo! Finance    Page 2 of 3

Case 5:07-cv-03795-JW    Document 81    Filed 11/05/2007    Page 6 of 24

at **TheStreet.com** (Tue, Sep 11)
•Corcept shares soar as FDA opens Corlux application
at **MarketWatch** (Tue, Sep 11)
•Corcept Plans Corlux Study
**AP** (Tue, Sep 11)
•Corcept Therapeutics Receives FDA Notification Opening IND for CORLUX(R) for the Treatment of Cushing's Syndrome
**Marketwire** (Tue, Sep 11)
**More Headlines for CORT...**
Add CORT News to My Yahoo!:



**REPORTS**
Value Graph: CORCEPT THERAPEU – CORT
Oct 30 - Ford Investor Services, Inc.
Industry Value Graph: ACUS , CORT , ELI , NEXM , PRW , RGN , SIGA , SYI –...
Oct 30 - Ford Investor Services, Inc.
CORCEPT THERAPT (CORT) Zacks Company Snapshot
Oct 30 - Zacks Investment Research Inc.
**More Reports for CORT...**



**HDTV Buying Guide**
SmartMoney
▶ Play Video

- **Easier Credit Freezes** *Money Talks*
- **Fears of superstore takeover** *BBC News*

**» More Videos**

**KEY STATISTICS**

| | |
|---|---|
| Forward P/E (1 yr): | N/A |
| P/S (ttm): | 224.19 |
| Dividend Date: | N/A |
| Ex-Dividend Date: | N/A |

**More Key Statistics...**



**ANALYST**

| | |
|---|---|
| Annual EPS Est (Dec-07) : | -0.37 |
| Quarterly EPS Est (Sep-07) : | -0.09 |
| Mean Recommendation*: | 2.7 |
| PEG Ratio (5 yr expected): | N/A |

* (Strong Buy) 1.0 - 5.0 (Strong Sell)
**Analyst Opinion - Estimates**

**BUSINESS SUMMARY**

Corcept Therapeutics Incorporated develops drugs for the treatment of severe psychiatric and metabolic diseases. The company, using its GR-II Antagonist Platform, primarily focuses on the development of drugs for disorders that are associated with... more

**Company Profile - Industry**

✉ Add to Portfolio    ☎ Set Alert    ✉ Email to a Friend

Get **Summary** for Another Symbol:    [GO] Symbol Lookup

- Market Overview
- US Indices

CORT: Summary for CORCEPT THERAPEUTICS - Yahoo! Finance    Page 3 of 3

Case 5:07-cv-03795-JW    Document 81    Filed 11/05/2007    Page 7 of 24

**Quotes delayed for CORT. Get streaming real-time quotes - FREE trial.**

Copyright © 2007 Yahoo! All rights reserved. Terms of Service - Copyright/IP Policy

To learn more about Yahoo!'s use of personal information, please read the Privacy Policy.

**Quotes delayed**, except where indicated otherwise.

Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex: See also delay times for other exchanges.

Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off. Financials data provided by Edgar Online. Dividend data provided by Hemscott Americas. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Hemscott Americas. Fund summary, fund performance and Morningstar Index data provided by Morningstar. Analyst estimates data provided by Thomson Financial Network. All data povided by Thomson Financial Network is based solely upon research information provided by third party analysts. Yahoo! has not reviewed, and in no way endorses the validity of such data. Yahoo! and ThomsonFN shall not be liable for any actions taken in reliance thereon. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

# EXHIBIT E

Psychoneuroendocrinology (2004) 29, 1129–1137



**PNEC**

www.elsevier.com/locate/psyneuen

# Process irregularity of cortisol and adrenocorticotropin secretion in men with major depressive disorder

Joel A. Posener[a,b,*], Charles DeBattista[c,d], Johannes D. Veldhuis[e], Michael A. Province[f], Gordon H. Williams[g,h], Alan F. Schatzberg[c]

[a]Department of Psychiatry, Washington University School of Medicine, 660 South Euclid Avenue, Box 8134, St. Louis, MO 63110, USA
[b]Metropolitan St. Louis Psychiatric Center, 5351 Delmar Boulevard, St. Louis, MO 63112, USA
[c]Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, 401 Quarry Road, Stanford, CA 94305, USA
[d]Corcept Therapeutics, 275 Middlefield Road, Menlo Park, CA 94025, USA
[e]Department of Internal Medicine, Mayo Clinic and Foundation, 200 First Street, S.W., Rochester, MN 55905, USA
[f]Division of Biostatistics, Washington University School of Medicine, 660 South Euclid Avenue, Box 8067, St. Louis, MO 63110, USA
[g]Division of Endocrinology-Hypertension, Brigham and Women's Hospital, 221 Longwood Avenue, Boston, MA 02115, USA
[h]Harvard Medical School, Boston, MA 02115, USA

Received 9 June 2003; received in revised form 19 November 2003; accepted 5 January 2004

**KEYWORDS**
Depression; Cortisol;
Adrenocorticotropin;
Hypothalamic-pituitary-
adrenal axis; Process
irregularity;
Approximate entropy

**Summary** Although evidence suggests that major depressive disorder (MDD) is associated with hyperactivity of the hypothalamic-pituitary-adrenal (HPA) axis, research on basal HPA axis hormone levels in MDD patients has been inconclusive. Definitive characterization of basal cortisol and adrenocorticotropin (ACTH) secretion may be important for understanding the pathophysiology of this disorder. In recent years, a new approach to the analysis of basal hormone secretion has been developed involving the approximate entropy (ApEn) statistic, which represents the degree of disorderliness or serial irregularity in a time series of hormone levels. ApEn has been shown to reflect the degree of coordination in integrated network systems and has provided new insights into the pathophysiology of a number of endocrine conditions. In the study reported here, 15 medication-free men with MDD and 15 healthy control men were admitted to a General Clinical Research Center and had blood sampled for cortisol and ACTH determinations every hour over a 24-h period. The

---

* Corresponding author. Department of Psychiatry, Washington University School of Medicine, 660 South Euclid Avenue, Box 8134, St. Louis, MO 63110, USA. Tel.: +1-314-877-0526; fax: +1-314-877-0553.
*E-mail address:* posenerj@medicine.wustl.edu (J.A. Posener).

0306-4530/$ - see front matter © 2004 Elsevier Ltd. All rights reserved.
doi:10.1016/j.psyneuen.2004.01.004

cortisol and ACTH time series were characterized with a cosinor analysis and with analysis of ApEn. Depressed patients and control subjects did not differ significantly on any parameter derived from the cosinor analysis or on several other standard indices of basal hormone secretion. However, the depressed men had significantly increased cortisol ApEn and significantly decreased ACTH ApEn compared with the healthy subjects. The ApEn findings suggest a loss of regulatory control over cortisol secretion, and possibly increased cortisol feedback on the pituitary in the depressed patients. Together, these results are most consistent with a primary abnormality of the adrenal gland and suggest that further investigation of adrenal gland physiology may be informative for the pathophysiology of depression.
© 2004 Elsevier Ltd. All rights reserved.

## 1. Introduction

Although it is generally accepted that the hypothalamic-pituitary-adrenal (HPA) axis is hyperactive in depressive disorders, this conclusion is based primarily on evidence from provocative tests involving the administration of dexamethasone, cosyntropin (adrenocorticotropin$_{1-24}$) or corticotropin-releasing hormone (CRH) (Holsboer, 1995). In contrast, studies of basal HPA axis hormone secretion in patients with depression have produced mixed results. The largest studies that have monitored basal cortisol or adrenocorticotropin (ACTH) levels at frequent intervals (1 h or less) for 24 h have either not found increased hormone levels among depressed patients or have produced equivocal results (Sherman et al., 1984; Halbreich et al., 1985a, b; Pfohl et al., 1985; Schlechte et al., 1986; Oren et al., 1996; Posener et al., 2000; Young et al., 2001). Of the smaller studies employing this methodology, some have reported increased cortisol or ACTH levels among patients (Sachar et al., 1973; Linkowski et al., 1985; Mortola et al., 1987; Deuschle et al., 1997; Wong et al., 2000), while others have had negative results (Joseph-Vanderpool et al., 1991; Yehuda et al., 1996) or have involved confounding effects of age that make interpretation of the findings difficult (Souetre et al., 1988, 1989).

Definitive characterization of basal cortisol and ACTH secretion in depression may be critical for identifying the mechanisms that underlie the other HPA axis abnormalities observed in previous research. Moreover, such characterization will have implications for theories of pathophysiology that involve effects exerted by HPA axis hormones on the brain (Duman et al., 1997; Sapolsky, 2000).

One limitation of previous research on basal HPA axis hormone secretion may involve the analytical methods, which have generally been to compute mean hormone levels or to characterize the circadian periodicity of hormone levels over time. In recent years, new analytical approaches have been developed that characterize endocrine time series data from a distinct perspective. Approximate entropy (ApEn) is a scale- and model-independent statistic that represents the degree of disorderliness or irregularity in a time series of biological measurements. At a mathematical level, ApEn has been shown to reflect coordination and feedback relationships within integrated network systems, and uncoupling of regulatory interactions has been shown to produce an increase in ApEn (Pincus and Keefe, 1992; Pincus et al., 1996a, b; Veldhuis et al., 1997). Analysis of ApEn has provided a number of new insights into normal and abnormal endocrine physiology. Hormone ApEn is increased in diseases involving secretion of the hormone by tumors, as manifested in acromegaly (Hartman et al., 1994), primary aldosteronism (Siragy et al., 1995) and Cushing's disease (Van den Berg et al., 1997), and the increased ApEn appears to reflect a loss of normal regulatory influences on the tumor. Additionally, ApEn has been found to be a sensitive indicator of endocrine changes in situations where there are no differences in mean hormone levels. For example, one study found that young and aged men did not differ in mean serum levels of testosterone and luteinizing hormone, but ApEn for both hormones was markedly greater in the aged men (Pincus et al., 1996a). Analysis of process irregularity with the ApEn statistic has the potential to elucidate HPA axis function in depression but has not previously been applied to this condition. Here, we report a study that investigated ApEn of cortisol and ACTH secretion in a group of male patients suffering from major depressive disorder (MDD) compared with a group of healthy male control subjects.

## 2. Methods

### 2.1. Subjects

Depressed patients and control subjects were recruited by advertisement and from outpatient clinics at Stanford University Medical Center (SUMC), McLean Hospital and Washington University School of Medicine (WUSM) between 1994 and 1998. Subjects were screened with a psychiatric interview conducted by a psychiatrist, the structured clinical interview for DSM-III-R (SCID) (Spitzer et al., 1988), the 21-item Hamilton depression rating scale (HDRS) (Hamilton, 1960), the clinical global impression (CGI) scale (Guy, 1976), and the research diagnostic criteria-family history (Endicott et al., 1978). The core endogenomorphic scale (CES), an index of the degree to which a depressive syndrome comprises typical, or endogenous, symptoms, was computed from the HDRS (Thase et al., 1983). Assessments and ratings were conducted by psychiatrists and research assistants who had shown adequate inter-rater reliability; $\kappa$ exceeded 0.85 for depression items on the SCID and HDRS. A medical history was taken and a physical examination performed by a physician, and laboratory tests included complete blood count, comprehensive biochemistry panel, and thyrotropin level. To provide a homogenous sample, the patient and control groups were restricted to males. Additional requirements for all subjects were: no active medical problems, no significant laboratory abnormalities, no weight loss greater than 5 lb in the previous month, and no medication use at the time of study or in the previous two weeks. For depressed patients, additional requirements were: a DSM-III-R diagnosis of unipolar MDD without psychotic features, as ascertained by the SCID; a minimum HDRS score of 21; a minimum CES score of 7; and no alcohol or drug abuse in the previous six months. As required for all subjects, depressed patients had no medications, including psychiatric medications, for two weeks prior to the study, and patients also had no fluoxetine in the previous six weeks and no electroconvulsive therapy in the previous six months. For control subjects, additional requirements were: no lifetime history of DSM-III-R Axis I or Axis II psychiatric disorders, including substance abuse disorders; HDRS total score less than 5; and no history of Axis I disorders in first-degree relatives. All subjects abstained from alcohol for 7 days and throughout the protocol, and had no more than three cups of caffeinated beverages daily for three days and throughout the protocol.

Some of these subjects were included in a previous study of HPA axis circadian periodicity in depression (Posener et al., 2000); that previous study did not address process irregularity or ApEn. This study was approved by the Institutional Review Boards at the institutions involved, and written informed consent was obtained from all subjects.

### 2.2. Procedure

The study protocol was conducted in the General Clinical Research Centers (GCRCs) at SUMC, Brigham and Women's Hospital (BWH), and WUSM. Subjects were admitted at approximately 12:00 h, and an intra-venous (IV) line with normal saline to keep the vein open was started by 16:00 h. Blood was drawn through the IV for serum cortisol and plasma ACTH levels every hour from 18:00 to 18:00 h the next day. No medications were allowed in the GCRC, and standard meals were given on a standard schedule. Smoking was not permitted in the GCRC but subjects were allowed to smoke briefly in near-by areas in between blood drawing. Subjects were lying supine in bed for 15 min before each blood draw. This basal monitoring protocol was part of a larger study in which subjects stayed in the GCRC for an additional 48 h and underwent further testing of the HPA axis.

### 2.3. Assays

Cortisol and ACTH assays were conducted by the Endocrinology/GCRC Laboratory at BWH using methods that have been described previously (Taylor et al., 1983). Cortisol levels were determined by a radioimmunoassay (Diagnostic Products Corporation, Los Angeles, CA), for which the intra-assay coefficient of variation (CV) was 4.0% and the inter-assay CV was 5.0%. ACTH levels were determined by an immunoradiometric assay (Nichols Institute, San Juan Capistrano, CA), for which the intra-assay CV was 1.5% and the inter-assay CV was 3.5%.

### 2.4. Approximate entropy (ApEn)

Analysis of ApEn for cortisol and ACTH was conducted according to procedures that have been described in detail previously (Pincus et al., 1996a, b). Briefly stated, ApEn is a regularity statistic yielding a nonnegative number, with larger values corresponding to greater process randomness or less pattern recurrence within the series. ApEn is computed on the basis of two input

parameters, $m$ and $r$, and is the logarithmic likelihood that runs of patterns that are close (within $r$) for $m$ contiguous observations remain close (within the same tolerance width $r$) on next incremental comparisons. Following the most standard method, ApEn was computed with $m = 1$ and $r = 20\%$ of the standard deviation of the individual time series.

## 2.5. Cosinor analysis

In order to provide standard measures of 24-h hormone periodicity, a cosinor analysis was employed. This method has been used extensively in previous research to characterize HPA axis hormone levels in depression (e.g., Halbreich et al., 1985b; Pfohl et al., 1985; Posener et al., 2000). The cosinor analysis is applied to each subject individually and models hormone levels over time as a sinusoidal function. A least squares procedure is used to fit individual subject data to the equation: $Y(t) = \alpha + \beta cos(2\pi t/24 + \gamma) + e(t)$, where $Y(t)$ is the subject's hormone level at time $t$ (hours on a 24-h clock starting at midnight). The mesor, or 24-h mean, is $\alpha$; the amplitude, defined as the distance from the mean to the peak, or half the peak-to-trough distance, is $\beta$; the acrophase, which indicates the time of the peak and trough, is $\gamma$; and $e(t)$ represents random error of measurement.

## 2.6. Statistical analysis

Cortisol and ACTH parameters were examined to determine whether these variables had similar variances across the two groups and whether, within each group, the variables had distributions that did not depart markedly from normality. The distributions of the ApEn variables showed some departure from normality, and for this reason a nonparametric analysis was chosen. Cortisol and ACTH ApEn values were converted to ranks, which were then normalized, yielding Van der Waerden scores. This approach does not rely on assumptions about the distribution of the original variables, and has the advantage of producing normalized scores that can subsequently be used in parametric analyses, as advocated by Lehman (1975). Parametric analyses were desired in order to control for effects of age by including the latter variable as a covariate. Examination of cortisol and ACTH parameters generated by the cosinor analysis did not reveal violation of the assumptions required for parametric analyses. Comparisons between depressed patients and control subjects on the ranked, normalized ApEn variables and on the indices generated by cosinor analysis

were then made by means of a one-way analysis of covariance (ANCOVA), in which age was the covariate. The assumption of no factor by covariate interaction was tested and met for each analysis. Correlation was used to examine the relationship between clinical variables and the cortisol and ACTH indices that were able to discriminate the two groups. In these latter analyses, the cortisol and ACTH indices were corrected for age by conducting a regression of these indices on age and then using the residual scores in the subsequent analyses.

## 3. Results

Fifteen men with MDD and 15 healthy control men were studied (see Table 1). Depressed patients were older than control subjects (mean $\pm$ SD age of $48.0 \pm 10.3$ years in depressed patients and $42.5 \pm 7.7$ years in controls), and all group comparisons controlled for age effects. As shown in the table, clinical ratings indicated that patients were suffering from depression of moderate severity. In patients, the median length of the current depressive episode indicated acute rather than chronic depression, although the distribution of episode length was positively skewed, with some patients having longstanding depression. Most patients had recurrent depression, with a median of two previous episodes, and some patients had many prior episodes.

Mean cortisol levels over time (see Fig. 1) showed considerable overlap between depressed patients and control subjects, although the patients appeared to have higher values than controls at the time of the nadir. The cosinor model had a moderately good fit to the individual hormone profiles, with mean $\pm$ SD percent of variance accounted for by the model ($R^2$) of $53.0 \pm 11.0\%$ in depressed patients and $60.0 \pm 13.3\%$ in control subjects; $R^2$ did not differ significantly between groups. There were no significant differences between depressed patients and control subjects in the cortisol indices derived from the cosinor analysis (see Table 1), including the cortisol 24-h mean ($F = 1.9$, df $= 1,27$, $p = 0.2$), amplitude ($F = 0.4$, df $= 1,27$, $p = 0.6$) and peak time ($F = 0.2$, df $= 1,27$, $p = 0.6$). Using the same statistical methods used for group comparisons on cosinor indices, patients and controls also did not differ significantly on the simple mean of cortisol levels over 24 h ($F = 2.1$, df $= 1,27$, $p = 0.2$) or on the minimum cortisol value for each subject computed over 24 h ($F = 2.3$, df $= 1,27$, $p = 0.14$).

**Table 1** Characteristics of depressed patients and healthy control subjects

| Variable | Depressed patients | Control subjects |
|---|---|---|
| **Clinical characteristics** | | |
| *N* | 15 | 15 |
| Age (years) | 48.0 (10.3) | 42.5 (7.7) |
| HDRS | 24.2 (3.2) | 1.9 (1.4) |
| CES | 8.4 (0.7) | 0.9 (0.7) |
| CGI | 4.4 (0.9) | 1.0 (0.0) |
| Episode length (months) | 8.0 (2–492) | |
| Number of previous episodes | 2.0 (0–15) | |
| | | |
| **Cortisol** | | |
| ApEn[a] | 0.352 (0.932) | −0.352 (0.780) |
| 24-h mean (µg/dl) | 7.8 (1.5) | 6.8 (1.4) |
| Amplitude (µg/dl) | 4.5 (0.9) | 4.7 (1.2) |
| Peak time (h) | 09:59 (01:06) | 10:10 (00:54) |
| | | |
| **ACTH** | | |
| ApEn[b] | −0.259 (0.805) | 0.259 (0.975) |
| 24-h mean (pg/ml) | 22.0 (10.6) | 16.8 (5.1) |
| Amplitude (pg/ml) | 11.9 (6.1) | 9.2 (4.6) |
| Peak time (h) | 09:38 (01:25) | 09:51 (01:29) |

Mean (SD) shown, with median (range) shown for episode length and number of previous episodes. HDRS, Hamilton depression rating scale; CES, core endogenomorphic scale; CGI, clinical global impression scale; ApEn, approximate entropy. Values shown for ApEn are normalized ranks of raw ApEn data; higher scores indicate greater ApEn. Twenty-four-hour mean, amplitude and peak time computed from cosinor analysis. Peak time shown in hours of 24-h clock.

All significant effects shown from analysis of covariance on cortisol and ACTH variables, with diagnosis (depressed vs. control) as the factor and age as the covariate.

[a]*p*= 0.03 for depressed patients vs. control subjects.
[b]*p*= 0.047 for depressed patients vs. control subjects.



**Fig. 1.** Mean ± SEM serum cortisol levels over 24 h in depressed and control men.

The mean cortisol level between 20:00 and 02:00 h, the time period that appeared to show the greatest difference between patients and controls, was also computed for each subject, but there were no significant group differences on this variable ($F = 0.0$, df $= 1, 27$, $p = 0.97$). There were no significant effects of age on any of the above cortisol variables.

As was the case with cortisol, mean ACTH levels over time showed considerable overlap between depressed patients and control subjects (see Fig. 2), although the patients appeared to have higher levels at the nadir. For ACTH, the cosinor model showed a fairly good fit to the individual hormone profiles, with mean $\pm$ SD $R^2$ of 45.4 $\pm$ 17.3% in depressed patients and 48.8 $\pm$ 20.6% in controls; $R^2$ did not differ significantly between groups. There were no significant differences between depressed patients and control subjects on ACTH indices derived by the cosinor analysis (see Table 1), including the ACTH 24-h mean ($F = 2.5$, df $= 1, 27$, $p = 0.12$), amplitude ($F = 2.8$, df $= 1, 27$, $p = 0.10$), and peak time ($F = 0.2$, df $= 1, 27$, $p = 0.7$). Patients and controls did not differ significantly on the simple mean of ACTH levels over 24 h ($F = 2.7$, df $= 1, 27$, $p = 0.11$) or on the minimum ACTH level computed over 24 h for each subject ($F = 1.0$, df $= 1, 27$, $p = 0.3$). The mean ACTH level between 20:00 and 24:00 h, the period

that showed the greatest apparent difference between patients and controls, was computed for each subject, but there were no significant group differences on this variable ($F = 0.5$, df $= 1, 27$, $p = 0.5$). There were no significant effects of age on any of the above ACTH variables.

ApEn for cortisol was significantly greater in depressed patients than in control subjects (mean $\pm$ SD ranked normalized ApEn of 0.352 $\pm$ 0.932 in patients and $-0.352 \pm 0.780$ in control subjects; $F = 5.1$, df $= 1, 27$, $p = 0.03$) (see Table 1). In contrast, ApEn for ACTH was significantly lower in depressed patients than in control subjects (mean $\pm$ SD ranked normalized ApEn of $-0.259 \pm 0.805$ in patients and 0.259 $\pm$ 0.975 in controls; $F = 4.3$, df $= 1, 27$, $p = 0.047$) (see Table 1). There were no significant effects of age on cortisol or ACTH ApEn. The ability of ApEn indices to discriminate depressed patients from control subjects can be illustrated by displaying age-corrected ApEn scores for individual subjects; age correction involved conducting a linear regression of ApEn normalized ranks on age and displaying the residual scores. Cortisol ApEn values were generally higher (Fig. 3) and ACTH ApEn values were generally lower (Fig. 4) in depressed patients compared with control subjects, although there is substantial overlap between groups for both ApEn variables.



**Fig. 2.** Mean $\pm$ SEM plasma ACTH levels over 24 h in depressed and control men.



○ Control (N=15)
● Depressed (N=15)

**Fig. 3.** Cortisol ApEn in individual depressed and control men. Values shown are ApEn normalized ranks corrected for age. Age correction involved a linear regression of ApEn normalized ranks on age, with residual values shown. Group means are indicated by a horizontal line.



○ Control (N=15)
● Depressed (N=15)

**Fig. 4.** ACTH ApEn in individual depressed and control men. Values shown are ApEn normalized ranks corrected for age. Age correction involved a linear regression of ApEn normalized ranks on age, with residual values shown. Group means are indicated by a horizontal line.

The relationships between clinical variables and cortisol and ACTH ApEn were examined. Within the group of depressed patients, the correlations of HDRS score, CES score, CGI score, duration of the current depressive episode, and number of previous depressive episodes with cortisol and ACTH ApEn were computed. None of these correlations were statistically significant.

## 4. Discussion

In this study, men with MDD and healthy control men did not differ significantly on indices of 24 h basal cortisol and ACTH secretion derived from a cosinor analysis, nor were there significant group differences in other standard measures of hormone levels at the time of the circadian nadir, when mean hormone levels over time appeared to show the greatest difference between groups. These negative results are similar to those from the largest previous studies of 24 h basal HPA axis hormone secretion in depression (Sherman et al., 1984; Halbreich et al., 1985a,b; Pfohl et al., 1985;

Schlechte et al., 1986; Oren et al., 1996; Posener et al., 2000; Young et al., 2001). In contrast, there were significant differences between depressed and control men in ApEn for both cortisol and ACTH. This pattern of findings parallels previous observations that analysis of process irregularity with the ApEn statistic may reveal endocrine dysregulation in circumstances where analysis of mean hormone levels is not revealing (Pincus et al., 1996a).

The finding of increased ApEn for cortisol in depressed men indicates greater disorderliness of cortisol secretion over time. As discussed in the Introduction, increases in ApEn appear to reflect a loss of normal regulatory control, as has been observed in research on several hormone-secreting tumors. Increased cortisol ApEn suggests that in the depressed patients, cortisol secretion by the adrenal has become relatively less subject to regulation by ACTH, the principal regulatory input, or possibly less subject to regulation by other endocrine or neural influences such as the sympathetic nervous system (Eberhart-Bornstein et al., 1998). The observation of decreased ACTH

ApEn indicates increased serial organization of ACTH secretion among the depressed patients. Previous studies involving growth hormone and luteinizing hormone time series data have shown that ApEn is decreased by an experimental increase in negative feedback regulation of hormone secretion (Veldhuis et al., 2001). The increased orderliness of ACTH secretion in depressed patients may possibly be due to increased negative feedback caused by a subtle increase in cortisol secretion, as cortisol levels were observed to be nonsignificantly higher in the depressed men. Together, the findings reported here suggest a primary abnormality of the adrenal gland rather than an abnormality at another level of the HPA axis. Findings suggesting HPA axis abnormalities in depression have generally been interpreted as due to increased limbic system drive on the HPA axis (Holsboer, 1995). Our results suggest that there may be value in exploring abnormalities of adrenal gland physiology as a potential pathophysiological mechanism.

Conclusions from this study, and speculation about pathophysiological mechanisms in particular, should be restricted to the population represented here: our patient sample, namely outpatient men with MDD. Most previous research on the HPA axis in depression has been conducted on psychiatric inpatients, and findings appear to differ between studies of inpatients and outpatients (Posener et al., 2000). A difference in the population studied may account for why the findings reported here appear to point toward an endocrine mechanism that is different from the one most commonly hypothesized for HPA axis abnormalities in depression.

The sample size in this study is small, and conclusions about abnormalities of cortisol and ACTH process irregularity should be considered preliminary until the findings are replicated. Another potential limitation may be that the hormone sampling in this study was less frequent than that used by most previous investigations of ApEn in endocrine disorders. However, previous work has shown that sampling frequency has relatively little effect on ApEn, and specifically that characterization of cortisol and ACTH ApEn in patients with Cushing's disease relative to healthy control subjects is similar at sampling intervals ranging from 10 to 60 min, as employed here (Pincus et al., 1999).

## Acknowledgements

This work was supported by the grants MH50604, M01 RR00070, M01 RR00036 and M01 RR02635 from the National Institutes of Health.

## Disclosure

Dr. Schatzberg is a founder of Corcept Therapeutics, a company developing a cortisol receptor antagonist, and is a major shareholder. Dr. DeBattista is also a major shareholder in Corcept Therapeutics.

## References

Deuschle, M., Schweiger, U., Weber, B., Gotthardt, U., Körner, A., Schmider, J., Standhardt, H., Lammers, C.-H., Heuser, I., 1997. Diurnal activity and pulsatility of the hypothalamus-pituitary-adrenal system in male depressed patients and healthy controls. J. Clin. Endocrinol. Metab. 82, 234–238.

Duman, R.S., Heninger, G.R., Nestler, E.J., 1997. A molecular and cellular theory of depression. Arch. Gen. Psychiatr. 54, 597–606.

Eberhart-Bornstein, M., Hinson, J.P., Bornstein, S.R., Sherbaum, W.A., Hinson, G.P., 1998. Intraadrenal interactions in the regulation of adrenocortical steroidogenesis. Endocr. Rev. 19, 101–143.

Endicott, J., Andreasen, N., Spitzer, R.L., 1978. Family History—Research Diagnostic Criteria. Research Assessment and Training Unit, New York State Psychiatric Institute, New York.

Guy, W., 1976. The clinical global impression scale. In: Guy, W. (Ed.), ECDEU Assessment Manual for Psychopharmacology. National Institute of Mental Health, Rockville, MD, pp. 217–222.

Halbreich, U., Asnis, G.M., Shindledecker, M.A., Zumoff, B., Nathan, S., 1985a. Cortisol secretion in endogenous depression. I. Basal plasma levels. Arch. Gen. Psychiatr. 42, 904–908.

Halbreich, U., Asnis, G.M., Shindledecker, M.A., Zumoff, B., Nathan, S., 1985b. Cortisol secretion in endogenous depression. II. Time-related functions. Arch. Gen. Psychiatr. 42, 909–914.

Hamilton, M., 1960. A rating scale for depression. J. Neurol. Neurosurg. Psychiatr. 23, 56–62.

Hartman, M.L., Pincus, S.M., Johnson, M.L., Matthews, D.H., Faunt, L.M., Vance, M.L., Thorner, M.O., Veldhuis, J.D., 1994. Enhanced basal and disorderly growth hormone secretion distinguish acromegalic from normal pulsatile growth hormone release. J. Clin. Invest. 94, 1277–1288.

Holsboer, F., 1995. Neuroendocrinology of mood disorders. In: Bloom, F.E., Kupfer, D.J. (Eds.), Psychopharmacology. The Fourth Generation of Progress. Raven Press, New York, pp. 957–970.

Joseph-Vanderpool, J.R., Rosenthal, N.E., Chrousos, G.P., Wehr, T.A., Skwerer, R., Kasper, S., Gold, P.W., 1991. Abnormal pituitary-adrenal responses to corticotropin-releasing hormone in patients with seasonal affective disorder: clinical and pathophysiological implications. J. Clin. Endocrinol. Metab. 72, 1382–1387.

Lehman, E.L., 1975. Nonparametrics: Statistical Methods based on Ranks. Holden-Day, San Francisco.

Linkowski, P., Mendlewicz, J., Leclercq, R., Brasseur, M., Hubain, P., Golstein, J., Copinschi, G., Van Cauter, E., 1985. The 24-hour profile of adrenocorticotropin and cortisol in major depressive illness. J. Clin. Endocrinol. Metab. 61, 429–438.

Mortola, J.F., Liu, J.H., Gillin, J.C., Rasmussen, D.D., Yen, S.S.C., 1987. Pulsatile rhythms of adrenocorticotropin (ACTH) and cortisol in women with endogenous depression: evidence for increased ACTH pulse frequency. J. Clin. Endocrinol. Metab. 65, 962–968.

Oren, D.A., Levendosky, A.A., Kasper, S., Duncan, C.C., Rosenthal, N.E., 1996. Circadian profiles of cortisol, prolactin and thyrotropin in seasonal affective disorder. Biol. Psychiatr. 39, 157–170.

Pfohl, B., Sherman, B., Schlechte, J., Stone, R., 1985. Pituitary-adrenal axis rhythm disturbances in psychiatric depression. Arch. Gen. Psychiatr. 42, 897–903.

Pincus, S.M., Keefe, D.L., 1992. Quantification of hormone pulsatility via an approximate entropy algorithm. Am. J. Physiol. Endocrinol. Metab. 262, E741–E754.

Pincus, S.M., Mulligan, T., Iranmanesh, A., Gheorgiu, S., Godschalk, M., Veldhuis, J.D., 1996a. Older males secrete luteinizing hormone and testosterone more irregularly, and jointly more asynchronously, than younger males: dual novel facets. Proc. Natl. Acad. Sci. USA 93, 14100–14105.

Pincus, S.M., Gevers, E.F., Robinson, I.C.A.F., Van den Berg, G., Roelfsema, F., Hartman, M.L., Veldhuis, J.D., 1996b. Females secrete growth hormone with more process irregularity than males in both humans and rats. Am. J. Physiol. Endocrinol. Metab. 270, E107–E115.

Pincus, S.M., Hartman, M.L., Roelfsema, F., Thorner, M.O., Veldhuis, J.D., 1999. Hormone pulsatility discrimination via coarse and short time sampling. Am. J. Physiol. Endocrinol. Metab. 277, E948–E957.

Posener, J.A., DeBattista, C., Williams, G.H., Kraemer, H.C., Kalehzan, B.M., Schatzberg, A.F., 2000. Twenty-four hour monitoring of cortisol and corticotropin secretion in psychotic and nonpsychotic major depression. Arch. Gen. Psychiatr. 57, 755–760.

Sachar, E.J., Hellman, L., Roffwarg, H.P., Halpern, F.S., Fukushima, D.K., Gallagher, T.F., 1973. Disrupted 24-hour patterns of cortisol secretion in psychotic depression. Arch. Gen. Psychiatr. 28, 19–24.

Sapolsky, R.M., 2000. Glucocorticoids and hippocampal atrophy in neuropsychiatric disorders. Arch. Gen. Psychiatr. 57, 925–935.

Schlechte, J.A., Sherman, B., Pfohl, B., 1986. A comparison of adrenal cortical function in patients with depressive illness and Cushing's disease. Hormone Res. 23, 1–8.

Sherman, B., Pfohl, B., Winokur, G., 1984. Circadian analysis of plasma cortisol levels before and after dexamethasone in depressed patients. Arch. Gen. Psychiatr. 41, 271–275.

Siragy, H.M., Vieweg, W.V.R., Pincus, S.M., Veldhuis, J.D., 1995. Increased disorderliness and amplified basal and pulsatile aldosterone secretion in patients with primary aldosteronism. J. Clin. Endocrinol. Metab. 80, 28–33.

Soutre, E., Salvati, E., Rix, H., Pringuey, D., Krebs, B., Ardisson, J.-L., Darcourt, G., 1988. Effect of recovery on the cortisol circadian rhythm of depressed patients. Biol. Psychiatr. 24, 336–340.

Soutre, E., Salvati, E., Belugou, J.-L., Pringuey, D., Candito, M., Krebs, B., Ardisson, J.-L., Darcourt, G., 1989. Circadian rhythms in depression and recovery: evidence for blunted amplitude as the main chronobiologic abnormality. Psychiatr. Res. 28, 263–278.

Spitzer, R.L., Williams, J.B.W., Gibbon, M., First, M.B., 1988. Structured Clinical Interview for DSM-III-R—Patient Version. Biometrics Research Department, New York State Psychiatric Institute, New York.

Taylor, P., Dluhy, R.G., Williams, G.H., 1983. Beta-endorphin suppresses adrenocorticotropin and cortisol levels in normal human subjects. J. Clin. Endocrinol. Metab. 57, 592–596.

Thase, M.E., Hersen, M., Bellack, A.S., Himmelhoch, J.M., Kupfer, D.J., 1983. Validation of a Hamilton subscale for endogenomorphic depression. J. Affect. Disord. 5, 267–278.

Van den Berg, G., Pincus, S.M., Veldhuis, J.D., Frölich, M., Roelfsema, F., 1997. Greater disorderliness of ACTH and cortisol release accompanies pituitary-dependent Cushing's disease. Eur. J. Endocrinol. 136, 396–400.

Veldhuis, J.D., Zwart, A.D., Iranmanesh, A., 1997. Neuroendocrine mechanisms by which selective Leydig-cell castration unleashes increased pulsatile LH release in the human: an experimental paradigm of short-term ketoconazole-induced hypoandrogenemia and deconvolution-estimated LH secretory enhancement. Am. J. Physiol. Regul. Integr. Comp. Physiol. 272, R464–R474.

Veldhuis, J.D., Straume, M., Iranmanesh, A., Mulligan, T., Jaffe, C., Barkan, A., Johnson, M.L., Pincus, S.M., 2001. Secretory process regularity monitors neuroendocrine feedback and feedforward signaling strength in humans. Am. J. Physiol. Regul. Integr. Comp. Physiol. 280, R721–R729.

Wong, M.-L., Kling, M.A., Munson, P.J., Listwak, S., Licino, J., Prolo, P., Karp, B., McCutcheon, I.E., Geracioti, T.D., DeBellis, M.D., Rice, K.C., Goldstein, D.S., Veldhuis, J.D., Chrousos, G.P., Oldfield, E.H., McCann, S.M., Gold, P.W., 2000. Pronounced and sustained central hypernoradrenergic function in major depression with melancholic features: relation to hypercortisolism and corticotropin-releasing hormone. Proc. Natl. Acad. Sci. USA 97, 325–330.

Yehuda, R., Teicher, M.H., Trestman, R.L., Levengood, R.A., Siever, L.J., 1996. Cortisol regulation in posttraumatic stress disorder and major depression: a chronobiological analysis. Biol. Psychiatr. 40, 79–88.

Young, E.A., Carlson, N.E., Brown, M.B., 2001. Twenty-four hour ACTH and cortisol pulsatility in depressed women. Neuropsychopharmacology 25, 267–276.

# EXHIBIT F

# CORRESPONDENCE

### Mifepristone in Psychotic Depression?

To the Editor:

DeBattista and colleagues (1) concluded that "mifepristone might represent an alternative to traditional treatments of psychosis in psychotic depression." However, the study was not designed to compare mifepristone with traditional treatments. Mifepristone clearly lacked antidepressant efficacy. As for antipsychotic efficacy, the number needed to treat (NNT) with mifepristone to avoid one exposure to antipsychotic drugs was 17. In the acute treatment context, this high NNT does not signify compelling clinical benefit. When elective treatment was allowed between day 7 and day 28, prior administration of mifepristone made no difference to clinical management. There was no significant reduction of antipsychotic drug or antidepressant drug use or electroconvulsive therapy (ECT) after use of mifepristone from day 1 through day 7.

The authors' claim of efficacy rests on categorical analyses of outcome. In an earlier study, both continuous and categorical data analyses were presented (2). Whereas the categorical data were significant, the continuous data were not. Moreover, in the DeBattista study, the response to mifepristone at day 7 could not be determined. We therefore call on the authors to report day 7 data, as their group has done previously (2,3), and to present all outcome analyses as both continuous and categorical measures.

Questions also arise about the representativeness of the psychotic major depression (PMD) sample. By our analysis, 33% of the mifepristone-treated group and 29% of the placebo-treated group received no elective treatment—no antidepressant, antipsychotic, or ECT—between day 7 and day 28, although any clinically indicated intervention was allowed by protocol. In particular, 29% of the PMD group that received placebo had no active treatment over a full 5 weeks (1 week drug-free lead-in, 1 week on placebo days 1–7, and 3 follow-up weeks to day 28). This high rate of elective nontreatment does not comport with clinical practice in the management of psychotic major depression, especially in view of the subjects' high baseline psychopathology ratings.

In summary, DeBattista et al. presented no evidence of an immediate beneficial effect of 7 days' treatment with mifepristone in PMD. Moreover, any putative carryover effect of mifepristone to day 28 or later is unsupported by the treatment data between day 7 and day 28. Despite the neuroendocrine theory on which the trials of mifepristone in PMD are predicated, no credible hormonal data have been reported in this or previous studies to support the concept that mifepristone might exert a carryover effect for several weeks after 7 days of treatment (4). The present results, which do not indicate clinical utility of the drug, are consistent with prior negative reports of mifepristone

treatment of PMD (4) and with the two recent negative Phase III trials (5,6). We call on the authors to address these issues and to present the additional analyses indicated in this communication.

*Bernard J. Carroll*

Scientific Director
Pacific Behavioral Research Foundation
Carmel, California 93922-3040
E-mail: bcarroll@redshift.com

*Robert T. Rubin*

Chief, Department of Psychiatry and Mental Health (116A)
VA Greater Los Angeles Healthcare System
11301 Wilshire Blvd
Los Angeles, CA 90073

*Financial Disclosures. Bernard J. Carroll reports the following: Consultant, Alzheimer's Disease Antiinflammatory Prevention Trial (ADAPT), John C.S. Breitner, principal investigator, Grant No. NIA U01-AG-15477 (member Data Safety Monitoring Board); Consultant, Lundbeck, Copenhagen; AstraZeneca; GlaxoSmithKline; Royalty: Multi-Health Systems, Toronto, Canada (Carroll Depression Scales). Travel support: Cyberonics Inc. (direct travel support to Cyberonics workshop November 2005), Lundbeck, Copenhagen (indirect travel support to melancholia symposium May 2006). Speaker honoraria: Wyeth.*

*Robert T. Rubin reports self-directed stock ownership more than $10,000: Bristol Myers Squibb, Eli Lilly, Merck, and Pfizer.*

1. DeBattista C, Belanoff J, Glass S, Khan A, Horne RL, Blasey C, et al. (2006): Mifepristone versus placebo in the treatment of psychosis in patients with psychotic major depression. Biol Psychiatry 60:1343–1349.
2. Flores BH, Kenna H, Keller J, Solvason HB, Schatzberg AF (2006): Clinical and biological effects of mifepristone treatment for psychotic depression. Neuropsychopharmacology 31:628–636.
3. Belanoff JK, Rothschild AJ, Cassidy F, DeBattista C, Baulieu EE, Schold C, Schatzberg AF (2002): An open label trial of C-1073 (mifepristone) for psychotic major depression. Biol Psychiatry 52:386–392.
4. Carroll BJ, Rubin RT (2006) Is mifepristone useful in psychotic depression? Neuropsychopharmacology 31:2793–2794.
5. Corcept Therapeutics (2006a): Corcept therapeutics announces negative results from the first of three phase 3 studies evaluating CORLUX(R) for treating the psychotic features of psychotic major depression. Available at: http://biz.yahoo.com/prnews/060825/laf018.html?.v=61. Accessed August 25, 2006.
6. Corcept Therapeutics (2006b): Corcept therapeutics announces negative results from the second of three phase 3 studies evaluating CORLUX(R) for treating the psychotic features of psychotic major depression. Available at: http://biz.yahoo.com/prnews/060929/sff012.html?.v=76. Accessed September 29, 2006.

doi:10.1016/j.biopsych.2007.03.032

# CORRESPONDENCE

## Reply

To the Editor:

Drs. Rubin and Carroll are critical of the statement that "mifepristone might represent an alternative to traditional treatments of psychosis in psychotic depression." On the basis of the study's findings, we disagree and retain our assertion that the data suggest mifepristone as a possible future treatment for the psychotic symptoms of psychotic depression. Beyond efficacy, the significant limitations of current antipsychotic medication, because of their unfavorable side effect profile, would make an alternative treatment welcome.

Although the authors assert that the effect size for antipsychotic efficacy is 17, a simple calculation from the table shows that the number needed to treat (NNT) is actually 16 for the primary endpoint using the intention to treat sample. The authors do not mention more favorable effect sizes that are evident in the article's tables. For example, the NNT for the endpoint measuring psychotic symptoms of psychotic depression was 8, and the NNT on the primary endpoint for the population of clinical interest defined a priori was 4.

Rubin and Carroll assert that mifepristone lacked antidepressant efficacy. We concur that there is less evidence in our study to support antidepressant, as opposed to antipsychotic, efficacy. However, there was a statistically significant trend ($p = .056$) favoring mifepristone over placebo in the patients who were followed long-term. Moreover, remission rates of depression (i.e., Hamilton Depression Rating Scale score <10) were significantly higher among patients receiving mifepristone (32% vs. 4%).

In response to the authors' criticism of categorical measures of outcome and their requests for other outcomes, we are well aware of the potential benefits and limitations inherent to using continuous versus categorical measures. Primary endpoints are chosen a priori and cannot be changed. We believe that the a priori categorical endpoints, a 30% reduction on the Brief Psychiatric Rating Scale (BPRS) and a 50% reduction in the positive symptom subscale of the BPRS, are clinically more meaningful than a continuous measure such as a mean change from baseline. Exploratory analyses using a change from baseline scores were also in support of mifepristone treatment. Some examples of this support, using continuous measures, are already provided in our article in the section "Other Analyses": "The group receiving mifepristone showed a significantly greater mean reduction in PSS scores at day 28 using both ITT (treatment: $-7.2 \pm 3.4$; placebo $-5.2 \pm 4.4$"; "Mean change from baseline PSS scores at both day 7 and day 56 were significantly different across groups (day 7: treatment $-6.1 \pm 3.4$; placebo: $4.74 \pm 4.2 \ldots$ day 56 treatment: $-8.1 \pm 3.5$; placebo: $-4.9$). Salient mean change scores on the HAMD are provided as well.

Drs. Rubin and Carroll imply that the sample is not representative of patients with psychotic depression, because a subset of patients did not receive additional pharmacologic treatment between days 7 and day 56. All patients were hospitalized, a potent treatment that should not be underestimated. The investigators who participated in this trial are an experienced group of clinicians who we are confident performed far more careful assessments than are typically completed in community samples. Among the possible explanation for the fact that some patients did not receive medications between day 7 and day 56 was that many patients were doing substantially better after a week in the hospital, and the investigators determined that no additional pharmacologic intervention was required. Some investigators may have also wrongly assumed that additional medications should be limited in this placebo controlled trial. Thus we believe it is incorrect to conclude both that 29% of patients received no treatment and that the lack of standard pharmacotherapy in a subset of patients in this clinical trial who had just been hospitalized suggests that the sample was not a representative PMD population.

Concept Therapeutics recently announced that three double-blind studies did not meet their primary endpoints. However, there were a number of positive findings in these studies that will advance the scientific understanding of the role of mifepristone in the treatment of psychotic depression. Among these findings was a statistically significant relationship between plasma concentrations and response to mifepristone, and patients whose plasma concentration exceeded a clinically defined threshold had a response rate that statistically separated from placebo. This plasma finding was determined post hoc in an earlier study and then used as an a priori endpoint in the most recently announced study. The fact that many patients failed to achieve an adequate serum level at lower doses in earlier studies might explain the inconclusive outcomes of these studies.

We appreciate the opportunity to respond to the points raised by Rubin and Carroll. There is a substantial amount of data reported in our article, and thus we are confident that the reader will be able to make his or her own judgments and interpretations.

*Christine Blasey*

Stanford University and Corcept Therapeutics

*Charles DeBattista*

Stanford University

*Financial Disclosures: Dr. DeBattista is an associate professor of psychiatry at Stanford University School of Medicine. He receives research support from Corcept, the National Institute of Mental Health, Pritzker Foundation, GlaxoSmithKline, Wyeth, Eli Lilly, Cephalon, Cyberonics, Neuronetics, Novaritis, Astra Zeneca, CNS Response, and Boerhinger. He is a speaker/consultant for Eli Lilly, GlaxoSmithKline, Pfizer, Cephalon, Wyeth, Bristol-Myers Squibb, Cyberonics, and Corcept. He is a stockholder in Corcept Therapeutics. Dr. Blasey is a research psychologist at Stanford University and was a consultant at the time of the article's publication. Dr. Blasey is currently an employee of Corcept Therapeutics.*

doi:10.1016/j.biopsych.2007.08.014

# EXHIBIT G

# U.S. Census Bureau

State & County QuickFacts

# Massachusetts

| People QuickFacts | Massachusetts | USA |
|---|---|---|
| Population, 2006 estimate | 6,437,193 | 299,398,484 |
| Population, percent change, April 1, 2000 to July 1, 2006 | 1.4% | 6.4% |
| Population, 2000 | 6,349,097 | 281,421,906 |
| Persons under 5 years old, percent, 2005 | 6.2% | 6.8% |
| Persons under 18 years old, percent, 2005 | 22.8% | 24.8% |
| Persons 65 years old and over, percent, 2005 | 13.3% | 12.4% |
| Female persons, percent, 2005 | 51.5% | 50.7% |
| White persons, percent, 2005 (a) | 86.7% | 80.2% |
| Black persons, percent, 2005 (a) | 6.9% | 12.8% |
| American Indian and Alaska Native persons, percent, 2005 (a) | 0.3% | 1.0% |
| Asian persons, percent, 2005 (a) | 4.7% | 4.3% |
| Native Hawaiian and Other Pacific Islander, percent, 2005 (a) | 0.1% | 0.2% |
| Persons reporting two or more races, percent, 2005 | 1.3% | 1.5% |
| Persons of Hispanic or Latino origin, percent, 2005 (b) | 7.9% | 14.4% |
| White persons not Hispanic, percent, 2005 | 80.3% | 66.9% |
| Living in same house in 1995 and 2000, pct 5 yrs old & over | 58.5% | 54.1% |
| Foreign born persons, percent, 2000 | 12.2% | 11.1% |
| Language other than English spoken at home, pct age 5+, 2000 | 18.7% | 17.9% |
| High school graduates, percent of persons age 25+, 2000 | 84.8% | 80.4% |
| Bachelor's degree or higher, pct of persons age 25+, 2000 | 33.2% | 24.4% |
| Persons with a disability, age 5+, 2000 | 1,084,746 | 49,746,248 |
| Mean travel time to work (minutes), workers age 16+, 2000 | 27.0 | 25.5 |
| Housing units, 2005 | 2,688,014 | 124,521,886 |
| Homeownership rate, 2000 | 61.7% | 66.2% |
| Housing units in multi-unit structures, percent, 2000 | 42.7% | 26.4% |
| Median value of owner-occupied housing units, 2000 | $185,700 | $119,600 |
| Households, 2000 | 2,443,580 | 105,480,101 |
| Persons per household, 2000 | 2.51 | 2.59 |
| Median household income, 2004 | $53,657 | $44,334 |

# EXHIBIT H

**Rothschild, Anthony**

| | |
|---|---|
| **From:** | Lambert, Karen [Karen.Lambert@umassmed.edu] |
| **Sent:** | Tuesday, September 30, 2003 12:11 PM |
| **To:** | Rothschild, Anthony (UMMHC) |
| **Subject:** | Messages |

I'm going to lunch.  Please leave parking tag on my desk.  They are asking for it.

           called to cancel his 2:30pm appointment.

Dr. Clifford Schold called regarding the mifeprastone (?) paper in Biological Psychiatry.  Please call him at (214) 648-2564 or (650) 327-3270

           called to confirm talk in Arlington this evening

Call l

Thanks.
Karen