1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiffs
   CORCEPT THERAPEUTICS, INC., JOSEPH
7  K. BELANOFF, and ALAN F. SCHATZBERG

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12  CORCEPT THERAPEUTICS, INC.,            CASE NO. C07-03795 JW (RS)
    JOSEPH K. BELANOFF, and
13  ALAN F. SCHATZBERG,
                                           **[PROPOSED] ORDER GRANTING
14            Plaintiffs,                   PLAINTIFFS' MOTION TO FILE
                                           CERTAIN DOCUMENTS UNDER SEAL**
15       v.

16  ANTHONY ROTHSCHILD,

17            Defendant.

18

19       Having considered the submissions of counsel for Corcept Therapeutics, Inc., Joseph K.

20  Belanoff and Alan F. Schatzberg ("Plaintiffs") and counsel for Defendant Anthony Rothschild, and

21  good cause having been shown,

22       IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED, and that Plaintiffs shall

23  file under seal Exhibits "A" and "H" to the Declaration of Stuart Clark in support of Plaintiffs'

24  opposition to Rothschild's motion to dismiss and for change of venue and Exhibits "B" and "C" to

25  the Declaration of Christine Watson in support Plaintiffs' administrative motion to seal certain

26  documents filed in support of Plaintiffs' opposition to Rothschild's motion to dismiss and for

27  change of venue.

28

1

2

3    Dated:  November 09, 2007    _____

4    HON. JAMES WARE
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order
(Case No. C07-03795 JW (RS))