UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## AMENDED CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 11/19/2007  **Court Reporter:** Irene Rodriguez
**Case No:** C-07-03795 JW  **Interpreter:** N/A

## TITLE

**Corcept Therapeutics Inc et al v. Joseph Belanoff et al**

**Attorney(s) for Plaintiff(s):** Stuart Clark, Christine Watson
**Attorney(s) for Defendant(s):** Robert Bleicher

## PROCEEDINGS

1. Defendant Anthony Rothschild's Motion to Transfer Venue to the District of Massachusetts [Doc. 12]
2. Defendant Anthony Rothschild's Motion to Dismiss for Lack of Jurisdiction [Doc. 14]
3. Motion to Strike Pursuant to CA"s Strategic Lawsuit Against Public Participation (Anti-Slapp) [Doc. 22]
4. Case Management Conference

## ORDER AFTER HEARING

Hearing Held. The Court took this matter under submission after oral argument. The Court to issue further Order on Motions.

The Court vacated the scheduled case management conference. The Court to set further scheduling dates in the Court's further Order on Motions.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: