Robert A. Bleicher (SBN 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
Anthony Rothschild

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No.: C 07-03795 JW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**<br>**(Local Rule ADR 6-5)** |

The parties make this stipulated request for an order extending the March 25, 2008 mediation date and mediation deadline for this matter, pursuant to Local Rule 6-2 and Local Rule ADR 6-5.

It is hereby stipulated and agreed by and between Plaintiffs Corcept Therapeutics, Inc., Joseph K. Belanoff, Alan F. Schatzberg and Defendant Anthony Rothschild, by and through their respective undersigned attorneys, as follows:

-1-

The mediation date and deadline for this matter is March 25, 2008 and mediation briefs are due to be exchanged no later than March 14, 2008.

The Court currently has under submission three motions by Defendant to dismiss or transfer this matter (Anti-SLAPP Motion to Strike, Motion to Dismiss for Lack of Personal Jurisdiction, and Motion to Dismiss or Transfer for Improper Venue).

The parties have mutually held discovery in abeyance pending the Court's ruling on these motions. If the Court grants any one of Defendant's motions, a mediation will become moot.

If the Court denies Defendant's motions, the parties will then need additional time to reschedule the mediation, prepare Mediation Briefs, and make the other arrangements necessary to prepare this case for a meaningful mediation.

The parties believe that it will promote efficiency and economy both for the Court and for the parties if the March 25, 2008 mediation date and mediation deadline are extended for a reasonable period of time after the court issues its ruling on the motions to dismiss. The parties have not previously sought an extension of the mediation deadline. In addition, counsel for plaintiffs and defendant have communicated with the mediator, Debra Mellinkoff, regarding their request to extend the mediation date and deadline, and she does not object to the request.

Based upon the foregoing reasons, the parties agree that good cause exists for an Order that sets a new mediation deadline for a date 90 days after the Court issues its rulings on Defendant's motions.

Pursuant to Local Rule 6-2, this stipulation is accompanied by the declaration of Robert A. Bleicher, filed concurrently herewith.

Dated: March 6, 2008

HOLLAND & KNIGHT LLP

Robert A. Bleicher
Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
ANTHONY ROTHSCHILD

-2-

JOINT REQUEST TO EXTEND MEDIATION DEADLINE                 Case No. C 07-03795 JW

Dated: March 6, 2008

CARR & FERRELL LLP

_____
Stuart C. Clark
Christine S. Watson
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC.
JOSEPH K. BELANOFF and ALAN F. SCHATZBERG

PURSUANT TO STIPULATION IT IS HEREBY ORDERED that the mediation date and mediation deadline of March 25, 2008 is continued. The mediation in this action shall now take place no later than 90 days after the Court issues its ruling on Defendant's pending Motion to Strike, Motion to Dismiss for Lack of Personal Jurisdiction, and Motion to Dismiss or Transfer for Improper Venue.

Dated: March___, 2008

_____
UNITED STATES DISTRICT JUDGE

# 5174606_v1

# PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of 18 years and not a party to the above-captioned action; that my business address is 50 California Street, Suite 2800, San Francisco, CA 94111-4624.

On March 6, 2008, the following document(s) were served:

**STIPULATED REQUEST AND [PROPOSED] ORDER
TO EXTEND MEDIATION DEADLINE (Local Rule ADR 6-5)**

on the parties to this action at the following address(es):

Howard A. Herman
Director, ADR Program
United States District Court
Northern District of California
ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
Tel: (415) 522-2199

Debra L. Mellinkoff
Mellinkoff Mediation
1001 Bridgeway
Suite 203
Sausalito, CA 94965
Tel: (415) 289-0300

☒ **(BY MAIL)** I caused a true copy of each document(s) to be placed in a sealed envelope with first-class postage affixed and placed the envelope for collection. Mail is collected daily at my office and placed in a United States Postal Service collection box for pickup and delivery that same day.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed March 6, 2008, at San Francisco, California.

_____
Beverley Huppert

Proof of Service                                                                 Case No. C 07-03795 JW