1   Robert A. Bleicher (SBN 111334)
    HOLLAND & KNIGHT LLP
2   50 California Street, 28th Floor
    San Francisco, California 94111
3   Telephone: (415) 743-6900
    Facsimile: (415) 743-6910
4

5   Shelley G. Hurwitz (SBN 217566)
    HOLLAND & KNIGHT LLP
6   633 W. Fifth Street, 21st Floor
    Los Angeles, California 90071
7   Telephone: (213) 896-2400
    Facsimile: (213) 896-2450
8

    Attorneys for Defendant
9   Anthony Rothschild

10             **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12             **SAN JOSE DIVISION**

13

14   CORCEPT THERAPEUTICS, INC.,      Case No.: C 07-03795 JW
    Corporation, JOSEPH K. BELANOFF, an
15   individual, ALAN F. SCHATZBERG, an
    individual,
16                       **DECLARATION OF ROBERT A.**
                          **BLEICHER IN SUPPORT OF**
17            Plaintiffs,    **STIPULATED REQUEST AND**
                          **[PROPOSED] ORDER TO EXTEND**
18       v.                   **MEDIATION DEADLINE**
                          **(Local Rule ADR 6-5)**
19   ANTHONY ROTHSCHILD, DOE 1, an
    individual, DOE 2, an individual, and
20   DOES 3 through 20, inclusive,

21            Defendants.

22

23

       I, ROBERT A. BLEICHER, declare as follows:
24
         1.     I am a partner with the law firm of Holland & Knight, LLP, attorneys of record
25
   for Defendant Anthony Rothschild. I have personal knowledge of the facts set forth in this
26
   Declaration and, if called upon as a witness, I would testify competently and truthfully with
27
   respect to those facts.
28

Declaration of Robert A. Bleicher In Support of            Case No. C 07-03795 JW
Stipulated Request to Extend Mediation Deadline
(Local Rule ADR 6-5)

2. The parties jointly make this stipulated request for an order extending the March 25, 2008 mediation date and mediation deadline for this matter, pursuant to Local Rule 6-2 and Local Rule ADR 6-5.

3. The mediation date and deadline for this matter is March 25, 2008 and mediation briefs are due to be exchanged no later than March 14, 2008.

5. The Court currently has under submission three motions by Defendant to dismiss or transfer this matter (Anti-SLAPP Motion to Strike, Motion to Dismiss for Lack of Personal Jurisdiction, and Motion to Dismiss or Transfer for Improper Venue).

6. The parties have mutually held discovery in abeyance pending the Court's ruling on these motions. If the Court grants any one of Defendant's motions, a mediation will become moot.

7. If the Court denies Defendant's motions, the parties will then need additional time to reschedule the mediation, prepare Mediation Briefs, and make the other arrangements necessary to prepare this case for a meaningful mediation.

8. The parties believe that it will promote efficiency and economy both for the Court and for the parties if the March 25, 2008 mediation date and mediation deadline are extended for a reasonable period of time after the court issues its ruling on the motions to dismiss. The parties have not previously sought an extension of the mediation deadline.

9. Counsel for plaintiffs and defendant have communicated with the mediator, Debra Mellinkoff, regarding their request to extend the mediation date and deadline, and she does not object to the request.

///

///

///

-2-

Declaration of Robert A. Bleicher In Support of
Stipulated Request to Extend Mediation Deadline
(Local Rule ADR 6-5)

Case No. C 07-03795 JW

1       10.    Based upon the foregoing reasons, the parties agree that good cause exists for an

2  Order that sets a new mediation deadline for a date 90 days after the Court issues its rulings on

3  Defendant's motions.

4

5       I declare under penalty of perjury, under the laws of the United States, that the foregoing

6  is true and correct and that I have executed this declaration at San Francisco, California this

7  6th day of March 2008.

8

9                               Robert A. Bleicher

10  # 5174830_v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Robert A. Bleicher In Support of            Case No. C 07-03795 JW
Stipulated Request to Extend Mediation Deadline
(Local Rule ADR 6-5)

1

## **PROOF OF SERVICE**

2

I, the undersigned, hereby declare that I am over the age of 18 years and not a party to the

3

above-captioned action; that my business address is 50 California Street, Suite 2800, San

4

Francisco, CA 94111-4624.

5

6

On March 6, 2008, the following document(s) were served:

7

8
### **DECLARATION OF ROBERT A. BLEICHER IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE (Local Rule ADR 6-5)**

9

10

on the parties to this action at the following address(es):

11

12

13

14

15

Howard A. Herman
Director, ADR Program
United States District Court
Northern District of California
ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
Tel: (415) 522-2199

Debra L. Mellinkoff
Mellinkoff Mediation
1001 Bridgeway
Suite 203
Sausalito, CA 94965
Tel: (415) 289-0300

16

17

18

19

☒ **(BY MAIL)** I caused a true copy of each document(s) to be placed in a sealed envelope with first-class postage affixed and placed the envelope for collection. Mail is collected daily at my office and placed in a United States Postal Service collection box for pickup and delivery that same day.

20

21

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

22

Executed March 6, 2008, at San Francisco, California.

23

24

_____
Beverley Huppert

25

26

27

28