Robert A. Bleicher (Bar No. 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
Anthony Rothschild

FILED

2008 APR 16  P 3: 43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs/Appellees,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendant/Appellant. | No._____<br><br>Case No.: C 07-03795 JW<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |

Notice of Appeal                                                                Case No.: C 07-03795 JW

# NOTICE OF APPEAL

    Defendant Dr. Anthony Rothschild, the defendant herein, ("defendant"), appeals to the United States Court of Appeals for the Ninth Circuit from the order of the district court denying defendant's Motion to Strike Under California's Anti-SLAPP Statute, entered in this case on March 31, 2008 by the Hon. James Ware, Judge, United States District Court, Northern District California, San Jose Division.

DATED: April 16, 2008

HOLLAND & KNIGHT LLP

_/s/ Robert A. Bleicher_
Robert A. Bleicher
Shelley G. Hurwitz

Attorneys for Defendant Dr. Anthony Rothschild

# 5270360_v1

| | |
|---|---|
| 1 | Robert A. Bleicher (Bar No. 111334) |
| 2 | HOLLAND & KNIGHT LLP |
|   | 50 California Street, 28th Floor |
|   | San Francisco, California 94111 |
| 3 | Telephone: (415) 743-6900 |
|   | Facsimile: (415) 743-6910 |
| 4 | |
|   | Shelley G. Hurwitz (SBN 217566) |
| 5 | HOLLAND & KNIGHT LLP |
|   | 633 W. Fifth Street, 21st Floor |
| 6 | Los Angeles, California 90071 |
|   | Telephone: (213) 896-2400 |
| 7 | Facsimile: (213) 896-2450 |
| 8 | Attorneys for Defendant |
|   | Anthony Rothschild |

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

ANTHONY ROTHSCHILD

    Defendant and Appellant

    v.

CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual

    Plaintiffs and Respondents

No._____

Dist. Ct. Case No.: C 07-03795 JW
(N.D. San Jose)

**REPRESENTATION STATEMENT**

# REPRESENTATION STATEMENT

The undersigned represents Dr. Anthony Rothschild, defendant and appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number (FRAP 12(b); Circuit Rule 3-2(b)).

DATED: April 16, 2008

HOLLAND & KNIGHT LLP

_____
Robert A. Bleicher
Shelley G. Hurwitz
Attorneys for Defendant Dr. Anthony Rothschild

-1-

Representation Statement                                    Case No.: C 07-03795 JW

## Parties and Counsel

<u>Plaintiffs and Respondents</u>: Corcept Therapeutics, Inc., Joseph K. Belanoff, and Alan F. Schatzberg. Represented by:

Stuart C. Clark
Christine S. Watson
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Defendant and Appellant: Dr. Anthony Rothschild. Represented by:

Robert A. Bleicher
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley G. Hurwitz
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

# 5270769_v1

-2-

Representation Statement                                          Case No.: C 07-03795 JW