Robert A. Bleicher (Bar No. 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
Anthony Rothschild

FILED

2008 APR 16 P 3:45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs/Appellees,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendant/Appellant. | Case No.: C 07-03795 JW<br><br>**PROOF OF SERVICE** |

Proof of Service

Case No.: C 07-03795 JW

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of 18 years and not a party to the above-captioned action; that my business address is 50 California Street, Suite 2800, San Francisco, CA 94111-4624.

On April 16, 2008, the following document(s) were served:

1. Notice of Appeal to the United States Court of Appeal for the Ninth Circuit;
2. United States Court of Appeals for the Ninth Circuit Civil Appeals Docketing Statement;
3. Representation Statement;
4. Order Denying Defendant's Various Motions; and
5. This Proof of Service

on the parties to this action at the following address(es):

> Stuart C. Clark
> Christine S. Watson
> Carr & Ferrell LLP
> 2200 Geng Road
> Palo Alto, CA 94303
> clark@carrferrell.com
> cwatson@carrferrell.com
> (650) 812-3400
> (650) 812-3444 - Fax

☐ **(BY MAIL)** I caused a true copy of each document(s) to be placed in a sealed envelope with first-class postage affixed and placed the envelope for collection. Mail is collected daily at my office and placed in a United States Postal Service collection box for pickup and delivery that same day.

☐ **(BY MESSENGER)** I caused a true copy of each document(s) to be delivered by hand to the office(s) of each addressee.

☒ **(BY FEDERAL EXPRESS)** I caused a true and correct copy of each document to be placed in a sealed Federal Express Envelope, and picked up by **FEDERAL EXPRESS**, with whom this firm has an ongoing account and placed the envelope for collection. Federal Express is collected daily at my office.

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111-4624
Tel: (415) 743-6900
Fax: (415) 743-6910

Proof of Service — 2 — Case No.: C 07-03795 JW

1     I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    Executed April 16, 2008, at San Francisco, California.

_____
/Beverley Huppert

# 5273955_v1

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111-4624
Tel: (415) 743-6900
Fax: (415) 743-6910