UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 21, 2008

**CASE INFORMATION:**
Short Case Title: <u>CORCEPT THERAPEUTICS, INC., ET AL</u>-v- <u>ANTHONY ROTHSCHILD</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: **San Jose Division, Judge James Ware**
Criminal and/or Civil Case No.: <u>CV 07-03795 JW</u>
Date Complaint/Indictment/Petition Filed: <u>7/24/07</u>
Date Appealed order/judgment *entered* <u>3/31/08</u>
Date NOA *filed* <u>4/16/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

**COA Status (check one):**   ☐ granted in full (attach order)         ☐ denied in full (send record)
                               ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: <u>Irene Rodriguez (408) 947-8160</u>
*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>4/16/08</u>                 Date Docket Fee Billed:
Date FP granted:                                     Date FP denied:
Is FP pending? ☐ yes ☐ no                            Was FP limited ☐?
                                                     Revoked ☐?

US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:
*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (Please include email address)**

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Robert A. Bleicher | Christine S. Watson |
| Holland & Knight LLP | Carr & Ferrell LLP |
| 50 California Street | 2200 Geng Road |
| Suite 2800 | Palo Alto, Calif., 94303 |
| San Francisco, CA 94111 | (650) 812-3400 |
| 415/743-6900 | |
| Fax: 415-743-6910 | |
| Email: robert.bleicher@hklaw.com | |

☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                       9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>