1    STUART C. CLARK (SBN 124152)
clark@carrferrell.com
2    CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
3    CARR & FERRELL *LLP*
2200 Geng Road
4    Palo Alto, California 94303
Telephone: (650) 812-3400
5    Facsimile: (650) 812-3444

6    Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
7    K. BELANOFF, and ALAN F. SCHATZBERG

8
ROBERT A. BLEICHER (SBN 111334)
9    HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
10   San Francisco, California 94111
Telephone: (415) 743-6900
11   Facsimile: (415) 743-6910
Email: robert.bleicher@hklaw.com
12
SHELLEY G. HURWITZ (SBN 217566)
13   HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
14   Los Angeles, California 90071
Telephone: (213) 896-2400
15   Facsimile: (213) 896-2450
Email: shelly.hurwitz@hklaw.com

16   Attorneys for Defendant
ANTHONY ROTHSCHILD
17

18                  UNITED STATES DISTRICT COURT

19               NORTHERN DISTRICT OF CALIFORNIA

20                       SAN JOSE DIVISION

21

22   CORCEPT THERAPEUTICS, INC.,          CASE NO. C07-03795 JW (RS)
     JOSEPH K. BELANOFF, and
     ALAN F. SCHATZBERG,
23                                        **SUPPLEMENTAL JOINT CASE**
                                          **MANAGEMENT STATEMENT**
24          Plaintiffs,
                                          Date:    May 5, 2008
25       v.                               Time:    10.00 a.m.
                                          Judge:   Hon. James Ware
26   ANTHONY ROTHSCHILD,                  Dept.:   Courtroom #8

27          Defendant.

28

{00305807v1}                         -1-

1    The parties previously filed a Joint Case Management Conference Statement and Proposed

2  Order on October 31, 2007, in anticipation of the Case Management Conference then scheduled for

3  November 19, 2007.  That conference was postponed, however, to permit the Court to take under

4  submission and rule on various motions by defendant to dismiss the action.  Those motions were

5  denied by order filed on March 31, 2008.  On April 16, 2008, defendant filed a Notice of Appeal of

6  this Court's ruling on the Motion to Strike Under California's Anti-SLAPP statute.

7    Given the filing of the Notice of Appeal, defendant will file a Motion to Stay all trial court

8  proceedings during the pendency of the appeal.  Defendant's Motion to Stay will be scheduled to be

9  heard by this Court on May 19, 2008, or shortly thereafter.  Plaintiffs have declined to stipulate to a

10  stay of the trial court proceedings.

11                    **ALTERNATIVE DISPUTE RESOLUTION**

12    **2.    The Parties Have Already Been Assigned [*or the parties have agreed*] To The
13         Following Court ADR Process [*e.g., Nonbinding Arbitration, Early Neutral
          Evaluation, Mediation, Early Settlement with a Magistrate Judge*] [*State the
14         expected or scheduled date for the ADR session*]:**

15    The parties are assigned to Court Mediation, before Debra Mellinkoff, Esq., on June 11,

16  2008.

17    The deadline for completing mediation, in accordance with the Court's order of March 7,

18  2008, is June 29, 2008.

19    The parties intend to proceed with the mediation.

20                            **DISCOVERY**

21    **1.    The Parties Agree To The Following Discovery Plan [*Describe the plan, e.g.,
22         any limitation on the number, duration or subject matter for various kinds of
          discovery; discovery from experts; deadlines for completing discovery*]:**

23    If the case is not resolved through mediation, plaintiffs wish to proceed with factual

24  discovery in the summer and fall of 2008.  Plaintiffs expect to conduct routine factual discovery in

25  this matter in accordance with the Federal Rules of Civil Procedure pertaining to discovery,

26  followed by expert discovery in accordance with the timetable set forth in Fed.R.Civ.P. 26, and the

27  schedule proposed by the parties in the initial Case Management Conference Statement and

28  Proposed Order, based on the trial date assigned by the Court.

1    Consistent with his intended motion for stay, defendant believes that discovery should be

2    stayed.

3                                        **TRIAL SCHEDULE**

4        **3.        The Parties Request A Trial Date As Follows:**

5        Plaintiffs request a trial date in the first quarter of 2009.

6        Defendant requests that a trial date not be scheduled pending the outcome of the pending

7    appeal.

8

9    Dated:  April  22 , 2008                CARR & FERRELL *LLP*

10

11                                    By:  /s/ Stuart C. Clark
                                         _____

12                                       STUART C. CLARK
                                         CHRISTINE S. WATSON

13                                       Attorneys for Plaintiffs
                                         CORCEPT THERAPEUTICS, INC., JOSEPH

14                                       K. BELANOFF, and ALAN F.
                                         SCHATZBERG

15

16
     Dated:  April  22 , 2008                HOLLAND & KNIGHT LLP
17

18                                    By:  /s/ Shelley G. Hurwitz
                                         _____

19                                       ROBERT A. BLEICHER
                                         SHELLEY G. HURWITZ

20
                                         Attorneys for Defendant
21                                       ANTHONY ROTHSCHILD

22

23

24

25

26

27

28