```
Robert A. Bleicher (Bar No. 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
Anthony Rothschild
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No.: C 07-03795 JW<br><br>**NOTICE OF MOTION AND MOTION TO STAY PENDING THE DISPOSITION OF DEFENDANT DR. ANTHONY ROTHSCHILD'S APPEAL TO THE NINTH CIRCUIT**<br><br>**Date:** June 9, 2008<br>**Time:** 9:00 am<br>**Courtroom:** 8<br>**Judge:** Hon. James Ware<br><br>[Filed concurrently with Memo of Points & Authorities, Non-Federal Authorities, and [Proposed] Order] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, on June 9, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 8 before the Hon. James Ware, located at the United States District Court, 280 South 1st Street, San Jose, CA 95113 defendant Dr. Anthony Rothschild ("Dr. Rothschild") will and hereby does move this Court, for an order staying all further proceedings in this matter, including discovery, until the disposition of Dr. Rothschild's appeal of this Court's denial of his Special Motion to Strike Pursuant to California's Anti-SLAPP Statue by the Ninth Circuit.

This motion is based on the fact that the balance of the hardships tips sharply in favor of the issuance of a stay, that serious legal questions are raised in the appeal, and that a stay is consistent with substantive California law. Moreover, a stay would promote economy of time and efficiency for the Court.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Robert A. Bleicher with attached exhibits, Non-Federal Authorities, on all matters which this Court may take judicial notice, on all pleadings, files and records in this action, and on such other argument as may be received by the Court at the hearing on this Motion.

DATED: April 28, 2008

Respectfully submitted,
HOLLAND & KNIGHT LLP

By: /s/ Robert A. Bleicher
Robert A. Bleicher
Shelley G. Hurwitz
Attorneys for Defendant Anthony Rothschild

# 5294899_v1