Robert A. Bleicher (Bar No. 111334)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Shelley G. Hurwitz (SBN 217566)
HOLLAND & KNIGHT LLP
633 W. Fifth Street, 21st Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450

Attorneys for Defendant
Anthony Rothschild

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., Corporation, JOSEPH K. BELANOFF, an individual, ALAN F. SCHATZBERG, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHONY ROTHSCHILD, DOE 1, an individual, DOE 2, an individual, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No.: C 07-03795 JW<br><br>**[PROPOSED] ORDER ON MOTION TO STAY PENDING THE DISPOSITION OF DEFENDANT DR. ANTHONY ROTHSCHILD'S APPEAL TO THE NINTH CIRCUIT**<br><br>**Date:** June 9, 2008<br>**Time:** 9:00 am<br>**Courtroom:** 8<br>**Judge:** Hon. James Ware<br><br>[Filed concurrently with Memo of Points & Authorities, Non-Federal Authorities, and Notice of Motion] |

- 1 -

**ORDER**

The Motion To Stay Pending The Disposition Of Defendant Dr. Anthony Rothschild's Appeal To The Ninth Circuit (the "Motion") came on regularly for hearing before this Court on June 9, 2008. The appearances of counsel were noted on the record. After full consideration of the supporting papers, together with references to supporting evidence and the argument of counsel, the Court finds that there is good cause to grant the Motion, and that the Motion should be granted:

IT IS THEREFORE ORDERED as follows:

1. The Motion is granted.

2. All proceedings, including discovery, are stayed in this matter pending the disposition of Defendant Dr. Anthony Rothschild's appeal to the Ninth Circuit of this Court's ruling on his Motion to Strike Pursuant to California Anti-SLAPP Statute. The parties may conduct a mediation before Debra Mellinkoff, Esq. on June 11, 2008 and/or on another agreed upon date.

IT IS SO ORDERED

Dated:_____

_____
UNITED STATES DISTRICT COURT JUDGE

# 5298445_v1