1
2
3
4
5
6
7                        IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                SAN JOSE DIVISION

10   Corcept Therapeutics, Inc., et al.,                NO. C 07-03795 JW

11                        Plaintiffs,          **ORDER CONTINUING HEARING ON**
        v.                                     **MOTION; CONTINUING CASE**
12                                             **MANAGEMENT CONFERENCE**
     Anthony Rothschild,
13
                          Defendant.
14   _____/

15
         In light of the parties' scheduled mediation on June 11, 2008, the Court continues the hearing
16
     on Defendant's Motion to Stay presently scheduled for June 9, 2008 and the Case Management
17
     Conference presently scheduled for May 5, 2008.  The Court continues the hearing and conference
18
     to **June 16, 2008 at 9 a.m. and 10 a.m.**, respectively.  The parties need not file another Joint Case
19
     Management Statement unless the status of the case changes due to the mediation.  An updated Joint
20
     Statement shall be file on or before **June 13, 2008** before noon.
21

22
     Dated:  April 30, 2008
23                                             JAMES WARE
                                               United States District Judge
24
25
26
27
28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Christine S. Watson cwatson@carrferrell.com
     Robert A. Bleicher robert.bleicher@hklaw.com
3    Shelley Gershon Hurwitz shelley.hurwitz@hklaw.com
     Stuart C. Clark sclark@carrferrell.com
4

5    **Dated:  April 30, 2008**                              **Richard W. Wieking, Clerk**

6

7                                                            **By:   /s/ JW Chambers**
                                                                   **Elizabeth Garcia**
8                                                                  **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28