IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Corcept Therapeutics, Inc., et al., | NO. C 07-03795 JW |
| Plaintiffs, v. | **ORDER CONTINUING HEARING ON MOTION; CONTINUING CASE MANAGEMENT CONFERENCE** |
| Anthony Rothschild, | |
| Defendant. _____/ | |

In light of the parties' scheduled mediation on June 11, 2008, the Court continues the hearing on Defendant's Motion to Stay presently scheduled for June 9, 2008 and the Case Management Conference presently scheduled for May 5, 2008. The Court continues the hearing and conference to **June 16, 2008 at 9 a.m. and 10 a.m.**, respectively. The parties need not file another Joint Case Management Statement unless the status of the case changes due to the mediation. An updated Joint Statement shall be file on or before **June 13, 2008** before noon.

Dated: April 30, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christine S. Watson cwatson@carrferrell.com
Robert A. Bleicher robert.bleicher@hklaw.com
Shelley Gershon Hurwitz shelley.hurwitz@hklaw.com
Stuart C. Clark sclark@carrferrell.com

**Dated:  April 30, 2008**                              **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**