UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
2008 APR 29 PM 3:33
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

April 21, 2008

08-15967

**CASE INFORMATION:**
Short Case Title: <u>CORCEPT THERAPEUTICS, INC., ET AL</u>-v-<u>ANTHONY ROTHSCHILD</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: **San Jose Division, Judge James Ware**
Criminal and/or Civil Case No.: <u>CV 07-03795 JW</u>
Date Complaint/Indictment/Petition Filed: <u>7/24/07</u>
Date Appealed order/judgment entered 3/31/08
Date NOA filed 4/16/08
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):  ☐ granted in full (attach order)        ☐ denied in full (send record)
                         ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: <u>Irene Rodriguez (408) 947-8160</u>
*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>4/16/08</u>              Date Docket Fee Billed:
Date FP granted:                                  Date FP denied:
Is FP pending? ☐ yes ☐ no                                         Was FP limited ☐?
                                                                  Revoked ☐?

US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:
*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Robert A. Bleicher | Christine S. Watson |
| Holland & Knight LLP | Carr & Ferrell LLP |
| 50 California Street | 2200 Geng Road |
| Suite 2800 | Palo Alto, Calif., 94303 |
| San Francisco, CA 94111 | (650) 812-3400 |
| 415/743-6900 | |
| Fax: 415-743-6910 | |
| Email: robert.bleicher@hklaw.com | |

☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 23 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC.; JOSEPH K. BELANOFF, an individual; ALAN F. SCHATZBERG, an individual, <br><br> Plaintiffs - Appellees <br><br> v. <br><br> ANTHONY ROTHSCHILD, an individual, <br><br> Defendant - Appellant | No. 08-15967 <br> D.C. No. 5:07-cv-03795-JW <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

| | |
|---|---|
| **Mon., April 28, 2008** | Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a); |
| **Tue., May 6, 2008** | Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b); |
| **Fri., May 16, 2008** | Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1; |
| **Mon., June 16, 2008** | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1; |
| **Fri., August 1, 2008** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |

**Mon., September 1, 2008**   The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gerald Rosen
Deputy Clerk