STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ANTHONY ROTHSCHILD,<br><br>　　　　Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**DECLARATION OF STUART CLARK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ROTHSCHILD'S MOTION TO STAY PENDING THE DISPOSITION OF ROTHSCHILD'S APPEAL TO THE NINTH CIRCUIT**<br><br>Date:　　June 16, 2008<br>Time:　　9.00 a.m.<br>Place:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. James Ware |

I, the undersigned, STUART C. CLARK, declare as follows:

1.　　I am an attorney admitted to practice before this Court and all of the courts of the State of California. I am a member of the firm of Carr & Ferrell LLP, the attorneys of record for plaintiffs Corcept Therapeutics, Inc., Joseph K. Belanoff, and Alan F. Schatzberg ("Plaintiffs"). The facts set out herein are within my personal knowledge, or are based on documents in my possession and other information to which I have access in the course of my duties. If called upon to do so I could and would testify to the truth thereof.

2.　　Defendant Anthony Rothschild ("Rothschild") has in the course of discovery produced two insurance policies, namely: (a) a United Educators general liability policy under

{00312962v1}　　　　-1-
Declaration of Stuart Clark in Support of Plaintiffs' Opposition to Rothschild's Motion to Stay
Pending the Disposition of Rothschild's Appeal to the 9th Circuit (Case No. C07-03795 JW (RS))

1 which the insured is the University of Massachusetts and the limits of liability are $1 million per
2 occurrence with an aggregate limit of $3 million; and (b) a Citizens Insurance Company of America
3 homeowners policy under which he is the insured and the personal liability limits are $400,000 for
4 each occurrence.  The actual policy documents are not being attached to this declaration to avoid
5 violating any privacy interests, but will be made available at the hearing, if needed.

  3. Counsel for Rothschild has informed me that Rothschild is being indemnified by an insurer, but I did not inquire whether Rothschild is being indemnified by one or both of the insurers referred to in the preceding paragraph.

  4. The United Educators policy provides that the insurer "has the right and duty to defend lawsuits covered by this Policy even if groundless, false or fraudulent . . .," and further provides that defense costs are payable in addition to the limit of liability.  The Citizens Insurance Company Policy similarly provides that the insurer will "provide a defense at our expense by counsel of our choice, even if the suit is groundless false or fraudulent."

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed at Palo Alto, California, this May 23, 2008.

_____
STUART C. CLARK

{00312962v1}    -2-
Declaration of Stuart Clark in Support of Plaintiffs' Opposition to Rothschild's Motion to Stay
Pending the Disposition of Rothschild's Appeal to the 9th Circuit (Case No. C07-03795 JW (RS))