STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ROTHSCHILD'S MOTION TO STAY PENDING THE DISPOSITION OF ROTHSCHILD'S APPEAL TO THE NINTH CIRCUIT**<br><br>Date:   June 16, 2008<br>Time:  9.00 a.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. James Ware |
|---|---|

Plaintiffs Corcept Therapeutics, Inc., Joseph K. Belanoff, and Alan F. Schatzberg ("Plaintiffs") request that the Court take judicial notice, pursuant to Fed.R.Evid. 201, of the following documents in connection with plaintiffs' opposition to defendant Anthony Rothschild's ("Rothschild") Motion to Stay Proceedings:

    1.    Plaintiffs' Opposition to Rothschild's Motion to Dismiss for Alleged Lack of Personal Jurisdiction; filed in this action on October 29, 2007 (Docket No. 59), attached hereto as Exhibit "A";

    2.    Plaintiffs' Opposition to Defendant Anthony Rothshild's Special Motion to Strike Pursuant to California's Strategic Lawsuit Against Public Participation (Anti-SLAPP) Statute; filed in this action on October 29, 2007 (Docket No. 65), attached

{00312408v1}                                    -1-
Request for Judicial Notice in Support of Plaintiffs' Opposition to Rothschild's Motion to Stay
Pending the Disposition of Rothschild's Appeal to the 9th Circuit (Case No. C07-03795 JW (RS))

1         hereto as Exhibit "B";

2    3.    Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's Motions to Dismiss and for Change of Venue, and Exhibits "B" through "H" and "L" thereto; filed in this action on October 29, 2007 (Docket No. 66), attached hereto as Exhibit "C"; and

6    4.    Declaration of Stuart Clark in Support of Plaintiffs' Opposition to Rothschild's Motions to Dismiss and for Change of Venue; filed in this action on October 29, 2007 (Docket No. 70); and redacted Exhibit "A" thereto; filed under seal in this action on October 30, 2007 (Docket No. 89); attached hereto as Exhibit "D."

11 Dated: May 23, 2008                  CARR & FERRELL *LLP*

By: /s/ Stuart Clark
STUART C. CLARK
CHRISTINE S. WATSON

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG