STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**DECLARATION OF JOSEPH BELANOFF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ROTHSCHILD'S MOTIONS TO DISMISS AND FOR CHANGE OF VENUE**<br><br>Date:    November 19, 2007<br>Time:    9.00 a.m.<br>Court:   Courtroom 8<br>Judge:   Hon James Ware |

I, the undersigned, JOSEPH K. BELANOFF, declare as follows:

1.      I am a plaintiff in this action.  I am also a co-founder of plaintiff Corcept, Inc. ("Corcept"), the CEO and a director of that company, and a shareholder.  Unless otherwise indicated, the facts set out herein are within my personal knowledge, and if called upon to do so I could and would testify to the truth thereof.

2.      Corcept is a Delaware corporation that was founded by David Singer, Dr. Alan Schatzberg ("Schatzberg") and me, and incorporated in May, 1998.  Corcept has its principal place of business in Menlo Park, California.  Since its inception Corcept has been developing its lead product, Corlux®, for the treatment of the psychotic features of psychotic depression.  This

{00266151v1}                                        -1-
Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

1   development work is taking place under an exclusive license from Stanford University of the

2   invention under U. S. Patent 6,150,349 (the "'349 patent"), on which Schatzberg and I are the

3   named inventors.  The United States Food and Drug Administration ("FDA") has granted "fast

4   track" status to evaluate the safety and efficacy of Corlux® for the treatment of the psychotic

5   features of psychotic depression.  Corlux®'s active ingredient is mifepristone, which is also the

6   main ingredient in RU-486, the drug used to terminate early pregnancy.  Mifepristone also acts to

7   block the low affinity cortisol receptor in the brain.  Corcept believes that Corlux® will be able to

8   treat the psychotic features of psychotic depression more quickly and effectively and with fewer

9   side effects than is possible with currently available treatments.

10          3.      Corcept was funded in 1999.  One of Corcept's initial activities after being funded

11  was to conduct early stage clinical trials of Corlux®.  In late 1999 I hired defendant Anthony

12  Rothschild ("Rothschild") as an investigator running one of the sites (at the University of

13  Massachusetts Medical School) for a clinical trial.  On the successful completion of the trial,

14  Corcept hired Rothschild as a consultant to help with the design of the follow up clinical trials, and

15  Rothschild later co-authored (with me and other investigators involved in the first phase trials) an

16  article on the findings entitled "An Open Label Trial of C-1073 (Mifepristone) for Psychotic Major

17  Depression," a copy of which is attached as Exhibit "L" to this declaration.

18          4.      On December 28, 2001, while Corcept was in the final stages of preparing an initial

19  public offering ("IPO"), Rothschild called me to complain that he had not been given any shares of

20  Corcept stock.  He told me that "everyone's getting rich but me."  Rothschild then told me that he

21  had learned of the number of shares owned by founders and others from a filing in connection with

22  the IPO and emailed to me the pages of stock ownership from Corcept's public filing.  Rothschild

23  warned me in the course of the conversation that Corcept "didn't want [him] as an enemy."  I

24  agreed to talk to Schatzberg and the board about Rothschild's complaint.  Eventually Corcept

25  offered through Schatzberg, and Rothschild accepted, options on 30,000 shares of stock, and a

26  position on Corcept's Scientific Advisory Board, to resolve this dispute.  However, after the options

27  had been authorized, but before Rothschild received them, Rothschild through his attorney

28  followed up on his December 28, 2001 telephone call by writing to Corcept and Corcept's

Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

1  underwriter demanding that Rothschild should receive recognition as a co-inventor (in addition to

2  Schatzberg and me) on the '349 patent.  This demand was made as Corcept was still in the final

3  stages of its IPO process.  Market conditions caused Corcept to eventually withdraw its S-1 filing,

4  and Corcept did not successfully complete its IPO until 2004.  Attached as Exhibit "A" is a copy of

5  a letter dated April 1, 2002, of which I obtained a copy at the time it was received, which was

6  addressed to counsel for Corcept by counsel for Rothschild in connection with Rothschild's claim

7  to be entitled to recognition as an inventor on the '349 patent.

8        5.      Corcept rejected Rothschild's claim to co-inventorship.  Immediately following that

9  rejection, and until October, 2003, Schatzberg and I were subjected to anonymous harassment of

10  various kinds including, in my case, a hoax telephone message that I received when I arrived at my

11  hotel in Boca Raton, Florida where I had traveled to speak at the annual New Clinical Drug

12  Evaluation Unit conference.  On arrival I was given a message to "call Dr. Blenko at the hospital –

13  there's been an emergency."  Dr. Blenko is my wife, and after receipt of the message I spent an

14  anxious couple of hours attempting to contact her, in the belief that something terrible had

15  happened to one of our children.

16        6.      In the latter part of 2003 McLean Hospital also asserted a claim that Rothschild was

17  entitled to be recognized as a co-inventor on the '349 patent.  This claim was asserted against

18  Stanford as patentee, and arbitrated.  The dispute was resolved in Stanford's favor by an arbitration

19  award issued on January 24, 2005, which found that Rothschild had no right to be reflected as a co-

20  inventor.

21        7.      Immediately following the arbitration victory by Stanford, a series of postings on

22  the Internet of defamatory statements under the names "corceptisafraud" and "stanfordinsider"

23  started appearing.  Attached as Exhibits "B" through "G" are true copies of those postings, which I

24  recognize as copies of the postings that I reviewed shortly after they were made.  All of those

25  postings are still viewable on the Yahoo website as of the date of this declaration.  Also attached, as

26  Exhibit "H," is a copy of a letter dated April 1, 2005 that I sent to Yahoo complaining about

27  another posting, on March 17, 2005, under the name "corceptisafraud," the text of which posting is

28  set out in the exhibit.  That posting was removed by Yahoo from its website in response to the

1    complaint from me in Exhibit "H." I also complained to Yahoo about the postings in Exhibits "E"

2    and "F". However, Yahoo did not remove the postings in Exhibits "E" and "F" in response to my

3    subsequent complaints.

4         8.    I was the co-author, along with Charles DeBattista and others of a manuscript

5    entitled "C-1073 (Mifepristone) vs. Placebo in the Treatment-as-Usual of Patients with Psychotic

6    Major Depression" (the "DeBattista manuscript"). This manuscript related to the second phase of

7    the clinical trials – discussed above – in which Rothschild participated as a paid consultant for

8    Corcept in their preparation and later as an actual investigator in the trial. (When he agreed to join

9    Corcept's Scientific Advisory Board, Corcept removed Rothschild as an investigator because of the

10   obvious financial and ethical conflict of interest). The manuscript was submitted to the Journal

11   Biological Psychiatry for publication. Surprisingly, the manuscript was not published, and no

12   specific explanation was given for the non-publication. In the course of discovery from Rothschild

13   in this case, however, it was determined from documents that he produced that he had written a

14   scathing review of the manuscript, attacking its statistical methods and analysis, and purported lack

15   of mention of some of the authors' financial interests in Corcept. Among other comments

16   Rothschild stated that "[t]he paper illustrates some of the worst kind of 'data mining' that I have

17   seen in a long time and is the type of paper that gives both the pharmaceutical industry and the

18   Journals that publish this kind of paper a bad name." At no time did Rothschild reveal to the

19   Journal's editors his very clear conflict of interest and bias.

20        9.    On September 6, 2005 I was subjected to another event of harassment similar to that

21   described in paragraph 5, above. On this occasion I arrived at the Four Seasons Hotel in Boston,

22   where I had a reservation for the night of September 6, 2005, to speak at an investor's conference

23   which was advertised on Corcept's web site. When I arrived at the hotel and attempted to check in,

24   I was told that my reservation had been cancelled. As appears from the telephone records which

25   are Exhibit "A" to the declaration of Stuart Clark filed contemporaneously with this declaration, on

26   September 6, 2005 Rothschild called the Four Seasons Hotel in Boston.

27        10.   It is not true, as alleged by stanfordinsider in the October 28, 2005 posting about

28   "Study 06," that there were "4 Cardiac-related deaths in trial." The true facts are that there were

1   four deaths from natural causes (not from a "rise in cortisol in periphery after blockade of central

2   cortisol receptor") in an earlier trial, in which Rothschild was an investigator. That these deaths

3   had occurred was not a matter of public knowledge, and the fact that stanfordinsider knew of them

4   is another indicator that stanfordinsider is Rothschild. Three of the deaths were of participants

5   who did not receive mifepristone, and the other was as a result of cardiac arrest that was unrelated

6   to the ingestion of mifepristone. Given that the sample group of participants consisted of many

7   with serious medical illnesses, these deaths were unfortunate but not surprising. Making the

8   allegation that four deaths had occurred in the ongoing Study 06 was extremely damaging to

9   Corcept, since it placed into question the safety of Corcept's sole medicine, at a early time in a

10   pivotal study with ongoing patient recruitment. Moreover the posting may have adversely affected

11   recruitment of participants in the study; because patient recruitment objectives could not be met, the

12   conclusion of the study was delayed by about six months, increasing the cost of the study by over a

13   million dollars.

14        11.    Within a matter of days after this action was filed, no further postings under the

15   names of corceptisafraud or stanfordinsider appeared on the Yahoo message boards or anywhere

16   else of which I am aware.

17        12.    Corcept is a small, NASDAQ-listed (under "CORT"), publicly traded corporation,

18   and it currently has 11 employees. Corcept does not yet have any revenue from operations – its

19   revenues are (and have to date been) limited to reimbursement of certain research expenses. For

20   the first half of 2007 those revenues amounted to $482,000. The largest individual investors in

21   Corcept are Paperboy Ventures (located in Washington D.C.), Sutter Hill Ventures (located in

22   Menlo Park, California), and Alta partners (located in San Francisco, California). As of April 2007

23   Corcept had approximately 94 stockholders of record, and that number has not changed

24   significantly since that time. However, because many of Corcept's shares of common stock are

25   held by brokers and other institutions of behalf of stockholders I am unable to estimate the total

26   number of beneficial stockholders. About eighty-five percent (85%) of Corcept's outstanding

27   shares are controlled by officers, directors and affiliates, and most of those shareholders live and/or

28   work in California, and in the Bay Area in particular. Thus, any injury to Corcept has a particular

{00266151v1}                                     -5-
Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

1    impact and focus on California in general, and the Bay Area in particular.

2        13.    Attached as Exhibit "I" is a copy of a press release issued by Corcept on March 19,

3    2007. The statements in that press release are true, and accurately describe the fact that Study 06

4    met the predefined threshold concentration endpoint described in paragraph 3 of the release. The

5    study referred to in the press release confirmed a similar finding in Study 07 that at higher plasma

6    levels the drug candidate is able to demonstrate desired clinical effects. Thus, even though it

7    became apparent during 2006 that Corcept's clinical trials did not meet their primary endpoints, the

8    trials did nevertheless show a significant benefit on the primary endpoint and several secondary

9    endpoints on psychotic symptoms in patients who achieved a higher plasma level of Corlux.

10        14.    Between February, 2004 and September 25, 2007 Corcept has issued fifty-nine

11    (59) press releases, of which 25 had been issued at the time that Rothschild made his last posting on

12    November 4, 2005. These press releases covered a variety of subjects relating generally to the

13    progress of the corporation, e.g. the initial and subsequent placement of shares, reports on clinical

14    trials and FDA-related matters, participation in medical conferences, financial performance, board

15    and staff appointments and/or resignations, etc. No press release has commented on or otherwise

16    responded to the Yahoo message board postings that are at issue in this case. A list of Corcept's

17    press releases, indicating the subject matter of each, is attached as Exhibit "J".

18        15.    The last Yahoo message board posting that is at issue in this case, i.e. the November

19    4, 2005 posting, was number 281. A true copy of the postings that I downloaded from the Yahoo

20    message board is attached as Exhibit "K".

21        16.    Corcept's CORLUX® product is not yet on the market, and is at an early stage in

22    the FDA approval process. Under the circumstances the CORLUX® product is unlikely to be

23    available on the market until sometime during 2011.

24        17.    Attached as Exhibit "L" is a copy of the paper entitled "An Open Label Trial of C-

25    1073 (Mifepristone) for Psychotic Major Depression," which was authored by Rothschild and me,

26    and others.

27        18.    Attached as Exhibit "M" is a copy of the abstract of a paper of August, 2004 by

28    Young, et al. entitled "Improvements in Neurocognitive Function and Mood Following Adjunctive

{00266151v1}                                    -6-
_____
Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

1    Treatment With Mifepristone (RU-486) In Bipolar Disorder." Abstracts of this kind published by

2    PubMed are, in my personal experience, typically a reliable indication of the substance and findings

3    of the papers that they are abstracts of.

4          19.    Attached as Exhibit "N" is a copy of the abstract of a paper of May, 2005 by

5    Simpson, et al. entitled "An 8-week Open-label Trial of 6-day Course of Mifepristone for the

6    Treatment of Psychotic Depression."

7          20.    Attached as Exhibit "O" is a copy of a poster by Charles DeBattista, myself, and

8    other entitled "A Double Blind, Placebo Controlled trial of Mifepristone (Corlux)® in the

9    Treatment of Psychotic Major Depression," which was published in June, 2004 in the abstract book

10    at the New Clinical Drug Evaluation Unit ("NCDEU") annual meeting. That poster accurately

11    noted the conclusions that a 7-day course of mifepristone (Corlux) appears to rapidly and

12    significantly reduce symptoms in psychotic major depression, and that the effects of the drug

13    appear to be sustained for at least 3 weeks after the drug is stopped.

14          21.    Attached as Exhibit "P" is a copy of the manuscript entitled "C-1073 (Mifepristone)

15    vs. Placebo in the Treatment-as-Usual of Patients with Psychotic Major Depression" which is

16    referred to in paragraph 8, above, as the "DeBattista manuscript."

17          22.    Dr. Alan Schatzberg and I are, I believe, well-respected physicians in the Silicon-

18    Valley and national medical communities, and in particular in the Stanford University Hospital

19    community and among the leaders of the psychiatric profession. However I am not well-known

20    outside of those communities and to the general public.

21          23.    Other than in these proceedings, Corcept has never sued anyone who might arguably

22    be regarded as a "critic" of plaintiffs. I am not aware of any statement made by Rothschild, under

23    his own name, in which he has publicly criticized Corcept or Schatzberg or me. I did, however,

24    long suspect that Rothschild was responsible for the defamatory Yahoo message board postings and

25    other harassment that forms the basis for this action, even before proof of his involvement was

26    discovered.

27

28        I declare under penalty of perjury under the laws of the United States of America that the

{00266151v1}                    -7-
Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

1  foregoing is true and correct.

2      Executed at Palo Alto, California, this October 29 , 2007.

3



4                                                    _____

5                                                          JOSEPH BELANOFF

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Joseph Belanoff in Support of Plaintiffs' Opposition to Rothschild's
Motions to Dismiss and for Change of Venue (Case No. C07-03795 JW (RS))

Yahoo! CORT

Yahoo!  My Yahoo!  Mail

 FINANCE **Sign In**
Message Boards
New User? Sign Up

Search the Web  [Search]

Message Boards Home – Help

  

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

Options · Edit Public Profile

## Yahoo! Message Boards: CORT

Add to My Yahoo

< Previous | Next > | [ First | Last | Msg List ] Msg #: [    ] [Go] 📝Reply

**Recommend this Post**                    Ignore this User | Report Abuse

### Re: Update from Grand Rounds
by: stanfordinsider

11/04/05 11:35 am
Msg: 281 of 283

Sorry I was not clear. The Organon drug is a cortisol-receptor antagonist but does not block progesterone like Corcept's RU-486 drug. Hence there are no concerns about giving it to pregnant women and it does not have the political controversy that surrounds RU-486. The Organon drug will be in direct competition with the Corcept drug. It has a similar mechanism, without the side effect and political baggage.

Posted as a reply to: Msg 279 by clarksterh

**Message Thread** [ View ]                    **Profanity filter is Off** [ Turn On ]

< Previous | Next > | [ First | Last | Msg List ] Msg #: [    ] [Go] 📝Reply

[                    ] [Search]

◉ All  ○ Subject  ○ Message Text  ○ Authors

ADVERTISEMENT



PICK UP SHAKIRA
AND OVER A MILLION MORE SONGS.

THIS IS HUGE.

▶ TRY IT FREE

**CORT Snapshot**
CORT 8-Nov 12:04pm (C)Yahoo
4.62
4.60
4.58
4.56
      10am    12pm    2pm    4pm

CORT  4.62  +0.02  +0.43%    [Get Quotes]

Delayed data
providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.



COR 00001

Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

COR 00002



Yahoo!  My Yahoo!  Mail

**YAHOO!** FINANCE
Message Boards

**Sign In**
New User? Sign Up

Search
the Web

[ Search ]

Message Boards Home - Help





Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > **CORT (Corcept Therapeutics Inco)**

## Yahoo! Message Boards: CORT

Options - Edit Public Profile

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #: [_____] [Go] 📝Reply

**Recommend this Post**                    Ignore this User | Report Abuse

**Update from Grand Rounds**              10/28/05 03:51 pm
by: stanfordinsider                        Msg: 278 of 279

Study 06 has recruited 140 patients. Target=440. Sites not recruiting have been terminated. Trying to bring new sites online.

4 Cardiac-related deaths in trial. Believed to be secondary to rise in cortisol in periphery after blockade of central cortisol receptor.

Trial of Organon's cortisol-recptor antagonist going better.

**Message Thread** [ View ]                    **Profanity filter is Off** [ Turn On ]

< Previous | Next > [ First | Last | Msg List ] Msg #: [_____] [Go] 📝Reply.

[_____] [ Search ]

◉ All  ○ Subject  ○ Message Text  ○ Authors

ADVERTISEMENT

Cameras        MP3 Players        S

Cell Phones        Handbags        La

**CORT Snapshot**
CORT 31-Oct 10:37am (C)Yahoo
5.000
4.995
4.990
4.985
  10am    12pm    2pm    4pm
CORT 4.99 +0.00 +0.00%
[ Get Quotes ]
Delayed data
providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

EXHIBIT ___C___

Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

Yahoo!   My Yahoo!   Mail

**YAHOO!** FINANCE
Message Boards

Sign In
New User? Sign Up

Search
the Web          [ Search ]

Message Boards Home · Help






Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

## Yahoo! Message Boards: CORT

Options · Edit Public Profile

 Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ]  Msg #: [____] Go ✎📝Reply

**Recommend this Post**          Ignore this User | Report Abuse

### The inside story          10/17/05 01:22 pm
by: stanfordinsider          Msg: 271 of 283

ADVERTISEMENT

FIND THE BALL

**YAHOO!**

I worry about my position here at Stanford since it is becoming clear to me that charlie robb is within Corcept (most likely Schatzberg or Belanoff). The word here at Stanford is that the Dean of the medical school has hired an outside expert panel to review Schatzberg's use of his Psychiatry Chair position at Stanford to promote Corcept's drug. My guess is the SEC will soon follow. Most of the Psychiatric community believes the drug doesn't work and is not practical; it is unlikely the FDA will ever approve it. The Corcept founders realize this and despite their public endorsements regarding the wonders of RU-486 have been selling since the IPO (or have been having their proxy friends and family selling).

**CORT Snapshot**

CORT 14-Nov 2:39pm (C)Yahoo

4.86
4.84
4.82
4.80
      10am   12pm    2pm    4pm

CORT 4.85 +0.03 +0.62%

[ Get Quotes ]

Delayed data
providers · disclaimer

**Message Thread** [ View ]          **Profanity filter is Off** [ Turn On ]

< Previous | Next > [ First | Last | Msg List ]  Msg #: [____] Go ✎📝Reply

Symbol Lookup

[_____]  [ Search ]

● All   ○ Subject   ○ Message Text   ○ Authors

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.


EXHIBIT ___D___

Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

COR 00006

 Yahoo!  My Yahoo!  Mail

**YAHOO! FINANCE** Message Boards   **Sign In**  New User? Sign Up

Search the Web   [Search]   Message Boards Home - Help

   

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

## Yahoo! Message Boards: CORT

Options - Edit Public Profile

 Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #: [    ] Go  Reply

**Recommend this Post**   Ignore this User   Report Abuse

**The bottom line**   08/23/05 10:43 pm
by: stanfordinsider   Msg: 230 of 283

ADVERTISEMENT
FIND THE HIDDEN WORD.
1) MONKEY
YAHOO!

I agree with Shockman. The insiders in Corcept know the data, have seen the data. The CEO is a Psychiatrist. He has been selling the shares as fast as he can. The CEO and the company create press releases to raise the price of the stock and then sell on the news. It strikes me as fraudulent.

**Message Thread** [ View ]   **Profanity filter is Off** [ Turn On ]

< Previous | Next > [ First | Last | Msg List ] Msg #: [    ] Go  Reply

[    ] [Search]   ⦿ All  ◯ Subject  ◯ Message Text  ◯ Authors

**CORT Snapshot**
CORT 14-Nov 2:39pm (C)Yahoo
CORT 4.85 +0.03 +0.62%
[Get Quotes]
Delayed data providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes Profile, Reports, Research, more...
Get Streaming Real-Time Quotes with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

EXHIBIT   E

Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

COR 00008

Yahoo!   My Yahoo!   Mail



**YAHOO!** FINANCE **Sign In**
Message Boards   New User? Sign Up

Search
the Web                    [ Search ]

Message Boards Home – Help

   

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > CORT (Corcept Therapeutics Inco)

## Yahoo! Message Boards: CORT

Options – Edit Public Profile

 Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ]  Msg #: [_____] [ Go ] Reply

**Recommend this Post**                        Ignore this User | Report Abuse

**A Practicing**                                07/24/05 10:07 am
**Psychiatrist speaks**                         Msg: 158 of 283
by: corceptisafraud

ADVERTISEMENT

THE SHORTEST DISTAN
BETWEEN SEARCH AND

YAH
SE

Don't waste your money buying this stock. Even if the FDA approves
this drug (and the data suggests that this is unlikely-see Rubin and
Carroll's review of the data at American College of
Neuropsychopharmacology Annual Meeting December, 2004,) I will
never use it. Providing ECT to seriously depressed patients is an
effective proven treatment and is a substantial portion of my and
many other psychiatrist's income. It is highly unlikely I will refer
these patients away to take RU-486.

**Message Thread** [ View ]                **Profanity filter is Off** [ Turn On ]

< Previous | Next > [ First | Last | Msg List ]  Msg #: [_____] [ Go ] Reply

( ● ) All  ( ○ ) Subject  ( ○ ) Message Text  ( ○ ) Authors   [ Search ]

CORT Snapshot
CORT 14-Nov 2:39pm (C)Yahoo
4.86
4.84
4.82
4.80
     10am    12pm    2pm    4pm
CORT 4.85 +0.03 +0.62%

[ Get Quotes ]

Delayed data
providers – disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research,
and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read
our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

EXHIBIT   F

COR 00009

Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

COR 00010

Yahoo!  My Yahoo!  Mail

 **FINANCE** Message Boards

**Sign In**
New User? Sign Up

Search the Web    [ Search ]

Message Boards Home – Help

   

Top > Business & Finance > Investments > Sectors > Healthcare > Biotechnology and Drugs > **CORT (Corcept Therapeutics Inco)**

## Yahoo! Message Boards: CORT

Options – Edit Public Profile

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #: [_____] [ Go ] 🖉 Reply

**Recommend this Post**                   **Ignore this User | Report Abuse**

**Contact info for Dr. Robert T Rubin**
by: corceptisafraud
Long-Term Sentiment:
**Strong Sell**

03/18/05 05:14 pm
Msg: 112 of 283

ADVERTISEMENT

To obtain a copy of the poster which was presented at the American College of Neuropsychopharmacology (which re-analyzed all the data from Corcept and showed that Corcept's drug, RU-486, has no efficacy at all for psychotic depression) contact:

Dr. Robert T. Rubin
Phone: (412) 359-3235
Email: rubin@wpahs.org

**Message Thread** [ View ]          **Profanity filter is Off** [ Turn On ]

< Previous | Next > [ First | Last | Msg List ] Msg #: [_____] [ Go ] 🖉 Reply

[ Search ]

◉ All  ○ Subject  ○ Message Text  ○ Authors

**CORT Snapshot**
CORT 14–Nov 2:39pm (C)Yahoo
4.86
4.84
4.82
4.80
   10am  12pm  2pm  4pm

CORT 4.85 +0.03 +0.62%

[ Get Quotes ]
Delayed data
providers – disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mes
Profile, Reports, Research, more...
Get Streaming Real-Time Quotes
with Yahoo! Finance

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.

EXHIBIT ___G___

Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

COR 00012

April 1, 2005

Yahoo! Message Boards Abuse
701 First Ave.
Sunnyvale, CA 94089
Fax: (408) 349-7793

Gentlemen:

As CEO of Corcept Therapeutics, I am writing this letter as the authorized representative of the company to request immediate removal of a false, defamatory and malicious message posted on March 17, 2005. The message is as follows:

**Re: very curious to know**
by: corceptisafraud
Long-Term Sentiment: **Strong Sell** 03/17/05 05:32 pm
Msg: 109 of 114

I feel sorry for all you people who bought Corcept. There is absolutely no scientific evidence that their drug, RU-486, works for psychotic depression or anything else for that matter. At the prestigious American College of Neuropsychopharmacology Annual Meeting in December, 2004, all the Corcept data was re-analyzed by Professor Robert Rubin at Allegheny Hospital in Pennsylvania who reported that RU-486 does not seperate from placebo. You should try and obtain a copy of the Abstract or Poster from the Annual Meeting. Big Pharma will never touch a company like this. Corcept knows all this but is hushing it up. However, that is why Belanoff, Schatzberg, Roe and other insiders are selling despite the stock selling at record lows. They know the drug does not work and will never be proven to work. People who bought stock in Corcept should get a good lawyer and file a class action suit for what appears to be a massive case of fraud. Corcept continues to push the company to investors despite absolutely no evidence that the drug works. In fact, the evidence suggests that it does not.


EXHIBIT ___H___

The message is false and defamatory in many respects. The message falsely asserts that "there is absolutely no scientific evidence that their drug, RU-486, works." This is factually false and defamatory. The assertion that "Corcept knows all this but is hushing it up." is factually false and defamatory. The claim that all of the listed individuals "are selling [their stock] because of the claim of knowledge that Corcept's drug "does not work" is factually false and defamatory. There are other false and malicious statements in this message, but the foregoing are illustrative.

We therefore request that this message be removed immediately wherever it has been posted. We would appreciate your acknowledgement of this request and confirmation that this message has been removed.

Sincerely,

Joseph K. Belanoff, M.D.
Chief Executive Officer

JKB/mb
cc: Sarah O'Dowd, Heller Ehrman

PRIORITY COMMUNICATION

# An Open Label Trial of C-1073 (Mifepristone) for Psychotic Major Depression*

Joseph K. Belanoff, Anthony J. Rothschild, Frederick Cassidy, Charles DeBattista, Etienne-Emile Baulieu, Clifford Schold, and Alan F. Schatzberg

**Background:** *The rationale for treating patients with psychotic major depression (PMD) with glucocorticosteroid receptor (GR) antagonists is explained.*

**Methods:** *Thirty patients with PMD, with Hamilton Rating Scale for Depression (HAMD-21) scores of 18 or greater, were assigned in an open label trial to receive 50 mg, 600 mg, or 1200 mg of mifepristone for 7 days.*

**Results:** *All the subjects completed the protocol; there were no dropouts. Side effects were mild and sporadic. Of 19 subjects in the combined 600- and 1200-mg group, 13 had a 30% or greater decline in their Brief Psychiatric Rating Scale (BPRS) scores, compared with 4 of 11 in the 50-mg group. In the 600- and 1200-mg group, 12 of 19 subjects showed a 50% decline in the BPRS positive symptom subscale, a more sensitive index for the symptoms seen in PMD, compared with 3 of 11 in the 50-mg group; 8 of 19 subjects in the 600- and 1200-mg group had a 50% decline in the HAMD-21, compared with 2 of 11 in the 50-mg group.*

**Conclusions:** *These results suggest that short term use of GR antagonists may be effective in the treatment of psychotic major depression and that further blinded studies are warranted.* Biol Psychiatry 2002;52: 386–392 © 2002 Society of Biological Psychiatry

Key Words: C-1073 Mifepristone, psychotic major depression, cortisol

*See accompanying Commentary, in this issue.

## Introduction

There is strong evidence to support the hypothesis that psychotic major depression (PMD) is a distinct syndrome. Statistically significant differences between psychotic and nonpsychotic major depression have been noted

From Corcept Therapeutics Inc. (JKB), Menlo Park, California; the Department of Psychiatry, University of Massachusetts Medical School (AJR), Worcester, Massachusetts; the Department of Psychiatry, Duke University (FC), John Umstead Hospital, Butner, North Carolina; Department of Psychiatry, Stanford University, (CD, AFS), Stanford, California; Stéroides et Système Nerveux, Institut National de la Santé et de la Recherche Médicale (E-EB), Le Kremlin-Bicêtre Cedex, France; Duke Clinical Research Institute (CS), Durham, North Carolina.

Address reprint requests to Joseph K. Belanoff, M.D., Corcept Therapeutics Inc., 275 Middlefield Road, Suite A, Menlo Park CA 94025.

Received January 7, 2002; revised April 15, 2002; accepted April 17, 2002.

© 2002 Society of Biological Psychiatry

along many axes including presenting features (Charney and Nelson 1981; Coryell et al 1984; Frances et al 1981; Glassman and Roose 1981; Lykouras et al 1986; Nelson and Bowers 1978; Schatzberg and Rothschild 1992), neuropsychologic features (Belanoff 2001; Schatzberg et al 2000), biological features (Nelson and Davis 1997), familial transmission (Leckman et al 1984; Nelson et al 1984), course and outcome (Robinson and Spiker 1985), as well as response to treatment (Anton and Burch 1990; Chan et al 1987; Glassman and Roose 1986; Kantor and Glassman 1977; Nelson and Bowers 1978; Rothschild 1985; Spiker et al 1985).

Many centers have reported specific abnormalities in the hypothalamic-pituitary-adrenal (HPA) axis activity of patients with psychotic depression. Patients with PMD are among those with the highest rates of nonsuppression on the dexamethasone suppression test (DST; Anton 1987; Anton and Burch 1990; Chan et al 1987; Kantor and Glassman 1977; Leckman et al 1984; Nelson and Davis 1997; Nelson et al 1984; Robinson and Spiker 1985; Rothschild 1985; Schatzberg et al 2000; Spiker et al 1985), and many have markedly elevated postdexamethasone cortisol levels. A meta-analysis of 12 studies, with a combined sample size of approximately 1000 depressed patients, indicated that when inpatient status was controlled for, psychosis, but not melancholic symptoms, was associated with increased DST nonsuppression rates (Nelson and Davis 1997). Significant elevation in 24-hour measures of urinary free cortisol levels and plasma adrenocorticotropin hormone (ACTH) have also been observed in patients with PMD (Anton 1987). Patients with nonaffective psychoses, such as schizophrenia, generally do not show a high DST nonsuppression rate (Arana et al 1983; Rothschild et al 1982), but not all studies concur (Muck-Seler et al 1999). We hypothesized a number of years ago that excessive glucocorticosteroid activity resulted in alterations in dopamine metabolism and the development of delusions (Schatzberg et al 1985). More recent data point to glucocorticoid administration causing cognitive deficits in humans and nonhuman primates that mirror impairments in PMD (Lyons 2000; Newcomer et al 1999).

Patients with PMD respond differently to pharmacologic therapies in comparison with patients with nonpsy-

EXHIBIT __L__

388    BIOL PSYCHIATRY
2002;52:386–392

J.K. Belanoff et al

Table 1. Raw Phase II Data by Mifepristone Dose

| Pt. No. | Age | G | Hx | DCE | AD | AP | ADP | N | BPRS0 | BPRS7 | BPRS RESP | POS0 | POS7 | POS RESP | HAM0 | HAM7 | HAM RESP | CGI CH | CORT0 | CORT7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(50 mg)** | | | | | | | | | | | | | | | | | | | | |
| 10-01 | 33 | F | Y | 6 | | | X | | 25 | 27 | N | 2 | 2 | N | 27 | 24 | N | 6 | 15.63 | 11.05 |
| 10-02 | 60 | F | Y | 36 | | | X | | 43 | 31 | N | 12 | 4 | Y | 25 | 17 | N | 2 | 14.28 | 6.05 |
| 10-09 | 32 | F | Y | 2 | | | X | | 32 | 11 | Y | 13 | 0 | N | 24 | 14 | N | 2 | 9.82 | 3.00 |
| 10-15 | 53 | M | N. | 52 | | | X | | 37 | 23 | Y | 15 | 10 | N | 27 | 19 | N | 3 | 8.42 | 9.77 |
| 03-20 | 38 | M | Y | 4 | | | | X | 33 | 14 | Y | 14 | 11 | N | 29 | 8 | Y | 2 | 4.45 | 1.90 |
| 04-21 | 31 | F | Y | 6 | | | X | | 44 | 34 | N | 16 | 11 | N | 34 | 25 | N | 3 | 6.12 | 12.37 |
| 04-22 | 38 | M | ? | 2 | | X | | | 33 | 24 | N | 14 | 11 | N | 22 | 15 | N | 3 | 9.57 | 13.62 |
| 04-28 | 51 | F | Y | 2 | X | | | | 34 | 30 | N | 14 | 11 | N | 19 | 19 | N | 3 | 12.26 | 16.90 |
| 10-30 | 60 | M | N | 18 | | | X | | 47 | 51 | N | 17 | 14 | N | 38 | 28 | N | 4 | 16.84 | 22.34 |
| 02-31 | 40 | M | Y | 26 | | | | X | 30 | 6 | Y | 6 | 0 | Y | 27 | 8 | Y | 1 | 13.14 | 14.23 |
| 04-32 | 29 | F | Y | 8 | | | X | | 27 | 20 | N | 9 | 7 | N | 21 | 14 | N | 3 | 6.36 | 17.89 |
| **(600 mg)** | | | | | | | | | | | | | | | | | | | | |
| 02-04 | 40 | M | Y | 3 | | | | X | 38 | 25 | Y | 9 | 4 | Y | 27 | 21 | N | 2 | 9.13 | 57.68 |
| 04-05 | 23 | F | Y | 5 | | | X | | 41 | 31 | N | 17 | 12 | N | 23 | 4 | Y | 3 | 5.71 | 35.05 |
| 10-11 | 59 | F | Y | 4 | | | X | | 30 | 8 | Y | 6 | 0 | Y | 25 | 6 | Y | 1 | 9.87 | 12.01 |
| 02-14 | 37 | M | Y | 2 | | | X | | 23 | 15 | Y | 4 | 2 | Y | 18 | 9 | Y | 3 | 10.79 | 30.75 |
| 10-18 | 46 | F | ? | 13 | | | X | | 32 | 21 | Y | 5 | 2 | Y | 27 | 15 | N | 2 | 5.89 | 9.67 |
| 03-23 | 25 | F | Y | 2 | | | X | | 33 | 39 | N | 7 | 10 | N | 25 | 29 | N | 2 | 5.99 | 16.82 |
| 04-24 | 45 | F | Y | 1 | | | X | | 35 | 22 | Y | 13 | 10 | N | 20 | 13 | N | 3 | 3.13 | 6.23 |
| 11-27 | 67 | F | Y | 8 | | | X | | 51 | 35 | Y | 10 | 2 | Y | 38 | 22 | N | 3 | 16.89 | 46.22 |
| 10-29 | 31 | F | Y | 4 | | X | | | 30 | 4 | Y | 10 | 0 | Y | 20 | 3 | Y | 1 | 4.16 | >60.00 |
| 02-33 | 58 | M | Y | 4 | | | | X | 45 | 39 | N | 4 | 3 | N | 24 | 12 | Y | 2 | 6.66 | 27.94 |
| **(1200 mg)** | | | | | | | | | | | | | | | | | | | | |
| 10-03 | 56 | F | N | 24 | | | | X | 32 | 13 | Y | 12 | 6 | Y | 19 | 12 | N | 3 | 7.68 | 36.97 |
| 10-07 | 53 | F | Y | 104 | X | | | | 30 | 9 | Y | 13 | 1 | Y | 21 | 7 | Y | 2 | 5.96 | 41.71 |
| 10-10 | 56 | M | ? | 52 | | | X | | 37 | 30 | N | 7 | 4 | N | 31 | 25 | N | 2 | 2.61 | 20.47 |
| 03-12 | 51 | M | Y | 12 | | | | X | 38 | 5 | Y | 13 | 0 | Y | 23 | 6 | Y | 1 | 5.90 | 18.21 |
| 08-16 | 64 | F | Y | 4 | | | X | | 26 | 23 | N | 10 | 6 | N | 18 | 12 | N | 4 | 10.50 | 41.80 |
| 10-19 | 25 | M | Y | 5 | | | X | | 24 | 25 | N | 8 | 4 | Y | 19 | 17 | N | 3 | 7.80 | 3.76 |
| 03-25 | 39 | F | Y | 52 | | | X | | 42 | 28 | Y | 9 | 5 | Y | 21 | 12 | N | 4 | 6.50 | 7.00 |
| 08-26 | 74 | F | Y | 7 | | | X | | 20 | 6 | Y | 4 | 1 | Y | 19 | 8 | Y | 2 | 13.56 | 31.44 |
| 10-34 | 45 | F | Y | 17 | | | X | | 20 | 6 | Y | 4 | 1 | Y | 19 | 8 | Y | 2 | 8.45 | n/a |

Pt. No., patient number (first two digits = site); G, gender (M, male; F, female); Hx, history of psychotic major depression; DCE, duration of current episode of psychotic major depression; AD, antidepressant; AP, antipsychotic; ADP, both antipsychotic and antidepressant; N, neither antipsychotic nor antidepressants; BPRS0, Brief Psychiatric Rating Scale Score at day 0 and day 7 (individual items rated from 0–6); BPRS RESP, "responder" if 1, indicates 30+ % improvement (decline in score); BPRS0 (7), subscale of BPRS (items 4, 11, 12, and 15) day 0 and day 7; POS RESP, "responder" 1 indicates 50+ % decline in Positive Symptom Scale; POS0 (7), Depression Scale at day 0 and day 7; HAM RESP, "responder" if 1, indicates 50%+ decline in HAMD score; CGI /CH, Clinical Global Impression change scores; CORT0 (7), median afternoon cortisol value.

(CGI) scores declined by 33% during mifepristone administration and 8% during placebo administration. In this article, we present additional data supporting the earlier observations that mifepristone rapidly reverses symptoms of PMD and is well tolerated.

## Methods and Materials

The subjects comprised 30 patients who met DSM-IV criteria, by clinician interview, for a diagnosis of major depression with psychotic features and had a HAMD-21 score of 18 or greater (Hamilton 1960). The subjects were randomly assigned to receive 50 mg, 600 mg, or 1200 mg of mifepristone once daily for 7 days. (We chose to use a 50-mg dose because the placebo response rate in PMD is very low. In addition, a 50-mg/day dose does not appear to have significant antiglucocorticoid effects in humans but still has antiprogesterone properties (Gaillard et al 1984). The study was an open-label, inpatient trial. Routine biological and hematologic studies were conducted at day 0, day 7, and day 28, and possible signs of adrenal insufficiency were

390    BIOL PSYCHIATRY
       2002;52:386–392

J.K. Belanoff et al

significant reductions in their psychosis in a week or less: each dose produced roughly equivalent benefits. Although the numbers are small, our data indicate that it made little difference whether patients were taking concomitant medications to experience a clinically meaningful reduction in symptoms, (e.g., 9 of 15 patients on concomitant medications vs. 3 of 4 patients without other medications met response criteria on the BPRS Positive Symptom Subscale.) In addition, three investigators noted that they each had a subject who was recorded as a nonresponder at day 7 but were clinically improved by day 10 (3 days after the last mifepristone dose.) Although our a priori sense was that mifepristone is not predominantly an antidepressant, in this group of patients with PMD, the fact that more than 40% of the subjects taking higher doses had a greater than 50% reduction in their HAM-D scores is noteworthy. Some of the observed effect on depression and psychosis could be carry over effects from their existing medication regimen, but the mean duration of the PMD episode was 17 weeks. Several patients had been on their psychotropic regimen for 1 year or longer. Thus, it is unlikely but possible that the responders experienced a carryover effect in the 7 days of the trial.

Placebo response rates are quite low in PMD, often in the range of 0–10% for 1 week of placebo run-in (Anton and Burch 1990; Glassman et al 1975) and certainly much lower than rates of response we observed in our higher dose groups. A recently presented study (Tollefson 2001) reported a higher placebo response rate in PMD patients, but the high placebo response rate (28%) in this trial is inconsistent with studies published to date. It should also be noted that 50 mg of C-1073 is not a placebo dose. Indeed, it is a biologically active dose on the ovarian cycle (Croxatto et al 1993; Kettel et al 1991, 1996; Ledger et al 1992; Luukkainen et al 1988; Murphy et al 1995a, 1995b; Shoupe et al 1987).

This open-label study supports our previously reported 4-day double-blind study of 600 mg of mifepristone for PMD. It also supports the dramatic reduction in psychosis and depression reported by investigators using mifepristone to treat symptoms secondary to Cushing's disease (Sartor and Cutler 1996).

We hypothesize that the psychosis in PMD is caused by excessive activation of the HPA axis. Actively blocking GR-II receptors in the prefrontal cortex and other areas in the brain with mifepristone may rapidly improve PMD patient's psychosis. Blocking this receptor also causes a rapid rise in cortisol (by blocking the feedback loop), which could downregulate MR. Perhaps this perturbation of the HPA axis causes a resetting of HPA normal rhythm. Additional well-controlled scientific research should test these possibilities. Interestingly, ECT, a mainstay in the treatment of psychotic major depression, creates a similar perturbation of the HPA axis (Mitchell et al 1990; Swartz

and Chen 1985). Mifepristone, of course, is much more specific than ECT, which probably accounts for its more benign side-effect profile. It is also difficult for the patient to receive ECT more than every other day or every third day as the brain becomes more refractory to seizures and side effects, particularly cognitive side effects, increase. Mifepristone can be given daily which, compared with ECT, cuts down on the length between first and last "dosing." At this time, we know little about repeated exposure to mifepristone in patients who relapse. On the other hand, ECT is known to be a safe and effective strategy for some PMD and appears effective in repeated trials. Combination therapy with antipsychotics and antidepressants also appear safe and effective for both acute treatment and in repeated exposures; however, both maintenance ECT and maintenance pharmacotherapy may have a significant side-effect burden for the PMD patient and have a delayed onset of action.

These data, although based on a relatively small number of subjects, raise the possibility that mifepristone, used alone or as an adjunct to antidepressant or antipsychotic medications, appears to substantially improve the psychotic and depressive symptoms seen in psychotic major depression. This finding adds to the growing body of literature indicating that hormonal dysregulation may be causally related to the expression of affective disorders. We are planning to conduct a large, random-assignment, double-blind study of mifepristone in psychotic major depression in the near future.

This study was supported by a grant from Corcept Therapeutics. JKB, AFS, and AJR have a financial interest in Corcept Therapeutics, a pharmaceutical company that is testing antiglucocorticoid treatment for psychiatric disorders. The authors also acknowledge related support from the NIMH (MH50604 and T-32MH19983) the Pritzker fund, and NARSAD.

## References

Ammar S, Alilaire J-F, Lecrubier YM, Widlocher D, Baulieu EE (1986): Letter: Afternoon increase in plasma cortisol in depressed patients receiving an antiglucocorticosteroid in the morning. Am J Psychiatry 143:129–130.

Anton RF (1987): Urinary free cortisol in psychotic depression. Biol Psychiatry 22:24–34.

Anton RF Jr, Burch EA Jr (1990): Amoxapine versus amitriptyline combined with perphenazine in the treatment of psychotic depression. Am J Psychiatry 147:1203–1208.

Arana GW, Barreira PJ, Cohen BM, Lipinski JF, Fogelson D (1983): The dexamethasone suppression test in psychotic disorders. Am J Psychiatry 140:1521–1523.

Avery D, Lubrano A (1979): Depression treated with imipramine and ECT: The DeCarolis study reconsidered. Am J Psychiatry 136:559–562.

392   BIOL PSYCHIATRY
2002;52:386–392

J.K. Belanoff et al

Muck-Seler D, Pivac N, Jakovljevic M, Brzovic Z (1999): Platelet serotonin, plasma cortisol, and dexamethasone suppression test in schizophrenic patients. *Biol Psychiatry* 45:1433–1439.

Murphy A, Kettel LM, Morales AJ, Roberts V, Parmley T, Yen SS (1995a): Endometrial effects of long-term, low dose administration of RU 486. *Fertil Steril* 63:761–766.

Murphy AA, Morales AJ, Kettel LM, Yen SS (1995b): Regression of uterine leiomyomata to the antiprogesterone RU486: Dose-response effect. *Fert Steril* 64:187–190.

Murphy BEP, Filipini D, Ghadirian AM (1993): Possible use of glucocorticoid receptor antagonists in the treatment of major depression: Preliminary results using RU 486. *J Psychiatr Neurosci* 18:209–213.

Nelson C, Bowers MB Jr (1978): Delusional unipolar depression. *Arch Gen Psychiatry* 35:1321–1328.

Nelson JC, Davis JM (1997): DST studies in psychotic depression: A meta-analysis. *Am J Psychiatry* 154:1497–1503.

Nelson WH, Khan A, Orr WW Jr (1984): Delusional depression: Phenomenology, neuroendocrine function, and tricyclic antidepressant response. *J Affect Disord* 6:297–306.

Newcomer JW, Selke G, Melson AK, Hershey T, Craft S, Richards K, Anderson AL (1999): Decreased memory performance in healthy humans induced by stress-level cortisol treatment. *Arch Gen Psychiatry* 56:527–533.

Nieman LK (1993): Uses of mifepristone as a glucocorticoid antagonist. In: Benet LZ, Dorflinger L, Dondaldson MS, Brown SS, editors. *Clinical Applications of Mifepristone (Ru 486 and other Antiprogestins).* Washington, DC: National Academy Press, pp 139–147.

Nieman LK, Chrovsos GP, Kellner C, Spitz IM, Nisula BC, Cutler GB, et al (1985): Successful treatment of Cushing's syndrome with the glucocorticoid antagonist RU 486. *J Clin Endocrinol Metab* (61):536–540.

Nierenberg AA, Farabaugh AH, Alpert JE, Gordon J, Worthington JJ, Rosenbaum JF, et al (2000): Timing of onset of antidepressant response with fluoxetine treatment. *Am J Psychiatry* 157:1423–1427.

Nobler M, Sackeim HA, Moeller J, Prudic J, Petkova E, Waternaux C (1997): Quantifying the speed of symptomatic improvement with electroconvulsive therapy: Comparison of alternative statistical methods. *Convuls Ther* 13:208–221.

Patel PD, Lopez JF, Lyons DM, Burke S, Wallace M, Schatzberg AF (2000): Glucocorticoid and mineralocorticoid receptor mRNA expression in squirrel monkey brain. *J Psychiatr Res* 34:383–392.

Proulx-Ferland Cote L, Philibert D, Deraedt R (1982): Potent antiglucocorticoid activity of RU38486 on ACTH secretion in vitro and in vivo in the rat. *J Steroid Biochem* 17:27.

Robinson DG, Spiker DG (1985): Delusional depression: A one year follow-up. *J Affect Disord* 9:79–83.

Rothschild AJ (1985): Delusional depression: A review of the literature and current perspectives. *McLean Hosp J* 10:68–83.

Rothschild AJ, Phillips KA (1999): Selective serotonin reuptake inhibitors and delusional depression. *Am J Psychiatry* 156:977–978.

Rothschild AJ, Schatzberg A, Rosenbaum AH, Stahl JB, Cole JO (1982): The dexamethasone suppression test as a discriminator among subtypes of psychotic patients. *Am J Psychiatry* 141:471–474.

Sanchez MM, Young LJ, Plotsky PM, Insel TR (2000): Distribution of corticosteroid receptors in the rhesus brain: Relative absence of glucocorticoid receptors in the hippolcampal formation. *J Neurosci* 20:4657–4668.

Sartor O, Cutler GB Jr (1996): Mifepristone: Treatment of Cushing's syndrome. *Clin Obstet Gynecol* 39:506–510.

Schatzberg A, Posener JA, DeBattista C, Kalehzan M, Rothschild AJ, Shear PK (2000): Neuropsychological deficits in psychotic versus nonpsychotic major depression and no mental illness. *Am J Psychiatry* 157:1095–1100.

Schatzberg A, Rothschild AJ, Langlais PJ, Bird ED, Cole JO (1985): A corticosteroid/dopamine hypothesis for psychotic depression and related states. *J Psychiatr Res* 19:57–64.

Schatzberg AF, Rothschild AJ (1992): Psychotic (delusional) major depression: Should it be included as a distinct syndrome in DSM-IV. *Am J Psychiatry* 149:733–745.

Shoupe D, Mishell DR Jr, Lahteenmaki P, Heikinheimo O, Birgerson L, Madkour H, et al (1987): Effects of the antiprogesterone RU 486 in normal women. 1. Single-dose administration in the midluteal phase. *Am J Obstet Gynecol* 157:1415–1420.

Spiker DG, Weiss JC, Dealy RS, et al (1985): The pharmacological treatment of delusional depression. *Am J Psychiatry* 142:430–436.

Swartz C, Chen J-J (1985): Electroconvulsive therapy-induced cortisol release: Changes with depressive state. *Convul Ther* 1:15–21.

Tollefson G (2001): The use of olanzapine-fluoxetine combination in the treatment of major depressive disorder with psychotic features. NIMH Clinical Drug Evaluation Unit Meeting (NCDEU), Phoenix, AZ.

Van der Lely A-J, Foeken K, van der Mast RC, Lamberts SWJ (1991): Rapid reversal of acute psychosis in the Cushing syndrome with the cortisol-receptor antagonist mifepristone (RU 486). *Ann Int Med* 114:143–144.

Wolkowitz OM, Reus VI, Chan T, Manfredi F, Raum W, Johnson R, et al (1999): Antiglucocorticoid treatment of depression: Double-blind ketoconazole. *Biol Psychiatry* 45:1070–1074.

Wolkowitz OM, Reus VI, Manfredi F, Ingbar J, Brizendine L, Weingartner H (1993): Ketoconazole administration in hypercortisolemic depression. *Am J Psychiatry* 150:810–812.

Zanardi R, Franchini L, Gasperini M, Perez J, Smeraldi E (1996): Double-blind controlled trial of sertraline versus paroxetine in the treatment of delusional depression. *Am J Psychiatry* 153:1631–1633.

Zanardi R, Franchini L, Gasperini M, Smeraldi E, Perez J (1997): Long-term treatment of psychotic (delusional) depression with fluvoxamine: An open pilot study. *Int Clin Psychopharmacol* 12:195–197.

Zanardi R, Franchini L, Serretti A, Perez J, Smeraldi E (2000): Venlafaxine versus fluvoxamine in the treatment of delusional depression: A pilot double-blind controlled study. *J Clin Psychiatry* 61:26–29.

**Other Supporting Documents**

5:07-cv-03795-JW Corcept Therapeutics, Inc. et al v. Belanoff et al

ADRMOP, E-Filing, MEDIATION

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available .***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

---

The following transaction was received from by Clark, Stuart entered on 10/29/2007 5:32 PM and filed on 10/29/2007

| | |
|---|---|
| **Case Name:** | Corcept Therapeutics, Inc. et al v. Belanoff et al |
| **Case Number:** | 5:07-cv-3795 |
| **Filer:** | Corcept Therapeutics, Inc. |
| | Joseph K Belanoff |
| | Alan F Schatzberg |
| **Document Number:** | 66 |

**Docket Text:**
Declaration of Joseph Belanoff *in Support of Plaintiffs' Opposition to Rothschild's Motions to Dismiss and for Change of Venue* filed byCorcept Therapeutics, Inc., Joseph K Belanoff, Alan F Schatzberg. (Attachments: # (1) Exhibit "A" through "J"# (2) Exhibit "K" through "P")(Clark, Stuart) (Filed on 10/29/2007)

**5:07-cv-3795 Notice has been electronically mailed to:**

Robert A. Bleicher    robert.bleicher@hklaw.com, beverley.huppert@hklaw.com

Stuart C. Clark    sclark@carrferrell.com, mpeterson@carrferrell.com

Shelley Gershon Hurwitz    shelley.hurwitz@hklaw.com

Christine S. Watson    cwatson@carrferrell.com, mpeterson@carrferrell.com

**5:07-cv-3795 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\DOCUME~1\MPETER~1\LOCALS~1\TEMP\WDGX\CB8\OPEN\0001
\Belanoff Declaration (00266505).PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/29/2007] [FileNumber=3870094-0]
[247880abd58889b400a98b9e0f2223c5e2842f413d4cfa92494caf8087c25da1e118
622beaab6c5e2448b437005fce09be9765390555f110e398508167397fb1]]
**Document description:**Exhibit "A" through "J"
**Original filename:**C:\DOCUME~1\MPETER~1\LOCALS~1\TEMP\WDGX\CB8\OPEN\0001
\Belanoff Declaration, Exhibits A-J (00268141).PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/29/2007] [FileNumber=3870094-1]
[3897f1c8098d40247a9ca7889c08d11c7fdba44f478fe5129f76a63708b7e9d22b39
25574e8fa23eea9a028198ecd567136335939a5dff4cdc2c76fc5a4956b7]]
**Document description:**Exhibit "K" through "P"
**Original filename:**C:\DOCUME~1\MPETER~1\LOCALS~1\TEMP\WDGX\CB8\OPEN\0001
\Belanoff Declaration, Exhibits K-P (00268139).PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/29/2007] [FileNumber=3870094-2]
[175ebde5bc46a850810a6f5e3469054630f272c3d3b91c283754c3f6e495b6f20c9a
493caaf88df4503d784b707f7f6114173d587894addc90f6cf3706850f59]]