1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL LLP
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiffs
   CORCEPT THERAPEUTICS, INC., JOSEPH
7  K. BELANOFF, and ALAN F. SCHATZBERG

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12  CORCEPT THERAPEUTICS, INC.,          CASE NO. C07-03795 JW (RS)
    JOSEPH K. BELANOFF, and
13  ALAN F. SCHATZBERG,                   **DECLARATION OF STUART
                                          CLARK IN SUPPORT OF
14              Plaintiffs,               PLAINTIFFS' OPPOSITION TO
                                          ROTHSCHILD'S MOTIONS TO
15       v.                               DISMISS AND FOR CHANGE
                                          OF VENUE**
16  ANTHONY ROTHSCHILD,
                                          Date:    November 19, 2007
17              Defendant.                Time:    9.00 a.m.
                                          Court:   Courtroom 8
18                                        Judge:   Hon James Ware

19       I, the undersigned, STUART CLARK, declare as follows:

20       1.      I am an attorney admitted to practice before this Court and all of the courts of the

21  State of California.  I am a member of the firm of Carr & Ferrell LLP, the attorneys of record for

22  plaintiffs Corcept Therapeutics, Inc., Joseph Belanoff and Alan Schatzberg ("plaintiffs").  The facts

23  set out herein are within my personal knowledge, or are based on documents in my possession and

24  other information to which I have access in the course of my duties.  If called upon to do so I could

25  and would testify to the truth thereof.

26       2.      This action was initially filed in the Santa Clara County Superior Court on October

27  25, 2005, under Case No. 105CV051322.  At that time plaintiffs were uncertain as to the identity of

28  the person(s) making the postings which formed the basis for the claims asserted, and therefore

1    only Doe defendants were named.  Having conducted certain discovery in the action (including

2    taking the deposition of Rothschild), plaintiffs filed an amended complaint on June 21, 2007,

3    naming Rothschild as the only non-Doe defendant, and adding two causes of action.

4          3.    The original complaint asserted only two causes of action, for defamation, against

5    what was then believed to be the two persons responsible for making defamatory postings on a

6    Yahoo message board under the names of "stanfordinsider" and "corceptisafraud."  Discovery

7    revealed, however, that only one person – Rothschild – was responsible for the postings under both

8    names.  Thus, only Rothschild was named as a defendant in the amended complaint.  The amended

9    complaint also added causes of action for intentional infliction of emotional distress, and

10   interference with prospective business advantage, based on a series of events of harassment which

11   included cancelling hotel reservations and speaking engagements of the individual plaintiffs, crank

12   calls, and other harassment.

13         4.    Attached as Exhibit "A" are true copies of telephone records relating to Rothschild's

14   office telephone ("Dr. Rothschild's telephone records") which were produced in this action by the

15   University of Massachusetts Medical Center in response to a subpoena issued by plaintiffs.  By

16   stipulation of counsel for Rothschild, the authenticity of these documents is admitted.

17         5.    Dr. Rothschild's telephone records reveal that on November 15, 2002, a call was

18   placed from Dr. Rothschild's work telephone number to 212-586-7000 at 12:45 p.m. and Dr.

19   Rothschild's phone was billed for a two minute call.  By means of an Internet search using the

20   "Reverse Phone" feature on Whitepages.com I was able to determine that 212-586-7000 is the

21   telephone number for the Hilton Hotel in New York City.

22         6.    Dr. Rothschild's telephone records reveal that on September 8, 2003, a call was

23   placed from Dr. Rothschild's work telephone number to 212-327-8000 at 10:09 a.m. and Dr.

24   Rothschild's phone was billed for a four minute call.  By using the same method described in the

25   preceding paragraph, I was able to determine that 212-327-8000 is the number of Rockefeller

26   University.

27         7.    Dr. Rothschild's telephone records reveal that on September 8, 2003, immediately

28   after the call referred to in the preceding paragraph, a call was placed from Dr. Rothschild's work

1  telephone number to 212-556-3586 at 10:13 a.m. and Dr. Rothschild's phone was billed for a two

2  minute call.  I called 212-556-3586 and was informed by the person who answered the phone that

3  this is the number for the *New York Times*, Science Section.

4         8.    Dr. Rothschild's telephone records reveal that on September 30, 2003, a call was

5  placed from Dr. Rothschild's work telephone number to 214-648-2564 at 2:33 p.m. and Dr.

6  Rothschild's phone was billed for a one minute call.  I called this number and learned from a

7  recording that this is a number at the University of Texas Southwestern that was no longer in

8  service on the day that I called.  Dr. Rothschild's telephone records also reveal that on September

9  30, 2003 a call was placed from Dr. Rothschild's work telephone number to 650-327-3270 at 14.34

10 p.m., and the phone was billed for a one minute call.  I know that 650-327-3270 is the number of

11 Corcept in Palo Alto.

12        9.    According to his phone records, Rothschild called 202-582-1234 at 3.32 p.m. on

13 October 16, 2003, and was billed for a one minute call.  By calling that number I determined that it

14 is the number of the Grand Hyatt Hotel in Washington DC.

15        10.   Dr. Rothschild's telephone records reveal that on September 6, 2005, a call was

16 placed from Dr. Rothschild's work telephone number to 617-338-4400 at 4.13 p.m. and Dr.

17 Rothschild's phone was billed for a two minute call.  I called this number and the call was

18 answered by a person who identified the number as being that of the Four Seasons Hotel in Boston.

19        11.   Attached as Exhibit "B" is what I am informed and believe is an extract from the

20 materials disseminated as part of the 5th Annual Meeting of the International College of Geriatric

21 Psychoneuropharmacology held in Pittsburgh from November 2-5, 2005.  According to that exhibit,

22 the meeting was held at the Holiday Inn on November 2nd and 3rd, and at the Pittsburgh Athletic

23 Association on November 4th and 5th.  Also attached, as composite Exhibit "C", are true copies of

24 downloads from the Internet showing: (a) the address of the Pittsburgh Athletic Association at 4215

25 Fifth Avenue, Pittsburgh; (b) the address of the Holiday Inn at 100 Lytton Avenue (not street, as

26 stated in Exhibit B), Pittsburgh; and (c) the proximity of the Pittsburgh Athletic Association and the

27 Holiday Inn within less than a city block of each other.

28        12.   Attached, bearing the exhibit letters indicated below, are true copies of exhibits to

1  Rothschild's deposition (the "Rothschild Depo."), and the related testimony authenticating those

2  exhibits:

| Exhibit | Description |
| --- | --- |
| D. | Paper by Posener and others entitled "Process Irregularity Of Cortisol And Adrenocorticotropin Secretion In Men With Major Depressive Disorder." (Exhibit "13 to Rothschild Depo.), and deposition transcript pages 167:14-168:5. |
| E. | Rothschild's review of paper by Posener and others entitled "Process Irregularity Of Cortisol And Adrenocorticotropin Secretion In Men With Major Depressive Disorder."  (Exhibit "15" to Rothschild Depo., and deposition transcript pages 173:14-174:1) |
| F. | Additional excerpts from the Rothschild deposition transcript. |

12      13.      Attached as Exhibit "G" is a true copy of U. S. Patent U.S. Patent 6,150,349 (the

13  "349 patent").

14      14.      Attached as Exhibit "H" is a true copy of a letter and review that were produced by

15  Dr. Rothschild in response to a subpoena addressed to him by the Massachusetts Court pursuant to

16  a commission issued by the Santa Clara County Superior Court.

17      15.      In October 16, 2007, as an exercise, I logged in to the Yahoo message board site for

18  Apple, Inc., at approximately 10.20 a.m. on October 16, 2007.  I discovered that hundreds of

19  postings had been made within the last 24 hours, and that 42 postings had been made *within the last*

20  *hour alone*.

21      I declare under penalty of perjury under the laws of the United States of America that the

22  foregoing is true and correct.

23      Executed at Palo Alto, California, this October      [29]      , 2007.

24

25                                          /s/ Stuart Clark
                                      _____

26                                          STUART C. CLARK

27

28

# Extension Outgoing Calls Details

**Extension Range:** 61027    **To** 61027

**Start Date:** 11/12/02    **End Date:** 11/18/02

Page 1    of 1

Printed Date: 05/12/06 12:34

| Extension | Date | Time | Dialed Number | Route | Duration | Destination | Cost |
|---|---|---|---|---|---|---|---|
| 61027 | Redacted | | Redacted | | Redacted | | Redacted |
| | 11/15/02 | 12:45 | 1  2125867000 | 9 | 2.0 | NEW YORK 1 | |
| | Redacted | | Redacted | | Redacted | | Redacted |
| | | | **Total:** | | Redacted | Redacted | Redacted |

EXHIBIT __A__

COR 00034

# Extension Outgoing Calls Details

Extension Range: 61027    To   61027

Start Date:   05/25/03     End Date:   05/29/03

Page 1    of 1

Printed Date: 05/12/06 12:35

| Extension | Date | Time | Dialed Number | Route | Duration | Destination | Cost |
|---|---|---|---|---|---|---|---|
| 61027 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |

Total:      Redacted    Redacted    Redacted

COR 00035

# Extension Outgoing Calls Details

Extension Range:  61027      To  61027

Start Date:  09/05/03      End Date:  09/11/03

Page 1    of 1

Printed Date: 05/12/06 12:54

| Extension | Date | Time | Dialed Number | Route | Duration | Destination | Cost |
|---|---|---|---|---|---|---|---|
| 61027 | | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | 09/08/03 | 10:09 | 1  2123278000 | 9 | 4.0 | NEW YORK 2 | |
| | 09/08/03 | 10:13 | 1  2125563586 | 9 | 2.0 | NEW YORK 1 | |

Total:                                        Redacted

COR 00036

# Extension Outgoing Calls Details

Extension Range: 61027    To 61027

Start Date: 09/28/03    End Date: 10/03/03

Page 1 of 2

Printed Date: 05/12/06 12:59

| Extension | Date | Time | Dialed Number | Route | Duration | Destination | Cost |
|---|---|---|---|---|---|---|---|
| 61027 | | | | | | | |
| | 09/30/03 | 14:33 | 1 2146482564 | 9 | 1.0 | DALLAS | |
| | 09/30/03 | 14:34 | 1 6503273270 | 9 | 1.0 | PALO ALTO | |

COR 00037

# Extension Outgoing Calls Details

Extension Range: 61027   To 61027

Start Date: 09/28/03   End Date: 10/03/03

| Extension | Date | Time | Dialed Number | Route | Duration | Destination | Cost |
|---|---|---|---|---|---|---|---|
| 61027 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| **Total:** | | | | | Redacted | Redacted | Redacted |

COR 00038

# Extension Outgoing Calls Details

Extension Range:  61027    To  61027

Start Date:  10/15/03    End Date:  10/20/03

| Extension | Date | Time | Dialed Number | Route | Duration | Destination | Cost |
|---|---|---|---|---|---|---|---|
| 61027 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | 10/16/03 | 15:32 | 1 2025821234 | 9 | 4.0 | WASHINGTON | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| **Total:** | | | | | Redacted | Redacted | Redacted |

# Extension Outgoing Calls Details

Extension Range:  61027      To  61027

Start Date:   09/04/05      End Date:   09/08/05

Page  1      of  1

Printed Date: 11/17/06 09:57

| Extension | Date | Time | Dialed Number | Route | Duration | Destination | Cost |
|-----------|------|------|---------------|-------|----------|-------------|------|
| 61027 | Redacted | Redacted Redacted | Redacted | Redacted | Redacted | Redacted Redacted | Redacted |
| | Redacted | Redacted Redacted | Redacted | Redacted | Redacted | Redacted Redacted | Redacted |
| | Redacted | Redacted Redacted | Redacted | Redacted | Redacted | Redacted Redacted | Redacted |
| | Redacted | Redacted Redacted | Redacted | Redacted | Redacted | Redacted Redacted | Redacted |
| | Redacted | Redacted Redacted | Redacted | Redacted | Redacted | Redacted Redacted | Redacted |
| | Redacted | Redacted Redacted | Redacted | Redacted | Redacted | Redacted Redacted | Redacted |
| | Redacted | Redacted Redacted | Redacted | Redacted | Redacted | Redacted Redacted | Redacted |
| | Redacted | Redacted Redacted | Redacted | Redacted | Redacted | Redacted Redacted | Redacted |
| | 09/06/05 | 16:13 | 1  6173384400 | 29 | 2.0 | BOSTON | Redacted |
| | Redacted | Redacted Redacted | Redacted | Redacted | Redacted | Redacted Redacted | Redacted |
| | Redacted | Redacted Redacted | Redacted | Redacted | Redacted | Redacted Redacted | Redacted |
| | Redacted | Redacted Redacted | Redacted | Redacted | Redacted | Redacted Redacted | Redacted |

Total:                     Redacted    Redacted    Redacted

# Extension Outgoing Calls Details

Page 1    of 1

Printed Date: 05/12/06 15:02

**Extension Range:** 61027    **To** 61027

**Start Date:** 11/04/05    **End Date:** 11/08/05

| Extension | Date | Time | Dialed Number | Route | Duration | Destination | Cost |
|---|---|---|---|---|---|---|---|
| 61027 | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
|  | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
|  | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
|  | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
|  | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
|  | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |

**Total:**                    Redacted    Redacted    Redacted

**Other Supporting Documents**

5:07-cv-03795-JW Corcept Therapeutics, Inc. et al v. Belanoff et al

ADRMOP, E-Filing, MEDIATION

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available .***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

---

The following transaction was received from by Clark, Stuart entered on 10/29/2007 7:18 PM and filed on 10/29/2007

**Case Name:**      Corcept Therapeutics, Inc. et al v. Belanoff et al
**Case Number:**    5:07-cv-3795
**Filer:**          Corcept Therapeutics, Inc.
                    Joseph K Belanoff
                    Alan F Schatzberg
**Document Number:** 70

**Docket Text:**
Declaration of Stuart Clark *in Support of Plaintiffs' Opposition to Rothschild's Motions to Dismiss and for Change of Venue* filed byCorcept Therapeutics, Inc., Joseph K Belanoff, Alan F Schatzberg. (Attachments: # (1) Exhibit "A" through "D"# (2) Exhibit "E" through "H")(Clark, Stuart) (Filed on 10/29/2007)

**5:07-cv-3795 Notice has been electronically mailed to:**

Robert A. Bleicher     robert.bleicher@hklaw.com, beverley.huppert@hklaw.com

Stuart C. Clark     sclark@carrferrell.com, mpeterson@carrferrell.com

Shelley Gershon Hurwitz     shelley.hurwitz@hklaw.com

Christine S. Watson    cwatson@carrferrell.com, mpeterson@carrferrell.com

**5:07-cv-3795 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\DOCUME~1\MPETER~1\LOCALS~1\TEMP\WDGX\CB8\OPEN\0001\Clark Declaration (00266487).PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/29/2007] [FileNumber=3870344-0]
[6ae12a98092add772c029040f39924d3e7561a4a1ef47c7f61d8c462ee0a49fb4480
6e01afb78190623761330d1224c789d31d1abc214134087fc5b34b198b04]]
**Document description:**Exhibit "A" through "D"
**Original filename:**C:\DOCUME~1\MPETER~1\LOCALS~1\TEMP\WDGX\CB8\OPEN\0001\Clark Declaration, Exhibits A-D (00266485).PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/29/2007] [FileNumber=3870344-1]
[1b392f72305fd41b893c7981d1179ab30609303e3306ecf89600b87c48043a0e6650
640ee833c867d280b8f2b043545355be401f833f2d7908f1cfd86c091fd1]]
**Document description:**Exhibit "E" through "H"
**Original filename:**C:\DOCUME~1\MPETER~1\LOCALS~1\TEMP\WDGX\CB8\OPEN\0001\Clark Declaration, Exhibits E-H (00266484).PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/29/2007] [FileNumber=3870344-2]
[6506ffae7160799d4738d4e3a4a3830ec093eee45ffdd7d008319288261721ae019b
37f502e24e75710b77492a6ce0bbb2149e75b1596dd99ea976f006444f73]]