Case 5:07-cv-03795-JW   Document 111   Filed 06/11/2008   Page 1 of 2

STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (RS)<br><br>**PLAINTIFFS' EVIDENTIAL OBJECTIONS TO, AND MOTION TO STRIKE, STATEMENTS IN ROTHSCHILD'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY**<br><br>Date:     June 16, 2008<br>Time:    9.00 a.m.<br>Place:    Courtroom 8, 4th Floor<br>Judge:   Hon. James Ware |

Plaintiffs Corcept Therapeutics, Inc., Joseph K. Belanoff, and Alan F. Schatzberg ("Plaintiffs") hereby object to the admissibility of the following portion of defendant Anthony Rothschild's ("Rothschild") Reply Memorandum In Support Of Motion To Stay Pending The Disposition Of Defendant Dr. Anthony Rothschild's Appeal To The Ninth Circuit (the "Reply"):

| Objectionable Content | Grounds for Objection |
|---|---|
| Reply, 4:16-23: Statements with regard to the alleged attitude of "the medical and scientific communities" with regard to the 2002 paper relied on by plaintiffs. | Referenced statements are not supported by any evidence, either by supporting declaration or otherwise. |

{00316762v1}

-1-

Plaintiffs' Evidential Objections to, and Motion to Strike, Statements in Rothschild's
Reply Memorandum in Support of Motion to Stay (Case No. C07-03795 JW (RS))

-2-

1  Plaintiffs accordingly request that the objectionable content be ordered stricken from the
2  record.

3  Dated: June 10, 2008                          CARR & FERRELL LLP

                                                 By: _____
6                                                STUART C. CLARK
                                                 CHRISTINE S. WATSON

7                                                Attorneys for Plaintiffs
                                                 CORCEPT THERAPEUTICS, INC., JOSEPH K.
8                                                BELANOFF, and ALAN F. SCHATZBERG

{00316762v1}
-2-
Plaintiffs' Evidential Objections to, and Motion to Strike, Statements in Rothschild's
Reply Memorandum in Support of Motion to Stay (Case No. C07-03795 JW (RS))