IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Corcept Therapeutics, Inc., et al., | NO. C 07-03795 JW |
|     Plaintiffs,<br>v.<br>Anthony Rothschild,<br>    Defendant. | **ORDER VACATING JUNE 16, 2008 HEARING AND CASE MANAGEMENT CONFERENCE** |

The Court found Defendant's Motion to Stay appropriate for submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the Court VACATES the hearing and Case Management Conference currently set for June 16, 2008. The Court will set further dates in its ruling on Defendant's Motion.

Dated: June 12, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christine S. Watson cwatson@carrferrell.com
Robert A. Bleicher robert.bleicher@hklaw.com
Shelley Gershon Hurwitz shelley.hurwitz@hklaw.com
Stuart C. Clark sclark@carrferrell.com

**Dated:  June 12, 2008**                    **Richard W. Wieking, Clerk**

                                             **By:   /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**