United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Corcept Therapeutics, Inc., et al., | NO. C 07-03795 JW |
| Plaintiffs, | **ORDER VACATING JUNE 16, 2008 HEARING AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| Anthony Rothschild, | |
| Defendant. | |

The Court found Defendant's Motion to Stay appropriate for submission without oral argument.  See Civ. L.R. 7-1(b).  Accordingly, the Court VACATES the hearing and Case Management Conference currently set for June 16, 2008.  The Court will set further dates in its ruling on Defendant's Motion.

Dated:  June 12, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christine S. Watson cwatson@carrferrell.com
Robert A. Bleicher robert.bleicher@hklaw.com
Shelley Gershon Hurwitz shelley.hurwitz@hklaw.com
Stuart C. Clark sclark@carrferrell.com

**Dated: June 12, 2008**                                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**