**FILED**

JUN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Corcept Therapeutics, Inc., | No. C 07-03795 JW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Belanoff, | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __6/11/06__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __6/23/08__

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☒ NO

Dated: __6/22/08__

_signature_
Mediator, Debra L. Mellinkoff
Mellinkoff Mediation
1001 Bridgeway, Suite 203
Sausalito, CA 94965