STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
HAYES SCOTT BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
ANTHONY ROTHSCHILD

STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiffs
CORCEPT THERAPEUTICS, INC., JOSEPH
K. BELANOFF, and ALAN F. SCHATZBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT WITNESS DESIGNATION |

All parties, by and through their respective counsel, hereby stipulate to continue the deadlines to complete expert witness designations and discovery as follows:

{00437649v1} 257373

-1-
Stipulation to Continue Expert Witness Designations and Proposed Order
(Case No. C07-03795 JW (RS))

## I.
## RECITALS

1. The parties have been working diligently toward moving this case forward in an efficient, expeditious manner and have exchanged written discovery and responses.

2. The parties are in the process of scheduling private mediation with Justice Edward Panelli. The parties anticipate scheduling the mediation in late April or early May.

3. The parties wish to litigate this matter in a cost effective manner and avoid unnecessary expert retention expenses and attorneys fees and costs.

4. The Scheduling Order in this matter currently provides for expert disclosures on May 10, 2010.

5. Settlement at mediation would obviate the need for the parties to incur the cost of retaining experts and engaging those experts to prepare the narrative expert report required by FRCP 26(a)(2) and the depositions of such experts. The parties would like to avoid incurring these potentially unnecessary costs before the mediation.

6. For these reasons, the parties have agreed to stipulate to extend the deadline to designate experts as follows.

## II.
## STIPULATION

1. The parties hereby stipulate to revise the court's Scheduling Order to continue the designation of experts from May 10, 2010 to June 10, 2010.

2. The parties hereby stipulate to revise the court's Scheduling Order to continue the deadline for rebuttal expert disclosures from May 24, 2010 to June 24, 2010.

3. The nature and extent of the disclosures, motions, other submissions to the court and any other substantive requirements associated with each of the deadlines set forth above remains unchanged from the Court's original Scheduling Order.

///

///

///

{00437649v1} 257373 -2-
Stipulation to Continue Expert Witness Designations and Proposed Order
(Case No. C07-03795 JW (RS))

1  Dated: April 12, 2010                  CARR & FERRELL LLP

2

3                                          By: _____
4                                              STUART C. CLARK
                                               CHRISTINE S. WATSON
5                                          Attorneys for Plaintiffs
                                           CORCEPT THERAPEUTICS, INC., JOSEPH
6                                          K. BELANOFF, and ALAN F. SCHATZBERG

7  Dated: April 16, 2010                  HAYES SCOTT BONINO ELLINGSON
                                           &MCLAY, LLP
8

9

10                                         By: _____
                                               STEPHEN P. ELLINGSON
11                                             JAMIE A. RADACK

12                                         Attorneys for Defendant
                                           ANTHONY ROTHSCHILD

13

14

15                              [~~PROPOSED~~] ORDER

16       Pursuant to the parties' stipulation, the Court's Scheduling Order is revised to continue the

17  designation of experts from May 10, 2010 to June 10, 2010. The Court's Scheduling Order is

18  revised to continue the deadline for rebuttal expert disclosures from May 24, 2010 to June 24, 2010.

19  All other deadlines shall remain unchanged.

20

21  Dated: _____April 16,_____, 2010   _____
                                           HON. JAMES WARE
22                                         UNITED STATES DISTRICT JUDGE

{00437649v1}  257373                       -3-
Stipulation to Continue Expert Witness Designations and Proposed Order
(Case No. C07-03795 JW (RS))