```
1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL LLP
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone:  (650) 812-3400
5  Facsimile:   (650) 812-3444

6  Attorneys for Plaintiffs
   CORCEPT THERAPEUTICS, INC., JOSEPH
7  K. BELANOFF, and ALAN F. SCHATZBERG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY ROTHSCHILD,<br><br>Defendant. | CASE NO. C07-03795 JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER FOR WITH PREJUDICE DISMISSAL OF ACTION |

WHEREAS:

A. The parties have reached an agreement settling the dispute which forms the subject of this action;

B. The settlement agreement provides, among other things, that this action shall be dismissed with prejudice, and that this Court shall retain jurisdiction to enforce the settlement agreement, if necessary, pursuant to California Code of Civil Procedure section 664.6 or applicable federal law:

NOW THEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs CORCEPT

THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG, of the one part, and defendant ANTHONY ROTHSCHILD, of the other part, through their undersigned counsel, that:

1. The entire action shall be dismissed with prejudice;

2. This Court shall retain jurisdiction to enforce the parties' settlement agreement, and to adjudicate any disputes relating to the performance or non performance by any party of its/his obligations under the agreement, and for all other purposes relating to the agreement;

3. Each party shall pay its/his own costs and attorneys' fees.

DATE: July 1, 2010.

CARR & FERRELL LLP

By: _____
Stuart C. Clark
Attorneys for CORCEPT THERAPEUTICS, INC., JOSEPH K. BELANOFF, and ALAN F. SCHATZBERG

Dated: July 1, 2010.

HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

By: _____
STEPHEN P. ELLINGSON
JAMIE A. RADACK

Attorneys for Defendant
ANTHONY ROTHSCHILD

PURSUANT TO STIPULATION, IT IS SO ORDERED
The Clerk shall close this file.

Dated: July 8, 2010

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE